FORM 8A. Entry of Appearance                                          Form 8A (p.1)
                                                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-1805

**Short Case Caption:** United Therapeutics Corporation v. Liquidia Technologies, Inc.

---

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

---

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Liquidia Technologies, Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Sanya Sukduang | | Admission Date: 2/25/2003 |
| Firm/Agency/Org.: Cooley LLP | | |
| Address: 1299 Pennsylvania Ave., NW, Suite 700, Washington, DC 20004 | | |
| Phone: (202) 776-2982 | Email: | ssukduang@cooley.com |
| **Other Counsel:** Jonathan R. Davies | | Admission Date: 1/8/2018 |
| Firm/Agency/Org.: Cooley LLP | | |
| Address: 1299 Pennsylvania Ave., NW, Suite 700, Washington, DC 20004 | | |
| Phone: (202) 776-2049 | Email: | jdavies@cooley.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/10/23                        Signature: /s/ Sanya Sukduang

                                     Name: Sanya Sukduang

FORM 8A. Entry of Appearance								Form 8A (p.2)
											July 2020

### [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Deepa Kannappan | Admission Date: 6/7/2019 |
|---|---|
| Firm/Agency/Org.: Cooley LLP | |
| Address: 3175 Hanover Street, Palo Alto, CA 94304 | |
| Phone: (650) 843-5673 | Email: dkannappan@cooley.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |