FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1805

**Short Case Caption:** United Therapeutics Corporation v. Liquidia Technologies, Inc.

**Filing Party/Entity:** Liquidia Technologies, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial and Appeal Board | IPR2021-00406 | Patent (Inter Partes Review) |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the PTAB's Final Written Decision

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Claims 1-8 of U.S. Patent No. 10,716,793 were found unpatentable as obvious.

**Briefly describe the judgment/order appealed from:**

The PTAB found all claims of the '793 patent unpatentable as obvious over the combination of a prior art patent and two abstracts presented at conferences and published in well-established journals.

**Nature of judgment (select one):**           **Date of judgment:** 7/19/22

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☒ Other (explain)                              Rehearing Denied 2/2/23

FORM 26. Docketing Statement                                      Form 26 (p. 2)
                                                                   July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

> United Therapeutics Corporation v. Liquidia Technologies, Inc., No. 22-2217
> United Therapeutics Corporation v. Liquidia Technologies, Inc., No. 23-1021

Issues to be raised on appeal: ☑ None/Not Applicable

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☑ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

> Appellee Liquidia Technologies, Inc. does not believe the requested remedy is amenable to mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 5/10/23            Signature: /s/ Sanya Sukduang
                         Name:      Sanya Sukduang

Save for Filing