FORM 9A. Notice of Related Case Information                    Form 9A (p. 1)
                                                                 March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

| | |
|---|---|
| **Case Number** | 23-1805 |
| **Short Case Caption** | United Therapeutics Corporation v. Liquidia Technologies, Inc. |
| **Filing Party/Entity** | Liquidia Technologies, Inc. |

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

United Therapeutics Corporation v. Liquidia Technologies, Inc.
No. 22-2217 (Fed. Cir.)

United Therapeutics Corporation v. Liquidia Technologies, Inc.
No. 23-1021 (Fed. Cir.)

United Therapeutics Corp. v. Liquidia Technologies, Inc.
Case No. 1:20-cv-00755-RGA (D. Del.)

Liquidia Technologies, Inc. v. United Therapeutics Corporation
IPR2020-00770 (P.T.A.B.)

Liquidia Technologies, Inc. v. United Therapeutics Corporation
IPR2021-00406 (P.T.A.B.)

☐     Additional pages attached

FORM 9A. Notice of Related Case Information

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

United Therapeutics Corporation

Liquidia Technologies, Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Cooley LLP: Sanya Sukduang, Jonathan Davies, Erik B. Milch, Deepa Kannappan, Ivor R. Elrifi, Adam M. Pivovar, Lauren J. Strosnick (formerly Krickl), Brittany Cazkoff, Kyung Taeck Minn

Shaw Keller: David M. Fry, Emily S. DiBenedetto, Jeffrey T. Castellano, Karen E. Keller, Nathan R. Hoeschen

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/10/2023

Signature: /s/ Sanya Sukduang

Name: Sanya Sukduang

**United Therapeutics Corporation v. Liquidia Technologies, Inc.
No. 23-1805**

Attachment to Form 9A

3.  **Names of all law firms, partners, and associates in the cases listed above.**
    Do not duplicate the names of law firms, partners, and associates. Do not
    relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).
    (continued)

*Morris Nichols Arsht & Tunnell*:  Jack B. Blumenfeld, Michael J. Flynn, Sarah E.
Simonetti

*McDermott Will & Emery*:  Adam W. Burrowbridge, Amy L. Mahan, Arthur P.
Dykhuis, Douglas H. Carsten, Ian B. Brooks, Jiaxiao Zhang, Joshua Revilla,
Katherine Pappas, Mandy H. Kim, Timothy M. Dunker

*Goodwin Procter*:  Eric Lawrence Levi, Harrison Gunn, Huiya Wu, Joel L.
Broussard, William C. Jackson, Gerard Justin Cedrone, Jamie Ann Santos, Jenny J.
Zhang, William M. May

*Boies Schiller Flexner*:  D. William Ward

*Wilson Sonsini Goodrich & Rosati*: Joshua Mack

*Sullivan & Cromwell*:  Rohiniyurie Tashima