FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1805

**Short Case Caption:** United Therapeutics Corporation v. Liquidia Technologies, Inc.

**Filing Party/Entity:** United Therapeutics Corporation

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial & Appeal Board | IPR2021-00406 | inter partes review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal or vacatur

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Cancellation of claims 1-8 of U.S. Patent No. 10,716,793

**Briefly describe the judgment/order appealed from:**

Final Written Decision (Paper 78) holding claims 1-8 of U.S. Patent No 10,716,793 unpatentable as obvious under 35 U.S.C. § 103 and Decision Denying Patent Owner's Request on Rehearing of Final Written Decision (Paper 82), which the Board denied

**Nature of judgment (select one):**           **Date of judgment:** 7/19/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                    _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

United Therapeutics Corporation v. Liquidia Technologies, Inc., Nos. 2022-2217, 2023-1021 (Fed. Cir.)

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the PTAB erred in its analysis and decision holding claims 1-8 of U.S. Patent No. 10,716,793 unpatentable

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

N/A

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

The parties have an open line of communication between in-house counsel, and mediation is not necessary or warranted.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 5/10/23                    Signature: /s/ Douglas H. Carsten
                                 Name:      Douglas H. Carsten

Save for Filing