| | |
|---|---|
| **FORM 9A.** Notice of Related Case Information | Form 9A (p. 1)<br>March 2023 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1805

**Short Case Caption** United Therapeutics Corporation v. Liquidia Technologies

**Filing Party/Entity** United Therapeutics Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> United Therapeutics Corporation v. Liquidia Technologies, Inc., Nos. 2022-2217, 2023-1021 (Fed. Cir.); originating from United Therapeutics Corporation v. Liquidia Technologies, Inc., 1-20-cv-755 (D. Del.)

☐   Additional pages attached

FORM 9A. Notice of Related Case Information  Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

United Therapeutics Corporation

Liquidia Technologies, Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Morris, Nichols, Arsht, & Tunnell: Jack B. Blumenfeld, Michael J. Flynn, Sarah E. Simonetti

Goodwin Procter: William C. Jackson, Huiya Wu, Eric Levi, Harrison Gunn, Joel L Broussard

McDermott Will & Emery: Douglas H. Carsten, Adam W. Burrowbridge, Mandy H. Kim, Arthur Dykhuis, Ian B. Brooks, Katherine Pappas, Joshua Revilla, Timothy M. Dunker, Jiaxiao Zhang

Wilson Sonsini Goodrich & Rosati: Joshua A Mack

Boies Schiller Flexner: D William Ward

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/10/2023

Signature: /s/ Douglas H. Carsten

Name: Douglas H. Carsten

## United Therapeutics Corporation v. Liquidia Technologies, Inc.
## No. 23-1805

Attachment to Form 9A

**3. Names of all law firms, partners, and associates in the cases listed above.**

Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B). (continued)

**Cooley LLP**
Adam M Pivovar
Brittany Cazakoff
Deepa Kannappan
Douglas W Cheek
Erik B Milch
Ivor R Elrifi
Jonathan Davies
Kyung Taeck Minn
Lauren J Krickl
Sanya Sukduang

**Shaw Keller LLP**
David M Fry
Emily S DiBenedetto
Jeffrey T Castellano
Karen E Keller
Nathan R Hoeschen