NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Appellee*

---

2023-1805

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00406.

---

**ON MOTION**

---

### O R D E R

Liquidia Technologies, Inc. submits a motion to expedite briefing and argument in this appeal and states that United Therapeutics Corporation ("UTC") opposes the motion.

Upon consideration thereof,


2           UNITED THERAPEUTICS CORPORATION v. LIQUIDIA TECHNOLOGIES, INC.

IT IS ORDERED THAT:

UTC is directed to respond to the motion no later than seven days from the date of filing of this order. Any reply is due no later than three days thereafter.

FOR THE COURT

May 23, 2023         /s/ Peter R. Marksteiner
    Date                 Peter R. Marksteiner
                         Clerk of Court