NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Appellee*

2023-1805

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00406.

**ON MOTION**

Before LOURIE, *Circuit Judge.*

**O R D E R**

Liquidia Technologies, Inc. moves to expedite briefing and oral argument in this appeal. United Therapeutics Corporation opposes the motion. Liquidia replies.

Liquidia may self-expedite by filing its response brief early. Liquidia has not made a sufficient showing,

2 UNITED THERAPEUTICS CORPORATION v. LIQUIDIA
TECHNOLOGIES, INC.

however, to shorten the time for United Therapeutics to file its briefs.

Accordingly,

IT IS ORDERED THAT:

The motion is granted only to the extent that the case will be placed on the next available oral argument calendar after briefing is complete.

FOR THE COURT

June 16, 2023  /s/ Jarrett B. Perlow
    Date        Jarrett B. Perlow
                Acting Clerk of Court