No. 2023-1805

# United States Court of Appeals for the Federal Circuit

UNITED THERAPEUTICS CORPORATION,

*Appellant*,

– v. –

LIQUIDIA TECHNOLOGIES, INC.,

*Appellee.*

APPEAL FROM THE PATENT TRIAL & APPEAL BOARD
IPR2021-00406

**APPELLANT UNITED THERAPEUTICS CORPORATION'S OPPOSED MOTION FOR EXTENSION OF TIME**

UNITED THERAPEUTICS
CORPORATION
Shaun R. Snader
1735 Connecticut Ave., NW
2nd Floor, Washington, DC
20009
Tel: +1 202 304 1701
ssnader@unither.com

GOODWIN PROCTER LLP
William Jackson
1900 N St., NW
Washington, DC 20036
Tel: +1 202 346 4216
wjackson@goodwinlaw.com

MCDERMOTT WILL & EMERY LLP
Douglas H. Carsten
Arthur P. Dykhuis
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
Tel: +1 949 851 0633
dcarsten@mwe.com
adykhuis@mwe.com

Adam W. Burrowbridge
500 North Capitol Street, NW
Washington, DC 20001-1531
Tel:  +1 202 756 8797
aburrowbridge@mwe.com

*Counsel for Appellant United Therapeutics Corporation*

# CERTIFICATE OF INTEREST

Counsel for Appellant certifies the following:

1. **The full name of every party represented by me is:**

United Therapeutics Corporation.

2. **The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

None.

3. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:**

BlackRock Inc., collectively through different BlackRock entities, may own 10% or more of its stock.

4. **The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

Foley & Lardner: Stephen B. Maebius, Michael Houston, George Quillin, Jason N. Mock; McDermott Will & Emery: Judy Mohr, Ph.D., April E. Weisbruch, Mandy Kim

5. **The title and number of any case known to me to be pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal are:**

*United Therapeutics Corporation v. Liquidia Technologies, Inc.*, Nos. 2022-2217, 2023-1021 (Fed. Cir.); originating from *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, 1-20-cv-755 (D. Del.)

6.  **Any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):**

None.

Dated: September 18, 2023  /s/ *Douglas H. Carsten*
Douglas H. Carsten

# APPELLANT UNITED THERAPEUTICS CORPORATION'S OPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Federal Rule of Appellate Procedure 26(b) and this Court's Rule 26(b), Appellant United Therapeutics Corporation ("UTC") respectfully moves for an extension of time of 14 days to file its reply brief, to and including October 11, 2023. Absent an extension, UTC's brief would be due on September 27, 2023. Pursuant to this Court's practice, Liquidia should file any response "promptly." Practice Notes to Rule 26.

Under Federal Rule of Appellate Procedure 26(b), "[f]or good cause, the court may extend the time prescribed by these rules" for a party to file its brief. There is good cause for this motion, as set forth below:

1. Counsel had or has responsibility for, among other things, the following commitments (including associated travel for in-person depositions):

- Preparing for and taking the September 12, 2023, deposition of Dr. Nicholas Hill in *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, No. 2021-CVS-4094 (North Carolina, Durham County, Superior Court Division) ("UTC-NC") (in-person);
- Preparing for and defending the September 13, 2023, deposition of Melissa Silverman in UTC-NC (in-person);
- Preparing for and defending the September 13, 2023, deposition of Laurens Howle in *Nespresso USA, Inc. v. K-fee System GmbH*, Case No. IPR2022-01574 (in-person);

1

- Proposed Constructions and Non-Limiting Extrinsic Evidence on claim construction in *Nespresso USA, Inc. v. K-fee System GmbH*, No. 2:22-cv-09295-GW-AGR (C.D. Cal.) ("K-fee") due on September 15, 2023;
- Counterclaims in K-fee filed on August 25, 2023; answer to counterclaims due September 15, 2023;
- Preparing for and defending the September 19, 2023, deposition of Kirby von Kessler in UTC-NC (in-person);
- Preparing for and taking the September 20, 2023, deposition of Robert Roscigno in UTC-NC (in-person);
- Preparing for and defending the September 22, 2023, deposition of Alyssa Friedrich in UTC-NC;
- Preparing for and taking the September 28, 2023, deposition of Jason Adair in UTC-NC (in-person);
- Preparing for and taking the October 1, 2023, deposition of Dr. Benjamin Maynor in UTC-NC (in-person);

2. Undersigned counsel also has personal pre-scheduled, prepaid vacation travel planned for September 25-September 26, 2023.

3. The requested extension until October 11, 2023, will ensure that counsel has sufficient time to prepare a brief on behalf of UTC.

4. UTC respectfully submits that an extension will not cause any prejudice.

5. Counsel for UTC conferred with counsel for Liquidia Technologies, Inc. ("Liquidia"). Liquidia opposes this motion.

6. UTC has not previously had any extension with respect to this brief.

For the foregoing reasons, UTC respectfully requests that its motion for an extension of time be granted and that the Court permit the filing of UTC's brief on or before October 11, 2023.

Respectfully submitted,

/s/ *Douglas H. Carsten*
Douglas H. Carsten
Shaun R. Snader
William Jackson
Adam W. Burrowbridge
Arthur P. Dykhuis

*Attorneys for Appellant*
*United Therapeutics Corporation*

Dated: September 18, 2023

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g) and Circuit Rule 28.1(c), the undersigned counsel for United Therapeutics Corporation certifies that this motion:

(i) complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 437 words, including footnotes and excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2); and

(ii) complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared using Microsoft Office Word 2007 and is set in Century Schoolbook font in a size equivalent to 14 points or larger.

Dated: September 18, 2023    /s/ *Douglas H. Carsten*
                             Douglas H. Carsten

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 18, 2023, the foregoing document was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: September 18, 2023     /s/ *Douglas H. Carsten*
                              Douglas H. Carsten