NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Appellee*

---

2023-1805

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00406.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge.*

**O R D E R**

United Therapeutics Corporation moves to extend by 14 days, until October 11, 2023, the time to file its reply brief. Liquidia Technologies, Inc. opposes the motion.

Upon consideration thereof,

| | |
|---|---|
| 2 | UNITED THERAPEUTICS CORPORATION v. LIQUIDIA TECHNOLOGIES, INC. |

IT IS ORDERED THAT:

The motion is granted to the extent that United Therapeutics Corporation's reply brief is due no later than October 11, 2023, and the joint appendix is due no later than October 12, 2023. United Therapeutics Corporation shall file six paper copies of its reply brief and the joint appendix within three business days after the court completes its compliance review of each of the documents.

FOR THE COURT

September 21, 2023
Date

Jarrett B. Perlow
Clerk of Court