NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Appellee*

---

2023-1805

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00406.

---

**ON MOTION**

---

**O R D E R**

In light of the court's September 21, 2023, order,

IT IS ORDERED THAT:

Within three business days of the date of filing of the joint appendix, United Therapeutics Corporation is directed to file six paper copies of its opening brief and Liquidia Technologies, Inc. is directed to file six paper copies of its response brief.

FOR THE COURT

September 22, 2023  
Date

Jarrett B. Perlow  
Clerk of Court