This material may be protected by Copyright law (Title 17 U.S. Code)

*22   Epidemiology and treatment of pulmonary arterial hypertension / The ECG and electrophysiologic markers of arrhythmic events*



### 218   Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension

R. Voswinckel, M.G. Kohstall, B. Enke, T. Gessler, F. Reichenberger, H.A. Ghofrani, W. Seeger, H. Olschewski. *Medical Clinic 2, Department of Internal Medicine, Giessen, Germany*

**Background:** Treprostinil has been approved for therapy of PAH (US and Canada) as continuous subcutaneous infusion. However, local pain at the infusion site is a major drawback. Inhaled therapy with another stable prostacyclin analogue (iloprost) has been approved for PPH (EMEA). In this study we investigated the acute hemodynamic response to inhaled treprostinil.
**Methods:** Open-label, single blind placebo-controlled clinical study. After placement of a Swan-Ganz catheter and a femoral artery line, patients inhaled solvent solution (placebo) (n=8) or treprostinil for 6 min (OptiNeb ultrasound nebulizer, Nebu-tec, Germany) in concentrations of 16, 32, 48, and 64 μg/ml (n=6, 6, 6, and 3 patients). Measurement were performed before and after 0, 15, 30, 60, 90, 120, 150 and 180 min. The mean area between the placebo and the treprostinil curves (ABC186) was calculated (baseline=100%).
**Results:** We investigated idiopathic PAH (n=10), collagen vascular disease (n=5), chronic thromboembolic disease (n=8), and pulmonary fibrosis (n=5), f/m = 19/10, age 56 ± 3 years, PAP, PAWP, and CVP 51.3 ± 2.2, 9.2 ± 0.8, and 6.6 ± 0.6 mmHg, CO 4.4 ± 0.3 l/min, SvO2 62.3 ± 1.2%, PVR 885 ± 72 dyn s cm⁻⁵. At 16μg/ml there were no significant adverse events. Headache, cough or bronchoconstriction were observed in 2, 1, and 2 patients at 32, 48, and 64 μg/ml. These were mild and transient in all patients but one (64 μg/ml) who complained of major headache for 1 hour. Placebo inhalation was followed by slowly increasing PVR. Compared to this, the maximum treprostinil effect was reached after about 50 min and half-maximal effects at about 110 min. The ABC186 for PVR was –24.7 ± 4.4, -28.7 ± 4.9, and –29.0 ± 4.7%; PAP –14.4 ± 3.3, -13.5 ± 5.2, -13.1 ± 2.6%; SAP –5.1 ± 3.0, -3.3 ± 1.1, -3.8 ± 2.1% at 16, 32 and 48 μg/ml.
**Conclusion:** Treprostinil inhalation results in a significant long-lasting pulmonary vasodilatation. With the applied technology, at a concentration of 16μg/ml, near maximal pulmonary vasodilatation is achieved without adverse effects. At higher doses, local and systemic side effects may occur, whereas pulmonary selectivity is preserved.
This study was supported by Lung Rx.

### 219   The endothelin-receptor antagonist bosentan for the treatment of pulmonary arterial hypertension associated with congenital heart defects

O. Sitbon[1], M. Beghetti[2], J. Petit[3], L. Iserin[4], M. Humbert[1], V. Gressin[5], G. Simonneau[1]. *1Hôpital Antoine Béclère, Clamart, France; 2HUG, Pediatric Cardiology Unit, Geneva, Switzerland; 3CMC Marie-Lannelongue, Le Plessis-Robinson, France; 4Hôpital Necker, Paris, France; 5Actelion Pharmaceuticals France, Paris, France*

**Background:** Treatment with the oral dual endothelin-receptor antagonist bosentan has been shown to be an effective alternative option to intravenous epoprostenol in functional class (FC) III idiopathic pulmonary arterial hypertension (PAH) patients. In patients with PAH associated with congenital heart defects (CHD), an improvement of exercise capacity and hemodynamics has been demonstrated with epoprostenol in one uncontrolled study (Rosenzweig et al. Circulation 1999; 99: 1858-65).
The aim of this retrospective study was to evaluate the efficacy and safety of bosentan in FC III-IV CHD-PAH patients.
Study population consisted in 24 patients (22 females, mean age 35 ± 15 years [8-68]) with CHD-PAH: atrial septal defect (ASD: 13), ventricular septal defect (VSD: 4), partial abnormal pulmonary venous return (3, associated with ASD in 2 and repaired common atrium in 1), patent ductus arteriosus (PDA: 2), VSD associated with PDA (1), aortopulmonary window (1). Four patients had undergone previous cardiac surgery.
Patients had deteriorated despite conventional therapy (including oral anticoagulants, oxygen, diuretics) and were treated with chronic oral bosentan.
**Results:** Before starting bosentan, 22 patients were in FC III and 2 in FC IV, with a resting O2 saturation (SaO2) of 89 ± 9%. Mean 6-min walk distance (6MWD) was 288 ± 94 m and mean Borg index 3.0 ± 1.9. At last evaluation performed after 10 ± 9 months of bosentan treatment, 1 patient was in FC I, 8 were is FC II, 13 remained in FC III and 2 in FC IV. The mean 6MWD improved by 49 m (349 ± 85 m, p = 0.008) with no change in Borg index (3.0 ± 1.8) and resting SaO2 (89 ± 6%). There were no differences between pre and post-tricuspid shunt subgroups in terms of baseline characteristics and response to bosentan therapy. After 13 ± 9 months of follow-up, all patients are alive on bosentan, but 3 (1 ASD, 1 VSD, 1 aortopulmonary window) required combination therapy with intravenous epoprostenol after 5, 7 and 9 months on bosentan.
**Conclusion:** Chronic oral bosentan treatment improves exercise capacity in patients with PAH associated with CHD who deteriorated despite conventional therapy. Bosentan had no adverse effect on arterial oxygen saturation. As previously demonstrated in patients with idiopathic PAH, long term bosentan may be an important therapeutic option for patients with PAH associated with CHD.



### 220   Sildenafil in the treatment of primary pulmonary hypertension

A. Dharmadhikari[1], M. Kulkarni[2], V. Tzifos[3], F. Airoldi[4], I. Sheiban[5]. *1Nashik, India; 2Rajebahadur Heart Foundation, Cardiology, Nashik, India; 3Hospital Hurry Dununt, Interventional Cardiology, Athens, Greece; 4Hospital San Raffaele, Interventional Cardiology, Milano, Italy; 5University Hospital, Torino, Interventional Cardiology, Torino, Italy*

**Background:** The role of sildenafil as a pulmonary vasodilator is being extensively evaluated in the treatment of pulmonary hypertension.
**Aim:** This was a prospective study to assess the benefit of adding sildenafil in patients with high pulmonary artery pressures secondary to atrial septal defect (ASD), already receiving the conventional therapy.
**Methods:** Thirty consecutive patients with moderate to severe primary pulmonary hypertension were included in this study. All the patients were diagnosed previously and were receiving the conventional therapy with digoxin, diuretic and a calcium channel blocker. Sildenafil was added in the dose of 50 mg twice a day without changing the previous regimens. Changes in the New York Heart Association (NYHA) symptom class, distance covered during the six minute walk test and modified Borg dyspnea score were evaluated monthly. Acceptance of the new drug was assessed every week in the first month and then at the monthly follow up. Echocardiography and Doppler study was undertaken at baseline and every month for a period of six months. The parameters studied were the pulmonary artery systolic pressure (PASP) by tricuspid regurgitation (TR) jet and pulmonary artery diastolic pressure (PADP) by pulmonary regurgitation (PR) jet.
**Results:** Mean age of the subjects was 42.6±9.3 years. Twenty seven (90%) were females and 3 (10%) were males. Sildenafil was well tolerated and there was no dropout because of undesireable effects of the drug. Changes in the heart rate and systemic blood pressure were not significant enough to warrant withdrawl of the drug. Two patients died during the follow-up period. At the beginning of the therapy, 22 (73.3%) patients were in NYHA Class III or IV while at the end of six months, only 8 patients remained in either of these classes (p<0.05). By the 6 min walk test, functional capacity improved from 181.5±122.4 meters to 302.7±150.3 meters p(<0.05). Modified Borg dyspnea score improved from 5.6±1.2 to 3.3±1.1 (p<0.05). PASP by TR jet (mmHg) was down from 81.3±14.7 to 51.4±11.7 (p<0.05). PADP by PR jet (mmHg) reduced from 56.2±11.7 to 33.4±9.1 (p<0.05).
**Conclusion:** Sildenafil is well tolerated, improves symptoms, and reduces the systolic and diastolic pulmonary artery pressures in patients with moderate to severe primary pulmonary hypertension.

## REVISITING THE ELECTROCARDIOGRAM AND ELECTROPHYSIOLOGIC MARKERS OF ARRHYTHMIC EVENTS



### 221   Prevalence of brugada-type ecg in an apparently healthy european population

G. Forleo[1], F. Di Liberato[2], L. De Luca[2], G. Magliano[2], V. Morgia[2], F. Clementi[2], M.M. Gallagher[2], F. Romeo[2]. *1University of Rome, Department of Cardiology, Roma, Italy; 2University of Tor Vergata, Department of Cardiology, Roma, Italy*

**Background:** The Brugada Syndrome ECG is characterized by ST-segment elevation in right precordial leads and elevated risk of lethal arrhythmias in absence of identifiable structural heart disease. Few data are available on the Brugada type ECG, especially in Europeans. No epidemiological study has applied the diagnostic criteria recently proposed by the Study Group of the Molecular Basis of Arrhythmias of the ESC.
**Methods:** We analysed the ECG and clinical data of apparently healthy European adults undergoing routine medical examinations for occupational reasons. At each examination subjects underwent a medical interview, physical examination, blood pressure measurement and 12-lead ECG. Enrolment was confined to persons without a history of heart disease at the time of first attendance in whom at least one 12-lead ECG of good quality was recorded. The ECG records of all 7483 subjects (89.6% male, age 29,5±10,8 years at first attendance) were reviewed by three cardiologists. We reviewed 1,97±2,1 ECGs for each subject. We considered a patient having a Brugada ECG pattern if 2 or more of the cardiologists judged that at least one of that persons ECGs fulfilled the criteria of the ESC Study Group.
**Results:** The Brugada pattern was present in 26 patients (0.35%), all male (table). In 17 cases (65.4%), information was available about the progress of the subject subsequent to the ECG on which the Brugada pattern was first recorded. No sudden death or cardiac arrhythmia was recorded among these patients in a follow-up of 5.2±4.6 years (total follow-up 87.8 patient-years).

|  | Total | Pattern 1 | Pattern 2 | Pattern 3 | Tot. Brugada |
|---|---|---|---|---|---|
| Pts (n) | 7383 | 2 | 21 | 3 | 26 |
| Male | 6618 | 2 | 21 | 3 | 26 |
| Female | 765 | 0 | 0 | 0 | 0 |
| Male prevalence (*10000) | – | 3,02 | 31,73 | 4,53 | 39,29 |
| Total Prevalence (*10000) | – | 2,71 | 28,44 | 4,06 | 35,22 |

Liquidia's Exhibit 1007
Page 7

Vol 110, No 17, October 26, 2004
ISSN 0009-7322
http://circ.ahajournals.org

RC681.A1 C8



American Heart Association®

Learn and Live℠

SUPPLEMENT TO

# Circulation

## JOURNAL OF THE AMERICAN HEART ASSOCIATION

Abstracts from

scientific sessions 2004

 

basic science

clinical science

population science

Sessions: November 7–10
Exhibits: November 7–9
New Orleans, Louisiana
scientificsessions.org

### Named and Invited Lectures 2004

2004 Russell Ross Memorial Lectureship in Vascular Biology • 2004 George Lyman Duff Memorial Lecture • 2004 Sol Sherry Distinguished Lecture in Thrombosis • 2004 Thomas W. Smith Memorial Lecture • 2004 George E. Brown Memorial Lecture • 2004 Dickinson W. Richards Memorial Lecture • 2004 Katharine A. Lembright Award • 2004 William W. L. Glenn Lecture • 2004 William J. Rashkind Memorial Lecture • 2004 T. Duckett Jones Memorial Lecture • 2004 Charles T. Dotter Memorial Lecture • 2004 Laennec Society Lecture • 2004 Ancel Keys Lecture • 2004 Lewis K. Dahl Memorial Lecture • 2004 Robert I. Levy Endowed Lecture in Lipid Metabolism

### New and Young Investigator Award/Prize Abstract Finalists

Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators • Melvin L. Marcus Young Investigator Awards in Cardiovascular Science • Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care • Outstanding Research Award in Pediatric Cardiology • Melvin Judkins Young Investigator Award in Cardiovascular Radiology • Vivian Thomas Young Investigator Award • Martha N. Hill New Investigator Awards • Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training • Samuel A. Levine Young Clinical Investigator Awards • Laennec Society Young Clinician Award • NPAM New Investigator Award

### Abstracts From the Scientific Sessions 2004

Liquidia's Exhibit 1008
Page 1

# Circulation

JOURNAL OF THE AMERICAN HEART ASSOCIATION

## Editorial Correspondence (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*EDITORIAL CORRESPONDENCE* should be sent to Joseph Loscalzo, MD, PhD, Editor, *Circulation*, 560 Harrison Ave, Suite 502, Boston, MA 02118. Phone 617-414-8780. Fax 617-414-8781. E-mail circ@bu.edu

*INSTRUCTIONS TO AUTHORS* appear in the first issue of each month. Authors should consult these instructions before submitting manuscripts to *Circulation*.

*AUTHOR COSTS* include page charges, cost of color figures, and cost of reprints, if ordered.

**Statements, opinions, and results of studies published in *Circulation* are those of the authors and do not reflect the policy or position of the American Heart Association, and the American Heart Association provides no warranty as to their accuracy or reliability.**

## Business Correspondence (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*BUSINESS CORRESPONDENCE* should be sent to American Heart Association, Lippincott Williams & Wilkins Subscription Fulfillment Dept, 351 West Camden Street, Baltimore, MD 21201-2436. Telephone 800-787-8984. Fax 800-787-8985. E-mail: custserv@lww.com; outside the U.S.: Telephone 410-361-8080; Fax 410-361-8048.

*CHANGE OF ADDRESS:* Please supply old and new addresses. Allow 4 weeks for changes.

*ANNUAL SUBSCRIPTION RATES:* U.S.: *Personal* $303.00; *Institutional* $576.00; *Single copy* $17.00. **Outside the U.S.:** *Personal* $519.00; *Institutional* $781.00; *Single copy* $17.00.

Medical professionals and scientists in training may subscribe for $162 in the United States and $271 outside the United States if payment is accompanied by a letter from the department chair verifying post held and completion date.

Prepayment is required. Make check, draft, or money order payable to the American Heart Association in US dollars drawn on a US bank, with *Circulation* on the face of the check. To charge with a credit card, include account number, expiration date, and name as it appears on card.

*REPRINTS:* Authors may purchase reprints of their article by dialing Kathryn Welch, Author Reprint Department, Lippincott Williams & Wilkins at 1-800-341-2258; or, via E-mail at ReprintsGroup@lww.com; an Author Reprint Order Form may be accessed through the Internet at http://www.services.lww.com/periodicals/author-reprints. Single copies of reprints are available from the corresponding authors. Reprints in large quantities, for commercial or academic use, may be purchased from the publisher. For information and prices: telephone 410-528-4121, E-mail kgray@lww.com

## Advertising Correspondence (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*US ADVERTISING SALES:* The Jackson-Gaeta Group, Inc., 33 Smull Avenue, Caldwell, NJ 07006. Telephone 973-403-7677. Fax 973-403-7795. Contact Joe Jackson, Paul Nalbandian, or Charles Novak. For media kits, contact Tina Auletta.

*JAPAN ADVERTISING SALES:* Biomedis International LTD, ASK Ginza Bldg, 10-6, 7-Chome Ginza, Chuo-ku, Tokyo 104-0061, Japan. Telephone (03) 3575-1611. Fax (03) 3569-0155. Contact Hiromu Furukawa. E-mail hiromu-f@biomedis.co.jp

*REST OF WORLD SALES:* Fran Grega, 3205 Douglas Point Court, Riva, MD 21140. Telephone 410-956-9861. Fax 410-956-9862. E-mail fgrega@comcast.net

*ADVERTISING PRODUCTION:* Contact Randy Ezell, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 410-528-8533, E-mail rezell@lww.com

*SPONSORED GIFT SUBSCRIPTIONS:* Contact Carol Bak, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 410-528-4163, fax 410-528-4305, E-mail cbak@lww.com

*CLASSIFIED ADVERTISING:* Contact Jennifer Williams, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 1-800-528-1843, E-mail jwilliam@lww.com

Advertisements in this issue have been reviewed to comply with the principles governing advertising in American Heart Association publications. A copy of these principles is available on request. *The appearance of an advertisement in an AHA publication is neither an AHA guarantee nor endorsement of the product or service or the claims for the product or service made by the advertiser.*

## Secondary Services

*INDEXED OR ABSTRACTED* in *Biological Abstracts, CABS, CINAHL, Chemical Abstracts, Current Contents, EMBASE/Excerpta Medica,* and *Index Medicus.*

*AVAILABLE ONLINE* from Ovid Online, 333 Seventh Avenue, 4th Floor, New York, NY 10001. Telephone 800-950-2035.

*MICROFORM EDITION* available from University Microfilms International, 300 North Zeeb Road, Ann Arbor, MI 48106-1346. Telephone 313-761-4700. Also available from Princeton Microfilm Corporation, Alexander Road, Box 2073, Princeton, NJ 08540. Telephone 609-452-2066.

*AUTHORIZATION TO PHOTOCOPY* items from this publication for personal and internal use, the personal or internal use of specific clients, or for educational use, is granted by the American Heart Association on the condition that the copier pay the appropriate fee to the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923. Telephone 978-750-8400. Fax 978-750-4744. This consent does not extend to copying for advertising or promotional purposes, for creating new collective works, or for resale. Individuals may make single photocopies for personal, noncommercial use without obtaining permission. For all other use, permission should be sought directly from the Rights & Permissions Desk, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436; telephone 410-528-4016; fax 410-528-8550; E-mail journalpermissions@lww.com

*Circulation* (ISSN 0009-7322) is published weekly by Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436.

GST Registration Number 89552 4239 RT.

Printed in the USA.    © 2004 American Heart Association, Inc.

Liquidia's Exhibit 1008
Page 2

This material may be protected by Copyright law (Title 17 U.S. Code)

**Basic Science**

of membranous RhoA and phosphorylated ERM in brainstem were greater both in angiotensin II-treated rats and SHR than in WKY. Valsartan reduced the expression levels of membranous RhoA in angiotensin II-treated rats and SHR. In addition, Y-27632 or valsartan reduced the expression levels of phosphorylated ERM in both groups. Subcutaneous infusion of phenylephrine increased SBP to the same level of angiotensin II infusion in WKY. However, it did not alter the expression levels of membranous RhoA and phosphorylated ERM. Conclusions: These results suggest that 1) the pressor response induced by central infusion of angiotensin II is substantially mediated by activation of Rho/Rho-kinase pathway in brainstem via AT1 receptors, 2) this pathway may also be involved in hypertensive mechanism in SHR.

**1412**

**Endothelial Nitric Oxide and Hypertension in Autonomic Failure**

Alfredo Gamboa, Cyndya Shibao, Andre Diedrich, Bonnie K Black, Ginnie Farley, Satish R Raj, David Robertson, Italo Biaggioni; Vanderbilt Univ, Nashville, TN

More than half of patients with autonomic failure (AF) have severe supine hypertension despite low or unresponsive norepinephrine levels and often undetectable plasma renin activity. Supine hypertension is related to increased vascular resistance but the mechanism is not known. To test the hypothesis that nitric oxide deficiency contributes to supine hypertension we blocked endogenous nitric oxide synthase with L-NMMA in 5 AF patients and 7 normal controls (supine SBP $173 \pm 6$ and $107 \pm 5$ mmHg, respectively). Systolic blood pressure (SBP) was normalized to 110 mmHg in AF with graded head-up tilt, and baroreflexes were eliminated with trimethaphan in normal controls to mimic autonomic failure. The pressor response to graded doses of L-NMMA was shifted to the left in AF (Figure); The dose necessary to increase SBP by 30 mmHg was 3.4-fold lower in AF compared to controls ($136 \pm 24$ and $465 \pm 103$ $\mu g/k/min$ respectively, p<0.02). In conclusion, contrary to our original hypothesis, our results suggest an increased tonic release of nitric oxide in AF. Thus, NO deficiency does not contribute to supine hypertension in autonomic failure. On the contrary, this enhanced tonic NO may contribute to orthostatic hypotension in these patients.



**Oral Administration of a Mineralocorticoid Receptor Antagonist Reduces Brain, Heart, and Blood-borne Proinflammatory Cytokines in Heart Failure**

Yu-Ming Kang, Carver College of Med, Univ of Iowa, Iowa City, IA; Ralph F Johnson, Univ of Iowa, Iowa City, IA; Zhi-Hua Zhang, Carver College of Med, Univ of Iowa, Iowa City, IA; Robert M Weiss, Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA; Alan K Johnson, Univ of Iowa, Iowa City, IA; Robert B Felder; Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA

**Introduction:** Brain and blood-borne cytokines may contribute to neurohumoral excitation in heart failure (HF). We previously reported that blockade of mineralocorticoid receptors (MR) in the central nervous system with spironolactone (SL) reduces circulating tumor necrosis factor (TNF)-$\alpha$ in HF rats. The effect of SL on proinflammatory cytokines (PIC) in the brain and on other important circulating PIC - interleukin (IL)-1$\beta$ and IL-6 - was not determined. **Hypothesis:** Chronic treatment with oral SL will reduce brain and blood-borne PIC in rats with HF following myocardial infarction (MI). **Methods and Results:** Rats underwent coronary artery ligation to induce MI ($48.2 \pm 2.0\%$ of left ventricle, with ejection fraction of $35.5 \pm 4.1\%$ by echocardiography), or sham surgery (SHAM). Six weeks later, immunohistochemistry of the paraventricular nucleus (PVN) of hypothalamus, a region critical to cardiovascular regulation, revealed more PVN neurons (MI vs SHAM, **P<0.01) positive for TNF-$\alpha$ ($59.5 \pm 3.3$** vs $10.8 \pm 0.9$) and IL-1$\beta$ ($70.7 \pm 3.9$** vs $13.8 \pm 1.2$) in MI ($n=6$) than in SHAM ($n=6$) rats. Double staining demonstrated that these neurons were distributed among PVN neurons expressing Fra-like immunoreactivity, indicating chronic neuronal activation. MI rats ($n=6$) treated with SL (1 mg/kg/day orally for 6 weeks) had lower (MI+SL vs MI, *P<0.01) Fra-like positive PVN neurons ($65.5 \pm 5.4$# vs $183.8 \pm 5.0$), and lower PVN neurons positive for TNF-$\alpha$ ($22.4 \pm 1.8$%# vs $32.4 \pm 1.7$%) and IL-1$\beta$ ($19.1 \pm 1.3$%# vs $38.4 \pm 2.1$%). Levels of TNF-$\alpha$, IL-1$\beta$ and IL-6 in brain and heart tissues and in plasma were also lower in MI rats treated with SL (see table). **Conclusion:** In rats with ischemia-induced heart failure, orally administered SL have a global inhibitory influence on the appearance of proinflammatory cytokines in brain, heart and plasma. The beneficial influence of MR antagonism in patients with HF may result at least in part from blocking aldosterone-induced cytokine synthesis. (Table: *P<0.05 MI+SL vs MI+VEH)

| Group | plasma IL-1β (pg/ml) | plasma IL-6 (pg/ml) | heart IL-1β (pg/mg protein) | hypotha-lamus IL-1β (pg/mg protein) | hypotha-lamus TNF-α (pg/mg protein) | brain-stem TNF-α (pg/mg protein) | brain-stem IL-6 (pg/mg protein) | cortex IL-1β (pg/mg protein) | heart/BW Ratio (mg/g) | lung/BW Ratio (mg/g) |
|---|---|---|---|---|---|---|---|---|---|---|
| MI+VEH (n=7) | 131.1±10.9 | 119.5±9.7 | 53.4±6.5 | 47.1±7.9 | 6.8±0.7 | 6.1±0.9 | 67.1±10.1 | 26.4±4.1 | 7.2±0.2 | 13.5±0.6 |
| MI+SL (n=7) | 57.5±3.1* | 53.3±8.6* | 32.6±5.9* | 29.4±5.1* | 3.8±0.8* | 2.8±0.3* | 39.4±5.3* | 26.8±5.2 | 6.4±0.3* | 12.1±0.6* |
| SHAM+SL (n=6) | 48.2±3.6 | 33.7±2.8 | 23.7±6.5 | 17.4±4.8 | 2.8±0.7 | 2.1±0.6 | 25.3±4.6 | 24.3±4.9 | 3.3±0.1 | 5.2±0.3 |
| SHAM+VEH (n=6) | 53.9±2.4 | 36.1±2.6 | 27.6±5.4 | 18.8±4.0 | 3.2±0.9 | 2.4±0.8 | 29.0±8.7 | 23.6±6.5 | 3.4±0.1 | 3.1±0.3 |

# Pulmonary Arterial Hypertension: New Therapies

Subspecialty: Integrative Biology
*Wednesday*
*Ernest N Morial Convention Center, Hall I2*
*Abstracts 1414–1418*

**1414**

**Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension**

Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessler, Thomas Schmehl, Markus G Kohstall, Friedrich Grimminger, Hossein A Ghofrani, Werner Seeger, Horst Olschewski; Univ Hosp Giessen, Giessen, Germany

**Objective:** To evaluate the effects of inhaled TRE on pulmonary hemodynamics and gas exchange in severe pulmonary hypertension (PH) and to assess safety, tolerability and clinical efficacy in patients with severe PH. **Background:** TRE is a stable prostacyclin analogue that has been approved for treatment of pulmonary arterial hypertension as a continuous subcutaneous infusion. Iloprost, another prostacyclin analogue, has been shown to be efficacious in a randomised controlled study as repetitive inhalation. **Methods:** In an open-label study a preservative free solution of inhaled TRE was applied to 17 patients with severe pulmonary hypertension during Swan-Ganz catheter investigation. Patients received a TRE inhalation by use of the pulsed OptiNeb® ultrasound nebulizer (3 single breaths, TRE solution 600 $\mu g/ml$). Hemodynamics were observed for 2 hours. Two patients with idiopathic PAH received compassionate treatment with 4 inhalations of TRE per day after the acute test. **Results:** Patients (male/female= 4/13) suffered from IPAH (n=5), PAH other (n=8) and CTEPH (n=4); PVR 948 ± 112 dyn*s*cm⁻⁵, PAP 48.3 ± 2.7 mmHg, PAWP 8.9 ± 0.5 mmHg, CVP 10.8 ± 1.6 mmHg, CO 3.8 ± 0.3 l/min, SvO2 61.8 ± 1.8 %. TRE inhalation resulted in a sustained, highly pulmonary selective vasodilatation over 120 minutes. Maximum PVR decrease was -31.2 ± 4.5 % after 30 min. PVR and SVR at 120 minutes after inhalation were 89.2 ± 4.2 % and 101.0 ± 4.0 % of the baseline values, respectively. The AUC for the observation period (120min) was -22.9 ± 3.8 % for PVR and -4.9 ± 3.2% for SVR. The compassionate use patients have been treated for more than 3 months. In both patients NYHA class improved (from IV to III and from III to II), and six minute walk increased (from 0 m (bedridden) to 143 m, and from 310 m to 486 m, respectively). No side effects have been observed by the patients during long-term treatment. **Conclusion:** Inhaled TRE shows strong pulmonary selective vasodilatory efficacy with a long duration of effect following single acute dosing. Tolerability is excellent even at high drug concentrations and short inhalation times (3 breaths). Long-term treatment effects are very promising. The current results warrant controlled studies investigating this approach in a larger series of patients. Supported by Lung RX.

**1415**

**Rho-kinase in Pulmonary Hypertension**

Ken Ishikura, Norikazu Yamada, Akihiro Tsuji, Satoshi Ota, Mashio Nakamura, Masaaki Ito, Naoki Isaka, Takeshi Nakano; Mie Univ Sch of Med, Tsu, Japan

**Objectives:** Pulmonary hypertension (PH) is a poor prognostic disease with limited treatment. Rho-kinase is involved in the pathophysiology of several diseases underlying smooth muscle hypercontraction. But the role of is unknown. The purpose of this preliminary report was to indicate the efficacy of fasudil, a Rho-kinase inhibitor in patients with pulmonary hypertension using interventional hemodynamic assessment. **Methods:** Fasudil was intravenously injected in 10 patients (9 female, mean ± SD, 46 ± 15 years, NYHA II n=2, III n=7, IV n=1) with primary (n=5) and secondary (n=5) PH who were not received any vasodilator. Fasudil was administrated 30mg with 1mg/min. Hemodynamic data were measured using Swan-Ganz catheter until 60 minutes after starting administration of fasudil. Hemodynamic and arterial blood gas data of baseline and the lowest total pulmonary resistance (TPR) time were compared. **Results:** The lowest TPR time was within 30 to 60 minutes after administration. Administration of fasudil significantly decreased TPR from 13.6 ± 6.8 U to 10.3 ± 4.9 U (-23.2 ± 9.2 %, p < 0.001) and mean pulmonary arterial pressure (mPAP) from 43.6 ± 14.5 mmHg to 38.8 ± 13.9 mmHg (-11.6 ± 10.4 %, p < 0.02). Cardiac index (CI) was significantly increased from 2.39 ± 0.66 L/min/m² to 2.74 ± 0.73 L/min/m² (+16.5 ± 15.1 %, p < 0.01). Although TPR was equally decreased in both primary and secondary PH, the changes in the parameters that prescribed TPR, namely CI and mPAP, were different between the two groups subjects. Increased CI was a major factor into reducing TPR in primary PH, while reduced mPAP

Liquidia's Exhibit 1008
Page 3

**Herz** © Urban & Vogel 2005

# Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie

Hossein Ardeschir Ghofrani, Robert Voswinckel, Frank Reichenberger, Friedrich Grimminger, Werner Seeger[1]

**Zusammenfassung**

Trotz aller Fortschritte in der Therapie der pulmonalarteriellen Hypertonie gibt es bisher keine Aussicht auf Heilung dieser schwerwiegenden Erkrankung. Mit der Einführung effektiver und nonparenteraler Medikamente (z.B. orale Endothelin-Rezeptor-Antagonisten [ERA], inhalative Prostanoide) haben sich jedoch die Lebensqualität, die körperliche Belastbarkeit und die Prognose der Patienten in den letzten Jahren erheblich verbessern lassen. Die Anwendbarkeit dieser Medikamente ist aber durch die z.T. gravierenden Nebenwirkungen und/oder aufwendigen Applikationsformen eingeschränkt. Ob selektive ERA aufgrund ihrer Spezifität für den A-Rezeptor Vorteile gegenüber dem nichtselektiven ERA Bosentan im Hinblick auf Nebenwirkungen, aber auch in Bezug auf die Effektivität haben, wird erst nach Auswertung der derzeit laufenden zulassungsrelevanten Studien mit Ambrisentan und Sitaxsentan zu eruieren sein. Inhaliertes Treprostinil könnte aufgrund seiner hohen Selektivität für die pulmonale Zirkulation sowie aufgrund der längeren Wirkung einen Vorteil gegenüber dem bereits zugelassenen inhalierten Iloprost haben. Bisher stehen jedoch noch Ergebnisse einer kontrollierten randomisierten Studie aus, die die Wirksamkeit dieser Therapie in der chronischen Anwendung dokumentieren. Der selektive Phosphodiesterase-5-(PDE5-)Inhibitor Sildenafil ist im Vergleich zu den vorgenannten Substanzen bereits am nächsten zur klinischen Zulassung. Sildenafil erwies sich bei verschiedenen Formen der pulmonalen Hypertonie als starker pulmonal selektiver Vasodilatator. Die Ergebnisse der Phase-III-Studie zur Anwendung von Sildenafil bei pulmonalarterieller Hypertonie bestätigen die hervorragende Wirksamkeit dieses Medikaments bei exzellenter Verträglichkeit. Kombinationstherapien stellen bei allen noch zu erwartenden Fortschritten in der Entwicklung einzelner Substanzen die aussichtsreichste zukünftige Therapieoption dar. Kontrollierte Studien zur Überprüfung dieser Option, unter Berücksichtigung verschiedener Medikamentenkombinationen, befinden sich bereits in Planung.

**Schlüsselwörter:** Pulmonale Hypertonie · Vasodilatative Therapie · Stickstoffmonoxid · Prostacyclin · Endothelinantagonist · Phosphodieseraseinhibitoren · Kombinationstherapien

Herz 2005;30:296–302

DOI 10.1007/s00059-005-2695-4

### Emerging Therapies for the Treatment of Pulmonary Arterial Hypertension

**Abstract**

Besides all progress in the therapy of pulmonary arterial hypertension over the past years, there is still no cure for this devastating disease. By introducing effective and nonparenteral medications (e.g., oral endothelin receptor antagonists [ERAs], inhaled prostanoids), quality of life, exercise tolerance and prognosis of patients have substantially improved. However, applicability of these therapies can be hampered by serious side effects and/or the necessity for elaborate application techniques. Whether selective ERAs – due to their specificity for the A-type receptor – have potential benefits over the nonselective ERA bosentan remains to be answered by the analysis of pivotal trials recently carried out with ambrisentan and sitaxsentan. Inhaled treprostinil can potentially have benefits over the already approved inhaled iloprost, related to its higher pulmonary selectivity as well as to the longer biological half-life. However, this has yet to be proven in long-term randomized controlled trials. In comparison to the previously mentioned substances, the selective phosphodiesterase-5 (PDE5) inhibitor sildenafil approached approval closest as new therapy for pulmonary arterial hypertension. Oral sildenafil has proven its efficacy as a selective pulmonary vasodilator in various forms of pulmonary hypertension. The results of the pivotal phase III trial have confirmed the

[1] Medizinische Klinik und Poliklinik II, University Giessen Lung Center (UGLC), Justus-Liebig-Universität Gießen.

Liquidia's Exhibit 1010
Page 1

Appx1250

Ghofrani HA, et al. Pulmonale Hypertonie – neue Aspekte der Therapie

strong efficacy and excellent tolerability of this substance. Combination therapies, despite all progress seen for single agents, can be regarded as the most promising therapeutic approach for the future. However, controlled randomized trials that are currently under consideration have to confirm this notion.

**Key Words:** Pulmonary hypertension · Vasodilative therapy · Nitric oxide · Prostacyclin · Endothelin antagonist · Phosphodiesterase inhibitors · Combination therapies

### Einleitung

Im Beitrag von Hoeper in diesem Heft wurde bereits ausführlich auf die leitliniengerechte Therapie der pulmonalarteriellen Hypertonie (PAH) eingegangen. Leitliniengerecht bedeutet in diesem Fall die Bezugnahme auf zugelassene Medikamente oder Substanzen, die aufgrund einer eindeutigen Publikationslage Eingang in die evidenzbasierte Therapieempfehlungen gefunden haben. Inhalt dieses Beitrags wird die Darstellung neuer, z.T. noch in Entwicklung befindlicher Therapieansätze sein, die in naher Zukunft Eingang in die Therapieleitlinien finden können oder die bereits aufgrund eines eindeutigen Wirksamkeitsnachweises im sog. „off-label use" zum Einsatz kommen. Im Einzelnen werden wir auf die Therapie mit inhalierten Prostanoiden, selektiven Endothelin-A-Rezeptor-Antagonisten (Sitaxsentan und Ambrisentan) sowie Phosphodiesterase-5-(PDE5-)Hemmern (hier insbesondere Sildenafil) eingehen. Des Weiteren werden Kombinationstherapien als möglicher zukünftiger Therapiestandard diskutiert.

### Vasoaktive Therapie

Angriffspunkte einer vasoaktiven Therapie sind die potentiell reversiblen Komponenten der Gefäßobstruktion. Prinzipiell bestehen zwei Möglichkeiten, durch pharmakologische Intervention den Gefäßquerschnitt zu erweitern:

- Aufhebung eines dauerhaft erhöhten Vasotonus durch Relaxation der glatten Gefäßmuskulatur (unmittelbarer Effekt von Vasodilatatoren);
- Beeinflussung des strukturellen Gefäßumbaus (vaskuläres Remodeling) durch Nutzung von antiinflammatorischen und antiproliferativen Wirkstoffen.

Eine Vielzahl vasodilatativer Agenzien ist in der Behandlung der chronischen pulmonalen Hypertonie klinisch getestet worden. Bezüglich der Anwendung von Calciumantagonisten, Prostanoiden und nichtselektiven Endothelinantagonisten sei nochmals auf den Artikel von Hoeper in diesem Heft hingewiesen. Obwohl in dem genannten Artikel auch schon auf inhaliertes Iloprost (Ventavis®) eingegangen wurde, sei diese Therapieform hier noch einmal kurz erwähnt, da sie zur Erläuterung der neuen Therapie mit inhaliertem Treprostinil den theoretischen und klinischen Hintergrund liefert.

### Inhalatives Iloprost

Die Inhalation aerosolierter Prostanoide umgeht wirkungsvoll einen Großteil der Nachteile der Infusionstherapie: Durch die alveoläre Deposition des Wirkstoffs wird eine pulmonal und intrapulmonal selektive Wirkung erzielt. Die Therapie der pulmonalen Hypertonie mit wiederholten Inhalationen des lang wirksamen Prostacyclinanalogons Iloprost hat in einer multizentrischen, randomisierten, plazebokontrollierten Studie ihre Effektivität bei gleichzeitig guter Sicherheit bewiesen [1]. In der mit Iloprost behandelten Gruppe zeigte sich sowohl eine signifikante Verbesserung der 6-min-Gehstrecke (als Maßstab der Belastbarkeit) als auch der NYHA-Klasse (New York Heart Association) im Vergleich zur plazebobehandelten Gruppe. Dieser zulassungsrelevanten Studie waren bereits mehrere, nicht kontrollierte Studien an Patienten mit verschiedenen Formen der pulmonalen Hypertonie vorausgegangen [2–4]. Im Wesentlichen konnte die Phase-III-Studie hierbei die früheren positiven Erfahrungen bestätigen. Nachteile dieser Therapie sind jedoch neben der aufwendigen Aerosoltechnologie die relativ kurze Wirkdauer der einzelnen Gabe (60–90 min) mit der Notwendigkeit häufiger Inhalationen (sechs- bis neunmal täglich) und die therapeutische Pause während der Nacht.

### Inhaliertes Treprostinil

Treprostinil ist ein lang wirksames Prostacyclinanalogon, welches aufgrund seiner langen Plasmahalbwertszeit und chemischen Stabilität in Lösung potentielle Vorteile gegenüber Epoprostenol bietet und somit zunächst als Substitut für die Infusionsbehandlung entwickelt wurde. Zur Vermeidung katheterassoziierter

Liquidia's Exhibit 1010
Page 2

Ghofrani HA, et al. Pulmonale Hypertonie – neue Aspekte der Therapie

Komplikationen wird die Treprostinilinfusion subkutan über eine (der Insulindauertherapie entnommene) Spezialkanüle infundiert. Die zulassungsrelevante Studie zu diesem Therapieprinzip hat eine Wirksamkeit bei der Behandlung von Patienten mit PAH erbracht [5]. Nachteil dieser Behandlungsform ist jedoch, dass es bei bis zu 80% der Patienten zu Schmerzen an der Injektionsstelle kommt, welche eine dauerhafte Therapie erschweren. Erste Untersuchungen aus Gießen haben den Wirksamkeitsnachweis von *inhaliertem* Treprostinil zur effektiven Senkung des pulmonalen Gefäßwiderstands (PVR) erbracht [6]. In dieser ersten Untersuchung wurde bei 17 Patienten mit schwerer präkapillärer pulmonaler Hypertonie inhaliertes Treprostinil (15 µg/Inhalation) verabreicht. Dies führte zu einer starken pulmonal selektiven Druck- und Widerstandssenkung mit einer Gesamtwirkdauer von > 180 min. Im direkten Vergleich mit inhaliertem Iloprost zeigte inhaliertes Treprostinil eine stärkere pulmonale Selektivität, so dass eine Dosissteigerung auf bis zu 90 µg (absolute inhalierte Dosis pro Inhalationsmanöver), ohne Auftreten von unerwünschten Wirkungen, möglich ist [6]. Aufgrund dieser einzigartigen Eigenschaften (ausgeprägte pulmonale Selektivität und lange Wirkdauer nach einzelner Inhalation) ist es möglich, die Anzahl notwendiger Inhalationen auf bis zu vier pro Tag zu reduzieren; die Inhalationsdauer lässt sich bei geeigneter Geräteauswahl auf < 1 min senken. Erste Daten zeigen zudem, dass eine Anwendung in nur ein bis zwei Atemzügen technisch realisierbar sein wird. Eine multizentrische, plazebokontrollierte Studie soll nun die Wirksamkeit dieser neuen Therapie auch in der Langzeitanwendung untersuchen.

### Selektive Endothelin-A-Rezeptor-Antagonisten

Die Aktivierung von Endothelin-A-($ET_A$-)Rezeptoren führt zur Vasokonstriktion und Gefäßproliferation in der Lunge, während der $ET_B$-Rezeptor zirkulierendes Endothelin bindet (und eliminiert) und zu einer Steigerung der endogenen Prostacyclin- und Stickstoffmonoxid-(NO-)Produktion führt. Außerdem wird angenommen, dass die für Bosentan beschriebene Lebertoxizität vornehmlich mit der $ET_B$-hemmenden Wirkung im Zusammenhang steht. Vor dem Hintergrund dieser vermutlich nachteiligen Teilkomponente des nichtselektiven Endothelin-Rezeptor-Antagonisten (ERA) sind selektive $ET_A$-Antagonisten in die klinische Erprobung gekommen. Hierzu liegen aktuell Erfahrungen für zwei Substanzen vor, die im Einzelnen aufgeführt sind.

*Sitaxsentan.* Der selektive $ET_A$-Rezeptor-Antagonist Sitaxsentan (Thelin®) hat eine vielfach höhere Bindungsaffinität für den $ET_A$- als den $ET_B$-Rezeptor. Präklinische Daten haben bereits auf eine mögliche Wirksamkeit zur Behandlung der PAH hingewiesen. Publizierte klinische Phase-II-Daten zeigen, dass bei vergleichbarer Wirksamkeit mit Bosentan die Inzidenz von Lebertoxizität in der mit 100 mg Sitaxsentan (einmal tägliche Tabletteneinnahme) behandelten Gruppe bei 0% und in der mit 300 mg behandelten bei 10% lag [7]. Bei der derzeit noch in Auswertung befindlichen zulassungsrelevanten Phase-III-Studie kamen sowohl 50 mg als auch 100 mg Sitaxsentan im Vergleich zu Plazebo oder Bosentan (125 mg zweimal täglich) zum Einsatz. Die zurzeit nur per Pressemitteilung veröffentlichten Daten signalisieren, dass erneut die 100-mg-Dosis von Sitaxsentan bei vergleichbarer Wirksamkeit (Verbesserung der Gehstrecke im 6-min-Gehtest um 31,4 m [Sitaxsentan] vs. 29,5 m [Bosentan]) im Trend weniger Lebertoxizität aufwies als Bosentan (3% vs. 11%). Wann und für welches Patientenkollektiv es zu einer Zulassung dieser Medikation kommen wird, ist derzeit nicht bekannt. Für Sitaxsentan ist eine Interaktion mit Warfarin vorbeschrieben, die eine Dosisanpassung des oralen Antikoagulans erfordert.

*Ambrisentan.* Ebenso wie Sitaxsentan handelt es sich bei Ambrisentan um einen selektiven $ET_A$-Antagonisten [8]. Eine Phase-II-Studie zu dieser Substanz ist bereits abgeschlossen, jedoch liegen die Ergebnisse zurzeit nicht in publizierter Form vor. Die zulassungsrelevante Phase-III-Studie rekrutiert derzeit noch Patienten und wird voraussichtlich Ende 2005 zum Abschluss kommen.

### Phosphodiesteraseinhitoren

Die gemeinsame Endstrecke in der Wirkungssequenz der endogenen vasodilatativen Mediatoren (z.B. NO, Prostanoide und atriales natriuretisches Peptid [ANP]) ist die intrazelluläre Freisetzung zyklischer Nukleotide (zyklisches Adenosinmonophosphat [cAMP], zyklisches Guanosinmonophosphat [cGMP]). Diese sog. Second Messenger werden in erster Linie durch eine Aktivierung von Adenylat- und Guanylatcyclase gebildet [9]. Der Abbau zyklischer Nukleotide durch Phosphodiesterasen (PDE) limitiert die Wirkintensität und -dauer der vasodilatativen Agonisten [9, 10]. PDE zeigen z.T. organ- bzw. zellspezifische Verteilungsmuster [10, 11]. So ist die PDE5 sowohl im Corpus cavernosum des Mannes als auch in der Lunge schon unter physiolo-

Liquidia's Exhibit 1010
Page 3

Ghofrani HA, et al. Pulmonale Hypertonie – neue Aspekte der Therapie

gischen Bedingungen hoch exprimiert [10]. Darüber hinaus sind PDE gerade bei verschiedenen proliferativen und konstriktiven Gefäßerkrankungen überexprimiert. PDE-Inhibitoren können, abhängig von ihrem Selektivitätsprofil, in den Abbau von cAMP oder cGMP oder beiden Systemen gleichzeitig eingreifen.

Therapeutische Ansätze ergeben sich vor dem Hintergrund dieser pathophysiologischen Überlegungen somit in zweierlei Hinsicht: 1. können PDE-Inhibitoren den basalen Abbau von zyklischen Nukleotiden hemmen und somit per se vasodilatative Effekte erzielen, und 2. können PDE-Inhibitoren die Wirksamkeit von Vasodilatatoren wie NO und Prostanoiden verlängern.

*Sildenafil.* Sildenafil ist ein selektiver PDE5-Inhibitor und zur Therapie der erektilen Dysfunktion zugelassen. In dieser Indikation zeigte das Medikament bisher ein ausgesprochen gutes Sicherheitsprofil, insbesondere ohne Nachweis relevanter systemischer Blutdrucksenkung [12]. Bei Patienten, die aufgrund einer kardiovaskulären Erkrankung mit Nitropräparaten therapiert werden, sollte jedoch zur Vermeidung unerwünschter schwerer Hypotonien von einer kombinierten Anwendung mit Sildenafil abgesehen werden.

Basierend auf experimentellen Vorkenntnissen lag es nahe, PDE-Inhibitoren zur Verlängerung und/oder Verstärkung der Wirkung von Prostanoiden einzusetzen. Zwei klinische Studien haben hierbei eindrucksvoll belegen können, dass Sildenafil per se ein potenter pulmonaler Vasodilatator ist, der trotz systemischer Applikation eine überraschende pulmonale Selektivität aufweist [13, 14]. Des Weiteren konnte eine deutliche synergistische Wirkung von oralem Sildenafil mit inhaliertem Iloprost dokumentiert werden. An 30 Patienten mit schwerer pulmonaler Hypertonie wurde hierbei ein Vergleich der Wirksamkeit mit dem bekanntermaßen pulmonal selektiven Vasodilatator inhaliertes NO durchge-



**Abbildungen 1a bis 1d.** Wirkung von inhaliertem Stickstoffmonoxid (NO) und Iloprost sowie oralem Sildenafil auf den pulmonalvaskulären Widerstand (PVR; modifiziert nach [14]). Die prozentuale Reduktion des PVR unter NO-Inhalation, Iloprostinhalation und nach oralem Sildenafil ist hier dargestellt. a, b) Untersuchung einzelner Anwendungen der Medikamente. c, d) Zusätzliche Darstellung der kombinierten Gaben von Sildenafil – c) 12,5 mg, d) 50 mg – mit inhaliertem Iloprost (Ilomedin®).

**Figures 1a to 1d.** Comparison of pulmonary vasodilative potency of oral sildenafil, inhaled nitric oxide (NO) and inhaled iloprost (adapted from [14]). Comparative vasodilator testing was performed in 30 patients with precapillary pulmonary hypertension. The relative reduction (in %) of PVR subsequent to inhaled NO, inhaled iloprost, and oral sildenafil is presented. a, b) Investigation of the effects of each single substance. c, d) Combinations of inhaled iloprost with 12.5 mg (c) and 50 mg (d) oral sildenafil are displayed.

führt [14]. Hierbei zeigte sich, dass 50 mg orales Sildenafil eine signifikant stärkere pulmonale Vasodilatation bewirkte als inhaliertes NO (PVR-Reduktion: ~ 25% [50 mg Sildenafil] vs. ~ 15% [~ 20 ppm NO]; Abbildung 1). Im Hinblick auf mögliche kombinierte Anwendungen von PDE-Inhibitoren und Prostanoiden zeigten beide Substanzen in dieser Studie einen eindrucksvollen Synergismus der Wirksamkeit (> 45% PVR-Reduktion), bei erhaltener pulmonal selektiver Wirkweise und somit sehr guter Verträglichkeit. Auch bei pulmonaler Hypertonie als Begleiterkrankung einer interstitiellen Lungenerkrankung zeigte Sildenafil ein einzigartiges Wirkprofil. Obwohl Patienten mit Lungenfibrose und pulmonaler Hypertonie eine Prädisposition zu Oxygenierungsstörungen unter der Gabe von nichtselektiven Vasodilatatoren haben, zeigte Sildenafil bei diesen Patienten (trotz oraler Gabe) nicht nur eine Se-

Liquidia's Exhibit 1010
Page 4

Ghofrani HA, et al. Pulmonale Hypertonie – neue Aspekte der Therapie



**Abbildung 2.** Hämodynamische und Gasaustauschveränderungen bei Patienten mit Lungenfibrose und schwerer pulmonaler Hypertonie (modifiziert nach [15]).
Relative Veränderungen der Messparameter nach Inhalation mit Stickstoffmonoxid [NO (inh.)], intravenösem Prostacyclin [PGI (i.v.)] und oralem Sildenafil [Sil (oral)] sind hier dargestellt. CO: Herzzeitvolumen; mPAP: mittlerer pulmonalarterieller Druck; mSAP: mittlerer systemisch-arterieller Druck; paO$_2$: arterieller Sauerstoffpartialdruck; PVR: pulmonalvaskulärer Widerstand; PVR/SVR: Relation von pulmonal- zu systemisch-vaskulärem Widerstand.

**Figure 2.** Hemodynamic and gas exchange response to inhaled nitric oxide [NO (inh.)], infused prostacyclin [PGI (i.v.)], and oral sildenafil [Sil (oral)] in patients with lung fibrosis and pulmonary hypertension (adapted from [15]).
Deviations from pre-intervention baseline are displayed for inhaled NO, infused prostacyclin, and oral sildenafil. CO: cardiac output; mPAP: mean pulmonary arterial pressure; mSAP: mean systemic arterial pressure; paO$_2$: partial pressure of arterial oxygen (changes given in mm Hg); PVR: pulmonary vascular resistance index; PVR/SVR ratio: ratio of pulmonary to systemic vascular resistance.

lektivität im Sinne einer bevorzugten Senkung des PVR, sondern auch im Sinne einer intrapulmonalen Selektivität, welche sich in einer Verbesserung des Gasaustauschs ausdrückte [15] (Abbildung 2).

In einer kürzlich publizierten Untersuchung konnte durch Sildenafil erstmalig eine Leistungssteigerung bei hypoxieinduzierter pulmonaler Hypertonie dokumentiert werden, welche nicht nur mit einer Drucksenkung im kleinen Kreislauf, sondern auch mit einer verbesserten Oxygenierung einherging [16].

Mittlerweile ist die zulassungsrelevante Phase-III-Studie zur Behandlung der PAH mit Sildenafil zum Abschluss gekommen. Die Ergebnisse wurden 2004 auf der Konferenz der ACCP (American College of Chest Physicians) in Seattle, WA, USA, vorgestellt. Hierbei zeigte sich Sildenafil in allen drei getesteten Dosen von 20 mg, 40 mg und 80 mg (jeweils dreimal täglich verabreicht) hochsignifikant wirksamer in Bezug auf das Erreichen des primären Endpunkts (Verbesserung der 6-min-Gehstrecke; bis zu 50 m in der 80-mg-Gruppe) als Plazebo. Auch sekundäre Parameter, wie die Verbesserung der pulmonalen Hämodynamik sowie Parameter der Lebensqualität, waren signifikant verbessert. Zwischenzeitlich ist die Zulassung des Medikaments bei den US-amerikanischen und europäischen Behörden beantragt.

**Kombinationstherapien**

In der klinischen Realität von Patienten mit schwerer chronischer pulmonaler Hypertonie ergibt sich leider häufig die Situation, dass es trotz chronischer Therapie mit Prostanoiden oder Endothelinantagonisten zu einer progredienten Verschlechterung des klinischen Zustands der

Herz 30 · 2005 · Nr. 4 © Urban & Vogel

Liquidia's Exhibit 1010
Page 5

Case: 23-1805    Document: 31-2    Page: 10    Filed: 10/12/2023

Ghofrani HA, et al. Pulmonale Hypertonie – neue Aspekte der Therapie

Patienten kommt. Bisher wurden Patienten in einer solchen Konstellation einer atrialen Septostomie als überbrückende Maßnahme oder direkt einer Lungentransplantation zugeführt (mit allen Einschränkungen, bedingt durch lange Wartezeiten auf Spenderorgane und bisher unbefriedigende Langzeitergebnisse nach Transplantation). Wie erwähnt, zeigt Sildenafil auch in der Kombination mit z.B. inhaliertem Iloprost ein ausgesprochen gutes Wirkprofil bei dosisabhängig erhaltener pulmonaler Selektivität [14]. Eigene Erfahrungen bezüglich der kombinierten Langzeitanwendung von Sildenafil mit inhaliertem Iloprost im Rahmen klinischer Heilversuche erbrachten hierbei sehr ermutigende Ergebnisse im Sinne einer Rekompensation von Patienten, die trotz laufender Inhalationstherapie mit Iloprost zu dekompensieren drohten [17]. Eine weitere Untersuchung zur kombinierten Anwendung von Sildenafil und Bosentan zeigte ebenfalls einen Synergismus beider Therapien in Bezug auf eine Verbesserung der körperlichen Belastbarkeit [18]. Größere, plazebokontrollierte Studien sind notwendig, um abschließend die Fragen zu klären, 1. ob die Initiierung einer medikamentösen Therapie der pulmonalen Hypertonie mit mehreren Substanzen (z.B. PDE-Inhibitoren + Prostanoide oder PDE-Inhibitoren + ERA oder Prostanoide + ERA) einer einzelnen Therapie überlegen ist, 2. ob sich Patienten, die sich unter einer Monotherapie verschlechtern, durch Hinzunahme einer weiteren aktiven Substanz verbessern lassen, und 3. welche Medikamentenkombination im Hinblick auf Effektivität und Verbesserung der Prognose am wirksamsten ist. Die Optimierung der funktionellen Belastbarkeit bei Patienten mit chronischen pulmonalen Hypertonien sollte jeweils im Zentrum der therapeutischen Anstrengungen stehen, da diese von prognostischer Relevanz ist [19, 20]. Möglicherweise werden in Zukunft Kombinationen aus drei oder gar mehr Medikamenten zum Standardregime in der Behandlung der pulmonalen Hypertonie gehören, um dieses Ziel zu realisieren.

### Behandlung von Frühformen der pulmonalen Hypertonie

Derzeit gibt es keine generelle Empfehlung zur Therapie von Frühformen der pulmonalen Hypertonie mit Vasodilatanzien. Die Rationale für den frühzeitigen Einsatz solcher Substanzen ergibt sich aus der Vorstellung, sekundäre chronische (irreversible) Umbauprozesse der Lungengefäße zu verhindern, die sich im Gefolge dauerhafter Vasokonstriktion (prinzipiell noch

reversibel) ausbilden können. Die bisherige Zurückhaltung bezüglich einer frühzeitigen medikamentösen Therapie ist sicherlich zum einen durch die hohen Kosten der etablierten Medikamente in Verbindung mit dem hohen apparativen Aufwand und zum anderen mit den teils erheblichen therapieassoziierten Nebenwirkungen zu erklären. Außerdem zeigte sich in Bezug auf einen therapeutischen Nutzen für infundierte Prostanoide, dass nur Patienten mit einem weit fortgeschrittenen Stadium der Erkrankung einen signifikanten Überlebensvorteil aufwiesen, während diejenigen mit milderen Formen sogar tendenziell nachteilige Langzeitergebnisse durch die Therapie aufwiesen [21].

Aufgrund des sehr guten Sicherheitsprofils, der hohen Wirksamkeit und der verhältnismäßig niedrigen Therapiekosten könnte zukünftig dem oralen Sildenafil in der frühzeitigen Therapie latenter oder milder pulmonaler Hypertonien eine wichtige Rolle zukommen, zumal auch in der zulassungsrelevanten Phase-III-Studie mit dieser Substanz ein hoher Anteil von Patienten mit funktioneller NYHA-Klasse II erfolgreich behandelt werden konnte. Ebenso könnte dies für inhalierte Prostanoide bei weiterer Vereinfachung der Inhalationstechnologie zutreffen. Studien zu diesen Fragen stehen jedoch noch aus.

### Literatur

1. Olschewski H, Simonneau G, Galie N, et al. Inhaled iloprost for severe pulmonary hypertension. N Engl J Med 2002;347:322–9.
2. Olschewski H, Walmrath D, Schermuly R, et al. Aerosolized prostacyclin and iloprost in severe pulmonary hypertension. Ann Intern Med 1996;124:820–4.
3. Olschewski H, Ghofrani HA, Schmehl T, et al. Inhaled iloprost to treat severe pulmonary hypertension. An uncontrolled trial. German PPH Study Group. Ann Intern Med 2000;132:435–43.
4. Hoeper MM, Schwarze M, Ehlerding S, et al. Long-term treatment of primary pulmonary hypertension with aerosolized iloprost, a prostacyclin analogue. N Engl J Med 2000;342:1866–70.
5. Simonneau G, Barst RJ, Galie N, et al. Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial. Am J Respir Crit Care Med 2002;165:800–4.
6. Voswinckel R, Kohstall M, Enke B, et al. Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension. Eur Heart J 2004;25:22.
7. Barst RJ, Langleben D, Frost A, et al. Sitaxsentan therapy for pulmonary arterial hypertension. Am J Respir Crit Care Med 2004;169:441–7.
8. Channick RN, Sitbon O, Barst RJ, et al. Endothelin receptor antagonists in pulmonary arterial hypertension. J Am Coll Cardiol 2004;43:62S–7S.
9. Beavo JA. Cyclic nucleotide phosphodiesterases: functional implications of multiple isoforms. Physiol Rev 1995;75:725–48.
10. Ahn HS, Foster M, Cable M, et al. Ca/CaM-stimulated and cGMP-specific phosphodiesterases in vascular and non-vascular tissues. Adv Exp Med Biol 1991;308:191–7.
11. Rabe KF, Tenor H, Dent G, et al. Identification of PDE isozymes in human pulmonary artery and effect of selective PDE inhibitors. Am J Physiol 1994;266:L536–43.

Liquidia's Exhibit 1010
Page 6

12. Cheitlin MD, Hutter AM Jr, Brindis RG, et al. Use of sildenafil (Viagra) in patients with cardiovascular disease. Technology and Practice Executive Committee. Circulation 1999;99:168–77.

13. Wilkens H, Guth A, Konig J, et al. Effect of inhaled iloprost plus oral sildenafil in patients with primary pulmonary hypertension. Circulation 2001;104:1218–22.

14. Ghofrani HA, Wiedemann R, Rose F, et al. Combination therapy with oral sildenafil and inhaled iloprost for severe pulmonary hypertension. Ann Intern Med 2002;136:515–22.

15. Ghofrani HA, Wiedemann R, Rose F, et al. Sildenafil for treatment of lung fibrosis and pulmonary hypertension: a randomised controlled trial. Lancet 2002;360:895–900.

16. Ghofrani HA, Reichenberger F, Kohstall MG, et al. Sildenafil increased exercise capacity during hypoxia at low altitudes and at Mount Everest base camp: a randomized, double-blind, placebo-controlled crossover trial. Ann Intern Med 2004;141:169–77.

17. Ghofrani HA, Rose F, Schermuly RT, et al. Oral sildenafil as long-term adjunct therapy to inhaled iloprost in severe pulmonary arterial hypertension. J Am Coll Cardiol 2003;42:158–64.

18. Hoeper MM, Faulenbach C, Golpon H, et al. Combination therapy with bosentan and sildenafil in idiopathic pulmonary arterial hypertension. Eur Respir J 2004;24:1007–10.

19. Miyamoto S, Nagaya N, Satoh T, et al. Clinical correlates and prognostic significance of six-minute walk test in patients with primary pulmonary hypertension. Comparison with cardiopulmonary exercise testing. Am J Respir Crit Care Med 2000;161:487–92.

20. Wensel R, Opitz CF, Ewert R, et al. Effects of iloprost inhalation on exercise capacity and ventilatory efficiency in patients with primary pulmonary hypertension. Circulation 2000;101:2388–92.

21. Higenbottam T, Butt AY, McMahon A, et al. Long-term intravenous prostaglandin (epoprostenol or iloprost) for treatment of severe pulmonary hypertension. Heart 1998;80:151–5.

**Korrespondenzanschrift**
Dr. Hossein Ardeschir Ghofrani
Medizinische Klinik II
Klinikstraße 36
35392 Gießen
Telefon (+49/641) 99-42351, Fax -42359
E-Mail: ardeschir.ghofrani@innere.med.uni-giessen.de

Liquidia's Exhibit 1010
Page 7

**Appx1256**

# English Translation

Liquidia's Exhibit 1010
Page 8

**Herz © [HEART]** URBAN & VOGEL 2005

___

## New therapies in the treatment of pulmonary hypertension
[bilingual text]

Hossein Ardeschir Ghofrani, Robert Voswinckel, Frank Reichenberger, Friedrich Grimminger, Werner Seeger[1]

[bilingual text:]

**Abstract**

Besides all progress in the therapy of pulmonary arterial hypertension over the past years, there is still no cure for this devastating disease. By introducing effective and nonparenteral medications (e.g., oral endothelin receptor antagonists [ERAs], inhaled prostanoids), quality of life, exercise tolerance and prognosis of patients have substantially improved. However, applicability of these therapies can be hampered by serious side effects and/or the necessity for elaborate application techniques. Whether selective ERAs – due to their specificity for the A-type receptor – have potential benefits over the nonselective ERA bosentan remains to be answered by the analysis of pivotal trials recently carried out with ambrisentan and sitaxsentan. Inhaled treprostinil can potentially have benefits over the already approved inhaled iloprost, related to its higher pulmonary selectivity as well as to the longer biological half-life. However, this has yet to be proven in long-term randomized controlled trials. In comparison to the previously mentioned substances, the selective phosphodiesterase-5 ($PDE_5$) inhibitor sildenafil approached approval closest as new therapy for pulmonary arterial hypertension. Oral sildenafil has proven its efficacy as a selective pulmonary vasodilator in various forms of pulmonary hypertension. The results of the pivotal phase III trial have confirmed the

___

[1] Medical Clinic and Outpatient Clinic II, University of Giessen Lung Center (UGLC), Justus Liebig University in Giessen.

Liquidia's Exhibit 1010
Page 9

Ghofrani HA, et al. Pulmonary hypertension – new aspects of therapy

strong efficacy and excellent tolerability of this substance. Combination therapies, despite all progress seen for single agents, can be regarded as the most promising therapeutic approach for the future. However, controlled randomized trials that are currently under consideration have to confirm this notion.

**Key Words:** Pulmonary hypertension · Vasodilative therapy · Nitric oxide · Prostacyclin · Endothelin antagonist · Phosphodiesterase inhibitors · Combination therapies

Herz 2005;30:296–302
DOI 10.1007/s00059-005-2695-4

## Introduction

The therapy pursuant to the guidelines for pulmonary arterial hypertension (PAH) was already discussed extensively in the contribution from Hoeper in this issue. In this case, pursuant to the guidelines means referencing approved medications or substances that have found their way into evidence-based therapy recommendations due to clear status in publications. The content of this contribution is the presentation of new therapy approaches, which are partially still under development, and that can find their way into the therapy guidelines in the near future or that are already being employed in so-called "off label use" due to clear evidence of efficacy. Specifically, we will discuss therapy with inhaled prostanoids, selective endothelin A receptor antagonists (sitaxsentan and ambrisentan) and phosphodiesterase-5-(PDE5-) inhibitors (especially sildenafil). Furthermore, combination therapies will be discussed as a possible future therapy standard.

## Vasoactive therapy

The points of attack for a vasoactive therapy are the potentially reversible components of vascular obstruction. In principle, there are two possibilities to expand the vessel diameter with pharmacological intervention:

- Elimination of permanently increased vasotone by relaxing the smooth vessel musculature (direct effect of vasodilators);
- Influence of the vessel structure (vascular remodeling) by using anti-inflammatory and anti-proliferative substances.

A number of vasodilating agents have been clinically tested in the treatment of chronic pulmonary hypertension. With respect to the application of calcium antagonists, prostanoids and non-selective endothelin antagonists, we refer once again to the article by Hoeper in this issue. Although

inhaled iloprost (Ventavis®) was also discussed in this article, this therapy form will be briefly mentioned here again since it provides the theoretical and clinical background for explaining the new inhaled treprostinil therapy.

## Inhaled iloprost

The inhalation of aerosolized prostanoids avoids a large part of the disadvantages of infusion therapy while providing efficacy: due to the alveolar deposition of the active substance, pulmonary and intrapulmonary selective action is achieved. Therapy for pulmonary hypertension with repeated inhalations of the long-acting prostacyclin analog iloprost has proven its efficacy with simultaneous good safety in a multi-centric, randomized, placebo-controlled study [1]. In the group that was treated with iloprost, there was both a significant improvement in the 6-min. walk test (as a benchmark for stamina) and in the NYHA class (New York Heart Association) in comparison to the group treated with placebo. This study that is relevant for approval of the drug was already preceded by several, non-controlled studies in patients with various forms of pulmonary hypertension [2-4]. The phase III study was predominately able to confirm the earlier positive experiences. However, in addition to the expensive aerosol technology, a disadvantage of this therapy is the relatively short duration of action for a single dose (60-90 min.), which makes frequent inhalations necessary (six to nine times per day) and there is a therapeutic pause during the night.

## Inhaled treprostinil

Treprostinil is a long-acting prostacyclin analog, which offers potential benefits versus epoprostenol due to its long plasma half life and chemical stability in solution, and therefore was initially developed as a substitute for infusion treatment.

Liquidia's Exhibit 1010
Page 10

Ghofrani HA, et al. Pulmonary hypertension – new aspects of therapy

In order to avoid complications related to catheters, the treprostinil infusion is administered subcutaneously via a special cannula (taken from long-term insulin therapy). The study for this therapy concept that is relevant for approval of the drug showed efficacy in the treatment of patients with pulmonary arterial hypertension [5]. However, the downside of this form of treatment is that up to 80% of the patients have pain at the injection site, which makes a long-term therapy more difficult. Initial trials in Giessen have shown proof of efficacy of *inhaled* treprostinil for the effective reduction of the pulmonary vascular resistance (PVR) [6]. In this first study, 17 patients with severe pre-capillary pulmonary hypertension were administered inhaled treprostinil (15 mcg/inhalation). This led to a major reduction in pulmonary selective pressure and resistance with an overall duration of action of > 180 min. In direct comparison with inhaled iloprost, inhaled treprostinil showed a stronger pulmonary selectivity, so that it is possible to increase the dosage to up to 90 mcg (absolute inhaled dose per inhalation exercise) without adverse effects occurring [6]. Due to these unique properties (pronounced pulmonary selectivity and long duration of action after an individual inhalation), it is possible to reduce the number inhalations necessary to up to four per day; the inhalation period can be reduced to < 1 min. by selecting a suitable device. Additionally, the initial data shows that it is technically feasible for there to be only one to two breaths in an application. A multi-centric, placebo-controlled study shall now also study the efficacy of this new therapy during long-term use.

**Selective endothelin A receptor antagonists**
The activation of endothelin A (ET$_A$) receptors leads to vasoconstriction and vascular proliferation in the lung, while the ET$_B$ receptor binds (and eliminates) circulating endothelin and leads to an increase in the endogenous prostacyclin and nitrogen monoxide (NO) production. In addition, it is assumed that the liver toxicity described for bosentan is mainly related to the ET$_B$-inhibiting effect. Against the backdrop of these presumably risky partial components of the non-selective endothelin receptor antagonist (ERA), selective ET$_A$ antagonists have made their way into clinical testing. There are currently experiences with two substances in this regard, which are discussed in detail below.

*Sitaxsentan*. The selective ET$_A$ receptor antagonist sitaxsentan (Thelin®) has a much higher binding affinity for the ET$_A$ receptor than for the ET$_B$ receptor. Preclinical data have already indicated a possible efficacy for PAH treatment. Published clinical phase II data show that at a comparable efficacy to bosentan, the incidence of liver toxicity in the group treated with 100 mg sitaxsentan (tablet taken once per day) is 0% and is 10% in the group treated with 300 mg [7]. In the phase III study that is relevant for drug approval, which is still being evaluated, both 50 mg and 100 mg sitaxsentan were used in comparison to a placebo or bosentan (125 mg twice a day). The data that has so far only been published by press release indicates again that 100 mg dose of sitaxsentan showed a trend of lower liver toxicity than bosentan (3% vs. 11%) while having comparable efficacy (improvement in walking distance in the 6-min. walk test by 31.4 m [sitaxsentan] vs. 29.5 m [bosentan]). It is currently not known when and for what patient cohort this medication will be approved. For sitaxsentan, an interaction with warfarin is described, which requires a dosage adjustment of the oral anti-coagulant.
*Ambrisentan*. Just as with sitaxsentan, ambrisentan is a selective ET$_A$ antagonist [8]. A phase II study on this substance has already been completed, however, the results are currently not available in published form. The phase III study that is relevant for the drug approval is currently still recruiting patients and is expected to be completed at the end of 2005.

**Phosphodiesterase inhibitors**
The mutual end segment in the sequence of action of the endogenous vasodilating mediators (e.g. NO, prostanoids and atrial natriuretic peptide [ANP]) is the intracellular release of cyclic nucleotides (cyclic adenosine monophosphate [cAMP], cyclic guanosine monophosphate [cGMP]. These so-called second messengers are mainly formed by an activation of adenylate and guanylate cyclase [9]. The decomposition of cyclic nucleotides by phosphodiesterase (PDE) limits the intensity and duration of action of the vasodilating agonists [9, 10]. PDEs partially show organ-specific or cell-specific distribution patterns [10, 11]. Thus, PDE5 is highly expressed in both the corpus cavernosum in

Liquidia's Exhibit 1010
Page 11

Ghofrani HA, et al. Pulmonary hypertension – new aspects of therapy

males and the lungs under physiological conditions [10]. In addition, PDEs are overexpressed in the case of various proliferative and constrictive vascular diseases. PDE inhibitors can interfere with the decomposition of cAMP or cGMP or both systems simultaneously, depending on their selectivity profile.

Therefore, therapeutic approaches are seen in two respects in the context of these pathophysiological considerations:
1. PDE inhibitors can inhibit the basal decomposition of cyclic nucleotides and therefore achieve vasodilating effects per se, and
2. PDE inhibitors can extend the effects of vasodilators such as NO and prostanoids.
*Sildenafil.* Sildenafil is a selective PDE5 inhibitor and has been approved for erectile dysfunction therapy. In this indication, the medication has shown an extraordinarily good safety profile so far, especially without detection of a relevant decrease in systemic blood pressure [12]. In patients that are treated with nitro preparations due to a cardiovascular disease, however, a combined application with sildenafil should be avoided in order to prevent undesired severe hypotension.

Based on experimental preliminary results, it was obvious to employ PDE inhibitors for the prolongation and/or increase in the action of prostanoids. Two clinical studies have been able to impressively prove that sildenafil is a potent vasodilator per se, which exhibits a surprising pulmonary selectivity despite systemic application [13, 14]. In addition, a clear synergistic action of oral sildenafil with inhaled iloprost was able to be documented. A comparison of the efficacy with the known pulmonary selective vasodilator inhaled NO was performed on 30 patients with



[bilingual text:]

**Figures 1a to 1d.** Comparison of pulmonary vasodilative potency of oral sildenafil, inhaled nitric oxide (NO) and inhaled iloprost (adapted from [14]). Comparative vasodilator testing was performed in 30 patients with precapillary pulmonary hypertension. The relative reduction (in %) of PVR subsequent to inhaled NO, inhaled iloprost, and oral sildenafil is presented. a, b) Investigation of the effects of each single substance. c, d) Combinations of inhaled iloprost with 12.5 mg (c) and 50 mg (d) oral sildenafil are displayed.

severe pulmonary hypertension [14]. This showed that 50 mg of oral sildenafil caused significantly stronger pulmonary vasodilation than inhaled NO (PVR reduction: ~25% [50 mg sildenafil] vs. ~15% [~20 ppm NO]; Figure 1). With respect to possible combined applications of PDE inhibitors and prostanoids, both substances in this study showed an impressive synergism of efficacy (>45% PVR reduction), with preserved pulmonary selective method of action, and therefore very good tolerability. Also in the case of pulmonary hypertension as a secondary disease of an interstitial lung disease, sildenafil showed an excellent action profile. Although patients with pulmonary fibrosis and pulmonary hypertension have a predisposition for oxygenation disorders while being administered non-selective vasodilators, sildenafil not only showed selectivity in these patients (despite oral administration)

Liquidia's Exhibit 1010
Page 12

Ghofrani HA, et al. Pulmonary hypertension – new aspects of therapy



[bilingual text:]

**Figure 2.** Hemodynamic and gas exchange response to inhaled nitric oxide [NO (inh.)], infused prostacyclin [PGI (i.v.)], and oral sildenafil [Sil (oral)] in patients with lung fibrosis and pulmonary hypertension (adapted from [15]).
Deviations from pre-intervention baseline are displayed for inhaled NO, infused prostacyclin, and oral sildenafil. CO: cardiac output; mPAP: mean pulmonary arterial pressure; mSAP: mean systemic arterial pressure; paO$_2$: partial pressure of arterial oxygen (changes given in mm Hg); PVR: pulmonary vascular resistance index; PVR/SVR ratio: ratio of pulmonary to systemic vascular resistance.

in the sense of preferred reduction of the PVR, but also in the sense of intrapulmonary selectivity, which was expressed in improvement in the gas exchange [15] (Figure 2).

In a recently published study, it was able to be documented for the first time that sildenafil increased performance in the case of hypoxia-induced pulmonary hypertension, which was not only associated with a reduction in pressure in the lesser circulation, but also with an improvement in oxygenation [16].

In the meantime, the phase III study for the treatment of PAH with sildenafil that is relevant for drug approval has been completed. The results were presented in 2004 at the ACCP (American College of Chest Physicians) conference in Seattle, WA, USA. This showed that sildenafil is more effective at attaining the primary endpoint (improvement in the 6-min. walk test; up to 50 m in the 80 mg group) than the placebo with a high degree of significance at all three tested doses of 20 mg, 40 mg and 80 mg (each administered three times per day). Secondary parameters such as improvement in pulmonary hemodynamics and life quality parameters were significantly improved as well. The approval of the medication has been requested from the US and European authorities in the meantime.

**Combination therapies**
Unfortunately, the clinical reality of patients with severe chronic pulmonary hypertension is often the situation that there is a progressive deterioration of the clinical condition of the patient despite chronic therapy with prostanoids or endothelin antagonists.

Liquidia's Exhibit 1010
Page 13

Ghofrani HA, et al. Pulmonary hypertension – new aspects of therapy

Previously, patients in such a situation were given an atrial septostomy as a bridging measure or were directly given a lung transplant (with all the restrictions due to the long wait times for donor organs and the previously unsatisfactory long-term results after transplantation). As mentioned, sildenafil also shows an extraordinarily good action profile even in combination with e.g. inhaled iloprost with preserved pulmonary selectivity regardless of dosage [14]. Some experiences with respect to combined long-term application of sildenafil with inhaled iloprost as part of clinical healing attempts have shown very encouraging results with regard to patient re-compensation, who were at risk of decompensation despite ongoing iloprost inhalation therapy [17]. A further study on the combined application of sildenafil and bosentan also showed a synergy of both therapies with respect to improvement in physical stamina [18]. Larger, placebo-controlled studies are necessary in order to finally clarify the questions of 1. whether the initiation of a multi-substance medicinal therapy for pulmonary hypertension (e.g. PDE inhibitors + prostanoids or PDE inhibitors + ERA or prostanoids + ERA) is superior to an individual therapy, 2. whether patients that become worse under a monotherapy can become better by adding another active substance, and 3. which medication combination is the most effective with respect to efficacy and improvement in the prognosis. The optimization of the functional stamina of patients with chronic pulmonary hypertension should be at the center of any therapeutic endeavor, since this is of prognostic relevance [19, 20]. Possibly, in the future combinations of three or even more medications could be part of a standard regimen for the treatment of pulmonary hypertension in order to achieve this goal.

### Treatment of early forms of pulmonary hypertension

Currently there is no general recommendation for therapy with vasodilators for early forms of pulmonary hypertension. The rationale for the early use of such substances is to prevent the presentation of secondary chronic (irreversible) remodeling processes of the pulmonary vessels, which can form as a result of long-term vasoconstriction (which are still reversible in

principle). The previous reticence with respect to initiating an early medicinal therapy is surely due to the high costs of the established medications in conjunction with the costly equipment needs on the one hand, and on the other due to the partially considerable therapeutic adverse effects. In addition, with respect to a therapeutic benefit of infused prostanols, it is shown that only patients with a far advanced stage of the disease exhibit a significant survival benefit, while those with milder forms even show a tendency for worse long-term results with the therapy [21].

Due to the very good safety profile, the high efficacy and the relatively low costs of therapy, in the future oral sildenafil could play an important role in the early therapy for latent or mild pulmonary hypertension, especially as a large number of patients with functional NYHA class II were able to be successfully treated with this substance in the phase III study that is relevant for drug approval. Likewise, this could be true of inhaled prostanols with further simplification of the inhalation technology. However, studies that answer these questions are still outstanding.

### Literature

1. Olschewski H, Simonneau G, Galie N, et al. Inhaled iloprost for severe pulmonary hypertension. N Engl J Med 2002;347:322–9.
2. Olschewski H, Walmrath D, Schermuly R, et al. Aerosolized prostacyclin and iloprost in severe pulmonary hypertension. Ann Intern Med 1996;124:820–4.
3. Olschewski H, Ghofrani HA, Schmehl T, et al. Inhaled iloprost to treat severe pulmonary hypertension. An uncontrolled trial. German PPH Study Group. Ann Intern Med 2000;132:435–43.
4. Hoeper MM, Schwarze M, Ehlerding S, et al. Long-term treatment of primary pulmonary hypertension with aerosolized iloprost, a prostacyclin analogue. N Engl J Med 2000;342:1866–70.
5. Simonneau G, Barst RJ, Galie N, et al. Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial. Am J Respir Crit Care Med 2002;165:800–4.
6. Voswinckel R, Kohstall M, Enke B, et al. Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension. Eur Heart J 2004;25:22.
7. Barst RJ, Langleben D, Frost A, et al. Sitaxsentan therapy for pulmonary arterial hypertension. Am J Respir Crit Care Med 2004;169:441–7.
8. Channick RN, Sitbon O, Barst RJ, et al. Endothelin receptor antagonists in pulmonary arterial hypertension. J Am Coll Cardiol 2004;43:62S–7S.
9. Beavo JA. Cyclic nucleotide phosphodiesterases: functional implications of multiple isoforms. Physiol Rev 1995;75:725–48.
10. Ahn HS, Foster M, Cable M, et al. Ca/CaM-stimulated and cGMP-specific phosphodiesterases in vascular and non-vascular tissues. Adv Exp Med Biol 1991;308:191–7.
11. Rabe KF, Tenor H, Dent G, et al. Identification of PDE isozymes in human pulmonary artery and effect of selective PDE inhibitors. Am J Physiol 1994;266:L536–43.

Liquidia's Exhibit 1010
Page 14

Ghofrani HA, et al. Pulmonary hypertension – new aspects of therapy

12. Cheitlin MD, Hutter AM Jr, Brindis RG, et al. Use of sildenafil (Viagra) in patients with cardiovascular disease. Technology and Practice Executive Committee. Circulation 1999;99:168–77.
13. Wilkens H, Guth A, Konig J, et al. Effect of inhaled iloprost plus oral sildenafil in patients with primary pulmonary hypertension. Circulation 2001;104:1218–22.
14. Ghofrani HA, Wiedemann R, Rose F, et al. Combination therapy with oral sildenafil and inhaled iloprost for severe pulmonary hypertension. Ann Intern Med 2002;136:515–22.
15. Ghofrani HA, Wiedemann R, Rose F, et al. Sildenafil for treatment of lung fibrosis and pulmonary hypertension: a randomised controlled trial. Lancet 2002;360:895–900.
16. Ghofrani HA, Reichenberger F, Kohstall MG, et al. Sildenafil increased exercise capacity during hypoxia at low altitudes and at Mount Everest base camp: a randomized, double-blind, placebo-controlled crossover trial. Ann Intern Med 2004;141:169–77.
17. Ghofrani HA, Rose F, Schermuly RT, et al. Oral sildenafil as long-term adjunct therapy to inhaled iloprost in severe pulmonary arterial hypertension. J Am Coll Cardiol 2003;42:158–64.
18. Hoeper MM, Faulenbach C, Golpon H, et al. Combination therapy with bosentan and sildenafil in idiopathic pulmonary arterial hypertension. Eur Respir J 2004;24:1007–10.
19. Miyamoto S, Nagaya N, Satoh T, et al. Clinical correlates and prognostic significance of six-minute walk test in patients with primary pulmonary hypertension. Comparison with cardiopulmonary exercise testing. Am J Respir Crit Care Med 2000;161:487–92.
20. Wensel R, Opitz CF, Ewert R, et al. Effects of iloprost inhalation on exercise capacity and ventilatory efficiency in patients with primary pulmonary hypertension. Circulation 2000;101:2388–92.
21. Higenbottam T, Butt AY, McMahon A, et al. Long-term intravenous prostaglandin (epoprostenol or iloprost) for treatment of severe pulmonary hypertension. Heart 1998;80:151–5.

**Correspondence address**
Dr. Hossein Ardeschir Ghofrani
Medical Clinic II
Klinikstrasse 36
35392 Giessen
Telephone (+49/641) 99-42351, fax -42359
E-mail: ardeschir.ghofrani@innere.med.uni-giessen.de

Liquidia's Exhibit 1010
Page 15

Appx1264

I, Brooke Hampshire, declare that:

1.      I am fluent in both German and English. To the best of my knowledge and belief, the attached document is a true and correct translation of an article titled Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie from German to English.

2.      I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001.

Date: 6/20/2017

_Brooke Hampshire_
BROOKE HAMPSHIRE

Liquidia's Exhibit 1010
Page 16

JOURNAL OF AEROSOL MEDICINE AND PULMONARY DRUG DELIVERY
Volume 30, Number 1, 2017
Mary Ann Liebert, Inc.
Pp. 20–41
DOI: 10.1089/jamp.2016.1297

# The History of Therapeutic Aerosols:
# A Chronological Review

Stephen W. Stein, MS[1], and Charles G. Thiel, BA[2]

## Abstract

In 1956, Riker Laboratories, Inc., (now 3 M Drug Delivery Systems) introduced the first pressurized metered dose inhaler (MDI). In many respects, the introduction of the MDI marked the beginning of the modern pharmaceutical aerosol industry. The MDI was the first truly portable and convenient inhaler that effectively delivered drug to the lung and quickly gained widespread acceptance. Since 1956, the pharmaceutical aerosol industry has experienced dramatic growth. The signing of the Montreal Protocol in 1987 led to a surge in innovation that resulted in the diversification of inhaler technologies with significantly enhanced delivery efficiency, including modern MDIs, dry powder inhalers, and nebulizer systems. The innovative inhalers and drugs discovered by the pharmaceutical aerosol industry, particularly since 1956, have improved the quality of life of literally hundreds of millions of people. Yet, the delivery of therapeutic aerosols has a surprisingly rich history dating back more than 3500 years to ancient Egypt. The delivery of atropine and related compounds has been a crucial inhalation therapy throughout this period and the delivery of associated structural analogs remains an important therapy today. Over the centuries, discoveries from many cultures have advanced the delivery of therapeutic aerosols. For thousands of years, therapeutic aerosols were prepared by the patient or a physician with direct oversight of the patient using custom-made delivery systems. However, starting with the Industrial Revolution, advancements in manufacturing resulted in the bulk production of therapeutic aerosol delivery systems produced by people completely disconnected from contact with the patient. This trend continued and accelerated in the 20th century with the mass commercialization of modern pharmaceutical inhaler products. In this article, we will provide a summary of therapeutic aerosol delivery from ancient times to the present along with a look to the future. We hope that you will find this chronological summary intriguing and informative.

**Keywords:** atropine, dry powder inhaler, inhaler, metered dose inhaler, nebulizer, therapeutic aerosol

## The Delivery of Therapeutic Aerosols in Ancient Times

THE DELIVERY OF THERAPEUTIC VAPORS AND AEROSOLS through inhalation has been used for thousands of years in various cultures. The first known reference to therapeutic aerosol delivery is an ancient Egyptian papyrus scroll (Ebers papyrus) dating back to ∼ 1554 BC, which purportedly was discovered between the legs of a mummy in the Assassif district of the Theban necropolis.[1] This papyrus describes having patients struggling to breathe to inhale the vapor formed when black henbane (*Hyoscyamus niger*) plants were placed onto hot bricks. After placing the herbs onto the stone, a jar with a hole was place over the herbs and the patient inhaled the fumes through a stalk of reed that was placed into the hole. The instructions as translated by Ebbell[2] are ''Thou shalt fetch 7 stones and heat them by the fire, thou shalt take one thereof and place (a little) of these remedies on it and cover it with a new vessel whose bottom is perforated and place a stalk of a reed in this hole; thou shalt put thy mouth to this stalk so that thou inhalest the smoke of it.'' Figure 1 shows a representation of the aerosol delivery described in the Ebers papyrus.

Black henbane is a leafy flowering plant native to Europe and northern Africa. The therapeutic properties of the inhaled vapor have been attributed to the tropane alkaloids, including atropine, contained in all parts of the henbane plant.[3,4] The anticholinergic properties of atropine and

[1]3 M Drug Delivery Systems, St. Paul, Minnesota.
[2]Retired, Tucson, Arizona.

©Stephen W. Stein and Charles G. Thiel, 2016. Published by Mary Ann Liebert, Inc. This Open Access article is distributed under the terms of the Creative Commons License (http://creativecommons.org/licenses/by/4.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly credited.

Liquidia's Exhibit 1019
Page 1

Appx1650

structurally similar alkaloids combined with their prominence in various plants around the world have resulted in this class of compounds playing a critical role in the history of therapeutic aerosol delivery.

The most prominent ancient form of respiratory drug delivery was the smoking of opium for therapeutic and recreational purposes using incense burners and pipes. While the earliest known reference of smoking opium dates back to 1100 BC in China,[5] the practice likely had earlier origins due to the prominence of opium cultivation by that time. It is believed that cultivation of the opium poppy originated among the Sumerian people of lower Mesopotamia and was passed on to the Assyrian and Babylonians who in turn passed the practice on to the Egyptians.[5] By 1300 BC, opium cultivation had spread to Egypt, Carthage, and Europe. In 1025 AD, the Persian physician, Avicenna (Abū 'Ali al-Husayn ibn Sina), in his influential medical encyclopedia entitled *Canon of Medicine*, described the use of opium for a variety of medical purposes, including analgesia, treatment of diarrhea, and treatment of severe cough. Avicenna described a variety of forms of administration, including smoking and nasal inhalation.[6] Avicenna extensively described the toxicity of opioids and generally discouraged their use. He recommended, ''If you have no other option but to use opioids, closely monitor patient's pulse to avoid overdosing.''[6]

The inhalation of therapeutic aerosols for the treatment of asthma is described in the writings of the influential Indian physicians, Charaka and Sushruta, which date back to ∼600 BC. These writings provide detailed instructions for preparing herbal compositions, including Datura that could be smoked in a pipe or in a cigarette[3] to relieve asthma symptoms. Charaka also described the burning of herbal compositions in a bowl fitted with a second bowl on top and a tube fitted to allow inhalation of the fumes.[7] The therapeutic effects and toxicity described by Sushruta are consistent with atropine, which is a known active ingredient of the Datura stramonium species.[3] While the oldest existing documents describing smoking of Datura stramonium for treatment of asthma come from about 600 BC, Gandevia proposes that the origins of this therapy may date as far back as 2000 BC with early traditional Ayurvedic medicine.[7]

In addition to inhaled Datura, Indian physician Charaka Samhita describes in his first century AD medical book a range of asthma therapies that include steam inhalation and smoking cigars made of the paste of turmeric, cassia, cinnamon, the roots of the castor plant, lac, red arsenic, deodar, yellow orpiment, and nardus, smeared with ghee.[8] The Ayurvedic texts provide instructions on how to modify the strength of the dose, give clear instructions on the optimal inhalation technique, and provide contraindications to this therapy.[7]

The famous Greek physician, Hippocrates (460–377 BC), describes a device for enabling the inhalation of various vapors for the treatment of a number of maladies. This device consisted of a pot with a lid that had a hole through which a reed could be placed to enable the vapors to be inhaled.[9] Vapors generated from herbs and resins that had been boiled in vinegar and oil were inhaled through the reed.[3]

In the second century AD, the Greek physician, Galen of Pergamon, described the inhalation of powdered drugs for relief of nasal and chest troubles.[10] In particular, Galen described the inhalation of myrrh and nutgall powders into

the larynx through a bent reed to treat angina and credited the origin of this early practice of powder inhalation to Aesculapius, the God of medicine and healing.[11] Around the same time frame, another Greek physician, Aretaeus of Cappadocia, utilized a similar instrument for powder inhalation to treat laryngeal ailments of children.[12]

While not normally delivered through inhalation, ephedra (known in China as Ma Huang) played a key role in the treatment of asthma for thousands of years. The Chinese medial book *Nei Ching* written by Huang-Ti in ∼1000 BC describes the use of Ma Huang remedies for the treatment of asthma.[13] Ma Huang, which was usually delivered orally as a tea or a pill, was later shown to contain the active ingredient ephedrine.[3] Ephedra was a mainstay in asthma therapy in the Roman Empire. The noted Roman historian, Pliny the Elder (23–79 AD), recommended ephedra mixed with red wine as a remedy for asthma. Interestingly, Pliny recommended a number of other asthma remedies that probably did not significantly advance the treatment of asthma (e.g., drinking the blood of wild horses, bear's gall mixed with water, or millipedes soaked in honey!), but he made the significant contribution of identifying a link between pollen exposure and respiratory distress [*The Natural History of Pliny*; translated in 1856 by Bostock and Riley[14]].

Ephedrine, which would later be isolated from ephedra by Japanese chemist Nagayoshi Nagai in 1885,[15] remained widely used for treatment of cough and respiratory disease until the 1950s when it began to be displaced by other bronchodilators with improved safety profiles.[15] Ephedrine sulfate is still available over the counter in the United States, but with significant restrictions and regulation.

By the first century AD, the smoking of tobacco and other plants in Central and South American cultures using ornate pipes had become common.[3] It is believed that these cultures also had identified the smoking of Datura as a therapeutic remedy for the treatment of asthma[7] and had used the inhalation of cannabis for recreational and therapeutic purposes, including the use as a sedative.[10]

In the fourth or fifth century AD, the Roman physician, Caelius Aurelianus, provided a clear description of the symptoms of bronchial asthma and proposed the inhalation of steam as a technique to treat asthmatic episodes. He also proposed inhaling sea air as a technique for preventing episodes.[8] The warm steamy air in Roman public bath systems that were widely developed at that time in major cities was recommended by Roman physicians for treatment of various ailments, including asthma.[10]

## Delivery of Therapeutic Aerosols from the Middle Ages to the Industrial Revolution (476–1760 AD)

There were relatively few major innovations in the delivery of therapeutic aerosols during the period between the fall of Rome (476 AD) and the start of the Industrial Revolution (c. 1760 AD). The recorded examples of the delivery of therapeutic vapors and aerosols through inhalation during this period relied heavily on practices developed before the fifth century AD, such as the smoking of Datura or opium and directing the fumes and vapors of burning herbs into the lung of the patient.

The seventh century AD Greek physician, Paulus Aegineta, catalogued a host of ingredients to be inhaled for the

**FIG. 1.** A schematic representation of the oldest known reference (c. 1554 BC) of therapeutic aerosol delivery in which smoke of henbane plants was inhaled through the stalk of a reed.

treatment of persistent cough. His recommended treatment consisted of placing a complex herbal remedy onto coals and inhaling the fumes through a funnel. Aegineta's instructions are recorded as, "To be inhaled for a continued cough: storax, pepper, mastic, Macedonian parsley, of each one ounce; sandarach, 6 scruples; 2 bayberries; mix with honey; and fumigate by throwing them upon coals so that the person affected with the cough may inhale the vapor through a funnel."[9,16] The resultant vapor contained arsenic since sandarac is the Greek and Roman name for red arsenic sulfide.[9,16]

Rhazes, the Arab physician who lived in Baghdad from 850 to 932 AD, proposed some of the more innovative approaches for pulmonary delivery during the Middle Ages. He utilized sponges that had been soaked in a solution of narcotic plants (opium, hyoscyamus, mandrake, and henbane) and then allowed to dry. Then, just before the surgery, the sponge was moistened and placed over the mouth and nose of patient in order that the vapors be inhaled as anesthesia during surgery.[10] Rhazes also advocated for the inhalation of arsenic for the treatment of respiratory conditions.[3]

The figure with the greatest influence on the inhalation of therapeutic aerosols during the Middle Ages was the Spanish-born physician, Maimonides (1138–1204 AD), who fled Spain and eventually became the personal physician to Saladin, the sultan of Egypt (1137 or 1138–1193 AD). Maimonides was responsible to care for the king's asthmatic son and wrote the first known book on asthma (*A Treatise on Asthma*) in 1190. His recommendations for management of asthma included inhaling herbs burned on a fire, abstaining from sex, and eating chicken soup.[3] Maimonides provided numerous other dietary recommendations for the management of asthma and recognized the link between air pollution and asthma.[13] Maimonides reasoned, "Town air is stagnant, turbid, and thick… Air winds carry stealthily inside the houses and many become ill with asthma without noticing. Concern for clean air is a foremost rule in preserving the health of one's body and soul" [quoted in Brenner[13]].

There were limited advancements in the understanding of asthma and the delivery of therapeutic aerosols between the time of Maimonides and the start of the Industrial Revolution. The most notable contributions came from the Indian physician, Yogaratnakara, who in the 17th century provided

further description and modification of Datura smoking therapy for treatment of asthma[7] and English physician, Christopher Bennet, whose 1654 drawing (Fig. 2) is the oldest known illustration of an inhalation device.[3]



**FIG. 2.** The oldest known drawing of a therapeutic inhaler device developed in 1654 by the English physician Christopher Bennet. Image courtesy of Mark Sanders.

Liquidia's Exhibit 1019
Page 3

### The Delivery of Therapeutic Aerosols from 1760 to 1955

With the dawn of the industrial revolution in 1760, new manufacturing capabilities and technical discoveries paved the way for significant advances in the delivery of therapeutic aerosols. Before this time frame, therapeutic aerosols were primarily prepared directly by the physician or patient, but during this era, devices and therapeutic aerosol preparations began to be mass produced by individuals completely removed from the treatment of the patient. In addition, this was an era where new therapeutic entities were identified and techniques were developed for enhancing the potency and safety of these therapeutic entities by isolating the active ingredient. New delivery systems such as nebulizers and early dry powder inhalers (DPIs) were also introduced during this period. These advances set the stage for the beginning of the modern era of pharmaceutical aerosols, which began in 1956.

*Advances in the delivery of medicated vapors*

In the late 1700s, respiratory drug delivery continued to rely on inhaling medicated vapors. It should be noted that the phrase ''medicated vapor'' is probably simplistic since some of the techniques described below that were utilized during this period undoubtedly resulted in some aerosol droplets being formed either through condensation of saturated water vapor in the system or through atomization of the medicated solution (e.g., when air is bubbled through the solution or the solution is boiled). As a result, the therapeutic benefit of these techniques was likely a result of both the vapor and aerosolized droplets. Nevertheless, these therapeutic aerosols were commonly referred to as medicated vapors and are similarly described in this article.

In his 1764 book, *Medical Advice to the Consumptive and Asthmatic Peoples of England*, English physician Philip Stern prescribed his personal recipe for inhalation of balsamic vapors for the treatment of asthma. Stern's book was groundbreaking in that it was intended to provide instruction for the general public rather than physicians.[3] English physician John Mudge advocated for inhaling the aerosol from heated water containing opium for the treatment of catarrhal cough.[3,9] In his book, *A Radical and Expeditious Cure for a Recent Catarrhous Cough*, he coined the term inhaler to describe a clever inhalation device for generating and delivering steam-based aerosols.[17] The inhaler device, first introduced in 1778, consisted of a pewter tankard having a volume of approximately one pint with a lid that had a cover on the top with an adapter that could be coupled to a 5- or 6-inch-long flexible tube through which the patient inhaled for the 20–30-minute duration of the dosing (Fig. 3). The device had holes in the handle through which air was drawn in and bubbled through the warm liquid.[17] Through use of a clever valve design, the patients were able to keep their lips surrounding the mouthpiece tube and breathe in and out through the tube in a way similar to many modern nebulizers. The Mudge inhaler marked the first known commercialization of an inhaler device with Mudge detailing in his book the name of a local pewterer that he partnered with and from whom the inhaler could be obtained.

Throughout the 1800s, the inhalation of medicated vapor from aqueous solutions continued to be a primary mode of treatment of respiratory ailments. Various ceramic inhalers with similar functionality to the Mudge inhaler were commercialized for generated medicated vapors and gained popularity in England in the 19th century. Prominent among these ceramic inhalers was the Nelson inhaler, which was commercialized by S Maw and Sons in London.[9] Other approaches were used to generate medicated vapors, such as pouring the medicated solution over a sponge.[18]

As devices for generating medicated vapors proliferated, so too did the recommended therapies. In 1834, Sir Charles Scudamore proposed heating iodine and hemlock (conium)

 

**FIG. 3.** A drawing **(a)** and photo **(b)** of the Mudge Inhaler.[17] As the patient inhaled through the flexible mouthpiece, air was drawn through the three holes on the handle and the air was bubbled through the medicated liquid before exiting the mouthpiece. The right side of the drawing shows the valve configuration, which utilized a small cork that moved and allowed the exhaled breath of the patient to exit the tankard. Images courtesy of Mark Sanders.

Liquidia's Exhibit 1019
Page 4

in water to 120 F and having the patient inhale the vapor for 15–20 minutes three times per day for the treatment of tuberculosis or other lung diseases.[3] The 1867 British Pharmacopoeia listed detailed instructions for the generation of various medicated solutions to be inhaled, including hydrocyanic acid for the treatment of cough, chlorine for treatment of tuberculosis, hemlock for the treatment of cough, creasote for the treatment of tuberculosis and bronchitis, and iodine for the treatment of tuberculosis, pharyngitis, and laryngitis. The inclusion of these therapies in the British Pharmacopoeia demonstrates that these therapies had received widespread acceptance by that time.[19]

The inhalation of anesthetic gases through makeshift face masks emerged in the 1840s.[10] There is a debate over whether the use of inhaled ether as surgical anesthetic was introduced by American physicians Crawford Long in 1842 or William Morton and John Collin Warren in 1846, but the practice gained rapid acceptance.[3,20,21] Due to the side effect of nausea associated with ether, physician James Young Simpson introduced inhaled chloroform as a surgical anesthetic in 1847.[10] The use of nitrous oxide for dental anesthesia was first demonstrated by American dentist Horace Wales in several dental operations in 1844[10] and then gained widespread acceptance due to the influence of New York dentist Gardner Qunicy Colton.[22]

### The diversification of technologies for inhalation delivery in the last half of the 19th century

The last half of the 19th century saw unprecedented innovation in the area of pharmaceutical aerosol delivery technologies. The introduction of nebulizers, DPIs, advances in the commercialization of asthma cigarettes, and a number of other delivery technologies dramatically reshaped the practice of delivering drugs to the respiratory tract. Other innovations, although less influential, are worthy of mention. One innovation was direct spraying of medicated solutions into the respiratory tract. By 1852, Ira Warren (the inventor of the first DPI) was selling a kit consisting of a laryngeal, pharyngeal, and nasal shower syringe for applying an aqueous solution of silver nitrate for treatment of various respiratory conditions such as nasal catarrh and diseases of the throat.[23] At the 1890 Annual Meeting of the American Medical Association, J. Mount Bleyer published an article describing a similar approach that he claimed was capable of administering medications such as silver nitrate, iodine, tannic acid, and hydrogen peroxide deeper into the bronchia.[24]

Inhaling the fumes of burning niter paper (which generates ammonia as it burns) was recommended by Henry Hyde Salter in his famous 1860 book, *On Asthma its Pathology and Treatment*, as a form of inhalation therapy.[3] In the 1890s, the Wyeth Pencil Inhaler was commercialized as a portable and convenient treatment of various ailments, including catarrh, bronchitis, and croup. This inhaler contained menthol crystals and a rotatable cap with holes, which when in the proper orientation allowed air to penetrate through the holes and over the crystals to vaporize the menthol (which has a vapor pressure of 8.5 Pa at 25°C) so as to allow the vapor to be inhaled by the patient.[25]

Another interesting innovation during this period was a patent by Helbing and Pertch[26] in 1899 of a propellant-based liquid aerosol generator that used ethyl or methyl chloride (now considered toxic via inhalation) as the propellant to atomize the liquid. The invention utilized heat of the hand to increase the vapor pressure of these liquids (135 and 506 kPa at 20°C, respectively) and provided sufficient pressure to atomize the formulation through a small orifice. Clark[27] points out that the Helbing and Pertch inhaler was in many respects a precursor to the pressurized metered dose inhaler (MDI) that would reshape the treatment of lung diseases when introduced in 1956. However, Helbing and Pertch did not recognize the value of this invention for inhalation therapy and instead targeted applications requiring a medicated spray to be applied during surgery.

### Asthma cigarettes

Smoke therapies for the treatment of respiratory ailments originated in India and date back to at least 600 BC. After being introduced in the United States by Philadelphia physician Samuel Cooper in 1797 and in Great Britain in 1802 by General Gent upon his return from India,[28] smoked stramonium rapidly became a popular asthma therapy in the 1800s in Europe and the United States. Traditionally, these therapies were individually assembled for the specific patient (either by the patient or a physician). However, at the turn of the 20th century, there was a change to large-scale commercial manufacturing of cigarettes to be sold to unknown patients. A number of commercially available asthma cigarettes with stramonium were widely used in Europe, the United States, and China[28,29] (Fig. 4). Some of the cigarettes included other herbs such as tea leaves, kola nuts, lobelia, and atropine-containing atropa belladonna leaves.[9]

Given the abundance of data demonstrating health risks associated with cigarette smoking, it may seem surprising to the 21st century reader that cigarettes would be a preferred therapeutic option for patients with lung ailments. Clearly, the smoke from asthma cigarettes contained tar and a number of other toxic substances that would prove detrimental to lung function. However, the detrimental impact on lung function of



**FIG. 4.** Page's asthma cigarettes containing stramonium, tea leaves, chestnut leaves, and gum benzoin. Image courtesy of Mark Sanders.

Liquidia's Exhibit 1019
Page 5

cigarette smoking occurs gradually over time and is most severe with long-term use.[30] On the other hand, the therapeutic impact of the atropine-containing smoke from cigarettes was significant and relatively rapid.[31]

The anticholinergic drug atropine is an extremely effective drug for treating asthma and chronic obstructive pulmonary disease (COPD). Atropine and its structural analog drugs, ipratropium and tiotropium, remain critical components of asthma and COPD therapy with annual sales in 2014 of greater than $7 billion.[32] In addition, the extrafine nature of combustion aerosols such as cigarette smoke[33] results in exceptional lung deposition that was likely significantly superior to the lung deposition provided by other delivery systems in the first half of the 20th century. As a result, the therapeutic benefit provided by asthma cigarettes may have significantly outweighed their potential harm.

### The emergence of atomizers and nebulizers

A significant advancement in the delivery of therapeutic aerosol was the invention and refinement of devices that reduce a medicated liquid to fine droplets for inhalation. These devices can be categorized into atomizers and nebulizers. Atomizer devices can use various approaches to cause the liquid to be broken into fine particles, but lack the baffle system of later nebulizer devices and generated coarse aerosol sprays of which only a small portion of the droplets that were small enough to deposit in the lung.[19] Nebulizer devices are atomizers that contain a baffle system to remove coarse droplets from the air stream[9,34] and thus provide aerosols that are more likely to deposit in the lung. Often the formulation contained in the large droplets that impact on the baffle falls back into the reservoir to be atomized again.[19]

The first atomizer device was developed in 1849 in France by Dr. Auphon in which he directed a jet of the water at a mineral spring against the walls of the Spa at Euzet Les Baines to break the liquid into fine droplets to be inhaled.[9,35] In 1858, Jean Sales-Girons invented a portable atomizer that utilized a pump handle to draw liquid solution from a reservoir and atomize it through a small nozzle and direct it toward an impaction plate to produce a fine spray.[19] Sale-Giron's nebulizer, called the pulverisateur, is shown in Figure 5.

In 1862, the German physician, Bergson, developed a different approach to break liquid into fine droplets. His device, called Hydrokonium, was an air jet atomizer in which a high-velocity air jet generated using a rubber squeeze bulb passed directly over another tube through which liquid was drawn up and atomized.[19] This air jet atomizer approach, which would be widely applied on many other atomizers and nebulizers, applied the principle described in 1738 by the Swiss physicist Daniel Bernoulli and leveraged by Italian physicist Giovanni Battista Venturi that showed that suction could be obtained on a tube when a high-velocity fluid was placed directly over the tube.[19]

Atomizers and nebulizers rapidly became a key therapeutic option for treatment of a wide range of respiratory diseases. The rapid popularity is demonstrated by number of devices described in two key books from 1867 [Jacob Solis-Cohen[11] and John M. Scudder[36]]. These two books provide excellent summaries of the state of the art in terms of atomizers and nebulizers at that time. They describe a number of novel



**FIG. 5.** The pulverisateur developed by Jean Sales-Girons in 1858. Image courtesy of Mark Sanders.

devices that utilize a venturi principle to atomize medicated solutions using high-velocity airflow. These devices used a variety of sources for providing the pressurized airflow to atomize the liquid. In addition to Bergson's Hydrokonium, which utilized foot bellows to provide the airflow, Solis-Cohen described Siegle's steam atomizer, which utilized fire to create steam as the source of pressurized airflow.[11] Atomizer designs based on Siegle's fire-powered steam nebulizer became popular in Europe, the United States, and Japan throughout the late 1800s.[19] Early nebulizer systems with baffles are described in 1862 by the German physician, L. Waldenburg, and in Solis-Cohen's book published in 1867.[11,19]

At the dawn of the 20th century, improvements in the manufacturing of rubber allowed for the development of convenient, portable glass nebulizers that were powered by rubber squeeze bulbs.[19] In the early 1930s, a nebulizer, the Pneumostat, using compressed air to power the atomization, was developed in Germany. Other compressed gas-powered nebulizers followed shortly thereafter.[9] The first plastic nebulizer, the Wright nebulizer, was introduced in the 1950s. Plastic molding enabled improved precision of the venturi orifice and produced much finer sprays capable of reaching the deep lung and resulted in performance similar to modern nebulizers.[28] Thus, in the century from 1850 to 1950, nebulizer technology had advanced from infancy to devices capable of delivering highly respirable aerosols for effective treatment of lung diseases.

Liquidia's Exhibit 1019
Page 6



**FIG. 6.** A drawing of the first DPI invented by Ira Warren in 1852.

*Early DPIs*

The first known DPI was invented by Boston physician Ira Warren in 1852[37] (Fig. 6 below). The glass inhaler consists of an inner tube pierced with fine holes and in which the powdered medicine is placed. The inner tube was enclosed in an outer tube with a mouthpiece (on the right side of Fig. 6). The inner tube was twirled by hand as the patient inhaled, causing the powder to be aerosolized through the holes in the inner tube and delivered to the patient through the mouthpiece. In the patent, Warren states that the powder inhaler is designed for the purpose of inhaling medicine into the throat and lungs and, at the same time, to prevent any of the said medicine from lodging in the mouth. The inhaler sold for $1 along with vials of powder to be inhaled, which could be purchased for $0.50 per vial. Powders available for purchase included silver nitrate, copper sulfate, and mercury nitrate (advertisement in The Boston Medical and Surgical Journal, November 3, 1852).

Perhaps the most interesting early DPI device was the Carbolic Smoke Ball, which was invented by Frederick Roe in 1889.[3] The device consisted of an ~5 cm hollow ball made of India rubber and a 1.5-cm-long nozzle made of vulcanite with a fine gauze filter ~0.5 cm from the end of the nozzle.[38] Inside the ball was a powder composition consisting of glycyrrhiza, hellebore, and carbolic acid.[3,38] When the patient squeezed the rubber ball, the powder was aerosolized and deagglomerated by shear forces as it passed through the sieve in a manner similar to the Rotahaler DPI device introduced approximately a century later. The patient was instructed to inhale the smoke-like aerosol that was formed.[38]

The device was marketed by the London-based Carbolic Smoke Ball Company, which certainly did not lack boldness in their marketing department! Advertisements for the device provided a long list of diseases that they claimed could be cured with the Carbolic Smoke Ball and even provide the time required to achieve the cure—"Carbolic Smoke Ball positively will cure: Coughs (cured in 1 week), cold in the head (cured in 12 hours), cold on the chest (cured in 12 hours), catarrh (cured in 1–3 months), asthma (relieved in 10 minutes), bronchitis (cured in every case), hoarseness (cured in 12 hours), loss of voice (fully restored), sore throat (cured in 12 hours), throat deafness (cured in 1–3 months), snoring (cured in 1 week), sore eyes (cured in 2 weeks), influenza (cured in 24 hours), hay fever (cured in every case), headache (cured in 20 minutes), croup (cured in 5 minutes), whooping cough (relieved first application), and neuralgia (cured in 20 minutes)" (from an advertisement in Vanity Fair on January 23, 1892). The advertisement offered a £100 reward to anyone who contracted influenza despite using a Carbolic Smoke Ball.

Eventually, the cavalier advertisements caught up with the Carbolic Smoke Ball Company when Miss E.C. Carlill of London fell ill with influenza in spite of having judiciously taken her Carbolic Smoke Ball in January of 1892. The defendant argued that their claims constituted puffery rather than a binding offer since the plaintiff had not communicated acceptance of the offer.[39] That line of defense was obliterated by the judge who ruled that "the defendants must perform their promise and, if they have been so unwary as to expose themselves to a great many actions, so much the worse for them."[39]

Another notable DPI during this era was Alfred Newton's patented DPI for delivery of finely pulverized powders.[3,40] While Newton's choice of potassium chlorate powders for treating respiratory diseases was not ideal (since this is now known to be a lung irritant), Newton recognized the importance of minimizing powder exposure to moisture to achieve effective delivery of the powder to the lung.[3]

Perhaps the first truly commercially successful DPI was the Aerohalor DPI that was developed by Mack Fields of Abbott Laboratories.[41] This was used to deliver the beta agonist isoprenaline sulfate under the brand name Norisodrine®[27] and was also used to deliver penicillin for treatment of respiratory





**FIG. 7.** A picture (**a**) and schematic drawing (**b**) of Abbott's Aerohalor. Images courtesy of Mark Sanders.

Liquidia's Exhibit 1019
Page 7

infection.[42] The device utilized a steel ball that moved when the patient inhaled and tapped a cartridge that contained the drug to aerosolize the powder (Fig. 7). The device contained a mouthpiece or nasal adapter depending on the desired route of delivery. The device was a breakthrough in terms of commercial viability of a DPI device in spite of the fact that it was relatively inefficient in terms of dispersing the powder into a respirable aerosol.[27]

### Precursors to the modern era of pharmaceutical aerosols

In addition to advancements in devices for delivery of therapeutic aerosols, other advancements in the first half of the 20th century helped set the stage for the onset of the modern era of pharmaceutical aerosol delivery. Three particularly significant advancements were the discovery of new drugs for treatment of respiratory diseases, the passing of the 1906 Food and Drug Act, and the proliferation of clinical trials for evaluating the effectiveness of these drugs.

Two particularly important classes of drugs first delivered through aerosol during this period were beta agonists and corticosteroids—the two most widely used classes of drugs currently prescribed for the treatment of asthma. In 1900, Solomon Solis-Cohen demonstrated that tablets containing a crude extract of the adrenal gland that likely contained both the beta agonist epinephrine (also known as adrenaline) and the corticosteroid cortisone induced bronchodilation.[43] In 1910, inhaled epinephrine was shown by Barger and Dale to be therapeutically effective for the treatment of asthma.[9] Inhaled epinephrine delivered by nebulizer rapidly became a prominent therapy for treatment of asthma. The beta agonist isoprenaline (isoproterenol) delivered using the Aerohalor DPI was first commercialized in 1948.

These nonselective beta-adrenergic agonists were effective bronchodilators, but had significant side effects. The first published study on the use of inhaled corticosteroids is a study by Reeder and Mackay in 1950 that demonstrated that nebulized cortisone was effective at bringing about the remission of symptoms of bacterial pneumonia.[44] In 1951, Gelfand demonstrated the effectiveness of inhaled cortisone for the treatment of asthma.[45]

The signing of the Food and Drug Act of 1906 reshaped the development and testing of therapeutic aerosols. As a result, there was a great increase in the execution and publication of controlled clinical trials to evaluate the effectiveness of various therapeutic aerosols. Excellent summaries of some of the important published trials during this era can be found elsewhere.[3,19,28,42]

Thus, by the mid-1950s, the aerosol delivery of beta agonists, corticosteroids, and anticholinergic (i.e., atropine contained in stramonium) drugs had all been demonstrated to be effective for the treatment of respiratory diseases. Convenient delivery by a DPI or squeeze bulb glass nebulizers had been demonstrated, although with limited ability to generate respirable aerosols. More efficient nebulizer systems had been developed capable of delivering drugs to the deep lung, but these were not portable and convenient. The stage was set for the development of pharmaceutical inhalers that were both convenient and able to deliver drugs to the deep lung.

### The Delivery of Therapeutic Aerosols from 1956 to 1986

The period from 1956 to 1986 marked the modernization of the delivery of therapeutic aerosols and the introduction of pharmaceutical aerosol devices that are widely used today. The introduction of the MDI in 1956 was a major breakthrough in the treatment of respiratory diseases, particularly asthma. The MDI was the first inhaler device that achieved effective lung delivery in a truly convenient and portable device and rapidly became the dominant delivery system for treatment of asthma. Add-on devices were introduced to improve the efficiency of MDIs and to overcome challenges associated with patient coordination. While MDIs dominated the market during this period, two important new DPI devices were commercialized during this period and important insight was gained into the development of suitable DPI formulations. In addition, the introduction of albuterol was a breakthrough in asthma therapy. Other notable drugs introduced for inhalation during this period include cromolyn sodium (also known as sodium cromoglycate) and the steroid, beclomethasone dipropionate.

### The breakthrough of the MDI

In April of 1955, a young girl named Susie Maison was displeased with her squeeze bulb nebulizer that she used to treat her asthma and asked her father, George Maison, MD, President of Riker Laboratories, the question, ''Daddy, why can't they put my asthma medicine in a spray-can like they do hair spray?'' A serendipitous convergence of circumstances resulted in this simple question leading to the development of an important new therapy, the MDI.[46] Remarkably, this new therapy has improved the quality of life of hundreds of millions of people around the world and has saved countless lives.

Within 2 months of Susie's question, Riker Laboratories began clinical testing on MDI formulations of isoproterenol and epinephrine using solution formulations (developed by Irving Porush of Riker) containing a mixture of Freon 12™ and Freon 114™ with 35% w/w ethanol. Figure 8 shows a drawing of the first MDI. On January 12, 1956, New Drug



**FIG. 8.** A drawing of the first MDI, Medihaler Iso, which consisted of a plastic-coated glass vial crimped to a 50 mcl metering valve, the formulation, and the plastic mouthpiece adapter.

Liquidia's Exhibit 1019
Page 8

Applications were filed for Medihaler Epi (epinephrine) and Medihaler Iso (isoproterenol). With the approval of Medihaler Epi and Medihaler Iso on March 9, 1956, both products were launched before the end of the month!

Acceptance of the new delivery system by physicians and patients was rapid, and in December of 1956, the first clinical evaluation of the MDI was published. Freedman evaluated 42 asthmatics and reported that 30 of the patients obtained good to excellent relief of symptoms and five others obtained fair relief.[47] Freedman remarked that this response to Medihaler therapy is remarkable in view of the fact that most of the patients had failed to respond satisfactorily to other commonly employed therapeutic measures.

Encouraged by the successful launches of Medihaler Iso and Epi, Riker began to apply their MDI platform to treat other indications. Medihaler Nitro (octyl nitrate) was launched in late 1956 for the treatment of angina. While therapeutically effective (it aborted angina attacks within about 20 seconds of inhaling a dose), it was withdrawn early in 1958 since most patients were willing to endure several minutes of pain before relief to discretely slip a nitroglycerine tablet under their tongue rather than use an inhaler.[46] The first nasal spray MDI, Medihaler Phen, was commercialized in the spring of 1957. Medihaler Phen was a triple-combination therapy that delivered phenylephrine, neomycin, and hydrocortisone and was the first MDI formulation in which the drugs were formulated as suspensions since solution formulations with 35% ethanol were irritating to the nose. The clinical pathway for approval of this triple-combination formulation most certainly was simpler than the regulatory requirements for clinical evaluation of triple-combinations currently under development!

Medihaler Phen was not a commercial success since it sold on prescription for $3.50 and had to compete with an effective over-the-counter 69-cent squeeze bottle. Nevertheless, the suspension formulations would prove to be an important advance in MDI formulation technology. Suspension formulations were capable of delivering much more drug to the lung and allowed for the formulation of many other drugs. Medihaler Ergotamine was approved for the treatment of migraine headache in 1959. Medihaler Duo, the first combination MDI therapy for treatment of asthma, delivered isoproterenol hydrochloride and phenylephrine bitartrate and was approved in 1962.

During the late fifties and sixties, a wide variety of drugs were evaluated in MDIs, but most never made it to the marketplace.[46] Insulin MDI formulations were demonstrated to elicit a hypoglycemic response, but development was not continued as the delivery at that time was considered too variable for safe use in humans.[46] Among other MDI formulations evaluated were formulations of BCG (Bacillus Calmette–Guérin) vaccine for treatment of TB, live measles vaccine, Methylphenidate for treatment of attention deficit disorder, and Triiodothyronine as a hangover cure. Riker was even asked to formulate an MDI of sulfur dioxide for an oncologist who wished to use it to cause patients to cough violently enough to bring up cells as a lung cancer diagnostic test!

One of the primary limitations of the MDI is the challenge that some patients have coordinating their actuation of the device with their inhalation maneuver. In his initial clinical evaluation on the MDI, Freedman indicated that the primary cause of poor response with Medihaler was the failure of physicians to stress to the patient the importance of synchronization of inspiration with the administration of the dose.[47]



**FIG. 9.** A photograph of the first commercial breath actuated MDI, the Autohaler, along with a transparent demonstrator device.

As the awareness grew that some patients had difficulty synchronizing the release of a dose from an MDI with inhalation, the desirability of a breath-actuated MDI became apparent. The first breath-actuated MDI, the Autohaler, was commercialized by Riker in 1970 as the Duohaler (isoproterenol hydrochloride and phenylephrine bitartrate) and was followed shortly by the Iso-Autohaler (isoproterenol). The Autohaler was a rugged pocket-sized device that patients found convenient and simple to use, but was only marginally commercially successful.[46] Figure 9 shows the first Autohaler device.

Early MDI formulations were relatively inefficient and resulted in a significant portion of the delivered aerosol consisting of large droplets that deposited in the mouth and throat of the patient. In 1958, Franklin et al. demonstrated that deposition in the mouth and throat could be significantly reduced by using add-on devices—in their case, a 1'' diameter plastic tube that was 14'' long.[47a] Physicians trained patients to use a variety of homemade add-on devices, including empty vinegar bottles, toilet paper tubes, plastic cups, and paper bags.[48] An early spacer device that was widely used was the Breathancer® tube spacer introduced by Ciba-Geigy in the late 1970s.[49] Beginning in the late 1970s, valved holding chambers were developed to help contain the aerosol before inhalation for patients with poor coordination or who are to be administered doses during tidal breathing.[50] In addition to reducing mouth and throat deposition,[51] large volume add-on devices have been shown to increase the total drug deposition in the small airways.[52] A wide variety of spacer and holding chambers are commercially available today.[48] A detailed summary of the interesting history of spacers and holding chambers can be found elsewhere.[50]

In the 1970s and 1980s, MDIs continued to grow in popularity with the introduction of several important MDI products. In 1972, Allen & Hanburys commercialized the first beclomethasone dipropionate MDI (Becotide®) in Europe. Later, in 1982, beclomethasone dipropionate MDIs were marketed in the United States by Schering Corporation (Beclovent) and Glaxo Wellcome (Vanceril). Boehringer Ingelheim introduced Alupent (metaproterenol sulfate) in 1973. Two albuterol MDIs were introduced in 1981,

Table 1. A Partial List of CFC Metered Dose Inhaler Products Approved by the U.S. FDA

| Year, product name | Drug(s) | Company |
|---|---|---|
| 1956, Medihaler Epi | Epinephrine | Riker |
| 1956, Medihaler Iso | Isoproterenol | Riker |
| 1956, Medihaler Nitro | Octyl nitrate | Riker |
| 1957, Medihaler Phen | Phenylephrine/neomycin/hydrocortisone | Riker |
| 1959, Medihaler Ergotamine | Ergotamine | Riker |
| 1962, Medihaler Duo | Isoproterenol hydrochloride/phenylephrine bitartrate | Riker |
| 1970, Duohaler | Isoproterenol hydrochloride/phenylephrine bitartrate | Riker |
| 1970, Iso-Autohaler | Isoproterenol | Riker |
| 1973, Alupent | Metaproterenol sulfate | Boehringer Ingelheim |
| 1981, Proventil | Albuterol | Schering |
| 1981, Ventolin | Albuterol | Glaxo Wellcome |
| 1982, Beclovent | Beclomethasone dipropionate | Schering |
| 1982, Vanceril | Beclomethasone dipropionate | Glaxo Wellcome |
| 1982, Azmacort | Triamcinolone acetonide | Rhône-Poulenc |
| 1984, Aerobid | Flunisolide | Roche |
| 1985, Intal | Cromolyn sodium | Fisons |
| 1986, Atrovent | Ipratropium bromide | Boehringer Ingelheim |
| 1986, Maxair | Pirbuterol acetate | 3 M |
| 1992, Maxair Autohaler | Pirbuterol acetate | 3 M |
| 1995, Generic albuterol | Albuterol | IVAX |
| 1996, Generic albuterol | Albuterol | Pliva |
| 1996, Combivent | Albuterol/ipratropium | Boehringer Ingelheim |
| 1996, Generic albuterol | Albuterol | Armstrong |
| 1997, Generic albuterol | Albuterol | GenPharm |

Proventil by Schering Corporation and Ventolin by Glaxo Wellcome. Aerobid (flunisolide) was introduced by Forest in 1984. Atrovent (ipratropium bromide) was introduced by Boehringer Ingelheim in 1986. Table 1 shows a list of MDI products approved by the U.S. FDA since 1956 that use chlorofluorocarbon (CFC) propellants.

### The breakthrough of albuterol

A second major breakthrough in the treatment of asthma during this period was the introduction of albuterol (also known as salbutamol). Albuterol was important since it was the first selective $\beta_2$ agonist developed. Research in the early 1960s identified that beta adrenoceptors had two subtypes—$\beta_1$ receptors, which are primarily found in the heart, and $\beta_2$ receptors, which are primarily found in the lungs.[53] Previous beta agonists, such as isoprenaline, effectively achieved bronchodilation, but caused significant side effects such as tachycardia due to their lack of $\beta_2$ selectivity. Researchers at Allen & Hanburys created albuterol, an analog of isoprenaline, which had a potency 500 times greater for $\beta_2$ compared with $\beta_1$ receptors.[54] Ventolin, an MDI delivering albuterol, was commercialized in 1968 and was followed by albuterol nebulizer solutions and DPIs.[3] Albuterol remains a critical rescue therapy used by millions of asthmatics.

### Advances in DPI and nebulizer technologies

While somewhat overshadowed due to the emergence of the MDI, there were advances in DPI and nebulizer technologies during the period from 1956 to 1986. The Intal Spinhaler delivering cromolyn sodium (sodium cromoglycate) was introduced by Fisons in the United Kingdom in 1967 and in the United States in 1970. The Spinhaler DPI delivered powder from a gelatin capsule that is inserted into a cavity connected to an impeller (Fig. 10a). The capsule is punctured by a piercing apparatus that is actuated by a movement of the device body by the patient before dosing. When the patient inhales, the rotation of the impeller causes significant movement of the powder in the capsule that transfers the powder out of the capsule and into the airstream where interaction with the rotating impeller further disperses the powder into fine particles suitable for inhalation.[55] Bell demonstrated the need to include a larger carrier particle (in particular, lactose with a median particle size between 30 and 60 μm) to achieve effective delivery of cromolyn sodium using the Spinhaler. This formulation approach remains a critical aspect of DPI formulation development today.

The Rotahaler DPI was introduced by Allen & Hanburys in 1977 for the delivery of albuterol.[27] The Rotahaler uses a rotation of the two parts of the inhaler to separate two halves of a capsule containing the drug (Fig. 10b). Some of the contents of these capsules empty when the patient inhales and are dispersed through a simple plastic mesh molded in one of the halves of the inhaler. Both of these devices were relatively inefficient at delivering drug to the lung.

Nebulizers remained an important part of mainstream inhalation therapy between 1956 and 1986. With improved injection molding capabilities and oil-free compressed air pumps available, a broad range of disposable nebulizer options were commercialized during this period. In addition, the output characteristics of jet nebulizers were studied and improved through optimization of the air jet, capillary tube, and baffle design.[56–58] A notable innovation during this period was the introduction by Robert Lang in 1962 of a nebulizer that utilized a piezoelectric crystal to atomize the solution.[59] Lang showed that it was possible to generate high-frequency ultrasonic vibrations that atomized the liquid into finer aerosols than could typically be achieved using jet nebulizers. This approach had the advantage of being smaller and easier to use, as well as being able to more rapidly deliver aerosols capable of reaching the deep lung.

Liquidia's Exhibit 1019
Page 10



**a** Spinhaler

**b** Rotahaler

① Hard gelatin capsule
② Dispersion apparatus
③ Mouthpiece

**FIG. 10.** Schematic drawings of two early DPI devices. Images courtesy of Andy Clark.

However, the uptake of this technology was limited by the marginal reliability of initial piezoelectric nebulizers and the strain on the piezoelectric crystal caused by the changing load as the fluid is delivered.[27]

### The Delivery of Therapeutic Aerosols from 1987 to Present

The period from 1987 to the present has been a period of unprecedented innovation and growth in the delivery of therapeutic aerosols. Annual sales of pharmaceutical inhalers have increased from \$7 billion[60] in 1987 to \$36 billion in 2014[32] and the number of inhaled doses sold to patients in 2014 exceeded 90 billion.[32] The number of pharmaceutical products available to deliver drug to the respiratory tract has grown dramatically. The signing of the Montreal Protocol[61] in September of 1987 dramatically changed the pharmaceutical aerosol industry and led to a surge of development and innovation of inhaler products that eventually resulted in hydrofluoroalkane (HFA) MDIs and a large increase in the number and types of DPIs available, as well as the development of advanced nebulizer systems and other inhalation devices.

Several important changes in the market dynamics transformed the landscape of the pharmaceutical aerosol industry during this period. The surge in innovation was complicated by a dramatic increase in the regulatory burden required to gain market approval of new inhaler systems. The development of improved drugs and delivery systems, along with aggressive marketing, brought about the rise of blockbuster therapies—particularly combination therapies containing a long-acting beta agonist (LABA) and a corticosteroid. Last, the era since 1987 was marked by the monumental efforts to develop insulin inhalers for noninvasive treatment of diabetes.

### The Montreal protocol and the explosion of innovation

By the 1980s, MDIs had become the preferred delivery system for the delivery of therapeutic aerosols to the lung. The extremely inert nature of CFC propellants used in MDIs (and in many other industrial applications at the time) enabled these molecules to diffuse over time into the upper stratosphere. An article published in 1974 by Molina and Rowland[62] demonstrated that CFC propellants break down and release chlorine radicals when exposed to sunlight in the upper stratosphere. These chlorine radicals were shown to have the ability to break down very large numbers of ozone molecules. In the mid-1980s, evidence mounted that stratospheric ozone levels were decreasing at an alarming level and that CFCs were contributing significantly to this depletion.

In 1987, the Montreal Protocol was signed and called for the elimination of CFC propellants with a date of January 1996 eventually agreed upon. Although orally inhaled MDI products were exempt from this ban until medically acceptable alternatives were available, the impact on the pharmaceutical aerosol industry of the Montreal Protocol was dramatic. The impending elimination of CFC propellants led to a race in the industry to develop alternative inhaler devices to replace CFC-based MDIs.

Figure 11 shows the number of U.S. patent families with the term ''metered dose inhaler'' or ''dry powder inhaler'' in the title, abstract, or claims over the years from 1973 to 2013 as a function of their priority filing date. Many other inhaler-related patents are not included in this list because they do not use either of these terms or they were filed in other countries. Whereas patent activity in the field of pharmaceutical inhalers had been relatively stagnant in the 1970s and early 1980s, there was a rapid increase in patent activity starting in about 1990. Given that there is usually a



**FIG. 11.** The number of U.S. patent families containing the phrase "metered dose inhaler or dry powder inhaler" in the title, claims, or abstract plotted against the year of the priority filing.

lag between investment in innovation and the filing of a patent application. Figure 11 illustrates that the signing of the Montreal Protocol was quickly followed by a surge of innovation in therapeutic aerosol delivery technologies. Some of the key areas of innovation are discussed in the subsequent sections.

*The development of HFA MDIs*

Pharmaceutical companies began to search for new propellants to replace CFCs for use in MDIs. Atkins[63] indicates that thousands of different compounds were evaluated. Nonchlorinated HFAs were identified as promising candidates and HFA-134 and HFA-227 were quickly identified as top candidates to replace CFCs. Several industry consortia were established to collaboratively generate the data needed to demonstrate the safety of these new propellants to the level expected based on heightened regulatory requirements.[63]

While there was great collaboration in generating toxicology data on HFA propellants, there was great competition among the companies to obtain patent positions. An excellent description of the patent landscape related to HFA MDIs can be found elsewhere.[64] The race to develop patent positions was influenced by, among other things, the ability to obtain HFA propellant samples from propellant manufacturers. Thiel[46] describes the importance of obtaining a sample of HFA-134a in early 1988 and how this sample helped identify the utility of ethanol as a cosolvent to solubilize traditional MDI surfactants, such as oleic acid. This early discovery helped establish the 3M Riker patent portfolio. The first HFA MDI patent application was filed by 3M Riker in 1988 and described MDIs free of CFC propellant, using HFA-134a, a surface active agent, and a polar cosolvent.[65]

The first two patent applications describing MDIs using HFA-227 were filed in 1990 by Solvay Fluorochemicals and

Boehringer Ingelheim.[66,67] Figure 12 shows the patent portfolios for the 10 companies with the largest HFA MDI patent portfolios. Rogueda et al. concluded that the field is controlled by early players, leaving little space for newcomers.[64] Indeed, nearly half of the patents are held by four pharmaceutical companies (GSK, Chiesi, 3M, and Boehringer Ingelheim) and two propellant manufacturers (Dupont and Honeywell).

The transition from CFC to HFA propellants was not straightforward and involved significant investment in research and development.[46] The renewed investment required to transition to HFA propellants resulted in improvements to the MDI device components as well. Elastomeric components of the valve used in CFC MDIs were not compatible with the HFA propellants. The new elastomers developed, such as EPDM (ethylene propylene diene monomer), were cleaner and resulted in significantly reduced leachable levels.[68] The change in elastomers brought about redesigned MDI valves, which resulted in significantly improved end-of-unit dosing consistency.[69] Coated canisters were developed to minimize drug deposition that is prevalent for ethanol-free HFA suspension formulations and to reduce chemical degradation for solution MDI formulations.[68,70,71] High-efficiency actuator devices were developed to manipulate or contain the plume in such a way as to reduce oropharyngeal deposition while increasing lung deposition.[68,72,73]

The first HFA MDI product to reach the market was an albuterol sulfate suspension in HFA-134a developed by 3M. The product was approved in the United Kingdom in 1994 and commercialized in 1995 as Airomir. The product was approved and launched in the United States in 1996 as Proventil HFA. The product was designed to provide similar drug delivery to the CFC product (which was also a suspension), although some patients noticed a slight difference in taste.[46]

The first HFA corticosteroid to reach the market was Qvar, an HFA-134a formulation of beclomethasone dipropionate

Liquidia's Exhibit 1019
Page 12

commercialized by 3M in 2000. Due to the physical and chemical properties of beclomethasone dipropionate, it was not possible to develop a stable suspension formulation, so the product was formulated using ethanol as a cosolvent to solubilize the drug. The solution formulation provided an extrafine aerosol with a much smaller mass median aerodynamic diameter than the CFC beclomethasone suspension Beclovent (1.1 vs. 3.5 μm, respectively).[66] The extrafine nature of Qvar was shown to provide greatly enhanced deep lung deposition[74] and has subsequently been shown to provide improved therapeutic outcomes.[75–77] Other HFA steroid solution MDI products have been approved, Alvesco (ciclesonide) by Nycomed and Aerospan HFA (flunisolide) by Forest, and have shown similar therapeutic benefits.[76,77]

In 2001, GSK received approval from the FDA for Ventolin HFA, which was a suspension of albuterol sulfate free of surfactant and ethanol. The first HFA-227 MDI to receive approval from the FDA was AstraZeneca's Symbicort (budesonide and formoterol fumarate), which was approved in 2006. A significant number of other HFA MDI products have received FDA approval (Table 2) and many more HFA MDI products are approved in other regions of the world. MDIs remain the most widely used delivery system for treating respiratory diseases with more than 75 billion doses sold in 2014.[32]

In 2004, GSK launched Seretide™ Evohaler™ (salmeterol and fluticasone propionate) in Europe. This was the first MDI with an integrated dose counter incorporated into the device to help patients know when their device has exceeded or is near the last available dose. The FDA published a Guidance for Industry in 2003[78] requiring all new MDI products to have dose counters or dose indicators.

The Montreal Protocol's Essential Use exemption for HFA MDIs was intended to ensure continuity of supply of



FIG. 12. The number of published HFA MDI patents for the 10 companies with the largest patent portfolios (with the percentage of all HFA MDI patents). Adapted from Rogueda et al.[64]

TABLE 2. A PARTIAL LIST OF HYDROFLUOROALKANE METERED DOSE INHALER PRODUCTS APPROVED BY THE U.S. FDA

| Year, product name | Drug(s) | Company |
|---|---|---|
| 1996, Proventil HFA | Albuterol sulfate | 3M |
| 2000, QVAR | Beclomethasone dipropionate | 3M |
| 2001, Ventolin HFA | Albuterol sulfate | GlaxoSmithKline |
| 2004, Proair HFA | Albuterol sulfate | Ivax |
| 2004, Atrovent HFA | Ipratropium bromide | Boehringer Ingelheim |
| 2005, Xopenex HFA | Levalbuterol tartrate | Sepracor |
| 2006, Aerospan | Flunisolide | Forest |
| 2006, Advair HFA | Fluticasone propionate/salmeterol | GlaxoSmithKline |
| 2006, Flovent HFA | Fluticasone propionate | GlaxoSmithKline |
| 2006, Symbicort | Budesonide/formoterol | Astra Zeneca |
| 2008, Alvesco | Ciclesonide | Nycomed/Sunovion |
| 2010, Dulera | Mometasone/formoterol fumarate | Merck |
| 2014, Asmanex HFA | Mometasone furoate | Merck |

HFA, hydrofluoroalkane.

Table 3. A Partial List of Dry Powder Inhalers That Have Been Approved by the U.S. FDA

| Year, product name | Drug(s) | Company |
| --- | --- | --- |
| 1940s, Aerohalor | Isoproterenol sulfate | Abbott |
| 1970, Spinhaler | Cromolyn sodium | Fisons |
| 1988, Ventolin Rotacaps | Albuterol | Glaxo |
| 1997, Flovent Diskus | Fluticasone | Glaxo Wellcome |
| 1997, Serevent Diskus | Salmeterol | Glaxo Wellcome |
| 1997, Pulmicort Turbuhaler | Budesonide | Astra Zeneca |
| 1999, Relenza Diskhaler | Zanamivir | Glaxo Wellcome |
| 2000, Advair Diskus | Fluticasone/salmeterol | GlaxoSmithKline |
| 2001, Foradil Aerolizer | Formoterol fumarate | Schering Plough/Novartis |
| 2004, Spiriva Handihaler | Tiotropium bromide | Boehringer Ingelheim |
| 2005, Asmanex Twisthaler | Mometasone furoate | Schering Plough |
| 2006, Exubera | Recombinant human insulin | Nektar/Pfizer |
| 2006, Pulmicort Flexhaler | Budesonide | Astra Zeneca |
| 2006, Foradil Certihaler | Formoterol fumarate | Schering Plough/Novartis |
| 2010, Aridol | Mannitol | Pharmaxis |
| 2011, Arcapta Neohaler | Indacaterol maleate | Novartis |
| 2013, Tobi Podhaler | Tobramycin inhalation powder | Novartis |
| 2013, Breo Ellipta | Fluticasone furoate/vilanterol | GlaxoSmithKline |
| 2014, Incruise Ellipta | Umeclidinium | GlaxoSmithKline |
| 2014, Afrezza | Human recombinant insulin | MannKind |

critical asthma medicines until medically acceptable alternatives were available. As HFA MDIs began to reach the market, countries began implementing phaseout schedules of CFC products. Albuterol CFC MDIs were phased out in the United States at the end of 2008, all CFC MDIs were phased out in Europe by 2010, and the last CFC MDI (Primatene Mist) on the U.S. market was phased out at the end of 2011.[79,80]

If we assume that the ~400 million HFA MDIs sold in 2014[32] replaced CFC MDIs (10 g fill weight of 30% CFC-11 and 70% CFC-12), the result is a reduction of nearly 2600 metric tons of chlorine released into the atmosphere. However, the environmental benefit of the CFC MDI phaseout came with the cost of eliminating access to cheaper generic inhalers for many people.[60] The Montreal Protocol does allow developing countries (Article 5) to continue to use CFC MDIs for a longer duration to ensure affordable inhalers are available in these markets. As a result, at the time of the writing of this article, there are still limited amounts of CFC MDIs on the market in some countries.

### The emergence of DPIs

In 1987, the DPIs available on the market were inefficient single-dose reloadable inhalers and accounted for a relatively small fraction of the inhaler market. Since 1987, the number of DPIs available has dramatically increased. Table 3 shows a list of DPIs that have been approved by the FDA. Many other DPIs are in development or are available in other markets.

There has been significant enhancement in the functionality and convenience of the device used in many DPI products developed since 1987. Early DPI devices, such as the Spinhaler and Rotahaler, had each dose stored in an individual capsule that the patient needed to have present and load at the time of dosing. Many DPIs commercialized since 1987 are inherently multidose and require reduced patient manipulation and handling before dosing. The first multidose

DPIs, the Serevent Diskhaler™ and Pulmicort Turbuhaler™/ Turbohaler™, were commercialized in Europe in 1988 by Glaxo and Astra, respectively. The Diskhaler™ used disks with 4 or 8 individual doses of a lactose/drug blend with each dose isolated in a separate foil blister. When the patient opened the mouthpiece cover of the device before each dose, a mechanism pierced the blister, thus making the powder available for inhalation.

The Turbohaler™ contained a reservoir of pure drug powder sufficient to deliver up to 200 doses. Before each dose, the patient twisted the base of the inhaler to rotate a disk that had small cylinders that were filled with powder from the reservoir and then emptied as the patient inhaled to deliver the drug. The Diskus™ DPI, introduced by Glaxo Wellcome in the mid-1990s, contained a blister strip with 60 individually sealed doses of a lactose/drug blend (Fig. 13). To operate the device, the patient rotates the mouthpiece cover and then slides a lever that advances the next blister to the dosing position and peels the two sides of the foil blister, thus making the powder available for inhalation.[81] The improved usability of modern DPI devices has resulted in DPIs playing an increasingly important role in the treatment of respiratory diseases.[82]

The cohesive nature of inhalation powders makes it necessary to impart significant energy to the powder to efficiently disperse and deagglomerate the powder such that the drug is capable of reaching the lung. As DPI device technologies multiplied, so did the different approaches to deagglomerate the powder. Most approaches utilize the energy of the patient's inhalation flow (passive energy) to deagglomerate the powder.[83] In addition, a few DPI devices were developed utilizing active energy sources to deagglomerate the powder, thus enabling efficient delivery even for patients with compromised inhalation flowrate. The first active DPI to reach the market was the Exubera DPI, which utilized compressed air to deagglomerate the powder, and was launched in 2006. Numerous other active DPI technologies have been developed or are still in development. The Spiros® DPI developed by Dura

Liquidia's Exhibit 1019
Page 14




**FIG. 13.** The Diskus DPI as provided to the patient **(a)** and after disassembly to show the coil dosing strip containing the 60 individual foil blisters [bottom right portion of the image **(b)**].

Pharmaceuticals utilized a battery-powered impeller to efficiently deagglomerate the powder,[84] but failed to achieve regulatory approval and development was discontinued. MicroDose Technologies and Oriel Therapeutics both developed DPIs that utilize piezoelectric vibrational energy to efficiently deagglomerate the powder.

The advancements in DPI device technology since 1987 were matched by improvements in DPI formulations. To be suitable for use in a DPI, a powder must have flow properties that enable consistent dose metering by the device or in the manufacturing facility.[85] In addition, the powder must be capable of deagglomerating such that the drug particles are delivered to the patient in a respirable form. Formulations before 1987 were marginally acceptable in meeting this criterion. Increased understanding of the interparticulate interaction of inhalation powders led to numerous technical advances in DPI formulation.

In 1996, Staniforth[86] investigated ordered blend DPI formulations in which the drug particles adhered to the surface of much larger excipient particles (typically lactose monohydrate). He concluded that DPI delivery efficiency was limited by the fact that a significant portion of the micronized drug particles permanently adhered to high energy sites on coarse lactose particles and thus were not capable of reaching the deep lung. The delivery efficiency from ordered blend formulations containing drug and coarse lactose was found to significantly increase when fine lactose was included in the formulation.[87–90] These ternary formulations are now a key DPI formulation approach.

An alternate formulation approach to using fine lactose that gained prominence in the late 1990s is to use a force control agent to reduce the propensity of micronized drug particles to permanently adhere to high energy sites on the lactose carrier particles.[86] Vectura's Powderhale and Skyepharma's SkyeProtect™ technologies, utilizing magnesium stearate, are examples of this approach and have been shown to improve the flow of ordered blends and enhance the release of micronized drug from the carrier particles.[91,92]

Another approach for improving DPI efficiency that emerged in the 1990s was developing particle engineering technologies. Edwards et al.[93] demonstrated that particles with geometric diameters ranging from 5 to 30 $\mu$m could be efficiently delivered to the lung if they had very low particle densities since the resulting aerodynamic diameter of the particle was within the respirable range (i.e., less than 5 $\mu$m). They observed that highly irregular particles with relatively large geometric diameters dispersed readily due to limited surface contact points with other particles, thus enabling efficient delivery to the lung from even simple DPI devices. They obtained highly irregular particles of drug and poly(lactic acid-co-glycolic acid) or other excipients using an emulsion solvent evaporation technique. Other particle engineering approaches developed for inhalation include the Pulmosphere™ technology developed by Nektar (Fig. 14), spray drying of insulin or other proteins and peptides (Fig. 14), the AIR technology developed by Alkermes, and various technologies utilizing supercritical fluids.

In 2013, Novartis received FDA approval of the Tobi Podhaler for the treatment of lung infections associated with cystic fibrosis (CF). Each dose of Tobi Podhaler consists of inhaling the contents of four capsules that each contain 28 mg of Tobramycin Inhalation Powder (shown in Fig. 14). This product demonstrated that very high doses of powder could be delivered using DPIs, thus expanding the range of diseases that can be treated using DPIs. By 2014, sales of DPIs exceeded $17 billion.[32] At the time of the writing of this article, many DPI products are in development for the treatment of a range of different diseases.

### The emergence of combination products, blockbusters, and modern nebulizer systems

The majority of the drugs currently used in the treatment of asthma and COPD were discovered and/or commercially introduced after 1987. Important new drugs discovered and developed during this period for the treatment of asthma and COPD include new steroids (e.g., budesonide, fluticasone, flunisolide, mometasone), LABAs (e.g., formoterol, salmeterol, indacaterol, vilanterol), and improved anticholinergic drugs (e.g., ipratropium, tiotropium, glycopyrrolate, aclidinium). Research demonstrating the therapeutic synergy of LABAs and corticosteroids[94,95] led to rapid growth in combination therapies. A few of these therapies,

Liquidia's Exhibit 1019
Page 15







**FIG. 14.** Powders harvested from commercial DPIs. **(a)** Spray-dried recombinant human insulin from Exubera. **(b)** Pulmospheres™ from Tobi® Podhaler™. **(c)** An ordered blend of lactose and salbutamol harvested from Asmasal Clickhaler.

in particular Advair/Seretide (MDI and DPI), Spiriva Handihaler DPI, and Symbicort (MDI and DPI), achieved dominant positions in the market accounting for 50% of the market sales in 2014.[32] By 2014, eight inhaler therapies had achieved sales in excess of one billion U.S. dollars (Table 4).

Numerous modern nebulizer systems have been developed to address some of the limitations of conventional air jet nebulizers, in particular the long treatment time and inefficient utilization of drug. Open-vent air jet nebulizers, such as Sidestream® from Philips Respironics, include a vent that increases the total airflow and dose emitted, thus reducing the total time required for dosing.[58,96] Breath-enhanced nebulizers, such as the LC® Plus nebulizer from PARI and Ventstream® from Philips Respironics, include a one-way valve that closes as the patient exhales to minimize the amount of drug emitted to surrounding environment.[58,96] The Pari LC® plus was shown to result in twice the dose delivered to the patient while having a shorter dosing duration than conventional air jet nebulizers.[97]

Vibrating mesh nebulizers, such as the AeroNeb® Pro from Aerogen and the eFlow® from PARI, generate fine aerosols without requiring baffles by means of a vibrating mesh that is in contact with the formulation. When the mesh vibrates, the formulation is atomized through hundreds or thousands of small nozzles contained in the mesh. Vibrating mesh nebulizers tend to have the advantages of faster dosing times, less formulation retained in residual volumes of the system, and smaller device size than air jet nebulizers.[96] Further description of modern nebulizers can be found elsewhere.[19,58,96]

A number of compact, multidose aqueous delivery systems have been developed since 1987. These combine the soft respirable aerosol generated by modern tabletop nebulizers with the portability and convenience of MDI and DPI products. Aradigm's AERx inhaler, developed in the 1990s, used sterile formulation stored in individually packaged blister strips that contained a layer with an array of laser-drilled holes. When the patient inhaled, pressure was applied to the blister and the liquid formulation was atomized through the laser-drilled holes into a fine spray capable of efficiently being delivered to the lung.[98] The AERx reached clinical testing with a number of drugs, but has not yet been commercialized. Aqueous delivery systems using vibrating meshes (Aerogen's AeroDose® device), electrospray (Battelle's Mystic™ device), and a number of other approaches have been brought to varying stages of development.[98]

The first commercially available compact aqueous delivery system was the Respimat® Inhalation Spray system (Fig. 15) developed by Boehringer Ingelheim and approved in Germany in 2004 and in the United States and elsewhere shortly thereafter. Respimat has a reservoir containing up to 120 doses of formulation. Before dosing, the patient twists the base of the device that meters out a dose and compresses a spring, which then serves as the energy source to deliver the formulation. When the patient inhales, they press a button that releases the spring and forces the formulation through a complex nozzle configuration to generate a respirable aerosol.[98,99] Multiple products have been approved using the technology, including Spiriva Respimat (tiotropium), Combivent Respimat (ipratropium bromide and albuterol), Striverdi Respimat (olodaterol), and Stiolto™ Respimat (tiotropium bromide and olodaterol).

### The trials and tribulations of inhaled insulin

The concept of utilizing the lung as a portal of entry to deliver insulin and other proteins and peptides dates back to an early inhaled insulin clinical trial in 1925.[100] However, beginning in the late 1980s, there was a significant increase in research and development in the area of aerosol delivery of insulin and other proteins and peptides. By the end of the

Appx1665

Liquidia's Exhibit 1019
Page 16

TABLE 4. A LIST OF INHALER PRODUCTS WITH MORE THAN ONE BILLION U.S. DOLLARS IN 2014 SALES[32]

| Product | Dosage form | Company | 2014 sales ($U.S.) |
| --- | --- | --- | --- |
| Seretide/Advair Diskus | DPI | GSK | 7.00 billion |
| Spiriva Handihaler | DPI | Boehringer Ingelheim | 5.07 billion |
| Symbicort | MDI | Astra Zeneca | 2.21 billion |
| Symbicort Turbuhaler | DPI | Astra Zeneca | 1.93 billion |
| Seretide/Advair HFA | MDI | GSK | 1.63 billion |
| Proair | MDI | Teva | 1.45 billion |
| Flovent/Flixotide | MDI | GSK | 1.39 billion |
| Ventolin | MDI | GSK | 1.13 billion |

DPI, dry powder inhaler; MDI, metered dose inhaler.

1990s, more than 20 large molecules had been evaluated in human clinical dosing[101,102] with inhaled insulin leading the wave of development. It was estimated in 1994 that ~5% of the U.S. population had diabetes with associated healthcare costs of $40 billion.[103] Insulin injections available at the time were effective when used correctly, but patient compliance was hindered by fear of injections and social stigmas associating needle injections and drug use, as well as the inconvenience of needing to refrigerate injectable insulin products.[104] These shortcomings of insulin injections provided a market opportunity for inhaled insulin.



**FIG. 15.** A picture of a Respimat inhaler.

In the early 1990s, a number of systems were developed to commercialize inhaled insulin products. Inhale Therapeutics (which later became Nektar) began developing the Exubera DPI using a spray drying process to generate human insulin powder that was stored in individual blisters. Alkermes developed an alternate DPI approach using their AIR® insulin particle engineering technology to generate powder consisting of highly porous particles that were delivered using a DPI device that was simpler and smaller than the Exubera device. An advantage of both DPI approaches was that the particle engineering produced stabilized powders that could be stored without refrigeration.

Aradigm developed the AERx® Insulin Diabetes Management System (iDMS). The AERx iDMS was a battery-powered portable nebulizer system that aerosolized insulin contained in a liquid formulation. The electronic capabilities of this system provided helpful guidance to the patient on the correct usage of the device. A disadvantage of this system was that the blisters containing the liquid insulin formulation needed to be refrigerated. All three systems advanced into late-phase clinical testing led by Nektar's Exubera.

Nektar, along with partner Pfizer, conducted extensive clinical testing of Exubera during the late 1990s and early 2000s, including a number of studies required to assess the potential impact of inhaled insulin on lung function, to characterize comparative effectiveness among smokers and non-smokers and assessing the safety and efficacy among patients with asthma and COPD.[105] After well over a decade of investment and development, Nektar and Pfizer obtained approval of Exubera from the FDA in January 2006, although on the condition of continuing extensive clinical trials to further understand the effect of inhaled insulin on the lung.[106]

Despite projections that the product would eventually reach sales on the order of $2 billion,[104] Exubera sales were slow from the start. A number of factors are reported to have contributed to this,[104,105,107] including (1) insurance companies were reluctant to pay premium pricing on a product that did not have a clear clinical benefit; (2) the additional ongoing monitoring of lung function created inconvenience and further expense for the patient; (3) the large device did not fit the discrete dosage form that diabetics desired; (4) achieving the correct dosage may have been confusing based on labeling of doses in milligrams rather than units of insulin; (5) by the time Exubera reached the market, the pain associated with insulin injections had been significantly reduced by smaller sharper needles; and (6) concern about lung cancer was raised when the FDA reported a higher incidence rate of new primary lung cancer

for patients treated with Exubera in the clinic compared with patients not treated with Exubera, although the FDA noted that there were too few cases to know if the lung cancer was related to Exubera.

In 2007, Pfizer removed Exubera from the marketplace after a disappointing $12 million in product sales in the first three quarters of 2007.[107] Shortly after the removal of Exubera from the market, Novo Nordisk terminated its collaborative development with Aradigm of the AERx iDMS and Eli Lily terminated its collaborative development with Alkermes of the AIR insulin system even though both systems were in Phase III clinical trials.[105]

MannKind, a late entry into the inhaled insulin field, continued development of their DPI product using their Technosphere's engineered powder formulation and achieved approval from the FDA for Afrezza® in 2014. Afrezza was launched by Sanofi in partnership with MannKind in February of 2015, but Sanofi terminated their license and collaboration agreement in January of 2016 after sales of €5 million (~$6 million) in the first 9 months of 2015. MannKind announced their intention to continue marketing Afrezza while seeking a different marketing partner. Whereas in the 1990s, the lung was often viewed as a portal of entry to systemic circulation for a broad range of therapies,[101,102,108] the limited commercial success of Exubera and Afrezza has cast a cloud of uncertainty not only on the future of inhaled insulin but also on the future of inhaled therapeutic proteins and peptides in general.

### Diseases Currently Being Treated Using Therapeutic Aerosol Delivery

In spite of the challenges associated with the commercialization of inhaled insulin, therapeutic aerosol delivery remains an attractive option for treating conditions beyond asthma and COPD. Inhalation therapy is a mainstay of CF treatment. Ninety percent of CF patients die from lung destruction associated with chronic lung infections with Pseudomonas aeruginosa being a particularly problematic pathogen.[109] Inhaled antibiotics are a cornerstone of CF treatment due to the ability to achieve high concentrations of the antibiotic in the lung while minimizing systemic exposure. Important antibiotics for treating CF lung infections include colistin, tobramycin, and aztreonam lysine. Due to the high dose of antibiotic to be delivered, inhaled antibiotics have traditionally been delivered through a nebulizer.[109] However, recent high-dose DPIs with highly dispersible engineered powders (e.g., TOBI® Podhaler® from Novartis and Colobreathe® from Forest Laboratories, Inc.) have proven to be effective treatments for CF.

In addition to treating infections, inhalation therapy is also used to help break down the viscous mucus layer associated with CF.[109–111] Nebulized dornase alfa (Pulmozyme developed by Genentec) was approved by the FDA in 1993 and it reduces sputum viscosity and results in improved airway clearance. Nebulized hypertonic saline and DPI delivery of mannitol have been developed to improve airway hydration, which may result in improved mucociliary clearance.[109–111] Excellent summaries of the treatment of CF through therapeutic aerosol delivery can be found elsewhere.[109–111]

Therapeutic aerosols have been developed to treat numerous other diseases. Relenza, developed by GSK and commercialized in 1999 for treatment of influenza caused by influenza A and B viruses, uses a modified Diskhaler DPI to deliver zanamivir. Zanamivir reduces the duration and severity of symptoms from influenza by binding to the active site of the neuraminidase protein, rendering the influenza virus unable to escape its host cell and infect others.[112] Flumist, developed by MedImmune and approved by the FDA in 2003, delivers live attenuated influenza vaccine taken in a nasal spray.

Nasal delivery of live influenza virus proved more effective than inactivated vaccine delivered intradermally.[113] Aerosol delivery of measles and measles-rubella vaccines offer the potential for superior immune response compared with injected vaccines.[114] An additional potential benefit of inhaled vaccines is the possibility to avoid the cold chain requirement of many vaccines, which is particularly problematic for delivering vaccinations in developing countries. Highly dispersible engineered powders with room temperature stability could be delivered with simple disposable DPIs and offer significant advantages for vaccine delivery in developing countries.[115]

Miacalcin nasal spray, commercialized by Novartis, delivers the peptide salmon calcitonin for treatment of osteoporosis. Nebulized iloprost and epoprostenol have been demonstrated to be effective at treating severe pulmonary hypertension.[116] Controversial e-cigarettes, first commercialized in 2004 for delivery of nicotine for smoking cessation purposes, reached $6 billion in sales in 2015,[117] but FDA regulations announced in May of 2016[118] may cut into these sales. Therapeutic aerosols are being investigated for treating other diseases as well.

### Looking to the Future

There are many factors that may shape the future therapeutic aerosol delivery market, including healthcare cost pressures and increasing technical capabilities available for use in inhalation delivery systems. With healthcare costs in the United States projected to increase to 20% of GDP (gross domestic product) by 2020,[119] there is increasing pressure to expand the availability of generic pharmaceutical products. The expansion of access to healthcare in emerging market countries will lead to a further emphasis on generic inhalers.

The looming expiration of patent protection on numerous blockbuster therapies has resulted in significant investment in the development of generic inhalers and much debate and regional differences in terms of the regulatory requirements needed to demonstrate the bioequivalence of generic inhalers.[120–123] In 2013, the FDA provided some clarity on the agency's regulatory expectation for generic applications through two Draft Guidance publications.[124,125] At the time of the writing of this article, there are no generic HFA MDI products available on the U.S. market and there is one generic MDI approved in Europe—Sirdupla™, a generic of Seretide® Evohaler® developed by Mylan and 3M. There are currently no approved generic DPIs in either the United States or Europe, although a number are known to be in development, including a generic of Advair for which Mylan has filed an ANDA with the FDA.

It is likely that the push for low-cost inhalers will be countered by a desire for new high-tech inhalers with enhanced capabilities. A number of high-tech add-on devices for MDI, DPI, and nebulizer products have been commercialized for MDI products (MD Turbo developed by

Respirics, Propeller developed by Propeller Health, Smartinhaler developed by Adherium Ltd.).[126] Benefits to the patients of some of these products include providing reminders to take a dose or order a new inhaler, providing breath actuation, training the patient on the appropriate inhalation maneuver, and recording the time and location of each dose to evaluate adherence to the prescribed dosing regimen.

Some systems, such as the system offered by Propeller Health, have Bluetooth functionality to sync with apps on mobile devices and allow the patient to share treatment data with others so that family members or physicians can monitor adherence or even control of the disease state. The data that can be generated using high-tech systems are of value for policy makers and insurance companies to make informed decisions on public health matters (such as identifying asthma hotspots) and coverage of pharmaceutical products,[127] but privacy issues will undoubtedly need to be addressed. In addition to add-on systems, MDIs and DPIs are being developed with data capabilities already built into the device. If such systems can be demonstrated to improve pharmacoeconomic outcomes, they may gain widespread market acceptance in spite of their higher cost and substantially change the interaction between the patient and their inhaler in the future.

## Conclusion

Therapeutic aerosol delivery has been a primary means of treating lung conditions, particularly asthma, for more than 3500 years. Over this entire period, atropine and related compounds have played an important role in therapeutic aerosol delivery and remain crucial in the treatment of lung diseases today. In ancient times, therapeutic aerosols were often delivered by smoking or placing herbal mixtures in a heated container and inhaling the resulting vapor. Advances in manufacturing capabilities at the dawn of the Industrial Revolution led to more sophisticated techniques for generating therapeutic vapors or nebulizing medicated solutions. The Industrial Revolution led to a shift from therapeutic aerosols being custom produced by someone directly associated with the care of the patient to devices being produced by a person or company completely unassociated with the patient.

The first MDI was introduced in 1956 and dramatically advanced the landscape of therapeutic aerosol delivery. The first DPI was developed in the mid-19th century, but DPIs did not gain market prominence until the 1990s. The signing of the Montreal Protocol in 1987 led to a surge in innovation in inhaler development that has shaped the current inhaler market. In the future, high-tech solutions to improve drug delivery and patient compliance will likely lead to market acceptance of smart inhalers. However, the desire for high-tech inhalers will be countered by the increasing healthcare cost pressures and will likely ensure that MDI and DPI therapies remain important components of therapeutic aerosol delivery.

## Acknowledgments

The authors would like to acknowledge Mark Sanders for his permission to use images from his excellent historical website (www.inhalatorium.com). The authors would like to thank Andy Clark for providing the DPI drawings and Prasad Peri for his assistance in generating the lists of FDA-approved products. Last, the authors would like to thank their 3 M colleague, Peter van Haaften, for his assistance in gathering market sales data.

## Author Disclosure Statement

No competing financial interests exist.

## References

1. Breasted JH: *The Edwin Smith Surgical Papyrus*. University of Chicago Press, Chicago, IL; 1930.
2. Ebbell B: *The Papyrus Ebers: The Greatest Egyptian Medical Document* (translation to English). Levin and Munksgaard, Copenhagen; p. 67, 1937.
3. Sanders M: Inhalation therapy: An historical review. Prim Care Respir J. 2007;16:71–81.
4. Alizadeh A, Moshiri M, Alizadeh J, and Balali-Mood M: Black henbane and its toxicity—A descriptive review. Avicenna J Phytomed. 2014;4:297–311.
5. Kritikos PG, and Papadaki SP: The early history of the poppy and opium. Bull Narcotics. 1967;19:17–38.
6. Heydari M, Hashempur MH, and Zargaran A: Medicinal aspects of opium as described in Avicenna's Canon of Medicine. Acta Med Hist Adriat. 2013;11:101–112.
7. Gandevia B: Historical review of the use of parasympatholytic agents in the treatment of respiratory disorders. Postgrad Med J. 1975;51 (Suppl. 7):13–20.
8. Viswanathan R: Historical aspects of bronchial asthma. Indian J Chest Dis. 1964;6:165–169.
9. Anderson PJ: History of aerosol therapy: Liquid nebulization to MDIs to DPIs. Respir Care. 2005;50:1139–1150.
10. Shehata M: History of inhalation therapy. Internet J Health. 2008;9:1–9.
11. Solis-Cohen J: *Inhalation in the Treatment of Disease, Its Therapeutics and Practice: A Treatise On the Inhalation of Gases, Vapors, Nebulized Fluids, and Powders*. Lindsay & Blakiston, Philadelphia; pp. 19–21,193–340, 1867.
12. Tissier PLA: Pneumotherapy, including aerotherapy and inhalation methods and therapy, volume 10. In: SS Cohen (ed.) *A System of Physiologic Therapeutics*. P. Blakiston's Son & Co., Philadelphia, PA. pp. 440–451, 1903.
13. Brenner BE: Where have we been? The history of acute asthma, In: BE Brenner (ed). *Emergency Asthma*. Marcel Dekker, Inc., New York; pp. 1–32, 1999.
14. Bostock J, and Riley HT: *The Natural History of Pliny, Volume V* (translation to English). Henry G. Bohn, London; 1856.
15. Lee MR: The history of Ephedra (ma-huang). J R Coll Phys Edinburgh. 2011;41:78–84.
16. Scudder JM: *Eclectic Manual No. 2 on the Use of Medicated Inhalations in the Treatment of Diseases of the Respiratory Organs*. John M Scudder's Sons, Cincinnati, OH; p. 21, 1895.
17. Mudge J: *A Radical and Expeditious Cure for a Recent Catarrhous Cough*, 2nd Edition. E. Allen, London; pp. 131–147, 1778.
18. Sanders M: 2016, Lynch inhaler. www.inhalatorium.com/wpcproduct/lynch-inhaler/ (accessed September 8, 2016).
19. Nikander K, and Sanders M: The early evolution of nebulizers. Medicamundi. 2010;54:47–53.
20. Long CW: An account of the first use of sulphuric ether by inhalation as an anaesthetic in surgical operations. South Med Surg J. 1849;5:705–713.
21. Steward DJ: The early history of anaesthesia in Canada: The introduction of ether to upper Canada. 1847, Can Anaesthet Soc J. 1977;24:153–161.

Liquidia's Exhibit 1019
Page 19

22. Sneader W: Systemic medicine. In: W Sneader (ed). *Drug Discovery—A History*. John Wiley and Sons Ltd., Chichester, West Sussex, England; pp. 74–87, 2005.

23. Warren I: *The Household Physician; for the Use of Families, Planters, Seamen, and Travellers. Being a Brief Description, in Plain Language, of all the Diseases of Men, Women, and Children, with the Newest and Most Approved Methods of Curing Them*. Higgins, Bradley, and Dayton; Boston, MA. pp. 189–224, 1859.

24. Bleyer JM: A new method of laryngeal and bronchial medication by means of a spray and tube during the act of deep inspiration: Read in the Section of Laryngology and Otology at the Forty-first Annual Meeting of the American Medical Association, Nashville, Tenn., May, 1890. J Am Med Assoc. 1890;XV:634–636.

25. Wyeth J: *An Epitome of Therapeutics with Special Reference to the Laboratory Products of John Wyeth and Brother*. John Wyeth & Brother, Inc., Philadelphia, PA; pp. 251–252; 1901.

26. Helbing H, and Pertsch G: Collodion mixture. U.S. patent 628,463; July 11, 1899.

27. Clark AR: Medical aerosol inhalers: Past, present, and future. Aerosol Sci Technol. 1995;22:374–391.

28. Rau JL: The inhalation of drugs: Advantages and problems. Respir Care. 2005;50:367–382.

29. Anderson PJ: Delivery options and devices for aerosolized therapeutics. Chest. 2001;120:89S–93S.

30. Brennan P, Crispo A, Zaridze D, Szeszenia-Dabrowksa N, Rudnai P, Lissowska J, Fabiánová E, Mates D, Bencko V, Foretova L, Janout V, Fletcher T, and Boffetta P: High cumulative risk of lung cancer death among smokers and nonsmokers in central and eastern Europe. Am J Epidemiol. 2006;164:1233–1241.

31. Elliott HL, and Reid JL: The clinical pharmacology of a herbal asthma cigarette. Br J Clin Pharmacol. 1980;10:487–490.

32. IMS Health (MIDAS January 2016).

33. Chen BT, Namenyi J, Yeh HC, Mauderly JL, and Cuddihy RG: Physical characterization of cigarette smoke aerosol generated from a Walton smoke machine. Aerosol Sci Technol. 1990;12:364–375.

34. Beatson G: Practical papers on the materials of the antiseptic method of treatment, Vol. III, on spray producers. In: J Coat (ed). *Glasgow Medical Journal, edited for the West of Scotland Medical Association, Vol. XIV*. Alex and Macdougall, Glasgow; pp. 461–484, 1880.

35. Abramson HA: Principles and practice of aerosol therapy of the lungs and bronchi. Ann Allergy. 1946;4:440–456.

36. Scudder JM: *On the Use of Medicated Inhalations, in the Treatment of Diseases of the Respiratory Organs*. Moore, Wilstach & Baldwin, Printers, Cincinnati, OH; pp. 27–37, 1867.

37. Warren I: Inhaler. U.S. patent 8,813; March 16, 1852.

38. Jackson WA: The carbolic smoke ball. Pharm Historian. 1984;14:9–10.

39. Clarfield AM: The strange case of Miss E.C. Carlill versus the Carbolic Smoke Ball Company. Ann Long Term Care. 2005;13:46–47.

40. Newton A: Inhaling apparatus. U.K. patent 1161; May 7, 1864.

41. Fields MR: Inhalator, U.S. patent 2,470,296; May 17, 1949.

42. Krasno LR, and Rhoads PS: The inhalation of penicillin dust; its proper role in the management of respiratory infections. Am Practitioner. 1949;3:649–653.

43. Solis-Cohen S: The use of adrenal substance in the treatment of acute asthma. JAMA. 1900;34:1164–1166.

44. O'Callaghan C, Nerbrink O, and Vidgren MT: The history of inhaled drug therapy, In: H Bisgaard, C O'Callaghan, and GC Smaldone (eds). *Drug Delivery to the Lung*. Informa Healthcare, New York; pp. 1–20, 2007.

45. Gelfand ML: Administration of cortisone by the aerosol method in the treatment of bronchial asthma. N Engl J Med. 1951;245:293–294.

46. Thiel CG: From Susie's question to CFC-free: An inventor's perspective on forty years of MDI development and regulation. Respir Drug Deliv. 1996;1:115–123.

47. Freedman T: Medihaler® therapy for bronchial asthma. Postgrad Med. 1956;20:667–673.

47a. Franklin W, Lowell FC, Michelson AL, and Schiller IW: Aerosolized steroids in bronchial asthma. J Allergy. 1958; 29:214–221.

48. Newman S: Additional technology for metered dose inhalers. In: S Newman (ed). *Respiratory Drug Delivery: Essential Theory & Practice*. Respiratory Drug Delivery Online, Richmond, VA; pp. 217–256, 2009.

49. Bloomfield P, Crompton GK, and Winsey NJP: A tube spacer to improve inhalation of drugs from pressurized aerosols. Br Med J. 1979;2:1479.

50. Nikander K, Nicholls C, Denyer J, and Pritchard J: The evolution of spacers and valved holding chambers. J Aerosol Med Pulm Drug Deliv. 2014;27(S1):S4–S23.

51. Dolovich M, Ruffin R, Corr D, and Newhouse MT: Clinical evaluation of a simple demand inhalation MDI aerosol delivery device. Chest. 1983;84:36–41.

52. Newman SP, Moren F, Pavia D, Little F, and Clarke SW: Deposition of pressurized suspension aerosols inhaled through extension devices. Am Rev Respir Dis. 1981;124:317–320.

53. Lands AM, Arnold A, McAuliff JP, Luduena FP, and Brown TG: Differentiation of receptor systems activated by sympathomimetic amines. Nature. 1967;214:597–598.

54. Bryan J: Ventolin remains a breath of fresh air for asthma sufferers, after 40 years. Pharm J. 2007;279:404–405.

55. Bell JH, Hartley PS, and Cox JSG: Dry powder aerosol I: A new powder inhalation device. J Pharm Sci. 1971;60: 1559–1564.

56. Nerbrink O, Dahlbäck M, and Hansson HC: Why do medical nebulizers differ in their output and particle size characteristics? J Aerosol Med. 1994;7:259–276.

57. Cipolla DC, Clark AR, Chan I, Gonda I, and Shire SJ: Assessment of aerosol delivery systems for recombinant human deoxyribonuclease. S.T.P. Pharma Sci. 1994;4:50–62.

58. O'Callaghan C, and Barry PW: The science of nebulized drug delivery. Thorax. 1997;52(S2):S31–S44.

59. Lang RJ: Ultrasonic atomization of liquids. J Acoust Soc Am. 1962;34:6–9.

60. Leach C: The CFC to HFA transition and its impact on pulmonary drug development. Respir Care. 2005;50:1201–1206.

61. The Montreal Protocol on substances that deplete the ozone layer, Final Act (Nairobi: UNEP 1987). Federal Register. 1994; 59 FR 56276–56298.

62. Molina M, and Rowland F: Stratospheric sink for chlorofluoromethanes: Chlorine atom-catalysed destruction of ozone. Nature. 1974;249:810–812.

63. Atkins PJ: Transition to HFA MDIs: How did we get here and where are we going? Respir Drug Deliv. 2006;1: 83–90.

Liquidia's Exhibit 1019
Page 20

64. Rogueda P, Lallement A, Traini D, Iliev I, and Young PM: Twenty years of HFA pMDI patents: Facts and perspectives. J Pharm Pharmacol. 2012;64:1209–1216.

65. Purewal TS, and Greenleaf DJ: Medicinal aerosol formulations. GB8828477; 1989.

66. Heiskel E, and Schmieder W: Druckgaspackung und treibmittel für aerosole. DE3905726A1; 1990.

67. Weil HH, and Daab O: Neue treibgasmischungen und ihre verwendung in arzneimittelzubereitungen. DE4003272A1; 1990.

68. Stein SW, Sheth P, and Myrdal PB: Advances in metered dose inhaler technology: Hardware development. AAPS PharmSciTech. 2014;15:326–328.

69. Ross DL, and Gabrio BJ: Advances in metered dose inhaler technology with the development of a chlorofluorocarbon-free drug delivery system. J Aerosol Med. 1999;12:151–160.

70. Vervaet C, and Byron PR: Drug-surfactant-propellant interactions in HFA-formulations. Int J Pharm. 1999;186:13–30.

71. Wu Z, Thatcher ML, Lundberg JK, Ogawa MK, Jacoby CB, Battiste JL, and Ledoux KA: Forced degradation studies of corticosteroids with an alumina-steroid-ethanol model for predicting chemical stability and degradation products of pressurized metered-dose inhaler formulations. J Pharm Sci. 2012;101:2109–2122.

72. Shrewsbury SB, Armer TA, Newman SP, and Pitcairn G: Breath synchronized plume-control inhaler for pulmonary delivery of fluticasone propionate. Int J Pharm. 2008;356:137–143.

73. Gabrio BJ, and Velasquez DJ: Inventors; 3 M Innovative Properties Company, assignee. Slow spray metered dose inhaler. U.S. patent 6,615,826; September 9, 2003.

74. Leach CL, Davidson PJ, Hasselquist BE, and Boudreau RH: Lung deposition of HFA-134a beclomethasone is greater than that of chlorofluorcarbon fluticasone and chlorofluorocarbon beclomethasone: A cross-over study in health volunteers. Chest. 2002;122:510–516.

75. Busse WW, Brazinsky S, Jacobson K, Stricker W, Schmitt K, Vanden Burgt J, Donnell D, Hannon S, and Colice GL: Efficacy response of inhaled beclomethasone dipropionate in asthma is proportional to dose and is improved by formulation with a new propellant. J Allergy Clin Immunol. 1999;104:1215–1222.

76. Postma DS, and van den Berge M: Small airway dysfunction in asthma and COPD: Consequences for therapy and the future. Respir Drug Deliv Europe. 2013;1:1–12.

77. van den Berge M, ten Hacken NHT, van der Wiel E, and Postma DS: Treatment of the bronchial tree from beginning to end: Targeting small airway inflammation in asthma. Allergy. 2013;68:16–26.

78. U.S. Food and Drug Administration: Guidance for industry: Integration of dose-counting mechanisms into MDI drug products. 2003. (http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm071731.pdf) (accessed September 8, 2016).

79. Woodcock A: Responsible inhaler development in article 5 countries: Navigating the scientific, regulatory, political and commercial challenges. Respir Drug Deliv. 2010;1:121–129.

80. U.S. Food and Drug Administration: Consumer update: Primatine Mist with chlorofluorocarbons no longer available after December 31, 2011. (http://www.fda.gov/ForConsumers/ConsumerUpdates/ucm247196.htm) (accessed September 8, 2016).

81. Chrystyn H: The Diskus™: A review of its position among dry powder inhaler devices. Int J Clin Pract. 2007;61:1022–1036.

82. Atkins PJ: Dry powder inhalers: An overview. Respir Care. 2005;50:1304–1312.

83. Frijlink HW, and De Boer AH: Dry powder inhalers for pulmonary drug delivery. Expert Opin Drug Deliv. 2004;1:67–86.

84. Hill M: Characteristics of an active multiple dose dry powder inhaler. Respir Drug Deliv. 1994;IV:109–116.

85. Newman S, and Peart J: Dry powder inhalers. In: S Newman (ed). Respiratory Drug Delivery: Essential Theory & Practice. Respiratory Drug Delivery Online, Richmond, VA; pp. 257–307, 2009.

86. Staniforth JN: Pre-formulation aspects of dry powder aerosols. Respir Drug Deliv. 1996;V:65–73.

87. Zeng XM, Tee S-K, Martin GP, and Marriott C: Improving the delivery efficiency of dry powder inhalers (DPIs) by adding fine carrier particles to powder formulations. Thorax. 1996;51(S3):A74.

88. Zeng XM, Martin GP, Tee S-K, and Marriott C: The role of fine particle lactose on the dispersion and deaggregation of salbutamol sulphate in an air stream in vitro. Int J Pharm. 1998;176:99–110.

89. Islam N, Stewart PJ, Larson I, and Hartley P: Lactose surface modification by decantation: Are drug-fine lactose ratios the key to better dispersion of salmeterol xinafoate from lactose interactive mixtures? Pharm Res. 2004;21:492–499.

90. Jones MD, and Price R: The influence of fine excipient particles on the performance of carrier-based dry powder inhalation formulations. Pharm Res. 2006;23:1665–1674.

91. Staniforth JN: Nasal and pulmonary powder opportunities: New drugs and formulations for rapid systemic onset. Respir Drug Deliv. 2006;1:249–256.

92. Mueller-Walz R, Fueg LM, Niederlaender C, Pieles U, and Wirth A: Ternary additives: Manipulation and control with magnesium stearate. Respir Drug Deliv. 2006;1:343–350.

93. Edwards DA, Hanes J, Caponetti G, Hrkach J, Ben-Jebria A, Eskew ML, Mintzes J, Deaver D, Lotan N, and Langer R: Large porous particles for pulmonary drug delivery. Science. 1997;276:1868–1872.

94. Swenson C, Laseman J, and Busse W: Combination of salmeterol (SAL) and fluticasone (FP) works synergistically to inhibit airway inflammation post allergen challenge. J Allergy Clin Immunol. 2003;111:S126.

95. Nelson HS, Chapman KR, Pyke SD, Johnson M, and Pritchard JN: Enhanced synergy between fluticasone propionate and salmeterol inhaled from a single inhaler versus separate inhalers. J Allergy Clin Immunol. 2003;112:29–36.

96. Newman S: Nebulizers. In: S Newman (ed). Respiratory Drug Delivery: Essential Theory & Practice. Respiratory Drug Delivery Online, Richmond, VA; pp. 135–176, 2009.

97. Knoch M, and Wunderlich E: In-vitro assessment of a new efficient nebulizer system for continuous operation. Respir Drug Deliv. 1994;IV:265–271.

98. Newman S: Emerging inhaler technologies. In: S Newman (ed). Respiratory Drug Delivery: Essential Theory & Practice. Respiratory Drug Delivery Online, Richmond, VA; pp. 309–336, 2009.

99. Dalby RN, Spallek M, and Voshaar T: A review of the development of the Respimat soft mist inhaler. Int J Pharm. 2004;283:1–9.

100. Gansslen M: Uber inhalation von insulin. Klin Wochenschr. 1925;4:71.

101. Niven RW: Delivery of biotherapeutics by inhalation aerosol. Crit Rev Ther Drug Carrier Syst. 1995;12:151–231.

102. Wolff RK: Safety of inhaled proteins for therapeutic use. J Aerosol Med. 1998;11:197–219.

103. Patton JS, and Platz RM: Aerosol insulin—A brief review. Respir Drug Deliv. 1994;IV:65–74.

104. Heinemann L: The failure of Exubera: Are we beating a dead horse? J Diabetes Sci Technol. 2008;2:518–529.

105. Cavaiola TS, and Edelman S: Inhaled insulin: A breath of fresh air? A review of inhaled insulin. Clin Ther. 2014;36:1275–1289.

106. LaMattina J: Challenges in commercializing inhaled insulin. Available at: www.forbes.com (Last accessed August 23, 2013).

107. Berenson A: Weak sales prompt Pfizer to cancel diabetes drug. Available at: www.nytimes.com (Last accessed October 19, 2007).

108. Gonda I: The ascent of pulmonary drug delivery. J Pharm Sci. 2000;89:940–945.

109. Klinger-Strobel M, Lautenschläger C, Fischer D, Mainz JG, Bruns T, Tuchscherr L, Pletz MW, and Makarewicz O: Aspects of pulmonary drug delivery strategies for infections in cystic fibrosis—Where do we stand? Expert Opin Drug Deliv. 2015;12:1351–1374.

110. Barry PJ, and Jones AM: New and emerging treatments for cystic fibrosis. Drugs. 2015;75:1165–1175.

111. Carnovale V, Iacotucci P, Cellurale M, d'Ippolito M, Buonauriou S, Celardo A, and Ferrara N: Inhalation therapy in cystic fibrosis. ACTA Biomed. 2014;85(S4):7–9.

112. Cyranoski D: Threat of pandemic brings flu drug back to life. Nat Med. 2005;11:909.

113. Belshe RB, Edwards KM, Vesikari T, Black SV, Walker RE, Hultquist M, Kemble G, and Connor EM: Live attenuated versus inactivated influenza vaccine in infants and young children. N Engl J Med. 2007;356:685–696.

114. Bennett JV, Fernandez de Castro J, Valdespino-Gomez JL, Garcia-Garcia Mde L, Islas-Romero R, Echaniz-Aviles G, Jimenez-Corona A, and Sepulveda-Amor J: Aerosolized measles and measles-rubella vaccine induce better measles antibody booster responses than injected vaccines: Randomized trials in Mexican schoolchildren. Bull World Health Org. 2002;80:806–812.

115. Agarkhedkar S, Kulkarni PS, Winston S, Sievers R, Dhere RM, Gunale B, Powell K, Rota PA, and Papania M: Safety and immunogenicity of dry powder measles vaccine administered by inhalation: A randomized controlled Phase I clinical trial. Vaccine. 2014;32:6791–6797.

116. Rubin BK: Air and soul: The science and application of aerosol therapy. Respir Care. 2010;55:911–921.

117. Davidson L: Vaping takes off as e-cigarette sales break through $6bn. The Telegraph 2015. Available at: www.telegraph.co.uk/finance/newsbysector/retailandconsumer/11692435/Vaping-takes-off-as-e-cigarette-sales-break-through-6bn.html (Last accessed June 23, 2015).

118. Food and Drug Administration: Deeming tobacco products to be subject to the Federal Food, Drug, and Cosmetic Act, as amended by the Family Smoking Prevention and Tobacco Control Act; restrictions on the sale and distribution of tobacco products and required warning statements for tobacco products. Available at: www.federalregister.gov/articles/2016/05/10/2016-10685/deeming-tobacco-products-to-be-subject-to-the-federal-food-and-cosmetic-act-as-amended-by-the (Last accessed May 10, 2016).

119. Centers for Medicare and Medicaid Services: National Health Expenditures Projections 2011–2021. Available at: www.cms.gov/Research-Statistics-data-and-Systems/Statistics-Trends-and-Reports/NationalHealthExpendData/Downloads/Proj2011PDF.pdf (Last accessed January 22, 2016).

120. Karst KR: Jumping legal hurdles with the U.S. FDA: The generic inhaler challenge. Respir Drug Deliv Asia. 2014;1:151–158.

121. Hall JR, and Denyer MD: Contrasting regulatory equivalence demands between the EU and the US: History, law, markets and future needs. Respir Drug Deliv Eur. 2007;1:109–118.

122. Byron PR: Can we move toward harmonized requirements for bioequivalence of inhalers? Respir Drug Deliv Eur. 2007;1:151–158.

123. Fuglsang A, Leach CL, Mayers I, and Chowdhury BA: Therapeutic equivalence of inhaled corticosteroids—Workshop on regional differences in regulatory requirements. Respir Drug Deliv. 2008;1:133–150.

124. U.S. Food and Drug Administration: Draft guidance on albuterol sulfate. 2013. (http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm346985.pdf) (accessed September 8, 2016).

125. U.S. Food and Drug Administration: Draft guidance on fluticasone propionate; salmeterol xinafoate. 2013. (http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm367643.pdf) (accessed September 8, 2016).

126. Singh S, Kanbar-Agha F, and Sharafkhaneh A: Novel aerosol delivery devices. Semin Respir Crit Care Med. 2015;36:543–551.

127. Van sickle D, Maenner MJ, Barrett MA, and Marcus JE: Monitoring and improving compliance and asthma control: Mapping inhaler use for feedback to patients, physicians and payers. Respir Drug Deliv Eur. 2013;1:119–130.

Received on March 14, 2016
in final form, May 29, 2016

Reviewed by:
Kurt Nikander

Address correspondence to:
*Stephen W. Stein, MS*
*3 M Drug Delivery Systems*
*St. Paul, MN 55144*

*E-mail:* swstein@mmm.com

Liquidia's Exhibit 1019
Page 22

NDA 21-779
Page 3

# Ventavis

**(iloprost) Inhalation Solution**

**R$_X$ Only**

**DESCRIPTION**

Ventavis (iloprost) Inhalation Solution is a clear, colorless, sterile solution containing 10 mcg/mL iloprost formulated for inhalation via the Prodose® AAD® (Adaptive Aerosol Delivery) System, a pulmonary drug delivery device.  Each single-use glass ampule contains 2 mL (20 mcg) of the solution to be added to the Prodose AAD System medication chamber.  Each mL of the aqueous solution contains 0.01 mg iloprost, 0.81 mg ethanol, 0.121 mg tromethamine, 9.0 mg sodium chloride, and approximately 0.51 mg hydrochloric acid (for pH adjustment to 8.1) in water for injection.  The solution contains no preservatives.

The chemical name for iloprost is (*E*)-(3a*S*,4*R*,5*R*,6a*S*)-hexahydro-5-hydroxy-4-[(*E*)-(3*S*,4*RS*)-3-hydroxy-4-methyl-1-octen-6-ynyl]-$\Delta^{2(1H),\Delta}$-pentalenevaleric acid.  Iloprost consists of a mixture of the 4R and 4S diastereomers at a ratio of approximately 53:47.  Iloprost is an oily substance, which is soluble in methanol, ethanol, ethyl acetate, acetone and pH 7 buffer, sparingly soluble in buffer pH 9, and very slightly soluble in distilled water, buffer pH 3, and buffer pH 5.

The molecular formula of iloprost is $C_{22}H_{32}O_4$.  Its relative molecular weight is 360.49.  The structural formula is shown below:



**CLINICAL PHARMACOLOGY**

**General**

Iloprost is a synthetic analogue of prostacyclin PGI$_2$. Iloprost dilates systemic and pulmonary arterial vascular beds.  It also affects platelet aggregation but the relevance of this effect to the treatment of pulmonary hypertension is unknown.  The two diastereoisomers of iloprost differ in their potency in dilating blood vessels, with the 4S isomer substantially more potent than the 4R isomer.

**Pharmacokinetics**

Liquidia's Exhibit 1029
Page 1

NDA 21-779
Page 4

## General

In pharmacokinetic studies in animals, there was no evidence of interconversion of the two diastereoisomers of iloprost. In human pharmacokinetic studies, the two diastereoisomers were not individually assayed.

Iloprost administered intravenously has linear pharmacokinetics over the dose range of 1 to 3 ng/kg/min.  The half-life of iloprost is 20 to 30 minutes.  Following inhalation of iloprost (5 mcg) patients with pulmonary hypertension have iloprost peak serum levels of approximately 150 pg/mL. Iloprost was generally not detectable in the plasma 30 minutes to 1 hour after inhalation.

## Absorption and Distribution

The absolute bioavailability of inhaled iloprost has not been determined.

Following intravenous infusion, the apparent steady-state volume of distribution was 0.7 to 0.8 L/kg in healthy subjects. Iloprost is approximately 60% protein-bound, mainly to albumin, and this ratio is concentration-independent in the range of 30 to 3000 pg/mL.

## Metabolism and Excretion

Clearance in normal subjects was approximately 20 mL/min/kg.  Iloprost is metabolized principally via ß-oxidation of the carboxyl side chain.  The main metabolite is tetranor-iloprost, which is found in the urine in free and conjugated form.  In animal experiments, tetranor-iloprost was pharmacologically inactive.

*In vitro* studies reveal that cytochrome P450-dependent metabolism plays only a minor role in the biotransformation of iloprost.

A mass-balance study using intravenously and orally administered [$^3$H]-iloprost in healthy subjects (n=8) showed recovery of total radioactivity over 14 hours post-dose, was 81%, with 68% and 12% recoveries in urine and feces, respectively.

## Special Populations

## Liver Function Impairment

Inhaled iloprost has not been evaluated in subjects with impaired hepatic function. However, in an intravenous iloprost study in patients with liver cirrhosis, the mean clearance in Child Pugh Class B subjects (n = 5) was approximately 10 mL/min/kg (half that of healthy subjects).  Following oral administration, the mean $AUC_{0-8h}$ in Child Pugh Class B subjects (n= 3) was 1725 pg*h/mL compared to 117 pg*h/mL in normal subjects (n=4) receiving the same oral iloprost dose.  In Child Pugh Class A subjects (n= 5), the mean $AUC_{0-8h}$ was 639 pg*h/mL.  Although exposure increased with hepatic impairment, there was no effect on half-life.

## Renal Function Impairment

Inhaled iloprost has not been evaluated in subjects with impaired renal function.  However, in a study with intravenous infusion of iloprost in patients with end-stage renal failure requiring intermittent dialysis treatment (n=7), the mean $AUC_{0-4h}$ was 230 pg*h/mL compared to 54 pg*h/mL in patients

Liquidia's Exhibit 1029
Page 2

with renal failure (n=8) not requiring intermittent dialysis and 48 pg*h/mL in normals. The half-life was similar in both groups. The effect of dialysis on iloprost exposure has not been evaluated.

**Clinical Trials**

A randomized, double-blind, multi-center, placebo-controlled trial was conducted in 203 adult patients (inhaled iloprost: n=101; placebo: n=102) with NYHA Class III or IV pulmonary arterial hypertension (PAH, WHO Group I; idiopathic in 53%, associated with connective tissue disease, including CREST and scleroderma, in 17%, or associated with anorexigen use in 2%) or pulmonary hypertension related to chronic thromboembolic disease (WHO Group IV; 28%). Inhaled iloprost (or placebo) was added to patients' current therapy, which could have included anticoagulants, vasodilators (e.g. calcium channel blockers), diuretics, oxygen, and digitalis, but not $PGI_2$ (prostacyclin or its analogues) or endothelin receptor antagonists. Patients received 2.5 or 5.0 mcg of iloprost by repeated inhalations 6 to 9 times per day during waking hours. The mean age of the entire study population was 52 years and 68% of the patients were female. The majority of patients (59%) were NYHA Class III. The baseline 6-minute walk test values reflected a moderate exercise limitation (the mean was 332 meters for the iloprost group and 315 meters for the placebo group). In the iloprost group, the median daily inhaled dose was 30 mcg (range of 12.5 to 45 mcg/day). The mean number of inhalations per day was 7.3. Ninety percent of patients in the iloprost group never inhaled study medication during the nighttime.

The primary efficacy endpoint was clinical response at 12 weeks, a composite endpoint defined by: a) improvement in exercise capacity (6-minute walk test) by at least 10% versus baseline evaluated 30 minutes after dosing, b) improvement by at least one NYHA class versus baseline, and c) no death or deterioration of pulmonary hypertension. Deterioration required two or more of the following criteria: 1) refractory systolic blood pressure < 85 mmHg, 2) worsening of right heart failure with cardiac edema, ascites, or pleural effusion despite adequate background therapy, 3) rapidly progressive cardiogenic hepatic failure (e.g. leading to an increase of GOT or GPT to > 100 U/L, or total bilirubin $\geq$ 5 mg/dL), 4) rapidly progressive cardiogenic renal failure (e.g. decrease of estimated creatinine clearance to $\leq$ 50% of baseline), 5) decrease in 6-minute walking distance by $\geq$ 30% of baseline value, 6) new long-term need for i.v. catecholamines or diuretics, 7) cardiac index $\leq$ 1.3 L/min/m$^2$, 8) CVP $\geq$ 22 mmHg despite adequate diuretic therapy, and 9) $SVO_2 \leq$ 45% despite nasal $O_2$ therapy.

Although effectiveness was seen in the full population (response rates for the primary composite endpoint of 17% and 5%; p=0.007), there was inadequate evidence of benefit in patients with pulmonary hypertension associated with chronic thromboembolic disease (WHO Group IV); the results presented are therefore those related to patients with PAH (WHO Group I). The response rate for the primary efficacy endpoint among PAH patients was 19% for the iloprost group, compared with 4% for the placebo group (p=0.0033). All three components of the composite endpoint favored iloprost (Figure 1).

NDA 21-779
Page 6

**Figure 1Composite Primary Endpoint for PAH Patients (WHO Group I)**



The absolute change in 6-minute walk distance (Figure 2) measured (using all available data and no imputation) 30 minutes after inhalation among patients with PAH was greater in the iloprost group compared to the placebo group at all time points. At Week 12, the placebo-corrected difference was 40 meters (p<0.01).  When walk distance was measured immediately prior to inhalation, the improvement compared to placebo was approximately 60% of the effect seen at 30 minutes after inhalation.

Liquidia's Exhibit 1029
Page 4

**Figure 2 – Change (Mean ± SEM) in 6-Minute Walk Distance 30 Minutes post Inhalation in PAH Patients (WHO Group I).**



The effect of Ventavis in various subgroups is shown in Table 1.

**Table 1 Treatment Effects by Subgroup among PAH Patients (WHO Group I)**

| | Composite Clinical Endpoint | | | 6-Minute Walk* | | | |
|---|---|---|---|---|---|---|---|
| | n | Ventavis | Placebo | n | Ventavis (mean ± SD) | n | Placebo (mean ± SD) |
| All Subjects with PAH | 68 | 13 (19%) | 3 (4%) | 64 | 31 ± 76 | 65 | -9 ± 79 |
| NYHA III | 40 | 7 (18%) | 2 (4%) | 39 | 24 ± 72 | 43 | -16±86 |
| NYHA IV | 28 | 6 (21%) | 1 (3%) | 25 | 43 ± 82 | 22 | 6±63 |
| Male | 23 | 5 (22%) | 0 (0%) | 21 | 37 ± 81 | 21 | -22 ± 77 |
| Female | 45 | 8 (18%) | 3 (6%) | 43 | 29 ± 74 | 44 | -2 ± 81 |
| Age ≤ 55 | 41 | 6 (15%) | 2 (5%) | 39 | 24 ± 79 | 32 | -5 ± 78 |
| Age > 55 | 27 | 7 (26%) | 1 (3%) | 25 | 42 ± 71 | 33 | -13 ± 81 |
| * Change from baseline to 12 Weeks with measurement 30 minutes after dosing, based on all available data. | | | | | | | |

Treatment-related effects on hemodynamic measures (e.g. PVR, mPAP, CO, $SVO_2$) have not been demonstrated.

**INDICATIONS AND USAGE**

Ventavis is indicated for the treatment of pulmonary arterial hypertension (WHO Group I) in patients with NYHA Class III or IV symptoms. In controlled trials, it improved a composite endpoint consisting of exercise tolerance, symptoms (NYHA Class), and lack of deterioration (see **CLINICAL PHARMACOLOGY, Clinical Trials**). Ventavis has not been adequately studied with concomitant use of other approved therapies for pulmonary arterial hypertension.

## CONTRAINDICATIONS

There are no known contraindications.

## WARNINGS

Ventavis is intended for inhalation administration only via the Prodose® AAD® System, a pulmonary drug delivery device (See **DOSAGE AND ADMINISTRATION**). It has not been studied with any other nebulizers.

Because of the risk of syncope, vital signs should be monitored while initiating Ventavis. In patients with low systemic blood pressure, care should be taken to avoid further hypotension. Ventavis should not be initiated in patients with systolic blood pressure less than 85 mmHg. Physicians should be alert to the presence of concomitant conditions or drugs that might increase the risk of syncope. Syncope can also occur in association with pulmonary arterial hypertension, particularly in association with physical exertion. The occurrence of exertional syncope may reflect a therapeutic gap or insufficient efficacy, and the need to adjust dose or change therapy should be considered.

Should signs of pulmonary edema occur when inhaled iloprost is administered in patients with pulmonary hypertension, the treatment should be stopped immediately. This may be a sign of pulmonary venous hypertension.

## PRECAUTIONS

### General

Ventavis solution should not be allowed to come into contact with the skin or eyes; oral ingestion of Ventavis solution should be avoided.

Direct mixing of Ventavis with other medications in the Prodose AAD System has not been evaluated.

Ventavis has not been evaluated in patients with chronic obstructive pulmonary disease (COPD), severe asthma, or with acute pulmonary infections.

### Information for Patients

Patients receiving Ventavis should be advised to use the drug only as prescribed with the Prodose AAD System, a pulmonary drug delivery device, following the manufacturer's instructions (see **DOSAGE AND ADMINISTRATION**). Patients should be trained in proper administration techniques including dosing frequency, ampule dispensing, Prodose AAD System operation, and equipment cleaning.

Liquidia's Exhibit 1029
Page 6

NDA 21-779
Page 9

Patients should be advised that they may have a fall in blood pressure with Ventavis, so they may become dizzy or even faint. They should stand up slowly when they get out of a chair or bed. If fainting gets worse, patients should consult their physicians about dose adjustment.

Patients should be advised that Ventavis should be inhaled at intervals of not less than 2 hours and that the acute benefits of Ventavis may not last 2 hours.

**Drug Interactions**

In studies in normal volunteers, there was no pharmacodynamic interaction between intravenous iloprost and either nifedipine, diltiazem, or captopril. However, iloprost has the potential to increase the hypotensive effect of vasodilators and antihypertensive agents. Since iloprost inhibits platelet function, there is a potential for increased risk of bleeding, particularly in patients maintained on anticoagulants. During clinical trials, iloprost was used concurrently with anticoagulants, diuretics, cardiac glycosides, calcium channel blockers, analgesics, antipyretics, nonsteroidal anti-inflammatories, corticosteroids, and other medications. Intravenous infusion of iloprost had no effect on the pharmacokinetics of digoxin. Acetylsalicylic acid did not alter the clearance (pharmacokinetics) of iloprost. Although clinical studies have not been conducted, *in vitro* studies of iloprost indicate that no relevant inhibition of cytochrome P450 drug metabolism would be expected.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

Iloprost was not mutagenic in bacterial and mammalian cells in the presence or absence of extrinsic metabolic activation. Iloprost did not cause chromosomal aberrations *in vitro* in human lymphocytes and was not clastogenic *in vivo* in NMRI/SPF mice. There was no evidence of a tumorigenic effect of iloprost clathrate (13% iloprost by weight) in Sprague-Dawley rats dosed orally for up to 8 months at doses of up to 125 mg/kg/day (Cmax of 45 ng/mL serum), followed by 16 months at 100 mg/kg/day, or in Crl:CD-1®(ICR)BR albino mice dosed orally for up to 24 months at doses of up to 125 mg/kg/day (Cmax of 156 ng/mL serum). The recommended clinical dosage regimen for iloprost (5 mcg) affords a serum Cmax of 0.16 ng/mL. Fertility of males or females was not impaired in Han-Wistar rats at intravenous doses up to 1 mg/kg/day.

**Pregnancy**

***Pregnancy Category C***. In developmental toxicity studies in pregnant Han-Wistar rats, continuous intravenous administration of iloprost at a dosage of 0.01 mg/kg daily (serum levels not available) led to shortened digits of the thoracic extremity in fetuses and pups. In comparable studies in pregnant Sprague-Dawley rats which received iloprost clathrate (13% iloprost by weight) orally at dosages of up to 50 mg/kg/day (Cmax of 90 ng/mL), in pregnant rabbits at intravenous dosages of up to 0.5 mg/kg/day (Cmax of 86 ng/mL), and in pregnant monkeys at dosages of up to 0.04 mg/kg/day (serum levels of 1 ng/mL), no such digital anomalies or other gross-structural abnormalities were observed in the fetuses/pups. However, in gravid Sprague-Dawley rats, iloprost clathrate (13% iloprost) significantly increased the number of non-viable fetuses at a maternally toxic oral dosage of 250 mg/kg/day and in Han-Wistar rats was found to be embryolethal in 15 of 44 litters at an intravenous dosage of 1 mg/kg/day. There are no adequate and well-controlled studies in pregnant women. Ventavis should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Nursing Mothers**

NDA 21-779
Page 10

It is not known whether Ventavis is excreted in human milk. In studies with Han-Wistar rats, higher mortality was observed in pups of lactating dams receiving iloprost intravenously at 1 mg/kg daily. In Sprague-Dawley rats, higher mortality was also observed in nursing pups at a maternally toxic oral dose of 250 mg/kg/day of iloprost clathrate (13% iloprost by weight). It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from Ventavis, a decision to discontinue nursing should be made, taking into account the importance of the drug to the mother.

**Pediatric Use**

Safety and efficacy in pediatric patients have not been established.

**Geriatric Use**

Clinical studies of Ventavis did not include sufficient numbers of subjects age 65 and older to determine whether they respond differently than younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function and of concomitant disease or other drug therapy.

**Hepatic or Renal Impairment**

Ventavis has not been studied in patients with pulmonary hypertension and hepatic or renal impairment, both of which increase mean AUC in otherwise normal subjects (see **CLINICAL PHARMACOLOGY, Special Populations**).

**ADVERSE REACTIONS**

Safety data on Ventavis were obtained from 215 patients with pulmonary arterial hypertension receiving iloprost in two 12-week clinical trials and two long-term extensions. Patients received inhaled Ventavis for periods of from 1 day to more than 3 years. The median number of weeks of exposure was 15 weeks. Forty patients completed 12 months of open-label treatment with iloprost.

The following table shows adverse events reported by at least 4 iloprost patients and reported at least 3% more frequently for iloprost patients than placebo patients in the 12-week placebo-controlled study.

**Table 2         Adverse Events in Phase 3 Clinical Trial**

| Adverse Event | Iloprost n=101 | Placebo n=102 | Placebo subtracted % |
|---|---|---|---|
| Vasodilation (flushing) | 27 | 9 | 18 |
| Cough increased | 39 | 26 | 13 |
| Headache | 30 | 20 | 10 |
| Trismus | 12 | 3 | 9 |
| Insomnia | 8 | 2 | 6 |
| Nausea | 13 | 8 | 5 |
| Hypotension | 11 | 6 | 5. |
| Vomiting | 7 | 2 | 5 |

Liquidia's Exhibit 1029
Page 8

| Alk phos increased | 6 | 1 | 5 |
|---|---|---|---|
| Flu syndrome | 14 | 10 | 4 |
| Back pain | 7 | 3 | 4 |
| Abnormal lab test | 7 | 3 | 4 |
| Tongue pain | 4 | 0 | 4 |
| Palpitations | 7 | 4 | 3 |
| Syncope | 8 | 5 | 3 |
| GGT increased | 6 | 3 | 3 |
| Muscle cramps | 6 | 3 | 3 |
| Hemoptysis | 5 | 2 | 3 |
| Pneumonia | 4 | 1 | 3 |

Serious adverse events reported with the use of inhaled iloprost and not shown in Table 2 include congestive heart failure, chest pain, supraventricular tachycardia., dyspnea, peripheral edema, and kidney failure.

**Adverse events with higher doses**

In a study in healthy volunteers (n=160), inhaled doses of iloprost solution were given every 2 hours, beginning with 5 mcg and increasing up to 20 mcg for a total of 6 dose inhalations (total cumulative dose of 70 mcg) or up to the highest dose tolerated in a subgroup of 40 volunteers. There were 13 subjects (32%) who failed to reach the highest scheduled dose (20 mcg). Five were unable to increase the dose because of (mild to moderate) transient chest pain/discomfort/tightness, usually accompanied by headache, nausea, and dizziness. The remaining 8 subjects discontinued for other reasons.

**OVERDOSAGE**

In clinical trials of Ventavis, no case of overdose was reported. Signs and symptoms to be anticipated are extensions of the dose-limiting pharmacological effects, including hypotension, headache, flushing, nausea, vomiting, and diarrhea.  A specific antidote is not known. Interruption of the inhalation session, monitoring, and symptomatic measures are recommended.

**DOSAGE AND ADMINISTRATION**

Ventavis is intended to be inhaled using the Prodose® AAD® System, a pulmonary drug delivery device. The first inhaled dose should be 2.5 mcg (as delivered at the mouthpiece). If this dose is well tolerated, dosing should be increased to 5 mcg and maintained at that dose. Ventavis should be taken 6 to 9 times per day (no more than every 2 hours) during waking hours, according to individual need and tolerability.  The maximum daily dose evaluated in clinical studies was 45 mcg (5 mcg 9 times per day).

Direct mixing of Ventavis with other medications in the Prodose AAD System has not been evaluated. To avoid potential interruptions in drug delivery due to equipment malfunctions, the patient should have easy access to a back-up Prodose AAD System.

Each inhalation treatment requires one single-use ampule.  Each single-use ampule delivers 20 mcg/2 mL to the medication chamber of the Prodose AAD System, and delivers a nominal dose of either 2.5 mcg or 5.0 mcg to the mouthpiece.

Liquidia's Exhibit 1029
Page 9

NDA 21-779
Page 12

For each inhalation session, the entire contents of one opened ampule of Ventavis should be transferred into the Prodose AAD System medication chamber immediately before use.  After each inhalation session, any solution remaining in the medication chamber should be discarded.  Use of the remaining solution will result in unpredictable dosing.  Patients should follow the manufacturer's instructions for cleaning the Prodose AAD System components after each dose administration.

**Preparation**

1.  With one hand, hold the bottom of the ampule with the blue dot facing away from your body.



2.  With the other hand, wrap the included rubber pad around the entire ampule.



3.  Using your thumbs, break open the neck of the ampule by snapping the top towards you.



4.  Transfer the entire contents of the ampule into the medication chamber of the Prodose AAD System.



5.  Safely dispose of the open ampule out of the reach of children and as instructed by your healthcare practitioner.



6.  Follow the instructions provided by the drug manufacturer for administration of the Ventavis dose and maintenance of the Prodose AAD System .

Use of Ventavis with other approved treatments for pulmonary hypertension has not been studied. Should patients deteriorate on this treatment, alternative treatments should be considered. Several patients whose status deteriorated while on Ventavis were successfully switched to intravenous epoprostenol.

**Dosage and Administration in Hepatic Impairment**

Liquidia's Exhibit 1029
Page 10

NDA 21-779
Page 13

Because iloprost elimination is reduced in patients with impaired liver function (see **CLINICAL PHARMACOLOGY** and **PRECAUTIONS**), caution should be exercised during iloprost therapy in patients with at least Child Pugh Class B hepatic impairment.

**Dosage and Administration in Renal Impairment**

Dose adjustment is not required in patients not on dialysis. The effect of dialysis on iloprost is unknown. Use caution in treating patients on dialysis (see **CLINICAL PHARMACOLOGY** and **PRECAUTIONS**).

**HOW SUPPLIED**

Ventavis (iloprost) Inhalation Solution is supplied in cartons of 30 or 100 clear glass single-use ampules (20 mcg iloprost per 2 mL ampule):

30 ampule cartons: NDC 10148-101-30

100 ampule cartons: NDC 10148-101-01

**STORAGE**

Store at $20 - 25\ ^{o}C$ ($68 - 77\ ^{o}F$)

Excursions permitted to $15 - 30\ ^{o}C$ ($59 - 86\ ^{o}F$)

[See USP Controlled Room Temperature]

Distributed by:

CoTherix, Inc.
5000 Shoreline Court, Ste. 101
South San Francisco, CA 94080

**PATIENT INFORMATION**
## Ventavis™ (ven TAY vis) Inhalation Solution
## (iloprost)

Read the Patient Information that comes with Ventavis before you start using it and each time you get a refill. There may be new information. The leaflet does not take the place of talking with your doctor about your medical condition or your treatment.

## What is the most important information I should know about Ventavis?

## Ventavis may cause dizziness, lightheadedness, and fainting (syncope) because it lowers your blood pressure. These are also common symptoms of PAH.

- To reduce your chances of fainting, stand up slowly when you get out of chairs or bed.
- Use Ventavis before increased physical exertion.
- Tell your doctor if fainting gets worse with Ventavis. Your doctor may need to adjust your dose or change your treatment.

**Do not drive a car or operate any tools or machines if dizziness or fainting from low blood pressure is a problem for you.**

## What is Ventavis™?

Ventavis is a prescription medicine for adults with certain kinds of severe pulmonary arterial hypertension (PAH). It is used to improve exercise ability and symptoms for a short time. PAH is a condition where blood pressure is too high in the blood vessels between the heart and the lungs.

Ventavis has not been studied in children under the age of 18.

## How does Ventavis work?

Ventavis lowers blood pressure within the pulmonary arteries by opening up the blood vessels in the lungs.

**What should I tell my doctor before starting Ventavis?**

**Tell your doctor about all of your medical conditions including if you:**

- **have liver or kidney problems.** Your doctor may need to give you a lower dose of Ventavis.
- **are pregnant, or planning to become pregnant.** It is not known if Ventavis can harm your unborn baby. Ventavis should be used during pregnancy only if clearly needed. Women who can get pregnant should use effective birth control during treatment with Ventavis. Talk to your doctor about effective birth control methods.
- **are breast-feeding. It is not known if Ventavis passes into your milk.** Talk to your doctor about the best way to feed your baby while using Ventavis.

**Tell your doctor about all the medicines you are taking including prescription and nonprescription medicines, vitamins, and herbal supplements.** Ventavis and certain other medicines may affect each other in the way they work in your body. Be sure to tell your doctor if you take:
- medicines used to treat high blood pressure or heart disease
- medicines that decrease blood clotting

Liquidia's Exhibit 1029
Page 12

NDA 21-779
Page 15

Keep a list of all the medicines you take. Show this list to your doctor and pharmacist each time you get a new medicine.

## How should I take Ventavis?

See the end of this leaflet for instructions for using Ventavis with the Prodose® AAD® system.

- **Take Ventavis exactly as prescribed by your doctor.** Ventavis is usually used 6 to 9 times a day during waking hours. Your doctor will tell you how to space your doses. You should take Ventavis when you wake up and also before any physical activity, but not more frequently than every 2 hours. Do not change your dose without talking to your doctor.
- Ventavis is breathed (inhaled) into your lungs with the help of a Prodose AAD device. One treatment session will usually last about 4 to 10 minutes.
- **Do not drink Ventavis.**
- **Do not let Ventavis solution come into contact with your skin or eyes.** If it does, rinse the skin or your eyes right away with water.
- If you take too much Ventavis, you may get a severe headache, chest pain, reddening of the face, jaw pain, dizziness, nausea, vomiting and diarrhea. If this happens stop taking Ventavis. If symptoms persist, call your doctor.
- Do not allow other people to be exposed to Ventavis while you are breathing it, especially babies and pregnant women.

## What are the side effects with Ventavis?

**Ventavis may cause dizziness, lightheadness, and fainting (syncope) because it lowers your blood pressure.** See "**What is the most important information I should know about Ventavis?**".

The most common side effects with Ventavis include reddening of the face caused by dilation of blood vessels (flushing), increased cough, low blood pressure (hypotension), headaches, nausea, spasm of the jaw muscles that causes trouble opening your mouth, and fainting (syncope).

Talk to your doctor about any side effect that bothers you or that does not go away.

These are not all of the side effects with Ventavis. For more information, ask your doctor or pharmacist.

## How should I store Ventavis?

- Store Ventavis ampules at **68 to 77°F (20 to 25°C)**.
- Safely dispose of Ventavis that is out of date or no longer needed.
- **Keep Ventavis and all medicines out of the reach of children.**

**General Information about Ventavis**

Medicines are sometimes prescribed for purposes other than those listed in Patient Information leaflets. Do not use Ventavis for a condition for which it was not prescribed. Do not give Ventavis to other people, even if they have the same symptoms that you have. It may harm them.

This leaflet summarizes the most important information about Ventavis. If you would like more information, talk with your doctor. You can ask your doctor or pharmacist for information about Ventavis that was written for healthcare professionals. Additional information can be found at www.cotherix.com or by calling 1-877-4VENTAVIS (1-877-483-6828).

## What are the ingredients in Ventavis?

Active ingredient: iloprost (as iloprost trometamol). Each 2-ml ampule contains 20 micrograms iloprost (as iloprost trometamol).
Inactive ingredients: trometamol, ethanol, sodium chloride, hydrochloric acid for pH adjustment, and water for injection.

**Instructions for using Ventavis with the Prodose AAD System**

## Do not use Ventavis until your doctor or other healthcare provider has trained you on how to use the Prodose AAD system. Make sure you understand all the instructions or ask questions until you do.

**Ventavis should only be taken using the Prodose AAD System.** The Prodose AAD system has been made to deliver the right dose of Ventavis. Using other devices is not recommended and other devices may not deliver the prescribed amount of Ventavis. Your doctor will give you the dosing disc for your Prodose AAD system. This dosing disc will control the amount of Ventavis you use. **Do not change the dosing disc in your Prodose AAD System, without talking to your doctor.**

**Do not put any other medicines in your Prodose AAD System while you are using Ventavis.**

**To use Ventavis:**

1.  Open the small glass bottle (ampule) of Ventavis by:
    *   holding the ampule with the blue dot facing away from your body

    *   wrapping the included rubber pad around the ampule to protect from getting cut

    *   using your thumbs to break open the neck of the ampule by snapping the top towards you

2.  Using the small tube (pipette) that comes with Ventavis, draw-up the entire amount of one ampule of Ventavis and empty it into the Prodose AAD System medicine chamber. The amount of Ventavis you receive will be controlled by the dosing disc that has been prescribed for you.

3.  Safely dispose of the open ampule as taught by your doctor.

Liquidia's Exhibit 1029
Page 14

NDA 21-779
Page 17

4.  Follow the instructions that come with your Prodose AAD System for using it to breathe in Ventavis. Each treatment session with Ventavis lasts about 4 to 10 minutes. The Prodose ADD System allows you to interrupt your treatment for up to ten minutes with no effect on the final dose you receive.  If your treatment is interrupted for more than ten minutes, the Prodose AAD System will reset itself.  In such cases, **you should discard the remaining solution in the chamber and wait at least two hours before taking your next dose.**  Taking a second dose immediately could result in receiving too much medication.

5.  After each treatment dispose of any Ventavis that is left in the Prodose AAD System medicine chamber. Use of the remainder of Ventavis will not give you the right dose.

6.  Follow the instructions that come with the Prodose AAD System for cleaning it.

7.  Make sure you have a back-up Prodose AAD System to use for Ventavis treatments.  This is especially important if your original Prodose AAD System does not work for some reason.

Liquidia's Exhibit 1029
Page 15

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————

LIQUIDIA TECHNOLOGIES, INC.,

Petitioner

v.

UNITED THERAPEUTICS CORPORATION,

Patent Owner

U.S. Patent No. 10,716,793 B2

Issue Date: July 21, 2020

Title: Treprostinil Administration By Inhalation

———————————

**DECLARATION OF SYLVIA HALL-ELLIS, PH.D.**

Liquidia's Exhibit 1036
Page 1

# Table of Contents

**Page**

I.      INTRODUCTION ............................................................................1

II.     QUALIFICATIONS ........................................................................2

III.    PRELIMINARIES ..........................................................................3

      A.      Scope of Declaration and Legal Standards ........................3

      B.      Persons of Ordinary Skill in the Art....................................5

      C.      Use of Authoritative Databases ...........................................6

      D.      Summary of Opinions ...........................................................9

IV.    LIBRARY CATALOGING PRACTICES........................................9

      A.      MARC Records and OCLC....................................................9

      B.      Journals .................................................................................21

V.     PUBLICATIONS IN THIS PROCEEDING.................................23

      A.      Ghofrani [Exhibit B] ...........................................................23

      B.      Remodulin® label [Exhibit C] ...........................................28

      C.      Voswinckel 2004a (a.k.a. Voswinckel JAHA) [Exhibit D]..............30

      D.      Voswinckel 2004b (a.k.a. Voswinckel JESC) [Exhibit E] ...............36

      E.      Voswinckel 2006 [Exhibit F] ..............................................41

VI.    CONCLUSION.....................................................................................46

I, Sylvia D. Hall-Ellis, Ph.D., declare as follows:

# I.    INTRODUCTION

1.    My name is Sylvia D. Hall-Ellis.  I have been retained as an expert by Liquidia Technologies, Inc., who I am informed is a petitioner to this IPR proceeding ("the Petitioner").

2.    I have written this declaration at the request of the Petitioner to provide my expert opinion regarding the public availability of a number of publications, identified below.  My Declaration sets forth my opinions in detail and provides the basis for my opinions regarding the public availability of these publications.

3.    I reserve the right to supplement or amend my opinions, and bases for them, in response to any additional evidence, testimony, discovery, argument, and/or other additional information that may be provided to me after the date of this Declaration.

4.    As of the preparation and signing of this declaration, many libraries across the nation are closed or permit only limited access due to the COVID-19 virus. However, were the libraries open, I would expect to be able to obtain paper copies of at least some of the documents in this declaration. Additionally, it is my typical practice to obtain a paper copy of each publication to further confirm my opinions that the documents were available prior to the alleged priority date of the patent at issue.  I reserve the right to supplement my declaration when the libraries reopen to

1

Liquidia's Exhibit 1036
Page 3

provide such information.

5.    I am being compensated for my time spent working on this matter at my normal consulting rate of $300 per hour, plus reimbursement for any additional reasonable expenses.  My compensation is not in any way tied to the content of this report, the substance of my opinions, or the outcome of this litigation.  I have no other interests in this proceeding or with any of the parties.

6.    All of the materials that I considered and relied upon are discussed explicitly in this declaration.

## II.    QUALIFICATIONS

7.    I am currently an Adjunct Professor in the School of Information at San José State University in San José, California.  I obtained a Master of Library Science from the University of North Texas in 1972 and a Ph.D. in Library Science from the University of Pittsburgh in 1985.  Over the last fifty years, I have held various positions in the field of library and information resources.  I was first employed as a librarian in 1966 and have been involved in the field of library sciences since, holding numerous positions.

8.    I am a member of the American Library Association (ALA) and its Association for Library Collections & Technical Services (ALCTS) Division, and I served on the Committee on Cataloging: Resource and Description (which wrote the new cataloging rules) and as the chair of the Committee for Education and Training

2

Liquidia's Exhibit 1036
Page 4

of Catalogers and the Competencies and Education for a Career in Cataloging Interest Group.  I also served as the Chair of the ALCTS Division's Task Force on Competencies and Education for a Career in Cataloging.  Additionally, I have served as the Chair for the ALA Office of Diversity's Committee on Diversity, as a member of the REFORMA National Board of Directors, and as a member of the Editorial Board for the ALCTS premier cataloging journal, *Library Resources and Technical Services*. Currently I serve as a Co-Chair for the Library Research Round Table of the American Library Association.

9.      I have also given over one hundred presentations in the field, including several on library cataloging systems and Machine-Readable Cataloging ("MARC") standards.   My current research interests include library cataloging systems, metadata, and organization of electronic resources.

10.     My full curriculum vitae is attached hereto as **Exhibit A**.

## III.   PRELIMINARIES

### A.     Scope of Declaration and Legal Standards

11.     I am not an attorney and will not offer opinions on the law.  I am, however, rendering my expert opinion on the authenticity of the documents referenced herein and on when and how each of these documents was disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art, exercising reasonable diligence, could have

3

Liquidia's Exhibit 1036
Page 5

located the documents before the dates discussed below with respect to the specific documents.

12.   I am informed by counsel that a printed publication qualifies as publicly accessible as of the date it was disseminated or otherwise made available such that a person interested in and ordinarily skilled in the relevant subject matter could locate it through the exercise of ordinary diligence.

13.   While I understand that the determination of public accessibility under the foregoing standard rests on a case-by-case analysis of the facts particular to an individual publication, I also understand that a printed publication is rendered "publicly accessible" if it is cataloged and indexed by a library such that a person interested in the relevant subject matter could locate it (*i.e.*, I understand that cataloging and indexing by a library is sufficient, though there are other ways that a printed publication may qualify as publicly accessible).  One manner of sufficient indexing is indexing according to subject matter category.  I understand that the cataloging and indexing by a single library of a single instance of a particular printed publication is sufficient, even if the single library is in a foreign country.  I understand that, even if access to a library is restricted, a printed publication that has been cataloged and indexed therein is publicly accessible so long as a presumption is raised that the portion of the public concerned with the relevant subject matter would know of the printed publication.  I also understand that the cataloging and

4

Liquidia's Exhibit 1036
Page 6

indexing of information that would guide a person interested in the relevant subject matter to the printed publication, such as the cataloging and indexing of an abstract for the printed publication, is sufficient to render the printed publication publicly accessible.

14.     I understand that routine business practices, such as general library cataloging and indexing practices, can be used to establish an approximate date on which a printed publication became publicly accessible.

### B.    Persons of Ordinary Skill in the Art

15.     I am told by counsel that the subject matter of this proceeding generally relates to inhalation therapies, particularly involving the compound treprostinil, to treat patients with pulmonary hypertension.

16.     I have been informed by counsel that a "person of ordinary skill in the art at the time of the inventions" is a hypothetical person who is presumed to be familiar with the relevant field and its literature at the time of the inventions. This hypothetical person is also a person of ordinary creativity, capable of understanding the scientific principles applicable to the pertinent field.

17.     I am told by counsel that the subject matter covers two multiple disciplines. I understand that, with respect to the method of treating pulmonary hypertension, a person of ordinary skill in this subject matter or art would typically be someone with a medical degree with a specialty in pulmonology or cardiology,

5

Liquidia's Exhibit 1036
Page 7

plus at least two years of experience treating patients with pulmonary hypertension as an attending, including with inhaled therapies, or equivalent.  I also understand that, with respect to inhaled formulations used in the method to treat pulmonary hypertension, a person of ordinary skill in this subject matter or art would typically be someone with a Ph.D. in pharmaceutical science or a related discipline like chemistry or medicinal chemistry, plus two years of experience in pharmaceutical formulations, including inhaled products, or equivalent (*e.g.*, a masters degree in the same fields, plus 5 years of experience).  I have been further informed by counsel that a person of ordinary skill in the art would have been familiar with and able to understand the information known in the art relating to these fields, including the publications discussed in this declaration.

### C.    Use of Authoritative Databases

18.    In preparing this report, I used authoritative databases, such as the OCLC bibliographic database, the Library of Congress Online Catalog, *ResearchGate*, and *Semantic Scholar*, to confirm citation details of the publication discussed.

19.    *Indexing*. A researcher may discover material relevant to his or her topic in a variety of ways.  One common means of discovery is to search for relevant information in an index of periodical and other publications.  Having found relevant material, the researcher will then normally obtain it online, look for it in libraries, or

Liquidia's Exhibit 1036
Page 8

purchase it from the publisher, a bookstore, a document delivery service, or other provider. Sometimes, the date of a document's public accessibility will involve both indexing and library date information.

20.    Indexing services use a wide variety of controlled vocabularies to provide subject access and other means of discovering the content of documents. The formats in which these access terms are presented vary from service to service.

21.    Online indexing services and digital repositories commonly provide bibliographic information, abstracts, and full-text copies of the indexed publications, along with a list of the documents cited in the indexed publication. These services also often provide lists of publications that cite a given document. A citation of a document is evidence that the document was publicly available and in use by researchers no later than the publication date of the citing document.

22.    *ResearchGate*.[1] A social networking site for scientists and researchers to share papers, ask and answer questions, and find collaborators, *ReseachGate* is the largest academic social network in terms of active users, although other services have more registered users, and a 2015–2016 survey suggests that almost as many academics have *Google Scholar* profiles. Features available to *ResearchGate* members include following a research interest and the work of other individual participants, a blogging feature for users to write short reviews on peer-reviewed

---

[1] www.researchgate.net

7

Liquidia's Exhibit 1036
Page 9

articles, private chat rooms for sharing data, editing documents, or discussing confidential topics, and a research-focused job board. *ResearchGate* indexes self-published information on user profiles and suggests members to connect with others who have similar interests. Member questions are fielded to others who have identified relevant expertise on their profiles.

23.    *ResearchGate* restricts its user accounts to people at recognized institutions and published researchers. As of 2018, *ResearchGate* had more than 15 million users, with its largest user-bases coming from Europe and North America. Most of *ResearchGate's* users are involved in medicine, biology, engineering, computer science, agricultural sciences, and psychology. *ResearchGate* publishes a citation impact measurement in the form of an "RG Score," which is reported to be correlated with existing citation impact measures. *ResearchGate* does not charge fees for putting content on the site and does not require peer review.

24.    *Semantic Scholar.*[2] Developed at the Allen Institute for Artificial Intelligence and released in November 2015, *Semantic Scholar* is designed to be an AI-backed search engine for scientific journal articles which uses a combination of machine learning, natural language processing, and machine vision to add a layer of semantic analysis to the traditional methods of citation analysis, and to extract relevant figures, entities, and venues from papers. *Semantic Scholar* is designed to

---

[2] www.semanticscholar.org

Liquidia's Exhibit 1036
Page 10

highlight important, influential papers, and to identify the connections between them.

25.    As of January 2018, following a 2017 project that added biomedical papers and topic summaries, the *Semantic Scholar* corpus included more than 40 million papers from computer science and biomedicine. As of August 2019, the number of included papers had grown to more than 173 million after the addition of the Microsoft Academic Graph records, already used by Lens.org.

### D.    Summary of Opinions

26.    I am informed by counsel that the priority date for the patent at issue is May 15, 2006. As I will explain below, it is my opinion that the printed publications discussed in my Declaration were publicly accessible before the May 15, 2006 priority date.

## IV.    LIBRARY CATALOGING PRACTICES

### A.    MARC Records and OCLC

27.    I am fully familiar with the library cataloging standard known as the MARC standard, which is an industry-wide standard method of storing and organizing library catalog information. MARC was first developed in the 1960's by the Library of Congress. A MARC-compatible library is one that has a catalog consisting of individual MARC records for works made available at that library.

28.    Since at least the early 1970s and continuing to the present day, MARC has been the primary communications protocol for the transfer and storage of

9

Liquidia's Exhibit 1036
Page 11

bibliographic metadata in libraries.[3]  As explained by the Library of Congress:

> You could devise your own method of organizing the bibliographic information, but you would be isolating your library, limiting its options, and creating much more work for yourself. Using the MARC standard prevents duplication of work and allows libraries to better share bibliographic resources. Choosing to use MARC enables libraries to acquire cataloging data that is predictable and reliable. If a library were to develop a "home-grown" system that did not use MARC records, it would not be taking advantage of an industry-wide standard whose primary purpose is to foster communication of information.
>
> Using the MARC standard also enables libraries to make use of commercially available library automation systems to manage library operations. Many systems are available for libraries of all sizes and are designed to work with the MARC format. Systems are maintained and improved by the vendor so that libraries can benefit from the latest advances in computer technology. The MARC standard also allows libraries to replace one system with another with the assurance that their data will still be compatible.

*Why Is a MARC Record Necessary?* LIBRARY OF CONGRESS, http://www.loc.gov/marc/umb/um01to06.html#part2 (last visited December 7, 2020).

---

[3] A complete history of the development of MARC can be found in *MARC: Its History and Implications* by Henriette D. Avram (Washington, DC: Library of Congress, 1975) and available online from the Hathi Trust (https://babel.hathitrust.org/cgi/pt?id=mdp.39015034388556;view=1up;seq=1; last visited December 7, 2020).

10

Liquidia's Exhibit 1036
Page 12

29.    Thus, almost every major library in the world is MARC-compatible. *See, e.g.*, *MARC Frequently Asked Questions (FAQ)*, LIBRARY OF CONGRESS, https://www.loc.gov/marc/faq.html  (last visited December 7, 2020) ("MARC is the acronym for MAchine-Readable Cataloging. It defines a data format that emerged from a Library of Congress-led initiative that began nearly forty years ago. It provides the mechanism by which computers exchange, use, and interpret bibliographic information, and its data elements make up the foundation of most library catalogs used today.").  MARC is the ANSI/NISO Z39.2-1994 standard (reaffirmed in 2016) for Information Interchange Format.  The full text of the standard is available from the Library of Congress at http://www.loc.gov/marc/bibliographic/ (last visited December 7, 2020).

30.    A MARC record comprises several fields, each of which contains specific data about the work.  Each field is identified by a standardized, unique, three-digit code corresponding to the type of data that follow.  *See, e.g.*, http://www.loc.gov/marc/umb/um07to10.html (last visited December 7, 2020); http://www.loc.gov/marc/bibliographic/ (last visited December 7, 2020).  For example, a work's title is recorded in field 245, the primary author of the work is recorded in field 100, a work's International Standard Book Number ("ISBN") is recorded in field 020, a work's International Standard Serial Number ("ISSN") is recorded in field 022, and the publication date is recorded in field 260 under the

11

Liquidia's Exhibit 1036
Page 13

subfield "c." *Id.*[4] If a work is a periodical, then its publication frequency is recorded in field 310, and the publication dates (e.g., the first and last publication) are recorded in field 362, which is also referred to as the enumeration/chronology field. *See* http://www.loc.gov/marc/bibliographic/bd3xx.html (last visited December 7, 2020).[5]

31.    The library that initially created the MARC record is reflected in field 040 in subfield "a" with that library's unique library code.    *See, e.g.*, http://www.loc.gov/marc/umb/um07to10.html (last visited December 7, 2020); http://www.loc.gov/marc/bibliographic/ (last visited December 7, 2020).    Once a MARC record for a particular work is originally created by one library, other libraries can use that original MARC record to then create their own MARC records for their own copies of the same work.    These other libraries may modify or add to

---

[4] In some MARC records, field 264 is used rather than field 260 to record publication information.    *See* http://www.loc.gov/marc/bibliographic/bd264.html (last visited December 7, 2020) ("Information in field 264 is similar to information in field 260 (Publication, Distribution, etc. (Imprint)). Field 264 is useful for cases where the content standard or institutional policies make a distinction between functions").

[5] Upwards of two-thirds to three-quarters of book sales to libraries come from a jobber or wholesaler for online and print resources.    These resellers make it their business to provide books to their customers as fast as possible, often providing turnaround times of only a single day after publication.    Libraries purchase a significant portion of the balance of their books directly from publishers themselves, which provide delivery on a similarly expedited schedule.    In general, libraries make these purchases throughout the year as the books are published and shelve the books as soon thereafter as possible in order to make the books available to their patrons. Thus, books are generally available at libraries across the country within just a few days of publication.

12

Liquidia's Exhibit 1036
Page 14

the original MARC record as necessary to reflect data specific to their own copies of the work. However, the library that created the original MARC record would still be reflected in these modified MARC records (corresponding to other copies of the same work at other libraries) in field 040, subfield "a". The modifying library (or libraries) is reflected in field 040, subfield "d". *See* http://www.loc.gov/marc/bibliographic/bd040.html (last visited December 7, 2020).

32.    I consulted the Directory of OCLC Libraries (http://www.oclc.org/contacts/libraries.en.html; last visited December 7, 2020) in order to identify the institution that created or modified the MARC record. Moreover, when viewing the MARC record online via Online Computer Library Center's ("OCLC") bibliographic database, which I discuss further below, hovering over a library code in field 040 with the mouse reveals the full name of the library. I also used this method of "mousing over" the library codes in the OCLC database to identify the originating and modifying libraries for the MARC records discussed in this report.

33.    MARC records also include one or more fields that show information regarding subject matter classification. For example, 6XX fields are termed "Subject Access Fields." *See* http://www.loc.gov/marc/bibliographic/bd6xx.html (last visited March 24, 2020). Among these, for example, is the 650 field; this is the "Subject Added Entry – Topical Term" field. *See*

13

Liquidia's Exhibit 1036
Page 15

http://www.loc.gov/marc/bibliographic/bd650.html (last visited December 7, 2020).
The 650 field is a "[s]ubject added entry in which the entry element is a topical
term." *Id.* These entries "are assigned to a bibliographic record to provide access
according to generally accepted thesaurus-building rules (e.g., *Library of Congress
Subject Headings* (LCSH), *Medical Subject Headings* (MeSH))." *Id.*

34.    Further, MARC records can include call numbers, which themselves
contain a classification number.  For example, a MARC record may identify a 050
field,   which   is   the   "Library   of   Congress   Call   Number."   *See*
http://www.loc.gov/marc/bibliographic/bd050.html (last visited December 7, 2020).
A defined portion of the Library of Congress Call Number is the classification
number, and "source of the classification number is *Library of Congress
Classification* and the *LC Classification-Additions and Changes*." *Id.*  Thus, the 050
field may be used to show information regarding subject matter classification.

35.    Each item in a library has a single classification number.  A library
selects a classification scheme (*e.g.*, the Library of Congress Classification scheme
just described or a similar scheme such as the Dewey Decimal Classification
scheme) and uses it consistently.   When the Library of Congress assigns the
classification number, it appears as part of the 050 field, as discussed above.  For
MARC records created by libraries other than the Library of Congress (e.g., a
university library or a local public library), the classification number may appear in

14

Liquidia's Exhibit 1036
Page 16

a 09X (e.g., 090) field. *See* http://www.loc.gov/marc/bibliographic/bd09x.html (last visited December 7, 2020).

36.    When a MARC-compatible library acquires a work, it creates a MARC record for its copy of the work in its computer catalog system in the ordinary course of its business. This MARC record (for the copy of a work available at the particular library) may be later accessed by researchers in a number of ways. For example, many libraries, including the Library of Congress, make their MARC records available through their website. As an example, the MARC record for the copy of *The Unlikely Spy*, by Daniel Silva,[6] available at the Library of Congress can be viewed through the Library of Congress website, at https://catalog.loc.gov/vwebv/staffView?searchId=20265&recPointer=1&recCount=25&bibId=2579985 (last visited December 7, 2020). One could, of course, always physically visit the library at which the work is available, and request to see that library's MARC record for the work. Moreover, members of the Online Computer Library Center ("OCLC") can access the MARC records of other member institutions through OCLC's online bibliographic database, as I explain further below.

37.    The OCLC was created "to establish, maintain, and operate a

---

[6] *The Unlikely Spy* is a 1996 novel written by Daniel Silva, who happens to be one of my favorite authors.

Liquidia's Exhibit 1036
Page 17

computerized library network and to promote the evolution of library use, of libraries themselves, and of librarianship, and to provide processes and products for the benefit of library users and libraries, including such objectives as increasing availability of library resources to individual library patrons and reducing the rate of rise of library per-unit costs, all for the fundamental public purpose of furthering ease of access to and use of the ever-expanding body of worldwide scientific, literary, and educational knowledge and information."[7]  Among other services, OCLC and its members are responsible for maintaining the WorldCat database (http://www.worldcat.org/; last visited December 7, 2020), used by independent and institutional libraries throughout the world.  All libraries that are members of OCLC are MARC-compatible.  *See, e.g.*, https://help.oclc.org/Metadata_Services/OCLC-MARC_records/About_OCLC-MARC_records (last visited December 7, 2020) ("OCLC-MARC records describes records produced since November 1993."); https://www.oclc.org/support/services/worldcat/documentation/cataloging/electron icresources.en.html (last visited December 7, 2020) ("Like the two superseded OCLC documents, this revised set of guidelines is intended to assist catalogers in creating records for electronic resources in WorldCat, the OCLC Online Union

---

[7]  Third Article, Amended Articles of Incorporation of OCLC Online Computer Library Center, Inc. (available at https://www.oclc.org/content/dam/oclc/membership/articles-of-incorporation.pdf; last visited December 7, 2020).

Liquidia's Exhibit 1036
Page 18

Catalog. These guidelines pertain to OCLC-MARC tagging (that is, content designation). Cataloging rules and manuals (such as AACR2) govern the content of records. You should implement these guidelines immediately.").

38.　　When an OCLC member institution acquires a publication, like the other MARC-compatible libraries discussed above, it creates a MARC record for this publication in its computer catalog system in the ordinary course of its business. MARC records created at the Library of Congress are tape-loaded into the OCLC database through a subscription to MARC Distribution Services daily or weekly. Once the MARC record is created by a cataloger at an OCLC member library or is tape-loaded from the Library of Congress, the MARC record is then made available to any other OCLC members online, and thereby made available to the public. Accordingly, once the MARC record is created by a cataloger at an OCLC member library or is tape-loaded from the Library of Congress, any publication corresponding to the MARC record has been cataloged and indexed according to its subject matter such that a person interested in that subject matter could, with reasonable diligence, locate and access the publication through any library with access to the OCLC bibliographic database or through the Library of Congress.

39.　　*Fields 008, 005, and 955 in MARC Records as Indicators of Public Accessibility.* When a MARC-compatible library creates an original MARC record for a work, the library records the date of creation of that MARC record in **field 008**,

17

Liquidia's Exhibit 1036
Page 19

characters 00 through 05, in the ordinary course of its business. *See* http://www.loc.gov/marc/bibliographic/bd008a.html (last visited December 7, 2020). For OCLC member institutions that use OCLC software to create original MARC records, the date of creation in field 008 is automatically supplied by the OCLC software. The MARC record creation date in field 008 thus reflects the date on which, or shortly after which, a work was first acquired and cataloged by the library that created the original MARC record.

40. When other MARC-compatible libraries subsequently acquire their own copies of the same work, as mentioned, they create MARC records in their own computer catalog systems for their copies in the ordinary course of business.[8] They may use a MARC record previously created for that work (by another MARC-compatible library) to create their own MARC records for their own copies of that same work.[9] The previously created MARC record used by subsequently-acquiring libraries to create MARC records for their own copies may be obtained through the OCLC bibliographic database, as described above. If, when creating a MARC record to represent its own copy of the work, the subsequently-acquiring library uses the master MARC record in its original form, the subsequently-acquiring library

---

[8] Initial contributions to the bibliographic database for a work are called "master records."

[9] When a local library uses a master record in OCLC and produces (or downloads) it to the in-house system, the three-character symbol for the subsequent library is added to the holdings for the work.

Liquidia's Exhibit 1036
Page 20

cannot reenter data into the 008 field; therefore, the date in the 008 field will continue to reflect the date the MARC record was initially created by the originating library. On the other hand, if the subsequently-acquiring library modifies the previously created MARC record when creating its own MARC record for its own copy of the work, the subsequently-acquiring library may enter into the 008 field of its own MARC record the date its own MARC record was created.[10] But the library that created the original MARC record used by the subsequently-acquiring library would still be reflected in the MARC record of the subsequently-acquiring library in field 040, subfield "a". Thus, the work identified by any MARC record possessed by any MARC-compatible library would have been accessible to the public <u>at least</u> as of the date shown in the 008 field, or shortly thereafter, either from the library that possesses the MARC record itself, or from the originating library indicated in field 040, subfield "a". As discussed, a MARC-compatible library in the ordinary course of its business creates a MARC record in its own catalog system for a work when it acquires a copy of that work.

41.    Moreover, when a MARC record is created by a library for its own copy of a work, **field 005** is automatically populated with the date that MARC record was

---

[10] This practice is not required by, but is nevertheless consistent with, the MARC standard. Many MARC records exist today whose 008 fields indicate when the first original MARC record for a work was created, rather than when a derivative record was created based on the original MARC record by a subsequently-acquiring library for its own computer catalog system.

19

Liquidia's Exhibit 1036

created in year, month, day format (YYYYMMDD). *See* http://www.loc.gov/marc/bibliographic/bd005.html (last visited December 7, 2020).[11] Thereafter, the library's computer system may automatically update the date in field 005 every time the library updates the MARC record (*e.g.*, to reflect that an item has been moved to a different shelving location within the library). *Id.*[12] Thus, the work identified by any MARC record possessed by any MARC-compatible library would have been accessible to the public <u>at least</u> as of the date shown in the 005 field, or shortly thereafter, from the library that possesses the MARC record itself. As noted, because the 005 field may be updated each time the library updates its MARC record, the work identified by the MARC record may, in fact, have been accessible to the public from that library much earlier than the date indicated in the 005 field.

42. Moreover, MARC records for copies of works available at the Library of Congress can have a **955 field**. *See* http://www.loc.gov/cds/PDFdownloads/dcm/DCM_2007-03.pdf (last visited December 7, 2020). The 955 field in MARC records obtained from the Library of

---

[11] Some of the newer library catalog systems also include hour, minute, second (HHMMSS).

[12] Field 005 is visible when viewing a MARC record via an appropriate computerized interface. But when a MARC record is printed directly to hardcopy from the OCLC database, the "005" label is not shown. The date in the 005 field instead appears next to the label "Replaced."

20

Liquidia's Exhibit 1036
Page 22

Congress provides Local Tracking Information, which is a record of internal steps in the cataloging process followed by the Library of Congress. *Id.* Entries in the 955 field for a particular work are generated by Library of Congress staff as the work progresses through the cataloging process. *Id.* One of the mandatory fields that library staff must enter for each step is the date (in the form of "yyyy-mm-dd" or "yy-mm-dd") the step was taken. *Id.* Thus, the work identified by a MARC record possessed by the Library of Congress would have been accessible to the public <u>at least</u> as of the earliest date shown in the 955 field, or shortly thereafter, from the Library of Congress.

43.    Based on my personal experience as a professional librarian using the MARC and OCLC resources, it has been my experience that both of these resources were continuously operational and available since at least 1992. Indeed, in the course of my work, I have regularly used both of these resources over the past 30+ years, and I have consistently found the information contained within these resources to be complete and reliable. I have never found the date of accessibility as indicated in fields 008, 005, or 955 to be incorrect. And in only a minute number of cases have I found any errors at all in these records – none of which affected my ability to render an accurate opinion as to accessibility, indexing, or subject headings.

**B.    Journals**

44.    Catalogers can create MARC records for all types of print, online, and

21

Liquidia's Exhibit 1036
Page 23

digital resources.  For example, MARC records cover serial publications, including both serially-published monographs and journals.  OCLC hosts MARC records for more than 320 million serial publications.  Serial publications are those publications that have the same collective title but are intended to be continued indefinitely with enumeration such as a volume or issue number (*e.g.*, magazines, journals, etc.).  In the OCLC bibliographic database, the first issue of the serial publication is typically cataloged (*i.e.*, a corresponding MARC record is created), but the date is left open-ended with the use of a punctuation mark such as a dash.  OCLC serial publication MARC records represent the entire run of the serial title.  With knowledge of the first issue published, future issues can be predicted based on the information provided in the MARC record, for example in field 362.  In my extensive professional experience, is it highly unusual for a library to stop collecting and shelving a serial publication prior to the end of its publication run.  If a subscription to a serial publication ends its run or is cancelled before the end of its run, the library will denote that it has stopped receiving new volumes by filling in the end date in the MARC record.

45.    The handling of printed journal subscriptions is shown on the cover or the first few pages of individual issues.  As was the best practice among libraries, issues arrived at a central facility and were immediately received, verified as part of a subscription, checked in, and stamped or labeled with the institution's name and

22

Liquidia's Exhibit 1036
Page 24

date.  Determining that the issue was part of the library subscription ensured that the entire set of publications for the year had been received so that they could be professionally bound and retained.  This process also verified that all of the published issues arrived so that the library staff did not have to request or claim an issue that did not arrive as expected.  In large public libraries with branches and multi-campus libraries within academic institutions, the journals were sorted and delivered to the subscribing unit.  The new issue was placed in the public area; the older issue was stored so that it remained available.

46.    The foregoing process has been standard library practice longer than I have been working in the profession.  I first learned the steps in the process in the late 1970s and later supervised it.  Although the checking in process has become automated and now links electronically to holdings records for the MARC record for each serial title, the manual placement of a stamp or label and placing the issue in a public area has not changed for 50 years.  Unless I note otherwise below in reference to a specific serial publication, it is my expert opinion that this standard protocol was followed for all of the serial publications discussed below.

## V.    PUBLICATIONS IN THIS PROCEEDING

### A.    Ghofrani [Exhibit B]

47.    Exhibit B attached to my Declaration is a journal article, "Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie," by

23

Hossein Ardeschir Ghofrani, Robert Voswinckel, Frank Reichenberger, Friedrich Grimminger, and Werner Seeger (hereafter "Ghofrani"), which was published in Volume 30, Number 4 of the journal *Herz*. The Ghofrani article appears on pages 296 to 302 of this issue dated June 2005. Exhibit B is a true and correct copy of the Ghofrani article that I understand is being submitted as an exhibit in this proceeding. Exhibit B is a true and correct copy of the digital article (pages 296-302). I obtained this copy of the article from the publisher through the National Library of Medicine.[13] Specifically, the text of the article is complete; no pages are missing, and the text on each page appears to flow seamlessly from one page to the next; further, there are no visible alterations to the document. Exhibit B can be found within the custody of a library – a place where, if authentic, a copy of this journal would likely be. Exhibit B is a true and correct copy in a condition that creates no suspicion about its authenticity. It is my opinion that the Ghofrani article was publicly accessible by at least June 1, 2005,[14] as I explain below.

48.     The Ghofrani article is also available digitally through the digital repositories *ResearchGate*[15] and *Semantic Scholar*.[16] Publications that arrive

---

[13] https://link.springer.com/article/10.1007/s00059-005-2695-4

[14] https://link.springer.com/journal/59/volumes-and-issues/30-4

[15] https://www.researchgate.net/publication/226718523_Neue_Therapieoptionen_in_der_Behandlung_der_pulmonalarteriellen_Hypertonie

[16] https://www.semanticscholar.org/paper/Neue-Therapieoptionen-in-der-Behandlung-der-Ghofrani-Voswinckel/601ebbc2511b073424e4ad30a0d3e2e509a146f9

Liquidia's Exhibit 1036
Page 26

digitally do not bear a receipt stamp. Therefore, based on my experience working with digital publications, it is my opinion that the Ghofrani article in the journal *Herz* would have been available to users in the National Library of Medicine digitally on June 1, 2005.

49.    Attached hereto as Attachment B1 is a true and correct copy of the MARC record for the journal *Herz* in the National Library of Medicine. The library ownership is indicated by the presence of the library's (DNLM) in the 040 field. The library continues to update this MARC record and enhance the MARC record to meet current cataloging rules.   The most recent enhancement to Attachment B1 occurred on November 28, 2020, as shown in field 005 ("20201128"). I personally identified and retrieved the MARC record that is Attachment B1 on January 3, 2021.

50.    Based on finding a digital copy of Exhibit B in the National Library of Medicine and MARC record in its online library catalog attached as Attachment B1, it is my opinion that the article "Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie" by Ghofrani, *et al.* published in the journal *Herz* was available in the National Library of Medicine on June 1, 2005. Attachment B1 also shows that Exhibit B was catalogued with descriptor term reading "Cardiovascular Diseases" (see Attachment B2, National Library of Medicine subject heading D002318) in the 650 field.   The 510 index fields indicate that the journal *Herz* and articles within it are indexed in *MEDLINE, PubMed*, and *Index*

Liquidia's Exhibit 1036
Page 27

*Medicus*.

51.    As noted in the holdings information (362 field of Attachment B1), the National Library of Medicine has received the journal *Herz* in print since July 1976 and continues to receive the publication in print and digital versions.  In view of the MARC record for Exhibit B, the Ghofrani article was publicly available on June 1, 2005, because the serial title had been received, cataloged, and indexed in the National Library of Medicine and made part of its online catalog database.

52.    Attached hereto as Attachment B3 is a true and correct copy of the MARC record for the print version of the journal *Herz* obtained from the OCLC bibliographic database.  As previously noted, the library that created the record is recorded in field 040 with a unique library code.  For Attachment B3, that library code is "NLM," which means that the MARC record for this serial was cataloged at the National Library of Medicine.  As can be seen in the "Entered" field in the MARC record for this exhibit, a cataloger at the National Library of Medicine created OCLC record number 3955104 on June 7, 1978, as shown in the "Entered" field ("19780607").   The library continues to update this MARC record and enhanced the MARC record to meet current cataloging rules.  The most recent enhancement to Attachment B3 occurred on November 20, 2018, as shown in the "Replaced" field ("20181120"). I personally identified and retrieved the MARC record that is Attachment B3 on January 3, 2021.  The "BLvl" entry in Attachment

26

Liquidia's Exhibit 1036
Page 28

B3 is "s," which indicates that the journal *Herz* is a serial publication. Accordingly, the MARC record for Exhibit B corresponds to the journal *Herz* from the time that the serial title began and includes the date of the Ghofrani article.

53.    Attachment B3 further includes an entry in field 050 ("RC666")—as described above, this includes a subject matter classification number consistent with the Library of Congress classification system (analogous to the Dewey Decimal classification system). Attachment B3 further includes an entry in field 060 ("W1 $b HE986U"), a subject matter consistent with the National Library of Medicine classification system. Attachment B3 further includes an English language descriptor term reading "Cardiovascular system $x Diseases $v Periodicals" (see Attachment B4, Library of Congress subject heading sh2009118412) in the 650 field. Thus, as of its cataloging, the publication corresponding to the MARC record attached hereto as Attachment B3 was indexed according to its subject matter by virtue of at least three independently sufficient classifications: the field 050 entry, the field 060 entry, and the field 650 entry.

54.    Further, as of June 7, 1978, the MARC record attached hereto as Attachment B3 was accessible through any library with access to the OCLC bibliographic database or the online catalog at a library that subscribed to the serial, which means that the corresponding publication was publicly available on or before that same date through any library with access to the OCLC bibliographic database

27

Liquidia's Exhibit 1036
Page 29

or through an individual library. Therefore, the Ghofrani article (Exhibit B) was publicly accessible by at least June 1, 2005, because by that time it had been received, cataloged, and indexed at the National Library of Medicine and made part of the OCLC bibliographic database. Attachment B3 indicates that the journal *Herz* as cataloged at the National Library of Medicine is currently available from 82 libraries ("82 other holdings").

55.    In view of the above, this issue of the journal *Herz* was publicly available on June 1, 2005, a little less than one year before the May 15, 2006 priority date, because by that date it had been received, cataloged, and indexed at the National Library of Medicine, made part of the OCLC bibliographic database, and available digitally from SpringerLink. For these reasons, it is my opinion that Exhibit B was published and accessible to the public on June 1, 2005.

**B.    Remodulin® label [Exhibit C]**

56.    The exhibit filed in this proceeding as Exhibit C is a true and accurate copy of the Remodulin® label from the U.S. Department of Health and Human Services database, Drugs @ FDA: FDA Approved Drug Products (https://www.fda.gov/Drugs/default.htm) (hereafter called "Remodulin® label from FDA"). The U.S. Food and Drug Administration updates its drug establishments

28

Liquidia's Exhibit 1036
Page 30

current registration site every business day[17] and did so in 2004.[18]  I obtained the

document filed as Exhibit C from the Drugs @ FDA: FDA Approved Drug Products

site[19] by selecting "search Drugs@FDA" on the database's home page.  I entered the

drug name to search for information about Remodulin® and clicked the search tab.

57.    I clicked on the name of the drug and selected "Remodulin®" to see the

information available from the "Remodulin® 021272, Prescription, United Therap"

choice.  Then, I highlighted and clicked on the "Approval Date(s) and History,

Letters, Labels, Reviews for NDA 021272."  I selected "Supplements " and scrolled

to the bottom of the list. The thirteenth entry is the date November 24, 2004.  I

clicked on "Review (PDF)" and proceeded to download the file that is publicly

available.  The label for Remodulin® is described on pages 3 through 13 in that

downloaded file.  Exhibit C is a true and accurate copy of pages 3 through 13 of the

Remodulin® file (i.e. the label) that I downloaded from Drugs@FDA.

58.    In view of the above, the label for Remodulin® was publicly available

on November 24, 2004, more than one year before the May 15, 2006 priority date,

because by that date it had been approved by the U.S. Food and Drug Administration

and posted on its public website.  For these reasons, it is my opinion that Exhibit C

---

[17] https://www.fda.gov/drugs/drug-approvals-and-databases/drug-establishments-current-registration-site

[18] http://web.archive.org/web/19981212024907/http://www.fda.gov/

[19] https://www.accessdata.fda.gov/scripts/cder/daf/

Liquidia's Exhibit 1036
Page 31

was published and accessible to the public on November 24, 2004.

### C.    Voswinckel 2004a (a.k.a. Voswinckel JAHA) [Exhibit D]

59.    Exhibit D attached to my Declaration is an abstract, "Pulmonary Arterial Hypertension: New Therapies," by Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Galf, Tobias Gessler, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Warner Seeger, and Horst Olschewski (hereafter "Voswinckel 2004a"), which was published in the Supplement titled *Abstracts from Scientific Sessions* of Volume 110, Number 17 of the journal *Circulation*. The Voswinckel 2004a abstract appears on page III-295 of this issue dated October 26, 2004. The 2004 Scientific Sessions of the American Heart Association meeting were held on November 7-10, 2004, in New Orleans, Louisiana.[20] Exhibit D is a true and correct copy of the Voswinckel 2004a abstract that I understand is being submitted as an exhibit in this proceeding. Exhibit D is a true and correct copy of the abstract (page III-295). I obtained this copy of the abstract from the Ebling Library for the Health Sciences at the University of Wisconsin – Madison. Specifically, the text of the article is complete; no pages are missing, and the text on each page appears to flow seamlessly from one page to the next; further, there are no visible alterations to the document. Exhibit D can be

---

[20] https://www.unboundmedicine.com/medline/citation/16082756/Abstracts_from_the_2004_Scientific_Sessions_of_the_American_Heart_Association__November_7_10_2004_New_Orleans_Louisiana_USA_

Liquidia's Exhibit 1036
Page 32

found within the custody of a library – a place where, if authentic, a copy of this journal would likely be. Exhibit D is a true and correct copy in a condition that creates no suspicion about its authenticity. It is my opinion that the Voswinckel 2004a abstract was publicly accessible by at least November 26, 2004,[21] and in any event, more than one year before the May 15, 2006 priority date, as I explain below.

60.    Attached hereto as Attachment D1 is a true and correct copy of the MARC record for the journal *Circulation* in the Ebling Library for the Health Sciences at the University of Wisconsin – Madison. The library ownership is indicated by the presence of the library's code (uwmadisondb) in the fourth 035 field. The library continues to update this MARC record and enhance the MARC record to meet current cataloging rules. The most recent enhancement to Attachment D1 occurred on March 13, 2015, as shown in field 005 ("20150313"). I personally identified and retrieved the MARC record that is Attachment D1 on January 3, 2021.

61.    Based on finding a digital copy of Exhibit D1 in the Ebling Library for the Health Sciences at the University of Wisconsin – Madison and MARC record in its online library catalog attached as Attachment D1, it is my opinion that the abstract

---

[21] My understanding is further confirmed by a copy of the Voswinckel 2004a article submitted as Ex. 1003 in IPR2017-01621 by Watson Laboratories, Inc. That article was pulled from the British Library, with a receipt date of November 22, 2004. Given that the publisher customarily mailed copies of an issue to all subscribers at that same time, the receipt date by the Ebling Library for the Health Sciences at the University of Wisconsin – Madison would be predictably similar.

31

Liquidia's Exhibit 1036
Page 33

"Pulmonary Arterial Hypertension: New Therapies" by Voswinckel, *et al.* published in the Supplement to the journal *Circulation* was available in the Ebling Library for the Health Sciences at the University of Wisconsin – Madison on November 26, 2004. The journal *Circulation* has been published 14 times a year since November 1979 (see field 310 in Attachment D1). Based on the publication frequency, it is reasonable for subscribers to receive new issues within 30 days of the date on the journal cover. Therefore, the Supplement dated October 26, 2004, would have arrived by November 26, 2004. Attachment D1 also shows that Exhibit D was catalogued with two descriptor terms reading "Cardiology $x Societies" (see Attachment D2, Library of Congress subject heading sh85020214 and Attachment D3, Library of Congress subject heading sh85124175) and "Heart $x Diseases $v Periodicals" (see Attachment D4, Library of Congress subject heading sh2009126258) in the 650 fields.

62.     As noted in the holdings information (362 field of Attachment D1), the Ebling Library for the Health Sciences at the University of Wisconsin – Madison has received the journal *Circulation* in print since January 1950 and continues to receive the publication in print and digital versions.  In view of the MARC record for Exhibit D, the Voswinckel 2004a abstract was publicly available on November 26, 2004, because the serial title had been received, cataloged, and indexed in the Ebling Library for the Health Sciences at the University of Wisconsin – Madison

32

Liquidia's Exhibit 1036
Page 34

and made part of its online catalog database.

63.    Attached hereto as Attachment D5 is a true and correct copy of the MARC record for the print version of the journal *Circulation* obtained from the OCLC bibliographic database.  As previously noted, the library that created the record is recorded in field 040 with a unique library code.  For Attachment D5, that library code is "MUL," which means that the MARC record for this serial was cataloged as part of the Minnesota Union List of Serials at the University of Minnesota Libraries.  As can be seen in the "Entered" field in the MARC record for this exhibit, a cataloger at the University of Minnesota Libraries created OCLC record number 1554748 on August 17, 1975, as shown in the "Entered" field ("19750817").  The library continues to update this MARC record and enhanced the MARC record to meet current cataloging rules.  The most recent enhancement to Attachment D5 occurred on July 31, 2020, as shown in the "Replaced" field ("20200731").  I personally identified and retrieved the MARC record that is Attachment D5 on January 3, 2021.  The "BLvl" entry in Attachment D5 is "s," which indicates that the journal *Circulation* is a serial publication.  Accordingly, the MARC record for Exhibit D corresponds to the journal *Circulation* from the time that the serial title began and includes the date of the Voswinckel 2004a abstract.

64.    Attachment D5 further includes an entry in field 050 ("RC681.A1 $b C5")—as described above, this includes a subject matter classification number

33

Liquidia's Exhibit 1036
Page 35

consistent with the Library of Congress classification system (analogous to the Dewey Decimal classification system). Attachment D5 further includes an entry in field 060 ("W1  CI743"), a subject matter consistent with the National Library of Medicine classification system and an entry in field 082 ("616.105"), a subject matter consistent with the Dewey Decimal classification system. Attachment D5 further includes three English language descriptor terms reading "Cardiology $v Periodicals" (see Attachment D6, Library of Congress subject heading sh2008117649), "Cardiovascular system $v Periodicals" (see Attachment D7, Library of Congress subject heading sh85020226 and Attachment D8, Library of Congress subject heading sh85099890), and "Hypertension $v Periodicals" (see Attachment D9, Library of Congress subject heading sh85063723 and Attachment D8, Library of Congress subject heading sh85099890) in the 650 fields.   Thus, as of its cataloging, the publication corresponding to the MARC record attached hereto as Attachment D5 was indexed according to its subject matter by virtue of at least four independently sufficient classifications: the field 050 entry, the field 060 entry, the field 082 entry, and the field 650 entries.

65.    Further, as of August 17, 1975, the MARC record attached hereto as Attachment D5 was accessible through any library with access to the OCLC bibliographic database or the online catalog at a library that subscribed to the serial, which means that the corresponding publication was publicly available on or before

34

Liquidia's Exhibit 1036
Page 36

that same date through any library with access to the OCLC bibliographic database or through an individual library. Therefore, the Voswinckel 2004a article (Exhibit D) was publicly accessible by at least November 26, 2004, and in any event at least one year before the May 15, 2006, priority date, because by that time it had been received, cataloged, and indexed at the Ebling Library for the Health Sciences at the University of Wisconsin – Madison and made part of the OCLC bibliographic database. Attachment D5 indicates that the journal *Circulation* as cataloged at the University of Minnesota Libraries is currently available from 1,168 libraries ("1168 other holdings").

66.     In view of the above, this issue of the journal *Circulation* was publicly available on November 26, 2004, and in any event, more than one year before the May 15, 2006 priority date, because by that date it had been received, cataloged, and indexed at the University of Minnesota Libraries, made part of the OCLC bibliographic database, and received at the Ebling Library for the Health Sciences at the University of Wisconsin – Madison. For these reasons, it is my opinion that Exhibit D was published and accessible to the public at least by November 26, 2004.

67.     Further, it is my opinion that a person interested and ordinarily skilled in the art (as defined in Section III.B. above), exercising reasonable diligence, could locate this abstract. The journal *Circulation* was available in libraries and widely available to skilled artisans interested in inhaled therapies for pulmonary

35

Liquidia's Exhibit 1036
Page 37

hypertension.   The "Abstracts from Scientific Sessions 2004" Supplement issue of the *Circulation* was indexed by topic, and one of those topics is the "Pulmonary Arterial Hypertension: New Therapies," under which Abstracts 1414-1418 are listed.  Ex. D at III-295.  Voswinckel 2004b is one of these five abstracts (it is Abstract 1414) that a skilled artisan interested in pulmonary hypertension, exercising reasonable diligence in following updates on new pulmonary hypertension research, would be able to locate.

### D.    Voswinckel 2004b (a.k.a. Voswinckel JESC) [Exhibit E]

68.    Exhibit E attached to my Declaration is an abstract, "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," by R. Voswinckel, M.G. Kohstall, B. Enke, T. Gessler, F. Reichenberger, H.A. Ghofrani, W. Seeger, and H. Olschewski (hereafter "Voswinckel 2004b"), which was published in Volume 25, Abstract Supplement of the *European Heart Journal*.  The Voswinckel 2004b abstract appears on page 22 of this issue dated August/September 2004.  Exhibit E is a true and correct copy of the Voswinckel 2004b abstract that I understand is being submitted as an exhibit in this proceeding.  Exhibit E is a true and correct copy of the abstract (page 22).  I obtained this copy of the abstract from the University of Iowa Libraries. Specifically, the text of the article is complete; no pages are missing, and the text on each page appears to flow seamlessly from one page to the next; further, there are no visible alterations to the document.  Exhibit E

36

Liquidia's Exhibit 1036
Page 38

can be found within the custody of a library – a place where, if authentic, a copy of this journal would likely be. Exhibit E is a true and correct copy in a condition that creates no suspicion about its authenticity. It is my opinion that the Voswinckel 2004b abstract was publicly accessible by at least October 15, 2004,[22] and in any event, more than one year before the May 15, 2006 priority date, as I explain below.

69.    Attached hereto as Attachment E1 is a true and correct copy of the MARC record for the *European Heart Journal* in the University of Iowa Libraries. The library ownership is indicated by the presence of the library's name (IOWA) in the INST field. The library continues to update this MARC record and enhance the MARC record to meet current cataloging rules. The most recent enhancement to Attachment E1 occurred on July 13, 2017, as shown in field 005 ("20170713"). I personally identified and retrieved the MARC record that is Attachment E1 on January 5, 2021.

70.    Based on finding a digital copy of Exhibit E in the University of Iowa Libraries and MARC record in its online library catalog attached as Attachment E1, it is my opinion that the abstract "Inhaled treprostinil is a potent pulmonary

---

[22] My understanding is further confirmed by a copy of the Voswinckel 2004b article submitted as Ex. 1046 in IPR2017-01621 by Watson Laboratories, Inc. That article was pulled from the Ebling Library for the Health Sciences at the University of Wisconsin – Madison, with a receipt date of October 15, 2004. Given that the publisher customarily mailed copies of an issue to all subscribers at that same time, the receipt date of the University of Iowa's copy would be predictably similar.

Liquidia's Exhibit 1036
Page 39

vasodilator in severe pulmonary hypertension" by Voswinckel, *et al.* published in the Supplement to the *European Heart Journal* was available in the University of Iowa Libraries on October 15, 2004. The *European Heart Journal* has been published semimonthly since 2004 (see field 310 in Attachment E2). Based on the publication frequency, it is reasonable for subscribers to receive new issues within 30 days of the date on the journal cover. Therefore, the issue of the *European Heart Journal* dated August/September 2004, would have arrived by October 31, 2004. Attachment E1 also shows that Exhibit E was catalogued with two descriptor terms reading "Cardiology $v Periodicals" (see Attachment D2, Library of Congress subject heading sh85020214 and Attachment D8, Library of Congress subject heading sh85099890) and "Heart $x Diseases $v Periodicals" (see Attachment D4, Library of Congress subject heading sh2009126258) in the 650 fields.

71.    As noted in the holdings information (362 field of Attachment E1), the University of Iowa Libraries has received the *European Heart Journal* in print since February 1980 and continues to receive the publication.  In view of the MARC record for Exhibit E, the Voswinckel 2004b abstract was publicly available on October 15, 2004, because the serial title had been received, cataloged, and indexed in the University of Iowa Libraries and made part of its online catalog database.

72.    Attached hereto as Attachment E2 is a true and correct copy of the MARC record for the print version of the *European Heart Journal* obtained from

Liquidia's Exhibit 1036
Page 40

the OCLC bibliographic database. As previously noted, the library that created the record is recorded in field 040 with a unique library code. For Attachment E2, that library code is "NSD," which means that the MARC record for this serial was cataloged as part of the National Serials Data Program at the Library of Congress. As can be seen in the "Entered" field in the MARC record for this exhibit, a cataloger at the Library of Congress created OCLC record number 5585193 on October 25, 1979, as shown in the "Entered" field ("19791025"). The library continues to update this MARC record and enhanced the MARC record to meet current cataloging rules. The most recent enhancement to Attachment E2 occurred on February 18, 2020, as shown in the "Replaced" field ("20200218"). I personally identified and retrieved the MARC record that is Attachment E2 on January 3, 2021. The "BLvl" entry in Attachment E2 is "s," which indicates that the *European Heart Journal* is a serial publication. Accordingly, the MARC record for Exhibit E corresponds to the *European Heart Journal* from the time that the serial title began and includes the date of the Voswinckel 2004b abstract.

73. Attachment E2 further includes an entry in field 050 ("RC681.A1 $b E94")—as described above, this includes a subject matter classification number consistent with the Library of Congress classification system (analogous to the Dewey Decimal classification system). Attachment E2 further includes an entry in field 060 ("W1 $b EU636"), a subject matter consistent with the National Library of

39

Liquidia's Exhibit 1036
Page 41

Medicine classification system. Attachment E2 further includes an English language descriptor term reading "Cardiology $v Periodicals" (see Attachment D6, Library of Congress subject heading sh2008117649) in the 650 field.  Thus, as of its cataloging, the publication corresponding to the MARC record attached hereto as Attachment E2 was indexed according to its subject matter by virtue of at least three independently sufficient classifications: the field 050 entry, the field 060 entry, and the field 650 entry.

74.    Further, as of October 25, 1979, the MARC record attached hereto as Attachment E2 was accessible through any library with access to the OCLC bibliographic database or the online catalog at a library that subscribed to the serial, which means that the corresponding publication was publicly available on or before that same date through any library with access to the OCLC bibliographic database or through an individual library. Therefore, the Voswinckel 2004b article (Exhibit E) was publicly accessible by at least October 15, 2004, and in any event at least one year before the May 15, 2006, priority date, because by that time it had been received, cataloged, and indexed at the University of Iowa Libraries and made part of the OCLC bibliographic database.  Attachment E2 indicates that the *European Heart Journal* as cataloged at the Library of Congress is currently available from 282 libraries ("282 other holdings").

75.    In view of the above, this issue of the *European Heart Journal* was

40

Liquidia's Exhibit 1036
Page 42

publicly available on October 15, 2004, and in any event, more than one year before the May 15, 2006 priority date, because by that date it had been received, cataloged, and indexed at the Library of Congress, made part of the OCLC bibliographic database, and received at the University of Iowa Libraries. For these reasons, it is my opinion that Exhibit E was published and accessible to the public on October 15, 2004.

76.    Further, it is my opinion that a person interested and ordinarily skilled in the art (as defined in Section III.B. above), exercising reasonable diligence, could locate this abstract. The *European Heart Journal* was available in libraries and widely available to skilled artisans interested in inhaled therapies for pulmonary hypertension. The abstract supplement of the *European Heart Journal* contains a table of contents, indexed by topic. One of those listed topics is the "Epidemiology and treatment of pulmonary arterial hypertension," for which Abstracts 215 to 220 are listed. Ex. E at 2. Voswinckel 2004b is one of these six abstracts (it is Abstract 218) that a skilled artisan interested in pulmonary hypertension, exercising reasonable diligence in following updates on new pulmonary hypertension research, would be able to locate.

### E.    Voswinckel 2006 [Exhibit F]

77.    Exhibit F attached to my Declaration is a journal article, "Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension," by Robert

41

Liquidia's Exhibit 1036
Page 43

Voswinckel, Hossein A. Ghofrani, Friedrich Grimminger, Werner Seeger, and Horst Olschewski (hereafter "Voswinckel 2006"), which was published in Volume 144, Number 2 of the *Annals of Internal Medicine*. The Voswinckel 2006 article appears on pages 149-150 of this issue dated January 17, 2006. Exhibit F is a true and correct copy of the Voswinckel 2006 article that I understand is being submitted as an exhibit in this proceeding. Exhibit F is a true and correct copy of the article (pages 149-150). I obtained this copy of the article from the Ebling Library for the Health Sciences at the University of Wisconsin – Madison. Specifically, the text of the article is complete; no pages are missing, and the text on each page appears to flow seamlessly from one page to the next; further, there are no visible alterations to the document. Exhibit F can be found within the custody of a library – a place where, if authentic, a copy of this journal would likely be. Exhibit F are true and correct copies in a condition that creates no suspicion about their authenticity. It is my opinion that the Voswinckel 2006 article was publicly accessible online by at leastJanuary 17, 2006,[23] and the print copy was available by at least January 24, 2006, based on University of Wisconsin ownership and receipt stamp on Exhibit F as I explain below.

78.    Attached hereto as Attachment F1 is a true and correct copy of the

---

[23] https://www.acpjournals.org/doi/abs/10.7326/0003-4819-144-2-200601170-00026?journalCode=aim

42

Liquidia's Exhibit 1036
Page 44

MARC record for the *Annals of Internal Medicine* in the Ebling Library for the Health Sciences at the University of Wisconsin – Madison. The library ownership is indicated by the presence of the library's code (uwmadisondb) in the fifth 035 field. The library continues to update this MARC record and enhance the MARC record to meet current cataloging rules. The most recent enhancement to Attachment F1 occurred on March 13, 2015, as shown in field 005 ("20150313"). I personally identified and retrieved the MARC record that is Attachment F1 on January 3, 2021.

79.     Based on finding a digital copy of Exhibit F in the Ebling Library for the Health Sciences at the University of Wisconsin – Madison and MARC record in its online library catalog attached as Attachment F1, it is my opinion that the article "Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension" by Voswinckel, *et al.* published in the *Annals of Internal Medicine* was available in the Ebling Library for the Health Sciences at the University of Wisconsin – Madison on January 24, 2006. Attachment F1 also shows that Exhibit F was catalogued with a descriptor term reading "Medicine $v Periodicals" (see Attachment F2, Library of Congress subject heading sh2008107665) in the 650 field.

80.     As noted in the holdings information (362 field of Attachment F1), the Ebling Library for the Health Sciences at the University of Wisconsin – Madison has received the *Annals of Internal Medicine* in print since July 1927 and continues to receive the publication. In view of the MARC record for Exhibit F, the

43

Liquidia's Exhibit 1036
Page 45

Voswinckel 2006 article was publicly available on January 24, 2006, because the serial title had been received, cataloged, and indexed in the Ebling Library for the Health Sciences at the University of Wisconsin – Madison and made part of its online catalog database.

81.    Attached hereto as Attachment F3 is a true and correct copy of the MARC record for the print version of the *Annals of Internal Medicine* obtained from the OCLC bibliographic database.  As previously noted, the library that created the record is recorded in field 040 with a unique library code.  For Attachment F3, that library code is "MUL," which means that the MARC record for this serial was cataloged as part of the Minnesota Union List of Serials at the University of Minnesota Libraries.  As can be seen in the "Entered" field in the MARC record for this exhibit, a cataloger at the University of Minnesota Libraries created OCLC record number 1481385 on July 27, 1975, as shown in the "Entered" field ("19750727").  The library continues to update this MARC record and enhanced the MARC record to meet current cataloging rules.  The most recent enhancement to Attachment F3 occurred on January 23, 2020, as shown in the "Replaced" field ("20200123").  I personally identified and retrieved the MARC record that is Attachment F3 on January 3, 2021.  The "BLvl" entry in Attachment F3 is "s," which indicates that the *Annals of Internal Medicine* is a serial publication.  Accordingly, the MARC record for Exhibit F corresponds to the *Annals of Internal Medicine* from

44

Liquidia's Exhibit 1036
Page 46

the time that the serial title began and includes the date of the Voswinckel 2006 article.

82.    Attachment F3 further includes an entry in field 050 ("R11 $b .A84")—as described above, this includes a subject matter classification number consistent with the Library of Congress classification system (analogous to the Dewey Decimal classification system).  Attachment F3 further includes an entry in field 060 ("W1 AN605"), a subject matter consistent with the National Library of Medicine classification system. Attachment F3 further includes an English language descriptor term reading "Medicine $v Periodicals" (see Attachment F2, Library of Congress subject heading sh2008107665) in the 650 field.    Thus, as of its cataloging, the publication corresponding to the MARC record attached hereto as Attachment F3 was indexed according to its subject matter by virtue of at least three independently sufficient classifications: the field 050 entry, the field 060 entry, and the field 650 entry.

83.    Further, as of July 27, 1975, the MARC record attached hereto as Attachment F3 was accessible through any library with access to the OCLC bibliographic database or the online catalog at a library that subscribed to the serial, which means that the corresponding publication was publicly available on or before that same date through any library with access to the OCLC bibliographic database or through an individual library. Therefore, the Voswinckel 2006 article (Exhibit F)

Liquidia's Exhibit 1036
Page 47

was publicly accessible by at least January 24, 2006, because by that time it had been received, cataloged, and indexed at the Ebling Library for the Health Sciences at the University of Wisconsin – Madison and made part of the OCLC bibliographic database. Attachment F3 indicates that the *Annals of Internal Medicine* as cataloged at the University of Minnesota Libraries is currently available from 1,475 libraries ("1475 other holdings").

84.    In view of the above, this issue of the *Annals of Internal Medicine* was publicly available online on January 17, 2004, and in print by at least January 24, 2006, because by that date it had been received, cataloged, and indexed at the University of Minnesota Libraries, made part of the OCLC bibliographic database, and received at the Ebling Library for the Health Sciences at the University of Wisconsin – Madison. For these reasons, it is my opinion that Exhibit F was published and accessible to the public on January 17, 2006.

## VI.    CONCLUSION

85.    In signing this Declaration, I recognize that the Declaration will be filed as evidence in a case before the Patent Trial and Appeal Board of the United States Patent and Trademark Office. I also recognize that I may be subject to cross-examination in the case and that cross-examination will take place within the United States. If cross-examination is required of me, I will appear for cross-examination within the United States during the time allotted for cross-examination.

46

Liquidia's Exhibit 1036
Page 48

86.    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated:  January 7, 2021

Respectfully submitted,

*Sylvia D. Hall-Ellis*

Sylvia D. Hall-Ellis, Ph.D.

47

Liquidia's Exhibit 1036
Page 49

# EXHIBIT A

Liquidia's Exhibit 1036
Page 50

**CURRICULUM VITAE**
**SYLVIA D. HALL-ELLIS**

**EDUCATION**

Ph.D., University of Pittsburgh, Pittsburgh, Pennsylvania, 1985
M.P.S., University of Denver, Denver, Colorado, 2014
Post Graduate Studies, University of Texas – San Antonio, Texas, 1975-1976
M.L.S., University of North Texas, Denton, Texas, 1972
B.A., Rockford University, Rockford, Illinois, 1971

**PROFESSIONAL EXPERIENCE**

**1981-**           **Consultant for higher education, non-profit organizations, and corporations.**

**2002-**           **Adjunct Professor, School of Information, San José State University, San José, California.** Serve as part-time faculty member teaching graduate students in technical services (cataloging, bibliographic control, classification), "core courses," and special topics.

**2014-2016**       **Director, Grants and Resource Development, Colorado Community College System.** Provided leadership and vision to foster the continued growth of rigorous scholarship, innovative projects, and creative work for statewide system, 13 campuses, and 50 teaching sites serving 155,000 students. Responsible for leadership and ensured efficient functioning of contract and grants in compliance with state & federal requirements and successful implementation and management. Served as a subject matter expert and liaison for college Grant Directors for all issues relating to grants and subcontracts.

**2010-2014**       **Senior Grant Administrator, Morgridge College of Education, University of Denver (Colorado).** Provided leadership and vision to foster continued growth of rigorous scholarship, innovative research, and creative work in the Morgridge College of Education. Ensure that contract and grants processes function effectively and efficiently for 60 faculty and researchers with a focus on the successful progression and efficient management of grants totaling $13M. Worked effectively and collegially with Department Chairs and Program Coordinators on operational grant-related management activities and with a broad range of internal and external constituencies. Supported the dissemination and promotion of faculty research and scholarship to outside constituents at conferences and through publications. Assisted Principal Investigators and grant project teams by coaching, mentoring, and financial management.

**2011-2013**       **Interim Director & Assistant Dean, Westminster Law Library, Sturm College of Law, University of Denver.** Planned, organized, and directed all administrative activities for the library serving students, faculty, and alumni; oversaw the employment, retention, promotion, transfer and termination of library personnel; represented the library at professional conferences and public meetings; created and promoted a climate and culture of acceptance for new programs and services, a positive high-quality image of the law library, and that reflect the organization's values, encourage excellent performance, and reward high productivity and innovation; provided leadership and set strategic direction of the organization; ensured that the library provided excellent customer service through solution-oriented staff response to patron needs and by responsiveness and continuous improvement of the organization; promoted, developed, and maintained positive working relationships with colleagues and customers including key stakeholders and groups, higher education institutions, the legal community, other regional libraries and districts statewide, and national library organizations.

**2007-2014**       **Associate Professor, Library & Information Science, Morgridge College of Education, University of Denver (Colorado).** Served in leadership role and worked collaboratively in program, college, campus and community environments. Advised and supervised students, taught core and specialized courses at the graduate level in an integrative, student-centered learning environment. Served on LIS, College, and University committees, and maintained

**Appx1905**

Liquidia's Exhibit 1036
Page 51

working relationships with colleagues in other academic units and information professionals in the Rocky Mountain region and beyond. Served on and chair doctoral student dissertation committees. Oversaw and facilitated the College and LIS graduate student association.

**2002-2007**    **Assistant Professor, Library & Information Science, College of Education, University of Denver (Colorado).** Served as tenure-track faculty member teaching graduate students in "core courses," resource description and access, service learning, and independent studies. Advised graduate students, participate on LIS and College committees, and serve on doctoral student dissertation committees. Oversaw and facilitated the LIS graduate student association and alumni association.

**2000-2002**    **Affiliate Faculty, Library & Information Science, College of Education, University of Denver (Colorado).** Served as part-time faculty member teaching graduate students in technical services (cataloging, bibliographic control, classification), "core courses," and special topics. Oversaw and facilitated the LIS graduate student association and alumni association.

**2000-2001**    **Special Assistant to the Secretary's Regional Representative, U.S. Department of Education, Region VIII, Denver, Colorado.** Served as the principal advisor and representative of the U. S. Secretary of Education's Regional Representative (SRR). Ensured the implementation of major goals of the SRR and the Secretary. Provided leadership on behalf of the SRR in contacts with high-level officials in Region VIII requiring sensitive policy interpretation in communication with senior Department officials to solve problems and resolve issues raised by State and local education officials. Served as the primary contact for School-to-Work/Career, Children's Health Insurance Program, and Safe and Drug-Free Schools. Delivered technical assistance to local education agencies and institutions of higher education in technology, professional development, and school construction.

**1999-2000**    **Catalog Librarian, Jefferson County Public Library, Lakewood, Colorado.** Performed original, copy cataloging and classification of library materials (English and Spanish) using standard library protocols; completed original descriptive cataloging and subject analysis; enhanced brief catalog and authority records in III.

**1997-1999**    **Development Officer, McREL International, Aurora, Colorado.** Served as senior member of corporate management team in strategic planning, development of proposals and contracts, implementation, and evaluation of new services, products, and programs for educational agencies. Provided creative leadership to corporate committees to solicit ideas, identify goals and objectives, plan, develop, present, and evaluate professional development opportunities.

**1995-1997**    **Education Specialist, Education Service Center, Region One, Edinburg, Texas.** Served as member of Administrative Cabinet team in strategic planning, development of proposals and contracts, implementation, and evaluation of telecommunications capabilities, services, products, and programs for 40 school districts serving 283,000 students in 7 counties. Provided creative leadership to regional and state committees to solicit ideas, identify strategic goals and objectives, plan, develop, present, and evaluate funding opportunities and professional development for 400 librarians.

**1993-1996**    **Assistant Professor of Library Science, Sam Houston State University, Huntsville, Texas.** Served a faculty member teaching 400 graduate students in technical services (cataloging, bibliographic control, classification), automation, and networking. Participated in distance education program and coordinated annual conference. Conducted university and Texas Library Association-funded field research focused on library collection development and academic achievement.

Liquidia's Exhibit 1036
Page 52

**1992-1993**    **Head Librarian, Rocky Mountain College of Art & Design, Denver, Colorado.** Responsible for the daily operation, selection and acquisition of materials, formulation of policies for library operations, media center, and photography/slides archives. Designed and implemented library automation and delivery of electronic resources to college community.

**1981-1985**    **Development Officer, PRLC, Inc., Pittsburgh, Pennsylvania.** Served as senior member of corporate management team in strategic planning, development of proposals and contracts, implementation, and evaluation of new services, products, and programs for 100 institutional member organizations. Coordinated the development of proposals and contracts totaling $4,000,000 annually. Provided creative leadership to corporate committees to solicit ideas, identify goals and objectives, plan, develop, present, and evaluate professional development opportunities.

**1981**    **Director of Library Development, Pennsylvania Department of Education, Harrisburg, Pennsylvania.** Responsible for statewide development, technical assistance, professional development, resource sharing, children's services, institutional library services, networking, and state aid program for all libraries throughout the Commonwealth. Functioned as liaison to Governor's Advisory Council, LSCA Advisory Council, District Administrators, private colleges, universities, consortia managers, and network directors. Supervised $14,000,000 formula-based state aid program and $3,000,000 grant awards to individual libraries, consortia, and networks.

**1978-1981**    **Assistant Director, Southern Tier Library System, Corning, New York.** Coordinated operation of system-wide programs (technical assistance, professional development, resource sharing, technical services, outreach) to 40 public libraries in 5 counties serving 500,000 residents. Solicited ideas, identified goals, sponsored, and evaluated professional development opportunities and technical assistance sessions.

**1976-1978**    **Division Librarian for Technical Services, Corpus Christi Public Libraries, Corpus Christi, Texas.** Provided leadership in acquisitions, cataloging, serials control, and processing for main library and 4 branches serving 250,000 residents. Participated as senior member of library management team. Compiled and prepared technical evaluations, reports, and statistical analyses of Division operations to measure the achievement and cost of annual goals, objectives, and staff performance.

**1975-1976**    **System Coordinator, San Antonio Major Resource Center, San Antonio, Texas.** Served as senior member of the management team for District X Office, charged to provide technical assistance, resource sharing, media services, and professional development to librarians and staff representing 30 public library jurisdictions in 21 counties serving 1,500,000 residents. Functioned as liaison to System Director, staff, and members of governing bodies with the System Board of Directors and the Texas State Library and Historical Commission. Prepared LSCA grant applications and monitored awards totaling $1,100,000 annually.

**1973-1975**    **Bilingual Branch Librarian, San Antonio Public Library, San Antonio, Texas.** Worked as librarian providing reference, information, and readers' advisory services in branch serving 50,000 Spanish-speaking residents in southwest San Antonio. Participated in collection development and resource acquisition activities, specializing in children's work, Spanish language resources, and multicultural studies.

**1972-1973**    **Librarian, Holding Institute, Laredo, Texas.** Worked as high school librarian serving 500 boarding students in Spanish-speaking environment of private school. Provided reference, research assistance, and library instruction to students and 35 faculty members.

**1966-1971**    **Rockford Public Library, Rockford, Illinois.** Worked in branches as part-time as a Library Assistant, Clerk, and Page in city library serving 150,000 residents.

Liquidia's Exhibit 1036
Page 53

## PUBLICATIONS

**Editor-reviewed Monographs (Completed and in Progress)**

Hall-Ellis, Sylvia D., and Mary Beth Weber. *Contemporary Cataloging in an RDA Environment: A Handbook for Students and Practitioners.* Chicago, IL: American Library Association. Under contract & In development.

*RDA Testing: Lessons Learned and Challenges Revealed.* Sylvia D. Hall-Ellis and Robert O. Ellett, Jr., eds. Binghamton, N.Y.: Haworth, 2012. 128 p.

Hall-Ellis, Sylvia D., Stacey L. Bowers, Christopher D. Hudson, and M. Claire Williamson. *Librarian's Handbook for Seeking, Writing, and Managing Grants.* Santa Barbara, Calif.: Libraries Unlimited, 2011. 315 p.

Hall-Ellis, Sylvia D., with Ann Jerabek, and Merrie W. Valliant. *Contemporary Cataloging: A Handbook for Practitioners and Students.* Open access text. Athens, GA: University of Georgia System Regents, 2011. 767 p.

Grealy, Deborah S. and Sylvia D. Hall-Ellis. *From Research to Practice: The Scholarship of Teaching and Learning in LIS Education.* Westport, Conn.: Libraries Unlimited, 2009. 175 p.

Hall-Ellis, Sylvia D. with J. Ann Jerabek. *Grants for School Libraries.* Westport, Conn.: Libraries Unlimited, 2003. 197 p.

Hall-Ellis, Sylvia D., Doris Meyer, Frank W. Hoffmann, with J. Ann Jerabek. *Grant Writing for Small Libraries and School Library Media Centers.* Boulder, Colo.: NetLibrary, 2001. 173 p.

Hall-Ellis, Sylvia D., Doris Meyer, Frank W. Hoffmann, with J. Ann Jerabek. *Grant Writing for Small Libraries and School Library Media Centers.* Englewood, Colo: Libraries Unlimited, 2000. 173 p.

**Editor-reviewed Chapters (Completed and In Progress)**

Hall-Ellis, Sylvia D. "Prepared to Lead: Talent, Skills, and Competencies." In *Telling the Technical Services Story*. Chicago, IL: American Library Association, 2020. In development and review.

Hall-Ellis, Sylvia D. "Grant Writing and Sponsored Research Funding for Academic Librarians." In *The New Librarianship*. Vol. 4. Bradford Lee Eden, ed. New York: Scarecrow Press, 2015. (pp. 163-174)

Hall-Ellis, Sylvia D. "Organizing Information: Technical Services." In *Information Services Today: An Introduction.* Sandra Hirsch, ed. Lantham, Md.: Rowman and Littlefield, 2015. (pp. 139-148)

Hall-Ellis, Sylvia D. "Metadata, MARC, and More." In *Rethinking Technical Services, Considering Our Profession and Ourselves: What's the Future of Our Profession?* Mary Beth Weber, ed. Lantham, Md.: Rowman and Littlefield, 2015. (pp. 29-55)

Hall-Ellis, Sylvia D., ed. "Contingent Faculty: Non-Tenure Track Faculty Series." In the *Faculty Personnel Guidelines Relating to Appointment, Promotion, and Tenure.* November 2011. Denver, Colo.: University of Denver, 2011. 42 p.

Hall-Ellis, Sylvia D., ed. "Standard VII: Information Resources." In the *Sturm College of Law Self-Study Presentation for Accreditation by the American Bar Association.* Denver, Colo.: University of Denver, Sturm College of Law, 2011. 20 p.

Hall-Ellis, Sylvia D. "Applying for Grants from Foundations, Corporations, or Government." In *The Volunteers' Guide to Fundraising: Raise Money for Your School Team, Library or Community Group.* 1st ed. Ilona M. Bray, ed. Berkeley, Calif.: Nolo, 2011. (pp. 1-38 on accompanying disc)

Liquidia's Exhibit 1036
Page 54

Hall-Ellis, Sylvia D., ed. "Standard III: The Faculty." In the *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* Denver, Colo.: University of Denver, Morgridge College of Education, 2010. 22 p.

Hall-Ellis, Sylvia D. "Library and Information Science Programs and Education for Catalogers and Metadata Specialists: Challenges for the Twenty-first Century." In *Conversations with Catalogers in the Twenty-First Century.* Elaine R. Sanchez, ed. Santa Barbara, Calif.: ABC-Clio, 2010. (pp. 226-254)

Hall-Ellis, Sylvia D., ed. "Standard III: The Faculty." In the *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* Denver, Colo.: University of Denver, College of Education, 2003. 15 p.

Lesesne, Teri S. and Sylvia D. Hall-Ellis. "The Selection, Evaluation, and Integration of Culturally Authentic Texts: A Case for Making the Online Catalog Reflect Parallel Cultures." In *Literacy: Traditional, Cultural, Technological.* Pittsburgh, Pa.: International Association of School Librarianship, 1995. (pp. 110-113)

Lesesne, Teri S. and Sylvia D. Hall-Ellis. *The Selection, Evaluation, and Integration of Culturally Authentic Texts: A Case for Making the Online Catalog Reflect Parallel Cultures.* In *Conference Proceedings* of the 23rd Annual International Association of School Librarianship, Pittsburgh, Pennsylvania, July 17-22, 1994. ERIC Document ED374816. 17 p.

Hall-Ellis, Sylvia D. "Curriculum Folio for School Library Media Specialist Programs." In the *National Council for Accreditation of Teacher Education Self-Study for Sam Houston State University.* Huntsville, Tex.: Sam Houston State University, College of Education and Applied Science, 1994. 25 p.

Bruntjen, Scott and Sylvia D. Hall. "Attempting to Automate: Lessons Learned Over Five Years." In *Advances in Library Administration*. Volume 4. Weston, Conn.: JAI Press, 1985. (pp. 177-192)

**Peer-Reviewed Journal Articles (Completed and In Progress)**

Hall-Ellis-Sylvia D. "Job Design for Cataloging and Metadata Librarians." Submitted to *Journal of Library Administration.* In progress.

Hall-Ellis, Sylvia D. "The Relationship of Situational Leadership and the Dreyfus Model of Skill Acquisition for Supervisors in Cataloging and Metadata Services." To be submitted to *Library Resources and Technical Services.* In progress.

Hall-Ellis, Sylvia D. *The Relationship of Core Competencies on Learning Outcomes and Employers' Expectations for Catalog Librarians and Metadata Specialists.* To be submitted to the *Journal of Education for Library and Information Science.* In progress.

Hall-Ellis, Sylvia D. "Building Cataloger Competencies: The Dreyfus Model as a Prototype for the Education and Professional Development of Catalog Librarians and Metadata Specialists in Bibliographic Control." To be submitted to the *Cataloging & Classification Quarterly.* In progress.

Hall-Ellis, Sylvia D. "Descriptive Impressions of Entry-Level Cataloger and Metadata Specialists Positions, 2000-2016: Reflections and Trends." To be submitted to *Library Resources and Technical Services.* In progress.

Hall-Ellis, Sylvia D. "Competencies for Metadata and Cataloging Leaders: What Employers Expect as Reflected in Position Descriptions, 2000-2016." *Cataloging & Classification Quarterly.* In progress.

Hall-Ellis, Sylvia D. "Stackable Micro-credentials – A Framework for the Future." *The Bottom Line 29*, no. 4 (April 2016), http://www.emeraldinsight.com/doi/pdfplus/10.1108/BL-02-2016-0006

Hall-Ellis, Sylvia D. "Succession Planning and Staff Development – A Winning Combination." *The Bottom Line*, 28 no. 3 (May 2015): 95-98.

Hall-Ellis, Sylvia D. "Succession Planning and Staff Development – A Winning Combination." *The Informed Librarian Online* (September 2015), http://www.informedlibrarian.com/featuredArticle.cfm?FILE=succession_1509.pdf

Hall-Ellis, Sylvia D. "Nudges and Decision Making: A Winning Combination." *The Bottom Line 28*, no. 4 (July 2015): 133-136.

Hall-Ellis, Sylvia D. "Succession Planning and Staff Development – A Winning Combination." *The Bottom Line 28*, no. 3 (May 2015): 95-98.

Hall-Ellis, Sylvia D. "Metadata Competencies for Entry-Level Positions: What Employers Expect as Reflected in Position Descriptions, 2000-2013." *Journal of Library Metadata 15*, no. 2 (June 2015): 102-134.

Hall-Ellis, Sylvia D. "Onboarding to Improve Library Retention and Productivity." *The Bottom Line 27*, no. 4 (October 2014).

Hall-Ellis, Sylvia D. "Accept, Coach, and Inspire: A Formula for Success." *The Bottom Line 27*, no. 3 (July 2014): 103-106.

Hall-Ellis, Sylvia D. *Reward Systems for Staff in Higher Education Institutions: Case Studies of 15 Higher Education Institutions in Colorado.* Capstone Thesis. Denver, Colo.: University of Denver, University College, 2014.

Hall-Ellis, Sylvia D. "Reward Systems Promote High-Performance Work Teams Achieving Library Mission." *The Bottom Line 27*, no. 2 (April 2014): 66-69.

Hall-Ellis, Sylvia D. "Investment in Staff Development for Seeking External Grant Funds." *The Bottom Line 27*, no. 1 (January 2014): 22-25.

Hall-Ellis, Sylvia D. "Staff Investments for High Performance Teams." *The Bottom Line 26*, no. 4 (October 2013): 149-152.

Hall-Ellis, Sylvia D. and Deborah S. Grealy. "Service Learning in LIS Education: A Case for Holistic Assessment." *Catholic Library World* 82, no. 3 (March 2012): 178-187.

Hall-Ellis, Sylvia D., and Deborah S. Grealy. "The Dreyfus Model of Skill Acquisition: A Career Development Framework for Succession Planning and Management in Academic Libraries." *College and Research Libraries* (June 2012). http://crl.acrl.org/content/early/2012/06/19/crl12-349.full.pdf+html

Hall-Ellis, Sylvia D. "Cataloger Competencies…What Do Employers Require?" *Cataloging & Classification Quarterly* 46, no. 3 (2008): 305-330. http://ccq.haworthpress.com/doi:10.1080/01639370802034565

Hall-Ellis, Sylvia D. "Subject Access for Readers' Advisory Services: Their Impact on Contemporary Spanish Fiction in Selected Public Library Collections." *Public Library Quarterly* 27, no.1 (2007): 1-18. http://plq.haworthpress.com/doi:10.1080/01616840802122377

Hall-Ellis, Sylvia D. "Language Proficiencies among Catalogers and Technical Services Librarians." *Technical Services Quarterly* 25, no. 2 (2007) 31-47. http://tsq.haworthpress.com/doi:10.1300/J124v25n02_03

Hall-Ellis, Sylvia D. "Cataloging Electronic Resources & Metadata: Employers' Expectations as Reflected in *American Libraries and AutoCAT,* 2000-2005." *Journal of Education for Library and Information Science* 47, no. 1 (2006): 38-51.

**Appx1910**

Hall-Ellis, Sylvia D. "Descriptive Impressions of Managerial & Supervisory Cataloger Positions as Reflected in *American Libraries, AutoCAT,* and the *Colorado State Library Jobline,* 2000-2004: A Content Analysis of Education, Competencies, and Experience." *Cataloging & Classification Quarterly* 42, no. 1 (2006): 55-88.

Hall-Ellis, Sylvia D. "Descriptive Cataloging Proficiencies among Beginning Students: A Comparison among Traditional and Virtual Class Students." *Journal of Library & Information Services in Distance Education* 2, no. 2 (2005): 13-44.

Hall-Ellis, Sylvia D. "Descriptive Impressions of Entry-Level Cataloger Positions as Reflected in *American Libraries, AutoCAT,* and the *Colorado State Library Jobline,* 2000-2003." *Cataloging & Classification Quarterly* 40, no. 2 (2005): 33-72.

Hall-Ellis, Sylvia D. and Mary Ann Berry. "The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in South Texas: Preliminary Findings." *Texas Library Journal* 71, no. 2 (Summer 1995): 94-97.

Hall-Ellis, Sylvia D. "Visual Arts as Foundation for Successful Library Automation: The Rocky Mountain College of Art & Design Experience." *Art Reference Serials Quarterly* 4 (1994): 43-54.

Hall, Sylvia D. *High School Databases: An Examination of Bibliographic Data Elements*. Dissertation. Pittsburgh, Pa.: University of Pittsburgh, School of Library and Information Science, 1985.

**Technical Reports**

Hall-Ellis, Sylvia D. *Preparing Catalogers and Metadata Specialists Through Competency-Based Education: The San José State University iSchool Experience.* Report for the 2021 Re-Accreditation Program Presentation to the American Library Association. San José, Calif.: San José State University iSchool, 2020.

Hall-Ellis, Sylvia D. *Colorado Community College System Grant Handbook.* Denver, Colo.: Colorado Community College System, 2015.
.
*Faculty Voices: Testimonials from the Frontiers of a Development Education Redesign*. Elaine DeLott Baker, Marilyn Smith, and Sylvia D. Hall-Ellis, eds. Denver, Colo.: Colorado Community College System, 2014.

Lewis, Melanie, Jamie M. Van Leeuwen, and Sylvia D. Hall-Ellis. *Project Homeless Connect 7 Event Evaluation.* Denver, Colo.: University of Colorado Denver, 2009.

Hall-Ellis, Sylvia D. *Grant Writing Tips and Resources.* Denver, Colo.: University of Denver, 2008-2014. http://portfolio.du.edu/grants

Hall-Ellis, Sylvia D. and Duan Zhang. *Project Homeless Connect 6 Event Evaluation.* Denver, Colo.: Center for Community Engagement and Service Learning, 2008.

Hall-Ellis, Sylvia D. *Strategic Plan for Denver Medical Library System: Final Report.* Denver, Colo.: HealthONE and Denver Medical Library, 2008.

Hall-Ellis, Sylvia D. and Duan Zhang. *Project Homeless Connect 5 Event Evaluation.* Denver, Colo.: Center for Community Engagement and Service Learning, 2008.

Hall-Ellis, Sylvia D. *Strategic Plan for Denver Medical Library System: Phase Two Report.* Denver, Colo.: HealthONE and Denver Medical Library, 2007.

Hall-Ellis, Sylvia D. and Duan Zhang. *Project Homeless Connect 4 Event Evaluation.* Denver, Colo.: Center for Community Engagement and Service Learning, 2007.

Hall-Ellis, Sylvia D. *Strategic Plan for Denver Medical Library System: Phase One Report.* Denver, Colo.: HealthONE and Denver Medical Library, 2007.

Hall-Ellis, Sylvia D. *Denver Public Library: Opportunities for Change.* Denver, Colo.: University of Denver, Colorado Community-Based Research Network & Metropolitan Organization of People, 2005.

Hall-Ellis, Sylvia D. *Resources in Grant Writing for Colorado Schools and Libraries.* Sponsored by the Colorado Department of Education, Educational Telecommunications Unit, 1999. Revised September 2000.

Hall-Ellis, Sylvia D. *Lewis & Clark Fellows Concept Paper for the Bicentennial Commemoration.* Vancouver, Wash.: Lewis and Clark Bicentennial Council, 1998.

Hall-Ellis, Sylvia D. and Mary Ann Berry. *The Impact of Library Resource Centers on Academic Achievement in Public Schools in Texas: The Final Report.* Prepared under the sponsorship of the Research Enhancement Fund award from Sam Houston State University, the Texas Association of School Librarians, the Children's Services Round Table, and the Young Adults' Services Round Table. Huntsville, Tex.: Sam Houston State University, College of Education and Applied Science, 1997.

Hall-Ellis, Sylvia D. *The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in Texas.* Huntsville, Tex.: Sam Houston State University, College of Education and Applied Science, 1997.

Hall-Ellis, Sylvia D. *Planning for Educational Technology: the Distance Education Implementation Phase: An Investigation of Technology and Telecommunication Needs for Region One Education Service Center, South Texas Community College, TCI Cablevision of South Texas, Inc., Tech Prep of the Rio Grande Valley, Inc., Texas State Technical College, Centro Cultural en el Valle de Texas, McAllen Independent School District, Harlingen Consolidated Independent School District, Donna Independent School District, Edinburg Consolidated Independent School District, La Joya Independent School District, Mercedes Independent School District, Pharr-San Juan-Alamo Independent School District, Sharyland Independent School District, Easter Seal Society of the Rio Grande Valley, Inc., and McAllen Memorial Library.* Harlingen, Tex.: Tech Prep of the Rio Grande Valley, 1996.

Hall-Ellis, Sylvia D. "Barcodes for the Texas Library Connection." Prepared under the sponsorship of the Office of Technology Services, Texas Education Agency. Austin, Tex.: TENET News and Conferences, March 1995.

Hall-Ellis, Sylvia D. *[et. al.] Planning for Educational Technology: A Study of Future Technology Needs for the Donna Independent School District, Region One Education Region Service Center, Tech Prep of the Rio Grande Valley, Inc. South Texas Community College, and the Department of Library Science, Sam Houston State University.* Research team: Sylvia D. Hall-Ellis, Ruth Ann Riggins, Noe Torres, Patricia G. Bubb, and Michael D. Bell. Harlingen, Tex.: Tech Prep of the Rio Grande Valley, 1994. Funded through a grant award from the Texas Education Agency.

Hall-Ellis, Sylvia D. and Mary Ann Berry. *The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in South Texas.* Huntsville, Tex.: Sam Houston State University, College of Education and Applied Science, 1993. Funded through a grant award from the Sam Houston State University Research Enhancement Fund.

Hall-Ellis, Sylvia D., Alice Krueger, and Linda Brannan. *Thesaurus Development for National Curriculum Materials Database at the Eisenhower National Clearinghouse for Mathematics and Science Education, Columbus, Ohio.* Developed under the sponsorship of Mid-Continent Regional Educational Laboratory Corporate Library, Aurora, Colo. Washington, D.C.: National Science Foundation; Columbus, Ohio: ERIC Clearinghouse for Mathematics and Science Education, 1993.

Hall-Ellis, Sylvia D. and Clarence L. Coffindaffer. *Partners in Progress: The 1992 Montana Library Federation Study Final Report*. Helena, Mont: Montana State Library and The Blue Bear Group, Inc., 1992.

Hall-Ellis, Sylvia D. and Clarence L. Coffindaffer. *Montana Federation Study Identification Paper*. Denver, Colo.: The Blue Bear Group, Inc., 1992.

Liquidia's Exhibit 1036
Page 58

Bruntjen, Scott and Sylvia D. Hall. *Recommendations on the Development of System-Wide Efforts of the Northern Waters Library Service.* Ashland, Wisc.: Northern Waters Library Service and The Blue Bear Group, Inc., 1989.

Hall, Sylvia D. *The Iowa Union List of Serials as A Part of The Iowa Locator: Planning Document*. Des Moines, Ia.: State Library of Iowa, 1988.

Hall, Sylvia D. *Iowa Computer-Assisted Network (ICAN Users' Manual. IBM Compatible Edition: Version 7.0.* Des Moines, Ia.: State Library of Iowa, 1988.

Hall, Sylvia D. *Iowa Computer-Assisted Network (ICAN Users' Manual. IBM Compatible Edition: Version 5.0.* Des Moines, Ia.: State Library of Iowa, 1986.

Hall, Sylvia D. *Iowa Computer-Assisted Network (ICAN Users' Manual. Apple MacIntosh Edition: Version 5.0.* Des Moines, Ia.: State Library of Iowa, 1986.

Bruntjen, Scott and Sylvia D. Hall. *The District of Columbia Public Library Planning for Retrospective Conversion of Bibliographic Records and Automation Issues for the 1990's: Final Report*. Central City, Colo.: The Blue Bear Group, Inc., 1986.

Bruntjen, Scott and Sylvia D. Hall. *The Iowa Locator: Final Report.* Central City, Colo.: The Blue Bear Group, Inc., 1986.

Bruntjen, Scott and Sylvia D. Hall. *Discovering Resource Sharing Treasures: Accessing Pennsylvania's High School Library Collections*. Harrisburg, Pa.: State Library of Pennsylvania, Bureau of School Library Media Resources, 1985.

Hall, Sylvia D. *Retrospective Conversion and the Completeness of Cataloging in Pennsylvania High School Libraries.* Pittsburgh, Pa.: PRLC, Inc., 1985.

Bruntjen, Scott and Sylvia D. Hall. *The Iowa Locator.* Des Moines, Ia.: State Library of Iowa, 1985-
http://www.statelibraryofiowa.org/ld/silo/locator

Bruntjen, Scott and Sylvia D. Hall. *ICAN Analysis*. Des Moines, Ia.: State Library of Iowa, 1985.

Bruntjen, Scott and Sylvia D. Hall. *Zebras: Bar Codes, Standards, and Library Automation*. Central City, Colo.: The Blue Bear Group, Inc., 1985.

Hall, Sylvia D. and Scott Bruntjen. *Access Pennsylvania.* Harrisburg, Pa.: State Library of Pennsylvania, 1984-
http://www.accesspa.org

Hall, Sylvia D. *Reconfiguration of the ITAC Cataloging Data Base to Machine Readable (MARC) Format*. Classified Document. Arlington, Va.: U. S. Army Intelligence and Threat Analysis Center, 1984.

Bruntjen, Scott and Sylvia D. Hall. *South Dakota Library Automation Plan: Final Report*. Pittsburgh, Pa.: PRLC, Inc., 1982. Reprinted by the South Dakota State Library, 1983.

Bruntjen, Scott and Sylvia D. Hall. *Altoona Automation Plan: Final Report prepared for the Altoona Area Public Library and the Altoona District Library Center*. Pittsburgh, Pa.: PRLC, 1983.

Bruntjen, Scott, Sylvia D. Hall and Paul J. Pugliese. *College Space Utilization Study*. Pittsburgh, Pa.: PRLC, Inc., 1983.

Hall, Sylvia D. *Pennsylvania Public Library Film Center Union Catalog Cataloging and Technical Services Procedures Manual*. Pittsburgh, Pa.: PRLC, Inc., 1982.

Hall, Sylvia D. *History of Library Development in Pennsylvania: A Review and Content Analysis of the Plans, 1955-1980*.  Pittsburgh, Pa.: PRLC, Inc., 1982.

Hall, Sylvia D. *Newspapers on Microfilm: A Listing of Newspapers in Allegheny, Chemung, Schuyler,Steuben, and Yates Counties*. Ithaca, N.Y.: South Central Reference and Research Council, 1981.

Hall, Sylvia D. *OCLC/ILL Subsystem at Southern Tier Library System.* Albany, N.Y.: SUNY/OCLC Network, 1980.

Hall, Sylvia D. *Retrospective Conversion for Major Public Libraries in South Central New York State: A Technical Report*. 2 vols. Corning, N.Y.:  Southern Tier Library System, 1979-1980.

Hall, Sylvia D. *The Librarian and the Mexican-American Patron in Texas.* Austin, Tex.: Texas State Library, 1978.

**Other Publications**

Hall-Ellis, Sylvia D., ed. *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* St. Paul, MN: St. Catherine University, 2017. 255 p.

Hall-Ellis, Sylvia D., and Robert O. Ellett, Jr., guest editors. *RDA Testing: Lessons Learned and Challenges Revealed: A Special Issue of Cataloging & Classification Quarterly* 49, no. 7-8 (November 2011).

Hall-Ellis, Sylvia D. and Robert O. Ellett, Jr. *Fundamentals of Cataloging I: An Online ALCTS Course.* Chicago, Ill.: American Library Association, 2009.

Hall-Ellis, Sylvia D., Angela J. Kinney and Martha Ann Bace, editors. *Best Practices in Cataloging Education Identified at the 2007 ALCTS Pre-conference: A Special Issue of the Journal for Library and Information Science Education* 49, no. 2 (Spring 2008).

Hall-Ellis, Sylvia D. *Cataloging Education: A New Emphasis for the Library and Information Science Curriculum.* Presentation delivered to the ALCTS Pre-conference, 132nd Annual Conference, American Library Association, Washington, D.C., June 22, 2007. http://www.loc.gov/aba/professional/

Hall-Ellis, Sylvia D. "*Cataloger Competencies: Do the Employers Require What the Professors Teach?*" Presentation delivered to the ALCTS CCS Heads of Cataloging Discussion Group, 131st Annual Conference, American Library Association, New Orleans, Louisiana, June 26, 2006.  http://dlist.sir.arizona.edu/

Hall-Ellis, Sylvia D., guest editor, with Deborah S. Grealy, Clara L. Sitter, and Tassos Petrou. *Library Students' Voices in Colorado: An Issue of Colorado Libraries* 31:1 (Spring 2005).

Hall-Ellis, Sylvia D., ed. *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* Denver, Colo.: University of Denver, College of Education, 2003. 125 p. with CD-ROM.

Hall-Ellis, Sylvia D. and Deborah S. Grealy, guest editors. *Library Education in Colorado: An Issue of Colorado Libraries* 29, no. 2 (Summer 2003).

Hall-Ellis, Sylvia D., ed. *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* Denver, Colo.: University of Denver, College of Education, 2003.

Hall-Ellis, Sylvia D. "Adaptive Furniture for the ADA-Qualified: An Investigative Study." 2001. Unpublished manuscript.
Hall-Ellis, Sylvia D. "Cataloging Electronic Serials: A Study in User Access and Article Delivery." 2001. Unpublished manuscript.

Hall-Ellis, Sylvia D. "E-books: Acquisition and Circulation Issues in Public Libraries." 2001. Unpublished manuscript.

Hall-Ellis, Sylvia D. "Authority Control and Its Importance in School Library Media Online Catalogs." 1999. Unpublished manuscript.

Hall, Sylvia D. "Cooperation Improving Service in San Antonio System." *Texas Libraries* XXXVII (Spring 1976): 27-29.

Hall, Sylvia D. "Summer is Sea Monstrously Fun!" *Texas Library Journal* L (December 1974): 224-226.

Hall, Sylvia D. "A Brief Annotated Bibliography of Non-book Materials on the Mexican American." *Texas Library Journal* XLVIII (October 1972): 213-232.

## Book Reviews

*ALA Book of Library Grant Money.* Ann Kepler, ed. 8th ed. Chicago, IL: American Library Association, 2011. 978-0-8389-1058-0, $175.00 [*Colorado Libraries,* June 2012]

*Developing a Compensation Plan for Your Library.* Paula M. Singer and Laura L. Francisco, comps. 2nd ed. Chicago, IL: American Library Association, 2009. 978-0-8389-0985-0, $57.00 [*Colorado Libraries,* March 2012]

*Frugal Librarian.* Carol Smallwood, ed. Chicago, IL: American Library Association, 2011. 978-0-83891-075-7, $42.00 [*Colorado Libraries,* February 2012]

Dowlin, Ken. *Getting the Money: How to Succeed in Fundraising for Public and Nonprofit Libraries.* Westport, Conn.: Libraries Unlimited, 2008. 978-1-59158-597-X, $50.00 [*Colorado Libraries,* February 2009]

Lundahl, Mats. *Bebo de Cuba; Bebo Valdés y Su Mundo*, by Mats Lundahl. Traducción de Linda Oakeshott Dragó. Barcelona: RBA Libros, 2008. 978-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-6, $33.99 [*Críticas*, November 2008]

Bonelli, Florencia. *Marlene*, by Florencia Bonelli. Buenos Aires: Aguilar, Altea, Taurus, Alfaguara, 2008. 978-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-3, $24.95 [*Críticas*, October 2008]

Keret, Etgar. Traducción de Ana María Bejarano. *Pizzería Kamikaze y Otras Relatos.* México, D.F.: Editorial Sexto Piso, 2008. 968-5679-29-0, no price given [*Críticas*, September 2008]

Littauer, Marita, and Florence Littauer. *Enriquece tu Comunicación. Miami, Fla.: Editorial Unilit, 2008.* 978-0-7899-1521-4, $11.99 [*Críticas*, August 2008]

Martínez, Guillermo. *La Muerte Lenta de Luciana B.* New York: Rayo Planeta, 2008. 978-0-06-156551-9, $14.95 [*Críticas*, May 2008]

Matthews, Joseph R. *The Evaluation and Measurement of Library Services.* Westport, Conn.: Libraries Unlimited, 2007. 978-1-59158-532-9, $50.00 [*Colorado Libraries,* April 2008]

Gómez-Jurado, Juan. *A Masacre de Virginia Tech: Anatomía de una Mente Torturada.* Barcelona: Ediciones El Andén, 2007. 978-84-935789-4-7, €16.50 [*Críticas*, February, 2008]

Matthews, Joseph R. *Library Assessment in Higher Education.* Westport, Conn.: Libraries Unlimited, 2007. 978-1-59158-531-2, $45.00 [*Colorado Libraries,* February 2008]

Chacón, Inma. *La Princesa India: Cuando el Viento Azul.* México: Alfaguara, 2006. 970-770398-9, $19.95 [*Críticas*, June 2006]

Vargas Llosa, Mario. *Israel/Palestina: Paz o Guerra Santa.* fotogs. by Morgana Vargas Llosa. Spain/U.S.: Aguilar: Santillana, 2006. 84-03-09691-7, paper, $19.95 [*Críticas*, May 2006]

Liquidia's Exhibit 1036
Page 61

Findlay, Diane. *Digging into Dewey.* Fort Atkinson, Wisc.: Upstart Books, 2005. 978-1-932146-18-9, $16.95 [*Colorado Libraries,* May 2006]

*Pequeñas Resistencias 4: Antología del Nuevo Cuento Norteamericano y Caribeño.* Menéndez, Ronaldo, Ignacio Padilla & Enrique del Risco, eds. Madrid**:** Páginas de Espuma, 2005. 84-95642-59-X, paper, $36.95 [*Críticas*, April 2006]

Rueda, André. *Vengo a Salvar a España: Biografía de Un Franco Desconocido.* Madrid**:** Nowtilus (Investigación Abierta), 2005. photogs., bibliog. 84-9763-202-8, paper, $23.95 [*Críticas*, March 2006]

Becerra, Ángela. *El Penúltimo Sueño.* 1st ed. Barcelona: Planeta, 2005. 84-08-05795-2, $25.95. [*Críticas*, January 2006]

Aguilar Camín, Héctor. *La Conspiración de la Fortuna.* 1st ed. México: Planeta, 2005. 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-2, $19.95 [*Críticas*, October 2005]

*México en Sus Libros.* Enrique Florescano with Pablo Mijangos, editors & compilers. 1st ed. México, D.F.: Taurus Aguilar, 2004. 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-3, $16.95 [*Críticas*, September 2005]

*Historia Económica de México.* Coordinator, Enrique Semo. México: Universidad Nacional Autónoma de México, Editorial Oceano de México, 2004. 13 vols. 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+3 (obra completa), $9.25 each [*Críticas*, August 2005]

Czarnowsky, Christyne A. and Michael H. Williams. *Managing Your Wired Workforce: A Practical Guide.* Denver, Colo.: Bradford Pub., 2003. 1-883726-79-4, $24.95 [*Colorado Libraries,* 2004]

*Abraham Lincoln.* Colección Grandes Biografías. Madrid: Edimat Libros, 2003. 84-8403-858-0, €4.95 [*Críticas*, 2004]

Alponte, Juan María. *Colón: el Hombre, el Navegante, la Leyenda.* México, D.F.: Aguilar, 2003. 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-8, $16.95 [*Críticas*, 2004]

Olcese Salvatecci, Alfieri. *Cómo Estudiar con Éxito: Técnicas yHhábitos Para Aprender Major.* México, D.F.: Alfaomega Grupo Editor, 2002. 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-9 [*Críticas*, 2003]

*Mujeres Como Islas: Antología de Narradoras Cubanas, Dominicanas, Puertoriqueñas.* Edición: Olga Marta Pérez, Thelma Jiménez, Andrés Blanco D., eds. Santo Domingo, República Dominicana: Ediciones Ferilibro, 2002. 959-209-419-5 [*Críticas*, 2003]

Tibol, Raquel. *Los Murales de Diego Rivera: Universidad Autónoma Chapingo.* México, D.F.: Editorial RM, Universidad Autónoma Chapingo, 2002. 968-5208-08-5 [*Críticas*, 2003]

Lindsay-Poland, John. *Emperors in the Jungle: the Hidden History of the U.S. in Panama.* Durham, N.C.: Duke University Press, 2003. 0-8223-3098-9, $18.95 [*Críticas*, 2003]

Kaplan, Allison G. and Ann Marlowe Riedling. *Catalog It! A Guide to Cataloging School Library Materials.* Worthington, Ohio: Linworth Pub., 2002. 1-58683-014-7, $44.95 [*Colorado Libraries,* 2002]

Bardach, Ann Louise. *Cuba Confidential: Love and Vengeance in Miami and Havana.* New York: Random, 2002. 0-375-50489-3, $25.95 [*Library Journal*, 2002]

Swan, James. *Fundraising for Libraries: 25 Proven Ways to Get More Money for Your Library.* New York: Neal Schuman, 2002. 1-55570-433-6, $69.95 [*Colorado Libraries,* 2002]

Puíg de Lange, Victoria. *Sol Con Agua.* Nashville, Tenn.: Editorial Vistazo/Ediciones Reio Negro, 2002. 0-9724506-0-2, $17.75 [*Críticas*, 2002]

Liquidia's Exhibit 1036
Page 62

*The Encyclopedia of Latin American Politics.* Edited by Diana Kapiszewski; assistant editor, Alexander Kazan. Westport, Conn.: Oryx Press, 2002. 1-57356-306-4, $74.95 [*Library Journal*, 2002]

Vargas Lizano, Isabel. *Y Si Quieres Saber de Mi Pasado.* Con la colaboración de J.C. Vales. Madrid: Santillana Ediciones Generales, S.L., 2002. 84-03-09278-4, $18.95 [*Críticas*, 2002]

Ruy Sánchez, Alberto. *Los Jardines Secretos de Mogador: Voces de Tierra.* México, D.F.: Alfaguara, S.A., 2001. 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-1, $16.95 [*Críticas*, 2002]

Chávez, Ricardo and Celso Santajuliana. *El Final de las Nubes.* Barcelona: RBA Libros, S.A., 2001. 84-7901-760-0, $11.95 [*Críticas*, 2002]

*The Power of Language / El Poder de la Palabra: Selected Papers from the Second REFORMA National Conference.* Edited by Lillian Castillo-Speed and the REFORMA National Conference Publications Committee. Englewood, Colo.: Libraries Unlimited, 2001. 1-563089459, $35.00 [*Colorado Libraries,* 2001]

Martínez, Rubén. *Crossing Over: A Mexican Family on the Migrant Trail.* Metropolitan: Holt, 2001. 0-8050-4908-8, $26.00 [*Library Journal*, 2001]

Guevara, Ernesto "Che." *The African Dream: the Diaries of the Revolutionary War in the Congo.* Translated from the Spanish by Patrick Camiller. With an introduction by Richard Gott and a foreword by Aleida Guevara March. New York: Grove Press, 2001. 0-8021-3834-9, $13.00 [*Library Journal*, 2001]

Cooper, Gail and Garry Cooper. *New Virtual Field Trips.* Englewood, Colo.: Libraries Unlimited, 2001. 1-56308-887-8, $27.50 [*Colorado Libraries,* 2001]

Liquidia's Exhibit 1036
Page 63

**NATIONAL SERVICE & PROFESSIONAL AFFILIATIONS**

**American Library Association**
    Association for Library Collections & Technical Services
        Cataloging, Classification, and Metadata Section
          ALCTS Editorial Board, Member, 2015-2019
          Committee on Cataloging: Description and Access, Member, 2008-2012
          Test Site for RDA, Manager, 2009-2011
          Nominating Committee, Member, 2007-2008
          Committee for Education and Training of Catalogers, Chair, 2006-2007, Member, 2003-2007
          Competencies & Education for a Career in Cataloging Interest Group, Chair, 2010-2012; Member, 2010-
        President's Program Committee, 2015-2016
        Education Committee, Member, 2005-2007
        Task Force on Competencies and Education for a Career in Cataloging, Chair, 2007-2009
        2007 Annual Meeting Pre-conference, "What They Don't Teach in Library School: Competencies,
          Education and Employer Expectations for a Career in Cataloging," Steering Committee Chair
        Fundraising Committee, Member, 2004-2006
        Office of Diversity
          Committee on Diversity, Chair, 2010-2011
          Diversity Research Advisory Committee, Member, 2009-2010
          Spectrum Scholar Mentor, 2009
          Diversity Grants Review Committee, Member, 2007, 2010, 2012
        Office of Statistics and Research
          Research and Statistics Committee, Member, 2005-2007; Intern, 2003-2005
          Library Research Round Table
            Membership Committee, 2019-2021
            Board of Directors, Member At-Large, 2009-2012
            Member, 2003-
        Office of Accreditation
          Accreditation Panel Member (training completed 2004)
          Accreditation Review Panel Member (training completed 2004)

**REFORMA**
    National Board of Directors, 2005-2013
    National Fundraising Chair, 2005-2013
    National Recruiting and Mentoring Committee, 2008-2010
    Colorado Chapter, Secretary, 2004-2005
    Colorado Chapter Liaison to National Board of Directors, 2004-2013

**Online Audiovisual Catalogers Association (OLAC)**
**American Association of Law Libraries (AALL)**
**Colorado Association of Law Librarians (CoALL)**

**American Association of University Women**
**Association for Library and Information Science Education (ALISE)**
    University of Denver ALISE Representative, 2003-2008; 2010-2011
    Membership Advisory Committee, 2007-2010
    Technical Services Education Special Interest Group, 2003-
    Garfield Doctoral Dissertation Award Reviewer, 2012
    Garfield Doctoral Dissertation Scholarship Reviewer, 2014
**American Association of University Professors (AAUP), 2006-**

Liquidia's Exhibit 1036
Page 64

**American Grant Writers Association, 2014-**
**Grant Professionals Institute, 2016-**
**National Grants Management Association, 2014-**
Grant Reviewer (National and Regional Team Leader), U.S. Department of Education, 1998-
Grant Reviewer, Broadband Technologies Opportunity Program, U.S. Department of Commerce, 2009
Grant Reviewer, Institute of Museum and Library Services, 1998-2000
Grant Reviewer, Colorado Department of Education, 2014-
Grant Reviewer, Colorado State Library, 1998-
Grant Reviewer, American Association of Community Colleges *Working Connections* program, 1999
Peer Reviewer, *Journal for Library and Information Science Education,* 2005-
Peer Reviewer, *Journal of Library Metadata,* 2009
Peer Reviewer, *International Journal of Library and Information Science,* 2011
Regular Columnist, *The Bottom Line,* 2013-2016
Book Reviewer, *Library Journal,* 2001
Book Reviewer, *Críticas,* 2002-2009
Book Reviewer, *Colorado Libraries,* 2000-2012

## REGIONAL SERVICE & PROFESSIONAL AFFILIATIONS

**Mountain Plains Library Association**
    Professional Development Grants Committee, Member, 2005-2006
    Professional Development Policy and Guidelines Sub-committee Chair, 2006

**Colorado Association of Libraries**
    "Student Voices" Column Editor, *Colorado Libraries,* 2005-2006
    Conference Planning Committee, Member, 2002
    Technical Services and Automation Division, Chair, 2002-2003; Member, 2000-
    Academic Libraries Division, Peer Review Conference Papers Committee, Member, 2007-2009
    Education Committee, Member, 1988-1993
    Diverse Populations Committee, Member, 2009-2013

## SERVICE TO THE UNIVERSITY OF DENVER
Center for Teaching and Learning Faculty Advisory Board, 2007-2008; 2010-2012
Center for Community Engagement and Service Learning Advisory Board, 2007-2012
Faculty Senate
    Executive Committee, 2008-2013
    Nominations, Rules & Credentials Committee, Chair, 2008-2013; Member 2007-2013
    Appointment, Promotion, and Tenure Revision Committee, 2010-2012
    Grievance Policy Committee Member, 2007-2010
Law Library Director Search Committee Chair, 2012-2013
PROF Grant Review, College Representative to the University Review Team, 2006, 2008
Project Homeless Connect Evaluations, Principal Investigator, 2006-2009
University Technology Council, 2007-2009
University of Denver Hyde Interviews for Incoming Freshmen, 2003-2012

## SERVICE TO THE MORGRIDGE COLLEGE OF EDUCATION
Appointment, Tenure & Review Committee
    Member, voting, 2003-2005; 2007- 2009
    Chair, Clinical Faculty Promotion & Tenure Policy Subcommittee, 2008-2009
    Member, Community Engagement Subcommittee, 2007-2009
    Member, Tenure Review Panel, 2003
Advancement and Alumni Relations Committee, Chair, 2003-2007; Member, 2002-2007
College Building Committee Member, 2004-2010
College of Education Student Association, Faculty Advisor, 2004-2007; 2009-2010
Faculty Senator, 2007-2013
Research and Scholarship Committee, Chair, 2008-2009; Member, 2002-2003, 2008-2009

Liquidia's Exhibit 1036
Page 65

Research and Grant Mentoring Committee, Chair, 2009-2010
Research Task Force Member, 2010-2012
Search Committee Member, Assistant Professor for Curriculum & Instruction, 2010-2011
Workload Task Force Member, 2010-2011

**SERVICE TO THE LIBRARY & INFORMATION SCIENCE PROGRAM**
Library and Information Science Student and Alumni Association, Faculty Advisor, 2002-2008
ALA Student Chapter, Faculty Advisor, 2005-2008
Beta Phi Mu Phi Chapter, Faculty Advisor, 2004-2014
Steering Committee Member, Accreditation by the American Library Association, 2001-2004
Search Committee Member, Associate Professor for LIS, 2006
Search Committee Chair, Assistant Professors for LIS, 2003, 2005, 2006, 2007
Search Committee Ex-Officio Member, Director for LIS, 2004

**SERVICE TO SAM HOUSTON STATE UNIVERSITY**
Rio Roundup: South Texas Literature Conference, Conference Coordinator, 1993
External Relations, Fund Raising, Grants Committee, Chair, 1993-1995
Advisory Council Committee, Chair, 1993-1995
Students, Admissions, and Advisement Committee, Chair, 1994
Institutional Effectiveness Committee, Member, 1993-1995

**SERVICE TO THE COLLEGE OF EDUCATION AND APPLIED SCIENCE**
Faculty Affairs Committee, Member, 1993-1995
Curriculum Committee, Member, 1993-1995
Continuing Education Committee, Member, 1993-1995

**SERVICE TO THE COMMUNITY**
French Teacher & Student Exchange with Laon, France, Monarch High School, Boulder Valley School District
    (Boulder, Colorado), 2017-
Denver/Boulder Games 2022, Board of Directors, Secretary-Treasurer, 2015-2018
United Way Campaign Committee, College of Education, 2006
Arapahoe County, Election Judge for the County Clerk and Recorder, 2000-2005
Arthritis Foundation, Rocky Mountain Chapter, Certified Educator & Trainer, 1999-2008
Bonfils Blood Center, Silver Level Donor, 2000-2016
Denver Museum of Natural History, Docent, 1992
Tech Prep of the Lower Rio Grande Valley, Inc. (Harlingen, Texas) Board of Directors, 1995-1997
    Executive Committee, 1996-1997; Chair, Development Committee, 1995-1997; Chair, Fiscal Agency
    Committee, 1995-1996; Chair, Colleges and Universities Committee, 1996-1997
Gilpin County (Colorado) Public Library Board of Trustees, 1986-1989; Vice President, 1987-1989
City of Central (Colorado) Economic Development Committee, 1987-1989
Columbine Family Health Centers, Inc. (Nederland and Black Hawk, Colorado) Board of Directors, 1988-1989

**CERTIFICATION**
    Permanent Public Librarian Certificate - Pennsylvania, New York, Texas
    Westlaw Expert Witness, 2008-
    Certified Grant Writer®, 2016-

**AWARDS AND HONORS**
Advanced Practitioner for Service Learning and Community Engagement, University of Denver, 2011
Platinum Star Alumnae, College of Information, Library Science & Technologies, University of North Texas, 2009
Commendation for Integration of Technologies in Teaching & Learning Environment, University of Denver, 2006
Outstanding Adjunct Faculty Member Award, College of Education, University of Denver, 2002
Beta Phi Mu, Pi, University of Pittsburgh, 1985
Alpha Lambda Sigma, University of North Texas, 1972

**Appx1920**

Sylvia D. Hall-Ellis, Ph.D.
Page 17 of 50

*Albert Nelson Marquis Lifetime Achievement Award, Who's Who in America*
*Who's Who in American Women*
*Who's Who of Women Executives*
*Dictionary of International Biography*
*Who's Who in the East*
*Who's Who in the South and Southwest*
*Who's Who in the World*
*Who's Who of Online Professionals*
*Who's Who in Library and Information Science*
*2,000 Notable Women*
*Who's Who of Emerging Leaders*
*Who's Who in Professional and Executive Women*
*Who's Who in American Education*
*International Who's Who of Professional and Business Women*
*International Leaders in Achievement*
*International Educator of the Year*
*Who's Who in Finance and Industry*
*Who's Who in Finance and Business*

Liquidia's Exhibit 1036
Page 67

**Invited International and National Conference Presentations**

Driscoll, Margaret, Christy Confetti Higgins, Scott Brown, and Sylvia D. Hall-Ellis. *A View from Within: Open House Tour of Three Canvas Core Courses.* Presentation to be delivered at the School of Information, San José State University Professional Development Seminar, San José, California, October 17, 2019.

Hall-Ellis, Sylvia D. *Invest in Me -- I'm Your Future: Succession Planning for Libraries.* Keynote presentation delivered at the ALCTS President's Symposium, Boston, Mass., January 8, 2016.

Seidel, Kent E. and Sylvia D. Hall-Ellis. *Making Grants Work for You: Strategies for Doctoral Students and Early Career Scholars.* Presentation delivered at the University Council for Educational Administration, Early Career Scholars Session, Indianapolis, Ind., November 9, 2013.

Hall-Ellis, Sylvia D. *So You Want to be a Manager; Leadership Skills and Competencies for Technical Services Managers and Administrators.* Presentation delivered at the 138th Annual Conference, American Library Association, Chicago, Ill., June 29, 2013.

Seidel, Kent E., Karen S. Riley, Lyndsay Agans, Susan Korach, and Sylvia D. Hall-Ellis. *Making Grants Work for You (Instead of Just Working for Grants).* A panel discussion delivered at the University Council for Educational Administration, Early Career Scholars Session, Denver, Colo., November 17, 2012.

Hall-Ellis, Sylvia D. *After the Great TS Reorganization: The Westminster Law Library.* Presentation delivered at the 137th Annual Conference, American Library Association, Anaheim, Calif., June 23, 2012.

Hall-Ellis, Sylvia D. *Conversations with Catalogers in the 21st Century.* A panel discussion sponsored by the ALCTS Competencies for a Career in Cataloging Interest Group, delivered at the 137th Annual Conference, American Library Association, Anaheim, Calif., June 22, 2012.

Hall-Ellis, Sylvia D., moderator. *Mid-Career Leaders Program.* A panel discussion sponsored by the ALA Committee on Diversity delivered at the 136th Annual Conference, American Library Association, New Orleans, La., June 26, 2011.

Hall-Ellis, Sylvia D., moderator. *Diversity Town Hall.* A community conversation sponsored by the ALA Committee on Diversity delivered at the 136th Annual Conference, American Library Association, New Orleans, La., June 24, 2011.

LaBarre, Kathryn, Sylvia D. Hall-Ellis, Karen Anderson, Rick Hasenyager, Christopher Cronin, and Penny Baker. *Briefings from RDA Test Participants.* A panel discussion delivered at the Midwinter Conference, American Library Association, San Diego, Calif., January 7, 2011.

Miksa, Shawne, Marjorie Bloss, and Sylvia D. Hall-Ellis. *Educating the Next Generation of Catalogers: Teaching RDA.* A panel discussion delivered at the 97th Annual Conference, Association for Library and Information Science Education, San Diego, Calif., January 7, 2011.

Hall-Ellis, Sylvia D., Robert Maxwell, John Hostage, and George Prager. *RDA Panel: What Cataloging Managers Need to Know.* Presentation delivered at the 103rd Annual Conference, American Association of Law Librarians, Denver, Colo., July 12, 2010.

Hall-Ellis, Sylvia D. and Stacey L. Bowers. *Catalogers in the RDA Environment: Skill Sets, Expectations and Challenges.* Presentation delivered at the 103rd Annual Conference, American Association of Law Librarians, Denver, Colo., July 11, 2010.

Hall-Ellis, Sylvia D. *Comfortable in Your Cataloging and Metadata Specialist Skin? Or, So You Want to Hire a Cataloger.* Presentation delivered to the ALCTS Research Group at the 134th Annual Conference, American Library Association, Chicago, Ill., July 11, 2009.

Liquidia's Exhibit 1036
Page 68

Perez, Megan, Sylvia D. Hall-Ellis, and Denise Anthony. *From Novice to Expert: Collaboration for Succession Planning.* A "hot topic" presentation delivered at the 14th ACRL Conference, Seattle, Wash., March 13, 2009.

Hall-Ellis, Sylvia D. *Cataloging in the RDA Environment: Skill Sets, Expectations and Challenges.* Presentation delivered to the ALCTS Research and Publications Committee at the Midwinter Conference, American Library Association, Denver, Colo., January 24, 2009.

Hall-Ellis, Sylvia D. *LIS Cataloging Education for the 21st Century: Expectations and Challenges.* A panel discussion held at the 95th Annual Conference, Association for Library and Information Science Education, Denver, Colo., January 23, 2009.

Chu, Clara, Sylvia D. Hall-Ellis, and Mark Winston. *The Doctoral Degree & Building a Career.* A panel discussion delivered at the ALA Office of Diversity Spectrum Doctoral Fellows E.J. Josey Leadership Institute, Midwinter Conference, American Library Association, Denver, Colo., January 20, 2009.

Hall-Ellis, Sylvia D. and Robert O. Ellett, Jr. *Fundamentals of Cataloging Course: An Overview of the ALCTS Online Course.* Presentation delivered to the ALCTS Big Heads Group, 133rd Annual Conference, American Library Association, Anaheim, Calif., June 30, 2008.

Hall-Ellis, Sylvia D. *Employers' Expectations for Technical Services Librarians: What We Don't Know.* Presentation delivered to the ALCTS Research and Publications Committee Program, 133rd Annual Conference, American Library Association, Anaheim, Calif., June 28, 2008.

Hall-Ellis, Sylvia D., Virginia R. Maloney, and Mary Stansbury. *Institutional Responses to Engaged Scholarship: The Carnegie Foundation Engaged University Classification at Two Universities.* Presentation delivered to the 94th Annual Conference, Association for Library and Information Science Education, Philadelphia, Pa., January 11, 2008.

Hall-Ellis, Sylvia D. *Puzzles, Problems, and Predicaments.* Presentation delivered to the ALCTS Research Discussion Group, 132nd Annual Conference, American Library Association, Washington, D.C., June 23, 2007.

Hall-Ellis, Sylvia D. *Cataloging Education: A New Emphasis for the Library and Information Science Curriculum.* Presentation delivered to the ALCTS Pre-conference, 132nd Annual Conference, American Library Association, Washington, D.C., June 22, 2007. http://www.loc.gov/catdir/cpso/careercat.html

Ellett, Jr., Robert O. and Sylvia D. Hall-Ellis. *Copy Cataloging Done Smarter.* Presentation delivered to the International Conference on Interdisciplinary Information Sciences and Technologies (InSciT2006), October 25-28, 2006.

Hall-Ellis, Sylvia D. and Robert O. Ellett, Jr. *Cooperative Cataloging: Challenges and Opportunities for Defense Libraries.* Presentation delivered to the 1st Annual Conference of Defense Libraries, Spanish Ministry of Defense, Madrid, Spain, July 7, 2006.

Hall-Ellis, Sylvia D. *Cataloger Competencies: Do the Employers Require What the Professors Teach?* Presentation delivered to the ALCTS CCS Heads of Cataloging Discussion Group, 131st Annual Conference, American Library Association, New Orleans, La., June 26, 2006.

Grealy, Deborah S. and Sylvia D. Hall-Ellis. *From Research to Practice: The Scholarship of Teaching and Learning in LIS Education.* Presentation delivered to the at the 92nd Annual Conference, Association for Library and Information Science Education, San Antonio, Tex., January 18, 2006.

Hall-Ellis, Sylvia D. *Employers' Expectations for Entry-Level Catalogers: What Position Announcement Data Indicate.* Research paper delivered to the Technical Services Special Interests Group, 91st Annual Conference, Association for Library and Information Science Education, Boston, Mass., January 12, 2005. http://dlist.sir.arizona.edu/

Hall-Ellis, Sylvia D. *Common Errors in MARC Records Prepared by LIS Students: What Does It Mean?* Research paper delivered to the ALCTS CCS Cataloging Norms Discussion Group, Mid-Winter Conference, 90th American Library Association, San Diego, Calif., January 10, 2004.

Hall-Ellis, Sylvia D. *Visual Arts as Foundation for Successful Library Automation: The Rocky Mountain College of Art & Design Experience.* Paper delivered at the 6th Annual Conference of Higher Education, Charleston, S. C., 1993.

Hall, Sylvia D. *Design Elements for Bibliographic Databases: An Overview.* Paper delivered at the 14th Online National Conference, New York, 1983.

**Invited Regional Conference Presentations**

Hall-Ellis, Sylvia D., Hudson, Christopher D., Brittany Cronin, and Kathryn Michaels. "The Colorado Law Project: Meeting the Public's Need for Legal Information." Panel discussion delivered at the Mountain Plains Library Association Conference, Billings, Mont., April 9, 2011.

Grealy, Deborah S. and Sylvia D. Hall-Ellis. *Education for Information Professionals in New Mexico: Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the New Mexico Library Education Summit, Las Vegas, N.M., September 26, 2005.

Hall-Ellis, Sylvia D. *Public Library-School Library Partnerships.* Presentation delivered at the 3rd Annual Colorado Association of Libraries Conference with the Mountain Plains Library Association, Denver, Colo., October 22, 2004.

Hall-Ellis, Sylvia D. *Learn All You Can – Educational Partnership Opportunities for the Lewis and Clark Bicentennial Commemoration.* Paper delivered at the 3rd Annual Lewis and Clark Bicentennial Council National Planning Conference, Bismarck, N.D., April 26, 1998.

**Invited State Conference Presentations**

Grealy, Deborah S. and Sylvia D. Hall-Ellis. *Academic Library Leadership Changes: Using Succession Planning and Mentoring.* Presentation delivered at the Minnesota Library Education Conference, St. Cloud, Minn., October 10, 2013.

Hall-Ellis, Sylvia D., Merrie Valliant, and Melissa Powell. *RDA: What Is It and What Do You Need To Do With It At Your Library?* Presentation delivered at the Colorado Library Consortium Spring Conference, Ft. Morgan, Colo., April 26, 2013.

Hall-Ellis, Sylvia D. *Service Learning and the Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 4th LEADS Scholars Orientation, Denver, Colo., August 5, 2009.

Hall-Ellis, Sylvia D. *Service Learning: Enhancement to Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 3rd LEADS Scholars Orientation, Denver, Colo., June 2008.

Hall-Ellis, Sylvia D. *Law Librarianship: A Community Conversation.* Sponsored by the Colorado Association of Law Libraries. Paper delivered at the Colorado Supreme Court Library, Denver, Colo., May 14, 2008.

Hall-Ellis, Sylvia D. *Opportunities and Challenges in Law Librarianship: A Community Conversation.* Presentation delivered at the Sturm College of Law, Denver, Colo., November 7, 2007.

Hall-Ellis, Sylvia D. *Grant Writing Resources for Nursing Professionals.* Presentation delivered at the Presbyterian / St. Luke's Health One Medical Center 1st Annual Research Symposium, Denver, Colo., October 17, 2007.

Hall-Ellis, Sylvia D. *Project Homeless Connect 4 Event Evaluation – Insights and Lessons Learned.* Presentation delivered at the Homelessness Research Symposium: What is DU Doing about Homelessness in Denver, Denver, Colo., September 14, 2007.

Hall-Ellis, Sylvia D. *Service Learning and the Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 2nd LEADS Scholars Orientation, Denver, Colo., August 10, 2007.

Hall-Ellis, Sylvia D. *Education for Information Professionals in a Digital Environment: Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 15th Spring Mountains and Plains Parapros Conference, Denver, Colo., February 24, 2007.

Hall-Ellis, Sylvia D. *Public Library Service to Spanish-Speaking and Latino Residents in Denver: A Case Study.* Presentation delivered at the 4th Annual Colorado Association of Libraries Conference, Denver, Colo., November 10, 2005.

Hall-Ellis, Sylvia D. *Education for Information Professionals in a Digital Environment: Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 14th Annual Mountains and Plains Parapros Conference, Aurora, Colo., July 29, 2005.

Hall-Ellis, Sylvia D. *Educational Opportunities: Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 13th Annual Mountains and Plains Parapros Conference, Centennial, Colo., August 6, 2004.

Hall-Ellis, Sylvia D. *Library Education & Training: Focus on the West: An LIS Faculty Member's Personal Response*. Presentation delivered at the 1st Annual Colorado Association of Libraries Conference, Keystone, Colo., October 18, 2002.

Hall-Ellis, Sylvia D. *Grant Writing for School Librarians.* Presentation delivered at the 2002 Annual Colorado Education Media Association Conference, Colorado Springs, Colo., February 15, 2002.

Hall-Ellis, Sylvia D. *Grants – Opportunities for the Future.* Paper delivered at the Southeast Regional Accountability Annual Conference, Lamar, Colo., November 12, 1998.

Hall-Ellis, Sylvia D. *The Texas Library Connection and Interlibrary Loan: An Experiment in Resource Sharing.* Paper delivered at the Texas Computer Educators' Association Annual Conference, Austin, Tex., February 6, 1997.

Hall-Ellis, Sylvia D. *Finding Grant Sources on the Internet: A Guide for Librarians.* Paper delivered at the 2nd Annual Institute for School Library Personnel, Pharr-San Juan-Alamo North High School, Pharr, Tex., July 29, 1996**.**

Hall-Ellis, Sylvia D. *Mathematical and Logical Thinking: A Critical Intelligence.* Paper delivered at the 3rd  Annual Paraprofessional Conference at the University of Texas - Pan American, Edinburg, Tex., March 8, 1996.

Hall-Ellis, Sylvia D. *Cataloging Trends and Issues: Update Session.* Paper delivered at the 1st Annual Institute for School Library Personnel, South Texas Community College, McAllen, Tex., July 19, 1995.

Hall-Ellis, Sylvia D. *Grant Writing: Tips and Encouragement for School Librarians.* Paper delivered at the 1st Annual Institute for School Library Personnel, South Texas Community College, McAllen, Tex., July 18 and 19, 1995.

Hall-Ellis, Sylvia D. *How to Become an Expert Grant Writer.* Paper delivered at the 3rd Annual High School Principals' Academy, South Padre Island, Port Isabel, Tex., June 19, 1995.

Liquidia's Exhibit 1036
Page 71

Hall-Ellis, Sylvia D. *Texas Library Study: Results from Regions I and II.* Paper delivered at the 3rd Annual Technology Conference, Texas A&M University, College Station, Tex., November 18, 1994.

Hall-Ellis, Sylvia D. *Academic Achievement and Middle School Students.* Paper delivered at the 8th Annual Young Adult Conference, Sam Houston State University, Huntsville, Tex., November 5, 1994.

Hall-Ellis, Sylvia D. *Multimedia Resources for Library Leaders.* Paper delivered at the Institute for Librarians in A Multicultural Environment, Sam Houston State University, Huntsville, Tex., June 10, 1994.

Hall-Ellis, Sylvia D. *Finding the Resource: Empowering the User, or, the Case for Curriculum Based Subject Access to Learning Resource Center Collections.* Paper delivered at the 81st Annual Texas Library Association Conference, Corpus Christi, Tex., April 12-16, 1994.

Hall-Ellis, Sylvia D. and William H. Pichette. *Sam Houston State University Makes Use of OCLC/AMIGOS Collection Analysis CD.* Paper delivered at the 81st Annual Texas Library Association Conference, Corpus Christi, Tex., April 12-16, 1994.

Hall, Sylvia D. *Funding and Library Development in Pennsylvania: A Symbiotic Relationship.* Paper delivered at the Annual Graduate Student Colloquia, University of Pittsburgh, School of Library and Information Science, 1982.

Hall, Sylvia D. *Leadership for Public Library Trustees.* Paper delivered for the Trustees Division, Pennsylvania Library Association Annual Conference, Lancaster, Penn., 1981.

**Seminar and Professional Development Presentations**

Taylor, Meredith, and Sylvia D. Hall-Ellis. *Talent Management and Succession Planning.* ALCTS eForum, held March 22, 2017.

Hirsh, Sandra, Heather O'Brien, Michelle Holschuh Simmons, Michael Krasulski, and Sylvia D. Hall-Ellis. *Information Services Today: An Introduction. Part 3: Information Services: Roles in the Digital Age.* Rowan and Littlefield in partnership with Library Journal webinar, recorded February 5, 2015.

Hall-Ellis, Sylvia D. and Jennifer Sweda. *Copy Cataloging in an RDA Environment.* ALCTS eForum, held May 14 and 15, 2013.

Hall-Ellis, Sylvia D. *Law Librarianship: A Community Conversation.* Sponsored by the Colorado Association of Law Libraries, presented at the Colorado Supreme Court Library, Denver, Colo., May 14, 2008.

Hall-Ellis, Sylvia D. and Beatrice Z. Gerrish. *Reading and Libraries: Recent Research in Reading.* Presentation at the Ricks Center for Gifted Education, Denver, Colo., March 4, 2008.

Hall-Ellis, Sylvia D. *Cataloger Competencies: Do the Employers Require What the Professors Teach?* Presentation for the School of Library and Information Science, San José State University, February 12, 2008.

Hall-Ellis, Sylvia D. and Robert O. Ellett, Jr. *Cooperative Cataloging: Rules, Tools, and Conventions for Building a Multi-institutional Catalog.* Sponsored for the Spanish Ministry of Defense, Madrid, Spain, July 10, 2006.

Hall-Ellis, Sylvia D. *Cash for Kids: Grant Writing Opportunities for Youth Services Librarians.* Sponsored by the Colorado Young Adult Librarians; presented at Bemis Memorial Library, Littleton, Colo., November 13, 2002.

Hall-Ellis, Sylvia D. *MARC Records and Authority Control: Planning for Bibliographic Database Migration.* Sponsored and held at the Douglas County Public Library, Castle Rock, Colo., May 28, 2002.

Liquidia's Exhibit 1036
Page 72

Hall-Ellis, Sylvia D. *Grant Writing: A Refresher for Librarians.* Sponsored by Library and Information Science Program, College of Education, University of Denver; presented at University Center at Chaparral, August 12, 2000.

Hall-Ellis, Sylvia D. *Shaking the Money Tree – Basic Grant Writing for Colorado Educators.* Sponsored by the Office of Educational Telecommunications of the Colorado Department of Education.
      Pikes Peak Community College, Colorado Springs, Colo., November 16, 1998.
      Pueblo School District 60, Pueblo, Colo., November 12, 1998.
      University of Northern Colorado, Greeley, Colo., November 10, 1998.
      United Technology Educational Partnership, Grand Junction, Colo., November 9, 1998.

Hall-Ellis, Sylvia D. *Cataloging Multimedia, Kits, Globes and Map Materials in USMARC.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., April 24, 1997 and December 12, 1996.

Hall-Ellis, Sylvia D. *New Standards for School Library Media Centers.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., April 15, 1997.

Hall-Ellis, Sylvia D. *The School Library Media Specialist in the 21st Century: Visions for the Future.* Sponsored and hosted by Pharr-San Juan-Alamo Independent School District, Pharr, Tex., April 4, 1997.

Hall-Ellis, Sylvia D. *Cataloging Sound Recordings and Audio Materials in USMARC.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., March 20, 1997 and November 21, 1996.

Hall-Ellis, Sylvia D. *Evaluating and Selecting CD-ROMS for School Library Media Collections.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., March 18, 1997.

Hall-Ellis, Sylvia D. *Cataloging Audiovisual Materials in USMARC.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., February 27, 1997, November 7, 1996 and October 24, 1996.

Hall-Ellis, Sylvia D. *Introduction to Dialog: Basic Searching Strategies.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., February 14, 1997.

Hall-Ellis, Sylvia D. *Cataloging Books in USMARC.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., January 30, 1997, October 10, 1996, September 26, 1996 and August 8, 1996.

Hall-Ellis, Sylvia D. *Advanced Internet Searching Techniques for Librarians.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., January 21, 1997.

Hall-Ellis, Sylvia D. *Texas Library Connection Full-Text Searching.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., December 13, 1996 and October 25, 1996.

Hall-Ellis, Sylvia D. *Developing Evaluation Strategies for Grants and Proposals.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., December 10, 1996.

Hall-Ellis, Sylvia D. *Developing Needs Assessment for Grants and Proposals.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., November 12, 1996.

Hall-Ellis, Sylvia D. *Texas Library Connection Union Catalog Searching.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., November 8, 1996 and September 6, 1996.

Hall-Ellis, Sylvia D. *Grant Resources on the Internet.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., October 23, 1996.

Hall-Ellis, Sylvia D. *Preparing a Response to the Telecommunications Infrastructure Fund Board: Needs Assessment, Professional Development Framework, and Evaluation Strategies.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., October 16, 1996.

Hall-Ellis, Sylvia D. *Texas Library Connection: Building the Districtwide Bibliographic Database.* Sponsored and hosted by Mercedes Independent School District, Mercedes, Tex., September 13, 1996 and August 8, 1996. Sponsored and hosted by Los Fresnos Consolidated Independent School District, Los Fresnos, Tex., August 12, 1996.

Hall-Ellis, Sylvia D. *School-to-Work and Special Education: An Inclusive Partnership for Success.* Sponsored and hosted by the Office of Special Education, Region One Education Service Center, Edinburg, Tex., September 11, 1996.

Hall-Ellis, Sylvia D. *Telecommunications Infrastructure Fund Board: An Overview of Funding for Secondary Schools.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., August 31, 1996.

Hall-Ellis, Sylvia D. *Cataloging Books, Multimedia, and Realia in USMARC.* Sponsored and hosted by Edinburg Consolidated Independent School District, Edinburg, Tex., August 6, 1996.

Hall-Ellis, Sylvia D. *Internet Resources for Grant Writers.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., April 20, 1996.

Hall-Ellis, Sylvia D. *Enhanced Grant Writing Skills for Mathematics Educators: Writing Skills for Campus Teams.* Sponsored and hosted by the Office of General Education, Region One Education Service Center, Edinburg, Tex., March 22, 1996.

Hall-Ellis, Sylvia D. *Internet Resources for Grant Writers.* Sponsored and hosted by the College of Education and Applied Science, Sam Houston State University, Huntsville, Tex., March 9, 1996.

Hall-Ellis, Sylvia D. *Grant Writing for Mathematics Educators: A Development Process for Campus Teams.* Sponsored and hosted by the Office of General Education, Region One Education Service Center, Edinburg, Tex., March 4, 1996.

Hall-Ellis, Sylvia D. *Shaking the Money Tree: Preparing Successful Technology Grant Applications.* Sponsored and hosted by the Office of Technology and Media Services, Region One Education Service Center, Edinburg, Tex., February 29, 1996 and April 29, 1996.

Hall-Ellis, Sylvia D. *District-wide Technology Planning: Technical Assistance for the Texas Education Agency Initiative.* Sponsored and hosted by the Office of Technology and Media, Region One Education Service Center, Edinburg, Tex., February 2, 1996.

Hall-Ellis, Sylvia D. *Enhanced Grant Writing Skills.* Sponsored and hosted by Pharr-San Juan-Alamo Independent School District, Pharr, Tex., January 27, 1996.

Hall-Ellis, Sylvia D. *United States Copyright Act of 1976, Video Transmissions, Computer Software and the Internet.* Sponsored and hosted by the Office of Technology and Media, Region One Education Service Center, Edinburg, Tex., January 24, 1996.

Hall-Ellis, Sylvia D. *The Grant Writing Development Process.* Sponsored and hosted by Pharr-San Juan-Alamo Independent School District, Pharr, Tex., January 20, 1996.

Hall-Ellis, Sylvia D. *MARC Cataloging of Materials for Library Media Centers.* Sponsored and hosted by the Office of Media Services, Region One Education Service Center for the Donna Independent School District, Donna, Tex., August 17, 1995.

Hall-Ellis, Sylvia D. *Classification.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., May 10, 1995.

Hall-Ellis, Sylvia D. *Library Technical Services.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., April 26, 1995.

Hall-Ellis, Sylvia D. *Grant Writing: An Introduction for Public School Administrators.* Sponsored and hosted by the Office of Administrative Services, Region One Education Service Center, Edinburg, Tex., April 19, 1995.

Hall-Ellis, Sylvia D. *The School Library Media Specialist in the 21st Century: Visions for the Future.* Sponsored and hosted by the United Independent School District, Laredo, Tex., March 31, 1995.

Hall-Ellis, Sylvia D. *Using USMARC.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., March 29, 1995.

Hall-Ellis, Sylvia D. *Library Media Center Policies and Guidelines: How to Prepare for School Board Adoption.* Sponsored and hosted by the Office of Technology and Media Services, La Joya Independent School District, La Joya, Tex., March 10, 1995.

Hall-Ellis, Sylvia D. *Developing District-wide Policies and Guidelines for Library Media Centers.* Sponsored and hosted by the Office of Technology and Media Services, La Joya Independent School District, La Joya, Tex., January 10, 1995.

Hall-Ellis, Sylvia D. *MARC Cataloging of Audiovisual Materials for Library Media Centers.* Sponsored and hosted by the Office of Library Media and Technology Services, Cypress-Fairbanks Independent School District, Houston, Tex., December 1, 1994.

Hall-Ellis, Sylvia D. *The School Library Media Specialist in the 21st Century: Visions for the Future.* Sponsored and hosted by United Independent School District, Laredo, Tex., October 14, 1994.

Hall-Ellis, Sylvia D. *The School Library Media Specialist in the 21st Century: Visions for the Future.* Sponsored and hosted by the Laredo Independent School District, Laredo, Tex., October 7, 1994.

Hall-Ellis, Sylvia D. *MARC Cataloging for Library Media Centers.* Sponsored by the Office of Library Media and Technology Services, Cypress-Fairbanks Independent School District, Houston, Tex., October 5, 1994.

Hall-Ellis, Sylvia D. *Jump to the Head of the Class: Undergraduate Library Resources Available at Sam Houston State University.* Sponsored by the Office of the Associate Vice President for Student Services, Sam Houston State University, Huntsville, Tex., October 4, 1994.

Hall-Ellis, Sylvia D. *CD-ROMs - 1994's Newest and the Best for Secondary Level Media Centers.* Sponsored and hosted by Clear Lake Independent School District, Houston, Tex., June 3, 1994.

Hall-Ellis, Sylvia D. *Introduction to Classification.* Sponsored by AJ Seminars, Rockville, Maryland;  presented at Holiday Inn, Market Center, Dallas, Tex., May 18, 1994.

Hall-Ellis, Sylvia D. *Basic Descriptive Cataloging.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., May 4, 1994.

Hall-Ellis, Sylvia D. *Shaking the Money Tree - Part II: Writing Successful Grant Applications.* Sponsored by Donna Independent School District, Donna, Texas, and Region One Education Service Center Edinburg, Texas; presented at South Texas Community College Library, McAllen, Tex., April 29, 1994.

Hall-Ellis, Sylvia D. *Using MARC.* Sponsored by AJ Seminars, Rockville, Maryland; presented at Holiday Inn, Market Center, Dallas, Tex., April 6, 1994.

Hall-Ellis, Sylvia D. *Automated Authority Control.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., March 23, 1994.

Liquidia's Exhibit 1036
Page 75

Sylvia D. Hall-Ellis, Ph.D.
Page 26 of 50

Hall-Ellis, Sylvia D. *Automating the District School Library Media Centers: Choices and Opportunities.* Sponsored and hosted by the Office of Technology and Library Media Services, Fort Bend Independent School District, Sugar Land, Tex., March 4, 1994.

Hall-Ellis, Sylvia D. *Shaking the Money Tree - Part I: Preparing Successful Grant Applications.* Sponsored and hosted by the Office of Library Media Services, Donna Independent School District, Donna, Tex., February 4, 1994.

Liquidia's Exhibit 1036
Page 76

**GRADUATE COURSES TAUGHT**

**San José State University, School of Library and Information Science**
INFO 249 – Advanced Cataloging and Classification (Fall 2015, 2016; Summer 2016)
INFO 287 – Special Topics in Cataloging and Classification (Spring 2017, 2018, 2019, 2020, 2021; Fall 2020)
LIBR 248 – Beginning Cataloging and Classification (Summer 2002, 2003, 2004, 2005, 2006)
LIBR 249 – Advanced Cataloging and Classification (Summer 2003; Fall 2014; Summer 2015)

**University of Denver, University College**
Grant Writing Certificate Seminar for Non-Profit Organizations (Fall 2020, Spring 2021)

**University of Denver, Morgridge College of Education**
HED 5991 – Grant Writing in Higher Education (Spring 2011)
LIS 4010 – Organization of Information (Fall 2002, 2003, 2004, 2005, 2006, 2009; Winter 2005; Spring 2004, 2005, 2006)
LIS 4020 – Professional Principles and Ethics (Summer 2000)
LIS 4040 – Management of Libraries and Information Centers (Fall 2010; Spring 2003, 2009 (DS); Winter 2005)
LIS 4070 – Cataloging and Classification (Winter 2008, 2009, 2010, 2011, 2012; Fall 2009 (DS))
LIS 4321 – Collection Management (Spring 2005)
LIS 4326 – LIS Research (Winter 2009 (DS); Spring 2009 (DS))
LIS 4350 – Adult Materials and Services (Summer 2006, 2009)
LIS 4379 – Social Sciences Resources (Spring 2009)
LIS 4400 – Cataloging and Classification (Spring 2000, 2001; Winter 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009; Summer 2005, 2006 – course renumbered LIS 4070, September 2007)
LIS 4401 – Descriptive Cataloging (Winter 2001; Spring 2002, 2003, 2006, 2007, 2008, 2009; Summer 2005)
LIS 4402 – Subject Cataloging (Spring 2001, 2009; Summer 2005, 2006, 2007, 2008)
LIS 4403 – Classification Schemes (Fall 2007, 2008, 2009 (DS))
LIS 4405 – Authority Control (Winter 2009)
LIS 4510 – Materials and Services for Children (Winter 2004; Summer 2005)
LIS 4620 – Grant Writing and Fundraising (Summer 2000, 2002, 2004, 2010; Winter 2006; Fall 2006, 2007, 2008, 2009)
LIS 4700 – Seminar in Technical Services (Fall 2001)
LIS 4700 – Seminar in Public Libraries (Summer 2002)
LIS 4804 – Management of Electronic Records (Spring 2004; Fall 2005)
LIS 4902 – Capstone Projects (Winter 2003, Spring 2008, 2009, 2011)
LIS 4910 – Independent Study (every quarter Winter 2000 through Spring 2011)
LIS 4920 – Service Learning (every quarter Summer 2004 through Spring 2011)
RMS 4954 – Grant Writing (Summer 2013, 2014)
RMS 4959 – Content Analysis Methodology (Spring 2015)
QRM 4978 – Grant Writing (Summer 2011, 2012)

**Rutgers University, School of Communication and Information**
SC&I 522 – Cataloging and Classification (Summer 2013)

**University of Arizona, College of Behavioral and Social Sciences**
LIS 602 – Cataloging and Classification (Summer 1995)
LIS 612 – Advanced Online Search and Retrieval (Summer 1995)

**Sam Houston State University, College of Education & Applied Science**
LIS 532 - Cataloging and Classification (Fall 1993, 1994, 1995)
LIS 563 - Advanced Cataloging and Classification (Summer 1994)
LIS 567 - Research Methods (Spring 1994, Spring 1995)
LIS 591 - Educational Technology (Spring 1994, 1995)
LIS 596 - Networking and Computer Technologies in Education (Fall 1993, Summer 1994, Fall 1995)

Liquidia's Exhibit 1036
Page 77

### Dissertations at the University of Denver

Bowers, Stacey L. *Library Anxiety of Law School Students: A Study Utilizing the Multidimensional Library Anxiety Scale.* Chair, May 5, 2010.

Fattor, Melissa M. *Student Engagement Differences by Ethnicity and Scale for Ninth Grade Students.* Chair, November 1, 2010.

Fulton, Roseanne. *A Case Study of Culturally Responsive Teaching in Middle School Mathematics.* Kent Seidel, Chair, June 18, 2009, Outside Chair.

Grealy, Deborah S. *Tribes and Territories in Library and Information Studies Education.* Bruce Uhrmacher, Chair, June 10, 2008, Committee Member.

McCord, J. Michael. *Developing a Standard of Care for Educational Malpractice.* Chair, April 15, 2011.

Priebe, Sarah J. *Distinguishing Effects of Domain and General Knowledge on Passage Fluency and Comprehension.* Jan Keenan, Chair. July 21, 2011, Outside Chair.

Snyder-Mondragon, Sandra M. *Institutional Factors that Impact the Retention of Graduate Students of Color in Schools of Library and Information Science: A Metaregression of Accredited Library School Statistics on Student Retention and Graduation Rates.* Kathy Green, Chair, July 24, 2009, Committee Member.

Taylor, Karen Pickles. *Effective Teaching.* Elinor Katz, Chair, July 15, 2009, Outside Chair.

Thompson, Jennifer. *Distinguishing a Western Women's College: A History of the Curriculum and Student Experience at Colorado Women's College.* Edith W. King, Chair, July 16, 2010, Committee Member.

Walker, Emelda. *Influence of Organizational Factors on Job Satisfaction of Disability Service Providers at Postsecondary Institutions.* Chair, April 29, 2010.

### Dissertation Proposals at the University of Denver

Bowers, Stacey L. *Library Anxiety of Law School Students: A Study Utilizing the Multidimensional Library Anxiety Scale.* Chair, November 5, 2009.

McCord, J. Michael. *Developing a Standard of Care for Educational Malpractice.* Edith W. King, Chair. April 23, 2010.

Thompson, Jennifer. *History of Colorado Women's College.* Edith W. King, Chair, October 30, 2008. Committee Member.

Walker, Emelda. *Influence of Organizational Factors on Job Satisfaction of Disability Service Providers at Postsecondary Institutions.* Chair, July 21, 2009.

### Dissertations at Other Institutions

Rodríguez-Mori, Howard. *The Information Behavior of Puerto Rican Immigrants to Central Florida, 2003-2009: Grounded Analysis of Six Case Studies Use of Social Networks during the Migration Process.* Kathleen Burnett, Chair, April 10, 2009, Florida State University, Committee Member.

Schwartz, Brian *More than a Look-up Skill: Medical Information Literacy Education in Osteopathic Medical Schools.* D. Mirah Dow, Chair, July 18, 2017. Emporia State University, Committee Member.

Snow, Karen. *A Study of the Perception of Cataloging Quality among Catalogers.* Shawne D. Miksa, Chair, August 1, 2011. University of North Texas, Committee Member.

Liquidia's Exhibit 1036
Page 78

## Dissertation Proposals at Other Institutions

Schwartz, Brian *More than a Look-up Skill: Medical Information Literacy Education in Osteopathic Medical Schools.* D. Mirah Dow, Chair, December 4, 2015. Emporia State University, Committee Member.

Snow, Karen. *A Study of the Perception of Cataloging Quality among Catalogers.* Shawne D. Miksa, Chair, May 11, 2010. University of North Texas, Committee Member.

## Master's Thesis at the University of Denver

Hemingson, Jeff. *Recital Paper.* Lamont School of Music, February 2010, Outside Chair.

## Capstones at the University of Denver

Anthony, Alisa. *Correlation of Library and Information Science Program outcomes and Vacant Position Qualifications Listed on the Colorado State Library Jobline by Employers During the Period September 1, 2000 through August 31, 2002.* Chair, Winter Quarter, 2003.

Borden, Donna M. *Improving Emergency Communications Systems: Is a Radio Communications Network the Answer?* Fall Quarter, 2014.

Bowden, Heather L.M. *Exploring Biological Models for Long-term Data Preservation.* Chair, Spring Quarter, 2008.

Casenada, Cassandra Y. *Challenges to the Recruitment, Education, and Retention of Librarians of Color.* Chair, Spring Quarter, 2008.

Chang, Jennifer C. *Legal Research Practice and Preference: A Law Firm Perspective.* Chair, Spring Quarter 2011.

Ellis, Megan S. Fitzgerald. *Design of a Public Library Adult Volunteer Recruitment Program and Training Curriculum.* Chair, Winter Quarter, 2003.

Kircher, Kathy. *Development of a Library Pathfinder for Exobiology and Posting it on the Internet.* Chair, Winter Quarter, 2003.

Melhado, Loretta. *Design of St. John's Episcopal Church Library.* Chair, Spring Quarter, 2008.

Radcliff, Kathy. *Original Cataloging of Archival materials in the HERS Collection in Penrose Library.* Chair, Winter Quarter, 2003.

Sass, Carol Ann. *ACT Periodical Index: Access to Catholic Thinking Periodical Index: Web Index to Select Catholic Periodicals.* Spring Quarter 2000.

Stone, Sergio D. *Conducting Community Analysis for the Bemis Public Library (Littleton, Colorado) Using 2002 U.S. Census Data and the Online Outcome-Based Evaluation Toolkit.* Chair, Winter Quarter, 2003.

Tureson, Tamara. *Design and Use of an Information Audit Tool for Use in a Law Library.* Chair, Winter Quarter, 2003.

Tweed, Beth. *Evaluation of Email Reference Service in a Consumer Health Library Environment.* Chair, Winter Quarter, 2003.

Liquidia's Exhibit 1036
Page 79

## GRANTS AND CONTRACTS

*Student Learning in Agriculture STEM through Teacher Professional Development.* Research team: Stanton Gartin (PI) and Cyndi Hofmeister, Northeast Junior College; Jeff Cash, Cheryl Sánchez, Anne-Marie Crampton, Lamar Community College; Suzanna Spears, Morgan Community College; Jack Wiley, Kerry Gabrielson, Trinidad State Junior College; Michael J. Miller, Colorado State University; Michael Womochil (Co-PI), Casey Sacks, and Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Agriculture, Agriculture and Food Research Initiative, Food, Agriculture, Natural Resources and Human Sciences Education and Literacy Initiative, $404,460 (2017-2020)

*Leading and Achieving: the Colorado Agriculture Regional Consortium.* Research team: Jack Wiley (PI), Kerry Gabrielson, Trinidad State Junior College; Jeff Cash (PI), Cheryl Sánchez, Anne-Marie Crampton, Lamar Community College; Suzanna Spears, Morgan Community College; Cyndi Hofmeister, Northeast Junior College; Michael Womochil (Co-PI), Casey Sacks, and Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Agriculture, Hispanic Serving Institutions Education Grants Program, $504,414 (2017-2020)

*Cyber Prep Program Planning Grant.* Research team: Debbie Sagen (PI), Brenda Lauer, Pikes Peak Community College; Gretchen Martin, Koiosa Insights; and, Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Commerce, Regional Alliances and Multi-stakeholder Partnerships to Stimulate (RAMPS) Cybersecurity Education and Workforce Development, $199,681 (2016-2018)

*Career and Technical Education in Colorado: Pathways to Education and Employment.* Research team: Heather McKay (PI), Rutgers University; Sarah Heath, Casey Sacks, Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Education, Institute of Education Sciences, $1,400,000 (2017-2021)

*Pre-Alliance Planning Grant Colorado Community College Alliance.* Research team: Victor Vialpondo (PI) and Janel Highfill, Community College of Aurora; Heidi Loshbaugh (Co-PI), Community College of Denver; Rick Reeves, Bill McGreevy, Liz Cox, and Kristin Aslin, Red Rocks Community College; Cathy Pellish, Front Range Community College; Samuel DeVries, Arapahoe Community College; Sylvia D. Hall-Ellis, Colorado Community College System. National Science Foundation, Louis Stokes Alliance for Minority Participation (LSAMP), $86,817 (2016-2017)

*Towards Scalable Differentiated Instruction Using Technology-enabled, Competency-based, Dynamic Scaffolding.* Research team: Karen Wilcox (PI) and Vijay Kumar, Center for Computational Engineering, Massachusetts Institute of Technology; Flora McMartin, Broad-based Knowledge; Quinsigamond Community College; and, Casey Sacks, and Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Education, First in the World Developmental Grant, $2,891,882 (2015-2019)

*Colorado Strategic Partnerships Emergency Grant.* Research team: Elise Lowe-Vaughn (PI), Amy Hodson, Celia Hardin, Barbara McBride, James Newby, Christopher Dewhurst, Nina Holland, Kate Anderson, MaryAnn Roe, Chrystalynn Chrystalynn, Elaine Edon, Mona Barnes, Tom Morgan, Rob Hanni, and Marie Valenzuela, Colorado Department of Labor and Employment; Steve Anton, Joelle Brouner, and, Katie Griego, Colorado Department of Human Services; Rebecca Holmes, Judith Martinez, and Jennifer Jirous, Colorado Department of Education; Emily Templin Lesh, Colorado Workforce Development Council; Cory Everett, Colorado Department of Regulatory Agencies; and, Casey Sacks and Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Labor, Strategic Partnerships Emergency Grant, $5,000,000 (2015-2017)

*CAEL Jump Start Program: Competency-Based Education.* Research team: Jerry Migler (PI), Casey Sacks, Debra Cohn, Thomas Hartman, and Sylvia D. Hall-Ellis, Colorado Community College System; Matt Jamison, Front Range Community College; Mike Coste, Red Rocks Community College; Amanda Corum, Pueblo Community College; Janet Colvin, Pikes Peak Community College; and, MaryAnn Matheny, Community College of Denver. Council for Adult and Experiential Learning, $15,000 (2015)

*Summit on the Redesign of Developmental Education.* Research team: Jerry Migler (PI), Casey Sacks, and Sylvia D. Hall-Ellis, Colorado Community College System; Chip Nava, Pueblo Community College; Kim Moultney,

Liquidia's Exhibit 1036
Page 80

Arapahoe Community College; Debbie Ulibarri, Trinidad State Junior College; and, Kris Bernard, Front Range Community College. American Association of Community Colleges, $15,000 (2015-2016)

*Equity in Excellence at Colorado Community Colleges.* Research team: Keith Howard (PI) and Sylvia D. Hall-Ellis, Colorado Community College System; Estela Mata Bensimon, Center for Urban Education, University of Southern California; and Kerry Gabrielson, Trinidad State Junior College. Colorado Department of Higher Education, Colorado Opportunity Scholarship Program, $150,000 (2015-2016)

*MBA High School of Business in Colorado.* Research team: Laurie Urich (PI) and Sylvia D. Hall-Ellis, Colorado Community College System; Rudolph Sumpter and Beatrice Gerrish, Boulder Valley Schools; Keith Curry Lance, RSL Research Group. Colorado Department of Higher Education, Colorado Opportunity Scholarship Program, $501,295 (2015-2016)

*Fullbridge Program in Colorado.* Research team: Keith Howard (PI) and Sylvia D. Hall-Ellis, Colorado Community College System; Suzanna Spears, Fort Morgan Community College; and, Cheryl Sánchez and Anne-Marie Compton, Lamar Community College. Colorado Department of Higher Education, Colorado Opportunity Scholarship Program, $300,000 (2015-2017)

*Colorado Community College System Alternative Credit Program.* Research team: Jerry Migler (PI), Keith Howard, and Sylvia D. Hall-Ellis, Colorado Community College System. American Council on Education, $13,000 (2015)

*Internationalization in Higher Education.* Researcher: Samuel D. Museus. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $8,000 (2014-2015)

*International Perspectives on Bilingual Education.* Researcher: Sharolyn Pollard-Durodola. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $3,700 (2014-2015)

*Cultivating Culturally Relevant and Responsive Curriculum and Pedagogy in College.* Researcher: Samuel Museus. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, iRise Grant, $5,000 (2014-2015)

*Project EMERGE (Educational Model for Evaluation and Replicability in Gifted Environments).* Research team: Norma Hafenstein (PI) and Bruce Uhrmacher. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Lynde and Harry Bradley Foundation, $235,000 (2014-2015)

*Collecting Asian American Refugee Stories.* Researcher: Samuel Museus. Technical reviewer for MCE: Sylvia D. Hall-Ellis. American Educational Research Association, Research Grant, $5,000 (2014-2015)

*Developing Expertise in Teaching K-5 Mathematics.* Research team: Julie Sarama (PI) and Douglas H. Clements (Co-PI), in partnership with the School of Education at the University of Michigan. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, $130,344 (2013-2015)

*Investigation of the Long-Term Outcomes for Special Education Students.* Researcher: Antonio Olmos-Gallos. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Jefferson County School District, Office of Assessment, $40,000 (2014)

*Refugee Community Collaboration.* Researcher: Vicki Tomlin (PI) in partnership with the African Community Center and Jewish Family Service. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, $14,854 (2014-2015)

*Access to Mathematics for All.* Research team: Richard S. Kitchen (PI), Nicole M. Russell (Co-PI), and Terrence Blackman (Co-PI), Curriculum Studies and Teaching Program, Morgridge College of Education; Álvaro Árias (Co-PI, Department of Mathematics); and, James Gray (Co-PI), Department of Mathematics, Community

College of Aurora. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, The Robert Noyce Scholarship Program, Capacity Building Project, $349,926 (2014-2016)

*Cognitive Test Battery for Intellectual Disabilities.* Research team: Karen Riley (PI), Lyndsay Agans, Jessica Lerner, and Karin Dittrick-Nathan in partnership with David Hessl (PI), The MIND Institute at the University of California – Davis, and Elizabeth Berry-Kravis, Rush University Medical Center. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Institutes of Health, Outcome Measures for Use in Treatment Trials for Individuals with Intellectual and Developmental Disabilities (R01), $2,499,996 ($588,672 at DU) (2014-2019)

*Broadening Participation in Engineering among Women and Latino/as: A Longitudinal, Multi-Site Study.* Researcher: Patton Garriott (PI) in partnership with the University of North Dakota and the University of Missouri. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, HER Core Research, $677,390 ($69,992 at DU) (2014-2019)

*Designing a Teacher Evaluation System to Improve Teacher Effectiveness for Culturally and Linguistically Diverse Learners.* Research team: María del Carmen Sálazar (PI), Jessica Lerner, and Kathy Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Professional Research Opportunities for Faculty, $29,988 (2014-2016)

*Developing a College-Going Culture in Latina/O Families: Exploring the Influence of Funds of Knowledge on Family Outreach Programs.* Researcher: Judy Marquez Kiyama. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Professional Research Opportunities for Faculty, $18,720 (2014-2016)

*Assessment of Quality of Life in Neutral Implantation Surgery for the Treatment of Parkinson's Disease.* Researcher: Cynthia McRae. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $3,967 (2014-2015)

*Pura Vida: Cloud Forest, Curriculum and Cross-Cultural Study.* Research team: Norma Hafenstein (PI) and Bruce Uhrmacher (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $8,000 (2014-2015)

*Online Course Development for Curriculum and Instruction.* Researcher: Ruth Chao. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2014)

*Online Course Development for Curriculum and Instruction.* Researcher: María del Carmen Sálazar. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2014)

*Online Course Development for Curriculum and Instruction.* Researcher: Jessica Lerner. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2014)

*Online Course Development for Curriculum and Instruction.* Researcher: Duan Zhang. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2014)

*The Mathematics Education of African Americans, 1866 – 1954.* Researcher: Nicole M. Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Academy of Education, Spencer Foundation Postdoctoral Fellowship, $55,000 (2014-2016)

*Early Childhood Care and Education Study.* Research team: Carrie Germeroth (PI), Melissa Mincic, and Douglas H. Clements. Technical reviewer for MCE: Sylvia D. Hall-Ellis. State of North Dakota, Department of Public Instruction, $73,500 (2013-2014)

Liquidia's Exhibit 1036
Page 82

*Graduate Level Specialty in Addiction Counselor Training with Emphasis on Integration of Native American Specific Content.* Research team: Ruth Chao (PI) and Michael J. Faragher (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. The Galena Foundation, $289,732 (2013-2016)

*The Collecting Asian American and Pacific Islander Refugee Stories (CARS) Project.* Researcher: Samuel Museus. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, $15,000 (2014)

*Parents in Transition: A Multiple Case Study of Parent and Family Orientation Programs.* Researcher: Judy Marquéz Kiyama. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $1,500 (2014-2015)

*The Sistah Network: Black Women Graduate Students Supporting and Retaining Each Other.* Researcher; Nicole M. Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $2,708 (2014-2015)

*Evaluation of the Northeast Denver Babies Ready for College Program.* Research team: Carrie Germeroth (PI), Melissa Mincic, and Douglas H. Clements. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Mile High Montessori, $9,922 (2013-2014)

*Developing Teaching Expertise in K-5 Mathematics.* Research team: Julie Sarama (PI) and Douglas Clements (University of Denver), in partnership with Timothy Boerst (PI), Meghan Shaughnessy, Deborah Ball, Hyman Bass (School of Education at the University of Michigan). Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, $449,827 ($130,344 at the University of Denver (2013-2015)

*Early Learning Care and Education Study Program Grant for the State of North Dakota.* Research team: Carrie Germeroth (PI), Melissa Mincic, and Sheridan Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. State of North Dakota Department of Public Instruction, $73,500 (2013-2014)

*Local Professional Learning Community for School Leaders.* Research team: Susan Korach (PI), Kristina Hesbol, and Rebecca McClure. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Education Development Center, $10,950 (2013)

*Healthy Eaters, Lifelong Movers 2: Implementing Evidence-Based School Environment, Policy, and Curricular Changes to Increase Opportunities for Healthy Eating and Physical Activity in Low Income, Rural Colorado.* Research team: Elaine Berlansky, University of Colorado at Denver (PI), Nicholas Cutforth, University of Denver (Co-PI), and Allison Reeds. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Health Foundation, $3,103,108 (2013-2017)

*Hughes Rare Books Library Room Renovation in the Sturm College of Law.* Project team: Patti H. Marks, Sylvia D. Hall-Ellis, and Leigh Elliott. Mabel T. Hughes Charitable Trust, $34,000 (2013-2014)

*The Promise Center Partnership with the Marsico Institute for Early Learning and Literacy and the City and County of Denver.* Research team: Karen Riley (PI), Douglas H. Clements (Co-PI), and Sheridan Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. The Piton Foundation, $223,468 (2013-2014)

*Center of Excellence for Problem Gambling.* Research team: Ruth Chao (PI) and J. Mike Faragher. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Behavioral Health, $68,021 (2012-2013)

*United Way Implementation and Validation Review.* Research team: Douglas H. Clements (PI), Amanda Moreno, and Sheridan Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Mile High United Way, $19,737 (2013)

*Math/Science Partnership in Rural Districts.* Research team: Kristen Bunn (PI, Eagle County Schools), Paul Michalec (Co-PI), and Alegra Reiber. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Education, Colorado's Mathematics and Science Partnership Program, $750,000 (2013-2014)

Liquidia's Exhibit 1036
Page 83

*Mathematics and Science Education of African Americans.* Research team: Nicole Russell (PI), Sylvia D. Hall-Ellis, Steve Fisher (Penrose Library). Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Professional Research Opportunities for Faculty, $29,994 (2013-2015)

*Online Course Development for Curriculum and Instruction.* Researcher: Nicole Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2013)

*Discourse and Opportunity: Undocumented Students and Higher Education Policy.* Researcher: Ryan Gildersleeve. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Academy of Education, Spencer Foundation Postdoctoral Fellowship, $55,000 (2012-2014)

*An Anthropological Study of the Latino Graduation Ceremony.* Researcher: Ryan Gildersleeve. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Spencer Foundation, $39,900 (2012-2013)

*Fragile-X and Pharmaceutical Company: Clinical Trial of AFQ056.* University of California – Davis Children's Hospital MIND Institute (Sacramento), Children's Hospital Denver, and Rush Children's Hospital at Rush University Medical Center (Chicago). Karen Riley, PI. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Novartis Pharmaceuticals Corporation, $394,206 (2012-2014)

*Project Engage, Phase 2, a DAPRA Grant in partnership with Total Immersion Systems, Inc., and Texas A&M University.* Research team: Karen Riley (PI) and Lyndsay Agans (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Defense, $60,000 (2011-2013)

*International School Psychology Practicum Exchange.* Researcher: Gloria L. Miller. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, $14,951 (2012-2013)

*Online Course Development for Curriculum and Instruction.* Research team: Bruce Uhrmacher (PI) and Norma Hafenstein (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $18,193 (2012-2014)

*Writers in the Schools.* Research team: Karen Riley (PI) and Amanda Moreno (Co-PI).Technical reviewer for MCE: Sylvia D. Hall-Ellis.  Colorado Humanities, $4,965 (2012-2013)

*Learning Ecosystem Validation Grant.* Research team: Karen Riley (PI), Lyndsay Agans, Kent Seidel, and Shimelis Assefa. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Bill & Melinda Gates Foundation, $315,000 (2012-2013)

*Project Words of Oral Reading and Language Development (WORLD).* Research team: Jorge E. Gonzalez (PI), Texas A&M University; Laura Saenz (Co-PI), University of Texas – Pan American; and, Sharolyn Pollard-Durodola (Co-PI), University of Denver. Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Education, Institute of Education Sciences, $53,354 (2012-2015); award $640,718, transfer from Texas A&M University

*Increasing the Efficacy of an Early Mathematics Curriculum with Scaffolding Designed to Promote Self-Regulation.* Research team: Douglas H. Clements (PI) and Julie Sarama (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Education, Institute of Education Sciences, $1,445,315 (2008-2014); award $4,541,975, transfer from University at Buffalo, The State University of New York

*Using Rule Space and Poset-based Adaptive Testing Methodologies to Identify Ability Patterns in Early Mathematics and Create a Comprehensive Mathematics Ability Test.* Research team: Douglas H. Clements (PI) and Julie Sarama (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, $323,791 (2010-2014); award $1,194,944, transfer from University at Buffalo, The State University of New York

Liquidia's Exhibit 1036
Page 84

*Comprehensive Postdoctoral Training in Scientific Education Research.* Researcher: Julie Sarama (PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Education, Institute of Education Sciences, $133,458 (2010-2014); award $613,353, transfer from University at Buffalo, The State University of New York

*Longitudinal Study of a Successful Scaling Up Project: Extending TRIAD.* Research team: Douglas H. Clements (PI), Julie Sarama (Co-PI), and Abt Associates (Carolyn Layzer, Fatih Unlu, Laurie Bozzi, Lily Fesler, Alina Martinez, Cristofer Price, James van Orden). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Institute of Education Sciences, $384,940 (2011-2015; award $1,250,286, transfer from University at Buffalo, The State University of New York

*Early Childhood Education in the Context of Mathematics, Science, and Literacy.* Research team: Julie Sarama (PI), Douglas H. Clements (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, $990,020 (2010-2014; award $2,285,228, transfer from University at Buffalo, The State University of New York

*Early Childhood Clearinghouse Information Center Redesign.* Research team: Karen Riley (PI) and Amanda Moreno (Co-PI).Technical reviewer for MCE: Sylvia D. Hall-Ellis.  Office of the Lt. Governor of Colorado, $12,000 (2012-2013)

*Morgridge Rural Educational Leadership Initiative.* Research team: Lyndsay Agans (PI), Linda Brookhart (Co-PI), Susan Korach, and Rebecca McClure. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Morgridge Family Foundation, $100,000 (2012-2014)

*Center of Excellence for Problem Gambling.* Research team: Patrick Sherry (PI) and J. Mike Faragher. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Behavioral Health, $55,000 (2012-2013)

*Intermodal Transportation Institute Research Initiatives.* Researcher: Patrick Sherry. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University Transportation Centers Program, Research and Innovative Technology Administration, U.S. Department of Transportation. $600,000 (2012-2014)

*Mile High United Way Social Innovation Fund Early Literacy Initiative.* Gloria L. Miller, PI, Amanda Moreano, Kim Hartnett-Edwards, and Sheridan Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Mile High United Way, $89,992 (2012-2013)

*International School Psychology Practicum Exchange.* Researcher: Gloria L. Miller. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, $1,000 (2012-2013)

*Refugee Student Art Outreach.* Researcher: Karin Dittrick-Nathan. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $3,000 (2012-2013)

*Resistance, Resilience, and Reciprocity: Centering the Voices of Black Doctoral Women with Faculty Aspirations.* Researcher: Nicole M. Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $2,965 (2012-2013)

*Assessing Learning through Student Notebooks.* Research team: Keith Miller, Nancy Sasaki, and Kathy Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Professional Research Opportunities for Faculty, $30,000 (2012-2014)

*International School Psychology Practicum Exchange.* Researcher: Gloria L. Miller. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $2,000 (2012-2013)

*ELO in Colorado.* Research team: Cynthia Hazel and Duan Zhang. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Legacy Foundation, $150,000 (2012-2013)

Liquidia's Exhibit 1036
Page 85

*Creating Online LIS Courses.* Research team: Mary C. Stansbury (PI), Shimelis Assefa, Denise Anthony, Xiao Hu, and Krystyna Matusiak. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Teaching and Learning, $15,000 (2011-2013)

*Maritime Piracy Seminar.* Researcher: Ved Nanda, The Nanda Center, Sturm College of Law. Technical reviewer for Sturm College of Law: Sylvia D. Hall-Ellis. Arsenault Family Foundation, $15,000 (2012-2013).

*Early Childhood Librarianship: An Interdisciplinary, Experiential Learning MLIS*. Researcher: Mary C. Stansbury (PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Laura Bush's 21st Century Librarians Program, Institute for Museums and Library Services, $249,066 (2012-2014)

*Learning Ecosystem Planning Grant.* Research team: Karen Riley (PI), Lyndsay Agans, Kent Seidel, and Shimelis Assefa. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Bill & Melinda Gates Foundation, $281,217 (2011-2012)

*Advanced Service Learning Practitioner Faculty Grant,* Sylvia D. Hall-Ellis, University of Denver, Center for Community Engagement and Service Learning, $400 (2011)

*Evaluating and Enhancing the EspeciallyMe Program.* Research team: Lori D. Patton and Nicole Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, Public Good Fellowship Grant, $24,780 (2012)

*Choosing Excellence: Let Every Child Bloom.* Research team: Shimelis Assefa (PI) and Mary C. Stansbury (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, Public Good Grant, $7,657 (2012)

*K-8 STEM Content Specific Professional Development to Improve Elementary Student Achievement*. Research team: Kent Seidel (PI), Nicole Russell (Co-PI), Kimberly Hartnett-Edwards, Paul Michalec, Jeff Farmer, Keith Miller, Alegra Reiber, and Nancy Sasaki. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Education, Improving Teacher Quality Grant, (Title II ESEA), $307,299 (2011-2012)

*Building a Better Principal Pipeline to Boost Student Achievement.* Researcher: Susan Korach. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Denver Public Schools; a subcontract from the Wallace Foundation Grant, $170,000 (2011-2017)

*Center of Excellence for Problem Gambling.* Research team: J. Mike Faragher (Co-PI) and Bobbie Vollmer (PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Behavioral Health, $79,999 (2011-2012)

*An Exploration of Novice Teachers' Core Competencies: Impacts on Student Achievement, and Effectiveness of Preparation.* Research team: Kent Seidel (PI), Kathy Green (Co-PI), Kimberly Hartnett-Edwards, and Duan Zhang. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Institute of Education Sciences, Effective Teachers and Effective Teaching, $990,987 (2012-2015)

*Project Engage, a DAPRA Grant in partnership with Total Immersion Systems, Inc., and Texas A&M University.* Research team: Karen Riley (PI) and Lyndsay Agans (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Defense, $49,964 (2011-2014)

*User-centered Evaluation of Music Search Engines.* Researcher: Xiao Hu. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $2,931 (2011-2012)

*Educational Practicum in Vietnam and China to Promote the Inclusion of Young Children with Disabilities.* Researcher: Gloria L. Miller. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $5,000 (2011-2012)

*Evaluation of Colorado's Enhancing Quality in Infant-Toddler (EQIT) Initiative.* Research team: Virginia R. Maloney and Amanda Moreno. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Buell Foundation, $395,884 (2011-2013)

*Creating Engaging Environments to Teach Pre-Algebra Mathematics to Elementary Students.* Research team: Álvaro Arias, Mario López, María del Carmen Salazar, and Lyndsay Agans.  Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver Interdisciplinary Grant, $60,000 (2011-2012)

*Morgridge Education Technology Accessible (META) Resource Project.* Research team: Lyndsay Agans (PI) and Shimelis Assefa (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Morgridge Family Foundation, $36,000 (2011)

*MCE Connect: A 21st Century Framework for Faculty Development.* Research team: Bruce Uhrmacher (PI), Shimelis Assefa (Co-PI), Lyndsay Agans (Co-PI), Kimberly Hartnett-Edwards, Norma Hafenstein, Xiao Hu, Paul Michalec (Co-PI), María del Carmen Salazar (Co-PI), and Sandra Snyder-Mondragon. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Teaching and Learning, $22,355 (2011-2012)

*Parent Education and Parent Leadership and Advocacy.* Research team: Virginia Maloney (PI) and Amanda Moreno, Marsico Institute for Early Learning and Literacy. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Health Foundation, $27,358 (2010-2011)

*Intentional School Culture.* Researcher: Cynthia Hazel. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Denver Public Schools, $38,040 (2010-2011)

*Healthy Eaters, Lifelong Movers: Implementing Evidence-Based School Environment, Policy, and Curricular Changes to Increase Opportunities for Healthy Eating and Physical Activity in Low Income, Rural Colorado.* Research team: Elaine Berlansky, University of Colorado at Denver (PI), Nicholas Cutforth, University of Denver (Co-PI), and Allison Reeds. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Health Foundation, $1,683,277 (2011-2014)

*Second Life Learning Community.* Research team: Don McCubbrey (PI), Sylvia D. Hall-Ellis (Co-PI), Walter LaMendola, and Paul Novak. University of Denver, Center for Teaching and Learning, $13,000 (2010-2011)

*Reintroducing the Value of Law Librarians to Academic and Public Librarians in Colorado through the Identification and Use of Emerging Technologies.* Research team: Sylvia D. Hall-Ellis (Co-PI), Stacey L. Bowers (PI), and Christopher Hudson, in partnership with Denver Public Library, Arapahoe Library District, and the Colorado State Supreme Court Library. University of Denver, Center for Community Engagement and Service Learning, $5,773 (2010-11)

*Reintroducing the Value of Law Librarians to Public Librarians through the Identification and Use of Emerging Technologies and Resources.* Research team: Stacey Bowers (PI) and Sylvia D. Hall-Ellis (Co-PI). American Association of Libraries, Wolters Kluwer Law & Business Grant Program, $2,725 (2010-2011)

*Faculty Service Learning Pod.* Research team: María del Carmen Salazar and Nicholas Cutforth (Curriculum and Instruction Program), Frank Tuitt (Higher Education Program), Cynthia Hazel and Gloria Miller (Child, Family, and School Psychology Program), and Sylvia D. Hall-Ellis (Library and Information Science Program). University of Denver, Center for Community Engagement and Service Learning, $8,000 (2010-2011)

*Lincoln Collaborative.* Research team: Antonio Esquibel (Principal, Lincoln High School), María del Carmen Salazar (Curriculum and Instruction Program), and. Sylvia D. Hall-Ellis. School Improvement Grant, Denver Public Schools, $375,000 (2010-2012)

*Future LEADers of America: Leaders III.* Research team: Denver Public Library (Kristen Svendson, PI), the University of Denver (Sylvia D. Hall-Ellis), the Colorado Chapter of REFORMA (Orlando Archibeque), and the Colorado Association of Libraries (Martin Garnar). Laura Bush's Recruiting Librarians for the 21st Century Program, Institute for Museums and Library Services, $988,366 (2009-2012)

*Teaching for Success in the Library Environment: LIS 4030 in Library 2.0.* Research team: Deborah S. Grealy (PI) and Sylvia D. Hall-Ellis (Co-PI). University of Denver, Center for Teaching and Learning, $ 9,350 (2009-10)

*Writing Group Faculty Grant,* Sylvia D. Hall-Ellis, University of Denver, Center for Community Engagement and Service Learning, $750 (2008-2009)

*Collaborative Learning Faculty Grant*, Sylvia D. Hall-Ellis, University of Denver, Center for Teaching and Learning, $1,500 (2008)

*Connecting Information Literacy to Learning.* Research team: Lori Micho, Merrie Valliant, Amanda Samland, and Sylvia D. Hall-Ellis. Colorado State Library, LSTA Discretionary Grant Program, $19,548 (2008-2009)

*Law Librarianship Fellows Program.* Research team: Sylvia D. Hall-Ellis (PI), Stacey Bowers (Co-PI), and Christopher Hudson, Westminster Law Library. Laura Bush's 21st Century Librarians Program, Institute for Museums and Library Services, $999,370 (2008-2012)

*Grant Writing in a Cooperative Learning Environment.* Sylvia D. Hall-Ellis. University of Denver, Center for Teaching and Learning, $2,000 (2008-2009)

*Project Homeless Connect 6 Event Evaluation.* Research team: Sylvia D. Hall-Ellis and Duan Zhang. University of Denver Center for Community Engagement and Service Learning, $9,785 (2008)

*Project Ecuador: International Learning Service Libraries – A Faculty Development Experience in Ecuador.* Sylvia D. Hall-Ellis, Office of Internationalization, University of Denver, $600 (2007)

*Project Ecuador: International Learning Service Libraries – A Faculty Development Experience in Ecuador.* Sylvia D. Hall-Ellis, International Service Learning Office, University of Denver, $400 (2007)

*Project Homeless Connect 5 Event Evaluation.* Research team: Sylvia D. Hall-Ellis and Duan Zhang. University of Denver Center for Community Engagement and Service Learning, $1,000 (2007)

*Project Homeless Connect 4 Event Evaluation.* Research team: Sylvia D. Hall-Ellis and Duan Zhang. University of Denver Center for Community Engagement and Service Learning, $4,595 (2007)

*Future LEADers of America: Leaders II.* Research team: Denver Public Library (Kristen Svendson, PI), the University of Denver (Sylvia D. Hall-Ellis), and the Colorado Chapter of REFORMA (Orlando Archibeque). Laura Bush's Recruiting Librarians for the 21st Century Program, Institute for Museums and Library Services, $988,518 (2007-2010)

*Strategic Planning Assistance for the Denver Medical Library.* Sylvia D. Hall-Ellis. Denver Medical Library, Inc., $30,000 (2006-2007)

*Destiny Software for JMAC Student Lab.* Sylvia D. Hall-Ellis, gift from the Sagebrush Corporation, Minneapolis, Minnesota, $10,000 (2006)

*Libraries: Tools for Education and Development Worldwide: A Faculty Development Experience in France.* Sylvia D. Hall-Ellis, Office of Internationalization, University of Denver, $800 (2005)

*Denver Public Library: Opportunities for Change.* Sylvia D. Hall-Ellis, Colorado Community Based Research Network, $2,000 (2005)

*Future LEADers of America.* Research team: Denver Public Library (Letty Icolari and Steve Taylor, PIs), Emporia State University (Jim Agee), and the University of Denver (Sylvia D. Hall-Ellis). Recruiting Librarians for the 21st Century Program, Institute for Museums and Library Services, $670,315 (2005-2008)

*American Association of University Professors Summer Institute Professional Development Grant.* Sylvia D. Hall-Ellis, American Association of University Professors, $300 (2005)

*Beta Phi Mu Alumni Tea.* Sylvia D. Hall-Ellis, gift from the Office of Alumni and Parent and Relations, University of Denver, $2,000 (2005)

*Spectrum Software for LIS Student Lab.* Sylvia D. Hall-Ellis, gift from the Sagebrush Corporation, Minneapolis, Minnesota, $5,000 (2005)

*Developing Research Capacity in Community Organizations and Residents through Training and Technical Assistance.* Nicholas J. Cutforth (PI) and Sylvia D. Hall-Ellis. Piton Foundation, $25,000 (2005-2006)

*Libraries: Tools for Education and Development Worldwide: A Faculty Development Experience in Argentina.* Sylvia D. Hall-Ellis, Office of Internationalization, University of Denver, $500 (2004)

*Developing Research Capacity in Community Organizations and Residents through Training and Technical Assistance.* Research team: Nicholas J. Cutforth (PI), Gary Lichtenstein and Sylvia D. Hall-Ellis, Piton Foundation, $25,000 (2003-2004)

*Increasing Spanish-Speaking and Hispanic Diversity among Library and Information Science Students at the University of Denver: Development of a Student Recruitment Model.* Researcher: Sylvia D. Hall-Ellis (PI), Office of Multicultural Excellence, University of Denver, $2,750 (2003-2004)

*Collection Development Enrichment to Support the Cataloging & Classification Specialization and School Librarianship within the Library & Information Science Program at the University of Denver.* Research team: Sylvia D. Hall-Ellis (PI) and Deborah S. Grealy. Women's Library Association, University of Denver, $4,000 (2003)

*Collection Development Enrichment to Support the Library & Information Science Program at the University of Denver.* Research team: Deborah S. Grealy (PI) and Sylvia D. Hall-Ellis. Women's Library Association, University of Denver, $4,000 (2001)

*Wireless LAN for Library Education.* Research team: Deborah S. Grealy (PI) and Sylvia Hall-Ellis. University of Denver, Center for Teaching and Learning, $24,000 (2001-2002)

*Upward Bound – A Program for South Texas Youth.* Research team: Monte Churchill, Executive Director of Community Relations; Gary R. Sauceda, Outreach Coordinator; Raymond Hernandez, (PI) Associate Dean for Student Success; and Sylvia D. Hall-Ellis, South Texas Community College (McAllen, Texas). U.S. Department of Education, Office of Postsecondary Education, $2,672,003 (1999-2003)

*Write Now! Improving Elementary Students' Writing Skills.* Research team: Caryl G. Thomason, Assistant Superintendent (PI); Karen Tankersley, Principal; and, Hal Anderson, Director of Technology, Cheyenne Mountain School District 12 (Colorado Springs, Colorado); and Sylvia D. Hall-Ellis. Colorado Department of Education, Educational Telecommunications Unit, $189,453 (1999-2001)

*Operation Quick Start -- Distance Learning in Rural Colorado.* Research team: Randal Weigum, Technology Coordinator (PI); Bonnie Barns, Director of Federal Programs and Staff Development; and, Adam "Joe" Raskop, Executive Director, Southeastern Board of Cooperative Educational Services (Lamar, Colorado); and Sylvia D. Hall-Ellis. Colorado Department of Education, Educational Telecommunications Unit, $400,000 (1999-2001)

*Advanced Technological Training for Information Professionals for the 21st Century.* Research team: Mario Reyna, Division of Business Director (PI) and Sylvia D. Hall-Ellis, South Texas Community College (McAllen, Texas). Phi Delta Kappa and the National Science Foundation, $250,000 (1999-2001)

*Working Connections – Training Information Technologies Professionals for the 21st Century.* Research team: Mario Reyna, Division of Business Director (PI) and Sylvia D. Hall-Ellis, South Texas Community College

(McAllen, Texas). Microsoft Corporation and the American Association of Community Colleges, $1,147,775 (1999-2001)

*The ROAD (Research Oriented Amplification of Development to Literacy) Program.* Research team: Deborah J. Leong (PI), Metropolitan State University; Elena Bodrova, Metropolitan State University; Dmitri Semenov, Robert J. Marzano, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). Hewlett-Packard Foundation, $25,000 (1998-1999)

*Press to Literacy.* Research team: Deborah J. Leong (PI), Metropolitan State University; Elena Bodrova, Metropolitan State University; Dmitri Semenov, Robert J. Marzano, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). The Denver Post and the Robert S. McCormick Foundation, $49,818 (1998-1999)

*International Telementor Center.* Research team: David Neils, David B. Frost (PI), and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). Hewlett-Packard Philanthropy, $100,000 (1998-1999)

*America Reads: Providing Tutor Training for the America Reads Challenge.* Research team: Louis F. Cicchinelli (PI) and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). U.S. Department of Education, Office of Educational Research and Improvement, $306,000 (1998-1999)

*Comprehensive School Reform.* Research team: Louis F. Cicchinelli (PI), J. Timothy Waters, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). U.S. Department of Education, Office of Educational Research and Improvement, $285,000 (1998-1999)

*Sustainable Energy Education (SEE) Program for Grades 4-8: Preparing Today's Youth for Lifelong Learning and Responsible Actions in Energy Conservation.* Research team: Mary Gromko, Colorado Department of Education; Gene McCarthy, Rocky Flats Field Office, U.S. Department of Energy; Gina Kissell, National Renewable Energy Laboratory; and Barbara L. McCombs (PI), Janet L. Bishop, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). State of Colorado Governor's Office for Energy Conservation, $499,936 (1997-1999)

*Review of Kansas Curriculum Standards in Mathematics and Language Arts.* Research team: Robert J. Marzano (PI), John S. Kendall, David B. Frost, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). Submitted to the Kansas State Department of Education, $25,903 (1998)

*International Telementor Center.* Research team: David Neils, John Kuglin, Chris Rapp, David B. Frost (PI), and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). Hewlett-Packard Company, $54,752 (1998)

*Genesis Mission: Education Public Outreach.* Developed in partnership by the Jet Propulsion Laboratory, California Institute of Technology, Los Alamos National Laboratory, Lockheed Martin Astronautics, and the Mid-continent Regional Educational Laboratory (Aurora, Colorado). Research team: John T. Sutton (PI), Alice Krueger, Martha Henry, Greg Rawls, Shae Isaacs, Jeff Johnson, Deb Jordan, Arlene Mitchell, David B. Frost, Jana Caldwell, J. Timothy Waters, and Sylvia D. Hall-Ellis. National Aeronautics and Space Administration, $139,700,000; subcontract award, $4,750,000 (1997-2007)

*North Dakota Mathematics Assessment Project.* Developed in partnership by the North Dakota Department of Education and Mid-continent Regional Educational Laboratory (Mid-continent Regional Educational Laboratory). Research team: Ann Clapper, Clarence Bina, Greg Gallagher, North Dakota Department of Education; Don Burger (PI), Hillary Michaels, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). U.S. Office of Education, $1,618,214; subcontract award, $389,076 (1997-2001)

Liquidia's Exhibit 1036
Page 90

*Pacific Resources for Education and Learning Distance Education: Project Evaluation.* Developed in partnership by the Pacific Educational Community, the Pacific Resources for Education and Learning (PREL), and Mid-continent Regional Educational Laboratory (McREL). Research team: John W. Kofel (PI), Executive Director, PREL; J. Timothy Waters, Executive Director; Joan Buttram, Robert Keller, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado).  U.S. Office of Education, Star Schools Program, $10,000,000; subcontract award, $500,000 (1997-2002)

*Identification of Bilingual Gifted and Talented Children: A Comprehensive School Grants for Bilingual Education.* Developed in partnership by Hidalgo (Texas) ISD, Los Fresnos (Texas) CISD, Progreso (Texas) ISD, University of Texas – Pan American (Edinburg, Texas), and Education Service Center, Region One (Edinburg, Texas). Research team: Hilda Medrano, Dean, College of Education, University of Texas – Pan American; Linda Phemister (PI), Janie Navarro, and Sylvia D. Hall-Ellis, Education Service Center, Region One. U.S. Department of Education, Office of Bilingual Education and Minority Languages Affairs, $1,670,633 (1997-2002)

*Academics 2000: First Things First -- The Texas Goals 2000.* Developed for Jim Hogg (Hebbronville, Texas) County ISD, Mirando City (Texas) ISD, and San Isidro (Texas) ISD.  Research team: Hilda Medrano, Dean, College of Education, University of Texas - Pan American (Edinburg, Texas); Angie Lehmann, Amy Mares, Ellen Gonzalez (PI), and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg, Texas).  Texas Education Agency, $339,987 (1997-2000)

*Southwestern Bell's Learning Communities Initiative.* Developed for Tech Prep of the Rio Grande Valley, Inc. (Harlingen, Texas); the Center for Professional Teacher Development, University of Texas – Brownsville; Teach for America – Rio Grande Valley (McAllen, Texas); and Education Service Center, Region One (Edinburg, Texas).  Research team: Patricia G. Bubb, Executive Director (PI), Tech Prep of the Rio Grande Valley; Martin Winchester, Executive Director, Teach for America – Rio Grande Valley; Aileen Johnson, Director, School of Education, University of Texas – Brownsville; and Sylvia D. Hall-Ellis.  Southwestern Bell Foundation, $100,000 (1997-1998)

*Texas School to Work: Regional Implementation.* Developed for Tech Prep of the Rio Grande Valley, Inc. (Harlingen), South Texas Community College (McAllen), Texas State Technical College (Harlingen), Texas Southmost College (Brownsville), Empowerment Zone of the Rio Grande Valley (Mercedes), Project VIDA (Weslaco), Youth Fair Chance (McAllen), and Education Service Center, Region One (Edinburg).  Research team: Patricia G. Bubb (PI), Tech Prep of the Rio Grande Valley; Stephen Vassberg, Texas State Technical College; Ellen Trevino, Youth Fair Chance; Wanda Garza, Project VIDA; Leonardo Olivares, University of Texas – Pan American; Michael Bell, South Texas Community College; and Sylvia D. Hall-Ellis. Texas Workforce Commission, $4,250,000 (1997-2002).

*Comprehensive Bilingual Education Grant for Hidalgo ISD and Roma ISD.* Developed for Hidalgo (Texas) ISD, Roma (Texas) ISD, College of Education, University of Texas – Pan American (Edinburg, Texas), and Education Service Center, Region One (Edinburg, Texas).  Research team: Tomas Thomas (PI), Director, Office of Bilingual Education and Sylvia D. Hall-Ellis. U.S. Department of Education, Office of Bilingual Education and Minority Languages Affairs, $1,531,361 (1997-2002)

Lopez High School, Porter High School, Rivera High School, Central Middle School, and Perkins Middle School, Brownsville (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $1,473,611 (1997-1998)

Donna High School, Todd Middle School, and Solis Middle School, Donna (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $704,052 (1997-1998)

Memorial Middle School and Nellie Schunior Middle School, La Joya Independent School District (Texas). Telecommunications Infrastructure Fund Board,  $293,641 (1997-1998)

Liquidia's Exhibit 1036
Page 91

Martin High School, Christen Middle School, Cigarroa Middle School, Lamar Middle School, Laredo (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $1,200,000 (1997-1998).

Lasara Middle School, Lasara (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $246,210 (1997-1998)

Los Fresnos High School and Resaca Middle School, Los Fresnos (Texas) Consolidated Independent School District. Telecommunications Infrastructure Fund Board, $500,000 (1997-1998)

Lyford Junior High School, Lyford (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $354,997 (1997-1998)

Travis Middle School, McAllen (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $269,139 (1997-1998)

Mission High School, Mission (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $297,010 (1997-1998)

Progreso High School, Progreso (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $300,000 (1997-1998)

San Perlita High School, San Perlita (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $293,490 (1997-1998)

Myra Green Junior High School, Raymondville (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $225,000 (1997-1998)

Rio Grande City High School, Ringgold Middle School, Gruella Middle School, Rio Grande City (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $809,934 (1997-1998)

Rio Hondo Junior High School, Rio Hondo (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $297,024 (1997-1998)

Roma High School, Roma (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $333,178 (1997-1998)

San Benito High School, Miller Jordan Junior High School, San Benito (Texas) Consolidated Independent School District. Telecommunications Infrastructure Fund Board, $547,000 (1997-1998)

Santa Maria High School and Santa Maria Middle School, Santa Maria (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $400,000 (1997-1998)

Salvador High School, United Independent School District (Laredo, Texas). Telecommunications Infrastructure Fund Board, $250,879 (1997-1998)

Weslaco High School, Cabaza Middle School, Cuellar Middle School, Weslaco (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $874,242 (1997-1998)

*Principals' Assessment and Training Center.* Developed for Education Service Center, Region One (Edinburg, Texas). Research team: Roberto Zamora, Leonel Barrera, William H. Parry, and Sylvia D. Hall-Ellis. Texas Principals' Leadership Initiative, Texas Association of Secondary School Principals, Texas Association of Elementary School Principals, and the Sid Richardson Foundation. $461,439 (1996-1998)

*The Texas Library Connection -- Integrating and Sharing Resources.* Developed for Hidalgo County Library System (McAllen), Cameron County Library System (Brownsville), South Texas Community College (McAllen), the

University of Texas - Pan American (Edinburg), University of Texas – Brownsville, and Education Service Center, Region One (Edinburg). Research team: William R. McGee, Coordinator, Hidalgo County Library System; Joe Garcia, Director, Cameron County Library System; Michael D. Bell, Library Director, South Texas Community College; Eleanor Folger Foster, University Library, University of Texas - Pan American; Jaime Vela (PI), Director of Instructional Technology and Media Services, Ron Pontius, Instructional Technology, and Fabiola Fuentes, Media Services, Education Service Center, Region One; and Sylvia D. Hall-Ellis. Office of Library Media Services, Technology Services, Texas Education Agency. $8,000 (1996-1997)

*Developing Leadership Communities for Improving Algebra I for All Students.* Developed for a partnership of the Region One Statewide Systemic Initiative Team. Research team: Noel Villarreal (PI), Eduardo Cancino, and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Statewide Systemic Initiative for Reform in Mathematics, Science and Technology Education to The Charles A. Dana Center for Mathematics and Science Education, The University of Texas at Austin. $25,000 (1996-1997)

*Academics 2000: First Things First -- The Texas Goals 2000.* Developed for Edinburg (Texas) CISD. Research team: Hilda Medrano, Dean, College of Education, University of Texas - Pan American (Edinburg); Helen Jones, Director (PI), Gifted and Talented Education, Edinburg CISD; and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Education Agency, $750,000 (1996-2001)

*Texas Teachers Empowered for Achievement in Mathematics (TEXTEAM) Institute for Algebra I.* Developed for Hidalgo ISD, Jim Hogg (Hebbronville) County ISD, La Joya ISD, La Villa ISD, Lyford ISD, Mission CISD, Pharr-San Juan-Alamo ISD, Rio Hondo ISD, San Isidro ISD, San Perlita ISD, Santa Maria ISD, Santa Rosa, Sharyland ISD, Valley View ISD, Webb (Laredo) CISD, Weslaco ISD, and Zapata County (Zapata) ISD. Research team: Noel Villarreal (PI), Chuck McInteer, Ellen M. Gonzalez, Education Service Center, Region One (Edinburg); and Sylvia D. Hall-Ellis. Charles A. Dana Center for Mathematics and Science Education, University of Texas - Austin, $15,975 (1996)

*Community Learning Center for La Villa, Texas.* Developed for Edcouch-Elsa Independent School District. Research team: Noe Gonzalez (PI), Assistant Superintendent, Edcouch-Elsa Independent School District, and Sylvia D. Hall-Ellis. Delta Region Subzone, Rio Grande Valley (Texas) Rural Empowerment Zone, $325,000 (1996-1997)

*Monte Alto (Texas) Community Learning Center.* Developed for Monte Alto Independent School District. Research team: Homero A. Diaz (PI), Superintendent, Monte Alto Independent School District, and Sylvia D. Hall-Ellis. Delta Region Subzone, Rio Grande Valley (Texas) Rural Empowerment Zone, $300,000 (1996-1997)

*Community Learning Center for La Villa, Texas.* Developed for La Villa Independent School District. Research team: Sam Gonzalez (PI), Assistant Superintendent, La Villa Independent School District; and Sylvia D. Hall-Ellis. Delta Region Subzone, Rio Grande Valley (Texas) Rural Empowerment Zone, $325,000 (1996-1997)

*Building Project for Taylor Elementary.* Developed for Mercedes (Texas) Independent School District. Research team: Mrs. Denise Rivera, Librarian, and Eduardo Infante, Principal, Taylor Elementary School; Ismael S. Cantu (PI), Federal Programs Director, Mercedes Independent School District; and Sylvia D. Hall-Ellis. Delta Region Subzone, Rio Grande Valley (Texas) Rural Empowerment Zone, $375,000 (1996-1997)

*Border Education Network (BEN) - Distance Education through Cable Television.* Developed for Edinburg (Texas) Consolidated Independent School District. Research team: Noe Torres (PI), Library Media Specialist, Magdalena Rosas, Library Media and Technology Coordinator, Edinburg Consolidated Independent School District; and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Edinburg (Texas) Consolidated School District, $250,000 (1996-1997)

*Multiservice One-Stop Open Enrollment Charter School.* Developed for the Information Referral Resource Assistance, Inc. (McAllen, Texas). Research team: Pablo Perez and Aguie Pena (PI), Executive Director, Information Referral Resource Assistance, Inc.; Roberto Zamora and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Education Agency, $3,066,000 (1996-2001)

Liquidia's Exhibit 1036
Page 93

*Project OK: A Community Youth Opportunities Grant for Summer, 1996.* Developed for McAllen (Texas) Independent School District, St. Joseph the Worker Catholic Church, and the Office of Adult Education, Education Service Center, Region One. Research team: Father Bart Flatt, St. Joseph the Worker Catholic Church; Noe Calvillo (PI), Office of Adult Education; Maria Louisa Garcia, McAllen Independent School District; and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Protective and Regulatory Agency through the Office of the Mayor, City of McAllen, $350,000 (1996-2001).

*Early Childhood: a Time of Discovery.* Developed for a partnership of Lasara ISD, Rio Hondo ISD, San Perlita ISD, the School of Education, University of Texas - Brownsville, and Education Service Center, Region One (Edinburg). Research team: Hugo Rodriguez, Dean, School of Education, University of Texas - Pan American; Leonel Barrera and Jack Damron, Field Service Agents, Ellen M. Gonzalez (PI), Administrator for Student Instructional Services, Ruth Solis, Education Specialist in Special Education, and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Education Agency, $722,090 (1996-2001).

*Innovative Gifted and Talented Programs for Early Childhood and Elementary Education Students.* Developed for a partnership of Edinburg (Texas) CISD, the School of Education, University of Texas - Pan American (Edinburg), and Education Service Center, Region One (Edinburg). Research team: Hilda Medrano, Dean, School of Education, University of Texas - Pan American; Helen de la Garza (PI), Director of Elementary Curriculum and Instruction, Edinburg CISD; and Sylvia D. Hall-Ellis. Texas Education Agency, $750,000 (1996-2001)

*Reading Recovery in Early Elementary Grades.* Developed for a partnership of La Villa (Texas) ISD the School of Education, University of Texas - Pan American (Edinburg), and Education Service Center, Region One (Edinburg). Research team: Hilda Medrano, Dean, School of Education, University of Texas - Pan American; Marcario Salinas (PI), Supervisor of Elementary Curriculum and Instruction, La Villa ISD; and Sylvia D. Hall-Ellis, Education Service Center, Region One. Texas Education Agency, $750,000 (1996-2001)

*Connected Mathematics Project for Middle and Junior High Students.* Developed for a partnership of Michigan State University, The Charles A. Dana Center for Mathematics and Science Education, The University of Texas at Austin and Region One Statewide Systemic Initiative Team. Research team: Jack Damron, Chuck McInteer, Noel Villarreal (PI), and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). National Science Foundation through Michigan State University to the Charles A. Dana Center at the University of Texas - Austin, $539,610 (1996-1999)

*Sharing Resources: Testing the Interlibrary Loan Potential of the Texas Library Connection -- Integrating Media Resources.* Developed under the sponsorship of the Hidalgo County Library System (McAllen) and Education Service Center, Region One (Edinburg). Research team: William H. McGee, Hidalgo County System Coordinator; Fabiola Fuentes, Library Media; Ronald Pontius (PI), Instructional Technology, Education Service Center, Region One; and Sylvia D. Hall-Ellis. Library Media Services Program, Office of Technology Services, Texas Education Agency, $25,000 (1996-1997)

*State and Federal Adult Education JOBS Program.* Developed for Education Service Center, Region One (Edinburg). Research team: Noe Calvillo (PI), Director, Adult Education Program, and Sylvia D. Hall-Ellis. Adult Education Program, Texas Education Agency, $532,846 (1995-1996)

*Creating Safe and Drug-Free Schools and Communities.* Developed for a partnership of the Region One Consortium for Safe and Drug-Free Education Environments. Research team: Clara Contreras (PI), Health Specialist, and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Education Agency, $150,000 (1995-1996)

*Developing Leadership Communities for Improving Mathematics Performance for All Students on Title I Campuses.* Developed for a partnership of the Region One Statewide Systemic Initiative Team. Research team: Jack Damron, Chuck McInteer, Noel Villarreal (PI), and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Statewide Systemic Initiative for Reform in Mathematics, Science and Technology Education to The Charles A. Dana Center for Mathematics and Science Education, The University of Texas at Austin, $50,669 (1995-1996)

Liquidia's Exhibit 1036
Page 94

*The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in South Texas.*
Sylvia D. Hall-Ellis (PI). Developed under the sponsorship of the Department of Library Science, College of Education and Applied Science, Sam Houston State University (Huntsville). Texas Association of School Librarians, Children's Services Round Table, and Young Adults Round Table (Austin, Texas), $2,500 (1995)

*School Library Media Specialists Fellowship Program.* Sylvia D. Hall-Ellis (PI). Developed under the sponsorship of the Department of Library Science, College of Education and Applied Science, Sam Houston State University (Huntsville, Texas). U.S. Department of Education, HEA Title II-B, Library Education and Human Resource Development Program, $44,000 (1995-1996)

*Planning for Educational Technology.* Research team: Ruth Ann Riggins (PI), Director of Library Media and Technology Services, Donna (Texas) Independent School District; Noe Torres, Education Service Center, Region One; Patricia G. Bubb, Tech Prep of the Rio Grande Calley, Inc; Michael D. Bell, South Texas Community College; and Sylvia D. Hall-Ellis, Sam Houston State University. Developed under the sponsorship of Donna (Texas) Independent School District, Education Service Center, Region One (Edinburg), Tech Prep of the Rio Grande Valley, Inc. (Harlingen), South Texas Community College (McAllen), and the Department of Library Science, Sam Houston State University (Huntsville). Funded through Infusion of Educational Technology Planning Grant Program (H.B. 18: Models). Texas Education Agency, $18,000 (1993-1994)

*The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in South Texas.*
Sylvia D. Hall-Ellis (PI) and Mary Ann Berry. Developed under the sponsorship of the Department of Library Science, College of Education and Applied Science, Sam Houston State University (Huntsville). Sam Houston State University Research Enhancement Fund, $7,500 (1993-1994)

*Electronic Mail Resource Sharing System: Management and Operation of the Iowa Computer-Assisted Network.*
State Library of Iowa, $294,000 (1986-1993)

*The Iowa Locator: A CD-ROM Resource Sharing Tool.* State Library of Iowa, $567,000 (1986-1992)

*Statewide Database Development: An OCLC Tape Analysis To Determine Feasibility.* State Library of South Dakota, $15,000 (1987)

*The Iowa Locator: A Feasibility Study.* State Library of Iowa, $50,000 (1986)

*Electronic Mail Resource Sharing System: A Feasibility Study for Libraries in the State of Iowa.* State Library of Iowa, $5,000 (1985)

*Access Pennsylvania: A Feasibility Study.* State Library of Pennsylvania, $50,000 (1984)

*Automating Library Administrative and Management Tasks: Procurement and Distribution of Microcomputer Systems for District Library Centers in the Commonwealth of Pennsylvania.* State Library of Pennsylvania, $495,000 (1982)

*Sharing Serial Titles Resources: Procurement and Distribution of Microfiche Readers for 550 Libraries in the Commonwealth of Pennsylvania.* State Library of Pennsylvania, $500,000 (1982)

*Electronic Mail System: A Pilot Project for Libraries throughout the Commonwealth of Pennsylvania.* State Library of Pennsylvania, $125,000 (1982)

*Literacy Program for Adults in Rural Upstate New York State: Program Outreach and Evaluation - Phase 3.*
Appalachian Regional Commission, $50,000 (1981)

*Database Building: A Cooperative Project of the Finger Lakes Library System (Ithaca), Four County Library System (Binghamton), and the Southern Tier Library System (Corning).* New York State Library, $450,000 (1980-1985)

Liquidia's Exhibit 1036
Page 95

*Faces of the Southern Tier: A Professional Photographer-in-Residence.* New York State National Endowment for the Humanities, $25,000 (1980)

*Literacy Program for Adults in Rural Upstate New York State: Program Implementation - Phase 2.* Appalachian Regional Commission, $50,000 (1980)

*Small Business Resources Center: A Pilot Project for Rural Public Libraries.* New York State Library, $50,000 (1980)

*Media Programming: A Professional Development Program for Public Librarians in Upstate New York: A Program in Allegheny, Chemung, Schuyler, Steuben, and Yates Counties.* New York State Library, $35,000 (1979)

*Information and Library Resources for Inmates and Prisoners in Selected Upstate New York Facilities: A Cooperative Program in Allegheny, Chemung, Schuyler, Steuben, and Yates Counties.* New York State Library, $25,000 (1979)

*Library Resources for Homebound Adults in Upstate New York: An Outreach Program in Allegheny, Chemung, Schuyler, Steuben, and Yates Counties.* New York State Library, $40,000 (1979)

*Literacy Program for Adults in Rural Upstate New York State: Program Initiation and Establishment - Phase 1.* Funded by the Appalachian Regional Commission. Awarded to the Corning (New York) Public Library, $50,000 (1979)

*Information Reference Services to Homebound Adults.* New York State Library, $31,000 (1978)

*Books-By-Mail Services to Homebound Adults.* New York State Library, $31,000 (1978)

*System Headquarters Services and Programs for Public Libraries in District 10.* Funded through Library Services and Construction Act Title I. Texas State Library and Historical Commission, $880,000 (1976)

*County Library Development Grant for Atascosita County.* Funded through Library Services and Construction Act Title I. Texas State Library and Historical Commission, $15,000 (1976)

*Spanish Language Materials Collection Development Program.* Texas State Library and Historical Commission, $40,000 (1975)

*Establishment of System Headquarters for Alamo Regional Library System (District 10) Headquartered at the San Antonio (Texas) Public Library.* Texas State Library and Historical Commission, $800,000 (1975)

Liquidia's Exhibit 1036
Page 96

## SELECTED CONSULTANTSHIPS

**Project Strategic Planning & Funding Proposal Development**

Walden University, 2015.

Pikes Peak Library District, 2014.

Douglas County Public Libraries, 2011-2012.

Denver School for Science and Technology, 2008-2011.

Johnson & Wales University, Denver Campus, 2007-2009.

Challenges, Choices, and Images K-12 Charter School, Denver Public Schools, 2007.

Denver Medical Library, Inc., 2006-2010.

Bemis Public Library (Littleton), Ergonomic Design and Facilities Enhancement Consultant, 2003.

Curtis Park Community Center (Denver), Community Technology Center Evaluation and Proposal Development Consultant, 2003.

Colorado Community Based Research Network (Denver), Funding Research Associate, 2002-

Our Lady of the Rosary Academy (Edgewater), Learning Resource Center Development Project Consultant, 2001-

University of Southern Colorado (Pueblo). Technology Integration and Curriculum Enhancement into Higher Education Learning Environment. Proposal Development Consultant, 2000.

Jefferson County Library System (Lakewood), 1999-2000.

Southeastern BOCES (Lamar, CO). Distance Learning Curriculum Content Development Project. Proposal Development Consultant, 1998-2004.

Cheyenne Mountain School District 12 (Colorado Springs, CO). Technology Integration into Elementary Writing Curriculum Project. Proposal Development Consultant, 1998.

Telecommunications Infrastructure Fund Board Round #2 Application, 1997.  Technical assistance to the following: La Villa (Texas) Independent School District; Mirando City (Texas) Independent School District; Monte Alto (Texas) Independent School District; San Isidro (Texas) Independent School District.

Telecommunications Infrastructure Fund Board Round #1, 1996. Technical assistance to the following: Brownsville (Texas) Independent School District; Donna (Texas) Independent School District; Edinburg (Texas) Consolidated Independent School District; Harlingen (Texas) Consolidated Independent School District; Jim Hogg County Independent School District (Hebbronville, Texas); La Feria (Texas) Independent School District; La Joya (Texas) Independent School District; La Villa (Texas) Independent School District; Los Fresnos (Texas) Consolidated Independent School District; Progreso (Texas) Independent School District; Raymondville (Texas ) Independent School District; Rio Hondo (Texas) Independent School District; San Benito (Texas) Independent School District; Sharyland Independent School District (Mission, Texas); Weslaco (Texas) Independent School District; Zapata (Texas) County Independent School District.

South Texas Community College (McAllen). Strategy Development to Meet the Technology Instructional Needs for Vocational, School-To-Work and Academic Programs, 1994-2000. Development Consultant.

Liquidia's Exhibit 1036
Page 97

Donna (Texas) Independent School District. Planning for the Infusion of Technology in Middle Schools Serving High At-Risk Students, 1994-1995. Research Associate.

Pettus (Texas) Independent School District. Planning for District-wide Automation in School Library Media Centers: Preparation of Data, and CD-ROM Hardware/Software Configuration Evaluation, 1994. Principal Investigator.

Fort Bend Independent School District (Sugar Land, TX). Planning for District-wide Automation in School Library Media Centers, Preparation of Data, and CD-ROM Hardware/Software Configuration Evaluation, 1994-1995. Principal Investigator.

Northern Waters Library Services (Ashland, WI). Professional Consulting Services to Make Recommendations on the Development of System-Wide Efforts of the Northern Waters Library Service, 1988-1989. Research Associate.

State Library of Iowa (Des Moines). The Iowa Locator Compact Disc to Support Multi-Type Libraries Resource Sharing including Database Design, Building, Production, and Distribution, 1986-1991. Project Director.

State Library of Iowa (Des Moines). Iowa Computer-Assisted Network Development, Enhancement, and Operation, 1985-1992. Technical Director.

State Library of South Dakota (Pierre). Statistical Sampling and Analysis of Multi-Institutional OCLC Archive Tape for Statewide Online Database Building, 1985-1986. Research Associate.

District of Columbia Public Library (Washington, DC). Planning Document for the Retrospective Conversion of Bibliographic Records and Automation Issues in the 1990's, 1984-1985. Research Associate.

State Library of Pennsylvania (Harrisburg). Database Development for High School Libraries, 1984-1985. Research Associate.

MINITEX (Minneapolis, MN). Workshops for Retrospective Conversion, Bar Coding, Library Statistics, and OCLC Serials Format, 1985. Presenter and Research Associate.

ABC Film Consortium (Altoona, Bellefonte, Johnstown, PA). Database Building, System Design, and Implementation of Online Film Booking System, 1983-1985. Database Manager.

**Library Automation -- System Design & Implementation**

Douglas County Library District (Castle Rock, CO). Library Automation Technical and System Performance Specifications, 2001.

Pharr-San Juan-Alamo Independent School District (Pharr, TX). Library Automation Technical and System Performance Specifications, 1997. Project Development Consultant.

Harlingen (Texas) Independent School District. Planning for District-wide Automation in Junior High School Library Media Centers: Preparation of Data, and CD-ROM Hardware/Software Configuration Evaluation, 1996. Principal Investigator.

Sharyland (Texas) Independent School District. Design and Construction of New Elementary School Library and Technology Resources Center, 1995-1996. Principal Investigator.

South Texas Independent School District (Mercedes, TX). Design and Construction of a New High School Library and Technology Resources Center, 1995-1996. Principal Investigator.

Liquidia's Exhibit 1036
Page 98

Citizens' Library (Washington, PA). Online Community Resources Files: Design and Implementation, 1984. Research Associate.

Altoona (Pennsylvania) Hospital. Integrated Online System Upgrade Study, 1984. Research Associate.

State Library of South Dakota (Pierre). Automation Plan and State Database Development, 1982-1983. Principal Investigator.

State Library of Pennsylvania (Harrisburg). COM Production and Preparation of the Technical Specifications Document, Procurement, and Distribution of Microcomputers in the Commonwealth of Pennsylvania, 1983-1984. Research Associate.

Altoona (Pennsylvania) Area Public Library. Integrated System (Circulation/Online Catalog) Study, 1982-1983. Principal Investigator.

COPSCAULD (Council of Pennsylvania State College and University Library Directors, Edinboro, PA). Design of Online Media Catalog, 1982. Principal Investigator.

Erie (Pennsylvania) County Library System. Operations Research and Design for Automated Circulation, Hardware Upgrade and Re-Retrospective Conversion, 1982. Research Associate.

Michigan Library Consortium (Lansing, MI). Tape Management System Design and Implementation, 1982-1984. Research Associate.

State Library of Pennsylvania (Harrisburg). Preparation of the Technical Specifications Document, Procurement and Distribution of Microfiche Readers in the Commonwealth of Pennsylvania, 1982. Research Associate.

Community College of Allegheny County, Allegheny Campus (Pittsburgh, PA). Integrated Systems Study, 1981. Principal Investigator.

Community College of Allegheny County, South Campus (West Mifflin, PA). Retrospective Conversion Training Program for Handicapped Students, 1981. Technical Director.

Southern Tier Library System (Corning, NY). OCLC Acquisitions Subsystem Evaluation, 1981. Principal Investigator.

South Central Reference and Research Council (Ithaca, NY). South Central Regional Delivery System, 1980. Principal Investigator.

Southern Tier Library System (Corning, NY). Newspapers on Microfilm in the Chemung-Southern Tier Library System, 1979-1981. Principal Investigator.

**Cataloging & Bibliographic Database Building**

Challenges, Choices, and Images K-12 Charter School, Denver Public Schools, 2007.

Denver Medical Library, Inc., 2006-2010.

Ricks Gifted and Talented School Library, 2005-

American Humane Society (Englewood), 2004-2006.

Fisher Early Learning Center Library, 2004-

Colorado Community Based Research Network (Denver), 2004-

Liquidia's Exhibit 1036
Page 99

Sylvia D. Hall-Ellis, Ph.D.
Page 50 of 50

Boulder Valley School District (Boulder), 2002-2003.

Douglas Public Library District (Castle Rock), 2001-2002.

Bibliographic Center for Research, Inc. (Denver). Original Cataloging, 2001-2003 & 1992-1993. Professional Cataloger. Libraries include Arapahoe Library District (Centennial); Clarke College (Clarke, IA); Kaiser Permanente Center for Health Research (Portland, KS); Douglas County Library System (Carson City, NV); Grinnell College (Grinnell, IA); Kansas State University (Manhattan, KS); Kansas State Library (Topeka, KS); McPherson College (McPherson, KS); Newman University (Wichita, KS); Montana Technical University (Helena, MT); Montana State Library (Helena, MT); University of Texas Southwest Medical Center Library (Dallas, TX); Community College of Southern Nevada (Las Vegas, NV); Pikes Peak Library District (Colorado Springs); Mesa Community College (Grand Junction); Coe College (Cedar Rapids, IA); Briar Cliff College (Sioux City, IA); Tri-Care Health Systems (Aurora); The Penrose-St. Francis Healthcare System (Colorado Springs); Westminster Public Library (Westminster); Lutheran Medical Center Medical Library (Wheat Ridge); American Heritage Center, University of Wyoming (Laramie, WY); National Wildlife Research Center Library (Lakewood); University of Colorado Health Sciences Center, Denison Memorial Library (Denver); Water Resources Library, Denver District Office, Bureau of Land Management (Lakewood); Mesa State Community College Learning Resources Center (Pueblo); Front Range Community College Learning Resources Center (Westminster).

Colorado Historical Society Library (Denver). Original Cataloging of Serials for Multi-Institutional Union Listing Project, 1993. Technical Services Associate. Institutional partners: Denver Art Museum, Denver Museum of Natural History Library, and Denver Botanical Gardens Library.

Arapahoe Library District (Centennial). Original Cataloging of Major Media, 1991.

Original Cataloging Projects: Davis and Elkins College (Elkins, WV), 1989-1990; Waldorf College (Forest City, IA), 1989-1990; Kennametal Corporation (Latrobe, PA), 1984-1985; Pennsylvania Public Libraries Film Center (Harrisburg), 1982-1985.

Retrospective Conversion Projects: North Central Regional Library Service (Mason City, IA), 1987-1988; Southeastern Library Services (Davenport, IA), 1986-1987; Virginia Theological Seminary (Alexandria), 1984-1985; California University of Pennsylvania (California, PA), 1984-1985; Kennametal Corporation (Latrobe, PA), 1984-1985;West Virginia University (Morgantown), 1983-1985; Altoona Area Public Library (Altoona, PA), 1983-1984; George Washington University (Washington, DC), 1983-1984; Indiana University of Pennsylvania (Indiana, PA), 1983-1985; Health Education Center (Pittsburgh), 1983-1984; Central Pennsylvania District Library Center (Bellefonte, PA), 1982-1985; Duquesne University Law School Library (Pittsburgh), 1982-1983; Allegheny County Law Library (Pittsburgh), 1982-1984;Calgon Technical Information Center (Pittsburgh), 1982; Dow Corning Corporation, Technical Information Center (Midland, MI), 1982-1983; Tri-System Public Library Retrospective Conversion Project (Binghamton, Corning, and Ithaca, NY), 1978-1981, Technical Project Director.

**Updated November 2020**

Liquidia's Exhibit 1036
Page 100

# EXHIBIT B

Liquidia's Exhibit 1036
Page 101

 © Urban & Vogel 2005

# Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie

Hossein Ardeschir Ghofrani, Robert Voswinckel, Frank Reichenberger, Friedrich Grimminger, Werner Seeger[1]

**Zusammenfassung**

Trotz aller Fortschritte in der Therapie der pulmonalarteriellen Hypertonie gibt es bisher keine Aussicht auf Heilung dieser schwerwiegenden Erkrankung. Mit der Einführung effektiver und nonparenteraler Medikamente (z.B. orale Endothelin-Rezeptor-Antagonisten [ERA], inhalative Prostanoide) haben sich jedoch die Lebensqualität, die körperliche Belastbarkeit und die Prognose der Patienten in den letzten Jahren erheblich verbessern lassen. Die Anwendbarkeit dieser Medikamente ist aber durch die z.T. gravierenden Nebenwirkungen und/oder aufwendigen Applikationsformen eingeschränkt. Ob selektive ERA aufgrund ihrer Spezifität für den A-Rezeptor Vorteile gegenüber dem nichtselektiven ERA Bosentan im Hinblick auf Nebenwirkungen, aber auch in Bezug auf die Effektivität haben, wird erst nach Auswertung der derzeit laufenden zulassungsrelevanten Studien mit Ambrisentan und Sitaxsentan zu eruieren sein. Inhaliertes Treprostinil könnte aufgrund seiner hohen Selektivität für die pulmonale Zirkulation sowie aufgrund der längeren Wirkung einen Vorteil gegenüber dem bereits zugelassenen inhalierten Iloprost haben. Bisher stehen jedoch noch Ergebnisse einer kontrollierten randomisierten Studie aus, die die Wirksamkeit dieser Therapie in der chronischen Anwendung dokumentieren. Der selektive Phosphodiesterase-5-(PDE5-)Inhibitor Sildenafil ist im Vergleich zu den vorgenannten Substanzen bereits am nächsten zur klinischen Zulassung. Sildenafil erwies sich bei verschiedenen Formen der pulmonalen Hypertonie als starker pulmonal selektiver Vasodilatator. Die Ergebnisse der Phase-III-Studie zur Anwendung von Sildenafil bei pulmonalarterieller Hypertonie bestätigen die hervorragende Wirksamkeit dieses Medikaments bei exzellenter Verträglichkeit. Kombinationstherapien stellen bei allen noch zu erwartenden Fortschritten in der Entwicklung einzelner Substanzen die aussichtsreichste zukünftige Therapieoption dar. Kontrollierte Studien zur Überprüfung dieser Option, unter Berücksichtigung verschiedener Medikamentenkombinationen, befinden sich bereits in Planung.

**Schlüsselwörter:** Pulmonale Hypertonie · Vasodilatative Therapie · Stickstoffmonoxid · Prostacyclin · Endothelinantagonist · Phosphodiesteraseinhibitoren · Kombinationstherapien

Herz 2005;30:296–302

DOI 10.1007/s00059-005-2695-4

## Emerging Therapies for the Treatment of Pulmonary Arterial Hypertension

**Abstract**

Besides all progress in the therapy of pulmonary arterial hypertension over the past years, there is still no cure for this devastating disease. By introducing effective and nonparenteral medications (e.g., oral endothelin receptor antagonists [ERAs], inhaled prostanoids), quality of life, exercise tolerance and prognosis of patients have substantially improved. However, applicability of these therapies can be hampered by serious side effects and/or the necessity for elaborate application techniques. Whether selective ERAs – due to their specificity for the A-type receptor – have potential benefits over the nonselective ERA bosentan remains to be answered by the analysis of pivotal trials recently carried out with ambrisentan and sitaxsentan. Inhaled treprostinil can potentially have benefits over the already approved inhaled iloprost, related to its higher pulmonary selectivity as well as to the longer biological half-life. However, this has yet to be proven in long-term randomized controlled trials. In comparison to the previously mentioned substances, the selective phosphodiesterase-5 (PDE5) inhibitor sildenafil approached approval closest as new therapy for pulmonary arterial hypertension. Oral sildenafil has proven its efficacy as a selective pulmonary vasodilator in various forms of pulmonary hypertension. The results of the pivotal phase III trial have confirmed the

[1] Medizinische Klinik und Poliklinik II, University Giessen Lung Center (UGLC), Justus-Liebig-Universität Gießen.

Liquidia's Exhibit 1036
Page 102

Ghofrani HA, et al. Pulmonale Hypertonie – neue Aspekte der Therapie

strong efficacy and excellent tolerability of this substance. Combination therapies, despite all progress seen for single agents, can be regarded as the most promising therapeutic approach for the future. However, controlled randomized trials that are currently under consideration have to confirm this notion.

**Key Words:** Pulmonary hypertension · Vasodilative therapy · Nitric oxide · Prostacyclin · Endothelin antagonist · Phosphodiesterase inhibitors · Combination therapies

### Einleitung

Im Beitrag von Hoeper in diesem Heft wurde bereits ausführlich auf die leitliniengerechte Therapie der pulmonalarteriellen Hypertonie (PAH) eingegangen. Leitliniengerecht bedeutet in diesem Fall die Bezugnahme auf zugelassene Medikamente oder Substanzen, die aufgrund einer eindeutigen Publikationslage Eingang in die evidenzbasierten Therapieempfehlungen gefunden haben. Inhalt dieses Beitrags wird die Darstellung neuer, z.T. noch in Entwicklung befindlicher Therapieansätze sein, die in naher Zukunft Eingang in die Therapieleitlinien finden können oder die bereits aufgrund eines eindeutigen Wirksamkeitsnachweises im sog. „off-label use" zum Einsatz kommen. Im Einzelnen werden wir auf die Therapie mit inhalierten Prostanoiden, selektiven Endothelin-A-Rezeptor-Antagonisten (Sitaxsentan und Ambrisentan) sowie Phosphodiesterase-5-(PDE5-)Hemmern (hier insbesondere Sildenafil) eingehen. Des Weiteren werden Kombinationstherapien als möglicher zukünftiger Therapiestandard diskutiert.

### Vasoaktive Therapie

Angriffspunkte einer vasoaktiven Therapie sind die potentiell reversiblen Komponenten der Gefäßobstruktion. Prinzipiell bestehen zwei Möglichkeiten, durch pharmakologische Intervention den Gefäßquerschnitt zu erweitern:

• Aufhebung eines dauerhaft erhöhten Vasotonus durch Relaxation der glatten Gefäßmuskulatur (unmittelbarer Effekt von Vasodilatatoren);
• Beeinflussung des strukturellen Gefäßumbaus (vaskuläres Remodeling) durch Nutzung von antiinflammatorischen und antiproliferativen Wirkstoffen.

Eine Vielzahl vasodilatativer Agenzien ist in der Behandlung der chronischen pulmonalen Hypertonie klinisch getestet worden. Bezüglich der Anwendung von Calciumantagonisten, Prostanoiden und nichtselektiven Endothelinantagonisten sei nochmals auf den Artikel von Hoeper in diesem Heft hingewiesen. Obwohl in dem genannten Artikel auch schon auf inhaliertes Iloprost (Ventavis®) eingegangen wurde, sei diese Therapieform hier noch einmal kurz erwähnt, da sie zur Erläuterung der neuen Therapie mit inhaliertem Treprostinil den theoretischen und klinischen Hintergrund liefert.

### Inhalatives Iloprost

Die Inhalation aerosolierter Prostanoide umgeht wirkungsvoll einen Großteil der Nachteile der Infusionstherapie: Durch die alveoläre Deposition des Wirkstoffs wird eine pulmonal und intrapulmonal selektive Wirkung erzielt. Die Therapie der pulmonalen Hypertonie mit wiederholten Inhalationen des lang wirksamen Prostacyclinanalogons Iloprost hat in einer multizentrischen, randomisierten, plazebokontrollierten Studie ihre Effektivität bei gleichzeitig guter Sicherheit bewiesen [1]. In der mit Iloprost behandelten Gruppe zeigte sich sowohl eine signifikante Verbesserung der 6-min-Gehstrecke (als Maßstab der Belastbarkeit) als auch der NYHA-Klasse (New York Heart Association) im Vergleich zur plazebobehandelten Gruppe. Dieser zulassungsrelevanten Studie waren bereits mehrere, nicht kontrollierte Studien an Patienten mit verschiedenen Formen der pulmonalen Hypertonie vorausgegangen [2–4]. Im Wesentlichen konnte die Phase-III-Studie hierbei die früheren positiven Erfahrungen bestätigen. Nachteile dieser Therapie sind jedoch neben der aufwendigen Aerosoltechnologie die relativ kurze Wirkdauer der einzelnen Gabe (60–90 min) mit der Notwendigkeit häufiger Inhalationen (sechs- bis neunmal täglich) und die therapeutische Pause während der Nacht.

### Inhaliertes Treprostinil

Treprostinil ist ein lang wirksames Prostacyclinanalogon, welches aufgrund seiner langen Plasmahalbwertszeit und chemischen Stabilität in Lösung potentielle Vorteile gegenüber Epoprostenol bietet und somit zunächst als Substitut für die Infusionsbehandlung entwickelt wurde. Zur Vermeidung katheterassoziierter

Liquidia's Exhibit 1036
Page 103

Komplikationen wird die Treprostinilinfusion subkutan über eine (der Insulindauertherapie entnommene) Spezialkanüle infundiert. Die zulassungsrelevante Studie zu diesem Therapieprinzip hat eine Wirksamkeit bei der Behandlung von Patienten mit PAH erbracht [5]. Nachteil dieser Behandlungsform ist jedoch, dass es bei bis zu 80% der Patienten zu Schmerzen an der Injektionsstelle kommt, welche eine dauerhafte Therapie erschweren. Erste Untersuchungen aus Gießen haben den Wirksamkeitsnachweis von *inhaliertem* Treprostinil zur effektiven Senkung des pulmonalen Gefäßwiderstands (PVR) erbracht [6]. In dieser ersten Untersuchung wurde bei 17 Patienten mit schwerer präkapillärer pulmonaler Hypertonie inhaliertes Treprostinil (15 µg/Inhalation) verabreicht. Dies führte zu einer starken pulmonal selektiven Druck- und Widerstandssenkung mit einer Gesamtwirkdauer von > 180 min. Im direkten Vergleich mit inhaliertem Iloprost zeigte inhaliertes Treprostinil eine stärkere pulmonale Selektivität, so dass eine Dosissteigerung auf bis zu 90 µg (absolute inhalierte Dosis pro Inhalationsmanöver), ohne Auftreten von unerwünschten Wirkungen, möglich ist [6]. Aufgrund dieser einzigartigen Eigenschaften (ausgeprägte pulmonale Selektivität und lange Wirkdauer nach einzelner Inhalation) ist es möglich, die Anzahl notwendiger Inhalationen auf bis zu vier pro Tag zu reduzieren; die Inhalationsdauer lässt sich bei geeigneter Geräteauswahl auf < 1 min senken. Erste Daten zeigen zudem, dass eine Anwendung in nur ein bis zwei Atemzügen technisch realisierbar sein wird. Eine multizentrische, plazebokontrollierte Studie soll nun die Wirksamkeit dieser neuen Therapie auch in der Langzeitanwendung untersuchen.

### Selektive Endothelin-A-Rezeptor-Antagonisten

Die Aktivierung von Endothelin-A-($ET_A$)Rezeptoren führt zur Vasokonstriktion und Gefäßproliferation in der Lunge, während der $ET_B$-Rezeptor zirkulierendes Endothelin bindet (und eliminiert) und zu einer Steigerung der endogenen Prostacyclin- und Stickstoffmonoxid-(NO-)Produktion führt. Außerdem wird angenommen, dass die für Bosentan beschriebene Lebertoxizität vornehmlich mit der $ET_B$-hemmenden Wirkung im Zusammenhang steht. Vor dem Hintergrund dieser vermutlich nachteiligen Teilkomponente des nichtselektiven Endothelin-Rezeptor-Antagonisten (ERA) sind selektive $ET_A$-Antagonisten in die klinische Erprobung gekommen. Hierzu liegen aktuell Erfahrungen für zwei Substanzen vor, die im Einzelnen aufgeführt sind.

*Sitaxsentan.* Der selektive $ET_A$-Rezeptor-Antagonist Sitaxsentan (Thelin®) hat eine vielfach höhere Bindungsaffinität für den $ET_A$- als den $ET_B$-Rezeptor. Präklinische Daten haben bereits auf eine mögliche Wirksamkeit zur Behandlung der PAH hingewiesen. Publizierte Phase-II-Daten zeigen, dass bei vergleichbarer Wirksamkeit mit Bosentan die Inzidenz von Lebertoxizität in der mit 100 mg Sitaxsentan (einmal tägliche Tabletteneinnahme) behandelten Gruppe bei 0% und in der mit 300 mg behandelten bei 10% lag [7]. Bei der derzeit noch in Auswertung befindlichen zulassungsrelevanten Phase-III-Studie kamen sowohl 50 mg als auch 100 mg Sitaxsentan im Vergleich zu Plazebo oder Bosentan (125 mg zweimal täglich) zum Einsatz. Die zurzeit nur per Pressemitteilung veröffentlichten Daten signalisieren, dass erneut die 100-mg-Dosis von Sitaxsentan bei vergleichbarer Wirksamkeit (Verbesserung der Gehstrecke im 6-min-Gehtest um 31,4 m [Sitaxsentan] vs. 29,5 m [Bosentan]) im Trend weniger Lebertoxizität aufwies als Bosentan (3% vs. 11%). Wann und für welches Patientenkollektiv es zu einer Zulassung dieser Medikation kommen wird, ist derzeit nicht bekannt. Für Sitaxsentan ist eine Interaktion mit Warfarin vorbeschrieben, die eine Dosisanpassung des oralen Antikoagulans erfordert.

*Ambrisentan.* Ebenso wie Sitaxsentan handelt es sich bei Ambrisentan um einen selektiven $ET_A$-Antagonisten [8]. Eine Phase-II-Studie zu dieser Substanz ist bereits abgeschlossen, jedoch liegen die Ergebnisse zurzeit nicht in publizierter Form vor. Die zulassungsrelevante Phase-III-Studie rekrutiert derzeit noch Patienten und wird voraussichtlich Ende 2005 zum Abschluss kommen.

### Phosphodiesteraseinhoren

Die gemeinsame Endstrecke in der Wirkungssequenz der endogenen vasodilatativen Mediatoren (z.B. NO, Prostanoide und atriales natriuretisches Peptid [ANP]) ist die intrazelluläre Freisetzung zyklischer Nukleotide (zyklisches Adenosinmonophosphat [cAMP], zyklisches Guanosinmonophosphat [cGMP]). Diese sog. Second Messenger werden in erster Linie durch eine Aktivierung von Adenylat- und Guanylatcyclase gebildet [9]. Der Abbau zyklischer Nukleotide durch Phosphodiesterasen (PDE) limitiert die Wirkintensität und -dauer der vasodilatativen Agonisten [9, 10]. PDE zeigen z.T. organ- bzw. zellspezifische Verteilungsmuster [10, 11]. So ist die PDE5 sowohl im Corpus cavernosum des Mannes als auch in der Lunge schon unter physiolo-

Liquidia's Exhibit 1036
Page 104

Ghofrani HA, et al. Pulmonale Hypertonie – neue Aspekte der Therapie

gischen Bedingungen hoch exprimiert [10]. Darüber hinaus sind PDE gerade bei verschiedenen proliferativen und konstriktiven Gefäßerkrankungen überexprimiert. PDE-Inhibitoren können, abhängig von ihrem Selektivitätsprofil, in den Abbau von cAMP oder cGMP oder beiden Systemen gleichzeitig eingreifen.

Therapeutische Ansätze ergeben sich vor dem Hintergrund dieser pathophysiologischen Überlegungen somit in zweierlei Hinsicht: 1. können PDE-Inhibitoren den basalen Abbau von zyklischen Nukleotiden hemmen und somit per se vasodilatative Effekte erzielen, und 2. können PDE-Inhibitoren die Wirksamkeit von Vasodilatatoren wie NO und Prostanoiden verlängern.

*Sildenafil.* Sildenafil ist ein selektiver PDE5-Inhibitor und zur Therapie der erektilen Dysfunktion zugelassen. In dieser Indikation zeigte das Medikament bisher ein ausgesprochen gutes Sicherheitsprofil, insbesondere ohne Nachweis relevanter systemischer Blutdrucksenkung [12]. Bei Patienten, die aufgrund einer kardiovaskulären Erkrankung mit Nitropräparaten therapiert werden, sollte jedoch zur Vermeidung unerwünschter schwerer Hypotonien von einer kombinierten Anwendung mit Sildenafil abgesehen werden.

Basierend auf experimentellen Vorkenntnissen lag es nahe, PDE-Inhibitoren zur Verlängerung und/oder Verstärkung der Wirkung von Prostanoiden einzusetzen. Zwei klinische Studien haben hierbei eindrucksvoll belegen können, dass Sildenafil per se ein potenter pulmonaler Vasodilatator ist, der trotz systemischer Applikation eine überraschende pulmonale Selektivität aufweist [13, 14]. Des Weiteren konnte eine deutliche synergistische Wirkung von oralem Sildenafil mit inhaliertem Iloprost dokumentiert werden. An 30 Patienten mit schwerer pulmonaler Hypertonie wurde hierbei im Vergleich der Wirksamkeit mit dem bekanntermaßen pulmonal selektiver Vasodilatator inhaliertes NO durchge-



**Abbildungen 1a bis 1d.** Wirkung von inhaliertem Stickstoffmonoxid (NO) und Iloprost sowie oralem Sildenafil auf den pulmonalvaskulären Widerstand (PVR; modifiziert nach [14]). Die prozentuale Reduktion des PVR unter NO-Inhalation, Iloprostinhalation und nach oralem Sildenafil ist hier dargestellt. a, b) Untersuchung einzelner Anwendungen der Medikamente. c, d) Zusätzliche Darstellung der kombinierten Gaben von Sildenafil – c) 12,5 mg, d) 50 mg – mit inhaliertem Iloprost (Ilomedin®).

**Figures 1a to 1d.** Comparison of pulmonary vasodilative potency of oral sildenafil, inhaled nitric oxide (NO) and inhaled iloprost (adapted from [14]). Comparative vasodilator testing was performed in 30 patients with precapillary pulmonary hypertension. The relative reduction (in %) of PVR subsequent to inhaled NO, inhaled iloprost, and oral sildenafil is presented. a, b) Investigation of the effects of each single substance. c, d) Combinations of inhaled iloprost with 12.5 mg (c) and 50 mg (d) oral sildenafil are displayed.

führt [14]. Hierbei zeigte sich, dass 50 mg orales Sildenafil eine signifikant stärkere pulmonale Vasodilatation bewirkte als inhaliertes NO (PVR-Reduktion: ~ 25% [50 mg Sildenafil] vs. ~ 15% [~ 20 ppm NO]; Abbildung 1). Im Hinblick auf mögliche kombinierte Anwendungen von PDE-Inhibitoren und Prostanoiden zeigten beide Substanzen in dieser Studie einen eindrucksvollen Synergismus der Wirksamkeit (> 45% PVR-Reduktion), bei erhaltener pulmonal selektiver Wirkweise und somit sehr guter Verträglichkeit. Auch bei pulmonaler Hypertonie als Begleiterkrankung einer interstitiellen Lungenerkrankung zeigte Sildenafil ein einzigartiges Wirkprofil. Obwohl Patienten mit Lungenfibrose und pulmonaler Hypertonie eine Prädisposition zu Oxygenierungsstörungen unter der Gabe von nichtselektiven Vasodilatatoren haben, zeigte Sildenafil bei diesen Patienten (trotz oraler Gabe) nicht nur eine Se-

Liquidia's Exhibit 1036
Page 105

Ghofrani HA, et al. Pulmonale Hypertonie – neue Aspekte der Therapie



lektivität im Sinne einer bevorzugten Senkung des PVR, sondern auch im Sinne einer intrapulmonalen Selektivität, welche sich in einer Verbesserung des Gasaustauschs ausdrückte [15] (Abbildung 2).

In einer kürzlich publizierten Untersuchung konnte durch Sildenafil erstmalig eine Leistungssteigerung bei hypoxieinduzierter pulmonaler Hypertonie dokumentiert werden, welche nicht nur mit einer Drucksenkung im kleinen Kreislauf, sondern auch mit einer verbesserten Oxygenierung einherging [16].

Mittlerweile ist die zulassungsrelevante Phase-III-Studie zur Behandlung der PAH mit Sildenafil zum Abschluss gekommen. Die Ergebnisse wurden 2004 auf der Konferenz der ACCP (American College of Chest Physicians) in Seattle, WA, USA, vorgestellt. Hierbei zeigte sich Sildenafil in allen drei getesteten Dosen von 20 mg, 40 mg und 80 mg (jeweils dreimal täglich verabreicht) hochsignifikant wirksamer in Bezug auf das Erreichen des primären Endpunkts (Verbesserung der 6-min-Gehstrecke; bis zu 50 m in der 80-mg-Gruppe) als Plazebo. Auch sekundäre Parameter, wie die Verbesserung der pulmonalen Hämodynamik sowie Parameter der Lebensqualität, waren signifikant verbessert. Zwischenzeitlich ist die Zulassung des Medikaments bei den US-amerikanischen und europäischen Behörden beantragt.

**Kombinationstherapien**

In der klinischen Realität von Patienten mit schwerer chronischer pulmonaler Hypertonie ergibt sich leider häufig die Situation, dass es trotz chronischer Therapie mit Prostanoiden oder Endothelinantagonisten zu einer progredienten Verschlechterung des klinischen Zustands der

**Abbildung 2.** Hämodynamische und Gasaustauschveränderungen bei Patienten mit Lungenfibrose und schwerer pulmonaler Hypertonie (modifiziert nach [15]).
Relative Veränderungen der Messparameter nach Inhalation mit Stickstoffmonoxid [NO (inh.)], intravenösem Prostacyclin [PGI (i.v.)] und oralem Sildenafil [Sil (oral)] sind hier dargestellt. CO: Herzzeitvolumen; mPAP: mittlerer pulmonalarterieller Druck; mSAP: mittlerer systemisch-arterieller Druck; paO$_2$: arterieller Sauerstoffpartialdruck; PVR: pulmonalvaskulärer Widerstand; PVR/SVR: Relation von pulmonal- zu systemisch-vaskulärem Widerstand.

**Figure 2.** Hemodynamic and gas exchange response to inhaled nitric oxide [NO (inh.)], infused prostacyclin [PGI (i.v.)], and oral sildenafil [Sil (oral)] in patients with lung fibrosis and pulmonary hypertension (adapted from [15]).
Deviations from pre-intervention baseline are displayed for inhaled NO, infused prostacyclin, and oral sildenafil. CO: cardiac output; mPAP: mean pulmonary arterial pressure; mSAP: mean systemic arterial pressure; paO$_2$: partial pressure of arterial oxygen (changes given in mm Hg); PVR: pulmonary vascular resistance index; PVR/SVR ratio: ratio of pulmonary to systemic vascular resistance.

Liquidia's Exhibit 1036
Page 106

Case: 23-1805    Document: 31-2    Page: 164    Filed: 10/12/2023

Ghofrani HA, et al. Pulmonale Hypertension – neue Aspekte der Therapie

Patienten kommt. Bisher wurden Patienten in einer solchen Konstellation einer atrialen Septostomie als überbrückende Maßnahme oder direkt einer Lungentransplantation zugeführt (mit allen Einschränkungen, bedingt durch lange Wartezeiten auf Spenderorgane und bisher unbefriedigende Langzeitergebnisse nach Transplantation). Wie erwähnt, zeigt Sildenafil auch in der Kombination mit z.B. inhaliertem Iloprost ein ausgesprochen gutes Wirkprofil bei dosisabhängig erhaltener pulmonaler Selektivität [14]. Eigene Erfahrungen bezüglich der kombinierten Langzeitanwendung von Sildenafil mit inhaliertem Iloprost im Rahmen klinischer Heilversuche erbrachten hierbei sehr ermutigende Ergebnisse im Sinne einer Rekompensation von Patienten, die trotz laufender Inhalationstherapie mit Iloprost zu dekompensieren drohten [17]. Eine weitere Untersuchung zur kombinierten Anwendung von Sildenafil und Bosentan zeigte ebenfalls einen Synergismus beider Therapien in Bezug auf eine Verbesserung der körperlichen Belastbarkeit [18]. Größere, plazebokontrollierte Studien sind notwendig, um abschließend die Fragen zu klären, 1. ob die Initiierung einer medikamentösen Therapie der pulmonalen Hypertonie mit mehreren Substanzen (z.B. PDE-Inhibitoren + Prostanoide oder PDE-Inhibitoren + ERA oder Prostanoide + ERA) einer einzelnen Therapie überlegen ist, 2. ob sich Patienten, die sich unter einer Monotherapie verschlechtern, durch Hinzunahme einer weiteren aktiven Substanz verbessern lassen, und 3. welche Medikamentenkombination im Hinblick auf Effektivität und Verbesserung der Prognose am wirksamsten ist. Die Optimierung der funktionellen Belastbarkeit bei Patienten mit chronischen pulmonalen Hypertonien sollte jeweils im Zentrum der therapeutischen Anstrengungen stehen, da diese von prognostischer Relevanz ist [19, 20]. Möglicherweise werden in Zukunft Kombinationen aus drei oder gar mehr Medikamenten zum Standardregime in der Behandlung der pulmonalen Hypertonie gehören, um dieses Ziel zu realisieren.

### Behandlung von Frühformen der pulmonalen Hypertonie

Derzeit gibt es keine generelle Empfehlung zur Therapie von Frühformen der pulmonalen Hypertonie mit Vasodilatanzien. Die Rationale für den frühzeitigen Einsatz solcher Substanzen ergibt sich aus der Vorstellung, sekundäre chronische (irreversible) Umbauprozesse der Lungengefäße zu verhindern, die sich im Gefolge dauerhafter Vasokonstriktion (prinzipiell noch

reversibel) ausbilden können. Die bisherige Zurückhaltung bezüglich einer frühzeitigen medikamentösen Therapie ist sicherlich zum einen durch die hohen Kosten der etablierten Medikamente in Verbindung mit dem hohen apparativen Aufwand und zum anderen mit den teils erheblichen therapieassoziierten Nebenwirkungen zu erklären. Außerdem zeigte sich in Bezug auf einen therapeutischen Nutzen für infundierte Prostanoide, dass nur Patienten mit einem weit fortgeschrittenen Stadium der Erkrankung einen signifikanten Überlebensvorteil aufwiesen, während diejenigen mit milderen Formen sogar tendenziell nachteilige Langzeitergebnisse durch die Therapie aufwiesen [21].

Aufgrund des sehr guten Sicherheitsprofils, der hohen Wirksamkeit und der verhältnismäßig niedrigen Therapiekosten könnte zukünftig dem oralen Sildenafil in der frühzeitigen Therapie latenter oder milder pulmonaler Hypertonien eine wichtige Rolle zukommen, zumal auch in der zulassungsrelevanten Phase-III-Studie mit dieser Substanz ein hoher Anteil von Patienten mit funktioneller NYHA-Klasse II erfolgreich behandelt werden konnte. Ebenso könnte dies für inhalierte Prostanoide bei weiterer Vereinfachung der Inhalationstechnologie zutreffen. Studien zu diesen Fragen stehen jedoch noch aus.

### Literatur

1. Olschewski H, Simonneau G, Galie N, et al. Inhaled iloprost for severe pulmonary hypertension. N Engl J Med 2002;347:322–9.
2. Olschewski H, Walmrath D, Schermuly R, et al. Aerosolized prostacyclin and iloprost in severe pulmonary hypertension. Ann Intern Med 1996;124:820–4.
3. Olschewski H, Ghofrani HA, Schmehl T, et al. Inhaled iloprost to treat severe pulmonary hypertension. An uncontrolled trial. German PPH Study Group. Ann Intern Med 2000;132:435–43.
4. Hoeper MM, Schwarze M, Ehlerding S, et al. Long-term treatment of primary pulmonary hypertension with aerosolized iloprost, a prostacyclin analogue. N Engl J Med 2000;342:1866–70.
5. Simonneau G, Barst RJ, Galie N, et al. Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial. Am J Respir Crit Care Med 2002;165:800–4.
6. Voswinckel R, Kohstall M, Enke B, et al. Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension. Eur Heart J 2004;25:22.
7. Barst RJ, Langleben D, Frost A, et al. Sitaxsentan therapy for pulmonary arterial hypertension. Am J Respir Crit Care Med 2004;169:441–7.
8. Channick RN, Sitbon O, Barst RJ, et al. Endothelin receptor antagonists in pulmonary arterial hypertension. J Am Coll Cardiol 2004;43:62S–7S.
9. Beavo JA. Cyclic nucleotide phosphodiesterases: functional implications of multiple isoforms. Physiol Rev 1995;75:725–48.
10. Ahn HS, Foster M, Cable M, et al. Ca/CaM-stimulated and cGMP-specific phosphodiesterases in vascular and non-vascular tissues. Adv Exp Med Biol 1994;308:191–7.
11. Rabe KF, Tenor H, Dent G, et al. Identification of PDE isozymes in human pulmonary artery and effect of selective PDE inhibitors. Am J Physiol 1994;266:L536–43.

Liquidia's Exhibit 1036
Page 107

Ghofrani HA, et al. Pulmonale Hypertonie

12. Cheitlin MD, Hutter AM Jr, Brindis RG, et al. Use of sildenafil (Viagra) in patients with cardiovascular disease. Technology and Practice Executive Committee. Circulation 1999;99:168–77.
13. Wilkens H, Guth A, Konig J, et al. Effect of inhaled iloprost plus oral sildenafil in patients with primary pulmonary hypertension. Circulation 2001;104:1218–22.
14. Ghofrani HA, Wiedemann R, Rose F, et al. Combination therapy with oral sildenafil and inhaled iloprost for severe pulmonary hypertension. Ann Intern Med 2002;136:515–22.
15. Ghofrani HA, Wiedemann R, Rose F, et al. Sildenafil for treatment of lung fibrosis and pulmonary hypertension: a randomised controlled trial. Lancet 2002;360:895–900.
16. Ghofrani HA, Reichenberger F, Kohstall MG, et al. Sildenafil increased exercise capacity during hypoxia at low altitudes and at Mount Everest base camp: a randomized, double-blind, placebo-controlled crossover trial. Ann Intern Med 2004;141:169–77.
17. Ghofrani HA, Rose F, Schermuly RT, et al. Oral sildenafil as long-term adjunct therapy to inhaled iloprost in severe pulmonary arterial hypertension. J Am Coll Cardiol 2003;42:158–64.
18. Hoeper MM, Faulenbach C, Golpon H, et al. Combination therapy with bosentan and sildenafil in idiopathic pulmonary arterial hypertension. Eur Respir J 2004;24:1007–10.
19. Miyamoto S, Nagaya N, Satoh T, et al. Clinical correlates and prognostic significance of six-minute walk test in patients with primary pulmonary hypertension. Comparison with cardiopulmonary exercise testing. Am J Respir Crit Care Med 2000;161:487–92.
20. Wensel R, Opitz CF, Ewert R, et al. Effects of iloprost inhalation on exercise capacity and ventilatory efficiency in patients with primary pulmonary hypertension. Circulation 2000;101:2388–92.
21. Higenbottam T, Butt AY, McMahon A, et al. Long-term intravenous prostaglandin (epoprostenol or iloprost) for treatment of severe pulmonary hypertension. Heart 1998;80:151–5.

**Korrespondenzanschrift**
Dr. Hossein Ardeschir Ghofrani
Medizinische Klinik II
Klinikstraße 36
35392 Gießen
Telefon (+49/641) 99-42351, Fax -42359
E-Mail: ardeschir.ghofrani@innere.med.uni-giessen.de

Liquidia's Exhibit 1036
Page 108

**Appx1962**

# EXHIBIT C

Liquidia's Exhibit 1036
Page 109

NDA 21-272/S-002
Page 3

**PRODUCT INFORMATION**

**REMODULIN® (Treprostinil sodium) Injection**

**DESCRIPTION**

Remodulin® (treprostinil sodium) Injection is a sterile sodium salt formulated for subcutaneous or intravenous administration.  Remodulin is supplied in 20 mL multi-use vials in four strengths, containing 1 mg/mL, 2.5 mg/mL, 5 mg/mL or 10 mg/mL of treprostinil.  Each mL also contains 5.3 mg sodium chloride (except for the 10 mg/mL strength which contains 4.0 mg sodium chloride), 3.0 mg metacresol, 6.3 mg sodium citrate, and water for injection.  Sodium hydroxide and hydrochloric acid may be added to adjust pH between 6.0 and 7.2.

Treprostinil is chemically stable at room temperature and neutral pH.

Treprostinil sodium is (1R,2R,3aS,9aS)-[[2,3,3a,4,9,9a-Hexahydro-2-hydroxy-1-[(3S)-3-hydroxyoctyl]-1H-benz[f]inden-5-yl]oxy]acetic acid monosodium salt.  Treprostinil sodium has a molecular weight of 412.49 and a molecular formula of $C_{23}H_{33}NaO_5$.

The structural formula of treprostinil sodium is:



**CLINICAL PHARMACOLOGY**

General:  The major pharmacologic actions of treprostinil are direct vasodilation of pulmonary and systemic arterial vascular beds and inhibition of platelet aggregation.  In animals, the vasodilatory effects reduce right and left ventricular afterload and increase cardiac output and stroke volume. Other studies have shown that treprostinil causes a dose-related negative inotropic and lusitropic effect. No major effects on cardiac conduction have been observed.

**Pharmacokinetics**

The pharmacokinetics of continuous subcutaneous Remodulin are linear over the dose range of 1.25 to 22.5 ng/kg/min (corresponding to plasma concentrations of about 0.03 to 8 mcg/L) and can be described by a two-compartment model. Dose proportionality at infusion rates greater than 22.5 ng/kg/min has not been studied.

Subcutaneous and intravenous administration of Remodulin demonstrated bioequivalence at steady state at a dose of 10 ng/kg/min.

Absorption: Remodulin is relatively rapidly and completely absorbed after subcutaneous infusion, with an absolute bioavailability approximating 100%. Steady-state concentrations occurred in approximately 10 hours. Concentrations in patients treated with an average dose of 9.3 ng/kg/min were approximately 2 mcg/L.

Distribution: The volume of distribution of the drug in the central compartment is approximately 14L/70 kg ideal body weight. Remodulin at *in vitro* concentrations ranging from 330-10,000 mcg/L was 91% bound to human plasma protein.

Metabolism: Remodulin is substantially metabolized by the liver, but the precise enzymes responsible are unknown. Five metabolites have been described (HU1 through HU5). The biological activity and metabolic fate of these metabolites are unknown. The chemical structure of HU1 is unknown. HU5 is the glucuronide conjugate of treprostinil. The other

Liquidia's Exhibit 1036
Page 110

NDA 21-272/S-002
Page 4

metabolites are formed by oxidation of the 3-hydroxyoctyl side chain (HU2) and subsequent additional oxidation (HU3) or dehydration (HU4). Based on the results of *in vitro* human hepatic cytochrome P450 studies, Remodulin does not inhibit CYP-1A2, 2C9, 2C19, 2D6, 2E1, or 3A. Whether Remodulin induces these enzymes has not been studied.

<u>Excretion:</u> The elimination of Remodulin is biphasic, with a terminal half-life of approximately 4 hours. Approximately 79% of an administered dose is excreted in the urine as unchanged drug (4%) and as the identified metabolites (64%). Approximately 13% of a dose is excreted in the feces. Systemic clearance is approximately 30 liters/hr for a 70 kg ideal body weight person.

**Special Populations**

<u>Hepatic Insufficiency:</u> In patients with portopulmonary hypertension and mild (n=4) or moderate (n=5) hepatic insufficiency, Remodulin at a subcutaneous dose of 10 ng/kg/min for 150 minutes had a $C_{max}$ that was increased 2-fold and 4-fold, respectively, and an $AUC_{0-\infty}$ that was increased 3-fold and 5-fold, respectively, compared to healthy subjects. Clearance in patients with hepatic insufficiency was reduced by up to 80% compared to healthy adults.

In patients with mild or moderate hepatic insufficiency, the initial dose of Remodulin should be decreased to 0.625 ng/kg/min ideal body weight and should be increased cautiously. Remodulin has not been studied in patients with severe hepatic insufficiency.

<u>Renal Insufficiency:</u> No studies have been performed in patients with renal insufficiency, so no specific advice about dosing in such patients can be given. Although only 4% of the administered dose is excreted unchanged in the urine, the five identified metabolites are all excreted in the urine.

<u>Effect of Other Drugs on Remodulin:</u> *In vitro* studies: Remodulin did not significantly affect the plasma protein binding of normally observed concentrations of digoxin or warfarin.

*In vivo* studies: Acetaminophen - Analgesic doses of acetaminophen, 1000 mg every 6 hours for seven doses, did not affect the pharmacokinetics of Remodulin, at a subcutaneous infusion rate of 15 ng/kg/min.

**Clinical Trials in Pulmonary Arterial Hypertension (PAH)**

Two 12-week, multicenter, randomized, double-blind studies compared continuous subcutaneous infusion of Remodulin to placebo in a total of 470 patients with NYHA Class II-IV pulmonary arterial hypertension (PAH). PAH was primary in 58% of patients, associated with collagen vascular disease in 19%, and the result of congenital left to right shunts in 23%. The mean age was 45 (range 9 to 75 years). About 81% were female and 84% were Caucasian. Pulmonary hypertension had been diagnosed for a mean of 3.8 years. The primary endpoint of the studies was change in 6-minute walking distance, a standard measure of exercise capacity. There were many assessments of symptoms related to heart failure, but local discomfort and pain associated with Remodulin may have substantially unblinded those assessments. The 6-minute walking distance and an associated subjective measurement of shortness of breath during the walk (Borg dyspnea score) were administered by a person not participating in other aspects of the study. Remodulin was administered as a subcutaneous infusion, described in DOSAGE AND ADMINSTRATION, and the dose averaged 9.3 ng/kg/min at Week 12. Few subjects received doses > 40 ng/kg/min. Background therapy, determined by the investigators, could include anticoagulants, oral vasodilators, diuretics, digoxin, and oxygen but not an endothelin receptor antagonist or epoprostenol. The two studies were identical in design and conducted simultaneously, and the results were analyzed both pooled and individually.

**Hemodynamic Effects**

As shown in Table 1, chronic therapy with Remodulin resulted in small hemodynamic changes consistent with pulmonary and systemic vasodilation.

NDA 21-272/S-002
Page 5

**Table 1:  Hemodynamics During Chronic Administration of Remodulin in Patients with PAH**

| Hemodynamic Parameter | Baseline | | Mean change from baseline at Week 12 | |
|---|---|---|---|---|
| | Remodulin (N=204-231) | Placebo (N=215-235) | Remodulin (N=163-199) | Placebo (N=182-215) |
| CI ($L/min/m^2$) | 2.4 ± 0.88 | 2.2 ± 0.74 | +0.12 ± 0.58* | -0.06 ± 0.55 |
| PAPm (mmHg) | 62 ± 17.6 | 60 ± 14.8 | -2.3 ± 7.3* | +0.7 ± 8.5 |
| RAPm (mmHg) | 10 ± 5.7 | 10 ± 5.9 | -0.5 ± 5.0* | +1.4 ± 4.8 |
| PVRI ($mmHg/L/min/m^2$) | 26 ± 13 | 25 ± 13 | -3.5 ± 8.2* | +1.2 ± 7.9 |
| SVRI ($mmHg/L/min/m^2$) | 38 ± 15 | 39 ± 15 | -3.5 ± 12* | -0.80 ± 12 |
| $SvO_2$ (%) | 62 ± 100 | 60 ± 11 | +2.0 ± 10* | -1.4 ± 8.8 |
| SAPm (mmHg) | 90 ± 14 | 91 ± 14 | -1.7 ± 12 | -1.0 ± 13 |
| HR (bpm) | 82 ± 13 | 82 ± 15 | -0.5 ± 11 | -0.8 ± 11 |

*Denotes statistically significant difference between Remodulin and placebo, $p<0.05$.

CI = cardiac index; PAPm = mean pulmonary arterial pressure; PVRI = pulmonary vascular resistance indexed;
RAPm = mean right atrial pressure; SAPm = mean systemic arterial pressure; SVRI = systemic vascular resistance indexed;
$SvO_2$ = mixed venous oxygen saturation; HR = heart rate.

**Clinical Effects**

The effect of Remodulin on 6-minute walk, the primary end point of the studies, was small and did not achieve conventional levels of statistical significance.  For the combined populations, the median change from baseline on Remodulin was 10 meters and the median change from baseline on placebo was 0 meters.   Although it was not the primary endpoint of the study, the Borg dyspnea score was significantly improved by Remodulin during the 6-minute walk, and Remodulin also had a significant effect, compared with placebo, on an assessment that combined walking distance with the Borg dyspnea score.  Remodulin also consistently improved indices of dyspnea, fatigue and signs and symptoms of pulmonary hypertension, but these indices were difficult to interpret in the context of incomplete blinding to treatment assignment resulting from infusion site symptoms.

**INDICATIONS AND USAGE**

Remodulin® is indicated as a continuous subcutaneous infusion or intravenous infusion (for those not able to tolerate a subcutaneous infusion) for the treatment of pulmonary arterial hypertension in patients with NYHA Class II-IV symptoms (see **CLINICAL PHARMACOLOGY**: **Clinical Effects**) to diminish symptoms associated with exercise.

**CONTRAINDICATIONS**

Remodulin is contraindicated in patients with known hypersensitivity to the drug or to structurally related compounds.

**WARNINGS**

Remodulin is indicated for subcutaneous or intravenous use only.

Liquidia's Exhibit 1036
Page 112

NDA 21-272/S-002
Page 6

## PRECAUTIONS

### General

Remodulin should be used only by clinicians experienced in the diagnosis and treatment of PAH.

Remodulin is a potent pulmonary and systemic vasodilator.  Initiation of Remodulin must be performed in a setting with adequate personnel and equipment for physiological monitoring and emergency care. Therapy with Remodulin may be used for prolonged periods, and the patient's ability to administer Remodulin and care for an infusion system should be carefully considered.

Dose should be increased for lack of improvement in, or worsening of, symptoms and it should be decreased for excessive pharmacologic effects or for unacceptable infusion site symptoms (see **DOSAGE AND ADMINISTRATION**).

Abrupt withdrawal or sudden large reductions in dosage of Remodulin may result in worsening of PAH symptoms and should be avoided.

### Information for Patients

Patients receiving Remodulin should be given the following information:  Remodulin is infused continuously through a subcutaneous or surgically placed indwelling central venous catheter, via an infusion pump. Therapy with Remodulin will be needed for prolonged periods, possibly years, and the patient's ability to accept and care for a catheter and to use an infusion pump should be carefully considered.  In order to reduce the risk of infection, aseptic technique must be used in the preparation and administration of Remodulin.  Additionally, patients should be aware that subsequent disease management may require the initiation of an alternative intravenous prostacyclin therapy, Flolan® (epoprostenol sodium).

### Drug Interactions

Reduction in blood pressure caused by Remodulin may be exacerbated by drugs that by themselves alter blood pressure, such as diuretics, antihypertensive agents, or vasodilators. Since Remodulin inhibits platelet aggregation, there is also a potential for increased risk of bleeding, particularly among patients maintained on anticoagulants. During clinical trials, Remodulin was used concurrently with anticoagulants, diuretics, cardiac glycosides, calcium channel blockers, analgesics, antipyretics, nonsteroidal anti-inflammatories, opioids, corticosteroids, and other medications.

Remodulin has not been studied in conjunction with Flolan or Tracleer® (bosentan).

### Effect of Other Drugs on Remodulin

*In vivo* studies: Acetaminophen - Analgesic doses of acetaminophen, 1000 mg every 6 hours for seven doses, did not affect the pharmacokinetics of Remodulin, at a subcutaneous infusion rate of 15 ng/kg/min.

### Effect of Remodulin on Other Drugs

*In vitro* studies: Remodulin did not significantly affect the plasma protein binding of normally observed concentrations of digoxin or warfarin.

*In vivo* studies: Warfarin - Remodulin does not affect the pharmacokinetics or pharmacodymamics of warfarin. The pharmacokinetics of R- and S- warfarin and the INR in healthy subjects given a single 25 mg dose of warfarin were unaffected by continuous subcutaneous Remodulin at an infusion rate of 10 ng/kg/min.

### Hepatic and Renal Impairment

Caution should be used in patients with hepatic or renal impairment (see **Special Populations**).

### Carcinogenesis, Mutagenesis, Impairment of Fertility

Long-term studies have not been performed to evaluate the carcinogenic potential of treprostinil.  *In vitro* and *in vivo* genetic toxicology studies did not demonstrate any mutagenic or clastogenic effects of treprostinil. Treprostinil sodium did not affect fertility or mating performance of male or female rats given continuous subcutaneous infusions at rates of up to 450 ng treprostinil/kg/min [about 59 times the recommended starting human rate of infusion (1.25 ng/kg/min) and about 8 times the average rate (9.3 ng/kg/min) achieved in clinical trials, on a ng/m$^2$ basis]. In this study, males were dosed from 10 weeks prior to mating and through the 2-week mating period. Females were dosed from 2 weeks prior to mating until gestational day 6.

NDA 21-272/S-002
Page 7

**Pregnancy**

Pregnancy Category B - In pregnant rats, continuous subcutaneous infusions of treprostinil sodium during organogenesis and late gestational development, at rates as high as 900 ng treprostinil/kg/min (about 117 times the starting human rate of infusion, on a ng/m$^2$ basis and about 16 times the average rate achieved in clinical trials), resulted in no evidence of harm to the fetus. In pregnant rabbits, effects of continuous subcutaneous infusions of treprostinil during organogenesis were limited to an increased incidence of fetal skeletal variations (bilateral full rib or right rudimentary rib on lumbar 1) associated with maternal toxicity (reduction in body weight and food consumption) at an infusion rate of 150 ng treprostinil/kg/min (about 41 times the starting human rate of infusion, on a ng/m$^2$ basis, and 5 times the average rate used in clinical trials). In rats, continuous subcutaneous infusion of treprostinil from implantation to the end of lactation, at rates of up to 450 ng treprostinil/kg/min, did not affect the growth and development of offspring. Because animal reproduction studies are not always predictive of human response, Remodulin should be used during pregnancy only if clearly needed.

**Labor and delivery**

No treprostinil sodium treatment-related effects on labor and delivery were seen in animal studies. The effect of treprostinil sodium on labor and delivery in humans is unknown.

**Nursing mothers**

It is not known whether treprostinil is excreted in human milk or absorbed systemically after ingestion. Because many drugs are excreted in human milk, caution should be exercised when Remodulin is administered to nursing women.

**Pediatric use**

Safety and effectiveness in pediatric patients have not been established. Clinical studies of Remodulin did not include sufficient numbers of patients aged ≤16 years to determine whether they respond differently from older patients. In general, dose selection should be cautious.

**Geriatric use**

Clinical studies of Remodulin did not include sufficient numbers of patients aged 65 and over to determine whether they respond differently from younger patients. In general, dose selection for an elderly patient should be cautious, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

**ADVERSE REACTIONS**

Patients receiving Remodulin as a subcutaneous infusion reported a wide range of adverse events, many potentially related to the underlying disease (dyspnea, fatigue, chest pain, right ventricular heart failure, and pallor). During clinical trials with subcutaneous infusion of Remodulin, infusion site pain and reaction were the most common adverse events among those treated with Remodulin. Infusion site reaction was defined as any local adverse event other than pain or bleeding/bruising at the infusion site and included symptoms such as erythema, induration or rash. Infusion site reactions were sometimes severe and could lead to discontinuation of treatment.

**Table 2. Percentages of subjects reporting subcutaneous infusion site adverse events**

|  | Reaction | | Pain | |
|---|---|---|---|---|
|  | Placebo | Remodulin | Placebo | Remodulin |
| Severe | 1 | 38 | 2 | 39 |
| Requiring narcotics* | NA** | NA** | 1 | 32 |
| Leading to discontinuation | 0 | 3 | 0 | 7 |

\* based on prescriptions for narcotics, not actual use
\*\*medications used to treat infusion site pain were not distinguished from those used to treat site reactions

Other adverse events included diarrhea, jaw pain, edema, vasodilatation and nausea, and these are generally considered to be related to the pharmacologic effects of Remodulin, whether administered subcutaneously or intravenously.

Liquidia's Exhibit 1036
Page 114

NDA 21-272/S-002
Page 8

**Adverse Events During Chronic Dosing**

Table 3 lists adverse events that occurred at a rate of at least 3% and were more frequent in patients treated with subcutaneous Remodulin than with placebo in controlled trials in PAH.

**Table 3:  Adverse Events in Controlled Studies of Patients with PAH, Occurring with at Least 3% Incidence and More Common on Subcutaneous Remodulin than on Placebo.**

| Adverse Event | Remodulin (N=236) Percent of Patients | Placebo (N=233) Percent of Patients |
|---|---|---|
| Infusion Site Pain | 85 | 27 |
| Infusion Site Reaction | 83 | 27 |
| Headache | 27 | 23 |
| Diarrhea | 25 | 16 |
| Nausea | 22 | 18 |
| Rash | 14 | 11 |
| Jaw Pain | 13 | 5 |
| Vasodilatation | 11 | 5 |
| Dizziness | 9 | 8 |
| Edema | 9 | 3 |
| Pruritus | 8 | 6 |
| Hypotension | 4 | 2 |

Reported adverse events (at least 3%) are included except those too general to be informative, and those not plausibly attributable to the use of the drug, because they were associated with the condition being treated or are very common in the treated population.

**Adverse Events Attributable to the Drug Delivery System**

In controlled studies of Remodulin administered subcutaneously, there were no reports of infection related to the drug delivery system.   There were 187 infusion system complications reported in 28% of patients (23% Remodulin, 33% placebo); 173 (93%) were pump related and 14 (7%) related to the infusion set.  Eight of these patients (4 Remodulin, 4 Placebo) reported non-serious adverse events resulting from infusion system complications.  Adverse events resulting from problems with the delivery systems were typically related to either symptoms of excess Remodulin (e.g., nausea) or return of PAH symptoms (e.g., dyspnea).  These events were generally resolved by correcting the delivery system pump or infusion set problem such as replacing the syringe or battery, reprogramming the pump, straightening a crimped infusion line**.**  Adverse events resulting from problems with the delivery system did not lead to clinical instability or rapid deterioration.

There are no controlled clinical studies with Remodulin administered intravenously. Among the subjects (n=38) treated for 12-weeks in an open-label study, 2 patients had either line infections or sepsis. Other events potentially related to the mode of infusion include arm swelling, paresthesias, hematoma and pain.

**OVERDOSAGE**

Signs and symptoms of overdose with Remodulin during clinical trials are extensions of its dose-limiting pharmacologic effects and include flushing, headache, hypotension, nausea, vomiting, and diarrhea.  Most events were self-limiting and resolved with reduction or withholding of Remodulin.

Liquidia's Exhibit 1036
Page 115

NDA 21-272/S-002
Page 9

In controlled clinical trials, seven patients received some level of overdose and in open-label follow-on treatment seven additional patients received an overdose; these occurrences resulted from accidental bolus administration of Remodulin, errors in pump programmed rate of administration, and prescription of an incorrect dose.  In only two cases did excess delivery of Remodulin produce an event of substantial hemodynamic concern (hypotension, near-syncope).

## DOSAGE AND ADMINISTRATION

Remodulin® is supplied in 20 mL vials in concentrations of 1 mg/mL, 2.5 mg/mL, 5 mg/mL and 10 mg/mL. Remodulin can be administered as supplied or diluted for intravenous infusion with Sterile Water for Injection or 0.9% Sodium Chloride Injection prior to administration.

### Initial Dose

Remodulin is administered by continuous infusion.  Remodulin is preferably infused subcutaneously, but can be administered by a central intravenous line if the subcutaneous route is not tolerated, because of severe site pain or reaction. The infusion rate is initiated at 1.25 ng/kg/min.  If this initial dose cannot be tolerated because of systemic effects, the infusion rate should be reduced to 0.625 ng/kg/min.

### Dosage Adjustments

The goal of chronic dosage adjustments is to establish a dose at which PAH symptoms are improved, while minimizing excessive pharmacologic effects of Remodulin (headache, nausea, emesis, restlessness, anxiety and infusion site pain or reaction).

The infusion rate should be increased in increments of no more than 1.25 ng/kg/min per week for the first four weeks and then no more than 2.5 ng/kg/min per week for the remaining duration of infusion, depending on clinical response. There is little experience with doses >40 ng/kg/min. Abrupt cessation of infusion should be avoided (see **PRECAUTIONS**).

### Administration

#### *Subcutaneous Infusion*

Remodulin is administered subcutaneously by continuous infusion, via a self-inserted subcutaneous catheter, using an infusion pump designed for subcutaneous drug delivery. To avoid potential interruptions in drug delivery, the patient must have immediate access to a backup infusion pump and subcutaneous infusion sets.  The ambulatory infusion pump used to administer Remodulin should: (1) be small and lightweight, (2) be adjustable to approximately 0.002 mL/hr, (3) have occlusion/no delivery, low battery, programming error and motor malfunction alarms, (4) have delivery accuracy of ±6% or better and (5) be positive pressure driven.  The reservoir should be made of polyvinyl chloride, polypropylene or glass.

For subcutaneous infusion, Remodulin is **delivered without further dilution** at a calculated Subcutaneous Infusion Rate (mL/hr) based on a patients Dose (ng/kg/min), Weight (kg), and the Vial Strength (mg/mL) of Remodulin being used. During use, a single reservoir (syringe) of undiluted Remodulin can be administered up to 72 hours at 37°C.  The <u>Subcutaneous Infusion</u> rate is calculated using the following formula:

$$\text{Subcutaneous Infusion Rate (mL/hr)} = \frac{\text{Dose (ng/kg/min)} \times \text{Weight (kg)} \times 0.00006^*}{\text{Remodulin Vial Strength (mg/mL)}}$$

*Conversion factor of 0.00006 = 60 min/hour x 0.000001 mg/ng*

Liquidia's Exhibit 1036
Page 116

NDA 21-272/S-002
Page 10

Example calculations for **_Subcutaneous Infusion_** are as follows:

**Example 1:**

For a 60 kg person at the recommended initial dose of 1.25 ng/kg/min using the 1 mg/mL Remodulin Vial Strength, the infusion rate would be calculated as follows:

$$\text{Subcutaneous Infusion Rate (mL/hr)} = \frac{1.25 \text{ ng/kg/min} \quad x \quad 60 \text{ kg} \quad x \quad 0.00006}{1 \text{ mg/mL}} = 0.005 \text{ mL/hr}$$

**Example 2:**

For a 65 kg person at a dose of 40 ng/kg/min using the 5 mg/mL Remodulin Vial Strength, the infusion rate would be calculated as follows:

$$\text{Subcutaneous Infusion Rate (mL/hr)} = \frac{40 \text{ ng/kg/min} \quad x \quad 65 \text{ kg} \quad x \quad 0.00006}{5 \text{ mg/mL}} = 0.031 \text{ mL/hr}$$

**_Intravenous Infusion_**

**Remodulin must be diluted with either Sterile Water for Injection or 0.9% Sodium Chloride Injection** and is administered intravenously by continuous infusion, via a surgically placed indwelling central venous catheter, using an infusion pump designed for intravenous drug delivery. To avoid potential interruptions in drug delivery, the patient must have immediate access to a backup infusion pump and infusion sets. The ambulatory infusion pump used to administer Remodulin should: (1) be small and lightweight, (2) have occlusion/no delivery, low battery, programming error and motor malfunction alarms, (3) have delivery accuracy of ±6% or better of the hourly dose, and (4) be positive pressure driven. The reservoir should be made of polyvinyl chloride, polypropylene or glass.

Diluted Remodulin has been shown to be stable at ambient temperature for up to 48 hours at concentrations as low as 0.004 mg/mL (4,000 ng/mL).

When using an appropriate infusion pump and reservoir, a predetermined intravenous infusion rate should first be selected to allow for a desired infusion period length of up to 48 hours between system changeovers. Typical intravenous infusion system reservoirs have volumes of 50 or 100 mL. With this selected Intravenous Infusion Rate (mL/hr) and the patient's Dose (ng/kg/min) and Weight (kg), the <u>Diluted Intravenous Remodulin Concentration</u> (mg/mL) can be calculated using the following formula:

$$\underset{\substack{\text{Diluted} \\ \text{Intravenous} \\ \text{Remodulin} \\ \text{Concentration} \\ \text{(mg/mL)}}}{\underline{\textbf{Step 1}}} = \frac{\text{Dose (ng/kg/min)} \quad x \quad \text{Weight (kg)} \quad x \quad 0.00006}{\text{Intravenous Infusion Rate (mL/hr)}}$$

Liquidia's Exhibit 1036
Page 117

NDA 21-272/S-002
Page 11

The Amount of Remodulin Injection needed to make the required Diluted Intravenous Remodulin Concentration for the given reservoir size can then be calculated using the following formula:

| **Step 2** Amount of Remodulin Injection (mL) | = | $\dfrac{\text{Diluted Intravenous Remodulin Concentration (mg/mL)}}{\text{Remodulin Vial Strength (mg/mL)}}$ | x | **Total Volume of Diluted Remodulin Solution in Reservoir** (mL) |

The calculated amount of Remodulin Injection is then added to the reservoir along with the sufficient volume of diluent (Sterile Water for Injection or 0.9% Sodium Chloride Injection) to achieve the desired total volume in the reservoir.

Example calculations for **_Intravenous Infusion_** are as follows:

**Example 3:**

For a 60 kg person at a dose of 5 ng/kg/min, with a predetermined intravenous infusion rate of 1 mL/hr and a reservoir of 50 mL, the Diluted Intravenous Remodulin Solution Concentration would be calculated as follows:

$$\textbf{Step 1}\ \text{Diluted Intravenous Remodulin Concentration (mg/mL)} = \dfrac{5\ \text{ng/kg/min} \quad x \quad 60\ \text{kg} \quad x \quad 0.00006}{1\ \text{mL/hr}} = \textbf{0.018}\ \text{mg/mL} \ (18{,}000\ \text{ng/mL})$$

The Amount of Remodulin Injection (using 1 mg/mL Vial Strength) needed for a total Diluted Remodulin Concentration of 0.018 mg/mL and a total volume of 50 mL would be calculated as follows:

| **Step 2** Amount of Remodulin Injection (mL) | = | $\dfrac{\textbf{0.018}\ \text{mg/mL}}{\textbf{1}\ \text{mg/mL}}$ | x 50 mL = **0.9** mL |

The Diluted Intravenous Remodulin Concentration for the person in Example 3 would thus be prepared by adding 0.9 mL of 1 mg/mL Remodulin Injection to a suitable reservoir along with a sufficient volume of diluent to achieve a total volume of 50 mL in the reservoir. The pump flow rate for this example would be set at 1 mL/hr.

**Example 4:**

For a 75 kg person at a dose of 30 ng/kg/min, with a predetermined intravenous infusion rate of 2 mL/hr, and a reservoir of 100 mL, the Diluted Intravenous Remodulin Solution Concentration would be calculated as follows:

$$\textbf{Step 1}\ \text{Diluted Intravenous Remodulin Concentration (mg/mL)} = \dfrac{30\ \text{ng/kg/min} \quad x \quad 75\ \text{kg} \quad x \quad 0.00006}{2\ \text{mL/hr}} = \textbf{0.0675}\ \text{mg/mL} \ (67{,}500\ \text{ng/mL})$$

Liquidia's Exhibit 1036
Page 118

NDA 21-272/S-002
Page 12

The Amount of Remodulin Injection (using 2.5 mg/mL Vial Strength) needed for a total Diluted Remodulin Concentration of 0.0675 mg/mL and a total volume of 100 mL would be calculated as follows:

| **Step 2**<br><br>**Amount of**<br>**Remodulin Injection**<br>(mL) | = | $\dfrac{\textbf{0.0675 mg/mL}}{\textbf{2.5 mg/mL}}$ | x **100** mL  =  **2.7** mL |
|---|---|---|---|

The Diluted Intravenous Remodulin Concentration for the person in Example 4 would thus be prepared by adding 2.7 mL of 2.5 mg/mL Remodulin Injection to a suitable reservoir along with a sufficient volume of diluent to achieve a total volume of 100 mL in the reservoir.  The pump flow rate for this example would be set at 2 mL/hr.


**HOW SUPPLIED**

Remodulin® is supplied in 20 mL multi-use vials at concentrations of 1mg/mL, 2.5 mg/mL, 5 mg/mL, and 10 mg/mL treprostinil, as sterile solutions in water for injection, individually packaged in a carton.  Each mL contains treprostinil sodium equivalent to 1mg/mL, 2.5 mg/mL, 5 mg/mL, or 10 mg/mL treprostinil.  Unopened vials of Remodulin are stable until the date indicated when stored at 15 to 25°C
(59 to 77°F).  Store at 25°C (77°F), with excursions permitted to 15-30°C (59-86°F) [see USP Controlled Room Temperature].

During use, a single reservoir (syringe) of undiluted Remodulin can be administered up to 72 hours at 37°C.  Diluted Remodulin Solution can be administered up to 48 hours at 37°C  when diluted to concentrations as low as 0.004 mg/mL in Sterile Water for Injection or 0.9% Sodium Chloride Injection.  A single vial of Remodulin should be used for no more than 30 days after the initial introduction into the vial.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit.  If either particulate matter or discoloration is noted, Remodulin should not be administered.

20-mL vial containing treprostinil sodium equivalent to 1 mg treprostinil per mL, carton of 1
(NDC 66302-101-01).

20-mL vial containing treprostinil sodium equivalent to 2.5 mg treprostinil per mL, carton of 1
(NDC 66302-102-01).

20-mL vial containing treprostinil sodium equivalent to 5 mg treprostinil per mL, carton of 1
(NDC 66302-105-01).

20-mL vial containing treprostinil sodium equivalent to 10mg treprostinil per mL, carton of 1
(NDC 66302-110-01).


US Patent No. 5,153,222 (Use Patent)

United Therapeutics Corp.
Research Triangle Park, NC 27709

©Copyright 2004 United Therapeutics Corp.  All rights reserved.


REMODULIN manufactured by:

Baxter Pharmaceutical Solutions LLC
Bloomington, IN 47403

Liquidia's Exhibit 1036
Page 119

NDA 21-272/S-002
Page 13

For United Therapeutics Corp.
Research Triangle Park, NC 27709

**Rx only**

November 2004

Liquidia's Exhibit 1036
Page 120

**Appx1974**

# EXHIBIT D

Liquidia's Exhibit 1036
Page 121

Vol 110, No 17, October 26, 2004
ISSN 0009-7322
http://circ.ahajournals.org

RC681.A1 C8



American Heart Association®

*Learn and Live* ℠

SUPPLEMENT TO

# Circulation

## JOURNAL OF THE AMERICAN HEART ASSOCIATION

Abstracts from




scientific sessions 2004

basic science

clinical science

population science

Sessions: November 7–10
Exhibits: November 7–9
New Orleans, Louisiana
scientificsessions.org

## Named and Invited Lectures 2004

2004 Russell Ross Memorial Lectureship in Vascular Biology • 2004 George Lyman Duff Memorial Lecture • 2004 Sol Sherry Distinguished Lecture in Thrombosis • 2004 Thomas W. Smith Memorial Lecture • 2004 George E. Brown Memorial Lecture • 2004 Dickinson W. Richards Memorial Lecture • 2004 Katharine A. Lembright Award • 2004 William W. L. Glenn Lecture • 2004 William J. Rashkind Memorial Lecture • 2004 T. Duckett Jones Memorial Lecture • 2004 Charles T. Dotter Memorial Lecture • 2004 Laennec Society Lecture • 2004 Ancel Keys Lecture • 2004 Lewis K. Dahl Memorial Lecture • 2004 Robert I. Levy Endowed Lecture in Lipid Metabolism

## New and Young Investigator Award/Prize Abstract Finalists

Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators • Melvin L. Marcus Young Investigator Awards in Cardiovascular Science • Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care • Outstanding Research Award in Pediatric Cardiology • Melvin Judkins Young Investigator Award in Cardiovascular Radiology • Vivian Thomas Young Investigator Award • Martha N. Hill New Investigator Awards • Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training • Samuel A. Levine Young Clinical Investigator Awards • Laennec Society Young Clinician Award • NPAM New Investigator Award

## Abstracts From the Scientific Sessions 2004

Liquidia's Exhibit 1036
Page 122

# Circulation

JOURNAL OF THE AMERICAN HEART ASSOCIATION

## Editorial Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*EDITORIAL CORRESPONDENCE* should be sent to Joseph Loscalzo, MD, PhD, Editor, *Circulation*, 560 Harrison Ave, Suite 502, Boston, MA 02118. Phone 617-414-8780. Fax 617-414-8781. E-mail circ@bu.edu

*INSTRUCTIONS TO AUTHORS* appear in the first issue of each month. Authors should consult these instructions before submitting manuscripts to *Circulation.*

*AUTHOR COSTS* include page charges, cost of color figures, and cost of reprints, if ordered.

**Statements, opinions, and results of studies published in *Circulation* are those of the authors and do not reflect the policy or position of the American Heart Association, and the American Heart Association provides no warranty as to their accuracy or reliability.**

## Business Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*BUSINESS CORRESPONDENCE* should be sent to American Heart Association, Lippincott Williams & Wilkins Subscription Fulfillment Dept, 351 West Camden Street, Baltimore, MD 21201-2436. Telephone 800-787-8984. Fax 800-787-8985. E-mail: custserv@lww.com; outside the U.S.: Telephone 410-361-8080; Fax 410-361-8048.

*CHANGE OF ADDRESS:* Please supply old and new addresses. Allow 4 weeks for changes.

*ANNUAL SUBSCRIPTION RATES:* U.S.: *Personal* $303.00; *Institutional* $576.00; *Single copy* $17.00. **Outside the U.S.:** *Personal* $519.00; *Institutional* $781.00; *Single copy* $17.00.

Medical professionals and scientists in training may subscribe for $162 in the United States and $271 outside the United States if payment is accompanied by a letter from the department chair verifying post held and completion date.

Prepayment is required. Make check, draft, or money order payable to the American Heart Association in US dollars drawn on a US bank, with *Circulation* on the face of the check. To charge with a credit card, include account number, expiration date, and name as it appears on card.

*REPRINTS:* Authors may purchase reprints of their article by dialing Kathryn Welch, Author Reprint Department, Lippincott Williams & Wilkins at 1-800-341-2258; or, via E-mail at ReprintsGroup@lww.com; an Author Reprint Order Form may be accessed through the Internet at http://www.services.lww.com/periodicals/author-reprints. Single copies of reprints are available from the corresponding authors. Reprints in large quantities, for commercial or academic use, may be purchased from the publisher. For information and prices: telephone 410-528-4121, E-mail kgray@lww.com

## Advertising Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*US ADVERTISING SALES:* The Jackson-Gaeta Group, Inc., 33 Small Avenue, Caldwell, NJ 07006. Telephone 973-403-7677. Fax 973-403-7795. Contact Joe Jackson, Paul Nalbandian, or Charles Novak. For media kits, contact Tina Auletta.

*JAPAN ADVERTISING SALES:* Biomedis International LTD, ASK Ginza Bldg, 10-6, 7-Chome Ginza, Chuo-ku, Tokyo 104-0061, Japan. Telephone (03) 3575-1611. Fax (03) 3569-0155. Contact Hiromu Furukawa. E-mail hiromu-f@biomedis.co.jp

*REST OF WORLD SALES:* Fran Grega, 3205 Douglas Point Court, Riva, MD 21140. Telephone 410-956-9861. Fax 410-956-9862. E-mail fgrega@comcast.net

*ADVERTISING PRODUCTION:* Contact Randy Ezell, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 410-528-8533, E-mail rezell@lww.com

*SPONSORED GIFT SUBSCRIPTIONS:* Contact Carol Bak, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 410-528-4163, fax 410-528-4305, E-mail cbak@lww.com

*CLASSIFIED ADVERTISING:* Contact Jennifer Williams, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 1-800-528-1843, E-mail jwilliam@lww.com

Advertisements in this issue have been reviewed to comply with the principles governing advertising in American Heart Association publications. A copy of these principles is available on request. *The appearance of an advertisement in an AHA publication is neither an AHA guarantee nor endorsement of the product or service or the claims for the product or service made by the advertiser.*

## Secondary Services

*INDEXED OR ABSTRACTED* in *Biological Abstracts, CABS, CINAHL, Chemical Abstracts, Current Contents, EMBASE/Excerpta Medica,* and *Index Medicus.*

*AVAILABLE ONLINE* from Ovid Online, 333 Seventh Avenue, 4th Floor, New York, NY 10001. Telephone 800-950-2035.

*MICROFORM EDITION* available from University Microfilms International, 300 North Zeeb Road, Ann Arbor, MI 48106-1346. Telephone 313-761-4700. Also available from Princeton Microfilm Corporation, Alexander Road, Box 2073, Princeton, NJ 08540. Telephone 609-452-2066.

*AUTHORIZATION TO PHOTOCOPY* items from this publication for personal and internal use, the personal or internal use of specific clients, or for educational use, is granted by the American Heart Association on the condition that the copier pay the appropriate fee to the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923. Telephone 978-750-8400. Fax 978-750-4744. This consent does not extend to copying for advertising or promotional purposes, for creating new collective works, or for resale. Individuals may make single photocopies for personal, noncommercial use without obtaining permission. For all other use, permission should be sought directly from the Rights & Permissions Desk, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436; telephone 410-528-4016; fax 410-528-8550; E-mail journalpermissions@lww.com

*Circulation* (ISSN 0009-7322) is published weekly by Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436.

GST Registration Number 89552 4239 RT.

Printed in the USA.    © 2004 American Heart Association, Inc.

Liquidia's Exhibit 1036
Page 123

This material may be protected by Copyright law (Title 17 U.S. Code)

**Basic Science**

of membranous RhoA and phosphorylated ERM in brainstem were greater both in angiotensin II-treated rats and SHR than in WKY. Valsartan reduced the expression levels of membranous RhoA in angiotensin II-treated rats and SHR. In addition, Y-27632 or valsartan reduced the expression levels of phosphorylated ERM in both groups. Subcutaneous infusion of phenyl-ephrine increased SBP to the same level of angiotensin II infusion in WKY. However, it did not alter the expression levels of membranous RhoA and phosphorylated ERM. Conclusions: These results suggest that 1) the pressor response induced by central infusion of angiotensin II is substantially mediated by activation of Rho/Rho-kinase pathway in brainstem via AT1 receptors, 2) this pathway may also be involved in hypertensive mechanism in SHR.

**1412**

### Endothelial Nitric Oxide and Hypertension in Autonomic Failure

Alfredo Gamboa, Cyndya Shibao, Andre Diedrich, Bonnie K Black, Ginnie Farley, Satish R Raj, David Robertson, Italo Biaggioni; Vanderbilt Univ, Nashville, TN

More than half of patients with autonomic failure (AF) have severe supine hypertension despite low or unresponsive norepinephrine levels and often undetectable plasma renin activity. Supine hypertension is related to increased vascular resistance but the mechanism is not known. To test the hypothesis that nitric oxide deficiency contributes to supine hypertension we blocked endogenous nitric oxide synthase with L-NMMA in 5 AF patients and 7 normal controls (supine SBP 173±6 and 107±5 mmHg, respectively). Systolic blood pressure (SBP) was normalized to 110 mmHg in AF with graded head-up tilt, and baroreflexes were eliminated with trimethaphan in normal controls to mimic autonomic failure. The pressor response to graded doses of L-NMMA was shifted to the left in AF (Figure). The dose necessary to increase SBP by 30 mmHg was 3.4-fold lower in AF compared to controls (136±24 and 465±103 $\mu g/k/min$ respectively, p<0.05). In conclusion, contrary to our original hypothesis, our results suggest an increased tonic release of nitric oxide in AF. Thus, NO deficiency does not contribute to supine hypertension in autonomic failure. On the contrary, this enhanced tonic NO may contribute to orthostatic hypotension in these patients.



**1413**

### Oral Administration of a Mineralocorticoid Receptor Antagonist Reduces Brain, Heart, and Blood-borne Proinflammatory Cytokines in Heart Failure

Yu-Ming Kang, Carver College of Med, Univ of Iowa, Iowa City, IA; Ralph F Johnson, Univ of Iowa, Iowa City, IA; Zhi-Hua Zhang, Carver College of Med, Univ of Iowa, Iowa City, IA; Robert M Weiss, Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA; Alan K Johnson, Univ of Iowa, Iowa City, IA; Robert B Felder; Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA

Introduction: Brain and blood-borne cytokines may contribute to neurohumoral excitation in heart failure (HF). We previously reported that blockade of mineralocorticoid receptors (MR) in the central nervous system with spironolactone (SL) reduces circulating tumor necrosis factor (TNF)-$\alpha$ in HF rats. The effect of SL on proinflammatory cytokines (PIC) in the brain and on other important circulating PIC - interleukin (IL)-1$\beta$ and IL-6 - was not determined. Hypothesis: Chronic treatment with oral SL will reduce brain and blood-borne PIC in rats with HF following myocardial infarction (MI). Methods and Results: Rats underwent coronary artery ligation to induce MI (48.2±2.0% of left ventricle, with ejection fraction of 35.5±4.1% by echocardiography), or sham surgery (SHAM). Six weeks later, immunohistochemistry of the paraventricular nucleus (PVN) of hypothalamus, a region critical to cardiovascular regulation, revealed more PVN neurons (MI vs SHAM, **P<0.01) positive for TNF-$\alpha$ (59.5±3.3** vs 10.8±0.9) and IL-1$\beta$ (70.7±3.9** vs 13.8±1.2) in MI (n=6) than in SHAM (n=6) rats. Double staining demonstrated that these neurons were distributed among PVN neurons expressing Fra-like immunoreactivity, indicating chronic neuronal activation. MI rats (n=6) treated with SL (1 mg/kg/day orally for 6 weeks) had fewer (MI+SL vs MI, *P<0.01) Fra-like positive PVN neurons (65.5±5.4# vs 183.8±5.0), and fewer PVN neurons positive for TNF-$\alpha$ (22.4±1.8%# vs 32.4±1.7%) and IL-1$\beta$ (19.1±1.3%# vs 38.4±2.1%). Levels of TNF-$\alpha$, IL-1$\beta$ and IL-6 in brain and heart tissues and in plasma were also lower in MI rats treated with SL (see table). Conclusion: In rats with ischemia-induced heart failure, orally administered SL has a global inhibitory influence on the appearance of proinflammatory cytokines in brain, heart and plasma. The beneficial influence of MR antagonism in patients with HF may result at least in part from blocking aldosterone-induced cytokine synthesis. (Table: *P<0.05 MI+SL vs MI+VEH)

| Group | plasma IL-6 (pg/ml) | plasma IL-6 (pg/ml) | heart IL-1β (pg/mg protein) | hypotha-lamus IL-1β (pg/mg protein) | hypotha-lamus TNF-α (pg/mg protein) | brain-stem TNF-α (pg/mg protein) | brain-stem IL-6 (pg/mg protein) | cortex IL-1β (pg/mg protein) | heart/BW Ratio (mg/g) | lung/BW Ratio (mg/g) |
|---|---|---|---|---|---|---|---|---|---|---|
| MI+VEH (n=7) | 131.1±10.9 | 119.5±9.7 | 53.4±6.6 | 47.1±7.9 | 6.8±0.7 | 6.1±0.9 | 67.1±10.1 | 26.4±4.1 | 7.2±0.2 | 13.5±0.6 |
| MI+SL (n=7) | 57.5±3.1* | 53.3±8.6* | 32.6±5.9* | 29.4±5.1* | 3.8±0.8* | 2.8±0.3* | 39.4±5.3* | 26.8±5.2 | 6.4±0.3* | 12.1±0.6* |
| SHAM+SL (n=6) | 48.2±3.6 | 33.7±2.8 | 23.7±6.6 | 17.4±4.8 | 2.8±0.7 | 2.1±0.6 | 25.3±4.6 | 24.3±4.9 | 3.3±0.1 | 5.2±0.3 |
| SHAM+VEH (n=6) | 53.9±2.4 | 36.1±2.6 | 27.6±5.4 | 18.8±4.0 | 3.2±0.9 | 2.4±0.8 | 29.0±8.7 | 23.6±6.5 | 3.4±0.1 | 3.1±0.3 |

# Pulmonary Arterial Hypertension: New Therapies

Subspecialty: Integrative Biology
*Wednesday*
*Ernest N Morial Convention Center, Hall I2*
*Abstracts 1414–1418*

**1414**

### Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension

Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessler, Thomas Schmehl, Markus G Kohstall, Friedrich Grimminger, Hossein A Ghofrani, Werner Seeger, Horst Olschewski; Univ Hosp Giessen, Giessen, Germany

Objective: To evaluate the effects of inhaled TRE on pulmonary hemodynamics and gas exchange in severe pulmonary hypertension (PH) and to assess safety, tolerability and clinical efficacy in patients with severe PH. Background: TRE is a stable prostacyclin analogue that has been approved for treatment of pulmonary arterial hypertension as a continuous subcutaneous infusion. Iloprost, another prostacyclin analogue, has been shown to be efficacious in a randomised controlled study as repetitive inhalation. Methods: In an open-label study a preservative free solution of inhaled TRE was applied to 17 patients with severe pulmonary hypertension during Swan-Ganz catheter investigation. Patients received a TRE inhalation by use of the pulsed OptiNeb® ultrasound nebulizer (3 single breaths, TRE solution 600 $\mu g/ml$). Hemodynamics were observed for 2 hours. Two patients with idiopathic PAH received compassionate treatment with 4 inhalations of TRE per day after the acute test. Results: Patients (male/female= 4/13) suffered from IPAH (n=5), PAH other (n=8) and CTEPH (n=4); PVR 948 ± 112 dyn*s*cm⁻⁵, PAP 48.3 ± 2.7 mmHg, PAWP 8.9 ± 0.5 mmHg, CVP 10.8 ± 1.6 mmHg, CO 3.8 ± 0.3 l/min, SvO2 61.8 ± 1.8 %. TRE inhalation resulted in a sustained, highly pulmonary selective vasodilatation over 120 minutes. Maximum PVR decrease was -31.2 ± 4.5 % after 30 min. PVR and SVR at 120 minutes after inhalation were 89.2 ± 4.2 % and 101.0 ± 4.0 % of the baseline values, respectively. The AUC for the observation period (120min) was -22.9 ± 3.8 % for PVR and -4.9 ± 3.2% for SVR. The compassionate use patients have been treated for more than 3 months. In both patients NYHA class improved (from IV to III and from III to II), and six minute walk increased (from 0 m (bedridden) to 143 m, and from 310 m to 486 m, respectively). No side effects have been observed by the patients during long-term treatment. Conclusion: Inhaled TRE shows strong pulmonary selective vasodilatory efficacy with a long duration of effect following single acute dosing. Tolerability is excellent even at high drug concentrations and short inhalation times (3 breaths). Long-term treatment effects are very promising. The current results warrant controlled studies investigating this approach in a larger series of patients. Supported by Lung RX

**1415**

### Rho-kinase in Pulmonary Hypertension

Ken Ishikura, Norikazu Yamada, Akihiro Tsuji, Satoshi Ota, Mashio Nakamura, Masaaki Ito, Naoki Isaka, Takeshi Nakano; Mie Univ Sch of Med, Tsu, Japan

Objectives: Pulmonary hypertension (PH) is a poor prognostic disease with limited treatment. Rho-kinase is involved in the pathophysiology of several diseases underlying smooth muscle hypercontraction. But the role of is unknown. The purpose of this preliminary report was to indicate the efficacy of fasudil, a Rho-kinase inhibitor in patients with pulmonary hypertension using interventional hemodynamic assessment. Methods: Fasudil was intravenously injected in 10 patients (9 female, mean ± SD; age 46 ± 15 years, NYHA II n=2, III n=7, IV n=1) with primary (n=5) and secondary (n=5) PH who were not received any vasodilator. Fasudil was administrated 30mg with 1mg/min. Hemodynamic data were measured using Swan-Ganz catheter until 60 minutes after starting administration of fasudil. Hemodynamic and arterial blood gas data of baseline and the lowest total pulmonary resistance (TPR) time were compared. Results: The lowest TPR time was within 30 to 60 minutes after fasudil. Administration of fasudil significantly decreased TPR from 13.6 ± 6.8 U to 10.3 ± 4.9 U (-23.2 ± 9.2 %, p < 0.001) and mean pulmonary arterial pressure (mPAP) from 43.6 ± 14.5 mmHg to 38.8 ± 13.9 mmHg (-11.6 ± 10.4 %, p < 0.02). Cardiac index (CI) was significantly increased from 2.39 ± 0.66 L/min/m² to 2.74 ± 0.73 L/min/m² (+16.5 ± 15.1 %, p < 0.01). Although TPR was equally decreased in both primary and secondary PH, the changes in the parameters that prescribed TPR, namely CI and mPAP, were different between the two groups subjects. Increased CI was a major factor into reducing TPR in primary PH, while reduced mPAP

# EXHIBIT E

Liquidia's Exhibit 1036
Page 125



Volume 25   Abstract Supplement   August/September 2004   ISSN 0195-668X

**EUROPEAN SOCIETY OF CARDIOLOGY**

UNIVERSITY OF IOWA

3 1858 050 525 850

# European Heart Journal

Journal of the European Society of Cardiology

ESC Congress 2004
28 August – 1 September
Munich, Germany

Editor-in-Chief: Frans Van de Werf

Deputy Editors: Stefan Janssens
Frank Rademakers

ELSEVIER

Liquidia's Exhibit 1036
Page 126

*European Heart Journal* (2004) **25** (Abstract Supplement), *xi–xvi*

# Contents

*Programme number (P = poster)*           *Page*

**Abstract Selection** ....................................................................................... iii

**Abstract Review Committee** ........................................................................ vii

**Abstracts** ...................................................................................................... 1

**Day 2 — Sunday 29 August 2004**

| | | |
|---|---|---|
| 117–122 | Trends and risk factors in cardiovascular disease | 3 |
| 123–128 | Risk factors management in prevention | 4 |
| 129–134 | Predictive factors in dilated cardiomyopathy | 6 |
| 135–140 | New applications of strain and strain rate imaging | 7 |
| 149–154 | From mice to men: lessons in myocardial protection and hypertrophy | 9 |
| 155–160 | Impact of non surgical treatment and physiological stress on the GUCH-heart | 10 |
| 161–166 | Vascular growth and collateral vessels: opportunities and drawbacks | 12 |
| 176–181 | Drug eluting stent in complex lesion subsets | 13 |
| 182–187 | Gene variants in hypertension, coronary artery disease and dilated cardiomyopathy | 15 |
| 188–193 | Markers of severity in hypertrophic cardiomyopathy | 16 |
| 199–204 | How to perfect coronary artery bypass grafting? | 18 |
| 209–214 | Intravascular ultrasound and plaque characterisation | 19 |
| 215–220 | Epidemiology and treatment of pulmonary arterial hypertension | 21 |
| 221–226 | Revisiting the electrocardiogram and electrophysiologic markers of arrhythmic events | 22 |
| 229–234 | Nursing aspects of acute cardiac care | 24 |
| 244–249 | Follow-up in the pacemaker and implantable cardioverter-defibrillator Era: old and new issues | 25 |
| 250–255 | Threatening complications with sophisticated devices | 27 |
| 256–261 | New risk markers of sudden death after acute myocardial infarction | 28 |
| 275–280 | Inotropic intervention: new mechanisms | 30 |
| 281–286 | Muscle wasting and cachexia in heart failure: ready for intervention | 31 |
| 304–309 | Percutaneous coronary intervention and beyond for ST-elevation acute myocardial infarction | 33 |
| 310–315 | IIb or not to be in acute myocardial infarction? | 34 |
| P356–P361 | Moderated e-Posters I: Cardiac dysfunction: new insights | 36 |
| P362–P377 | Atherosclerosis I – Basic Science | 37 |
| P378–P384 | Nuclear cardiology/Magnetic resonance imaging and cardiac radiology | 41 |
| P385–P386 | Computers in cardiology | 43 |
| P387–P401 | Echocardiography/Doppler | 44 |
| P402–P417 | Atherosclerosis I – Basic Science | 48 |
| P418–P424 | Nuclear cardiology/Magnetic resonance imaging and cardiac radiology. | 52 |
| P425 | Computers in cardiology | 53 |
| P426–P441 | Echocardiography/Doppler | 54 |
| P442–P449 | Moderated Poster session I: Arterial hypertension | 58 |
| P450–P466 | Atrial fibrillation | 60 |
| P467–P498 | Mechanisms of arrhythmias | 64 |
| P499–P540 | Heart failure: clinical aspects | 71 |
| P541–P558 | Pulmonary circulation | 81 |
| P559–P606 | Thrombosis | 86 |
| P607–P623 | Coronary plaque imaging | 98 |
| P624–P652 | Endothelial function | 102 |
| P653–P682 | Myocardial disease | 109 |
| 683–686 | Computed tomography: Imaging of coronary arteries | 116 |
| 688–691 | Young Investigators' Award Session – Basic Science | 117 |
| 693–696 | Young Investigators' Award Session – Thrombosis | 118 |
| 698–701 | Young Investigators' Award Session – Population Sciences | 119 |
| 703–706 | Young Investigators' Award Session – Clinical Science | 120 |
| 729–734 | New prevention strategies | 121 |
| 735–740 | Women, men and cardiovascular disease | 123 |
| 741–746 | Multiple uses of myocardial deformation assessment by echocardiography | 124 |

Liquidia's Exhibit 1036
Page 127

| | | |
|---|---|---|
| 747–752 | Communication in vascular smooth muscle cells | 126 |
| 767–772 | Oxidative stress and the endothelium | 127 |
| 794–799 | Improving risk stratification by nuclear cardiology | 129 |
| 817–822 | Pathophysiological aspects of resynchronisation therapy | 130 |
| 823–828 | Determinants and prevention of post myocardial infarction left ventricular remodelling | 132 |
| 831–836 | Ablation of atrial fibrillation: from source to success | 133 |
| 846–851 | Heart failure with preserved systolic function: whats new? | 135 |
| 852–857 | Diagnosis and evaluation of heart failure – still a challenge in the everyday clinical practice | 136 |
| 876–880 | Novel therapeutic strategies in chronic stable angina | 138 |
| 913–918 | Dilated cardiomyopathy or viral myocarditis? | 139 |
| P955–P960 | Moderated e-Posters II: Brugada syndrome | 141 |
| P961–P976 | Atherosclerosis II – Basic Science | 142 |
| P977–P983 | Nuclear cardiology/Magnetic resonance imaging and cardiac radiology | 146 |
| P984–P985 | Computers in cardiology | 147 |
| P986–P1000 | Echocardiography/Doppler | 148 |
| P1001–P1016 | Atherosclerosis II – Basic Science | 152 |
| P1017–P1023 | Nuclear cardiology/magnetic resonance imaging and cardiac radiology | 156 |
| P1024–P1025 | Computers in cardiology | 157 |
| P1026–P1039 | Echocardiography/Doppler | 158 |
| P1040–P1047 | Moderated Poster session II: Exercise testing | 161 |
| P1048–P1076 | Implantable cardioverter-defibrillator therapy | 163 |
| P1077–P1096 | Ventricular tachycardia | 170 |
| P1097–P1148 | Heart failure: experimental aspects and risk of inflammation | 175 |
| P1149–P1196 | Ischaemia basic aspects | 188 |
| P1197–P1225 | Non-coronary interventions | 199 |
| P1226–P1254 | Hypertension | 206 |
| P1255–P1276 | Valve surgery | 213 |
| 1277–1280 | Aortic interventions | 218 |
| | **Day 3 — Monday 30 August 2004** | |
| 1300–1305 | Endothelial function, oxidative stress and nitric oxide | 223 |
| 1306–1310 | Gene expression, contractile function and hypertrophy | 224 |
| 1312–1317 | Physical fitness: correlations and determinants | 225 |
| 1318–1323 | Percutaneous interventions in congenital heart disease | 227 |
| 1337–1342 | Myocardial perfusion during acute ischaemia: the added value of myocardial contrast echocardiography (MCE) | 228 |
| 1343–1348 | New aspects of endothelial function related to atherosclerosis | 230 |
| 1353–1358 | Markers and identification of the vulnerable plaque | 231 |
| 1369–1374 | Protection against ischaemia and ischaemia-reperfusion injury | 233 |
| 1375–1380 | Frequent unwanted companions: hypertension and hyperlipidaemia | 234 |
| 1381–1386 | New horizons in risk stratification of unstable coronary syndromes | 236 |
| 1399–1403 | Resistance to antiplatelet agents | 237 |
| 1405–1410 | Intensive treatment for diabetes: key to improved prognosis | 238 |
| 1411–1416 | Oral treatment in prevention of in-stent restenosis | 240 |
| 1425–1430 | Atrial fibrillation – clinical presentation risk factors and prognosis | 242 |
| 1458–1463 | Risk stratification tools in the prediction of coronary events | 243 |
| 1469–1474 | Statins in heart failure: friend or foe? | 244 |
| 1475–1480 | Betablockade: new aspects in chronic heart failure | 246 |
| 1496–1501 | Primary percutaneous coronary intervention – special issues | 248 |
| 1502–1507 | Evolving concepts in the management of aortic stenosis | 249 |
| 1512–1517 | Registries and guidelines in acute coronary syndromes | 251 |
| P1544–P1559 | Angiogenic and stem cell therapy – Basic Science | 252 |
| P1560–P1566 | Nuclear cardiology/Magnetic resonance imaging and cardiac radiology | 256 |
| P1567–P1568 | Computers in cardiology | 258 |
| P1569–P1583 | Echocardiography/Doppler | 258 |
| P1584–P1598 | Angiogenic and stem cell therapy – Basic Science | 262 |
| P1599–P1606 | Nuclear cardiology/Magnetic resonance imaging and cardiac radiology | 266 |
| P1607–P1608 | Computers in cardiology | 268 |
| P1609–P1623 | Echocardiography/Doppler | 268 |
| P1624–P1631 | Moderated Poster session III: Catheter ablation | 272 |
| P1632–P1665 | Catheter ablation | 274 |

Liquidia's Exhibit 1036
Page 128

| P1666–P1709 | Peptides and heart failure | 282 |
| P1710–P1766 | Acute coronary syndromes | 292 |
| P1767–P1811 | Percutaneous coronary intervention | 306 |
| P1812–P1826 | Nursing | 317 |
| P1827–P1844 | Exercise testing and rehabilitation | 321 |
| P1845–P1871 | Hypertension therapeutic aspects | 325 |
| 1872–1875 | Advanced cardiac imaging | 332 |
| 1929–1934 | Bio-markers of cardiovascular disease | 333 |
| 1935–1940 | Novel magnetic resonance techniques to assess coronary artery disease | 334 |
| 1941–1945 | Mechanisms underlying plaque instability | 336 |
| 1947–1952 | Hormones and cardiac function | 337 |
| 1961–1966 | Clinical and genetic aspects of arrhythmias | 339 |
| 1967–1972 | Recent advances in three-dimensional echocardiography | 340 |
| 1973–1978 | Ischaemia-reperfusion, slow flow and no reflow | 342 |
| 1989–1994 | Computer-based advances in cardiology | 343 |
| 1995–2000 | Vascular and myocardial damage and remodelling | 345 |
| 2001–2006 | Subclinical peripheral artery disease: a marker for severity of coronary artery disease | 346 |
| 2007–2012 | Stem cells in heart failure | 348 |
| 2026–2031 | Percutaneous interventions in unstable coronary syndromes | 349 |
| 2032–2037 | Neurally mediated syncope: a recurrent syndrome revisited | 351 |
| 2042–2047 | Novel pharmacological approaches for the treatment of atrial fibrillation | 352 |
| 2052–2057 | New developments in thrombolysis: fibrinolysis | 354 |
| 2087–2091 | A new era in the prognostic assessment of heart failure patients | 355 |
| 2097–2102 | New evidence for the beneficial effects of exercise training | 357 |
| 2107–2112 | Primary percutaneous coronary intervention in acute myocardial infarction | 358 |
| 2113–2117 | Many things to remember in CABG | 360 |
| 2119–2123 | Exercise testing in mitral valve disease | 361 |
| 2129–2134 | Drug eluting stents in diabetic patients | 362 |
| 2140–2145 | Bad and good habits | 364 |
| P2166–P2178 | Stress-induced myocardial damage and protective mechanisms – Basic Science | 365 |
| P2179–P2185 | Nuclear cardiology/MRI and cardiac radiology | 368 |
| P2186 | Computers in cardiology | 370 |
| P2187–P2201 | Echocardiography/Doppler | 370 |
| P2202–P2213 | Stress-induced myocardial damage and protective mechanisms | 374 |
| P2214–P2220 | Nuclear cardiology/Magnetic resonance imaging and cardiac radiology | 377 |
| P2221–P2222 | Computers in cardiology | 379 |
| P2223–P2237 | Echocardiography/Doppler | 379 |
| P2238–P2245 | Moderated Poster session IV: Inflammation and coronary artery disease | 383 |
| P2246–P2265 | Pacing | 385 |
| P2266–P2286 | Mechanisms of arrhythmias | 390 |
| P2287–P2341 | Resynchronisation therapy | 395 |
| P2342–P2409 | Acute myocardial infarction and reperfusion therapy | 408 |
| P2410–P2438 | Coronary circulation: functional evaluation | 425 |
| P2439–P2484 | Epidemiology | 432 |
| 2485–2488 | Databases and guidelines | 443 |
| | **Day 4 — Tuesday 31 August 2004** | |
| 2605–2609 | Congenital heart disease: secondary challenges after early "repair" | 447 |
| 2611–2616 | Experimental cell transplantation: preclinical and clinical developments | 448 |
| 2617–2622 | More fuel to inflammation | 449 |
| 2636–2641 | Chronic heart failure: new treatment options | 451 |
| 2642–2647 | Oral anticoagulation for atrial fibrillation – still unresolved | 452 |
| 2648–2653 | The diabetic vessel | 454 |
| 2667–2672 | Heart failure news from off the beaten track | 455 |
| 2673–2677 | Catheter ablation of ventricular tachycardia | 457 |
| 2709–2714 | Diabetes and the heart | 458 |
| 2725–2730 | Treatment and outcome of acute pulmonary embolism | 459 |
| 2768–2773 | Coronary artery disease and renal failure: prognostic aspects and prevention | 461 |
| 2774–2779 | Clopidogrel loading – 600 mg may be better | 462 |
| 2799–2804 | Mitral regurgitation: from prognosis to treatment | 464 |
| P2830–P2835 | Moderated e-Posters III: Drug therapy in cardiovascular disease | 465 |

Liquidia's Exhibit 1036
Page 129

P2836–P2851    Endothelial function, vascular care and remodelling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    467
P2852–P2858    Nuclear cardiology/Magnetic resonance imaging and cardiac radiology . . . . . . . . . . . . . . . . . . . .    471
P2859    Computers in cardiology    472
P2860–P2874    Echocardiography/Doppler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    473
P2875–P2887    Ion channels and arrhythmias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    476
P2888–P2894    Nuclear cardiology/Magnetic resonance imaging and cardiac radiology . . . . . . . . . . . . . . . . . . . .    479
P2895–P2896    Computers in cardiology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    481
P2897–P2911    Echocardiography/Doppler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    482
P2912–P2919    Moderated Poster session V: Trials in heart failure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    485
P2920–P2950    Atrial fibrillation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    488
P2951–P2995    Heart failure: clinical aspects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    495
P2996–P3046    Coronary artery disease in high-risk patients . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    506
P3047–P3079    Restenosis and drug-eluting stents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    519
P3080–P3123    Risk factor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    527
P3124–P3144    Myocardial disease . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    537
3145–3148    Simulation and modelling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    543
P3265–P3270    Moderated e-Posters IV: Nurse-led interventions in patients with heart failure . . . . . . . . . . . . . .    544
P3271–P3284    Cardiac hypertrophy and remodelling contractile function – Basic Science . . . . . . . . . . . . . . . . .    545
P3285–P3291    Nuclear cardiology/Magnetic resonance imaging and cardiac radiology . . . . . . . . . . . . . . . . . . . .    548
P3292–P3293    Computers in cardiology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    550
P3294–P3308    Echocardiography/Doppler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    551
P3309–P3323    Cardiac hypertrophy and remodelling contractile function – Basic Science . . . . . . . . . . . . . . . . .    554
P3324–P3330    Nuclear cardiology/Magnetic resonance imaging and cardiac radiology . . . . . . . . . . . . . . . . . . . .    558
P3331–P3332    Computers in cardiology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    560
P3333–P3347    Echocardiography/Doppler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    560
P3348–P3354    Moderated Poster session VI: In stent restenosis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    564
P3355–P3374    Electrocardiography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    566
P3375–P3394    Syncope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    571
P3395–P3418    Heart transplantation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    575
P3419–P3444    Heart failure – medical therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    581
P3445–P3485    Valvular disease . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    588
P3486–P3512    Coronary artery disease: risk stratification and medical therapy . . . . . . . . . . . . . . . . . . . . . . . . .    597
P3513–P3531    Stroke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    604
P3532–P3544    Exercise testing and rehabilitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    608
P3545–P3577    Grown-up and congenital heart disease . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    611
P3578–P3588    Coronary artery bypass grafting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    620
3589–3592    Databases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    622

**Day 5 — Wednesday 1 September 2004**
3617–3622    Pericarditis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    627
3627–3632    Structure and function of cardiac ion channels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    628
3637–3642    Lipid modulation in atherogenesis – beyond cholesterol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    630
3643–3648    Pulse pressure, distensibility and cardiovascular risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    631
3649–3654    Fat, lean or active: all relevant for cardiovascular risk? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    633
3655–3660    Conduction of the electrical impulse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    634
3661–3666    Novel players in receptor-mediated signalling in cardiac myocytes . . . . . . . . . . . . . . . . . . . . . . .    636
3671–3676    Nuclear cardiology – beyond the future . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    637
3681–3686    Challenges in aortic interventions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    638
3687–3692    Stenting of supra-aortic extracranial arteries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    640
3693–3698    New navigation and mapping techniques for targeting the arrhythmogenic substrate . . . . . . . . . .    641
3703–3708    Reducing thrombotic risk – old concepts, new therapies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    643
3713–3718    Acute myocardial intervention and diabetes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    644
3723–3728    Pacing mode and lead position: does it matter? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    646
3729–3734    How important is abnormal respiration in heart failure? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    647
3735–3740    New insights into native or repaired mitral valve dynamics . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    649
3745–3750    Renal dysfunction and anaemia – overlooked parts of the heart failure syndrome . . . . . . . . . . . .    650
3751–3756    Ablation of atrial fibrillation: new techniques . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    652
3757–3762    Management of acute heart failure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    653
3763–3768    Multiple applications of cardiac computed tomography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    654
3778–3783    Challenging issues after valve replacement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    656
3784–3789    Clinical assessment of resynchronisation therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    658

Liquidia's Exhibit 1036
Page 130

3790–3795    Hypertension and heart failure ................................................................................ 660
3801–3806    Blood pressure reduction and cardiovascular risk ......................................................... 661
3811–3816    Heart economics ............................................................................................... 663
3821–3826    Physical training and secondary prevention ............................................................... 664
3827–3831    Percutaneous coronary interventions in diabetic patients ............................................... 666
3833–3838    Prognostic value of stress echocardiography ............................................................. 667
3839–3843    Restenosis following bare stents ........................................................................... 669
3845–3850    Drug eluting stent to treat in-stent restenosis ........................................................... 670

Author Index ....................................................................................................... 673

Index of Topics .................................................................................................... 717

Liquidia's Exhibit 1036
Page 131

This material may be protected by Copyright law (Title 17 U.S. Code)

*22    Epidemiology and treatment of pulmonary arterial hypertension / The ECG and electrophysiologic markers of arrhythmic events*



### 218  Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension

R. Voswinckel, M.G. Kohstall, B. Enke, T. Gessler, F. Reichenberger, H.A. Ghofrani, W. Seeger, H. Olschewski. *Medical Clinic 2, Department of Internal Medicine, Giessen, Germany*

**Background:** Treprostinil has been approved for therapy of PAH (US and Canada) as continuous subcutaneous infusion. However, local pain at the infusion site is a major drawback. Inhaled therapy with another stable prostacyclin analogue (iloprost) has been approved for PPH (EMEA). In this study we investigated the acute hemodynamic response to inhaled treprostinil.
**Methods:** Open-label, single blind placebo-controlled clinical study. After placement of a Swan-Ganz catheter and a femoral artery line, patients inhaled solvent solution (placebo) (n=8) or treprostinil for 6 min (OptiNeb ultrasound nebulizer, Nebu-tec, Germany) in concentrations of 16, 32, 48, and 64 µg/ml (n=6, 6, 6, and 3 patients). Measurement were performed before and after 0, 15, 30, 60, 90, 120, 150 and 180 min. The mean area between the placebo and the treprostinil curves (ABC186) was calculated (baseline=100%).
**Results:** We investigated idiopathic PAH (n=10), collagen vascular disease (n=5), chronic thromboembolic disease (n=8), and pulmonary fibrosis (n=5). (I/m = 19/10, age 56 ± 3 years, PAP, PAWP, and CVP 51.3 ± 2.2, 9.2 ± 0.8, and 6.6 ± 0.6 mmHg, CO 4.4 ± 0.3 l/min, SvO2 62.3 ± 1.2%, PVR 885 ± 72 dyn s cm⁻⁵. At 16µg/ml there were no significant adverse events. Headache, cough or bronchoconstriction were observed in 2, 1, and 2 patients at 32, 48, and 64 µg/ml. These were mild and transient in all patients but one (64 µg/ml) who complained of major headache for 1 hour. Placebo inhalation was followed by slowly increasing PVR. Compared to this, the maximum treprostinil effect was reached after about 50 min and half-maximal effects at about 110 min. The ABC186 for PVR was −24.7 ± 4.4, −28.7 ± 4.9, and −29.0 ± 4.7%; PAP −14.4 ± 3.3, −13.5 ± 5.2, −13.1 ± 2.6%; SAP −5.1 ± 3.0, −3.3 ± 3.1, −3.8 ± 2.1% at 16, 32 and 48 µg/ml.
**Conclusion:** Treprostinil inhalation results in a significant long-lasting pulmonary vasodilatation. With the applied technology, at a concentration of 16µg/ml, near maximal pulmonary vasodilatation is achieved without adverse effects. At higher doses, local and systemic side effects may occur, whereas pulmonary selectivity is preserved.
This study was supported by Lung Rx.

### 219  The endothelin-receptor antagonist bosentan for the treatment of pulmonary arterial hypertension associated with congenital heart defects

O. Sitbon[1], M. Beghetti[2], J. Petit[3], L. Iserin[4], M. Humbert[1], V. Gressin[5], G. Simonneau[1]. *¹Hôpital Antoine Béclère, Clamart, France; ²HUG, Pediatric Cardiology Unit, Geneva, Switzerland; ³CMC Marie-Lannelongue, Le Plessis-Robinson, France; ⁴Hôpital Necker, Paris, France; ⁵Actelion Pharmaceuticals France, Paris, France*

**Background:** Treatment with the oral dual endothelin-receptor antagonist bosentan has been shown to be an effective alternative option to intravenous epoprostenol in functional class (FC) III idiopathic pulmonary arterial hypertension (PAH) patients. In patients with PAH associated with congenital heart defects (CHD), an improvement of exercise capacity and hemodynamics has been demonstrated with epoprostenol in one uncontrolled study (Rosenzweig et al. Circulation 1999; 99: 1858-65).
The aim of this retrospective study was to evaluate the efficacy and safety of bosentan in FC III-IV CHD-PAH patients.
Study population consisted in 24 patients (22 females, mean age 35 ± 15 years [8-68]) with CHD-PAH: atrial septal defect (ASD: 13), ventricular septal defect (VSD: 4), partial abnormal pulmonary venous return (3, associated with ASD in 2 and repaired common atrium in 1), patent ductus arteriosus (PDA: 2), VSD associated with PDA (1), aortopulmonary window (1). Four patients had undergone previous cardiac surgery.
Patients had deteriorated despite conventional therapy (including oral anticoagulants, oxygen, diuretics) and were treated with chronic oral bosentan.
**Results:** Before starting bosentan, 22 patients were in FC III and 2 in FC IV, with a resting O2 saturation (SaO2) of 89 ± 9%. Mean 6-min walk distance (6MWD) was 288 ± 94 m and mean Borg index 3.0 ± 1.9. At last evaluation performed after 10 ± 9 months of bosentan treatment, 1 patient was in FC I, 8 were is FC II, 13 remained in FC III and 2 in FC IV. The mean 6MWD improved by 49 m (349 ± 85 m, p = 0.008) with no change in Borg index (3.0 ± 1.8) and resting SaO2 (89 ± 6%). There were no differences between pre and post-tricuspid shunt subgroups in terms of baseline characteristics and response to bosentan therapy.
After 13 ± 9 months of follow-up, all patients are alive on bosentan, but 3 (1 ASD, 1 VSD, 1 aortopulmonary window) required combination therapy with intravenous epoprostenol after 5, 7 and 9 months on bosentan.
**Conclusion:** Chronic oral bosentan treatment improves exercise capacity in patients with PAH associated with CHD who deteriorated despite conventional therapy. Bosentan had no adverse effect on arterial oxygen saturation. As previously demonstrated in patients with idiopathic PAH, long term bosentan may be an important therapeutic option for patients with PAH associated with CHD.



### 220  Sildenafil in the treatment of primary pulmonary hypertension

A. Dharmadhikari[1], M. Kulkarni[2], V. Tzifos[3], F. Airoldi[4], I. Sheiban[5]. *¹Nashik, India; ²Rajebahadur Heart Foundation, Cardiology, Nashik, India; ³Hospital Hunry Dununt, Interventional Cardiology, Athens, Greece; ⁴Hospital San Raffaele, Interventional Cardiology, Milano, Italy; ⁵University Hospital, Torino, Interventional Cardiology, Torino, Italy*

**Background:** The role of sildenafil as a pulmonary vasodilator is being extensively evaluated in the treatment of pulmonary hypertension.
**Aim:** This was a prospective study to assess the benefit of adding sildenafil in patients with high pulmonary artery pressures secondary to atrial septal defect (ASD), already receiving the conventional therapy.
**Methods:** Thirty consecutive patients with moderate to severe primary pulmonary hypertension were included in this study. All the patients were diagnosed previously and were receiving the conventional therapy with digoxin, diuretic and a calcium channel blocker. Sildenafil was added in the dose of 50 mg twice a day without changing the previous regimens. Changes in the New York Heart Association (NYHA) symptom class, distance covered during the six minute walk test and modified Borg dyspnea score were evaluated monthly. Acceptance of the new drug was assessed every week in the first month and then at the monthly follow up. Echocardiographic and Doppler study was undertaken at baseline and every month for a period of six months. The parameters studied were the pulmonary artery systolic pressure (PASP) by tricuspid regurgitation (TR) jet and pulmonary artery diastolic pressure (PADP) by pulmonary regurgitation (PR) jet.
**Results:** Mean age of the subjects was 42.6±9.3 years. Twenty seven (90%) were females and 3 (10%) were males. Sildenafil was well tolerated and there was no dropout because of undesireable effects of the drug. Changes in the heart rate and systemic blood pressure were not significant enough to warrant withdrawl of the drug. Two patients died during the follow-up period. At the beginning of the therapy, 22 (73.3%) patients were in NYHA Class III or IV while at the end of six months, only 8 patients remained in either of these classes (p<0.05). By the 6 min walk test, functional capacity improved from 181.5±122.4 meters to 302.7±150.3 meters p(<0.05). Modified Borg dyspnea score improved from 5.6±1.2 to 3.3±1.1 (p<0.05). PASP by TR jet (mmHg) was down from 81.3±14.7 to 51.4±11.7 (p<0.05). PADP by PR jet (mmHg) reduced from 56.2±11.7 to 33.4±9.1 (p<0.05).
**Conclusion:** Sildenafil is well tolerated, improves symptoms, and reduces the systolic and diastolic pulmonary artery pressures in patients with moderate to severe primary pulmonary hypertension.

## REVISITING THE ELECTROCARDIOGRAM AND ELECTROPHYSIOLOGIC MARKERS OF ARRHYTHMIC EVENTS



### 221  Prevalence of brugada-type ecg in an apparently healthy european population

G. Forleo[1], F. Di Liberato[2], L. De Luca[2], G. Magliano[2], V. Morgia[2], F. Clementi[2], M.M. Gallagher[2], F. Romeo[2]. *¹University of Rome, Department of Cardiology, Rome, Italy; ²University of Tor Vergata, Department of Cardiology, Rome, Italy*

**Background:** The Brugada Syndrome ECG is characterized by ST-segment elevation in right precordial leads and elevated risk of lethal arrhythmias in absence of identifiable structural heart disease. Few data are available on the Brugada type ECG, especially in Europeans. No epidemiological study has applied the diagnostic criteria recently proposed by the Study Group of the Molecular Basis of Arrhythmias of the ESC.
**Methods:** We analysed the ECG and clinical data of apparently healthy European adults undergoing routine medical examinations for occupational reasons. At each examination subjects underwent a medical interview, physical examination, blood pressure measurement and 12-lead ECG. Enrolment was confined to persons without a history of heart disease at the time of first attendance in whom at least one 12-lead ECG of good quality was available. The ECG records of all 7483 subjects (89.6% male, age 29,5±10,8 years at first attendance) were reviewed by three cardiologists. We reviewed 1,971±2,1 ECGs for each subject. We considered a patient having a Brugada ECG pattern if 2 or more of the cardiologists judged that at least one of that persons ECGs fulfilled the criteria of the ESC Study Group.
**Results:** The Brugada pattern was present in 26 patients (0.35%), all male (table). In 17 cases (65.4%), information was available about the progress of the subject subsequent to the ECG on which the Brugada pattern was first recorded. No sudden death or cardiac arrhythmia was recorded among these patients in a follow-up of 5.2±4.6 years (total follow-up 87.8 patient-years).

|  | Total | Pattern 1 | Pattern 2 | Pattern 3 | Tot. Brugada |
|---|---|---|---|---|---|
| Pts (n) | 7383 | 2 | 21 | 3 | 26 |
| Male | 6618 | 2 | 21 | 3 | 26 |
| Female | 765 | 0 | 0 | 0 | 0 |
| Male prevalence (*10000) | – | 3,02 | 31,73 | 4,53 | 39,29 |
| Total Prevalence (*10000) | – | 2,71 | 28,44 | 4,06 | 35,22 |

Liquidia's Exhibit 1036
Page 132

# EXHIBIT F

Liquidia's Exhibit 1036
Page 133



17 January 2006 | Annals of Internal Medicine | Volume 144 Number 2

# Annals of Internal Medicine

www.annals.org   ESTABLISHED IN 1927 BY THE AMERICAN COLLEGE OF PHYSICIANS



LETTERS 145
COMPLETE CONTENTS I-5

## ARTICLES

**Exercise Is Associated with Reduced Risk for Incident Dementia among Persons 65 Years of Age and Older**    73
LARSON, WANG, BOWEN, McCORMICK, TERI, CRANE, AND KUKULL

**Socioeconomic Status and Mortality after Acute Myocardial Infarction**    82
ALTER, CHONG, AUSTIN, MUSTARD, IRON, WILLIAMS, AND OTHERS

**Clarithromycin-Resistant Genotypes and Eradication of *Helicobacter pylori*** DE FRANCESCO, MARGIOTTA, ZULLO, HASSAN, AND OTHERS    94

**Brief Communication: Tamoxifen Therapy for Nonmalignant Retroperitoneal Fibrosis** VAN BOMMEL, HENDRIKSZ, AND OTHERS    101

## IMPROVING PATIENT CARE

**Problem Doctors: Is There a System-Level Solution?**    107
LEAPE AND FROMSON

## REVIEW

**Systematic Review: Antimicrobial Urinary Catheters To Prevent Catheter-Associated Urinary Tract Infection in Hospitalized Patients**    116
JOHNSON, KUSKOWSKI, AND WILT

## PERSPECTIVE

**Acute Pain Management for Patients Receiving Maintenance Methadone or Buprenorphine Therapy**    127
ALFORD, COMPTON, AND SAMET

## EDITORIALS

**Mens Sana in Corpore Sano** PODEWILS AND GUALLAR    135

**Going Back To Understand the Future: Socioeconomic Position and Survival after Myocardial Infarction** KAPLAN    137

**Improving *Helicobacter pylori* Eradication Regimens**    140
FRANCOIS AND BLASER

## ON BEING A DOCTOR

**Of Poems and Patients** SEDER    142

**Aziza** KANNAI    143

## CURRENT CLINICAL ISSUES

**Health and the Environment after Hurricane Katrina**    153
FISHER WILSON



EBLING LIBRARY
UNIVERSITY OF WISCONSIN
JAN 24 2006
750 Highland Avenue
Madison, WI 53705

Liquidia's Exhibit 1036
Page 134

# CONTENTS Annals of Internal Medicine

17 January 2006 144 2 73-156

## ARTICLES

**Exercise Is Associated with Reduced Risk for Incident**    73
**Dementia among Persons 65 Years of Age and Older**

E.B. Larson, L. Wang, J.D. Bowen, W.C. McCormick, L. Teri,
P. Crane, and W. Kukull

The authors followed 1740 persons who did not have
cognitive impairment at baseline. During a mean follow-up
of 6.2 years, 158 participants developed dementia; the
incidence rate was 13.0 per 1000 person-years for those
who exercised 3 or more times per week at baseline and
19.7 per 1000 person-years for those who exercised less
frequently. The results were similar in the 107 participants
who developed Alzheimer disease.

**Summary for Patients**    I-20

**Socioeconomic Status and Mortality after Acute**    82
**Myocardial Infarction**

D.A. Alter, A. Chong, P.C. Austin, C. Mustard, K. Iron,
J.I. Williams, C.D. Morgan, J.V. Tu, J. Irvine, and C.D. Naylor,
for the SESAMI Study Group

The true causes of income-related health disparities are not
known. In 3407 Canadian patients who were hospitalized for
acute myocardial infarction, high income was associated with
a lower 2-year mortality rate (crude hazard ratio, 0.45 [95%
CI, 0.35 to 0.57]; $P < 0.001$). However, adjusting for
income-related differences in age and the prevalence of
preexisting cardiovascular events or risk factors substantially
reduced the effect of high income (adjusted hazard ratio,
0.77 [CI, 0.54 to 1.10]; $P = 0.150$).

**Summary for Patients**    I-42

**Clarithromycin-Resistant Genotypes and Eradication**    94
**of _Helicobacter pylori_**

V. De Francesco, M. Margiotta, A. Zullo, C. Hassan, L. Troiani,
O. Burattini, F. Stella, A. Di Leo, F. Russo, S. Marangi,
R. Monno, V. Stoppino, S. Morini, C. Panella, and E. Ierardi

The authors compared _Helicobacter pylori_ eradication rates
among strains with different point mutations that confer
clarithromycin resistance. Antibiotics eradicated _Helicobacter
pylori_ infection in 11 of 23 patients (48%) with the A2143G
mutation and in 14 of 15 patients (93%) with either
A2142G or A2142C strains. A sequential triple-therapy
regimen achieved a higher cure rate than simultaneous triple
therapy in A2143G mutation strains.

**Brief Communication: Tamoxifen Therapy for**    101
**Nonmalignant Retroperitoneal Fibrosis**

E.F.H. van Bommel, T.R. Hendriksz, A.W.L.C. Huiskes, and
A.G.M. Zeegers

Retroperitoneal fibrosis is a progressive disease that can
respond to corticosteroids but is sometimes steroid-resistant.
Among 19 patients with retroperitoneal fibrosis who received
tamoxifen, 20 mg twice daily, 15 reported substantial
symptom resolution after a median of 2.5 weeks. Repeated
computed tomography showed mass regression in 14 of 15
clinical responders. Treatment failed in 5 patients, and 1
patient developed severe hepatitis while receiving treatment.

**Summary for Patients**    I-51

## IMPROVING PATIENT CARE

**Problem Doctors: Is There a System-Level Solution?**    107

L.L. Leape and J.A. Fromson

Three ideas frame an effective system for managing poorly
performing physicians: Subpar performance can be objectively
defined; routine monitoring of the entire medical staff is
necessary to detect problems fairly and early; and responses to
deficiencies should be prompt, constructive, and sustained. The
long-term objective is to enable physicians to continue to
practice effectively and safely, not to "weed them out."

## REVIEW

**Systematic Review: Antimicrobial Urinary Catheters To**    116
**Prevent Catheter-Associated Urinary Tract Infection**
**in Hospitalized Patients**

J.R. Johnson, M.A. Kuskowski, and T.J. Wilt

The authors assessed the efficacy of currently marketed
antimicrobial urinary catheters. In this systematic review of
12 trials, they concluded that antimicrobial urinary catheters can
prevent bacteriuria in hospitalized patients during short-term
catheterization. The cost implications of these catheters and
their effect on infectious complications remain undefined.

## PERSPECTIVE

**Acute Pain Management for Patients Receiving**    127
**Maintenance Methadone or Buprenorphine Therapy**

D.P. Alford, P. Compton, and J.H. Samet

The number of patients with opioid addiction who receive
opioid agonist therapy (OAT) with methadone and
buprenorphine is increasing, so that physicians will more
frequently encounter such patients who have acutely painful
conditions. This paper acknowledges the complex interplay

Continued on page I-6

**Postmaster:** Send changes of address to Customer Service, _Annals of Internal Medicine_, 190 N. Independence Mall West, Philadelphia, PA 19106-1572. • _Annals of Internal Medicine_ is published twice monthly and copyrighted © 2006 by the American College of Physicians, 190 N. Independence Mall West, Philadelphia, PA 19106-1572, USA. Basic member subscription price is $20.00 per year. Periodicals postage paid at Philadelphia, Pennsylvania, and at additional mailing offices. Canadian Publications Mail Agreement #40030513. (ACP/Brokers, 1031 Helena Street, Fort Erie, Ontario L2A 5N8, Canada.) GST ID#128512159. • AIMEAS 144(2)73-156(2006) • US ISSN 0003-4819.

Liquidia's Exhibit 1036
Page 135

Appx1989

# CONTENTS Annals of Internal Medicine continued

17 January 2006 144 2 73-156

among addictive disease, OAT, and acute pain management; describes 4 misconceptions that lead to suboptimal treatment of acute pain; and gives clinical recommendations for providing analgesia when a patient receiving OAT develops acute pain.

## EDITORIALS

### Mens Sana in Corpore Sano 135

L.J. Podewils and E. Guallar

Larson and colleagues provide important evidence that more physical exercise is associated with lower rates of dementia, adding significantly to several other recent studies on the association between physical activity and dementia risk. We now need randomized trials to examine the effect of physical activity on cognitive function measures, and we need researchers to include clinical dementia end points in ongoing trials of lifestyle modification.

### Going Back To Understand the Future: Socioeconomic 137 Position and Survival after Myocardial Infarction

G.A. Kaplan

Do we really need another paper on socioeconomic inequalities in health? Alter and colleagues have added to our knowledge, but the assumption that we can reduce socioeconomic inequalities in survival after cardiovascular disease (CVD) by reducing morbidity and risk factors in poor people begs the key question. We must integrate our knowledge of the upstream social determinants that lead to differential burdens of CVD and its risk factors and the downstream, proximal biological factors that drive health outcomes. Building a bridge between these bodies of knowledge could provide a way to decrease socioeconomic inequalities in survival.

### Improving *Helicobacter pylori* Eradication Regimens 140

F. Francois and M.J. Blaser

The work by De Francesco and colleagues showing the enhanced efficacy of sequential therapy is a timely advance for patients with peptic ulcer disease or mucosa-associated lymphoid tissue lymphoma, in whom *Helicobacter pylori* eradication is clearly indicated. A larger question is whether the relatively indiscriminate practice of "test and treat" for *H. pylori* infection treats the patient or the physician. In their zeal to remedy many ailments with antibiotics, physicians are contributing to new problems of antibiotic resistance and to changing human microecology.

## ON BEING A DOCTOR

### Of Poems and Patients 142

D. Seder

Recently, my wife and I were out listening to a folk singer, and I realized how hard it is to listen to live music without leaning across to a bar. It wasn't so long ago that 4 or 5 nights a week I poured beer and shook drinks while customers came and went. That life is so different from my current one that it could have been led by another person entirely.

### Aziza 143

R. Kannai

During the physical examination, Aziza read me with astute observation: She sensed my aversion to physical contact with her and my attempt to end the session peacefully. I tried to understand the contents of her thoughts, since she easily transferred from the world of delusions to our world, complete with National Insurance forms. Why couldn't I, the sane one, identify with her hallucinations?

## LETTERS

### Comments and Responses

### National Health Information Network Cost and 145 Structure

R.H. Dolin and A.M. Wiesenthal; R.B. Doherty; J.M. Kretz; M.M. Rothkopf and H.S. Jackson; R. Kaushal, D.W. Bates, and D. Blumenthal

### Prevention of Exacerbations of Chronic Obstructive 147 Pulmonary Disease with Tiotropium

C.B. Good and L. Longo; A.B. O'Connor; D.E. Niewoehner, K. Rice, and S. Kesten

### Exorcising Ghosts and Unwelcome Guests 149

S.S. Daskalopoulou and D.P. Mikhailidis; A. Jacobs

### Clinical Observations

### Inhaled Treprostinil for Treatment of Chronic 149 Pulmonary Arterial Hypertension

R. Voswinckel, H.A. Ghofrani, F. Grimminger, W. Seeger, and H. Olschewski

### Neurocysticercosis in Kansas 150

T.L. Daniels and T.A. Moore

### Correction

### Correction: Advanced Lipoprotein Testing in Young Adults 152

## CURRENT CLINICAL ISSUES

### Health and the Environment after Hurricane Katrina 153

J. Fisher Wilson

Cover photograph by Robert L. Meyer

Authors' Form I-19
CME Bulletin Board I-31
Subscription and Business Information I-46
Classified Services Begin on I-53

Liquidia's Exhibit 1036
Page 136

17 January 2006 Volume 144 Number 2
AIMEAS 144(2)73-156(2006) US ISSN 0003-4819

# Annals of Internal Medicine

ESTABLISHED IN 1927 BY THE AMERICAN COLLEGE OF PHYSICIANS

## Subscriptions

*Annals of Internal Medicine* (ISSN 0003-4819) is issued twice monthly by the American College of Physicians; new volumes begin with the first issues of January and July each year.

To subscribe to *Annals of Internal Medicine*, call 800-523-1546, extension 2600, or write to *Annals of Internal Medicine*, Customer Service, 190 N. Independence Mall West, Philadelphia, PA 19106-1572.

## Advertising

To advertise in *Annals of Internal Medicine* or request a media kit, call 800-523-1546, extension 2440, or write to Advertising Sales Department, 190 N. Independence Mall West, Philadelphia, PA 19106.

## Editorial Correspondence

Editorial correspondence should be addressed to:
The Editor
*Annals of Internal Medicine*
190 N. Independence Mall West
Philadelphia, PA 19106-1572, USA
Fax 215-351-2644

## Reprint Information

Helen Canavan, Reprints Coordinator
190 N. Independence Mall West
Philadelphia, PA 19106-1572, USA
Phone 800-523-1546, extension 2663
Fax 215-351-2686

For Canadian and translated reprints worldwide, contact Marsha Fogler, Reprint Sales Representative
Phone 800-482-1450; 01-856-489-4446 (outside the USA)
Fax 856-489-4449
E-mail mfogler@medicalreprints.com

## Editorial Staff

**Editor:** Harold C. Sox, MD
**Editors Emeriti:** Frank Davidoff, MD, Robert H. Fletcher, MD, MSc, Suzanne W. Fletcher, MD, MSc, Edward J. Huth, MD
**Senior Deputy Editor:** Christine Laine, MD, MPH
**Deputy Editors:** Michael Berkwits, MD, MSCE, Paul Epstein, MD, Cynthia D. Mulrow, MD, MSc
**Associate Editors:** Elias Abrutyn, MD, E. Victor Adlin, MD, Robert G. Badgett, MD (electronic publications), Martin Black, MD, Leonard E. Braitman, PhD, David Goldmann, MD, Steven N. Goodman, MD, PhD, MHS, Michael E. Griswold, PhD, Eliseo Guallar, MD, PhD, DuPont Guerry IV, MD, Anne Hudson Jones, PhD, William G. Kussmaul III, MD, Michael A. LaCombe, MD, Andrew S. Levey, MD, A. Russell Localio, JD, Catharine Stack, MS, PhD, Barbara J. Turner, MD, MSEd, MA, Sankey V. Williams, MD
**Associate Editor Emeritus:** John L. Abruzzo, MD
**Managing Editor:** Mary Beth Schaeffer
**Editorial Office:** Robert Blackwell, Nicole Briglia, Ruth Burrows, Jill Jackson, Nicole Massone, Ann Paul

## Editorial Board

Martin Blaser, MD, *New York*
Clara Bloomfield, MD, *Columbus, Ohio*
Harry R. Büller, MD, PhD, *Amsterdam*
Christopher Callahan, MD, *Indianapolis*
Christine Cassel, MD, *Philadelphia*
Janice Douglas, MD, *Bratenell, Ohio*
Ezekiel J. Emanuel, MD, PhD, MSc, *Bethesda*
David P. Faxon, MD, *Chicago*
Lisa H. Fish, MD, *Edina, Minnesota*
Bevra H. Hahn, MD, *Los Angeles*
Alessandro Liberati, MD, *Milan*

Barry J. Marshall, *Crawley, Australia*
Robert J. Mayer, MD, *Boston*
Clement J. McDonald, MD, *Indianapolis*
David Meltzer, MD, PhD, *Chicago*
Santiago Pavlovsky, MD, *Buenos Aires*
Lewis J. Rubin, MD, *San Diego*
Margaret A. Tucker, MD, *Rockville, Maryland*

## Publication Committee, ACP

William B. Applegate, MD, *Chair*
Clara Bloomfield, MD
David B. Duggan, MD, *Vice Chair*
Erin E. Dunnigan, MBA
John P. Fitzgibbons, MD
Benjamin J. George, MD
Phyllis A. Guze, MD
Stephen G. Pauker, MD
Brian L. Strom, MD

## Publishing Staff

**Publisher:** Robert Spanier
**Associate Publisher:** Diane McCabe
**Director, Editorial Production:** Linda Drumheller
**Managing Editor:** Mary E. Boylan
**Supervisor, Editorial Production:** Jennifer Kearney-Strouse
**Senior Production Editor:** Laura Altobelli
**Production Editors:** Beth A. Hummel, Christine Kucowski
**Assistant Production Editor:** Kimberly S. Rak

## Advertising Operations

**Manager:** Brian S. Barker
**Advertising Production:** Helen Canavan
**Advertising Billing:** Penny Quartapella
**Supervisor, Recruitment Sales:** Margaret Gardner

## Advertising Sales

**National Account Managers:** Tom Terreri (Catalyst Communications), Frank Cox (PMI), Kathleen Harrison (PMI), Betty Ann Gilchrist (PMI)

## Editorial Policy

*Annals of Internal Medicine* publishes original articles, reviews, clinical conferences, editorials, letters, and other information relevant to internal medicine and related fields. Further details on the kinds of manuscripts that are considered for publication are given in "Information for Authors."

Portions of the content of *Annals of Internal Medicine* are protected by copyright. Papers without a copyright symbol are in the public domain. Manuscripts are accepted for publication with the understanding that their contents, all or in part, have not been published elsewhere and will not be published elsewhere, except in abstract form or by the express consent of the Editor.

Statements expressed in *Annals of Internal Medicine* reflect the views of the authors and not necessarily the policies of the journal or of the American College of Physicians, unless so identified. *Annals of Internal Medicine* and the American College of Physicians accept no responsibility for statements made by contributors or claims made by advertisers, nor does the publication of advertisements constitute or imply endorsement. The information contained herein should never be used as a substitute for clinical judgment.

Appx1991

Liquidia's Exhibit 1036
Page 137

This material may be protected by Copyright law (Title 17 U.S. Code)

(Boehringer Ingelheim Pharmaceuticals); *Consultancies:* D.E. Niewoehner (Boehringer Ingelheim Pharmaceuticals); *Honoraria:* D.E. Niewoehner (Boehringer Ingelheim Pharmaceuticals); K. Rice (Boehringer Ingelheim Pharmaceuticals).

**References**

1. COMBIVENT Inhalation Aerosol Study Group. In chronic obstructive pulmonary disease, a combination of ipratropium and albuterol is more effective than either agent alone. An 85-day multicenter trial. Chest. 1994;105: 1411-9. [PMID: 8181328]

2. COMBIVENT Inhalation Solution Study Group. Routine nebulized ipratropium and albuterol together are better than either alone in COPD. Chest. 1997;112:1514-21. [PMID: 9404747]

3. National Heart, Lung and Blood Institute. Global Initiative for Chronic Obstructive Lung Disease: Global Strategy for the Diagnosis, Management and Prevention of Chronic Obstructive Pulmonary Disease (NHLBI/WHO workshop report). Bethesda, MD: National Heart, Lung and Blood Institute; 2001.

4. O'Donnell DE, Aaron S, Bourbeau J, Hernandez P, Marciniuk D, Balter M, et al. State of the Art Compendium: Canadian Thoracic Society recommendations for the management of chronic obstructive pulmonary disease. Can Respir J. 2004;11 Suppl B:7B-59B. [PMID: 15340581]

5. Anthonisen NR, Connett JE, Kiley JP, Altose MD, Bailey WC, Buist AS, et al. Effects of smoking intervention and the use of an inhaled anticholinergic bronchodilator on the rate of decline of FEV1. The Lung Health Study. JAMA. 1994;272:1497-505. [PMID: 7966841]

6. Sin DD, McAlister FA, Man SF, Anthonisen NR. Contemporary management of chronic obstructive pulmonary disease: scientific review. JAMA. 2003;290:2301-12. [PMID: 14600189]

7. Wilt TJ, Niewoehner D, Kim C, Kane RL, Linabery A, Tacklind J, et al. Use of Spirometry for Case Finding, Diagnosis, and Management of Chronic Obstructive Pulmonary Disease (COPD). Evidence Report/Technology Assessment No. 121 AHRQ Publication No. 05-E017-2. Rockville, MD: Agency for Healthcare Research and Quality; 2005.

## Exorcising Ghosts and Unwelcome Guests

**TO THE EDITOR:** We applaud the editors of *Annals* for their effort to increase awareness regarding ghostwriting (1). Drs. Laine and Mulrow cite our editorial (2), but a slight correction is needed; they imply that the GATE principles were proposed by the European Medical Writers Association. Actually, we initially proposed these guidelines ourselves in our editorial (2). However, we were influenced by the association's statements and by our own experience when we formulated these guidelines.

There is increasing concern about ghostwriters because it is difficult to prove their existence. Therefore, whenever help from professional writers is necessary, it is imperative that the GATE principles are maintained. Maybe a uniform policy should be implemented by journals (in our editorial, we proposed a formula of acknowledgment statements to achieve maximum transparency). One key issue not addressed by Laine and Mulrow is the possibility of regulating professional writers. In other words, writers would need to be registered and evaluated to maintain minimum standards (2).

The earliest article on ghostwriting that we identified through a search of PubMed was published in 1934 (3). It is about time that we sort out this issue. Professional writers, if they have to be used, should have a legitimate role in assisting (not replacing) experts to provide a quality document while maintaining high ethical standards. However, the experts should always play a key role and have

the final say on content. Hidden ghosts, unwelcome guests, and hired experts do not have any place in the medical literature.

*Stella S. Daskalopoulou, MD, MSc, DIC, PhD*
*Dimitri P. Mikhailidis, MD, MSc*
Royal Free Hospital
London NW3 2QG, United Kingdom

**Potential Financial Conflicts of Interest:** None disclosed.

**References**

1. Laine C, Mulrow CD. Exorcising ghosts and unwelcome guests [Editorial]. Ann Intern Med. 2005;143:611-2. [PMID: 16230729]

2. Daskalopoulou SS, Mikhailidis DP. The involvement of professional medical writers in medical publications [Editorial]. Curr Med Res Opin. 2005;21:307-10. [PMID: 15802002]

3. Place F. Ghost writing. Bull Med Libr Assoc. 1934;22:209-213. [PMID: 16016210]

**TO THE EDITOR:** I was pleased to read Drs. Laine and Mulrow's editorial about ghosts and guests, which I thought steered a very sensible course through a difficult topic (1). I feel that 1 minor point of clarification is required, however. The GATE principles referred to in the editorial were not described by the European Medical Writers Association but were described in an editorial (2) that accompanied the association's guidelines. Readers of *Annals* may also be interested in the original guidelines (3), which were not cited by Drs. Laine and Mulrow in their editorial.

*Adam Jacobs, PhD, MSc*
Dianthus Medical Limited
London SW19 3TZ, United Kingdom

**Potential Financial Conflicts of Interest:** Dr. Jacobs is a former president of the European Medical Writers Association and is a coauthor of the association's guidelines on the role of medical writers in developing peer-reviewed publications.

**References**

1. Laine C, Mulrow CD. Exorcising ghosts and unwelcome guests [Editorial]. Ann Intern Med. 2005;143:611-2. [PMID: 16230729]

2. Daskalopoulou SS, Mikhailidis DP. The involvement of professional medical writers in medical publications [Editorial]. Curr Med Res Opin. 2005;21:307-10. [PMID: 15802002]

3. Jacobs A, Wager E. European Medical Writers Association (EMWA) guidelines on the role of medical writers in developing peer-reviewed publications. Curr Med Res Opin. 2005;21:317-22. [PMID: 15802003]

## CLINICAL OBSERVATIONS

## Inhaled Trepostinil for Treatment of Chronic Pulmonary Arterial Hypertension

**TO THE EDITOR:** *Background:* Treprostinil is a stable prostacyclin analogue that is approved for the treatment of pulmonary arterial hypertension when administered by continuous subcutaneous infusion (1). Inhalation of the stable prostacyclin analogue iloprost has

Liquidia's Exhibit 1036
Page 138

## LETTERS



*Figure.* Acute hemodynamic response of a patient with idiopathic pulmonary arterial hypertension to the inhalation of nitric oxide (20 parts per million) and 15 µg of trepostinil.



Asterisks indicate administration of nitric oxide, and daggers indicate administration of trepostinil. Pulmonary artery pressure was substantially reduced with nitric oxide and even further reduced with trepostinil (*top, squares*). Systemic arterial pressure was not affected by either substance (*top, circles*). Pulmonary vascular resistance was substantially reduced with nitric oxide and even further reduced with trepostinil; the effect of treprostinil outlasted the observation time of 180 minutes (*bottom, squares*). Long-lasting improvement of mixed venous oxygen saturation represented improved cardiac output in absence of gas exchange deterioration (*bottom, circles*).

proven clinical efficacy in patients with pulmonary hypertension in a randomized, controlled trial (2).

*Objective:* To characterize the effects of inhaled treprostinil with special regard to safety, tolerability, and efficacy in patients with severe pulmonary arterial hypertension.

*Methods and Findings:* Three patients with severe pulmonary hypertension underwent catheterization of the right heart and femoral artery for evaluation of pulmonary and systemic hemodynamics. The protocol consisted of assessment of baseline values; administration of nitric oxide at a concentration of 20 parts per million; and administration of a single 15-µg dose of treprostinil, inhaled in 3 breaths through a modified OptiNeb ultrasonic inhalation device (Nebu-Tec, Elsenfeld, Germany). All 3 patients had severe pulmo-

nary hypertension; mean pulmonary vascular resistance ($\pm$ SE) was $1355 \pm 286$ dyne/s per cm$^{-5}$. Inhalation of nitric oxide resulted in a mean reduction ($\pm$ SE) in pulmonary vascular resistance of 26% $\pm 22.8\%$. Inhalation of treprostinil substantially reduced pulmonary vascular resistance (mean maximum change [$\pm$ SE], $-45.2\%$ $\pm 17.5\%$) for a sustained period (duration of effect, $>180$ min). Pulmonary selectivity of the approach was reflected by a substantially reduced ratio of pulmonary vascular resistance to systemic vascular resistance; the mean area under the curve ($\pm$ SE) was 30% $\pm 11\%$ for pulmonary resistance and 16% $\pm 3\%$ for systemic resistance. One patient had a favorable vasodilator response (shown in the **Figure**) and was therefore given high-dose calcium-channel blocker therapy.

The other 2 patients were offered long-term inhaled treprostinil therapy (on a compassionate treatment basis), consisting of 4 daily 15-µg doses. Over the first 3 months of treprostinil therapy, the functional status of both patients improved dramatically (New York Heart Association class improved from IV to III and from III to II, respectively; 6-minute walking distance increased from 0 to 143 m and from 310 to 486 m, respectively). No side effects were observed.

*Conclusion:* In this preliminary report, single applications of inhaled treprostinil induced highly pulmonary selective and sustained vasodilatation. The drug was clinically effective, safe, and well tolerated when 15 µg was inhaled in 3 breaths 4 times daily. The current results warrant controlled studies to investigate this approach in a larger group of patients.

*Robert Voswinckel, MD*
*Hossein A. Ghofrani, MD*
*Friedrich Grimminger, MD*
*Werner Seeger, MD*
University of Giessen Lung Center
35392 Giessen, Germany

*Horst Olschewski, MD*
Medical University Graz
8036 Graz, Austria

**Potential Financial Conflicts of Interest:** *Consultancies:* H.A. Ghofrani (LungRX), W. Seeger (LungRX), H. Olschewski (LungRX); *Honoraria:* H.A. Ghofrani (LungRX); *Grants received:* W. Seeger (LungRX).

### References

1. Simonneau G, Barst RJ, Galie N, Naeije R, Rich S, Bourge RC, et al. Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial. Am J Respir Crit Care Med. 2002;165:800-4. [PMID: 11897647]

2. Olschewski H, Simonneau G, Galie N, Higenbottam T, Naeije R, Rubin LJ, et al. Inhaled iloprost for severe pulmonary hypertension. N Engl J Med. 2002;347:322-9. [PMID: 12151469]

## Neurocysticercosis in Kansas

**TO THE EDITOR:** *Background:* In the United States, neurocysticercosis is a disease that is most often identified in persons of Hispanic ethnicity. Cases of the disease have been reported from large urban areas (1); however, no studies have evaluated neurocysticercosis in rural areas.

Liquidia's Exhibit 1036
Page 139

Appx1993

# Attachment B1

Liquidia's Exhibit 1036
Page 140

1/3/2021                                                MARC View



---

**Collections of** the National Library of Medicine
**Search Request**: Journal Title = herz
**Search Results**: Displaying 1 of 20 records



| Summary View | Detailed View | Table of Contents | MARC View | More Like This |

*Herz.*

**000** 01811cas a2200577 450
**001** 497205
**005** 20201128000748.0
**007** cr|cn |||||||||
**008** 780302c19769999gw x 0 0ger
**010** __ |a sn 78002166
**022** __ |a 0340-9937 |l 0340-9937 |9 PY |0 (Print) |y 0946-1299
**022** __ |a 1615-6692 |9 EN |0 (Electronic)
**030** __ |a HERZDW
**035** __ |a (DNLM)H11740000(s) |z (DNLM)H11720000(s)
**035** __ |a (OCoLC)03955104
**035** __ |9 7801231
**040** __ |a DNLM |c DNLM
**041** 0_ |a ger |b eng
**044** __ |9 Germany
**060** 00 |a W1 |b HE986U
**210** 10 |a Herz |2 DNLM
**222** _0 |a Herz
**245** 00 |a Herz.
**246** 2_ |0 HERZ |9 n
**260** __ |a München, |b Urban & Schwarzenberg.
**260** 3_ |a Munchen : |b Urban Und Vogel
**300** __ |a v. |b ill.
**310** __ |a Eight no. a year
**321** __ |a Six no. a year |b -1997
**321** __ |a Eight no. a year |b 1997-

Liquidia's Exhibit 1036
Page 141

**336** __  |a text |b txt |2 rdacontent
**337** __  |a unmediated |b n |2 rdamedia
**338** __  |a volume |b nc |2 rdacarrier
**362** 0_  |a 1.- Jahrg.; Juli 1976-
**500** __  |a Imprint varies.
**510** 1_  |9 1 |a MEDLINE |b v3, 1978-
**510** 0_  |9 1 |a PubMed |b v3, 1978-
**510** 1_  |a Index medicus
**530** __  |a Also issued online.
**550** __  |a Issued by Deutsches Herzzentrum München.
**650** _2  |a Cardiovascular Diseases |0 https://id.nlm.nih.gov/mesh/D002318
**655** _2  |a Periodical |0 https://id.nlm.nih.gov/mesh/D020492
**710** 2_  |a Deutsches Herzzentrum München.
**856** 4_  |u https://link.springer.com/journal/59 |n Springer (SpringerLink)
**911** __  |a Electronic and print, print canceled 2017
**913** __  |a CLOCKSS |b 20190503
**914** __  |a Portico |b Current to 2019 as of 20190613 |c ISSN_03409937
**995** __  |a AUTH |b 19780302 |c REV |d 20200924
**996** __  |a NOTCNSR |b 20000101
**998** __  |a ERMSLC 118128 |b 20080512
**999** __  |a AUTH









Copyright, Privacy, Accessibility
U.S. National Library of Medicine, 8600 Rockville Pike, Bethesda, MD 20894
National Institutes of Health, Health & Human Services
Contact NLM

Liquidia's Exhibit 1036
Page 142

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2023, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

*/s/ Douglas H. Carsten*
Douglas H. Carsten