

### 218  Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension

R. Voswinckel, M.G. Kohstall, B. Enke, T. Gessler, F. Reichenberger, H.A. Ghofrani, W. Seeger, H. Olschewski. *Medical Clinic 2, Department of Internal Medicine, Giessen, Germany*

**Background:** Treprostinil has been approved for therapy of PAH (US and Canada) as continuous subcutaneous infusion. However, local pain at the infusion site is a major drawback. Inhaled therapy with another stable prostacyclin analogue (iloprost) has been approved for PPH (EMEA). In this study we investigated the acute hemodynamic response to inhaled treprostinil.
**Methods:** Open-label, single blind placebo-controlled clinical study. After placement of a Swan-Ganz catheter and a femoral artery line, patients inhaled solvent solution (placebo) (n=8) or treprostinil for 6 min (OptiNeb ultrasound nebulizer, Nebu-tec, Germany) in concentrations of 16, 32, 48, and 64 μg/ml (n=6, 6, 6, and 3 patients). Measurement was performed before and after 0, 15, 30, 60, 90, 120, 150 and 180 min. The mean area between the placebo and the treprostinil curves (ABC186) was calculated (baseline=100%).
**Results:** We investigated idiopathic PAH (n=10), collagen vascular disease (n=5), chronic thromboembolic disease (n=9), and pulmonary fibrosis (n=5). Patients' age $56 \pm 3$ years, PAP, PAWP, and CVP $51.3 \pm 2.2$, $9.2 \pm 0.8$, and $6.6 \pm 0.6$ mmHg, CO $4.4 \pm 0.3$ l/min, SvO2 $62.3 \pm 1.2\%$, PVR $885 \pm 72$ dyn s cm⁻⁵. At 16μg/ml there were no significant adverse events. Headache, cough or bronchoconstriction were observed in 2, 1, and 2 patients at 32, 48, and 64 μg/ml. These were mild and transient in all patients but one (64 μg/ml) who complained of major headache for 1 hour. Placebo inhalation was followed by slowly increasing PVR. Compared to this, the maximum treprostinil effect was reached after about 50 min and half-maximal effects at about 110 min. The ABC186 for PVR was $-24.7 \pm 4.4$, $-28.7 \pm 4.9$, and $-29.0 \pm 4.7\%$; PAP $-14.4 \pm 3.3$, $-13.5 \pm 5.2$, $-13.1 \pm 2.6\%$; SAP $-5.1 \pm 3.0$, $-6.0 \pm 3.1$, $-3.8 \pm 2.1\%$ at 16, 32 and 48 μg/ml.
**Conclusion:** Treprostinil inhalation results in a significant long-lasting pulmonary vasodilatation. With the applied technology, at a concentration of 16μg/ml, near maximal pulmonary vasodilatation is achieved without adverse effects. At higher doses, local and systemic side effects may occur, whereas pulmonary selectivity is preserved.

This study was supported by Lung Rx.

### 219  The endothelin-receptor antagonist bosentan for the treatment of pulmonary arterial hypertension associated with congenital heart defects

O. Sitbon[1], M. Beghetti[2], J. Petit[3], L. Iserin[4], M. Humbert[1], V. Gressin[5], G. Simonneau[1]. *¹Hôpital Antoine Béclère, Clamart, France; ²HUG, Pediatric Cardiology Unit, Geneva, Switzerland; ³CMC Marie-Lannelongue, Le Plessis-Robinson, France; ⁴Hôpital Necker, Paris, France; ⁵Actelion Pharmaceuticals France, Paris, France*

**Background:** Treatment with the oral dual endothelin-receptor antagonist bosentan has been shown to be an effective alternative option to intravenous epoprostenol in functional class (FC) III idiopathic pulmonary arterial hypertension (PAH) patients. On patients with PAH associated with congenital heart defects (CHD), an improvement of exercise capacity and hemodynamics has been demonstrated with epoprostenol in one uncontrolled study (Rosenzweig et al. Circulation 1999; 99: 1858-65).
The aim of this retrospective study was to evaluate the efficacy and safety of bosentan in FC III-IV CHD-PAH patients.
Study population consisted in 24 patients (22 females, mean age $35 \pm 15$ years [8-68]) with CHD-PAH: atrial septal defect (ASD: 13), ventricular septal defect (VSD: 4), partial abnormal pulmonary venous return (3, associated with ASD in 2 and repaired common atrium in 1), patent ductus arteriosus (PDA: 2), VSD associated with PDA (1), aortopulmonary window (1). Four patients had undergone previous cardiac surgery.
Patients had deteriorated despite conventional therapy (including oral anticoagulants, oxygen, diuretics) and were treated with chronic oral bosentan.
**Results:** Before starting bosentan, 22 patients were in FC III and 2 in FC IV, with a resting O2 saturation (SaO2) of $89 \pm 9\%$. Mean 6-min walk distance (6MWD) was $288 \pm 94$ m and mean Borg index $3.0 \pm 1.9$. At last evaluation performed after $10 \pm 9$ months of bosentan treatment, 1 patient was in FC I, 8 were in FC II, 13 remained in FC III and 2 in FC IV. The mean 6MWD improved by 49 m ($349 \pm 85$ m, p = 0.008) with no change in Borg index ($3.0 \pm 1.8$) and mean SaO2 ($89 \pm 6\%$). There were no differences between pre and post-tricuspid shunt subgroups in terms of baseline characteristics and response to bosentan therapy. After $13 \pm 9$ months of follow-up, all patients are alive on bosentan, but 3 (1 ASD, 1 VSD, 1 aortopulmonary window) required combination therapy with intravenous epoprostenol after 5, 7 and 9 months on bosentan.
**Conclusion:** Chronic oral bosentan treatment improves exercise capacity in patients with PAH associated with CHD who deteriorated despite conventional therapy. Bosentan had no adverse effect on arterial oxygen saturation. As previously demonstrated in patients with idiopathic PAH, long term bosentan may be an important therapeutic option for patients with PAH associated with CHD.



### 220  Sildenafil in the treatment of primary pulmonary hypertension

A. Dharmadhikari[1], M. Kulkarni[2], V. Tzifos[3], F. Airoldi[4], I. Sheiban[5], ¹Nashik, India; ²Rajebahadur Heart Foundation, Cardiology, Nashik, India; ³Hospital Hunry Dununt, Interventional Cardiology, Athens, Greece; ⁴Hospital San Raffaele, Interventional Cardiology, Milano, Italy; ⁵University Hospital, Torino, Interventional Cardiology, Torino, Italy

**Background:** The role of sildenafil as a pulmonary vasodilator is being extensively evaluated in the treatment of pulmonary hypertension.
**Aim:** This was a prospective study to assess the benefit of adding sildenafil in patients with high pulmonary artery pressures secondary to atrial septal defect (ASD), already receiving the conventional therapy.
**Methods:** Thirty consecutive patients with moderate to severe primary pulmonary hypertension were included in this study. All the patients were diagnosed previously and were receiving the conventional therapy with digoxin, diuretic and a calcium channel blocker. Sildenafil was added in the dose of 50 mg twice a day without changing the previous regimens. Changes in the New York Heart Association (NYHA) symptom class, distance covered during the six minute walk test and modified Borg dyspnea score were evaluated monthly. Acceptance of the new drug was assessed every month in the first month and then at the monthly follow up. Echocardiography and Doppler study was undertaken at baseline and every month for a period of six months. The parameters studied were the pulmonary artery systolic pressure (PASP) by tricuspid regurgitation (TR) jet and pulmonary artery diastolic pressure (PADP) by pulmonary regurgitation (PR) jet.
**Results:** Mean age of the subjects was $42.6 \pm 9.3$ years. Twenty seven (90%) were females and 3 (10%) were males. Sildenafil was well tolerated and there was no dropout because of undesireable effects of the drug. Changes in the heart rate and systemic blood pressure were not significant enough to warrant withdrawl of the drug. Two patients died during the follow-up period. At the beginning of the therapy, 22 (73.3%) patients were in NYHA Class III or IV while at the end of six months, only 8 patients remained in either of these classes (p<0.05). By the 6 min walk test, functional capacity improved from $181.5 \pm 122.4$ meters to $302.7 \pm 150.3$ meters p(<0.05). Modified Borg dyspnea score improved from $5.6 \pm 1.2$ to $3.3 \pm 1.1$ (p<0.05). PASP by TR jet (mmHg) was down from $81.3 \pm 14.7$ to $51.4 \pm 11.7$ (p<0.05). PADP by PR jet (mmHg) reduced from $56.2 \pm 11.7$ to $33.4 \pm 9.1$ (p<0.05).
**Conclusion:** Sildenafil is well tolerated, improves symptoms, and reduces the systolic and diastolic pulmonary artery pressures in patients with moderate to severe primary pulmonary hypertension.

## REVISITING THE ELECTROCARDIOGRAM AND ELECTROPHYSIOLOGIC MARKERS OF ARRHYTHMIC EVENTS

### 221  Prevalence of brugada-type ecg in an apparently healthy european population

G. Forleo[1], F. Di Liberato[2], L. De Luca[2], G. Magliano[2], V. Morgia[2], F. Clementi[2], M.M. Gallagher[2], F. Romeo[2]. *¹University of Rome, Department of Cardiology, Roma, Italy; ²University of Tor Vergata, Department of Cardiology, Rome, Italy*

**Background:** The Brugada Syndrome (BrS) is characterized by ST-segment elevation in right precordial leads and elevated risk of lethal arrhythmias in absence of identifiable structural heart disease. Few data are available on the Brugada type ECG, especially in Europeans. No epidemiological study has applied the diagnostic criteria recently proposed by the Study Group of the Molecular Basis of Arrhythmias of the ESC.
**Methods:** We analysed the ECG and clinical data of apparently healthy European adults undergoing routine medical examinations for occupational reasons. At each examination subjects underwent a medical interview, physical examination, blood pressure measurement and 12-lead ECG. Enrolment was confined to persons without a history of heart disease at the time of first attendance in whom at least one 12-lead ECG of good quality was recorded. The ECG records of all 7483 subjects (89.6% male, age $29.5 \pm 10.8$ years at first attendance) were reviewed by three cardiologists. We reviewed $1.97 \pm 2.1$ ECGs for each subject. We considered a patient having a Brugada ECG pattern if 2 or more of the cardiologists judged that at least one of their persons ECGs fulfilled the criteria of the ESC Study Group.
**Results:** The Brugada pattern was present in 26 patients (0.35%), all male (table). In 17 cases (65.4%), information was available about the progress of the subject subsequent to the ECG on which the Brugada pattern was first recorded. No sudden death or cardiac arrhythmia was recorded among these patients in a follow-up of $5.2 \pm 4.6$ years (total follow-up 87.8 patient-years).

| Pts (no) | Total | Pattern 1 | Pattern 2 | Pattern 3 | Tot. Brugada |
|---|---|---|---|---|---|
| | 7383 | 2 | 21 | 3 | 26 |
| Male | 6618 | 2 | 21 | 3 | 26 |
| Female | 765 | 0 | 0 | 0 | 0 |
| Male prevalence (*10000) | – | 3,02 | 31,73 | 4,53 | 39,29 |
| Total Prevalence (*10000) | – | 2,71 | 28,44 | 4,06 | 35,22 |

Liquidia's Exhibit 1091
Page 7



Volume 25   Abstract Supplement   August/September 2004   ISSN 0195-668X

**EUROPEAN SOCIETY OF CARDIOLOGY**

November 16, 2004

HEALTH SCIENCES LIBRARIES

# European Heart Journal

Journal of the European Society of Cardiology

**ESC Congress 2004**
**28 August – 1 September**
**Munich, Germany**

Editor-in-Chief: **Frans Van de Werf**

Deputy Editors: **Stefan Janssens**
**Frank Rademakers**



ELSEVIER

Liquidia's Exhibit 1092
Page 1

This material may be protected by Copyright law (Title 17 U.S. Code)

*European Heart Journal* (2004) **25** (Abstract Supplement), 717–725

# Index of Topics

**ACE inhibitors and AT2 blockers**

183, 214, P358, P359, P461, P524, P525, P529, P604, P606, P967, P1125, P1128, P1131, P1226, 1473, P1666, P1738, P1845, P1846, P1847, P1850, P1866, 1934, P2261, P2290, P2345, 2640, 2641, P2913, P2916, P2917, P2968, P2995, P3425, P3426, P3427, P3428, P3429, P3430, P3455, 3658, 3804, 3806

**Acute cardiac care**

229, P386, P500, P501, P505, P508, P616, 796, P1260, 1409, 1517, P1707, P1711, P1714, P1715, P1716, P1717, P1739, P1748, P1751, P1754, P1759, P1769, 1989, P2262, P2344, P2360, P2388, P2467, 2726, P2860, P3007, P3126, P3484, 3591, 3757, 3758, 3759, 3760, 3761, 3762

**Acute nursing care**

229, 230, 855, 1474, P1813, P1819, P3550

**Adjunctive medical therapy**

279, 308, 310, P561, P566, P572, P595, P597, 770, 825, P1151, P1170, P1178, P1181, P1182, 1372, 1407, 1513, 1516, P1726, P1728, P1729, P1730, P1854, P2345, P2346, P2347, P2370, P2394, 2725, 2778, 2779, P2995, P3288, P3509, P3511, 3704, 3707, 3713

**Adult**

P1202, 1320, 1380, P1558, 2088, P2205, P2389, P2399, P2449, P3409, P3565, P3567

**Ambulatory ECG (Holter)**

222, 223, 257, P385, P472, P482, P1062, P1064, P1066, P1077, P1607, P1636, P1637, P1642, P1645, P2290, P2450, 2487, P2975, P3355, P3357, P3361, P3362, P3376, P3379, P3383, P3456, 3590

**Ambulatory pressure monitoring**

P447, P449, P647, 705, P1024, P1230, P1231, P1244, 1378, P3516

**Angina pectoris, stable**

200, P370, P384, P524, P587, P595, P597, P609, P610, P846, 703, 876, 877, 878, 879, 880, P962, P1014, P1190, P1196, P1271, 1405, P1703, P1722, P1757, P1758, P1769, P1789, P1790, 1840, 1872, 2002, P2182, P2190, P2195, P2408, P2420, P2423, P2470, P2841, P2888, P2998, P3038, P3046, P3069, 3148, P3286, P3304, P3486, P3500, P3507, P3508, P3511, P3536, P3579, 3826, 3841

**Angina pectoris, unstable**

200, P560, P561, P562, P565, P566, P571, P590, P610, P621, P985, P1163, P1186, 1337, 1381, 1382, 1383, 1384, 1385, 1386, 1458, 1462, 1514, 1516, P1707, P1726, P1727, P1728, P1729, P1730, P1731, P1732, P1733, P1734, P1735, P1742, P1746, P1747, P1748, P1749, P1750, P1751, P1752, P1753, P1754, P1755, P1756, P1762, P1763, P1764, P1777, P1863, P1871, 1978, 2026, 2027, 2028, 2029, 2030, 2031, 2109, P2377, P2378, 2486, 2618, 2622, P2841, P3007, P3012, P3043, P3509, 3707, 3764, 3765, 3841

**Angiogenesis**

161, 163, 164, 165, 166, P404, P456, P506, 915, P968, P1124, P1153, P1166, P1544, P1545, P1546, P1548, P1549, P1550, P1551, P1552, P1585, P1586, P1588, P1589, P1590, P1598, P1855, P2206, P2430, 2649, 2650, 2709, P2837, P2845, P2850, P2851, P2875, P2876, P3432, P3493, P3555

**Angiography**

164, 230, 252, 276, 312, P414, P421, P616, P617, P618, P619, P620, P621, P1196, P1256, P1257, P1276, 1381, 1499, P1747, P1764, P1768, P1802, P1810, 1874, 1943, 2005, P2182, P2184, P2185, P2193, P2343, P2356, P2398, P2410, P2414, P2433, P2855, P2856, P2857, P2888, P2894, P3011, P3029, P3034, P3104, P3293, P3400, P3417, 3768

**Antiarrhythmic drugs (Atrial Fibrillation)**

258, 261, P452, P458, P461, P463, P466, P957, P1078, P1079, P1080, P1081, 1425, 1965, 2046, 2047, P2266, P2882, P2884, P2885, P2886, P2931, P2932, P2934, P2936, P2937, P2939, P2940, P2941, 3627, 3656

**Antibradycardia pacing**

245, 250, 252, 253, P1050, P1051, P1052, P1053, P1087, P1091, P1096, 1624, 2037, P2246, P2247, P2250, P2251, P2254, P2255, P2285, P3381, P3548, 3724, 3727

**Antithrombotic agents**

310, 312, 313, 314, P559, P560, P561, P562, P563, P564, P565, P566, P567, P568, P569, P570, P571, P572, P573, P574, P575, P576, P577, P583, P588, P603, 695, 696, P1150, P1178, P1222, 1400, 1402, 1403, 1514, 1515, 1516, P1676, P1734, P1772, P1773, P1854, P1858, 2028, 2054, 2055, 2056, P2343, P2351, P2367, P2400, 2644, 2647, 2725, 2774, 2775, 2776, 2777, 2778, 2779, P2922, P2928, P3058, P3072, P3090, P3426, P3489, P3519, 3703, 3704, 3705, 3706, 3707, 3708

**Aorta/peripheral arteries**

P977, P1015, P1035, P1036, P1091, P1161, P1210, P1215, P1221, P1257, P1258, P1259, P1260, P1261, P1262, P1264, P1265, P1274, 1277, 1279, P1620, P1746, 2116, P2417, P3559, P3562, 3681, 3682, 3683, 3684, 3685, 3686, 3689, 3690

**Aortic valve disease**

P987, P988, P989, P990, P991, P1044, P1115, P1119, P1272, P1273, P1275, 1278, 1502, 1503, 1504, 1505, 1506, 1507, P2214, P2217, P3454, P3455, P3456, P3457, P3458, P3459, P3460, P3461, P3462, P3463, P3464, P3475, P3562, 3763, 3779

**Arrhythmia and signal processing**

P468, P470, P1055, P1093, 1632, P1643, P1657, 1990, P2222, P2257, P2292, 3146, P3357, P3358

**Arrhythmias (clinical), other**

129, 221, 234, 244, 260, P451, P452, P462, P464, P471, P474, P475, P484, P665, P667, P668, P955, P957, P959, P1041, P1054, P1061, P1065, P1078, P1086, P1090, P1255, P1624, P1636, P1642, P1648, P1651, P1658, P1662, 2034, P2254, P2260, P2274, P2285, 2642, 2645, P2884, P2921, P2926, P2936, P2946, P3359, P3363, P3376, P3429, 3725, 3726, 3752

**Arrhythmias (mechanisms), other**

255, P458, P459, P460, P467, P468, P469, P470, P471, P473, P477, P478, P483, P486, P488, P489, P491, P495, P672, 688, 831, 836, P956, P960, P980, P1053, P1076, P1079, P1080, P1082, P1086, P1093, 1425, 1426, P1626, P1627, P1628, P1632, P1643, P1646, P1652, P1654, P1657, P1663, P1664, P1665, 1961, 1963, 1964, 1965, 1966, P2253, P2266, P2267, P2268, P2270, P2273, P2274, P2278, P2279, P2280, P2281, P2282, P2283, P2284, P2285, P2412, 2673, 2677, P2879, P2881, P2884, P2886, P3295, P3364, P3371, P3376, P3383, 3592, 3627, 3632, 3656, 3657, 3658, 3659, 3663

**Arrhythmias in ischaemia/infarction**

225, P456, P485, P1079, P1081, P1083, P1084, 1461, P2270, P2276, P2277, P2283, P2290, P2878, P2935, P3487, 3660

**Assist devices, artificial heart**

P507, P508, P1137, P1138, P2265, P3415, P3416, P3418

**Atherectomy**

P975, P1763, P1782, P1787, P1790, 2620, P3350, P3354

**Atherosclerosis and diabetes**

P372, P373, P374, P412, P413, P414, P632, 750, 751, 1408, P1720, P1842, P2405, P2460, 2653, 2710, 2711, P2997, P2999, P3004, P3010, P3011, P3016, P3017, P3020, P3054, P3123

Liquidia's Exhibit 1092
Page 2

*718    Index of Topics*

**Atherosclerosis, other**

209, 211, P364, P373, P375, P377, P403, P405, P407, P409, P413, P417, P533, P578, P580, P586, P591, P596, P603, P606, P611, P615, P623, P625, P631, P632, P633, P634, P636, P639, 748, 749, 752, 767, 768, P964, P965, P966, P967, P968, P969, P971, P972, P973, P974, P975, P978, P979, P1001, P1003, P1004, P1005, P1006, P1007, P1009, P1010, P1011, P1013, P1015, P1016, P1035, P1142, P1155, P1159, P1160, P1192, P1193, P1194, P1196, P1214, P1216, P1218, P1245, P1247, P1266, P1271, 1316, 1344, 1345, 1346, 1347, 1355, P1550, P1555, P1596, P1724, P1746, P1850, P1856, P1868, P1870, 1929, 1941, 1942, 1943, 1944, 1998, 2001, 2005, 2006, 2100, 2142, P2170, P2179, P2184, P2241, P2451, P2453, P2481, 2612, 2617, 2622, P2839, P2843, P2844, P2846, P2853, P2855, P2911, P3017, P3029, P3032, P3037, P3048, P3049, P3050, P3095, P3289, P3350, P3412, P3499, P3507, P3579, 3641, 3644, 3647, 3648, 3675, 3689, 3690

**Atrial fibrillation (AF)**

137, 189, 234, P450, P451, P452, P453, P454, P455, P456, P457, P458, P459, P460, P461, P462, P463, P464, P465, P466, P467, P479, P480, P484, P488, P498, P567, 821, 831, 832, 833, 834, 835, 836, P983, P996, P997, P1037, P1052, P1054, P1058, P1075, P1087, P1088, P1089, P1092, 1425, 1426, 1427, 1428, 1429, 1430, P1608, P1624, P1627, P1628, P1629, P1630, P1631, P1632, P1633, P1634, P1635, P1636, P1637, P1638, P1639, P1640, P1642, P1643, P1644, P1645, P1646, P1647, P1649, P1653, P1655, P1692, P1700, P1738, 1991, 2042, 2043, 2044, 2045, 2046, 2047, P2285, P2295, P2296, P2298, P2331, 2643, 2644, 2645, 2646, 2647, P2872, P2881, P2882, P2885, P2920, P2921, P2922, P2923, P2924, P2925, P2926, P2927, P2928, P2929, P2930, P2931, P2934, P2935, P2936, P2938, P2939, P2940, P2941, P2942, P2943, P2944, P2946, P2949, P2950, P3091, P3092, P3094, P3356, P3358, P3364, P3384, P3422, P3429, P3452, P3467, P3518, P3530, 3657, 3658, 3663, 3693, 3694, 3695, 3703, 3708, 3726, 3751, 3752, 3754, 3755, 3787

**Audit/quality control**

126, P372, 1517, P1813, P1863, 1993, P2466, 2486, P3007, 3811

**Automatic implantable cardioverter/defibrillator**

247, 248, 251, 254, 255, P475, P490, P491, P1048, P1049, P1055, P1057, P1059, P1060, P1061, P1067, P1068, P1069, P1070, P1071, P1072, P1073, P1074, P1075, P1076, P1078, P1090, P1094, P1095, P2246, P2252, P2254, P2255, P2259, P2276, P2297, P2321, P2329, 2676, P3136, P3471, P3547, 3723, 3789

**Autonomic nervous system (Arrhythmias,mechanisms)**

132, 257, 259, P478, P479, P480, P481, P482, P483, P484, P485, P486, P487, P488, 1426, 1461, P1565, P1602, P1675, 2033, 2036, P2266, P2282, P2290, P2950, P3362, P3369, P3379, P3387, P3391, P3394, 3657, 3660

**Autonomic nervous system (Cardiac arrhythmias, non invasive)**

P1226, P1227, P1231, P1831, P1852, P2847

**Balloon angioplasty**

176, 178, 230, 231, 233, 306, 307, P563, P564, P607, P608, P619, 706, 880, P973, P1173, P1175, P1176, P1201, P1219, 1277, 1343, 1353, 1410, 1413, 1504, P1775, P1778, P1783, P1786, P1788, P1791, P1794, P1795, P1796, P1804, P1809, P1864, 1975, 2028, 2107, 2109, 2110, 2111, P2353, P2361, P2368, P2377, P2388, P2400, P2410, P2418, P2424, P2470, P2834, P3031, P3034, P3058, P3059, P3067, P3068, 3148, P3500, P3506, 3815, 3840

**CAD and diabetes**

310, P373, P412, P414, 695, 739, 750, P1168, 1407, 1410, P1563, P1722, P1781, P1842, 2130, 2131, 2132, P2401, P2402, P2403, P2404, P2405, P2406, P2407, P2408, P2409, 2648, 2649, 2650, 2651, 2652, 2653, 2710, P2833, P2996, P2997, P2998, P2999, P3000, P3001, P3002, P3003, P3004, P3005, P3006, P3007, P3008, P3009, P3010, P3011, P3012, P3013, P3014, P3015, P3016, P3021, P3026, P3030, 3715, 3716, 3717, 3718, 3802, 3827, 3828, 3829, 3830, 3831

**CAD and inflammation**

213, P366, P371, P408, P411, P562, P576, P581, P611, P641, P646, 827, P962, P966, P1006, P1007, P1010, P1014, P1141, P1163, P1168, P1189, P1190, P1191, P1192, P1193, P1194, P1195, P1196, P1276, 1343, 1355, 1358, 1371, 1386, 1411, 1462, 1472, P1720, P1721, P1722, P1723, P1724, P1725, P1732, P1745, P1749, P1752, P1766, 1929, 1977, 1996, P2238, P2239, P2240, P2241, P2242, P2243, P2244, P2245, P2374, P2457, P2482, 2617, 2618, 2619, 2620, 2821, 2822, 2710, P3009, P3043, P3044, P3088, P3106, P3303, P3402, P3412, P3499, P3500, P3501, P3504, P3506, P3507, P3585, 3836

**CAD and renal failure**

P618, P1709, 2768, 2769, 2770, 2771, 2772, 2773, P2955, P2968, P3023, P3024, P3025, P3026, P3027, P3028, P3029, P3030, P3031, P3032, P3033, P3034, P3035, P3036, P3037, P3301, P3302, P3586, 3749, 3750

**Cardiac rehabilitation, other**

P439, 733, P1567, P1812, P1827, P1828, P1829, P1830, P1831, P1832, P1833, P1834, P1835, P1836, P1840, P1843, 2097, 2098, 2099, 2100, 2102, P2478, 2651, P3001, P3110, P3532, P3533, P3534, P3535, P3536, P3537, P3539, P3540, 3821, 3822, 3824, 3825, 3826

**Cardiovascular disease in elderly**

127, 200, 212, P374, P592, P637, 704, 705, P999, P1589, P1817, 1931, 2026, P2408, P2468, P2469, P2470, P2471, P2472, P2473, P2474, P2475, P2476, P2480, P3039, P3091, P3093, P3096, P3110, P3138, P3267, P3456, P3498, 3822

**Cardiovascular disease in women**

156, 735, 736, 737, 738, 739, P962, P1136, P1227, P1758, P1762, P1814, P1833, 2113, P2369, P2439, P2440, P2441, P2442, P2443, P2444, P2445, P2446, P2447, P2448, P2458, 2672, P3039, P3046, P3287, P3495, 3816

**Cardiovascular surgery, other**

126, 202, P454, P558, P991, P992, P1210, P1261, P1262, P1265, 1279, P1751, 2045, 2113, 2114, 2116, 2117, 2804, P3305, 3681, 3682, 3684, 3685, 3738, 3782

**Cardioversion/defibrillation**

234, 247, 250, 254, P451, P491, P1048, P1074, P1081, P1867, 2043, 2047, P2256, P2258, P2259, P2260, P2264, P2940, P2941, P2942, P2943, P2944, P2945, P2946, P2947, P2948, P2949, P3384

**Carotid & peripheral arterial angioplasty**

P623, P1013, P1210, P1217, P1218, P1222, P1264, 1280, 3687, 3688, 3689, 3690, 3691, 3692

**Catheter ablation (Atrial Fibrillation)**

P490, P493, P495, 821, 832, 833, 834, 835, 836, P958, P983, P1082, P1083, P1084, P1085, P1165, P1583, P1626, P1629, P1630, P1631, P1633, P1637, P1638, P1639, P1640, P1642, P1644, P1645, P1646, P1647, P1648, P1649, P1650, P1651, P1655, P1656, P1658, P1661, P1662, P1664, P1665, 1873, P2247, P2253, P2275, 2673, 2674, 2676, 2677, 3145, 3694, 3695, 3696, 3697, 3698, 3751, 3752, 3753, 3754, 3755, 3756

**Cell transplantation**

162, P361, P982, P1105, P1164, P1552, P1553, P1554, P1556, P1557, P1558, P1559, P1589, P1591, P1592, P1593, P1594, P1595, P1596, P1597, P1598, P1599, 1995, 2010, P2426, 2611, 2612, 2613, 2614, 2615, 2616, P2837, P2850, P2875, P2876, 3745

**Cellular electrophysiology atherosclerosis**

P470, 690, P1080, 1301, P1588, 1966, P2292, P2836, P2844, P2877, P2878, P2880, P2882, P2885, P2886, P2887, P2932, 3627, 3628, 3629, 3630, 3632, 3655, 3662

**Chronic nursing care**

P1815, P1816, P1817, P1818, P1821, P1824, P2473, P2981, P3266, P3267, P3269, 3812

**Computed tomography (fast CT, EBT)**

P379, P493, 683, 684, 685, 686, P1793, 1872, 1943, 1991, P2179, P2180, P2181, P2182, P2183, P2184, P2185, P2214, P2215, P2216, P2217, P2218, P2219, P2220, P2304, P2852, P2853, P2854, P2855, P2856, P2857, P2858, P2888, P2889, P2890, P2891, P2892, P2893, P2894, 3653, 3681, 3763, 3764, 3765, 3766, 3767, 3768, 3779

**Computer aspects, other**

1874, 1875, 1993, 1994, P2186, P2221, 2487, 2488, P2974, 3146, 3147, 3148, P3331, P3332, 3589

Liquidia's Exhibit 1092
Page 3

**Congenital**

159, 219, P550, P1201, 1321, 1992, 2605, 2609, P3545, P3551, P3554, P3558, P3559, P3560, P3565, P3567, P3569, P3570

**Congestive heart failure, other**

132, 249, 257, 260, 281, 283, 284, P361, P390, P391, P393, P425, P429, P450, P457, P474, P499, P500, P503, P504, P505, P506, P510, P511, P521, P523, P532, P536, P537, P556, P627, 689, 732, 854, 855, 857, 918, P1047, P1101, P1129, P1132, P1133, P1136, P1138, P1139, P1140, P1144, P1237, P1274, P1275, 1429, 1470, 1473, 1475, 1476, 1477, 1478, 1480, P1573, P1676, P1679, P1681, P1682, P1683, P1685, P1687, P1688, P1690, P1691, P1693, P1694, P1695, P1696, P1697, P1699, P1702, P1704, P1705, P1709, P1760, P1814, P1815, P1816, P1817, P1822, P1832, P1841, P1665, 1994, 2008, 2010, 2011, 2089, 2090, 2091, 2097, 2102, 2115, P2197, P2261, P2287, P2289, P2294, P2296, P2301, P2302, P2306, P2311, P2313, P2318, P2328, P2330, P2331, P2338, P2340, P2341, P2347, P2441, P2473, 2636, 2639, 2667, 2668, 2669, 2670, 2671, 2672, P2871, P2904, P2916, P2918, P2964, P2967, P2968, P2969, P2970, P2971, P2972, P2974, P2975, P2976, P2977, P2978, P2979, P2980, P2981, P2983, P2988, P2990, P2991, P2992, P3003, P3089, P3129, P3135, P3265, P3267, P3305, P3323, P3329, P3361, P3396, P3408, P3409, P3411, P3413, P3419, P3420, P3421, P3422, P3424, P3433, P3434, P3438, P3442, P3450, P3470, P3532, P3533, P3539, 3716, 3730, 3731, 3732, 3733, 3745, 3746, 3749, 3750, 3758, 3791, 3814, 3822, 3824

**Contractile function**

166, P419, P534, P538, P682, 690, P1100, P1118, 1306, 1307, 1308, P1597, P2204, P2230, P2897, P3276, P3279, P3283, P3299, P3311, P3320, P3321, P3322, P3323, P3404, P3448, 3759, 3838

**Control mechanisms**

P419, P577, 767, P968, P973, P1851, 2033, P2172, P2883, P3272, P3283, P3429, 3661

**Coronary/fractional flow reserve**

P380, P418, P607, 828, P1800, 1976, 1978, P2228, P2234, P2235, P2315, P2349, P2410, P2411, P2412, P2413, P2414, P2415, P2416, P2417, P2418, P2419, P2420, P2421, P2422, P2423, P2424, P2425, P2426, P2427, P2428, P2429, P2434, P2435, P2436, P2437, P2438, P3335, P3337, P3342, P3344, P3347, P3458

**Coronary circulation (paediatric cardiology)**

158, P1263, P2437, P3286, P3552, P3555

**Coronary circulation, other**

163, 183, 211, 315, P375, P680, 740, P1038, P1042, P1152, P1156, P1194, P1263, P1544, 1974, 1975, 1978, 2000, 2027, 2108, 2111, P2349, P2356, P2377, P2395, P2411, P2415, P2418, P2419, P2427, P2430, P2431, P2432, P2433, P2434, P2435, P2436, P2437, P2438, 2649, 2650, P3294, P3416, P3464, P3552, P3578, 3842, 3843

**Coronary surgery for CAD**

199, 200, 201, 202, 203, 204, P377, P417, P439, 736, 737, 738, P1256, P1270, 1303, P1589, P1758, P1777, P1792, P1795, P1834, 2113, 2115, 2116, 2117, P2213, P2401, P2406, P3008, P3070, P3578, P3579, P3580, P3581, P3582, P3583, P3584, P3585, P3586, P3587, P3588

**Coronary vasomotion**

P590, P621, P630, P633, P637, 1345, P1552, 1974, 1975, 2617, P3074, P3122, P3330, 3674, 3675

**Cost-effectiveness**

229, 245, P499, P618, 701, 731, P1819, P1866, P1867, P1868, P1869, P1870, 2131, P2445, P2981, 3811, 3812, 3815, 3830

**Databases**

118, P1715, 1992, 1993, P2186, P2245, P2250, 2485, 2487, P3062, P3332, P3571, P3574, 3589, 3590, 3591, 3592

**Diabetes**

P372, P413, P524, P526, P529, P585, P628, P632, 695, 729, 739, P1122, 1235, P1243, P1244, 1406, 1502, P1739, P1807, P1869, 2129, 2133, P2174, P2403, P2406, P2409, P2459, P2461, P2462, P2463, P2464, P2465, P2466, P2467, P2484, 2648, 2653, 2709, P2880, P2881, P2997, P3006, P3011, P3014, P3015, P3019, P3021, P3105, P3310, P3538, P3551, 3592, 3713, 3714, 3804, 3827, 3828

**Diagnosis/symptoms**

215, 249, P499, P501, P530, 847, 852, 853, 854, 855, 856, 857, P984, P995, P1246, P1678, P1685, P1686, P1695, P1702, 1940, 2001, P2182, P2445, P2469, P2483, 2672, P2856, P2894, P2952, P2953, P2964, P2966, P2976, P2978, P2985, P2988, P3002, P3046, P3107, P3270, P3395, P3424, P3477, P3505, P3577, 3619, 3621, 3622, 3689, 3733, 3762, 3792

**Diagnostic ECG analysis**

223, P1063, P1736, 1989, 1990, P2859, P2860, P2895, P2896, P3326, P3367

**Diagnostic methods**

117, P379, P383, P384, P418, P438, P556, P568, P613, P617, P618, P636, P1009, P1018, P1056, P1211, P1213, P1239, P1577, P1600, P1602, P1617, P1755, 1949, 2001, 2002, 2003, P2183, P2192, P2227, P2231, P2358, P2471, P2846, P2854, P2861, P2889, P2896, P2900, P2953, P2966, P2967, P2989, P3285, P3308, P3324, P3331, P3332, P3341, P3393, P3451, P3461, P3494, P3512, 3690, 3765

**Diastolic function**

191, P356, P397, P427, P429, P430, P489, P503, P510, P511, P512, P513, P514, P515, P516, P517, P519, P520, P662, 743, 846, 847, 848, 849, 850, 851, 852, 856, P1240, P1243, P1251, 1308, P1674, P1683, P1684, P1686, P1687, P1743, P2363, P2468, P2469, P2992, P3133, P3140, P3277, P3396, P3425, P3536, 3620, 3664, 3834

**Dilated cardiomyopathy**

129, 130, 131, 132, 133, 134, 185, 186, 187, 284, P392, P393, P664, P665, P674, P675, P676, P677, P681, P682, 795, 913, 914, 915, 916, P1045, P1115, P1119, P1136, P1137, 1428, 1477, P1551, P1557, P1673, P1687, P1705, P1843, 1940, 1948, 2032, 2088, 2099, P2174, P2272, P2296, P3035, P2314, P2325, P2332, P2429, 2670, P2901, P2919, P2971, P2983, P2987, P2994, P3132, P3143, P3144, P3309, P3329, P3401, P3466, 3628, 3632, 3671, 3672, 3729, 3749, 3789

**Direct/rescue angioplasty**

232, 304, 305, 306, 307, 309, 313, 315, P538, P566, 706, P1172, P1175, P1176, P1177, P1184, 1339, 1458, 1496, 1500, 1501, 1515, P1603, P1710, P1711, P1712, P1716, P1744, P1745, P1761, P1789, 2030, 2057, 2107, 2110, 2111, P2199, P2225, P2342, P2344, P2348, P2349, P2350, P2353, P2355, P2356, P2359, P2372, P2373, P2374, P2379, P2380, P2381, P2382, P2383, P2384, P2385, P2386, P2387, P2388, P2389, P2390, P2391, P2397, P2398, P2399, P2400, P2419, 2621, 2770, P2957, P3033, P3045, P3096, 3714, 3828

**Drug therapy**

123, 153, 165, 219, 278, P371, P376, P402, P407, P454, P455, P547, P581, P583, P589, P598, P601, P602, 877, 914, P1099, P1151, P1156, P1212, P1243, 1399, 1411, 1412, 1414, 1415, 1416, 1477, P1546, P1730, P1847, P1848, P1853, P1854, P1855, P1856, P1857, P1858, P1859, P1860, P1861, P1862, 2043, 2045, P2345, P2346, P2351, P2464, P2474, 2636, 2645, 2776, 2777, 2778, P2830, P2831, P2832, P2833, P2834, P2914, P2927, P2937, P2982, P2984, P2985, P2996, P2997, P3018, P3022, P3027, P3035, P3053, P3083, P3117, P3121, P3316, P3367, P3425, P3444, 3654, 3705, 3806

**Drug therapy, other**

277, 286, P496, P504, P505, P518, P664, P674, 693, 732, 770, P1097, P1098, P1102, P1130, P1132, P1134, P1141, P1142, 1472, 1473, 1474, 1475, 1476, 1477, 1478, 1479, P1669, P1693, P1700, P1727, P1841, P1859, 1978, 2007, P2175, P2178, P2294, P2310, P2347, P2357, 2636, 2637, 2638, 2639, 2667, 2802, P2912, P2914, P2915, P2916, P2917, P2936, P2956, P2961, P2965, P2968, P2972, P2976, P2980, P2982, P2983, P2984, P2993, P2996, P3089, P3273, P3312, P3419, P3421, P3422, P3423, P3424, P3425, P3428, P3431, P3432, P3437, P3438, P3439, P3440, P3441, P3442, P3443, P3444, P3487, P3490, 3672, 3734, 3747, 3790

**Echo-congenital heart disease**

156, 160, 219, P1027, P1029, P1030, P1031, P1032, P1198, 1277, 1319, 1320, P1570, P1617, 1988, 2606, P2910, P3449, P3529, P3550, P3556, P3557, P3561, P3564, P3568, P3572, P3575

Liquidia's Exhibit 1092
Page 4

**Echo-contrast/tissue characterization**

136, 137, P517, P1000, 1278, 1337, 1338, 1339, 1340, 1341, 1342, P1580, P1610, P1618, P1619, P1620, P1621, P1622, P1623, 1971, P2187, P2188, P2189, P2190, P2191, P2192, P2193, P2194, P2195, P2196, P2197, P2198, P2199, P2200, P2201, P2223, P2224, P2225, P2226, P2227, P2228, P2229, P2230, P2231, P2232, P2233, P2234, P2235, P2236, P2237, P2317, P2326, P2862, P2872, P2902, P3125, P3292, P3299, P3306, P3334, P3335, P3512, P3524, 3792, 3793

**Echo-valvular heart disease**

P986, P987, P988, P989, P991, P992, P993, P995, P998, P999, P1000, P1033, P1206, P1268, P1272, P1275, P1570, P1611, P1613, P1614, P1616, 2119, 2799, 2800, P2890, P3446, P3447, P3448, P3452, P3453, P3459, P3460, P3462, P3463, P3476, P3477, P3557, 3735, 3736, 3737, 3738, 3739, 3740, 3763

**Echo-ventricular function**

139, 140, 191, 279, P356, P387, P388, P390, P391, P392, P393, P394, P395, P396, P397, P398, P401, P427, P428, P430, P431, P432, P433, P434, P435, P436, P437, P438, P440, P441, P512, P513, P514, P515, P519, P528, P544, P547, 701, 741, 742, 743, 744, 745, 746, 822, 846, P1020, P1220, P1236, P1240, P1251, P1569, P1571, P1572, P1574, P1576, P1578, P1579, P1580, P1581, P1606, P1609, P1621, P1697, P1770, 1969, 1970, 2121, P2183, P2187, P2196, P2200, P2224, P2294, P2312, P2323, P2324, P2341, P2367, P2858, P2862, P2863, P2864, P2866, P2867, P2870, P2871, P2900, P2901, P2902, P2903, P2907, P2909, P2988, P2989, P2990, P3086, P3128, P3305, P3306, P3307, P3310, P3396, P3398, P3411, P3522, P3536, P3572, 3735, 3785

**Echo/Doppler, other**

135, 136, 137, 138, 139, 140, 215, P383, P388, P389, P392, P395, P398, P399, P400, P401, P427, P429, P430, P432, P434, P435, P437, P438, P439, P440, P501, P511, P512, P515, P537, P545, P644, P663, P667, 746, 818, 828, P990, P1026, P1031, P1042, P1149, P1179, P1215, P1253, P1258, P1274, P1578, P1582, P1583, P1617, P1635, P1684, P1834, 1967, 1972, P2189, P2190, P2233, P2287, P2305, P2319, P2338, P2365, P2415, P2846, P2862, P2863, P2864, P2865, P2866, P2867, P2868, P2869, P2870, P2873, P2874, P2890, P2897, P2898, P2899, P2900, P2903, P2904, P2905, P2906, P2908, P2909, P2910, P2911, P2986, P2987, P3295, P3304, P3306, P3342, P3343, P3344, P3345, P3346, P3347, P3445, P3448, P3533, 3654, 3681, 3735, 3739, 3788

**Education**

124, P1815, P1820, P1839, P2264, 2485

**Electrocardiography**

221, 222, 259, P471, P955, P958, P1049, P1055, P1062, P1077, P1089, P1093, P1625, P1632, P1636, P1639, P1644, P1819, 1990, P2271, P2275, P2277, P2282, P2288, P2300, P2321, P2325, P2329, P2361, P2859, P3356, P3363, P3364, P3367, P3371, P3385, 3697

**Endocarditis**

250, P998, P1033, P1034, P2472, P3476, P3477, P3478, P3479, P3480, P3481, P3482, P3483, P3484, P3485, 3780

**Endoscopic surgery**

P1255, P1256

**Endothelial function**

162, P358, P359, P360, P365, P367, P368, P375, P412, P442, P445, P524, P533, P535, P550, P589, P594, P597, P598, P599, P600, P601, P602, P603, P604, P605, P606, P624, P625, P626, P627, P628, P629, P630, P631, P632, P633, P634, P635, P636, P637, P638, P639, P640, P641, P642, P643, P644, 693, 740, 767, 768, 769, 770, 771, 772, 913, P963, P1003, P1091, P1128, P1249, 1302, 1303, 1313, 1345, 1348, 1373, P1549, P1666, P1669, P1679, P1725, P1735, P1766, P1855, 1973, 1977, 1996, 2145, P2428, P2448, 2640, 2651, 2671, P2845, P2849, P2923, P2958, P3017, P3018, P3019, P3020, P3021, P3022, P3074, P3077, P3097, P3122, P3400, P3406, P3414, P3495, P3505, P3552, 3674, 3675, 3821

**Epidemiology**

215, 216, P441, P548, P553, 2729

**Epidemiology/prevention of CAD**

120, 127, P492, P497, 700, 703, 729, 730, 731, 795, 850, 1317, 1375, 1376, 1377, P1703, P1825, P1829, 1930, 1931, 1933, 2003, 2101, 2141, P2360,

P2433, P2446, P2449, P2454, P2456, P2457, P2475, P2478, P2479, P2480, P2481, P2482, P2483, P2484, P2955, P3004, P3035, P3081, P3083, P3088, P3101, P3113, P3114, P3115, P3116, P3120, P3121, P3122, P3496, P3497, P3502, 3644, 3649, 3651, 3652, 3653

**Epidemiology/prevention, other**

118, 119, 120, 121, 122, 127, 128, 189, P373, P415, P497, P588, P638, 699, 703, 731, 733, 735, P964, P987, P1213, 1379, 1460, P1653, P1715, P1824, P1871, 1930, 1931, 1934, 2143, 2145, P2238, P2258, P2447, P2452, P2455, P2458, P2460, P2462, P2466, P2467, 2488, 2799, P2911, P2930, P2963, P2969, P3032, P3080, P3081, P3083, P3085, P3086, P3088, P3095, P3098, P3116, P3119, P3123, P3427, P3485, P3502, P3521, P3522, P3523, P3537, P3542, 3643, 3649, 3650, 3651, 3652, 3708, 3762, 3813

**Exercise physiology and methodology**

P547, 698, P1045, P1046, P1166, P1209, 1305, 1312, 1313, 1314, 1315, 1316, P1836, P1838, 2098, P3531, P3542, 3660

**Exercise testing in congenital heart disease**

P1030, P1837, P1838, 2609, P3576

**Exercise testing in coronary artery disease**

P1043, 1305, P1561, P1564, P1600, P1836, 2098, 2117, 2120, P2231, P2444, P2861, P3046, P3290, P3297, P3303, P3308, P3486, P3535, P3541, P3542, P3543, P3544

**Exercise testing in heart failure**

P535, P536, P537, P1045, P1046, P1047, P1671, P1832, P1843, 2099, 2102, 2117, 2120, 2121, P3110, P3380, P3411, P3532, P3535, P3539, P3541, 3723, 3785

**Exercise testing in valvular heart disease**

P989, P1044, 2119, 2120, 2122, 2123, P3450, 3825

**Exercise testing, other**

190, 192, 729, P1040, P1044, 1315, 1316, P1831, P1844, P3134, P3387, P3538

**Experimental heart failure**

282, 285, P359, P477, P508, P522, P532, P540, P629, P655, P658, 689, 693, P1097, P1098, P1106, P1110, P1111, P1112, P1114, P1116, P1118, P1120, P1123, P1124, P1126, P1127, P1129, P1132, P1147, P1150, P1157, P1188, P1206, P1236, P1557, P1584, P1601, P1667, P1668, P1674, 2007, 2012, 2140, P2176, P2273, P2281, P2291, P2292, 2638, P2835, P2961, P2963, P2989, P2991, P2993, P2994, P2995, P3273, P3274, P3278, P3312, P3313, P3314, P3319, P3320, P3431, P3432, P3436, P3438, P3439, P3440, 3793

**Experimental studies**

139, 151, 210, P409, P469, P477, P486, P581, P583, P611, P628, P633, P656, 746, 747, 772, P965, P969, P975, P982, P1056, P1067, P1099, P1116, P1123, P1125, P1129, P1132, P1154, P1163, P1179, 1300, 1305, 1348, P1559, P1601, P1768, P1853, P1854, 1973, 1995, 1996, 1997, 1998, 2000, 2012, P2171, P2172, P2173, P2175, P2208, P2209, P2430, P2435, P2436, P2465, 2611, 2668, 2710, P2840, P2868, P2880, P2881, P2886, P2908, P2939, P3058, P3072, P3275, P3316, P3317, P3407, P3435, P3437, 3627

**Gene therapy**

P404, P657, 691, P974, P1153, 1306, 1308, P1545, P1586, P2835, P3276

**Genetic aspects of arrhythmias**

255, P472, P473, P474, P476, P666, P672, P956, P1069, 1961, 1962, 1963, 1964, 1965, 1966, P2266, P2267, P2268, P2269, P2270, P2272, P2884, P2887, P2932, P3546

**Genetic factors**

117, 129, 184, 185, P476, P532, P642, P679, P961, P964, P1002, P1214, P1713, P1836, 1934, 1945, 1992, 2098, P2238, P2481, P2847, P2883, P2985, P2991, P3047, P3098, P3099, P3100, P3101, P3102, P3103, P3104, P3106, P3348, P3433, P3434, P3488, P3496, P3513, P3516, 3779

**Genetics (Basic Science in Arrhythmias)**

P594, P1145, 1403, P1592, 1998, P3047, P3051, P3052, P3102, P3104, P3348, P3349

Liquidia's Exhibit 1092
Page 5

**Genetics/molecular**

151, 182, 183, 185, 187, 285, P587, P628, P642, P660, P672, P678, 769, P1002, P1118, P2173, P2272, P2840, P2850, P3144, P3284, P3401, P3459, P3460

**Genetics in atherosclerosis**

163, P415, P624, P961, P962, P963, P964, P1001, P1002, P1003, P1015, 1347, 1944, 1945, P2238, P2454, P2841, P2851, P3099, P3100, P3101, P3496, 3638

**Grown-up congenital heart disease**

155, 156, 157, 159, 160, P1028, P1198, P1199, P1265, 1319, 1320, 1321, P1656, P1659, P1665, P1837, P1838, 2608, P2910, P3545, P3554, P3556, P3559, P3560, P3561, P3562, P3563, P3564, P3565, P3566, P3567, P3568, P3569, P3570, P3571, P3572, P3573, P3574, P3575, P3576, P3577

**Growth factors & cell proliferation**

P364, P365, P374, P376, P377, P404, P413, P416, P417, P582, P615, 747, 748, 750, 751, 752, P972, P974, P1011, P1012, P1105, P1107, P1124, P1131, P1161, 1301, 1306, 1343, 1344, 1346, 1386, P1545, P1547, P1548, P1553, P1558, P1587, P1588, P1590, P1594, P1598, P1722, 2009, 2012, P2168, P2430, P2455, 2616, P2837, P2839, P2842, P2875, P2961, P3271, P3272, P3282, 3745

**Haemodynamics**

285, P429, P443, P449, P500, P505, P506, P507, P544, P606, P647, P648, P1056, P1202, P1797, P1857, 2102, P2340, P2471, 2639, P2855, P2915, P2969, P3390, P3399, P3419, P3516, 3643, 3644, 3646, 3647, 3723, 3784

**Heart (lung) transplantation**

P556, P1138, 1345, P1573, P1671, 1996, 2011, P2184, P2428, P2967, P2973, P3369, P3395, P3396, P3397, P3398, P3399, P3400, P3401, P3402, P3403, P3404, P3405, P3406, P3412, P3414, P3417, P3565, 3730

**Heart rate & QT variability, T-wave alternans**

223, 256, 257, 258, 259, P482, P487, P497, P1068, P1077, P1638, P1844, 1962, 2033, P2271, P2309, P2371, P2450, P2883, P3362, P3365, P3366, P3367, P3368, P3369, P3370, P3371, P3372, P3373, P3374, P3377, P3379, P3383, P3487, 3660

**Hormones/humoral regulation**

191, P356, P360, P365, P389, P444, P635, 847, 849, P1106, P1140, P1230, P1238, P1246, P1248, P1254, 1475, P1623, P1668, P1669, P1673, P1684, P1699, 1947, 1948, 1949, 1950, 1951, 1952, P1718, P2302, P2440, P2448, 2639, 2668, 2670, P3123, P3282, P3284, P3378, P3461, P3553, 3718, 3746, 3748

**Hypertension**

184, P442, P516, P645, 700, 732, 846, P1232, P1237, P1238, P1239, P1240, P1241, P1242, P1243, P1245, 1375, 1377, 1378, 1379, 1380, P1737, 1932, 1934, 2140, P2459, P2461, P2474, P2474, P3032, P3044, P3085, P3087, P3095, P3116, 3643, 3648, 3795

**Hypertension, other**

182, 184, P444, P445, P446, P447, P448, P449, P529, P645, P646, P649, P650, P651, P652, 705, 769, P967, P1024, P1208, P1227, P1228, P1229, P1231, P1232, P1238, P1241, P1242, P1247, P1249, P1250, P1251, P1252, P1253, P1254, P1258, P1566, P1719, P1848, P1849, P1850, P1851, P1856, P1861, 1933, 2606, P2895, P3019, P3545, 3645, 3648, 3795, 3803, 3805, 3806

**Hypertrophic cardiomyopathy**

188, 189, 190, 191, 192, 193, P420, P433, P660, P661, P662, P667, P678, P679, P1070, P1615, P1675, P1860, P2237, P2866, P2899, P2900, P3127, P3128, P3129, P3130, P3131, P3132, P3135, P3137, P3138, P3139, P3140, P3141, P3142, P3143, P3281, P3319

**Image processing**

212, P437, 686, P1581, P1582, P1620, 1872, 1874, 1875, 1991, P2188, P2854, P2863, P2873, P2874, 3147, P3292, P3293, 3617

**Imaging**

P493, P541, P544, P545, P558, P3577

**Imaging, other**

P380, P790, P1560, P1561, P1562, P1563, P1602, P1604, P1605, P2215, P2335, P2366, P3002, P3118, P3289, P3290, P3291, P3328, P3329, P3330, P3346, P3544, 3671, 3672, 3673

**Impulse formation/conduction**

P468, 688, 817, 820, 831, P2286, P2320, P2879, 3631, 3655, 3656

**Infarction/angina, other**

125, 203, 233, P981, P390, P406, P574, P575, P594, P621, 739, 740, 796, 827, P984, P985, P1145, P1161, P1167, P1174, P1177, P1183, P1184, P1190, 1302, 1339, 1353, 1357, 1372, 1410, 1458, 1497, P1554, P1591, P1593, P1621, P1710, P1714, P1718, P1719, P1730, P1741, P1742, P1743, P1744, P1745, P1759, P1764, P1775, P1796, P1811, P1844, 1936, 1945, 2003, 2026, 2057, P2193, P2243, P2351, P2371, P2383, P2390, P2392, P2405, P2411, P2413, P2426, P2443, P2446, P2483, 2770, 2799, P2957, P3023, P3024, P3025, P3026, P3030, P3031, P3033, P3040, P3041, P3090, P3096, P3113, P3120, P3324, P3330, P3334, P3345, P3427, P3486, P3492, P3495, P3503, P3510, P3528, P3543, 3715

**Infarction, acute phase**

162, 202, 276, 279, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, P366, P382, P386, P431, P487, P500, P507, P508, P513, P529, P561, P565, P567, P596, 706, 741, 798, 825, 880, P1017, P1151, P1155, P1162, P1164, P1167, P1169, P1170, P1171, P1172, P1174, P1175, P1176, P1178, P1181, P1182, P1185, P1186, P1187, P1189, P1197, 1337, 1342, 1371, 1407, 1409, 1429, 1430, 1496, 1497, 1498, 1499, 1500, 1501, 1512, 1513, 1514, 1515, 1517, P1546, P1585, P1603, P1706, P1707, P1708, P1711, P1712, P1714, P1715, P1716, P1736, P1737, P1738, P1739, P1740, P1742, P1744, P1745, P1755, P1759, P1760, P1762, P1765, P1823, P1826, 1989, 1995, 2030, 2053, 2054, 2055, 2056, 2057, 2107, 2109, 2110, 2111, 2112, P2199, P2205, P2207, P2216, P2223, P2225, P2343, P2344, P2347, P2348, P2350, P2352, P2358, P2359, P2361, P2362, P2364, P2366, P2367, P2368, P2369, P2370, P2372, P2373, P2375, P2379, P2380, P2381, P2382, P2384, P2385, P2386, P2387, P2388, P2389, P2391, P2392, P2393, P2394, P2395, P2396, P2398, P2399, P2400, P2419, P2447, P2467, P2475, 2486, 2613, 2615, 2619, 2621, 2771, P2833, P2858, P2860, P2953, P2958, P3005, P3006, P3014, P3023, P3024, P3028, P3033, P3081, P3093, P3105, P3115, P3119, P3275, P3288, P3326, P3370, P3427, P3430, P3487, P3490, P3493, P3510, P3528, 3591, 3713, 3714, 3715, 3716, 3717, 3718, 3760, 3833, 3834

**Inotropic agents**

275, 276, 278, 280, P456, P504, P518, P1099, P1100, P1122, 1306, P2307, P2835, P3413, 3759, 3833

**Intracoronary ultrasound/imaging**

177, 209, 210, 211, 212, 213, 214, P368, P593, P607, P608, P609, P610, P614, P620, P622, 1415, P1619, P1712, P1788, 1875, 1999, P2179, P2359, P2425, 2648, 2653, P2852, P3010, P3075, P3078, P3293, P3351, P3352, P3353, P3405, P3417, P3500, P3552, P3587, 3764, 3848

**Invasive electrophysiological studies**

133, 224, 225, 226, P472, P489, P667, P668, 820, 831, P959, P1084, P1095, P1626, P1633, P1640, P1641, P1644, P1645, P1651, P1652, P1653, P1654, P1657, P1660, P1662, 1873, 1965, P2277, P2279, P2280, P2320, P2333, 2675, P2879, P3364, P3385, 3693, 3695, 3698, 3753, 3756

**Ischaemia, experimental studies**

153, 161, 166, P367, P539, P602, 741, 743, 877, P981, P1112, P1149, P1150, P1151, P1152, P1153, P1154, P1155, P1156, P1157, P1158, P1162, P1164, P1165, P1166, P1187, P1248, 1341, 1369, 1370, 1371, 1372, 1373, P1548, P1563, P1586, P1595, 1952, 1973, P2177, P2191, P2197, P2207, P2226, 2613, P2836, P2850, P2870, P2876, P2956, P3042, P3274, P3298, P3543

**Isolated myocytes**

150, 154, P410, 690, P1107, P1109, P1117, 1307, 1308, 1310, P1599, P1680, P2166, P2167, P2168, P2169, P2170, P2171, P2172, P2173, P2174, P2212, P2465, P2842, P2877, P3271, P3319, P3320, 3629, 3655, 3662, 3665, 3666

**Lipid-lowering drugs**

P362, P363, P366, P367, P368, P369, P370, P371, P402, P406, P407, P408, P409, P410, P411, P546, P605, 772, P967, P976, P979, P1012, P1259, P1266, P1276, 1304, 1401, 1473, P1553, P1555, P1868, P1870, 1973, 2009, 2044, P2170, P2240, P2474, 2768, P3119, P3312, P3316, P3318, P3370, P3419, P3506, P3509, P3585, 3637, 3639, 3641, 3642

Liquidia's Exhibit 1092
Page 6

**Lipids**

153, 211, 213, P363, P367, P369, P371, P402, P403, P405, P409, P411, P609, 749, P970, P971, P976, P1001, P1007, P1128, 1356, 1375, 1470, P1868, P1870, 2100, P2226, P2241, P2851, P3402, P3507, 3640, 3642, 3674

**Lipids (Epidemiology & prevention)**

121, 184, P372, P1001, 1375, 1377, P2461, P2482, 2768, 2772, P2917, P3085, P3087, P3095, P3116, P3117, P3118, 3637

**Local delivery/drug eluting stents**

181, P1102, 1413, P1733, P1735, P1767, P1771, P1785, P1798, P1803, P1806, 2129, 2130, 2131, 2134, P2374, P2442, P3048, P3049, P3062, P3063, P3064, P3067, P3068, P3069, P3070, P3071, P3073, P3076, P3354, P3584, 3829, 3830, 3843, 3845, 3846, 3847, 3849, 3850

**Magnetic resonance imaging and spectroscopy**

193, P378, P379, P380, P381, P382, P383, P384, P418, P419, P420, P421, P422, P423, P424, P493, P516, P613, 817, 917, P977, P978, P979, P980, P981, P982, P983, P1017, P1018, P1019, P1020, P1021, P1022, P1023, P1180, P1181, P1182, P1183, P1199, 1342, P1630, P1647, P1827, 1935, 1936, 1937, 1938, 1939, 1940, 1969, 1972, P2187, P2216, P2288, P2301, P2314, P2365, P2413, P2414, 2606, 2608, P2849, P2889, P2895, P2920, P3134, P3137, P3139, P3324, P3325, P3326, P3327, P3346, P3404, P3458, P3494, P3501, P3560, P3568, P3576, P3577, 3676, 3686, 3767

**Mapping**

P460, P469, P473, P478, P668, 688, 820, 832, 833, 836, P1057, P1080, P1083, P1085, P1638, P1643, P1646, P1650, P1655, P1656, P1657, P1658, P1659, P1660, P1663, P1664, 1873, 1991, P2279, P2281, P2283, P2284, P2286, P2320, 2674, 2675, 2677, P2879, P3331, P3332, 3655, 3693, 3694, 3695, 3696, 3697, 3698, 3751, 3755

**Medical decision making**

251, 699, P1044, 1512, P1841, P1864, 1993, P2221, P2420, P2477, P2478, 2485, P3084, P3423

**Metabolism/skeletal muscle/ventilation**

282, 284, 286, P536, P1097, P1601, P1672, P1859, 2097, P2299, 2671, P2975, P3539, 3729, 3734

**Metabolism, ischaemia**

279, P1109, P1149, P1167, P2166, P2167, P2202, P2203, P2204, P2206, P2212, P2213, P3006

**Mitral valve disease/prolaps**

P994, P995, P996, P997, P1113, P1200, P1206, P1268, P1270, P1612, P1613, P1614, 2119, 2122, P2362, 2799, 2800, 2801, 2802, 2803, P2890, P2928, P3445, P3446, P3447, P3448, P3449, P3453, P3465, P3467, P3468, P3469, P3472, 3706, 3737, 3738, 3739, 3740, 3838

**Models and methods**

P640, P657, 699, P1038, P1164, P1830, P1841, 2005, 2488, P2836, P3079, P3315, P3551

**Molecular biology/genetics**

154, 187, P377, P415, P417, P624, P626, P642, P657, P658, P679, 694, 748, 749, 751, 918, P963, P966, P968, P969, P972, P1003, P1011, P1013, P1015, P1107, P1113, P1117, P1121, P1126, P1127, P1129, P1134, P1148, P1235, 1309, 1344, 1346, 1347, 1354, P1549, P1550, P1555, P1596, 1944, P2169, P2172, P2173, P2272, 2611, P2837, P2838, P2839, P2840, P2841, P2842, P2843, P2845, P2851, P3050, P3271, P3272, P3275, P3278, P3279, P3280, P3283, P3284, P3455, P3456, 3628, 3638, 3665

**Morphology/pathology**

P656, P659, P670, 735, 819, P1137, P1158, P1620, P2263, P2368, P3127, P3133, P3354, P3395, P3432, P3553, 3845

**Myocardial disease, other**

224, P357, P534, P592, P655, P656, P658, P659, P663, P666, P668, P669, P670, P671, P672, P680, P1018, P1020, P1041, P1101, P1114, P1695, P1718, P2175, P2176, P2440, P2859, P2867, P3124, P3125, P3126, P3127, P3130, P3132, P3133, P3134, P3136, P3281, P3285, P3317, 3618, 3794

**Myocardial function and gene expression**

149, 151, 152, P410, P474, P661, P1103, P1105, P1106, P1107, P1108, P1109, P1110, P1111, P1112, P1113, P1114, P1115, P1116, P1117, P1118, P1119, P1120, P1123, P1135, P1138, P1148, P1187, P1188, P1254, 1309, 1310, 1370, 1374, P1590, P1674, P1684, P2177, P2178, P2292, P2918, P2991, P3278, P3309, P3310, P3314, P3315, P3317, P3320, 3628, 3665, 3666

**Myocardial function, other**

138, 152, P356, P357, P358, P360, P390, P391, P396, P398, P401, P431, P503, P504, P517, P518, P520, P526, P528, P534, P540, P541, P658, P663, P675, P680, 689, 741, 742, 743, 799, P982, P1018, P1020, P1102, P1110, P1111, P1112, P1121, P1135, P1146, P1147, P1149, P1153, P1237, 1309, 1313, 1381, P1592, P1597, P1604, P1606, P1666, P1670, P1677, P1691, P1719, 1997, 2140, P2209, P2333, P2363, P2384, P2437, P2462, P2480, 2615, 2638, P2858, P2865, P2871, P2873, P2874, P2926, P2971, P2987, P2993, P3042, P3124, P3125, P3128, P3139, P3141, P3273, P3285, P3311, P3406, P3421, P3433, P3435, P3437, P3439, P3533, 3672, 3673, 3747, 3788, 3794

**Myocardial hypertrophy**

149, 150, 151, 152, 161, P460, P511, 847, P990, P1103, P1109, P1114, P1115, P1119, P1121, P1126, P1127, P1148, P1226, P1230, P1233, 1309, P1623, P1627, 1951, P2235, P2865, P3086, P3124, P3280, P3281, P3310, P3311, P3312, P3313, P3314, P3315, P3316, P3317, P3318, P3319, P3372, P3459, P3460, P3522, 3665, 3795

**Myocardial protection**

179, P2213, P2956, P3465, 3801

**Myocardial protection (Cellular biology)**

152, 153, 154, P410, P477, P655, P1012, P1105, P1127, P1157, P1185, P1248, 1369, 1372, P1546, P1584, P2167, P2171, P2175, P2176, P2178, P2202, P2204, P2206, P2211, P2212, P2213, P2465, 2616, P2994, P3280, P3406, P3437, P3439

**Myocarditis**

185, P653, P654, P655, P656, P657, P674, P675, 914, 916, 917, 918, P1019, P1134, P1137, P3143, P3144, 3618, 3766

**Neuro-hormones and cytokines**

131, 149, 277, 281, 285, 286, P357, P358, P360, P398, P450, P451, P457, P506, P521, P523, P533, P534, P555, P562, P580, 701, 819, 849, 850, 857, 915, 916, P1012, P1098, P1103, P1106, P1110, P1120, P1130, P1139, P1144, P1145, P1146, P1147, P1148, P1158, P1189, P1254, 1471, 1476, 1503, P1554, P1565, P1593, P1666, P1667, P1670, P1672, P1676, P1677, P1678, P1680, P1681, P1685, P1699, P1700, P1701, P1702, P1703, P1704, P1705, P1709, P1743, P1832, 1947, 1949, 2007, 2087, P2299, P2313, P2363, P2445, P2469, P2476, 2641, 2670, 2800, P2912, P2919, P2958, P2962, P3036, P3100, P3282, P3407, P3420, P3428, P3520, P3554, 3619, 3666, 3748, 3758, 3824

**Non coronary cardiac interventions**

251, P1197, P1198, P1199, P1200, P1201, P1202, P1203, P1204, 1319, 1320, P1770, P2237, 2728, P3138, P3140, P3141, P3529

**Nursing, other**

124, 231, 232, 233, 234, 281, P1812, P1813, P1814, P1820, P1821, P1822, P1823, P1826, P3265, P3268, P3270

**Nutrition**

121, P527, P638, 733, 734, P1100, 1379, P1799, P1839, 1929, 2142, 2143, P2449, P2450, P2451, P2452, P2453, P2454, P2956, 3649

**Organisational and educational aspects**

125, 230, 231, P1816, P1821, P1825, P1867, P2221, P2264, P2981, P3269, P3270, 3811

**Other devices**

P619, P1026, P1152, P1162, P1197, P1198, P1202, P1203, P1205, P1206, P1225, P1256, P1260, P1261, 1321, P1592, P1603, P1770, P1776, P1783, P1784, P1788, P1789, P1790, P1805, P1809, P1810, 2000, P2375, P2379, P2391, P2393, P2396, P2443, 2621, 2673, P2924, P2925, P3057, P3566, P3569, P3570, 3683

Liquidia's Exhibit 1092
Page 7

**Pacemaker & internal defibrillator technology/biosensors**

249, 254, P479, P480, P1025, P1048, P1049, P1051, P1056, P1057, P1059, P1061, P1064, P1065, P1067, P1073, P1088, P1091, P1092, P2246, P2247, P2255, P2321, P2322, P2950, P3356, P3393, 3727

**Pacing for heart failure**

160, 818, P1104, P1144, 1478, P1698, P2297, P2298, P2300, P2301, P2306, P2309, P2317, P2319, P2322, P2323, P2325, P2326, P2327, P2328, P2332, P2334, P2335, P2336, P2904, P3380, P3408, P3409, P3410, P3413, P3558, 3784, 3786, 3789

**Pacing, other (Atrial Fibrillation)**

244, 245, 246, 250, 251, 252, P490, P1051, P1052, P1053, P1054, P1058, P1065, P1087, P1088, P1089, P1092, P1093, P1096, P1255, 1322, P1624, P1862, P2246, P2247, P2248, P2249, P2250, P2254, P2255, P2297, P2306, P2322, P2327, P2329, P2333, P2950, P3051, P3322, P3380, P3381, P3382, P3470, P3478, P3548, P3558, 3724, 3725, 3726, 3728

**Paediatric arrhythmias/electrophysiology**

P476, P3546, P3547, P3548

**Paediatric cardiac imaging**

158, 159, P1032, 2606, P2910

**Paediatric cardiac surgery**

P1032, 2609, P3407, P3548, P3549, P3550, P3561

**Paediatric cardiology, other**

158, P994, P1016, P1253, P3549, P3553, P3563, P3564

**Paediatric catheter intervention**

P1030, 1318, 1321, 1322, 1323, 2605, 2607, P3549, P3569, P3570

**Pathophysiology**

166, 203, P408, P577, P587, P596, P615, P981, P1152, P1155, P1162, P1163, P1168, P1246, 1354, 1370, 1385, P1585, P1667, P1749, P1757, P1763, P1764, P1765, P1766, 1938, 1977, P2208, P2239, P2243, P2349, P2373, P2434, 2615, 2619, 2620, 2650, P2955, P2960, P3009, P3016, P3103, P3324, P3492, P3578

**Pathophysiology, other**

154, 193, 284, P389, P405, P441, P487, P521, P546, P548, P550, P578, P627, P640, P673, 913, P965, P974, P1007, P1016, P1046, P1123, P1160, P1184, P1233, 1302, 1303, 1304, 1305, 1310, P1549, P1588, P1599, P1851, 1951, 2000, 2097, P2168, P2432, P2451, 2711, P2840, P2844, P2848, P2849, P2877, P2880, P2902, P2992, P3018, P3020, P3022, P3042, P3053, P3277, P3280, P3304, P3313, P3378, P3491, P3520, P3581, 3640, 3658, 3662, 3663, 3664, 3794

**Pericardial disease**

P673, 3617, 3618, 3619, 3620, 3621, 3622

**Peripheral circulation**

165, P359, P523, P527, P535, P600, P635, 745, P1141, 1471, P1670, P1672, 2007, 2668, 2671, P2876, P2962, P2971, P2972, P3421, P3443

**Peripheral circulation, other**

P405, P617, P623, 698, 769, P977, P1009, P1166, P1207, P1208, P1209, P1211, P1212, P1213, P1214, P1215, P1216, P1218, P1219, P1221, P1222, P1223, P1249, P1257, P1264, 1303, P1853, 2003, 2004, 2005, 2006, 2617, P2847, P2911, P2972, P3018, P3022, P3082, P3499, 3647, 3687, 3821

**Pharmacogenetics**

696, P1134, 1399, 1402, 1403, P2887

**Physiology, other**

150, P549, P624, P673, P1002, P1212, 1300, 1301, 1310, P1558, P1851, P1852, 1997, 1998, P2203, P2273, P2286, 2614, P2836, P2844, P2846, P2847, P3279, P3315, P3435, 3662, 3663, 3784

**Platelet biochemistry**

311, P485, P559, P568, P569, P570, P577, P578, P579, P580, P581, P582, P583, P584, P585, P591, P595, P596, 693, 694, 695, P1006, P1160, 1399, 1400, 1401, 1402, P1728, P1772, 2006, 2052, 2775, 2776, P3092, P3103, P3374, P3581, 3705

**Positron emission tomography (PET)**

798, 799, 1935, P2241, P2311, P2318, P2413, P3331, P3458, 3673, 3674, 3676

**Post infarction period, remodelling**

161, 164, 256, 277, P369, P422, P482, P605, 689, 770, 823, 824, 825, 827, 828, P1021, P1117, P1157, P1158, P1167, P1173, P1179, P1180, P1181, P1182, P1183, P1184, P1187, P1188, 1338, 1371, 1500, P1544, P1585, P1591, P1595, P1597, P1621, P1689, P1709, P1714, P1761, P1765, P1827, 1947, 1995, P2190, P2200, P2261, P2273, P2342, P2346, P2355, P2360, P2362, P2363, P2364, P2365, P2366, P2376, P2398, P2404, 2619, P2912, P2935, P2960, P2986, P2995, P3045, P3090, P3121, P3139, P3273, P3274, P3275, P3276, P3345, P3466, P3488, P3489, P3491, P3492, P3493, P3494, P3532

**Primary prevention**

P444, P574, 698, 730, 731, P1208, P1209, 1380, 1406, 1460, P1839, 2142, P2276, P2449, P2457, P2460, P2461, P2466, P2477, P2478, P2479, P2484, P3037, P3047, P3080, P3084, P3513, P3521, P3531, P3538, 3651, 3653, 3654

**Prognosis (Syncope)**

118, 129, 130, 132, 249, 307, P366, P391, P434, P502, P509, P520, P526, P527, P552, P571, P664, P704, 794, 795, 799, P999, P1139, P1143, P1176, P1273, 1428, 1459, 1463, 1469, 1472, 1474, 1476, 1479, 1498, P1565, P1682, P1689, P1690, P1691, P1692, P1693, P1694, P1695, P1696, P1697, P1700, P1701, P1702, P1704, P1710, P1729, P1739, P1740, P1741, P1743, P1747, P1776, P1800, P1801, P1802, 2011, 2087, 2088, 2089, 2090, 2112, P2230, P2288, P2289, P2293, P2295, P2332, P2334, P2338, P2353, P2357, P2358, P2404, P2408, P2409, P2447, P2459, P2470, P2472, 2609, 2672, 2728, 2771, 2773, 2800, P2871, P2918, P2919, P2951, P2953, P2954, P2955, P2957, P2959, P2960, P2962, P2963, P2966, P2970, P2975, P2979, P2977, P2987, P2990, P2996, P3002, P3003, P3012, P3014, P3031, P3060, P3105, P3109, P3135, P3265, P3307, P3333, P3340, P3345, P3359, P3365, P3399, P3420, P3422, P3424, P3430, P3467, P3550, 3591, 3620, 3622, 3671, 3683, 3733, 3749, 3750, 3758, 3762, 3787, 3791, 3812, 3837, 3842

**Prognosis, risk assessment**

123, 131, 190, 215, 223, 256, 314, P382, P415, P422, P439, P488, P513, P527, P557, P567, P634, P665, 684, 730, 738, 740, 797, 879, P963, P1029, P1068, P1136, P1140, P1145, P1169, P1170, P1171, P1177, P1192, P1194, P1195, P1213, P1214, P1215, P1239, P1240, P1247, P1259, 1312, 1338, 1343, 1353, 1358, 1378, 1384, 1405, 1406, 1407, 1408, 1409, 1410, 1458, 1459, 1460, 1461, 1462, 1463, 1469, 1497, 1498, 1512, 1513, 1514, 1516, 1517, P1560, P1561, P1675, P1681, P1683, P1687, P1688, P1689, P1697, P1703, P1705, P1706, P1707, P1708, P1710, P1712, P1736, P1738, P1742, P1744, P1748, P1753, P1754, P1757, P1760, P1761, P1762, P1774, P1791, P1794, P1796, P1825, 1937, 2001, 2002, 2026, 2027, 2030, 2053, 2109, P2181, P2199, P2232, P2265, P2342, P2351, P2352, P2353, P2354, P2355, P2356, P2357, P2358, P2359, P2360, P2361, P2369, P2375, P2380, P2383, P2384, P2387, P2389, P2392, P2399, P2404, P2405, P2409, P2433, P2439, P2440, P2444, P2482, 2486, 2770, 2773, 2803, P2896, P2914, P2915, P2930, P2935, P2958, P2959, P2969, P3023, P3024, P3025, P3026, P3030, P3040, P3043, P3096, P3101, P3102, P3105, P3106, P3123, P3126, P3298, P3300, P3301, P3358, P3360, P3385, P3417, P3423, P3490, P3496, P3497, P3498, P3502, P3503, P3505, P3506, P3526, P3542, P3554, 3621, 3704, 3713, 3715, 3747, 3823, 3834, 3835

**Progression/regression coronary artery disease**

P368, P376, P411, P586, P609, P634, 749, 768, 798, P1004, P1008, P1014, 1301, 1304, 1344, 1346, 1347, 1348, P1596, P1799, 1941, 1999, P2185, P2843, P2852, P2853, P3017, P3050, P3352, P3405, P3555, P3587, 3641, 3642

**Psycho-social factors**

P492, P536, P1071, P1727, P1795, P1812, P2479, P3107, P3108, P3109, P3112, P3115, P3267, 3813, 3816

**Pulmonary circulation, other**

216, 217, P434, P514, P540, P541, P542, P543, P548, P549, P550, P551, P552, P553, P554, P555, P556, P557, P558, 745, P1103, P1267, P1861, 2727, 2729, 2730, P3549, P3561

Liquidia's Exhibit 1092
Page 8

**Quantitative coronary angiography**

P379, P418, P637, P1008, P1174, P1552, 1977, 1999, P2183, P2414, P2420, P2888, P3059, P3071, P3122

**Radiation therapy**

210, P1220, P3055, P3056, P3057, P3058, P3059, P3060, P3061, 3845

**Renal angioplasty**

P1212, P1220, P1224, 2004

**Restenosis**

176, 177, 179, 180, 181, 201, 210, 214, P404, 691, 750, 752, P972, P973, P1008, P1246, 1348, 1411, 1412, 1413, 1414, 1415, 1416, P1767, P1778, P1780, P1781, P1782, P1786, P1787, P1790, P1797, P1800, P1803, P1804, P1806, P1807, P1808, P1811, 2129, 2130, 2133, 2134, P2181, P2372, P2382, P2412, P2416, P2421, P2422, P2442, P2443, P2463, 2612, P3048, P3049, P3053, P3054, P3055, P3056, P3057, P3059, P3060, P3061, P3062, P3063, P3064, P3065, P3066, P3067, P3069, P3070, P3071, P3072, P3075, P3076, P3077, P3078, P3079, P3104, P3348, P3349, P3350, P3354, 3827, 3829, 3831, 3839, 3842, 3843, 3845, 3846, 3847, 3848, 3849, 3850

**Resynchronisation therapy**

160, P435, P436, P496, 817, 818, 819, 820, 821, 822, P1094, P1104, P1144, P1255, P1609, P1610, P2220, P2222, P2287, P2298, P2299, P2300, P2301, P2302, P2303, P2304, P2305, P2306, P2307, P2308, P2309, P2310, P2311, P2312, P2313, P2314, P2315, P2316, P2317, P2318, P2319, P2320, P2322, P2323, P2324, P2325, P2326, P2327, P2328, P2329, P2330, P2331, P2332, P2333, P2334, P2335, P2336, P2337, P2338, P2339, P2340, P2341, P2872, P2904, P2905, P3323, P3329, P3377, P3378, P3408, P3409, P3410, P3411, 3784, 3785, 3786, 3787, 3788, 3789

**Risk factor management and quality of life**

117, 126, 232, P363, P426, P520, P599, P643, 700, P1564, P1795, P1812, P1817, P1830, P1833, P1839, P1840, 2088, 2100, 2101, P2186, P2455, P2477, P2977, P2978, P3087, P3107, P3108, P3111, P3266, P3380, P3474, P3497, P3567, 3620, 3823

**Scintigraphy**

P531, 794, 795, 797, 825, P1232, 1341, P1560, P1562, P1564, P1565, P1566, P1600, P1601, P1602, P1603, P1604, P1605, P1606, P1619, P1825, P2191, P2195, P2198, P2223, P2415, P2416, P2422, P2464, P2903, P3118, P3285, P3286, P3287, P3288, P3291, P3322, P3328, P3333, 3675

**Secondary prevention**

123, 124, 125, 126, 127, P369, P385, P574, P575, P597, P599, 699, 733, P1258, 1400, 1463, P1824, P1829, P1833, P1834, P1863, 2141, 2144, P2186, P2345, P2346, 2768, P2832, P2917, P3005, P3035, P3083, P3085, P3109, P3111, P3117, P3119, P3121, P3426, P3525, P3560, 3637, 3639, 3816, 3821, 3823

**Signal averaged ECG**

P1051, 1504, P1634, P2309, P3355, P3356, P3358, P3359, P3360

**Smoking**

P575, P598, 730, P1208, 2140, 2141, 2144, 2145, P3081, P3082, P3084, P3097, P3111, P3352

**Socio-economics, other**

121, P1717, P1865, P1871, P2256, P2262, P2441, 3814, 3816

**Special groups**

P388, P445, P525, P530, 738, P1016, P1177, 1512, P1835, 2116, P2383, P2442, P2853, P3001, P3110, P3387, P3535, P3540, 3822, 3829

**Sports cardiology**

P426, P484, 698, P1040, P1041, P1042, P1842, P2235, P2476, P2864, 3619

**Stents**

176, 177, 178, 179, 180, 181, 201, 232, 304, P423, P559, P564, P569, P607, P619, 691, 706, 736, P1008, P1175, P1193, P1201, P1218, P1221, P1222, P1264, 1343, 1382, 1412, 1415, 1416, P1564, P1741, P1761, P1767, P1768,

P1772, P1773, P1775, P1776, P1777, P1778, P1779, P1780, P1781, P1782, P1783, P1785, P1786, P1787, P1788, P1789, P1792, P1793, P1794, P1796, P1797, P1799, P1800, P1801, P1802, P1803, P1804, P1806, P1807, P1811, 1938, 1975, 2027, 2108, 2129, 2130, 2132, 2133, 2134, P2181, P2343, P2344, P2355, P2372, P2373, P2374, P2378, P2380, P2382, P2385, P2392, P2393, P2406, P2407, P2411, P2418, P2421, P2431, P2463, 2769, 2774, 2775, 2779, P2834, P3054, P3055, P3061, P3063, P3064, P3065, P3066, P3068, P3069, P3070, P3071, P3072, P3073, P3074, P3075, P3076, P3077, P3078, P3079, P3349, P3350, P3353, P3578, 3639, 3687, 3691, 3704, 3705, 3828, 3831, 3839, 3840, 3841, 3842, 3843, 3847, 3848, 3849, 3850

**Stress echo**

130, 139, 140, 280, P395, P396, P437, P519, P530, P542, 704, P989, P1040, P1566, P1577, P1581, P1619, 1948, 1971, 2115, P2188, P2191, P2194, P2196, P2229, P2231, P2232, P2233, P2234, P2278, P2317, P2439, P2861, P2862, P2868, P2951, P3292, P3294, P3295, P3296, P3297, P3298, P3299, P3300, P3301, P3302, P3303, P3304, P3305, P3306, P3307, P3308, P3311, P3333, P3334, P3335, P3336, P3338, P3339, P3340, P3341, P3343, P3347, P3454, P3544, 3792, 3833, 3834, 3835, 3836, 3837, 3838

**Stroke**

P616, 700, P997, P1205, P1211, P1216, P1217, P1225, P1239, P1547, P1813, P1866, 2645, 2646, 2647, P2914, P2920, P2921, P2924, P2925, P2927, P2928, P3091, P3279, P3452, P3512, P3513, P3514, P3515, P3516, P3517, P3518, P3519, P3520, P3521, P3522, P3523, P3524, P3525, P3526, P3527, P3528, P3529, P3530, P3531, 3692, 3708, 3780

**Stunning, hibernation, preconditioning**

P531, P539, P1021, P1037, P1108, P1154, 1373, 1374, P1563, P1794, 2115, P2177, P2196, P2198, P2200, P2207, P2208, P2209, P2210, P2224, P2230, P2311, P2878, P3330

**Sudden death/resuscitation**

189, 222, 224, 225, 226, 255, 256, 260, 261, P492, P494, P659, P662, P666, 735, P955, P956, P957, P958, P1041, P1068, 1501, P1717, P1867, 1961, 1962, 1963, 1966, 2112, P2256, P2257, P2258, P2259, P2260, P2261, P2262, P2263, P2264, P2265, P2268, P2479, P2948, P3135, P3136, P3142, P3360, P3361, P3471, P3547

**Supraventricular arrhythmias (excluding AF)**

P1048, P1625, P1626, P1648, P1649, P1650, P1651, P1652, P1654, P1655, P1658, P1660, P1661, P1662, P1663, P1664, P2275, P2280, P2300, P2321, 3696, 3697, 3698, 3753

**Syncope**

133, 226, 244, P955, P957, P1062, P1063, P1064, P1076, P1831, 2032, 2033, 2034, 2035, 2036, 2037, P3375, P3381, P3385, P3386, P3387, P3388, P3389, P3390, P3391, P3392, P3393, P3394

**Systolic function**

136, 277, P387, P392, P395, P397, P427, P428, P433, P436, P503, P528, P538, P539, P540, P542, 742, 745, 818, 822, 852, P1021, P1122, P1130, P1135, P1236, P1247, 1278, 1472, 1497, P1573, P1578, P1591, P1604, P1610, P1669, P1681, P1685, P1688, P1696, P1704, 1947, 2089, P2215, P2265, P2288, P2293, P2294, P2304, P2307, P2316, P2324, P2334, P2336, P2340, P2341, P2459, P2468, 2637, 2641, P2866, P2889, P2901, P2905, P2909, P2915, P2916, P2964, P2986, P2989, P3042, P3125, P3137, P3277, P3290, P3299, P3323, P3404, P3410, P3413, P3423, P3441, 3664, 3747, 3767, 3790, 3793, 3835

**Telemedicine**

P385, P386, P425, P426, P984, P985, P1024, P1025, P1058, P1060, P1567, P1568, P1607, P1608, P1639, P1818, P1819, 1994, P3355, 3590, 3812

**The heart in hypertension**

P401, P432, P433, P447, 846, 848, 850, P1124, P1126, P1226, P1228, P1230, P1232, P1233, P1234, P1235, P1236, P1250, P1251, P1252, P1253, 1951, P2865, P2992, P3313, P3372, 3646, 3790, 3791, 3792, 3793, 3794, 3795, 3802

**Therapy**

P442, P525, P604, P1024, P1220, P1234, P1845, P1846, P1847, P1848, P1849, P1850, P1852, P1859, P2403, P3087, P3444, 3801, 3802, 3804, 3805, 3806

Liquidia's Exhibit 1092
Page 9

**Therapy (Pulmonary circulation)**

155, 157, 217, 218, 219, 220, P541, P546, P547, P549, P553, P558, P1133, P1142, P1861, P2370, 2725, 2726, 2727, 2728, 2729, P2831, P3399

**Threedimensional reconstruction**

214, P639, 822, P1569, P1570, P1571, P1572, P1573, P1574, P1575, P1576, P1577, P1578, P1579, P1581, P1582, P1583, P1609, P1610, P1611, P1613, P1614, P1615, P1616, P1617, P1618, 1967, 1968, 1969, 1970, 1971, 1972, P2220, P2312, P3137, 3147, P3447, P3529, 3737, 3740

**Thrombolytic therapy**

304, 306, 308, 309, 315, P538, P1169, P1170, P1172, P1173, 1500, P1713, P1716, P1736, 2052, 2053, 2054, 2055, 2056, 2057, 2107, 2110, P2369, P2384, P2387, P2407, 2726, 2727, 2728, P2833, P2908, 3714, 3782

**Thrombosis/microcirculation, other**

164, 220, P445, P559, P569, P570, P579, P582, P584, P586, P588, P589, P590, P591, P592, P593, P641, 694, 696, 798, P996, P1006, P1156, P1161, 1338, 1400, 1402, 1403, P1713, P1723, P1731, P1734, P1741, P1766, P1767, P1768, P1772, P1776, P1789, 1938, 1974, 2006, 2052, P2208, P2350, P2371, P2376, P2377, P2393, P2394, P2395, 2642, 2730, 2776, P2832, P2908, P2926, P2927, P3045, P3048, P3097, P3509, P3518, P3519, P3528, P3582, 3642, 3706, 3717

**Thrombotic factors**

P579, P582, P587, 696, P1128, P1186, P1842, P2448, P2832, P2843, P2923, P2930, P2959, P3089, P3090, P3092, P3094, P3402, P3489, P3518, P3519, P3582, 3826

**Transoesophageal echo**

138, P998, P1026, P1027, P1028, P1031, P1033, P1034, P1035, P1036, P1037, P1038, P1039, P1199, P1269, 1968, P2376, P2417, P2472, P2920, P2929, P2944, P2949, P3094, P3337, P3451, P3524, P3525, P3530, P3568, P3575, 3686

**Valve protheses**

P991, P1034, 1278, 1502, 1503, 1507, P1616, P3451, P3457, P3474, P3479, P3480, P3482, P3484, 3779, 3780, 3781, 3782, 3783

**Valvular heart disease**

P986, P992, P1034, P1039, P1113, P1200, P1266, P1267, P1268, P1269, P1270, P1271, P1272, P1273, P1274, P1275, P1276, 1319, 1505, 1507, 2123, 2801, P3455, P3462, P3463, P3465, P3468, P3473, P3475, P3476, P3479, P3481, P3562, 3739, 3778, 3781, 3825

**Valvular heart disease, other**

P986, P992, P995, P1000, P1029, 1504, 1506, P1611, P2922, P3445, P3449, P3450, P3452, P3454, P3457, P3464, P3469, P3470, P3471, P3473, P3479, P3480, P3481, P3482, P3557, 3738, 3778, 3782, 3783

**Valvuloplasty**

P1200, 1322, 1507, P1614, 2123, 2804, P3465, P3466, P3467, P3468, P3469, P3475, P3557, 3706, 3825

**Vascular effects**

155, P533, P602, P604, P631, P635, P636, P647, P648, 751, 768, 772, P976, P1207, P1223, P1244, P1245, 1304, 1357, P1555, P1855, P1856, 1929, 1941, 2009, P2315, P2453, 2612, P2845, P2848, P3049, 3641, 3645, 3646, 3801, 3804

**Ventricular arrhythmias**

222, 224, 254, 258, 261, P469, P470, P475, P483, P491, P495, P659, P666, P670, P956, P958, P959, P1055, P1060, P1071, P1072, P1073, P1077, P1078, P1079, P1082, P1083, P1085, P1086, P1090, P1094, P1095, P1125, P1228, P1712, P1753, 1961, 1963, P2258, P2268, P2277, P2291, P2308, 2674, 2675, 2676, 2677, P2887, P2932, P2948, P3136, P3362, P3471, P3546

**Vulnerable plaque**

209, 212, P370, P593, P611, P612, P613, P614, P615, P623, P646, P969, P975, P1014, P1210, 1353, 1354, 1355, 1356, 1357, 1358, 1382, P1724, P1752, P1763, 1939, 1941, 1942, P2179, P2263, 2620, 2648, 2711, P2852, P3009, P3043, P3351, P3405, P3501, 3764

Liquidia's Exhibit 1092
Page 10

Vol 110, No 17, October 26, 2004
ISSN 0009-7322
http://circ.ahajournals.org



American Heart
Association®

*Learn and Live*℠

# Circulation

## JOURNAL OF THE AMERICAN HEA

(P) GU 66 — E(2)

**EDITORIALS**

2552  Anti-oxLDL Antibodies: Pathogenic or Protective?
*Shoenfeld et al*

2559  Cellular Basis for Therapeutic Choices in Heart Failure
*Opie*

**ORIGINAL ARTICLES**

2562  Diagnosis of Sleep-Related Breathing Disorders
*Scharf et al*

2568  Tachycardia-Related Channel on Voltage Map
*Arenal et al*

2575  Splanchnic Syncope
*Stewart et al*

2582  RV Electrograms Localize LV Tachycardia
*Patel et al*

2588  HSP60 Antibodies and Atrial Fibrillation
*Mandal et al*

2591  ATP vs Shock for Rapid Ventricular Tachycardia
*Wathen et al*

2597  Clinical Inhibition of PAR1 by Aprotinin
*Day et al*

2601  Poor Relationships in Fontan
*Ohuchi et al*

2609  Pulmonary Artery Impedance and Power
*Weinberg et al*

2618  CHARM Low-LVEF Trials Analysis
*Young et al*

2627  Fetal Tachycardia: Effects of Hyperglycemia
*Schmidt et al*

2631  STAT6 and Heart Failure
*Hikoso et al*

2638  Coronary Artery Stenosis in CT
*Hoffmann et al*

2644  LVM and AGTR1 and AGTR2 Variants
*Kuznetsova et al*

2651  $I_{Ca1}$ Regulation by Phosphatases in AF
*Christ et al*

2658  Bone Marrow Stem Cells Differentiate Into Myocytes
*Xu et al*

2666  eNOS Modulates Cardiac Autonomic Response
*Massion et al*

2673  Integrin Profile of Smooth Muscle Progenitors
*Deb et al*

2678  Triglycerides and Cardiovascular Diseases
*Asia Pacific Cohort Studies Collaboration*

2687  ApoB Versus Non–HDL Cholesterol in MetS
*Sattar et al*

2694  Sirolimus Reduces Acute Rejection and Transplant Vasculopathy
*Keogh et al*

2701  COX-2 Regulation of Hypoxia-Induced Thrombosis
*Pidgeon et al*

2708  $\beta_2$-Mediated Dilation of Coronary Arterioles
*Hein et al*

2713  CRP Regulation of Neutrophil-Platelet Adhesion
*Khreiss et al*

**AHA SCIENTIFIC STATEMENTS**

2721  Practice Standards for ECG Monitoring in Hospitals
*Drew et al*

2747  Kawasaki Disease Diagnosis, Treatment, Management
*Newburger et al*

Electronic Pages:

- Image: Primary Cardiac Lymphoma Presenting With Stroke
- Book Review: Cardiac Electrophysiology: From Cell to Bedside, Fourth Edition

Liquidia's Exhibit 1093
Page 1

# Circulation

JOURNAL OF THE AMERICAN HEA

(P) GU 66 — E(2)

Abstracts
from

## scientific sessions 2004

Sessions: November 7–10
Exhibits: November 7–9
New Orleans, Louisiana
**scientificsessions.org**



basic science

clinical science

population science

## Named and Invited Lectures 2004

2004 Russell Ross Memorial Lectureship in Vascular Biology • 2004 George Lyman Duff Memorial Lecture • 2004 Sol Sherry Distinguished Lecture in Thrombosis • 2004 Thomas W. Smith Memorial Lecture • 2004 George E. Brown Memorial Lecture • 2004 Dickinson W. Richards Memorial Lecture • 2004 Katharine A. Lembright Award • 2004 William W. L. Glenn Lecture • 2004 William J. Rashkind Memorial Lecture • 2004 T. Duckett Jones Memorial Lecture • 2004 Charles T. Dotter Memorial Lecture • 2004 Laennec Society Lecture • 2004 Ancel Keys Lecture • 2004 Lewis K. Dahl Memorial Lecture • 2004 Robert I. Levy Endowed Lecture in Lipid Metabolism

## New and Young Investigator Award/Prize Abstract Finalists

Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators • Melvin L. Marcus Young Investigator Awards in Cardiovascular Science • Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care • Outstanding Research Award in Pediatric Cardiology • Melvin Judkins Young Investigator Award in Cardiovascular Radiology • Vivian Thomas Young Investigator Award • Martha N. Hill New Investigator Awards • Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training • Samuel A. Levine Young Clinical Investigator Awards • Laennec Society Young Clinician Award • NPAM New Investigator Award

## Abstracts From the Scientific Sessions 2004

Liquidia's Exhibit 1093
Page 2

# Supplement to

# Circulation Volume 110   Number 17   October 26, 2004

THE BRITISH LIBRARY
SCIENCE TECHNOLOGY
19 NOV 2004
AND INNOVATION

## Abstracts From Scientific Sessions 2004
## Morial Convention Center
## New Orleans, Louisiana
## November 7–10, 2004

## Named and Invited Lectures

**2004 Russell Ross Memorial Lectureship in Vascular Biology**
*Garret A. FitzGerald, MD* ............................................................... III-A

**2004 George Lyman Duff Memorial Lecture**
*Henry N. Ginsberg, MD* ................................................................. III-A

**2004 Sol Sherry Distinguished Lecture in Thrombosis**
*Denisa D. Wagner, PhD* ................................................................ III-A

**2004 Thomas W. Smith Memorial Lecture**
*Donald M. Bers, PhD* .................................................................... III-B

**2004 George E. Brown Memorial Lecture**
*David A. Kass, MD, FAHA* ............................................................. III-B

**2004 Dickinson W. Richards Memorial Lecture**
*Kenneth Weir, MD, FAHA* .............................................................. III-C

**2004 Katharine A. Lembright Award**
*Diane M. Becker, RN, MPH, ScD, FAHA* .......................................... III-C

**2004 William W. L. Glenn Lecture**
*Timothy Gardner, MD* ................................................................... III-C

**2004 William J. Rashkind Memorial Lecture**
*Betsy Dresser, PhD* ...................................................................... III-D

**2004 T. Duckett Jones Memorial Lecture**
*Jane W. Newburger, MD, MPH* ...................................................... III-D

**2004 Charles T. Dotter Memorial Lecture**
*Lewis Wexler, MD* ........................................................................ III-D

**2004 Laennec Society Lecture**
*Nanette K. Wenger, MD, FAHA* ..................................................... III-E

**2004 Ancel Keys Lecture**
*Darwin R. Labarthe, MD, MPH, PhD* .............................................. III-E

**Note:** Abstract numbers are arranged to coincide with abstract titles in the *American Heart Association's Scientific Sessions 2002 Program*.

Subject and author indexes are keyed to abstract numbers. Authors of all Named and Invited Lectures and New and Young Investigator Award/Prize Abstracts are presented in the expanded Table of Contents within this Abstracts issue. Indexes are located at the back of this issue. All other supplements to this volume of *Circulation* will be indexed in the last December issue.

CIRCULATION (ISSN 0009-7322) is published weekly except combined the first two weeks in January and the last two weeks in December by Lippincott Williams & Wilkins at 16522 Hunters Green Parkway, Hagerstown, MD 21740. Business offices are located at 530 Walnut Street, Philadelphia, PA 19106-3621. Production offices are located at 351 West Camden Street, Baltimore, MD 21201-2436. Individuals may subscribe for their personal use at the following rates: $206 for members of an American Heart Association scientific council and $289 for nonmembers; international: $353 for members of an American Heart Association scientific council and $495 for nonmembers. Periodicals postage paid at Hagerstown, MD, and additional mailing offices. POSTMASTER: Send address changes to CIRCULATION, American Heart Association, Lippincott Williams & Wilkins, 16522 Hunters Green Parkway, Hagerstown, MD 21740.

Liquidia's Exhibit 1093
Page 3

**2004 Lewis K. Dahl Memorial Lecture**
*Rhian M. Touyz MD, PhD* ........................................................ III-F
**2004 Robert I. Levy Endowed Lecture in Lipid Metabolism**
*Ronald M. Krauss, MD, FAHA* .................................................. III-F

## New and Young Investigator Award/Prize Abstract Finalists

**Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators**
*Karl-Ludwig Laugwitz, Alessandra Moretti, Jason Lam, Peter Gruber, Yinhong Chen, Sarah Woodard, Lizhu Lin, Chen-Leng Cai, Michael Reth, Sylvia Evans, Kenneth R. Chien* ................... III-G
*Patrick Most, Mirko Voelkers, Sven T. Pleger, Erhe Gao, Melanie Boerries, Andrew Remppis, Hugo A. Katus, Walter J. Koch* ..................................................... III-G
*Sathyamangla V. Naga Prasad, Aruni Jayatilleke, Howard A. Rockman* ..................... III-H
*Da-Zhi Wang, Dongsun Cao, Zhigao Wang, Shijie Li, Eric N. Olson* ...................... III-H
*Min Xie, Sam C. Wang, Dou Zhang, Arun J.C. Prahash, Hidemasa Oh, Motoaki Sano, Xiaozhen Wang, Jennifer S. Pocius, George E. Taffet, Lloyd H. Michael, Tse-Hua Tan, Mark L. Entman, Michael D. Schneider* ......... III-H

**Melvin L. Marcus Young Investigator Awards in Cardiovascular Science**
*Roselle Abraham, Peter Lim, Charles A. Henrikson, Roland Emokpae, Ronald Li, Leslie Tung, Eduardo Marbán* .... III-I
*Garvan C. Kane, Atta Behfar, D. Fearghas O'Cochlain, Roy B. Dyer, Xiao-Ke Liu, Denice M. Hodgson, Santiago Reyes, Takashi Miki, Susumu Seino, Andre Terzic* ..................... III-I
*Ryoji Koshida, Petra Rocic, Shuichi Saito, William M. Chilian* ........................... III-I
*Gangjian Qin, Masaaki Ii, Andrea Wecker, Evelyn Bord, Hong Ma, David A. Goukassian, Yung-sup Yoon, Raj Kishore, Yan Zhu, Douglas W. Losordo* ........................................ III-J
*Yao Liang Tang, Yi Tang, Keping Qian, Y. Clare Zhang, Leping Shen, M. Ian Phillips* ........... III-J
*Subodh Verma, Chao-Hung Wang, William Stanford, Shu-Hong Li, Richard D. Weisel* ........... III-J

**Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care**
*Kimberly A. Boddicker, Yi Zhang, Loyd R. Davies, Richard E. Kerber* ..................... III-K
*Sebastien Bonnet, M. Evangelos D. Michelakis, Sean McMurtry, Gwyneth Harry, Sandra Bonnet, Alois Haromy, Stephen L. Archer* ................................................... III-K
*Pietro Caironi, Fumito Ichinose, Rong Liu, Rosemary C. Jones, Kenneth D. Bloch, Warren M. Zapol* ........... III-L
*Junyan Gu, Deyanira Prastein, Charles White, Jeffrey Manchio, Richard N. Pierson, Bartley P. Griffith, Paul Gurbel, Udaya Tandry, Robert Poston* ...................................... III-L
*Christopher J. Mingone, Sachin A. Gupte, Noorjahan Ali, Richard A. Oeckler, Susan C. Olson, Michael S. Wolin* .... III-L

**Outstanding Research Award in Pediatric Cardiology**
*Brian Feingold, Seda Selamet, Sang C. Park, Beth F. Printz, C. Becket Mahnke, Shing Lee, Charles S. Kleinman, Donna M. Timchak, William H. Neches, Welton M. Gersony* ..................... III-M
*Marco Stramba-Badiale, Karine Goulene, Giuliano Bosi, Roberta Bini, Silvia G. Priori, Raffaella Bloise, Lia Crotti, Patrizia Salice, Vlasta Fesslova, Savina Mannarino, Giuseppe Latini, Roberto Giorgetti, Peter J. Schwartz* ......... III-M
*Wayne Tworetzky, Audrey C. Marshall, Laura B. Myers, Lisa J. Bergersen, Russell T. Jennings, Carol B. Benson, Louise E. Wilkins-Haug, James E. Lock* ........................... III-N

**Melvin Judkins Young Investigator Award in Cardiovascular Radiology**
*Fabao Gao, Bensheng Qiu, Sourav Kar, Xiangcan Zhan, Lawrence V. Hofmann, Xiaoming Yang* ............. III-N
*C. Javidan-Nejad, D.C. Lesniak, G.S. Chrysant, J. Zheng, R.J. Gropler, T.K. Pilgram, P.K. Woodard* ........ III-O
*Saman Nazarian, David A. Bluemke, Albert C. Lardo, Menekhem M. Zviman, Katherine C. Wu, Stanley Watkins, Clerio Azevedo, Timm L. Dickfeld, Glenn R. Meininger, Ronald D. Berger, Hugh Calkins, Joao A. Lima, Henry R. Halperin* ......................................................... III-O
*Monvadi B. Srichai, Chelif Junor, L. Leonardo Rodriguez, Arthur E. Stillman, Richard A. Grimm, Michael L. Lieber, Joan A. Weaver, Nicholas G. Smedira, Richard D. White* .................... III-O

**Vivian Thomas Young Investigator Award**
*Sydney L. Gaynor, Hersh S. Maniar, Jeffrey B. Bloch, Paul Steendijk, Marc R. Moon* .................. III-P
*Faraz Kerendi, Michael E. Halkos, Hajime Kin, Joel S. Corvera, Daniel J. Brat, Mary B. Wagner, Jakob Vinten-Johansen, Zhi-Qing Zhao, Joseph M. Forbess, Kirk R. Kanter, Paul M. Kirshbom* ............... III-P
*Paul V. Kochupura, Evren U. Azeloglu, Damon J. Kelly, Sergey V. Doronin, Stephen F. Badylak, Irvin B. Krukenkamp, Ira S. Cohen, Glenn R. Gaudette* ........................ III-P
*Stephen Kolakowski Jr, Mark F. Berry, Todd Grand, Omar Fisher, M. Astrid Moise, Jeffrey Cohen, Vivian Hsu, Y. Joseph Woo* ........................................................ III-Q
*Frank Langer, Filiberto Rodriguez, Saskia Ortiz, Allen Cheng, Mary K. Zasio, David Liang, George T. Daughters, Neil B. Ingels, D. Craig Miller* .................................. III-Q
*Pierre Voisine, Jian Li, Cesario Bianchi, Tanveer A. Khan, Marc Ruel, Shu-Hua Xu, Jun Feng, Audrey Rosinberg, Tamer Malik, Yasunari Nakai, Frank W. Sellke* .................... III-R

Liquidia's Exhibit 1093
Page 4

**Martha N. Hill New Investigator Awards**
*Wen-Wen Li, Anita L. Stewart, Nancy Stotts, Erika S. Froelicher* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-R**
*Philip Moons, Kristien Van Deyk, Kristel Marquet, Els Raes, Leentje De Bleser, Sabina De Geest, Werner Budts* . . . . **III-R**
*Lorraine S. Evangelista, Kathleen Dracup, Lynn Doering, Debra K. Moser, Jon Kobashigawa* . . . . . . . . . . . . . . . **III-S**

**Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training**
*Matthew Allison, Michael Criqui, Elena Ho, Julie Denenberg* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Khawaja Afzal Ammar, Steven J. Jacobsen, Richard J. Rodeheffer* . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Apoor S. Gami, Daniel E. Howard, Eric J. Olson, Virend K. Somers* . . . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Frederick A. Masoudi, Charles Baillie, Yongfei Wang, Edward P. Havranek, JoAnne Micale Foody, John F.
Steiner, Harlan M. Krumholz* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-U**
*Nona Sotoodehnia, David Siscovick, Matteo Vatta, Bruce Psaty, Russell Tracy, Jeffrey Towbin, Rozenn Lemaitre,
Thomas Rea, Peter Durda, Joel Chang, Thomas Lumley, Lewis Kuller, Greg Burke, Susan Heckbert* . . . . . . . . . **III-U**
*Tianying Wu, Susan E. Hankinson, Walter C. Willett, Edward Giovannucci* . . . . . . . . . . . . . . . . . . . . . . . . **III-V**

**Samuel A. Levine Young Clinical Investigator Awards**
*Michaela Scheuermann-Freestone, Damian Tyler, George K. Radda, Stefan Neubauer, Kieran Clarke* . . . . . . . . .**III-W**
*Michelle M. Kittleson, Shui Q. Ye, Rafael A. Irizarry, John V. Conte, Giovanni Parmigiani, Leslie W. Miller,
Yingjie Chen, Jennifer L. Hall, Joe G.N. Garcia, Joshua M. Hare* . . . . . . . . . . . . . . . . . . . . . . . . . . .**III-W**
*Hidenobu Koga, Seigo Sugiyama, Kiyotaka Kugiyama, Keisuke Watanabe, Hironobu Fukushima, Tomoko
Tanaka, Tomohiro Sakamoto, Michihiro Yoshimura, Hideaki Jinnouchi, Hisao Ogawa* . . . . . . . . . . . . . . . . . .**III-W**
*Francesca Nesta, Maire Leyne, Charles Simpson, Daisy Dai, Jane E. Marshall, Chaim Yosefy, Judy Hung, Susan
A. Slaugenhaupt, Robert A. Levine* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-X**
*Khim Leng Tong, Sanjiv Kaul, Xin-Qun Wang, Diana Rinkevich, Saul Kalvaitis, Todd Belcik, Wolfgang Lepper,
William A. Foster, Kevin Wei* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-X**

**Laennec Society Young Clinician Award**
*Marcus Y. Chen, William A. Baker, Bryan R. Haugen, Robert A. Quaife* . . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**
*Andrew C. Lee, Elyse Foster, Yerem Yeghiazarians* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**
*Molly Ware, Eric Awtry, Michael Klein, Thomas Ryan* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**

**NPAM New Investigator Award**
*M. Robinson, M. Scheuermann-Freestone, P. Leeson, K. Clarke, S. Neubauer, F. Wiesmann* . . . . . . . . . . . . . . **III-Z**

**Abstracts From the Scientific Sessions 2004** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-1**

**Author Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-837**

**Subject Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-893**

**Abstracts From the Resuscitation Science Symposium** . . . . . . . . . . . . . . . . . **III-1095**

**American Heart Association Embargo Policy for Scientific Sessions Abstracts**

Abstracts, lectures, and other presentations included in the Scientific Sessions 2004 Supplement published in the
Oct. 26 issue of *Circulation: Journal of the American Heart Association* are embargoed for release at the time of
presentation at the American Heart Association's Scientific Sessions 2004 (Nov. 7–10) and information may not
be released before then. Presentation times are listed in the Scientific Sessions 2004 Final Program.

Liquidia's Exhibit 1093
Page 5

**Basic Science**

of membranous RhoA and phosphorylated ERM in brainstem were greater both in angiotensin II-treated rats and SHR than in WKY. Valsartan reduced the expression levels of membranous RhoA in angiotensin II-treated rats and SHR. In addition, Y-27632 or valsartan reduced the expression levels of phosphorylated ERM in both groups. Subcutaneous infusion of phenylephrine increased SBP to the same level of angiotensin II infusion in WKY. However, it did not alter the expression levels of membranous RhoA and phosphorylated ERM. Conclusions: These results suggest that 1) the pressor response induced by central infusion of angiotensin II is substantially mediated by activation of Rho/Rho-kinase pathway in brainstem via AT1 receptors, 2) this pathway may also be involved in hypertensive mechanism in SHR.

| Group | plasma IL-1β (pg/ml) | plasma IL-6 (pg/ml) | heart IL-1β (pg/mg protein) | hypotha-lamus IL-1β (pg/mg protein) | hypotha-lamus TNF-α (pg/mg protein) | brain-stem IL-1β (pg/mg protein) | brain-stem TNF-α (pg/mg protein) | cortex IL-1β (pg/mg protein) | cortex TNF-α (pg/mg protein) | heart/BW Ratio (mg/g) | lung/BW Ratio (mg/g) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MI+VEH (n=7) | 131.1±10.9 | 119.5±9.7 | 53.4±6.5 | 47.1±7.8 | 6.8±0.7 | 6.1±0.8 | 67.1±10.1 | 26.4±4.1 | 7.2±0.2 | 13.5±0.6 | |
| MI+SL (n=7) | 67.5±3.1* | 53.3±8.9* | 32.6±5.9* | 29.4±5.1* | 3.8±0.9* | 2.8±0.5* | 39.4±5.5* | 25.8±5.2 | 6.4±0.3* | 12.1±0.6* | |
| SHAM+SL (n=8) | 48.2±3.6 | 33.7±2.8 | 23.7±6.5 | 17.4±4.8 | 2.8±0.7 | 2.1±0.6 | 25.3±4.8 | 24.3±4.9 | 3.3±0.1 | 5.2±0.3 | |
| SHAM+ VEH (n=8) | 53.9±2.4 | 36.1±2.8 | 27.6±5.4 | 18.8±4.0 | 3.2±0.9 | 2.4±0.8 | 28.0±8.7 | 23.6±6.5 | 3.4±0.1 | 5.1±0.3 | |

---

## Endothelial Nitric Oxide and Hypertension in Autonomic Failure

**1412**

Alfredo Gamboa, Cyndya Shibao, Andre Diedrich, Bonnie K Black, Ginnie Farley, Satish R Raj, David Robertson, Italo Biaggioni; Vanderbilt Univ, Nashville, TN

More than half of patients with autonomic failure (AF) have severe supine hypertension despite low or undetectable norepinephrine levels and often undetectable plasma renin activity. Supine hypertension is related to increased vascular resistance but the mechanism is not known. To test the hypothesis that nitric oxide deficiency contributes to supine hypertension we blocked endogenous nitric oxide synthase with L-NMMA in 5 AF patients and 7 normal controls (supine SBP 173±6 and 107±5 mmHg, respectively). Systolic blood pressure (SBP) was normalized to 110 mmHg in AF with graded head-up tilt, and baroreflexes were eliminated with trimethaphan in normal controls to mimic autonomic failure. The pressor response to graded doses of L-NMMA was shifted to the left in AF (Figure); the dose necessary to increase SBP by 30 mmHg was 3.4-fold lower in AF compared to controls (136±24 and 465±103 μg/k/min respectively, p<0.02). In conclusion, contrary to our original hypothesis, our results suggest an increased tonic release of nitric oxide in AF. Thus, NO deficiency does not contribute to supine hypertension in autonomic failure. On the contrary, this enhanced tonic NO may contribute to orthostatic hypotension in these patients.



---

## Oral Administration of a Mineralocorticoid Receptor Antagonist Reduces Brain, Heart, and Blood-borne Proinflammatory Cytokines in Heart Failure

**1413**

Yu-Ming Kang, Carver College of Med, Univ of Iowa, Iowa City, IA; Ralph F Johnson, Univ of Iowa, Iowa City, IA; Zhi-Hua Zhang, Carver College of Med, Univ of Iowa, Iowa City, IA; Robert M Weiss, Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA; Alan K Johnson, Univ of Iowa, Iowa City, IA; Robert B Felder; Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA

Introduction: Brain and blood-borne cytokines may contribute to neurohumoral excitation in heart failure (HF). We previously reported that blockade of mineralocorticoid receptors (MR) in the central nervous system with spironolactone (SL) reduces circulating tumor necrosis factor (TNF)-α in HF rats. The effect of SL on proinflammatory cytokines (PIC) in the brain and on other important circulating PIC - interleukin (IL)-1β and IL-6 - was not determined. Hypothesis: Chronic treatment with oral SL will reduce brain and blood-borne PIC in rats with HF following MI. Methods and Results: Rats underwent coronary artery ligation to induce MI (48.2±2.0% of left ventricle, with ejection fraction of 35.5±4.1% by echocardiography), or sham surgery (SHAM). Six weeks later, immunohistochemistry of the paraventricular nucleus (PVN) of hypothalamus, a region critical to cardiovascular regulation, revealed more PVN neurons (MI vs SHAM, **P<0.01) positive for TNF-α (59.5±3.3** vs 10.8±0.9) and IL-1β (70.7±3.9** vs 13.8±1.2) in MI (n=6) than in SHAM (n=6) rats. Double staining demonstrated that these neurons were distributed among PVN neurons expressing Fra-like immunoreactivity, indicating chronic neuronal activation. MI rats (n=6) treated with SL (1 mg/kg/day orally for 6 weeks) had fewer (MI+SL vs MI, #P<0.01) Fra-like positive PVN neurons (85.5±5.4# vs 183.8±5.0), and fewer PVN neurons positive for TNF-α (22.4±1.8%# vs 32.4±1.7%) and IL-1β (19.1±1.3%# vs 38.4±2.1%). Levels of TNF-α, IL-1β and IL-6 in brain and heart tissues and in plasma were also lower in MI rats treated with SL (see table). Conclusion: In rats with ischemia-induced heart failure, orally administered SL has a global inhibitory influence on the appearance of proinflammatory cytokines in brain, heart and plasma. The beneficial influence of MR antagonism in patients with HF may result at least in part from blocking aldosterone-induced cytokine synthesis. (Table: *P<0.05 MI+SL vs MI+VEH)

---

## Pulmonary Arterial Hypertension: New Therapies

### Subspecialty: Integrative Biology

*Wednesday*

Ernest N Morial Convention Center, Hall I2

Abstracts 1414–1418

---

### Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension

**1414**

Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessler, Thomas Schmehl, Markus G Kohstall, Friedrich Grimminger, Hossein A Ghofrani, Werner Seeger, Horst Olschewski; Univ Hosp Giessen, Giessen, Germany

**Objective:** To evaluate the effects of inhaled TRE on pulmonary hemodynamics and gas exchange in severe pulmonary hypertension (PH) and to assess safety, tolerability and clinical efficacy in patients with severe PH. **Background:** TRE is a stable prostacyclin analogue that has been approved for treatment of pulmonary arterial hypertension as a continuous subcutaneous infusion. Recent, another prostacyclin analogue, has been shown to be efficacious in a randomized controlled study as repetitive inhalation. **Methods:** In an open-label study a preservative free solution of inhaled TRE was applied to 17 patients with severe pulmonary hypertension during Swan-Ganz catheter investigation. Patients received a TRE inhalation by use of the pulsed OptiNeb® ultrasound nebulizer (3 single breaths, TRE solution 600 μg/ml). Hemodynamics were observed for 2 hours. Two patients with idiopathic PAH received compassionate treatment with 4 inhalations of TRE per day after the acute test. **Results:** Patients (male/female= 4/13) suffered from IPAH (n=5), PAH other (n=8) and CTEPH (n=4): PVR 948 ± 112 dyn*s*cm⁻⁵, PAP 48.3 ± 2.7 mmHg, PAWP 8.9 ± 0.5 mmHg, CVP 10.8 ± 1.6 mmHg, CO 3.8 ± 0.3 l/min, SvO2 61.8 ± 1.8 %. TRE inhalation resulted in a sustained, highly pulmonary selective vasodilatation over 120 minutes. Maximum PVR decrease was -31.2 ± 4.5 % after 30 min. PVR and SVR at 120 minutes after inhalation were 89.2 ± 4.2 % and 101.0 ± 4.0 % of the baseline values, respectively. The AUC for the observation period (120min) was -22.9 ± 3.8 % for PVR and -4.9 ± 3.2% for SVR. The compassionate use patients have been treated for more than 3 months. In both patients NYHA class improved (from IV to III and from III to II), and six minute walk increased (from 0 m (bedridden) to 143 m, and from 310 m to 486 m, respectively). No side effects have been observed by the patients during long-term treatment. Conclusions: Inhaled TRE shows strong pulmonary selective vasodilatory efficacy with a long duration of effect following single acute dosing. Tolerability is excellent even at high drug concentrations and short inhalation times (3 breaths). Long-term treatment effects are very promising. The current results warrant controlled studies investigating this approach in a larger series of patients. Supported by Lung RX

---

### Rho-kinase in Pulmonary Hypertension

**1415**

Ken Ishikura, Norikazu Yamada, Akihiro Tsuji, Satoshi Ota, Mashio Nakamura, Masaaki Ito, Naoki Isaka, Takeshi Nakano; Mie Univ Sch of Med, Tsu, Japan

**Objectives:** Pulmonary hypertension (PH) is a poor prognostic disease with limited treatment. Rho-kinase is involved in the pathophysiology of several diseases underlying smooth muscle hypercontraction. But the role of it is unknown. The purpose of this preliminary report was to indicate the efficacy of fasudil, a Rho-kinase inhibitor in patients with pulmonary hypertension using interventional hemodynamic assessment. Methods: Fasudil was intravenously injected in 10 patients (9 female, mean ± SD, 46 ± 15 years, NYHA II n=2, III n=7, IV n=1) with primary (n=5) and secondary (n=5) PH who were not received any vasodilator. Fasudil was administrated 30mg with 1mg/min. Hemodynamic data were measured using Swan-Ganz catheter until 60 minutes after starting administration of fasudil. Hemodynamic and arterial blood gas data of baseline and the lowest total pulmonary resistance (TPR) time were compared. Results: The lowest TPR time was within 30 to 60 minutes after administration. Administration of fasudil significantly decreased TPR from 13.6 ± 6.8 U to 10.3 ± 4.9 U (-23.2 ± 9.2 %, p < 0.001) and mean pulmonary arterial pressure (mPAP) from 43.6 ± 14.5 mmHg to 38.8 ± 13.9 mmHg (-11.5 %, p < 0.02). Cardiac index (CI) was significantly increased from 2.39 ± 0.66 L/min/m² to 2.74 ± 0.73 L/min/m² (+16.5 ± 15.1 %, p < 0.01). Although TPR was equally decreased in both primary and secondary PH, the changes in the parameters that prescribed TPR, namely CI and mPAP, were different between the two groups subjects. Increased CI was a major factor to reducing TPR in primary PH, while reduced mPAP

Liquidia's Exhibit 1093
Page 6



CIRCULATION

110
SUPP
OCT 26
2004
17

RC 681
.A1 C5
Set 1

Liquidia's Exhibit 1094
Page 1

Vol 110, No 17, October 26, 2004
ISSN 0009-7322
http://circ.ahajournals.org



American Heart
Association®

SUPPLEMENT TO

Learn and Live℠

# Circulation

## JOURNAL OF THE AMERICAN HEART ASSOCIATION

Abstracts
from

## scientific sessions 2004

Sessions: November 7–10
Exhibits: November 7–9
New Orleans, Louisiana
scientificsessions.org





basic science

clinical science

population science

### Named and Invited Lectures 2004

2004 Russell Ross Memorial Lectureship in Vascular Biology • 2004 George Lyman Duff Memorial Lecture • 2004 Sol Sherry Distinguished Lecture in Thrombosis • 2004 Thomas W. Smith Memorial Lecture • 2004 George E. Brown Memorial Lecture • 2004 Dickinson W. Richards Memorial Lecture • 2004 Katharine A. Lembright Award • 2004 William W. L. Glenn Lecture • 2004 William J. Rashkind Memorial Lecture • 2004 T. Duckett Jones Memorial Lecture • 2004 Charles T. Dotter Memorial Lecture • 2004 Laennec Society Lecture • 2004 Ancel Keys Lecture • 2004 Lewis K. Dahl Memorial Lecture • 2004 Robert I. Levy Endowed Lecture in Lipid Metabolism

### New and Young Investigator Award/Prize Abstract Finalists

Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators • Melvin L. Marcus Young Investigator Awards in Cardiovascular Science • Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care • Outstanding Research Award in Pediatric Cardiology • Melvin Judkins Young Investigator Award in Cardiovascular Radiology • Vivian Thomas Young Investigator Award • Martha N. Hill New Investigator Awards • Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training • Samuel A. Levine Young Clinical Investigator Awards • Laennec Society Young Clinician Award • NPAM New Investigator Award

### Abstracts From the Scientific Sessions 2004

Liquidia's Exhibit 1094
Page 2



Approved in over 64 countries worldwide!

# *with proven safety*

*as an adjunct to diet for many patients with dyslipidemia*

## Proven safety similar to other leading statins[3]

- Adverse reactions were **mild and transient**; incidence and discontinuation rates similar to placebo and other statins[3,4]

- The most frequent adverse events were myalgia (3.3%), constipation (1.4%), asthenia (1.3%), abdominal pain (1.3%), and nausea (1.3%)[3,5]

## CRESTOR was evaluated in over 10,000 patients in preapproval clinical trials—more than any other statin prior to approval[4,6-11]

## Overall, more than 42,000 patients have taken CRESTOR in clinical trials, including ongoing trials in the GALAXY™ Program[12]

- The GALAXY Program is a large, comprehensive, long-term evolving global research initiative evaluating the efficacy and safety of CRESTOR and demonstrating the AstraZeneca confidence in, and commitment to, this important therapeutic option

It is recommended that liver function tests be performed before and at 12 weeks following both the initiation of therapy and any elevation of dose, and periodically (eg, semiannually) thereafter.

The effect of CRESTOR on cardiovascular morbidity and mortality has not been determined; long-term outcome studies are currently under way.



**CRESTOR**®
rosuvastatin calcium

*Please see brief summary of full Prescribing Information on reverse side of this advertisement.*

# Supplement to

# Circulation   Volume 110   Number 17   October 26, 2004

## Abstracts From Scientific Sessions 2004
## Morial Convention Center
## New Orleans, Louisiana
## November 7–10, 2004

## Named and Invited Lectures

**2004 Russell Ross Memorial Lectureship in Vascular Biology**
*Garret A. FitzGerald, MD* ............................................................ III-A

**2004 George Lyman Duff Memorial Lecture**
*Henry N. Ginsberg, MD* ............................................................... III-A

**2004 Sol Sherry Distinguished Lecture in Thrombosis**
*Denisa D. Wagner, PhD* .............................................................. III-A

**2004 Thomas W. Smith Memorial Lecture**
*Donald M. Bers, PhD* .................................................................. III-B

**2004 George E. Brown Memorial Lecture**
*David A. Kass, MD, FAHA* ............................................................ III-B

**2004 Dickinson W. Richards Memorial Lecture**
*Kenneth Weir, MD, FAHA* ............................................................ III-C

**2004 Katharine A. Lembright Award**
*Diane M. Becker, RN, MPH, ScD, FAHA* .......................................... III-C

**2004 William W. L. Glenn Lecture**
*Timothy Gardner, MD* ................................................................ III-C

**2004 William J. Rashkind Memorial Lecture**
*Betsy Dresser, PhD* ................................................................... III-D

**2004 T. Duckett Jones Memorial Lecture**
*Jane W. Newburger, MD, MPH* ..................................................... III-D

**2004 Charles T. Dotter Memorial Lecture**
*Lewis Wexler, MD* ..................................................................... III-D

**2004 Laennec Society Lecture**
*Nanette K. Wenger, MD, FAHA* ................................................... III-E

**2004 Ancel Keys Lecture**
*Darwin R. Labarthe, MD, MPH, PhD* ............................................. III-E

**Note:** Abstract numbers are arranged to coincide with abstract titles in the *American Heart Association's Scientific Sessions 2002 Program.*

Subject and author indexes are keyed to abstract numbers. Authors of all Named and Invited Lectures and New and Young Investigator Award/Prize Abstracts are presented in the expanded Table of Contents within this Abstracts issue. Indexes are located at the back of this issue. All other supplements to this volume of *Circulation* will be indexed in the last December issue.

CIRCULATION (ISSN 0009-7322) is published weekly except combined the first two weeks in January and the last two weeks in December by Lippincott Williams & Wilkins at 16522 Hunters Green Parkway, Hagerstown, MD 21740. Business offices are located at 530 Walnut Street, Philadelphia, PA 19106-3621. Production offices are located at 351 West Camden Street, Baltimore, MD 21201-2436. Individuals may subscribe for their personal use at the following rates: $206 for members of an American Heart Association scientific council and $289 for nonmembers; international: $353 for members of an American Heart Association scientific council and $495 for nonmembers. Periodicals postage paid at Hagerstown, MD, and additional mailing offices. POSTMASTER: Send address changes to CIRCULATION, American Heart Association, Lippincott Williams & Wilkins, 16522 Hunters Green Parkway, Hagerstown, MD 21740.

Liquidia's Exhibit 1094
Page 4

**2004 Lewis K. Dahl Memorial Lecture**
*Rhian M. Touyz MD, PhD* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-F**

**2004 Robert I. Levy Endowed Lecture in Lipid Metabolism**
*Ronald M. Krauss, MD, FAHA* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-F**

## New and Young Investigator Award/Prize Abstract Finalists

**Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators**
*Karl-Ludwig Laugwitz, Alessandra Moretti, Jason Lam, Peter Gruber, Yinhong Chen, Sarah Woodard, Lizhu
Lin, Chen-Leng Cai, Michael Reth, Sylvia Evans, Kenneth R. Chien* . . . . . . . . . . . . . . . . . . . . . . **III-G**
*Patrick Most, Mirko Voelkers, Sven T. Pleger, Erhe Gao, Melanie Boerries, Andrew Remppis, Hugo A. Katus,
Walter J. Koch* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-G**
*Sathyamangla V. Naga Prasad, Aruni Jayatilleke, Howard A. Rockman* . . . . . . . . . . . . . . . . . . **III-H**
*Da-Zhi Wang, Dongsun Cao, Zhigao Wang, Shijie Li, Eric N. Olson* . . . . . . . . . . . . . . . . . . . . **III-H**
*Min Xie, Sam C. Wang, Dou Zhang, Arun J.C. Prahash, Hidemasa Oh, Motoaki Sano, Xiaozhen Wang, Jennifer
S. Pocius, George E. Taffet, Lloyd H. Michael, Tse-Hua Tan, Mark L. Entman, Michael D. Schneider* . . . . . . . . **III-H**

**Melvin L. Marcus Young Investigator Awards in Cardiovascular Science**
*Roselle Abraham, Peter Lim, Charles A. Henrikson, Roland Emokpae, Ronald Li, Leslie Tung, Eduardo Marbán* . . . . **III-I**
*Garvan C. Kane, Atta Behfar, D. Fearghas O'Cochlain, Roy B. Dyer, Xiao-Ke Liu, Denice M. Hodgson,
Santiago Reyes, Takashi Miki, Susumu Seino, Andre Terzic* . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-I**
*Ryoji Koshida, Petra Rocic, Shuichi Saito, William M. Chilian* . . . . . . . . . . . . . . . . . . . . . . . . **III-I**
*Gangjian Qin, Masaaki Ii, Andrea Wecker, Evelyn Bord, Hong Ma, David A. Goukassian, Yung-sup Yoon, Raj
Kishore, Yan Zhu, Douglas W. Losordo* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-J**
*Yao Liang Tang, Yi Tang, Keping Qian, Y. Clare Zhang, Leping Shen, M. Ian Phillips* . . . . . . . . . **III-J**
*Subodh Verma, Chao-Hung Wang, William Stanford, Shu-Hong Li, Richard D. Weisel* . . . . . . . . . . . **III-J**

**Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care**
*Kimberly A. Boddicker, Yi Zhang, Loyd R. Davies, Richard E. Kerber* . . . . . . . . . . . . . . . . . . . . **III-K**
*Sebastien Bonnet, M. Evangelos D. Michelakis, Sean McMurtry, Gwyneth Harry, Sandra Bonnet, Alois Haromy,
Stephen L. Archer* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-K**
*Pietro Caironi, Fumito Ichinose, Rong Liu, Rosemary C. Jones, Kenneth D. Bloch, Warren M. Zapol* . . . . . . **III-L**
*Junyan Gu, Deyanira Prastein, Charles White, Jeffrey Manchio, Richard N. Pierson, Bartley P. Griffith, Paul
Gurbel, Udaya Tandry, Robert Poston* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-L**
*Christopher J. Mingone, Sachin A. Gupte, Noorjahan Ali, Richard A. Oeckler, Susan C. Olson, Michael S. Wolin* . . . . **III-L**

**Outstanding Research Award in Pediatric Cardiology**
*Brian Feingold, Seda Selamet, Sang C. Park, Beth F. Printz, C. Becket Mahnke, Shing Lee, Charles S.
Kleinman, Donna M. Timchak, William H. Neches, Welton M. Gersony* . . . . . . . . . . . . . . . . . . . **III-M**
*Marco Stramba-Badiale, Karine Goulene, Giuliano Bosi, Roberta Bini, Silvia G. Priori, Raffaella Bloise, Lia
Crotti, Patrizia Salice, Vlasta Fesslova, Savina Mannarino, Giuseppe Latini, Roberto Giorgetti, Peter J. Schwartz* . . . . **III-M**
*Wayne Tworetzky, Audrey C. Marshall, Laura B. Myers, Lisa J. Bergersen, Russell T. Jennings, Carol B.
Benson, Louise E. Wilkins-Haug, James E. Lock* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-N**

**Melvin Judkins Young Investigator Award in Cardiovascular Radiology**
*Fabao Gao, Bensheng Qiu, Sourav Kar, Xiangcan Zhan, Lawrence V. Hofmann, Xiaoming Yang* . . . . . . . . **III-N**
*C. Javidan-Nejad, D.C. Lesniak, G.S. Chrysant, J. Zheng, R.J. Gropler, T.K. Pilgram, P.K. Woodard* . . . . . . **III-O**
*Saman Nazarian, David A. Bluemke, Albert C. Lardo, Menekhem M. Zviman, Katherine C. Wu, Stanley Watkins,
Clerio Azevedo, Timm L. Dickfeld, Glenn R. Meininger, Ronald D. Berger, Hugh Calkins, Joao A. Lima, Henry
R. Halperin* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-O**
*Monvadi B. Srichai, Chelif Junor, L. Leonardo Rodriguez, Arthur E. Stillman, Richard A. Grimm, Michael L.
Lieber, Joan A. Weaver, Nicholas G. Smedira, Richard D. White* . . . . . . . . . . . . . . . . . . . . . . . . **III-O**

**Vivian Thomas Young Investigator Award**
*Sydney L. Gaynor, Hersh S. Maniar, Jeffrey B. Bloch, Paul Steendijk, Marc R. Moon* . . . . . . . . . **III-P**
*Faraz Kerendi, Michael E. Halkos, Hajime Kin, Joel S. Corvera, Daniel J. Brat, Mary B. Wagner, Jakob
Vinten-Johansen, Zhi-Qing Zhao, Joseph M. Forbess, Kirk R. Kanter, Paul M. Kirshbom* . . . . . . . . . **III-P**
*Paul V. Kochupura, Evren U. Azeloglu, Damon J. Kelly, Sergey V. Doronin, Stephen F. Badylak, Irvin B.
Krukenkamp, Ira S. Cohen, Glenn R. Gaudette* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-P**
*Stephen Kolakowski Jr, Mark F. Berry, Todd Grand, Omar Fisher, M. Astrid Moise, Jeffrey Cohen, Vivian Hsu,
Y. Joseph Woo* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-Q**
*Frank Langer, Filiberto Rodriguez, Saskia Ortiz, Allen Cheng, Mary K. Zasio, David Liang, George T.
Daughters, Neil B. Ingels, D. Craig Miller* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-Q**
*Pierre Voisine, Jian Li, Cesario Bianchi, Tanveer A. Khan, Marc Ruel, Shu-Hua Xu, Jun Feng, Audrey
Rosinberg, Tamer Malik, Yasunari Nakai, Frank W. Sellke* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-R**

Liquidia's Exhibit 1094
Page 5

**Martha N. Hill New Investigator Awards**
*Wen-Wen Li, Anita L. Stewart, Nancy Stotts, Erika S. Froelicher* . . . . . . . . . . . . . . . . . . . . . **III-R**
*Philip Moons, Kristien Van Deyk, Kristel Marquet, Els Raes, Leentje De Bleser, Sabina De Geest, Werner Budts* . . . . **III-R**
*Lorraine S. Evangelista, Kathleen Dracup, Lynn Doering, Debra K. Moser, Jon Kobashigawa* . . . . . . . . . . . . . . **III-S**

**Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training**
*Matthew Allison, Michael Criqui, Elena Ho, Julie Denenberg* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Khawaja Afzal Ammar, Steven J. Jacobsen, Richard J. Rodeheffer* . . . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Apoor S. Gami, Daniel E. Howard, Eric J. Olson, Virend K. Somers* . . . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Frederick A. Masoudi, Charles Baillie, Yongfei Wang, Edward P. Havranek, JoAnne Micale Foody, John F.
Steiner, Harlan M. Krumholz* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-U**
*Nona Sotoodehnia, David Siscovick, Matteo Vatta, Bruce Psaty, Russell Tracy, Jeffrey Towbin, Rozenn Lemaitre,
Thomas Rea, Peter Durda, Joel Chang, Thomas Lumley, Lewis Kuller, Greg Burke, Susan Heckbert* . . . . . . . . . **III-U**
*Tianying Wu, Susan E. Hankinson, Walter C. Willett, Edward Giovannucci* . . . . . . . . . . . . . . . . . . . . . . . **III-V**

**Samuel A. Levine Young Clinical Investigator Awards**
*Michaela Scheuermann-Freestone, Damian Tyler, George K. Radda, Stefan Neubauer, Kieran Clarke* . . . . . . . . **III-W**
*Michelle M. Kittleson, Shui Q. Ye, Rafael A. Irizarry, John V. Conte, Giovanni Parmigiani, Leslie W. Miller,
Yingjie Chen, Jennifer L. Hall, Joe G.N. Garcia, Joshua M. Hare* . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-W**
*Hidenobu Koga, Seigo Sugiyama, Kiyotaka Kugiyama, Keisuke Watanabe, Hironobu Fukushima, Tomoko
Tanaka, Tomohiro Sakamoto, Michihiro Yoshimura, Hideaki Jinnouchi, Hisao Ogawa* . . . . . . . . . . . . . . . . **III-W**
*Francesca Nesta, Maire Leyne, Charles Simpson, Daisy Dai, Jane E. Marshall, Chaim Yosefy, Judy Hung, Susan
A. Slaugenhaupt, Robert A. Levine* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-X**
*Khim Leng Tong, Sanjiv Kaul, Xin-Qun Wang, Diana Rinkevich, Saul Kalvaitis, Todd Belcik, Wolfgang Lepper,
William A. Foster, Kevin Wei* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-X**

**Laennec Society Young Clinician Award**
*Marcus Y. Chen, William A. Baker, Bryan R. Haugen, Robert A. Quaife* . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**
*Andrew C. Lee, Elyse Foster, Yerem Yeghiazarians* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**
*Molly Ware, Eric Awtry, Michael Klein, Thomas Ryan* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**

**NPAM New Investigator Award**
*M. Robinson, M. Scheuermann-Freestone, P. Leeson, K. Clarke, S. Neubauer, F. Wiesmann* . . . . . . . . . . . . . **III-Z**

**Abstracts From the Scientific Sessions 2004** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-1**

**Author Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-837**

**Subject Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-893**

**Abstracts From the Resuscitation Science Symposium** . . . . . . . . . . . . . . . . . . **III-1095**

**American Heart Association Embargo Policy for Scientific Sessions Abstracts**

Abstracts, lectures, and other presentations included in the Scientific Sessions 2004 Supplement published in the Oct. 26 issue of *Circulation: Journal of the American Heart Association* are embargoed for release at the time of presentation at the American Heart Association's Scientific Sessions 2004 (Nov. 7–10) and information may not be released before then. Presentation times are listed in the Scientific Sessions 2004 Final Program.

Liquidia's Exhibit 1094
Page 6

# Circulation

JOURNAL OF THE AMERICAN HEART ASSOCIATION

## Editorial Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*EDITORIAL CORRESPONDENCE* should be sent to Joseph Loscalzo, MD, PhD, Editor, *Circulation*, 560 Harrison Ave, Suite 502, Boston, MA 02118. Phone 617-414-8780. Fax 617-414-8781. E-mail circ@bu.edu

*INSTRUCTIONS TO AUTHORS* appear in the first issue of each month. Authors should consult these instructions before submitting manuscripts to *Circulation*.

*AUTHOR COSTS* include page charges, cost of color figures, and cost of reprints, if ordered.

**Statements, opinions, and results of studies published in *Circulation* are those of the authors and do not reflect the policy or position of the American Heart Association, and the American Heart Association provides no warranty as to their accuracy or reliability.**

## Business Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*BUSINESS CORRESPONDENCE* should be sent to American Heart Association, Lippincott Williams & Wilkins Subscription Fulfillment Dept, 351 West Camden Street, Baltimore, MD 21201-2436. Telephone 800-787-8984. Fax 800-787-8985. E-mail: custserv@lww.com; outside the U.S.: Telephone 410-361-8080; Fax 410-361-8048.

*CHANGE OF ADDRESS:* Please supply old and new addresses. Allow 4 weeks for changes.

*ANNUAL SUBSCRIPTION RATES:* U.S.: *Personal* $303.00; *Institutional* $576.00; *Single copy* $17.00. **Outside the U.S.:** *Personal* $519.00; *Institutional* $781.00; *Single copy* $17.00.

Medical professionals and scientists in training may subscribe for $162 in the United States and $271 outside the United States if payment is accompanied by a letter from the department chair verifying post held and completion date.

Prepayment is required. Make check, draft, or money order payable to the American Heart Association in US dollars drawn on a US bank, with *Circulation* on the face of the check. To charge with a credit card, include account number, expiration date, and name as it appears on card.

*REPRINTS:* Authors may purchase reprints of their article by dialing Kathryn Welch, Author Reprint Department, Lippincott Williams & Wilkins at 1-800-341-2258; or, via E-mail at ReprintsGroup@lww.com; an Author Reprint Order Form may be accessed through the Internet at http://www.services.lww.com/periodicals/author-reprints. Single copies of reprints are available from the corresponding authors. Reprints in large quantities, for commercial or academic use, may be purchased from the publisher. For information and prices: telephone 410-528-4121, E-mail kgray@lww.com

## Advertising Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*US ADVERTISING SALES:* The Jackson-Gaeta Group, Inc., 33 Smull Avenue, Caldwell, NJ 07006. Telephone 973-403-7677. Fax 973-403-7795. Contact Joe Jackson, Paul Nalbandian, or Charles Novak. For media kits, contact Tina Auletta.

*JAPAN ADVERTISING SALES:* Biomedis International LTD, ASK Ginza Bldg, 10-6, 7-Chome Ginza, Chuo-ku, Tokyo 104-0061, Japan. Telephone (03) 3575-1611. Fax (03) 3569-0155. Contact Hiromu Furukawa. E-mail hiromu-f@biomedis.co.jp

*REST OF WORLD SALES:* Fran Grega, 3205 Douglas Point Court, Riva, MD 21140. Telephone 410-956-9861. Fax 410-956-9862. E-mail fgrega@comcast.net

*ADVERTISING PRODUCTION:* Contact Randy Ezell, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 410-528-8533, E-mail rezell@lww.com

*SPONSORED GIFT SUBSCRIPTIONS:* Contact Carol Bak, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 410-528-4163, fax 410-528-4305, E-mail cbak@lww.com

*CLASSIFIED ADVERTISING:* Contact Jennifer Williams, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 1-800-528-1843, E-mail jwilliam@lww.com

Advertisements in this issue have been reviewed to comply with the principles governing advertising in American Heart Association publications. A copy of these principles is available on request. *The appearance of an advertisement in an AHA publication is neither an AHA guarantee nor endorsement of the product or service or the claims for the product or service made by the advertiser.*

## Secondary Services

*INDEXED OR ABSTRACTED* in *Biological Abstracts, CABS, CINAHL, Chemical Abstracts, Current Contents, EMBASE/Excerpta Medica,* and *Index Medicus.*

*AVAILABLE ONLINE* from Ovid Online, 333 Seventh Avenue, 4th Floor, New York, NY 10001. Telephone 800-950-2035.

*MICROFORM EDITION* available from University Microfilms International, 300 North Zeeb Road, Ann Arbor, MI 48106-1346. Telephone 313-761-4700. Also available from Princeton Microfilm Corporation, Alexander Road, Box 2073, Princeton, NJ 08540. Telephone 609-452-2066.

*AUTHORIZATION TO PHOTOCOPY* items from this publication for personal and internal use, the personal or internal use of specific clients, or for educational use, is granted by the American Heart Association on the condition that the copier pay the appropriate fee to the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923. Telephone 978-750-8400. Fax 978-750-4744. This consent does not extend to copying for advertising or promotional purposes, for creating new collective works, or for resale. Individuals may make single photocopies for personal, noncommercial use without obtaining permission. For all other use, permission should be sought directly from the Rights & Permissions Desk, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436; telephone 410-528-4016; fax 410-528-8550; E-mail journalpermissions@lww.com

*Circulation* (ISSN 0009-7322) is published weekly by Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436.

GST Registration Number 89552 4239 RT.

Printed in the USA.    © 2004 American Heart Association, Inc.

Liquidia's Exhibit 1094
Page 7

This material may be protected by Copyright law (Title 17 U.S. Code)

**Basic Science**

of membranous RhoA and phosphorylated ERM in brainstem were greater both in angiotensin II-treated rats and SHR than in WKY. Valsartan reduced the expression levels of membranous RhoA in angiotensin II-treated rats and SHR. In addition, Y-27632 or valsartan reduced the expression levels of phosphorylated ERM in both groups. Subcutaneous infusion of phenylephrine increased SBP to the same level of angiotensin II infusion in WKY. However, it did not alter the expression levels of membranous RhoA and phosphorylated ERM. Conclusions: These results suggest that 1) the pressor response induced by central infusion of angiotensin II is substantially mediated by activation of Rho/Rho-kinase pathway in brainstem via AT1 receptors, 2) this pathway may also be involved in hypertensive mechanism in SHR.

| Group | plasma IL-1β (pg/ml) | plasma IL-6 (pg/ml) | heart IL-6 (pg/mg protein) | hypotha-lamus IL-1β (pg/mg protein) | hypotha-lamus IL-6 (pg/mg protein) | brain-stem TNF-α (pg/mg protein) | brain-stem IL-6 (pg/mg protein) | cortex IL-1β (pg/mg protein) | heart/ BW Ratio (mg/g) | lung/BW Ratio (mg/g) |
|---|---|---|---|---|---|---|---|---|---|---|
| MI+SL (n=7) | 131.1±10.9 | 199.5±9.7 | 53.4±6.5 | 47.1±7.9 | 6.8±0.7 | 6.1±0.9 | 67.1±10.1 | 26.4±4.1 | 7.2±0.2 | 13.5±0.6 |
| MI+SL (n=7) | 57.5±3.1* | 53.3±6.6* | 28.5±4.7* | 29.4±5.1* | 3.8±0.6* | 2.8±0.5* | 39.4±5.5* | 26.8±5.2 | 6.4±0.3* | 12.1±0.6* |
| SHAM+SL (n=6) | 46.2±3.5 | 33.7±2.8 | 23.7±6.5 | 17.4±4.8 | 2.8±0.7 | 2.1±0.6 | 35.3±4.8 | 24.3±4.9 | 3.3±0.1 | 5.2±0.3 |
| SHAM+VEH (n=6) | 53.9±2.4 | 36.1±2.5 | 27.6±5.4 | 18.8±4.0 | 3.2±0.9 | 2.4±0.6 | 26.0±8.7 | 23.6±6.5 | 3.4±0.1 | 5.1±0.3 |

1412

### Endothelial Nitric Oxide and Hypertension in Autonomic Failure

Alfredo Gamboa, Cyndya Shibao, Andre Diedrich, Bonnie K Black, Ginnie Farley, Satish R Raj, David Robertson, Italo Biaggioni; Vanderbilt Univ, Nashville, TN

More than half of patients with autonomic failure (AF) have severe supine hypertension despite low or unresponsive norepinephrine levels and often undetectable plasma renin activity. Supine hypertension is related to increased vascular resistance but the mechanism is not known. To test the hypothesis that nitric oxide deficiency contributes to supine hypertension we blocked endogenous nitric oxide synthase with L-NMMA in 5 AF patients and 7 normal controls (supine SBP 173±6 and 107±5 mmHg, respectively). Systolic blood pressure (SBP) was normalized to 110 mmHg in AF with graded head-up tilt, and baroreflexes were eliminated with trimethaphan in normal controls to mimic autonomic failure. The pressor response to graded doses of L-NMMA was shifted to the left in AF (Figure); The dose necessary to increase SBP by 30 mmHg was 3.4-fold lower in AF compared to controls (136±24 and 465±103 μg/k/min respectively, p<0.02). In conclusion, contrary to our original hypothesis, our results suggest an increased tonic release of nitric oxide in AF. Thus, NO deficiency does not contribute to supine hypertension in autonomic failure. On the contrary, this enhanced tonic NO may contribute to orthostatic hypotension in these patients.



1413

### Oral Administration of a Mineralocorticoid Receptor Antagonist Reduces Brain, Heart, and Blood-borne Proinflammatory Cytokines in Heart Failure

Yu-Ming Kang, Carver College of Med, Univ of Iowa, Iowa City, IA; Ralph F Johnson, Univ of Iowa, Iowa City, IA; Zhi-Hua Zhang, Carver College of Med, Univ of Iowa, Iowa City, IA; Robert M Weiss, Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA; Alan K Johnson, Univ of Iowa, Iowa City, IA; Robert B Felder; Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA

Introduction: Brain and blood-borne cytokines may contribute to neurohumoral excitation in heart failure (HF). We previously reported that blockade of mineralocorticoid receptors (MR) in the central nervous system with spironolactone (SL) reduces circulating tumor necrosis factor (TNF)-α in HF rats. The effect of SL on proinflammatory cytokines (PIC) in the brain and on other important circulating PIC - interleukin (IL)-1β and IL-6 - was not determined. Hypothesis: Chronic treatment with oral SL will reduce brain and blood-borne PIC in rats with HF following MI. Methods and Results: Rats underwent coronary artery ligation to induce MI (48.2±2.0% of left ventricle, with ejection fraction of 35.5±4.1% by echocardiography), or sham surgery (SHAM). Six weeks later, immunohistochemistry of the paraventricular nucleus (PVN) of hypothalamus, a region critical to cardiovascular regulation, revealed more PVN neurons (MI vs SHAM, **P<0.01) positive for TNF-α (59.5±3.3** vs 10.8±0.9) and IL-1β (70.7±3.9** vs 13.8±1.2) in MI (n=6) than in SHAM (n=6) rats. Double staining demonstrated that these neurons were distributed among PVN neurons expressing Fra-like immunoreactivity, indicating chronic neuronal activation. MI rats (n=6) treated with SL (1 mg/kg/day orally for 6 weeks) had fewer (MI+SL vs MI, #P<0.01) Fra-like positive PVN neurons (85.5±5.4# vs 183.8±5.0), and fewer PVN neurons positive for TNF-α (22.4±1.8%# vs 32.4±1.7%) and IL-1β (19.1±1.3%# vs 38.4±2.1%). Levels of TNF-α, IL-1β and IL-6 in brain and heart tissues and in plasma were also lower in MI rats treated with SL (see table). Conclusion: In rats with ischemia-induced heart failure, orally administered SL has a global inhibitory influence on the appearance of proinflammatory cytokines in brain, heart and blood. The beneficial influence of MR antagonism in patients with HF may result at least in part from blocking aldosterone-induced cytokine synthesis. (Table: *P<0.05 MI+SL vs MI +VEH)

---

## Pulmonary Arterial Hypertension: New Therapies

**Subspecialty: Integrative Biology**
*Wednesday*
*Ernest N Morial Convention Center, Hall I2*
*Abstracts 1414–1418*

1414

### Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension

Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessler, Thomas Schmehl, Markus G Kohstall, Friedrich Grimminger, Hossein A Ghofrani, Werner Seeger, Horst Olschewski; Univ Hosp Giessen, Giessen, Germany

Objective: To evaluate the effects of inhaled TRE on pulmonary hemodynamics and gas exchange in severe pulmonary hypertension (PH) and to assess safety, tolerability and clinical efficacy in patients with severe PH. Background: TRE is a stable prostacyclin analogue that has been approved for treatment of pulmonary arterial hypertension as a continuous subcutaneous infusion. Iloprost, another prostacyclin analogue, has been shown to be efficacious in a randomised controlled study as repetitive inhalation. Methods: In an open-label study a preservative free solution of inhaled TRE was applied to 17 patients with severe pulmonary hypertension during Swan-Ganz catheter investigation. Patients received a TRE inhalation by use of the pulsed OptiNeb® ultrasonic nebulizer (3 single breaths, TRE solution 600 μg/ml). Hemodynamics were observed for 2 hours. Two patients with idiopathic PAH received compassionate treatment with 4 inhalations of TRE per day after the acute test. Results: Patients (male/female= 4/13) suffered from IPAH (n=5), PAH other (n=8) and CTEPH (n=4); PVR 948 ± 112 dyn*s*cm-5, PAP 48.3 ± 2.7 mmHg, PAWP 8.9 ± 0.5 mmHg, CVP 10.8 ± 1.6 mmHg, CO 3.8 ± 0.3 l/min, SvO2 61.8 ± 1.8 %. TRE inhalation resulted in a sustained, highly pulmonary selective vasodilatation over 120 minutes. Maximum PVR decrease was -31.2 ± 4.5 % after 30 min. PVR and SVR at 120 minutes after inhalation were 89.2 ± 4.2 % and 101.0 ± 4.0 % of the baseline values, respectively. The AUC for the observation period (120min) was -22.9 ± 3.8 % for PVR and -4.9 ± 3.2% for SVR. The compassionate use patients have been treated for more than 3 months. In both patients NYHA class improved (from IV to III and from III to II), and six minute walk increased (from 0 m (bedridden) to 143 m, and from 310 m to 486 m, respectively). No side effects have been observed by the patients during long-term treatment. Conclusion: Inhaled TRE shows strong pulmonary selective vasodilatory efficacy with a long duration of effect following single acute dosing. Tolerability is excellent even at high drug concentrations and short inhalation times (3 breaths). Long-term treatment effects are very promising. The current results warrant controlled studies investigating this approach in a larger series of patients. Supported by Lung RX.

---

### Rho-kinase in Pulmonary Hypertension

1415

Ken Ishikura, Norikazu Yamada, Akihiro Tsuji, Satoshi Ota, Mashio Nakamura, Masaaki Ito, Naoki Isaka, Takeshi Nakano; Mie Univ Sch of Med, Tsu, Japan

Objectives: Pulmonary hypertension (PH) is a poor prognostic disease with limited treatment. Rho-kinase is involved in the pathophysiology of several diseases underlying smooth muscle hyperconstriction. But the role of is unknown. The purpose of this preliminary report was to indicate the efficacy of fasudil, a Rho-kinase inhibitor in patients with pulmonary hypertension using interventional hemodynamic assessment. Methods: Fasudil was intravenously injected in 10 patients (9 female, mean ± SD, 46 ± 15 years, NYHA II n=2, III n=7, IV n=1) with primary (n=5) and secondary (n=5) PH who were not received any vasodilator. Fasudil was administrated 30mg with 1mg/min. Hemodynamic data were measured using Swan-Ganz catheter until 60 minutes after starting administration of fasudil. Hemodynamic and arterial blood gas data of baseline and the lowest total pulmonary resistance (TPR) time were compared. Results: The lowest TPR time was within 30 to 60 minutes after administration. Administration of fasudil significantly decreased TPR from 13.6 ± 6.8 U to 10.3 ± 4.9 U (-23.2 ± 9.2 %, p < 0.001) and mean pulmonary arterial pressure (mPAP) from 43.6 ± 14.5 mmHg to 38.8 ± 13.9 mmHg (-11.6 ± 10.4 %, p < 0.02). Cardiac index (CI) was significantly increased from 2.39 ± 0.66 L/min/m² to 2.74 ± 0.73 L/min/m² (+16.5 ± 15.1 %, p < 0.01). Although TPR was equally decreased in both primary and secondary PH, the changes in the parameters that prescribed TPR, namely CI and mPAP, were different between the two groups subjects. Increased CI was a major factor into reducing TPR in primary PH, while reduced mPAP

Liquidia's Exhibit 1094
Page 8

LIBRARY OF CONGRESS

0 017 694 572 2

**Get down in New Orleans. Waaay down.**

Getting BP down is what NORVASC is all about. Stop by Booth #101A to see why NORVASC, with powerful efficacy, proven safety, and excellent tolerability, should be considered for your first choice in lowering BP.

NORVASC is indicated for the treatment of hypertension and angina.

In clinical trials, the most common side effects versus placebo were edema (8.3% vs 2.4%), headache (7.3% vs 7.8%), fatigue (4.5% vs 2.8%), and dizziness (3.2% vs 3.4%).

*Please see brief summary of prescribing information for NORVASC on the adjacent page.*

Booth #101A



Once-Daily
**NORVASC** ®
(amlodipine besylate)
Reductions you can count on™

Liquidia's Exhibit 1094
Page 9



LIBRARY OF CONGRESS

0 017 694 572 2

Liquidia's Exhibit 1094
Page 10

Vol 110, No 17, October 26, 2004
ISSN 0009-7322
http://circ.ahajournals.org

SUPPLEMENT TO

American Heart
Association®

*Learn and Live*℠

# Circulation

## JOURNAL OF THE AMERICAN HEART ASSOCIATION

Abstracts from

**scientific sessions 2004**


basic science


clinical science


population science

Sessions: November 7–10
Exhibits: November 7–9
New Orleans, Louisiana
**scientificsessions.org**

### Named and Invited Lectures 2004

2004 Russell Ross Memorial Lectureship in Vascular Biology • 2004 George Lyman Duff Memorial Lecture • 2004 Sol Sherry Distinguished Lecture in Thrombosis • 2004 Thomas W. Smith Memorial Lecture • 2004 George E. Brown Memorial Lecture • 2004 Dickinson W. Richards Memorial Lecture • 2004 Katharine A. Lembright Award • 2004 William W. L. Glenn Lecture • 2004 William J. Rashkind Memorial Lecture • 2004 T. Duckett Jones Memorial Lecture • 2004 Charles T. Dotter Memorial Lecture • 2004 Laennec Society Lecture • 2004 Ancel Keys Lecture • 2004 Lewis K. Dahl Memorial Lecture • 2004 Robert I. Levy Endowed Lecture in Lipid Metabolism

### New and Young Investigator Award/Prize Abstract Finalists

Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators • Melvin L. Marcus Young Investigator Awards in Cardiovascular Science • Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care • Outstanding Research Award in Pediatric Cardiology • Melvin Judkins Young Investigator Award in Cardiovascular Radiology • Vivian Thomas Young Investigator Award • Martha N. Hill New Investigator Awards • Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training • Samuel A. Levine Young Clinical Investigator Awards • Laennec Society Young Clinician Award • NPAM New Investigator Award

### Abstracts From the Scientific Sessions 2004

Liquidia's Exhibit 1095
Page 1

# Diovan®

(valsartan)

Tablets

Rx only

**BRIEF SUMMARY: Please see package insert for full prescribing information.**

**USE IN PREGNANCY:** When used in pregnancy during the second and third trimesters, drugs that act directly on the renin-angiotensin system can cause injury and even death to the developing fetus. When pregnancy is detected, Diovan should be discontinued as soon as possible.

*See WARNINGS: Fetal/Neonatal Morbidity and Mortality.*

**INDICATIONS AND USAGE: Hypertension:** Diovan® (valsartan) is indicated for the treatment of hypertension. It may be used alone or in combination with other antihypertensive agents.

**Heart Failure:** Diovan is indicated for the treatment of heart failure (NYHA class II-IV) in patients who are intolerant of angiotensin converting enzyme inhibitors. In a controlled clinical trial, Diovan significantly reduced hospitalizations for heart failure. There is no evidence that Diovan provides added benefits when it is used with an adequate dose of an ACE inhibitor. *(See CLINICAL PHARMACOLOGY, Pharmacodynamics and Clinical Effects, Heart Failure in the full prescribing information for details.)*

**CONTRAINDICATIONS:** Diovan® (valsartan) is contraindicated in patients who are hypersensitive to any component of this product.

**WARNINGS: Fetal/Neonatal Morbidity and Mortality:** Drugs that act directly on the renin-angiotensin system can cause fetal and neonatal morbidity and death when administered to pregnant women. Several dozen cases have been reported in the world literature in patients who were taking angiotensin-converting enzyme inhibitors. When pregnancy is detected, Diovan® should be discontinued as soon as possible.

The use of drugs that act directly on the renin-angiotensin system during the second and third trimesters of pregnancy has been associated with fetal and neonatal injury, including hypotension, neonatal skull hypoplasia, anuria, reversible or irreversible renal failure, and death. Oligohydramnios has also been reported, presumably resulting from decreased fetal renal function; oligohydramnios in this setting has been associated with fetal limb contractures, craniofacial deformation, and hypoplastic lung development. Prematurity, intrauterine growth retardation, and patent ductus arteriosus have also been reported, although it is not clear whether these occurrences were due to exposure to the drug.

These adverse effects do not appear to have resulted from intrauterine drug exposure that has been limited to the first trimester. Mothers whose embryos and fetuses are exposed to an angiotensin II receptor antagonist only during the first trimester should be so informed. Nonetheless, when patients become pregnant, physicians should advise the patient to discontinue the use of valsartan as soon as possible.

Rarely (probably less often than once in every thousand pregnancies), no alternative to a drug acting on the renin-angiotensin system will be found. In these rare cases, the mothers should be apprised of the potential hazards to their fetuses, and serial ultrasound examinations should be performed to assess the intra-amniotic environment.

If oligohydramnios is observed, valsartan should be discontinued unless it is considered life-saving for the mother. Contraction stress testing (CST), a nonstress test (NST), or biophysical profiling (BPP) may be appropriate, depending upon the week of pregnancy. Patients and physicians should be aware, however, that oligohydramnios may not appear until after the fetus has sustained irreversible injury.

Infants with histories of *in utero* exposure to an angiotensin II receptor antagonist should be closely observed for hypotension, oliguria, and hyperkalemia. If oliguria occurs, attention should be directed toward support of blood pressure and renal perfusion. Exchange transfusion or dialysis may be required as means of reversing hypotension and/or substituting for disordered renal function.

No teratogenic effects were observed when valsartan was administered to pregnant mice and rats at oral doses up to 600 mg/kg/day and to pregnant rabbits at oral doses up to 10 mg/kg/day. However, significant decreases in fetal weight, pup birth weight, pup survival rate, and slight delays in developmental milestones were observed in studies in which parental rats were treated with valsartan at oral, maternally toxic (reduction in body weight gain and food consumption) doses of 600 mg/kg/day during organogenesis or late gestation and lactation. In rabbits, fetotoxicity (i.e., resorptions, litter loss, abortions, and low body weight) associated with maternal toxicity (mortality) was observed at doses of 5 and 10 mg/kg/day. The no observed adverse effect doses of 600, 200 and 2 mg/kg/day in mice, rats and rabbits represent 9, 6, and 0.1 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 320 mg/day and a 60-kg patient.)

**Hypotension:** Excessive hypotension was rarely seen (0.1%) in patients with uncomplicated hypertension treated with Diovan alone. In patients with an activated renin-angiotensin system, such as volume- and/or salt-depleted patients receiving high doses of diuretics, symptomatic hypotension may occur. This condition should be corrected prior to administration of Diovan, or the treatment should start under close medical supervision.

If excessive hypotension occurs, the patient should be placed in the supine position and, if necessary, given an intravenous infusion of normal saline. A transient hypotensive response is not a contraindication to further treatment, which usually can be continued without difficulty once the blood pressure has stabilized.

**Hypotension in Heart Failure Patients:** Caution should be observed when initiating therapy in patients with heart failure. Patients with heart failure given Diovan commonly have some reduction in blood pressure, but discontinuation of therapy because of continuing symptomatic hypotension usually is not necessary when dosing instructions are followed. In controlled trials, the incidence of hypotension in valsartan-treated patients was 5.5% compared to 1.8% in placebo-treated patients.

**PRECAUTIONS: General: Impaired Hepatic Function:** As the majority of valsartan is eliminated in the bile, patients with mild-to-moderate hepatic impairment, including patients with biliary obstructive disorders, showed lower valsartan clearance (higher AUCs). Care should be exercised in administering Diovan® (valsartan) to these patients.

*Impaired Renal Function - Hypertension:* In studies of ACE inhibitors in hypertensive patients with unilateral or bilateral renal artery stenosis, increases in serum creatinine or blood urea nitrogen have been reported. In a 4-day trial of valsartan in 12 hypertensive patients with unilateral renal artery stenosis, no significant increases in serum creatinine or blood urea nitrogen were observed. There has been no long-term use of Diovan in patients with unilateral or bilateral renal artery stenosis, but an effect similar to that seen with ACE inhibitors should be anticipated.

*Impaired Renal Function - Heart Failure:* As a consequence of inhibiting the renin-angiotensin-aldosterone system, changes in renal function may be anticipated in susceptible individuals. In patients with severe heart failure whose renal function may depend on the activity of the renin-angiotensin-aldosterone system, treatment with angiotensin-converting enzyme inhibitors and angiotensin receptor antagonists has been associated with oliguria and/or progressive azotemia and (rarely) with acute renal failure and/or death. Similar outcomes have been reported with Diovan.

Some patients with heart failure have developed increases in blood urea nitrogen, serum creatinine, and potassium. These effects are usually minor and transient, and they are more likely to occur in patients with pre-existing renal impairment. Dosage reduction and/or discontinuation of the diuretic and/or Diovan may be required. In the Valsartan Heart Failure Trial, in which 93% of patients were on concomitant ACE inhibitors, treatment was discontinued for elevations in creatinine or potassium (total of 1.0% on valsartan vs. 0.2% on placebo). Evaluation of patients with heart failure should always include assessment of renal function.

*Concomitant Therapy in Patients with Heart Failure:* In patients with heart failure, concomitant use of Diovan, an ACE inhibitor, and a beta blocker is not recommended. In the Valsartan Heart Failure Trial, this triple combination was associated with an unfavorable heart failure outcome *(see CLINICAL PHARMACOLOGY, Pharmacodynamics and Clinical Effects, Heart Failure in the full prescribing information).*

**Information for Patients:** *Pregnancy:* Female patients of childbearing age should be told about the consequences of second- and third-trimester exposure to drugs that act on the renin-angiotensin system, and they should also be told that these consequences do not appear to have resulted from intrauterine drug exposure that has been limited to the first trimester. These patients should be asked to report pregnancies to their physicians as soon as possible.

**Drug Interactions:** No clinically significant pharmacokinetic interactions were observed when valsartan was coadministered with amlodipine, atenolol, cimetidine, digoxin, furosemide, glyburide, hydrochlorothiazide, or indomethacin. The valsartan-atenolol combination was more antihypertensive than either component, but it did not lower the heart rate more than atenolol alone.

Coadministration of valsartan and warfarin did not change the pharmacokinetics of valsartan or the time-course of the anticoagulant properties of warfarin.

*CYP 450 Interactions:* The enzyme(s) responsible for valsartan metabolism have not been identified but do not seem to be CYP 450 isozymes. The inhibitory or induction potential of valsartan on CYP 450 is also unknown.

As with other drugs that block angiotensin II or its effects, concomitant use of potassium sparing diuretics (e.g., spironolactone, triamterene, amiloride), potassium supplements, or salt substitutes containing potassium may lead to increases in serum potassium and in heart failure patients to increases in serum creatinine.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** There was no evidence of carcinogenicity when valsartan was administered in the diet to mice and rats for up to 2 years at doses up to 160 and 200 mg/kg/day, respectively. These doses in mice and rats are about 2.6 and 6 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 320 mg/day and a 60-kg patient.)

Mutagenicity assays did not reveal any valsartan-related effects at either the gene or chromosome level. These assays included bacterial mutagenicity tests with Salmonella (Ames) and E.coli; a gene mutation test with Chinese hamster V79 cells; a cytogenetic test with Chinese hamster ovary cells; and a rat micronucleus test.

Valsartan had no adverse effects on the reproductive performance of male or female rats at oral doses up to 200 mg/kg/day. This dose is 6 times the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 320 mg/day and a 60-kg patient.)

**Pregnancy:** *Pregnancy Categories C (first trimester) and D (second and third trimesters):* See WARNINGS: Fetal/Neonatal Morbidity and Mortality.

**Nursing Mothers:** It is not known whether valsartan is excreted in human milk, but valsartan was excreted in the milk of lactating rats. Because of the potential for adverse effects on the nursing infant, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use:** In the controlled clinical trials of valsartan, 1,214 (36.2%) of hypertensive patients treated with valsartan were ≥ 65 years and 265 (7.9%) were ≥ 75 years. No overall difference in the efficacy or safety of valsartan was observed in this patient population, but greater sensitivity of some older individuals cannot be ruled out.

Of the 2,511 patients with heart failure randomized to valsartan in the Valsartan Heart Failure Trial, 45% (1,141) were 65 years of age or older. There were no notable differences in efficacy or safety between older and younger patients.

**ADVERSE REACTIONS: Hypertension:** Diovan® (valsartan) has been evaluated for safety in more than 4,000 patients, including over 400 treated for over 6 months, and more than 160 for over 1 year. Adverse experiences have generally been mild and transient in nature and have only infrequently required discontinuation of therapy. The overall incidence of adverse experiences with Diovan was similar to placebo.

The overall frequency of adverse experiences was neither dose-related nor related to gender, age, race, or regimen. Discontinuation of therapy due to side effects was required in 2.3% of valsartan patients and 2.0% of placebo patients. The most common reasons for discontinuation of therapy with Diovan were headache and dizziness.

The adverse experiences that occurred in placebo-controlled clinical trials in at least 1% of patients treated with Diovan and at a higher incidence in valsartan (n=2,316) than placebo (n=888) patients included viral infection (3% vs. 2%), fatigue (2% vs. 1%), and abdominal pain (2% vs. 1%).

Headache, dizziness, upper respiratory infection, cough, diarrhea, rhinitis, sinusitis, nausea, pharyngitis, edema, and arthralgia occurred at a more than 1% rate but at about the same incidence in placebo and valsartan patients.

In trials in which valsartan was compared to an ACE inhibitor with or without placebo, the incidence of dry cough was significantly greater in the ACE-inhibitor group (7.9%) than in the groups who received valsartan (2.6%) or placebo (1.5%), in a 129-patient trial limited to patients who had had dry cough when they had previously received ACE inhibitors, the incidences of cough in patients who received valsartan, HCTZ, or lisinopril were 20%, 19%, and 69% respectively (p < 0.001).

Dose-related orthostatic effects were seen in less than 1% of patients. An increase in the incidence of dizziness was observed in patients treated with Diovan 320 mg (8%) compared to 10 to 160 mg (2% to 4%).

Diovan has been used concomitantly with hydrochlorothiazide without evidence of clinically important adverse interactions.

Other adverse experiences that occurred in controlled clinical trials of patients treated with Diovan > 0.2% of valsartan patients) are listed below. It cannot be determined whether these events were causally related to Diovan.

*Body as a Whole:* Allergic reaction and asthenia; *Cardiovascular:* Palpitations; *Dermatologic:* Pruritus and rash; *Digestive:* Constipation, dry mouth, dyspepsia, and flatulence; *Musculoskeletal:* Back pain, muscle cramps, and myalgia; *Neurologic and Psychiatric:* Anxiety, insomnia, paresthesia, and somnolence; *Respiratory:* Dyspnea; *Special Senses:* Vertigo; *Urogenital:* Impotence

Other reported events seen less frequently in clinical trials included chest pain, syncope, anorexia, vomiting, and angioedema.

**Heart Failure:** The adverse experience profile of Diovan in heart failure patients was consistent with the pharmacology of the drug and the health status of the patients. In the Valsartan Heart Failure Trial, comparing valsartan in total daily doses up to 320 mg (n=2,506) to placebo (n=2,494), 10% of valsartan patients discontinued for adverse events vs. 7% of placebo patients.

The table shows adverse events in double-blind short-term heart failure trials, including the first 4 months of the Valsartan Heart Failure Trial, with an incidence of at least 2% that were more common in valsartan-treated patients than in placebo-treated patients. All patients received standard drug therapy for heart failure, frequently as multiple medications, which could include diuretics, digitalis, beta-blockers, or ACE inhibitors.

| | Valsartan (n=3,282) | Placebo (n=2,740) | | Valsartan (n=3,282) | Placebo (n=2,740) |
|---|---|---|---|---|---|
| Dizziness | 17% | 9% | Back Pain | 3% | 2% |
| Hypotension | 7% | 2% | Dizziness, postural | 2% | 1% |
| Diarrhea | 5% | 4% | Hyperkalemia | 2% | 1% |
| Arthralgia | 3% | 2% | Hypotension, postural | 2% | 1% |
| Fatigue | 3% | 2% | | | |

Other adverse events with an incidence greater than 1% and greater than placebo included headache NOS, nausea, renal impairment NOS, syncope, blurred vision, upper abdominal pain and vertigo. (NOS = not otherwise specified).

From the long term data in the Valsartan Heart Failure Trial, there did not appear to be any significant adverse events not previously identified.

**Post-Marketing Experience:** The following additional adverse reactions have been reported in post-marketing experience:

*Hypersensitivity:* There are rare reports of angioedema; *Digestive:* Elevated liver enzymes and very rare reports of hepatitis; *Renal:* Impaired renal function; *Clinical Laboratory Tests:* Hyperkalemia; *Dermatologic:* Alopecia.

**Clinical Laboratory Test Findings:** In controlled clinical trials, clinically important changes in standard laboratory parameters were rarely associated with administration of Diovan.

*Creatinine:* Minor elevations in creatinine occurred in 0.8% of patients taking Diovan and 0.6% given placebo in controlled clinical trials of hypertensive patients. In heart failure trials, greater than 50% increases in creatinine were observed in 3.9% of Diovan-treated patients compared to 0.9% of placebo-treated patients.

*Hemoglobin and Hematocrit:* Greater than 20% decreases in hemoglobin and hematocrit were observed in 0.4% and 0.8%, respectively, of Diovan patients, compared with 0.1% and 0.1% in placebo-treated patients. One valsartan patient discontinued treatment for microcytic anemia.

*Liver Function Tests:* Occasional elevations (greater than 150%) of liver chemistries occurred in Diovan-treated patients. Three patients (< 0.1%) treated with valsartan discontinued treatment for elevated liver chemistries.

*Neutropenia:* Neutropenia was observed in 1.9% of patients treated with Diovan and 0.8% of patients treated with placebo.

*Serum Potassium:* In hypertensive patients, greater than 20% increases in serum potassium were observed in 4.4% of Diovan-treated patients compared to 2.9% of placebo-treated patients. In heart failure patients, greater than 20% increases in serum potassium were observed in 10.0% of Diovan-treated patients compared to 5.1% of placebo-treated patients.

*Blood Urea Nitrogen (BUN):* In heart failure trials, greater than 50% increases in BUN were observed in 16.6% of Diovan-treated patients compared to 6.3% of placebo-treated patients.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F)

[see USP Controlled Room Temperature].

Protect from moisture.

Dispense in tight container (USP).

REV: NOVEMBER 2003            PRINTED IN U.S.A.

Distributed by:
Novartis Pharmaceuticals Corporation, East Hanover, New Jersey 07936
©Novartis

T2003-71
89004209

**Reference:** 1. Hermida RC, Calvo C, Ayala DE, et al. Administration time-dependent effects of valsartan on ambulatory blood pressure in hypertensive subjects. *Hypertension.* 2003;42:283-290.

Ⓤ NOVARTIS

**Novartis Pharmaceuticals Corporation**
East Hanover, New Jersey 07936

©2004 Novartis        Printed in U.S.A.        6/04        C-DIO-1101        Printed on Recycled Paper ♻

Liquidia's Exhibit 1095
Page 2



# DIOVAN DELIVERS

**USE IN PREGNANCY:** When used in pregnancy during the second and third trimesters, drugs that act directly on the renin-angiotensin system can cause injury and even death to the developing fetus. When pregnancy is detected, DIOVAN should be discontinued as soon as possible. See **WARNINGS** in brief summary of complete Prescribing Information on next page.

DIOVAN is contraindicated in patients who are hypersensitive to any component of this product.

In hypertension, AEs more frequent with DIOVAN than placebo: viral infection (3% vs 2%), fatigue (2% vs 1%), abdominal pain (2% vs 1%); the most common AEs: headache and dizziness. An increase in dizziness was observed with 320 mg (8%) vs 10 mg to 160 mg (2% to 4%).

Because of the risk of hypotension, caution should be observed when initiating therapy in HF patients. Evaluation of HF patients should always include assessment of renal function. In patients with Heart Failure, concomitant use of DIOVAN, an ACE inhibitor, and a beta-blocker is not recommended. In the Valsartan Heart Failure Trial, this triple combination was associated with an unfavorable Heart Failure outcome.

In Val-HeFT, discontinuation due to adverse events was 10% for valsartan vs 7% for placebo; most common side effects were: dizziness (17% vs 9%), hypotension (7% vs 2%), and diarrhea (5% vs 4%).

www.DIOVAN.com

**Proven highly effective BP reductions[1]**

**Proven cardiovascular benefits: Exclusive ARB indication for HF patients intolerant of ACEIs**

**Proven excellent tolerability in hypertension**

**Definitely…DIOVAN**

**Diovan®**
valsartan tablets

52  31LML  303
XL
1/05  3U51-200

Liquidia's Exhibit 1095
Page 3



**More than 10 million prescriptions!**

*Ride* the **CREST**

## *Greater LDL-C reductions*

### Greater reductions in LDL-C

○ In a comparison of dose-response curves, CRESTOR 10 mg to 40 mg **reduced LDL-C significantly more than atorvastatin** 10 mg to 80 mg (4.1%; *P*<.001)[1]

*In patients without CHD/CHD risk equivalents*
**94% of patients reached LDL-C goal at a low 10-mg dose**[*2]

CRESTOR is indicated as an adjunct to diet to reduce elevated total-C, LDL-C, ApoB, non–HDL-C, and TG levels and to increase HDL-C in patients with primary hypercholesterolemia (heterozygous familial and nonfamilial) and mixed dyslipidemia.

CRESTOR is contraindicated in patients with active liver disease or with unexplained persistent elevations of serum transaminases, in women who are or may become pregnant, and in nursing mothers.

Rare cases of rhabdomyolysis with acute renal failure secondary to myoglobinuria have been reported with CRESTOR and with other drugs in this class. Patients should be advised to promptly report unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever. Therapy with CRESTOR should be discontinued if markedly elevated CK levels occur or myopathy is diagnosed or suspected.

*NCEP ATP III goal for patients without CHD or CHD risk equivalents:
optimal, <100 mg/dL; ≥2 risk factors, <130 mg/dL; 0-1 risk factor, <160 mg/dL.

Liquidia's Exhibit 1095
Page 4

**Approved in over 64 countries worldwide!**

LANE MEDICAL LIBRARY
STANFORD UNIV MED CENTER

NOV 1 1 2004

STANFORD, CA 94305-5123

# *with proven safety*

*as an adjunct to diet for many patients with dyslipidemia*

## Proven safety similar to other leading statins[3]

○ Adverse reactions were **mild and transient**; incidence and discontinuation rates similar to placebo and other statins[3,4]

○ The most frequent adverse events were myalgia (3.3%), constipation (1.4%), asthenia (1.3%), abdominal pain (1.3%), and nausea (1.3%)[3,5]

## CRESTOR was evaluated in over 10,000 patients in preapproval clinical trials—more than any other statin prior to approval[4,6-11]

## Overall, more than 42,000 patients have taken CRESTOR in clinical trials, including ongoing trials in the GALAXY™ Program[12]

○ The GALAXY Program is a large, comprehensive, long-term evolving global research initiative evaluating the efficacy and safety of CRESTOR and demonstrating the AstraZeneca confidence in, and commitment to, this important therapeutic option

It is recommended that liver function tests be performed before and at 12 weeks following both the initiation of therapy and any elevation of dose, and periodically (eg, semiannually) thereafter.

The effect of CRESTOR on cardiovascular morbidity and mortality has not been determined; long-term outcome studies are currently under way.

*Please see brief summary of full Prescribing Information on reverse side of this advertisement.*



**CRESTOR®**
rosuvastatin calcium

**BRIEF SUMMARY:** For full Prescribing Information, see package insert.

**INDICATIONS AND USAGE** CRESTOR is indicated: 1. as an adjunct to diet to reduce elevated total-C, LDL-C, ApoB, nonHDL-C, and TG levels and to increase HDL-C in patients with primary hypercholesterolemia (heterozygous familial and nonfamilial) and mixed dyslipidemia (Fredrickson Type IIa and IIb); 2. as an adjunct to diet for the treatment of patients with elevated serum TG levels (Fredrickson Type IV); 3. to reduce LDL-C, total-C, and ApoB in patients with homozygous familial hypercholesterolemia as an adjunct to other lipid-lowering treatments (e.g., LDL apheresis) or if such treatments are unavailable.

**CONTRAINDICATIONS** CRESTOR is contraindicated in patients with a known hypersensitivity to any component of this product. Rosuvastatin is contraindicated in patients with active liver disease or with unexplained persistent elevations of serum transaminases (see WARNINGS, Liver Enzymes). **Pregnancy and Lactation** Atherosclerosis is a chronic process and discontinuation of lipid-lowering drugs during pregnancy should have little impact on the outcome of long-term therapy of primary hypercholesterolemia. Cholesterol and other products of cholesterol biosynthesis are essential components for fetal development (including synthesis of steroids and cell membranes). Since HMG-CoA reductase inhibitors decrease cholesterol synthesis and possibly the synthesis of other biologically active substances derived from cholesterol, they may cause fetal harm when administered to pregnant women. Therefore, HMG-CoA reductase inhibitors are contraindicated during pregnancy and in nursing mothers. ROSUVASTATIN SHOULD BE ADMINISTERED TO WOMEN OF CHILDBEARING AGE ONLY WHEN SUCH PATIENTS ARE HIGHLY UNLIKELY TO CONCEIVE AND HAVE BEEN INFORMED OF THE POTENTIAL HAZARDS. If the patient becomes pregnant while taking this drug, therapy should be discontinued immediately and the patient apprised of the potential hazard to the fetus. **WARNINGS Liver Enzymes** HMG-CoA reductase inhibitors, like some other lipid-lowering therapies, have been associated with biochemical abnormalities of liver function. The incidence of persistent elevations (>3 times the upper limit of normal [ULN]) occurring on 2 or more consecutive occasions) in serum transaminases in fixed dose studies was 0.4, 0, 0, and 0.1% in patients who received rosuvastatin 5, 10, 20, and 40 mg, respectively. In most cases, the elevations were transient and resolved or improved on continued therapy or after a brief interruption in therapy. There were two cases of jaundice, for which a relationship to rosuvastatin therapy could not be determined, which resolved after discontinuation of therapy. There were no cases of liver failure or irreversible liver disease in these trials. **It is recommended that liver function tests be performed before and at 12 weeks following both the initiation of therapy and any elevation of dose, and periodically (e.g., semiannually) thereafter.** Liver enzyme changes generally occur in the first 3 months of treatment with rosuvastatin. Patients who develop increased transaminase levels should be monitored until the abnormalities have resolved. Should an increase in ALT or AST of >3 times ULN persist, reduction of dose or withdrawal of rosuvastatin is recommended. Rosuvastatin should be used with caution in patients who consume substantial quantities of alcohol and/or have a history of liver disease (see CLINICAL PHARMACOLOGY, Special Populations, Hepatic Insufficiency). Active liver disease or unexplained persistent transaminase elevations are contraindications to the use of rosuvastatin (see CONTRAINDICATIONS). **Myopathy/Rhabdomyolysis Rare cases of rhabdomyolysis with acute renal failure secondary to myoglobinuria have been reported with rosuvastatin and with other drugs in this class.** Uncomplicated myalgia has been reported in rosuvastatin-treated patients (see ADVERSE REACTIONS). Creatine kinase (CK) elevations (>10 times upper limit of normal) occurred in 0.2% to 0.4% of patients taking rosuvastatin at doses of up to 40 mg in clinical studies. Treatment-related myopathy, defined as muscle aches or muscle weakness in conjunction with increases in CK values >10 times upper limit of normal, was reported in up to 0.1% of patients taking rosuvastatin doses of up to 40 mg in clinical studies. Rare cases of rhabdomyolysis were seen with higher than recommended doses (80 mg) of rosuvastatin in clinical trials. Factors that may predispose patients to myopathy with HMG-CoA reductase inhibitors include advanced age (≥65 years), hypothyroidism, and renal insufficiency. The incidence of myopathy increased at doses of rosuvastatin above the recommended dosage range. Consequently: 1. Rosuvastatin should be prescribed with caution in patients with predisposing factors for myopathy, such as, renal impairment (see DOSAGE AND ADMINISTRATION), advanced age, and hypothyroidism. 2. Patients should be advised to promptly report unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever. Rosuvastatin therapy should be discontinued if markedly elevated CK levels occur or myopathy is diagnosed or suspected. 3. The risk of myopathy during treatment with rosuvastatin may be increased with concurrent administration of other lipid-lowering therapies or cyclosporine, (see CLINICAL PHARMACOLOGY, Drug Interactions, PRECAUTIONS, Drug Interactions, and DOSAGE AND ADMINISTRATION). **The benefit of further alterations in lipid levels by the combined use of rosuvastatin with fibrates or niacin should be carefully weighed against the potential risks of this combination. Combination therapy with rosuvastatin and gemfibrozil should generally be avoided. (See DOSAGE AND ADMINISTRATION and PRECAUTIONS, Drug Interactions).** 4. The risk of myopathy during treatment with rosuvastatin may be increased in circumstances which increase rosuvastatin drug levels (see CLINICAL PHARMACOLOGY, Special Populations, Race and Renal Insufficiency, and PRECAUTIONS, General). 5. **Rosuvastatin therapy should also be temporarily withheld in any patient with an acute, serious condition suggestive of myopathy or predisposing to the development of renal failure secondary to rhabdomyolysis (e.g., sepsis, hypotension, major surgery, trauma, severe metabolic, endocrine, and electrolyte disorders, or uncontrolled seizures). PRECAUTIONS General** Before instituting therapy with rosuvastatin, an attempt should be made to control hypercholesterolemia with appropriate diet and exercise, weight reduction in obese patients, and treatment of underlying medical problems (see INDICATIONS AND USAGE). Administration of rosuvastatin 20 mg to patients with severe renal impairment ($CL_{cr}$ <30 mL/min/1.73 m$^2$) resulted in a 3-fold increase in plasma concentrations of rosuvastatin compared with healthy volunteers (see WARNINGS, Myopathy/Rhabdomyolysis and DOSAGE AND ADMINISTRATION). Pharmacokinetic studies show an approximate 2-fold elevation in median exposure in Japanese subjects residing in Japan and in Chinese subjects residing in Singapore compared with Caucasians residing in North America and Europe. The contribution of environmental and genetic factors to the difference observed has not been determined. However, these increases should be considered when making rosuvastatin dosing decisions for patients of Japanese and Chinese ancestry. (See WARNINGS, Myopathy/Rhabdomyolysis; CLINICAL PHARMACOLOGY, Special Populations, Race.) **Information for Patients** Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever. When taking rosuvastatin with aluminum and magnesium hydroxide combination antacid, the antacid should be taken at least 2 hours after rosuvastatin administration (see CLINICAL PHARMACOLOGY, Drug Interactions). **Laboratory Tests** In the rosuvastatin clinical trial program, dipstick-positive proteinuria and microscopic hematuria were observed among rosuvastatin-treated patients, predominantly in patients dosed above the recommended dose range (i.e., 80 mg). However, this finding was more frequent in patients taking rosuvastatin 40 mg, when compared to lower doses of rosuvastatin or comparator statins, though it was generally transient and was not associated with worsening renal function. Although the clinical significance of this finding is unknown, a dose reduction should be considered for patients on rosuvastatin 40 mg therapy with unexplained persistent proteinuria during routine urinalysis testing. **Drug Interactions** Cyclosporine: When rosuvastatin 10 mg was coadministered with cyclosporine in cardiac transplant patients, rosuvastatin mean $C_{max}$ and mean AUC were increased 11-fold and 7-fold, respectively, compared with healthy volunteers. These increases are considered to be clinically significant and require special consideration in the dosing of rosuvastatin to patients taking concomitant cyclosporine (see WARNINGS, Myopathy/Rhabdomyolysis, and DOSAGE AND ADMINISTRATION). **Warfarin:** Coadministration of rosuvastatin to patients on stable

warfarin therapy resulted in clinically significant rises in INR (~4, baseline 2-3). In patients taking coumarin anticoagulants and rosuvastatin concomitantly, INR should be determined before starting rosuvastatin and frequently enough during early therapy to ensure that no significant alteration of INR occurs. Once a stable INR time has been documented, INR can be monitored at the intervals usually recommended for patients on coumarin anticoagulants. If the dose of rosuvastatin is changed, the same procedure should be repeated. Rosuvastatin therapy has not been associated with bleeding or with changes in INR in patients not taking anticoagulants. **Gemfibrozil:** Coadministration of a single rosuvastatin dose to healthy volunteers on gemfibrozil (600 mg twice daily) resulted in a 2.2- and 1.9-fold, respectively, increase in mean $C_{max}$ and mean AUC of rosuvastatin (see DOSAGE AND ADMINISTRATION). **Endocrine Function** Although clinical studies have shown that rosuvastatin alone does not reduce basal plasma cortisol concentration or impair adrenal reserve, caution should be exercised if any HMG-CoA reductase inhibitor or other agent used to lower cholesterol levels is administered concomitantly with drugs that may decrease the levels or activity of endogenous steroid hormones such as ketoconazole, spironolactone, and cimetidine. **CNS Toxicity** CNS vascular lesions, characterized by perivascular hemorrhages, edema, and mononuclear cell infiltration of perivascular spaces, have been observed in dogs treated with several other members of this drug class. A chemically similar drug in this class produced dose-dependent optic nerve degeneration (Wallerian degeneration of retinogeniculate fibers) in dogs, at a dose that produced plasma drug levels about 30 times higher than the mean drug level in humans taking the highest recommended dose. Edema, hemorrhage, and partial necrosis in the interstitium of the choroid plexus was observed in a female dog sacrificed moribund at day 24 at 90 mg/kg/day by oral gavage (systemic exposures 100 times the human exposure at 40 mg/day based on AUC comparisons). Corneal opacity was seen in dogs treated for 52 weeks at 6 mg/kg/day by oral gavage (systemic exposures 20 times the human exposure at 40 mg/day based on AUC comparisons). Cataracts were seen in dogs treated for 12 weeks by oral gavage at 30 mg/kg/day (systemic exposures 60 times the human exposure at 40 mg/day based on AUC comparisons). Retinal dysplasia and retinal loss were seen in dogs treated for 4 weeks by oral gavage at 90 mg/kg/day (systemic exposures 100 times the human exposure at 40 mg/day based on AUC). Doses ≤30 mg/kg/day (systemic exposures ≤60 times the



**CRESTOR**
**rosuvastatin calcium**

human exposure at 40 mg/day based on AUC comparisons) following treatment up to one year, did not reveal retinal findings. **Carcinogenesis, Mutagenesis, Impairment of Fertility** In a 104-week carcinogenicity study in rats at dose levels of 2, 20, 60, or 80 mg/kg/day by oral gavage, the incidence of uterine stromal polyps was significantly increased in females at 80 mg/kg/day at systemic exposure 20 times the human exposure at 40 mg/day based on AUC. Increased incidence of polyps was not seen at lower doses. In a 107-week carcinogenicity study in mice given 10, 60, 200 mg/kg/day by oral gavage, an increased incidence of hepatocellular adenoma/carcinoma was observed at 200 mg/kg/day at systemic exposures 20 times human exposure at 40 mg/day based on AUC. An increased incidence of hepatocellular tumors was not seen at lower doses. Rosuvastatin was not mutagenic or clastogenic with or without metabolic activation in the Ames test with *Salmonella typhimurium* and *Escherichia coli*, the mouse lymphoma assay, and the chromosomal aberration assay in Chinese hamster lung cells. Rosuvastatin was negative in the *in vivo* mouse micronucleus test. In rat fertility studies with oral gavage doses of 5, 15, 50 mg/kg/day, males were treated for 9 weeks prior to and throughout mating and females were treated 2 weeks prior to mating and throughout mating until gestation day 7. No adverse effect on fertility was observed at 50 mg/kg/day (systemic exposures up to 10 times human exposure at 40 mg/day based on AUC comparisons). In testicles of dogs treated with rosuvastatin at 30 mg/kg/day for one month, spermatidic giant cells were seen. Spermatidic giant cells were observed in monkeys after 6-month treatment at 30 mg/kg/day in addition to vacuolation of seminiferous tubular epithelium. Exposures in the dog were 20 times and in the monkey 10 times human exposure at 40 mg/day based on body surface area comparisons. Similar findings have been seen with other drugs in this class. **Pregnancy** *Pregnancy Category X* See CONTRAINDICATIONS. Rosuvastatin may cause fetal harm when administered to a pregnant woman. Rosuvastatin is contraindicated in women who are or may become pregnant. Safety in pregnant women has not been established. There are no adequate and well-controlled studies of rosuvastatin in pregnant women. Rosuvastatin crosses the placenta and is found in fetal tissue and amniotic fluid at 3% and 20%, respectively, of the maternal plasma concentration following a single 25 mg/kg oral gavage dose on gestation day 16 in rats. A higher fetal tissue distribution (25% maternal plasma concentration) was observed in rabbits after a single oral gavage dose of 1 mg/kg on gestation day 18. If this drug is administered to a woman with reproductive potential, the patient should be apprised of the potential hazard to a fetus. In female rats given oral gavage doses of 5, 15, 50 mg/kg/day rosuvastatin before mating and continuing through day 7 postcoitus results in decreased fetal body weight (female pups) and delayed ossification at the high dose (systemic exposures 10 times human exposure at 40 mg/day based on AUC comparisons). In pregnant rats given oral gavage doses of 2, 20, 50 mg/kg/day from gestation day 7 through lactation day 21 (weaning), decreased pup survival occurred in groups given 50 mg/kg/day, systemic exposures ≥12 times human exposure at 40 mg/day based on body surface area comparisons. In pregnant rabbits given oral gavage doses of 0.3, 1, 3 mg/kg/day from gestation day 6 to lactation day 18 (weaning), exposures equivalent to human exposure at 40 mg/day based on body surface area comparisons, decreased fetal viability and maternal mortality was observed. Rosuvastatin was not teratogenic in rats at ≤25 mg/kg/day or in rabbits ≤3 mg/kg/day (systemic exposures equivalent to human exposure at 40 mg/day based on AUC or body surface comparison, respectively). **Nursing Mothers** It is not known whether rosuvastatin is excreted in human milk. Studies in lactating rats have demonstrated that rosuvastatin is secreted into breast milk at levels 3 times higher than that obtained in the plasma following oral gavage dosing. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rosuvastatin, a decision should be made whether to discontinue nursing or administration of rosuvastatin taking into account the importance of the drug to the lactating woman. **Pediatric Use** The safety and effectiveness in pediatric patients have not been established. Treatment experience with rosuvastatin in a pediatric population is limited to 8 patients with homozygous FH. None of these patients was below 8 years of age. **Geriatric Use** Of the 10,275 patients in clinical studies with rosuvastatin, 3,159 (31%) were 65 years and older, and 698 (6.8%) were 75 years and older. The overall frequency of adverse events and types of adverse events were similar in patients above and below 65 years of age. (See WARNINGS, Myopathy/Rhabdomyolysis.) The efficacy of rosuvastatin in the geriatric population (≥65 years of age) was comparable to the efficacy observed in the non-elderly. **ADVERSE REACTIONS** Rosuvastatin is generally well tolerated. Adverse reactions have usually been mild and transient. In clinical studies of 10,275 patients, 3.7% were discontinued due to adverse experiences attributable to rosuvastatin. The most frequent adverse events thought to be related to rosuvastatin were myalgia, constipation, asthenia, abdominal pain, and nausea. **Clinical Adverse**

**Experiences** Adverse experiences, regardless of causality assessment, reported in ≥2% of patients in placebo-controlled clinical studies of rosuvastatin are shown in Table 1; discontinuations due to adverse events in these studies of up to 12 weeks duration occurred in 3% of patients on rosuvastatin and 5% on placebo.

**Table 1. Adverse Events in Placebo-Controlled Studies**

| Adverse event | Rosuvastatin N=744 | Placebo N=382 |
|---|---|---|
| Pharyngitis | 9.0 | 7.6 |
| Headache | 5.5 | 5.0 |
| Diarrhea | 3.4 | 2.9 |
| Dyspepsia | 3.4 | 3.1 |
| Nausea | 3.4 | 3.1 |
| Myalgia | 2.8 | 1.3 |
| Asthenia | 2.7 | 2.6 |
| Back pain | 2.6 | 2.4 |
| Flu syndrome | 2.3 | 1.8 |
| Urinary tract infection | 2.3 | 1.6 |
| Rhinitis | 2.2 | 2.1 |
| Sinusitis | 2.0 | 1.8 |

In addition, the following adverse events were reported, regardless of causality assessment, in ≥1% of 10,275 patients treated with rosuvastatin in clinical studies. The events in *italics* occurred in ≥2% of these patients. **Body as a Whole:** *Abdominal pain, accidental injury, chest pain, infection, pain, pelvic pain, and neck pain.* **Cardiovascular System:** *Hypertension, angina pectoris, vasodilatation,* and *palpitation.* **Digestive System:** *Constipation, gastroenteritis, vomiting, flatulence, periodontal abscess,* and *gastritis.* **Endocrine:** *Diabetes mellitus.* **Hemic and Lymphatic System:** *Anemia* and *ecchymosis.* **Metabolic and Nutritional Disorders:** *Peripheral edema.* **Musculoskeletal System:** *Arthritis, arthralgia,* and *pathological fracture.* **Nervous System:** *Dizziness, insomnia, hypertonia, paresthesia, depression, anxiety, vertigo,* and *neuralgia.* **Respiratory System:** *Bronchitis, cough increased, dyspnea, pneumonia,* and *asthma.* **Skin and Appendages:** *Rash* and *pruritus.* **Laboratory Abnormalities:** In the rosuvastatin clinical trial program, dipstick-positive proteinuria and microscopic hematuria were observed among rosuvastatin-treated patients, predominantly in patients dosed above the recommended dose range (i.e., 80 mg). However, this finding was more frequent in patients taking rosuvastatin 40 mg, when compared to lower doses of rosuvastatin or comparator statins, though it was generally transient and was not associated with worsening renal function. (See PRECAUTIONS, Laboratory Tests.) Other abnormal laboratory values reported were elevated creatinine phosphokinase, transaminases, hyperglycemia, glutamyl transpeptidase, alkaline phosphatase, bilirubin, and thyroid function abnormalities. Other adverse events reported less frequently than 1% in the rosuvastatin clinical study program, regardless of causality assessment, included arrhythmia, hepatitis, hypersensitivity reactions (i.e., face edema, thrombocytopenia, leukopenia, vesiculobullous rash, urticaria, and angioedema), kidney failure, syncope, myasthenia, myositis, pancreatitis, photosensitivity reaction, myopathy, and rhabdomyolysis. **OVERDOSAGE** There is no specific treatment in the event of overdose. In the event of overdose, the patient should be treated symptomatically and supportive measures instituted as required. Hemodialysis does not significantly enhance clearance of rosuvastatin. **DOSAGE AND ADMINISTRATION** The patient should be placed on a standard cholesterol-lowering diet before receiving CRESTOR and should continue on this diet during treatment. CRESTOR can be administered as a single dose at any time of day, with or without food. **Hypercholesterolemia (Heterozygous Familial and Nonfamilial) and Mixed Dyslipidemia (Fredrickson Type IIa and IIb)** The dose range for CRESTOR is 5 to 40 mg once daily. Therapy with CRESTOR should be individualized according to goal of therapy and response. The usual recommended starting dose of CRESTOR is 10 mg once daily. Initiation of therapy with 5 mg once daily may be considered for patients requiring less aggressive LDL-C reductions or who have predisposing factors for myopathy (see WARNINGS, Myopathy/Rhabdomyolysis). For patients with marked hypercholesterolemia (LDL-C > 190 mg/dL) and aggressive lipid targets, a 20 mg starting dose may be considered. The 40-mg dose of CRESTOR should be reserved for those patients who have not achieved goal LDL-C at 20 mg (see WARNINGS, Myopathy/Rhabdomyolysis). After initiation and/or upon titration of CRESTOR, lipid levels should be analyzed within 2 to 4 weeks and dosage adjusted accordingly. **Homozygous Familial Hypercholesterolemia** The recommended starting dose of CRESTOR is 20 mg once daily in patients with homozygous FH. The maximum recommended daily dose is 40 mg. CRESTOR should be used in these patients as an adjunct to other lipid-lowering treatments (e.g., LDL apheresis) or if such treatments are unavailable. Response to therapy should be estimated from pre-apheresis LDL-C levels. **Dosage in Patients Taking Cyclosporine** In patients taking cyclosporine, therapy should be limited to CRESTOR 5 mg once daily (see WARNINGS, Myopathy/Rhabdomyolysis, and PRECAUTIONS, Drug Interactions). **Concomitant Lipid-Lowering Therapy** The effect of CRESTOR on LDL-C and total-C may be enhanced when used in combination with a bile acid binding resin. If CRESTOR is used in combination with gemfibrozil, the dose of CRESTOR should be limited to 10 mg once daily (see WARNINGS, Myopathy/Rhabdomyolysis, and PRECAUTIONS, Drug Interactions). **Dosage in Patients With Renal Insufficiency** No modification of dosage is necessary for patients with mild to moderate renal insufficiency. For patients with severe renal impairment ($CL_{cr}$ <30 mL/min/1.73 m$^2$) not on hemodialysis, dosing of CRESTOR should be started at 5 mg once daily and not to exceed 10 mg once daily (see PRECAUTIONS, General, and CLINICAL PHARMACOLOGY, Special Populations, Renal Insufficiency).

Rx only

**References:** 1. Data on file, DA-CRS-02. 2. Shepherd J, Hunninghake DB, Barter P, et al. Guidelines for lowering lipids to reduce coronary artery disease risk: a comparison of rosuvastatin with atorvastatin, pravastatin, and simvastatin for achieving lipid-lowering goals. *Am J Cardiol.* 2003;91(suppl):11C-19C. 3. Shepherd J, Hunninghake DB, Stein EA, et al. The safety of rosuvastatin. *Am J Cardiol.* In press. 4. Prescribing Information for CRESTOR. AstraZeneca, Wilmington, DE. 5. Data on file, DA-CRS-01. 6. New Drug Application for atorvastatin (four-month safety update). 7. New Drug Application for simvastatin (simvastatin safety update II). 8. New Drug Application for pravastatin (medical officer's review and evaluation of NDA report). 9. New Drug Application for rosuvastatin (conclusion with regard to the safety of cerivastatin). 10. New Drug Application for fluvastatin (exposure). 11. New Drug Application for lovastatin (integrated safety results and analysis). 12. Data on file, DA-CRS-11.

CRESTOR is a registered trademark of the AstraZeneca group of companies. "Ride the CREST" and the GALAXY Program are trademarks of the AstraZeneca group of companies.

©2004 AstraZeneca Pharmaceuticals LP. All rights reserved.

PCC 630100
09/04    222969



Liquidia's Exhibit 1095
Page 6

# Supplement to

# Circulation  Volume 110  Number 17  October 26, 2004

**Abstracts From Scientific Sessions 2004**
**Morial Convention Center**
**New Orleans, Louisiana**
**November 7–10, 2004**

## Named and Invited Lectures

**2004 Russell Ross Memorial Lectureship in Vascular Biology**
*Garret A. FitzGerald, MD* .......................................................... III-A

**2004 George Lyman Duff Memorial Lecture**
*Henry N. Ginsberg, MD* ............................................................ III-A

**2004 Sol Sherry Distinguished Lecture in Thrombosis**
*Denisa D. Wagner, PhD* ............................................................ III-A

**2004 Thomas W. Smith Memorial Lecture**
*Donald M. Bers, PhD* ............................................................... III-B

**2004 George E. Brown Memorial Lecture**
*David A. Kass, MD, FAHA* ......................................................... III-B

**2004 Dickinson W. Richards Memorial Lecture**
*Kenneth Weir, MD, FAHA* .......................................................... III-C

**2004 Katharine A. Lembright Award**
*Diane M. Becker, RN, MPH, ScD, FAHA* ......................................... III-C

**2004 William W. L. Glenn Lecture**
*Timothy Gardner, MD* .............................................................. III-C

**2004 William J. Rashkind Memorial Lecture**
*Betsy Dresser, PhD* ................................................................. III-D

**2004 T. Duckett Jones Memorial Lecture**
*Jane W. Newburger, MD, MPH* ................................................... III-D

**2004 Charles T. Dotter Memorial Lecture**
*Lewis Wexler, MD* .................................................................. III-D

**2004 Laennec Society Lecture**
*Nanette K. Wenger, MD, FAHA* ................................................... III-E

**2004 Ancel Keys Lecture**
*Darwin R. Labarthe, MD, MPH, PhD* ............................................ III-E

**Note:** Abstract numbers are arranged to coincide with abstract titles in the *American Heart Association's Scientific Sessions 2002 Program.*

Subject and author indexes are keyed to abstract numbers. Authors of all Named and Invited Lectures and New and Young Investigator Award/Prize Abstracts are presented in the expanded Table of Contents within this Abstracts issue. Indexes are located at the back of this issue. All other supplements to this volume of *Circulation* will be indexed in the last December issue.

CIRCULATION (ISSN 0009-7322) is published weekly except combined the first two weeks in January and the last two weeks in December by Lippincott Williams & Wilkins at 16522 Hunters Green Parkway, Hagerstown, MD 21740. Business offices are located at 530 Walnut Street, Philadelphia, PA 19106-3621. Production offices are located at 351 West Camden Street, Baltimore, MD 21201-2436. Individuals may subscribe for their personal use at the following rates: $206 for members of an American Heart Association scientific council and $289 for nonmembers; international: $353 for members of an American Heart Association scientific council and $495 for nonmembers. Periodicals postage paid at Hagerstown, MD, and additional mailing offices. POSTMASTER: Send address changes to CIRCULATION, American Heart Association, Lippincott Williams & Wilkins, 16522 Hunters Green Parkway, Hagerstown, MD 21740.

Liquidia's Exhibit 1095
Page 7

**2004 Lewis K. Dahl Memorial Lecture**
*Rhian M. Touyz MD, PhD* ................................................................. III-F

**2004 Robert I. Levy Endowed Lecture in Lipid Metabolism**
*Ronald M. Krauss, MD, FAHA* ........................................................... III-F

# New and Young Investigator Award/Prize Abstract Finalists

**Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators**
*Karl-Ludwig Laugwitz, Alessandra Moretti, Jason Lam, Peter Gruber, Yinhong Chen, Sarah Woodard, Lizhu Lin, Chen-Leng Cai, Michael Reth, Sylvia Evans, Kenneth R. Chien* .......................................................... III-G
*Patrick Most, Mirko Voelkers, Sven T. Pleger, Erhe Gao, Melanie Boerries, Andrew Remppis, Hugo A. Katus, Walter J. Koch* ........................................................................................................ III-G
*Sathyamangla V. Naga Prasad, Aruni Jayatilleke, Howard A. Rockman* .......................................... III-H
*Da-Zhi Wang, Dongsun Cao, Zhigao Wang, Shijie Li, Eric N. Olson* ............................................. III-H
*Min Xie, Sam C. Wang, Dou Zhang, Arun J.C. Prashash, Hidemasa Oh, Motoaki Sano, Xiaozhen Wang, Jennifer S. Pocius, George E. Taffet, Lloyd H. Michael, Tse-Hua Tan, Mark L. Entman, Michael D. Schneider* ........ III-H

**Melvin L. Marcus Young Investigator Awards in Cardiovascular Science**
*Roselle Abraham, Peter Lim, Charles A. Henrikson, Roland Emokpae, Ronald Li, Leslie Tung, Eduardo Marbán* .... III-I
*Garvan C. Kane, Atta Behfar, D. Fearghas O'Cochlain, Roy B. Dyer, Xiao-Ke Liu, Denice M. Hodgson, Santiago Reyes, Takashi Miki, Susumu Seino, Andre Terzic* ....................................................... III-I
*Ryoji Koshida, Petra Rocic, Shuichi Saito, William M. Chilian* ................................................... III-I
*Gangjian Qin, Masaaki Ii, Andrea Wecker, Evelyn Bord, Hong Ma, David A. Goukassian, Yung-sup Yoon, Raj Kishore, Yan Zhu, Douglas W. Losordo* ............................................................................ III-J
*Yao Liang Tang, Yi Tang, Keping Qian, Y. Clare Zhang, Leping Shen, M. Ian Phillips* ......................... III-J
*Subodh Verma, Chao-Hung Wang, William Stanford, Shu-Hong Li, Richard D. Weisel* ........................ III-J

**Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care**
*Kimberly A. Boddicker, Yi Zhang, Loyd R. Davies, Richard E. Kerber* .......................................... III-K
*Sebastien Bonnet, M. Evangelos D. Michelakis, Sean McMurtry, Gwyneth Harry, Sandra Bonnet, Alois Haromy, Stephen L. Archer* ................................................................................................... III-K
*Pietro Caironi, Fumito Ichinose, Rong Liu, Rosemary C. Jones, Kenneth D. Bloch, Warren M. Zapol* ......... III-L
*Junyan Gu, Deyanira Prastein, Charles White, Jeffrey Manchio, Richard N. Pierson, Bartley P. Griffith, Paul Gurbel, Udaya Tandry, Robert Poston* .................................................................................. III-L
*Christopher J. Mingone, Sachin A. Gupte, Noorjahan Ali, Richard A. Oeckler, Susan C. Olson, Michael S. Wolin* .... III-L

**Outstanding Research Award in Pediatric Cardiology**
*Brian Feingold, Seda Selamet, Sang C. Park, Beth F. Printz, C. Becket Mahnke, Shing Lee, Charles S. Kleinman, Donna M. Timchak, William H. Neches, Welton M. Gersony* ........................................ III-M
*Marco Stramba-Badiale, Karine Goulene, Giuliano Bosi, Roberta Bini, Silvia G. Priori, Raffaella Bloise, Lia Crotti, Patrizia Salice, Vlasta Fesslova, Savina Mannarino, Giuseppe Latini, Roberto Giorgetti, Peter J. Schwartz* ....... III-M
*Wayne Tworetzky, Audrey C. Marshall, Laura B. Myers, Lisa J. Bergersen, Russell T. Jennings, Carol B. Benson, Louise E. Wilkins-Haug, James E. Lock* ................................................................. III-N

**Melvin Judkins Young Investigator Award in Cardiovascular Radiology**
*Fabao Gao, Bensheng Qiu, Sourav Kar, Xiangcan Zhan, Lawrence V. Hofmann, Xiaoming Yang* ............. III-N
*C. Javidan-Nejad, D.C. Lesniak, G.S. Chrysant, J. Zheng, R.J. Gropler, T.K. Pilgram, P.K. Woodard* .......... III-O
*Saman Nazarian, David A. Bluemke, Albert C. Lardo, Menekhem M. Zviman, Katherine C. Wu, Stanley Watkins, Clerio Azevedo, Timm L. Dickfeld, Glenn R. Meininger, Ronald D. Berger, Hugh Calkins, Joao A. Lima, Henry R. Halperin* ................................................................................................................. III-O
*Monvadi B. Srichai, Chelif Junor, L. Leonardo Rodriguez, Arthur E. Stillman, Richard A. Grimm, Michael L. Lieber, Joan A. Weaver, Nicholas G. Smedira, Richard D. White* ................................................ III-O

**Vivian Thomas Young Investigator Award**
*Sydney L. Gaynor, Hersh S. Maniar, Jeffrey B. Bloch, Paul Steendijk, Marc R. Moon* ........................ III-P
*Faraz Kerendi, Michael E. Halkos, Hajime Kin, Joel S. Corvera, Daniel J. Brat, Mary B. Wagner, Jakob Vinten-Johansen, Zhi-Qing Zhao, Joseph M. Forbess, Kirk R. Kanter, Paul M. Kirshbom* ....................... III-P
*Paul V. Kochupura, Evren U. Azeloglu, Damon J. Kelly, Sergey V. Doronin, Stephen F. Badylak, Irvin B. Krukenkamp, Ira S. Cohen, Glenn R. Gaudette* ......................................................................... III-P
*Stephen Kolakowski Jr, Mark F. Berry, Todd Grand, Omar Fisher, M. Astrid Moise, Jeffrey Cohen, Vivian Hsu, Y. Joseph Woo* ........................................................................................................... III-Q
*Frank Langer, Filiberto Rodriguez, Saskia Ortiz, Allen Cheng, Mary K. Zasio, David Liang, George T. Daughters, Neil B. Ingels, D. Craig Miller* ............................................................................... III-Q
*Pierre Voisine, Jian Li, Cesario Bianchi, Tanveer A. Khan, Marc Ruel, Shu-Hua Xu, Jun Feng, Audrey Rosinberg, Tamer Malik, Yasunari Nakai, Frank W. Sellke* .......................................................... III-R

**Martha N. Hill New Investigator Awards**
*Wen-Wen Li, Anita L. Stewart, Nancy Stotts, Erika S. Froelicher* . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-R**
*Philip Moons, Kristien Van Deyk, Kristel Marquet, Els Raes, Leentje De Bleser, Sabina De Geest, Werner Budts* . . . . **III-R**
*Lorraine S. Evangelista, Kathleen Dracup, Lynn Doering, Debra K. Moser, Jon Kobashigawa* . . . . . . . . . . **III-S**

**Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training**
*Matthew Allison, Michael Criqui, Elena Ho, Julie Denenberg* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Khawaja Afzal Ammar, Steven J. Jacobsen, Richard J. Rodeheffer* . . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Apoor S. Gami, Daniel E. Howard, Eric J. Olson, Virend K. Somers* . . . . . . . . . . . . . . . . . . . . . . . . **III-T**
*Frederick A. Masoudi, Charles Baillie, Yongfei Wang, Edward P. Havranek, JoAnne Micale Foody, John F.
Steiner, Harlan M. Krumholz* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-U**
*Nona Sotoodehnia, David Siscovick, Matteo Vatta, Bruce Psaty, Russell Tracy, Jeffrey Towbin, Rozenn Lemaitre,
Thomas Rea, Peter Durda, Joel Chang, Thomas Lumley, Lewis Kuller, Greg Burke, Susan Heckbert* . . . . . . . . . **III-U**
*Tianying Wu, Susan E. Hankinson, Walter C. Willett, Edward Giovannucci* . . . . . . . . . . . . . . . . . . . . **III-V**

**Samuel A. Levine Young Clinical Investigator Awards**
*Michaela Scheuermann-Freestone, Damian Tyler, George K. Radda, Stefan Neubauer, Kieran Clarke* . . . . . . . . **III-W**
*Michelle M. Kittleson, Shui Q. Ye, Rafael A. Irizarry, John V. Conte, Giovanni Parmigiani, Leslie W. Miller,
Yingjie Chen, Jennifer L. Hall, Joe G.N. Garcia, Joshua M. Hare* . . . . . . . . . . . . . . . . . . . . . . . . . **III-W**
*Hidenobu Koga, Seigo Sugiyama, Kiyotaka Kugiyama, Keisuke Watanabe, Hironobu Fukushima, Tomoko
Tanaka, Tomohiro Sakamoto, Michihiro Yoshimura, Hideaki Jinnouchi, Hisao Ogawa* . . . . . . . . . . . . . . . **III-W**
*Francesca Nesta, Maire Leyne, Charles Simpson, Daisy Dai, Jane E. Marshall, Chaim Yosefy, Judy Hung, Susan
A. Slaugenhaupt, Robert A. Levine* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-X**
*Khim Leng Tong, Sanjiv Kaul, Xin-Qun Wang, Diana Rinkevich, Saul Kalvaitis, Todd Belcik, Wolfgang Lepper,
William A. Foster, Kevin Wei* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-X**

**Laennec Society Young Clinician Award**
*Marcus Y. Chen, William A. Baker, Bryan R. Haugen, Robert A. Quaife* . . . . . . . . . . . . . . . . . . . . . **III-Y**
*Andrew C. Lee, Elyse Foster, Yerem Yeghiazarians* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**
*Molly Ware, Eric Awtry, Michael Klein, Thomas Ryan* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**

**NPAM New Investigator Award**
*M. Robinson, M. Scheuermann-Freestone, P. Leeson, K. Clarke, S. Neubauer, F. Wiesmann* . . . . . . . . . . . . . **III-Z**

**Abstracts From the Scientific Sessions 2004** . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-1**

**Author Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-837**

**Subject Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-893**

**Abstracts From the Resuscitation Science Symposium** . . . . . . . . . . . . . . . . . **III-1095**

**American Heart Association Embargo Policy for Scientific Sessions Abstracts**

Abstracts, lectures, and other presentations included in the Scientific Sessions 2004 Supplement published in the
Oct. 26 issue of *Circulation*: Journal of the American Heart Association are embargoed for release at the time of
presentation at the American Heart Association's Scientific Sessions 2004 (Nov. 7–10) and information may not
be released before then. Presentation times are listed in the Scientific Sessions 2004 Final Program.

Liquidia's Exhibit 1095
Page 9



Liquidia's Exhibit 1095
Page 10

Supplement to

# Circulation

## Abstracts From Scientific Sessions 2004

## Committee on Scientific Sessions Program

The American Heart Association is most grateful to members of the Committee on Scientific Sessions Program for their continued dedication and leadership throughout the year in planning the program.

Raymond J Gibbons, Chairman
Timothy Gardner, Vice Chairman

### Council Representatives

Donna Arnett, Functional Genomics and Translational Biology Interdisciplinary Working Group
Kenneth Bloch, Cardiopulmonary Perioperative and Critical Care
Roberto Bolli, Member-at-Large
Lawrence Brass, Stroke Council
Blase A. Carabello, Clinical Cardiology
Arlene Chapman, Kidney in Cardiovascular Disease
Mark A. Creager, Atherosclerotic Peripheral Vascular Disease Interdisciplinary Working Group
Alan Daugherty, Arteriosclerosis, Thrombosis, and Vascular Biology
Christi Deaton, Cardiovascular Nursing
David D. Gutterman, Basic Cardiovascular Sciences
David M. Herrington, Epidemiology and Prevention
Mariell Jessup, Member-at-Large
Alan Kadish, Member-at-Large
John Kugler, Cardiovascular Disease in the Young
Bruce Lerman, American College of Cardiology, Liaison
George A. Mensah, Member-at-Large
Richard C. Pasternak,* Member-at-Large
Robert C. Robbins, Cardiovascular Surgery and Anesthesia
David Robertson, High Blood Pressure Research
Beatriz Rodriguez, Nutrition, Physical Activity, and Metabolism
Arthur Stillman, Cardiovascular Radiology and Intervention
Robert Talbert, Member-at-Large
Gordon F. Tomaselli, Basic Cardiovascular Sciences
William S Weintraub, Quality of Care and Outcomes Research Interdisciplinary Working Group
William Wijns, European Society of Cardiology, Liaison

### American Heart Association

Alice K. Jacobs, President
Augustus O. Grant, Immediate Past President
Rose Marie Robertson, Chief Science Officer

*Former member

## Supplements to *Circulation* Published in 2004

*Supplements to* Circulation *are published occasionally and for archival purposes may be bound with the regular issue. Supplement page numbers are preceded by a Roman numeral and a hyphen. Supplements are indexed with the regular issue with the exception of the Abstracts issue, which is indexed within that issue.*

**Diagnosis of Venous Thromboembolism Supplement**
  Gregory L. Moneta, MD, *Guest Editor*
  Volume 109, Issue 12. March 30, 2004. Pages I–1–I–27.

**Vascular Effects of Statins**
  Peter Libby, MD, *Guest Editor*
  Volume 109, Issue 21. June 1, 2004. Pages II–1–II–48.

**Atherosclerosis: Evolving Vascular Biology and Clinical Implications**
  Antonio M. Gotto, Jr, MD, DPhil, *Guest Editor*
  Volume 109, Issue 23. June 15, 2004. Pages III–1–III–57.

**Markers of Malign Across the Cardiovascular Continuum: Interpretation and Application**
  Victor J. Dzau, *Guest Editor*
  Volume 109, Issue 25. June 29, 2004. Pages IV–1–IV–58.

**Treatment of Venous Thromboembolism**
  Jeffrey I. Weitz, MD, *Guest Editor*
  Volume 110, Issue 9. August 31, 2004. Pages I–1–I–34.

**Cardiovascular Surgery Supplement 2004**
  Robert C. Robbins, MD, *Guest Editor*
  Volume 110, Issue 14. September 14, 2004. Pages II–1–II–286.

**Abstracts From Scientific Sessions 2004**
  Volume 110, Issue 17. October 26, 2004. Pages III-1–III-1102.

For rate and order information, contact

Lippincott Williams & Wilkins
Subscription Fulfillment Dept
351 West Camden Street
Baltimore, MD 21201-2436 USA
Telephone (410) 361-8080
Fax (410) 361-8048



# Circulation

### JOURNAL OF THE AMERICAN HEART ASSOCIATION

## Editor-in-Chief
Joseph Loscalzo

| Deputy Editor | Senior Associate Editor |
| --- | --- |
| Joseph A. Vita | Elliott M. Antman |

## Associate Editors

Gary J. Balady   Emelia J. Benjamin   Wilson S. Colucci   Ravin Davidoff   Jane E. Freedman   John F. Keaney, Jr
Jane A. Leopold   Jane W. Newburger   Douglas B. Sawyer   Richard J. Shemin   William G. Stevenson   James E. Udelson   Kenneth Walsh

| Africa | Asia | Australia/New Zealand | Central/South America | Europe |
| --- | --- | --- | --- | --- |
| Lionel Opie | Shigetake Sasayama | Harvey D. White | Edgardo Escobar | Thomas F. Lüscher |

| Staff | Consultants |
| --- | --- |
| Managing Editor, *Karen Barry* | Immediate Past Editor, *James T. Willerson* |
| Assistant Managing Editors, *Dale R. Golden* and *Doreen E. Kriegel* | Statistical Consultant, *Martin G. Larson* |

## Editorial Board

Philip Ades
Charles Antzelevitch
Paul W. Armstrong
Robert J. Bache
Donald S. Baim
William H. Barry
Robyn J. Barst
Craig T. Basson
Anton E. Becker
George E. Beller
Ivor J. Benjamin
Bradford C. Berk
Michel E. Bertrand
Christoph Bode
Roberto Bolli
Robert O. Bonow
Jeffrey S. Borer
Penelope A. Boyden
Eugene Braunwald
Michael R. Bristow
Joan Heller Brown
Nancy J. Brown
Martina Brueckner
Robert M. Califf
Francois Cambien
Richard O. Cannon III
Oscar Carretero
Alan Chait
Bernard R. Chaitman
Peng-Sheng Chen
William M. Chilian
Alexander Clowes
David J. Cohen
Lawrence H. Cohn
Antonio Colombo
John P. Cooke
Delos M. Cosgrove
Filippo Crea
Mark A. Creager
Henry J. Dargie
John E. Deanfield
Linda L. Demer
David Dichek
John P. DiMarco
Stephanie Dimmeler
Gerald W. Dorn II
Helmut Drexler
Victor Dzau
Elazer R. Edelman
Eric J. Eichhorn
Stephen G. Ellis
Stephen E. Epstein

Michael D. Ezekowitz
Erling Falk
David P. Faxon
Douglas T. Fearon
James J. Ferguson III
Loren J. Field
Toren Finkel
Michael Fishbein
Glen I. Fishman
Desmond J. Fitzgerald
Garret A. FitzGerald
Alan M. Fogelman
Aaron R. Folsom
Thomas L. Force
Gregory L. Freeman
Victor Froelicher
Curt D. Furberg
Valentin Fuster
William H. Gaasch
Marie D. Gerhard-Herman
Bernard J. Gersh
Gary Gibbons
Raymond Gibbons
C. Michael Gibson
Samuel S. Gidding
Richard F. Gillum
Charles J. Glueck
Pascal J. Goldschmidt
Paolo Golino
Stephen S. Gottlieb
Augustus O. Grant
Paul A. Grayburn
Scott M. Grundy
Steven M. Haffner
Michel Haïssaguerre
Christian W. Hamm
Goran K. Hansson
Gerd Hasenfuss
Otto M. Hess
Charles B. Higgins
Joseph A. Hill
L. David Hillis
Karen Hirschi
Helen H. Hobbs
Judith S. Hochman
David R. Holmes, Jr
Jeffrey D. Hosenpud
O. Wayne Isom
David A. Kass
Arnold M. Katz
Sanjiv Kaul
Chuichi Kawai

David M. Kaye
Mark T. Keating
Daniel P. Kelly
Dean J. Kereiakes
Morton J. Kern
Spencer B. King III
Neal S. Kleiman
George J. Klein
Robert A. Kloner
Walter J. Koch
Marvin A. Konstam
Raymond T. Kwong
Kathryn G. Lamping
Leslie Leinwand
Bruce B. Lerman
E. Douglas Lewandowski
Martin M. LeWinter
James K. Liao
Peter Libby
Stephen B. Liggett
A. Michael Lincoff
William C. Little
James E. Lock
Douglas W. Losordo
Benedict R. Lucchesi
Lynn Mahony
Alberto Malliani
Donna M. Mancini
Teri Manolio
Eduardo Marbán
Andrew R. Marks
Barry J. Maron
John F. Martin
Attilio Maseri
Jay W. Mason
John E. Mayer, Jr
Hugh A. McAllister, Jr
Jeanie B. McMillin
Elizabeth M. McNally
Jawahar L. Mehta
D. Douglas Miller
Jeffrey D. Molkentin
Fred Morady
Ryuichi Morishita
David A. Morrow
Elizabeth Murphy
Charles E. Murry
Anthony J. Muslin
Elizabeth G. Nabel
Ryozo Nagai
Claudio Napoli
Toshio Ogihara

Ira Ockene
Eric N. Olson
William W. O'Neill
Suzanne Oparil
Catherine M. Otto
Milton Packer
Igor F. Palacios
Julio C. Palmaz
Julio A. Panza
Carlo Patrono
Cam Patterson
Dudley J. Pennell
Carl J. Pepine
Joseph K. Perloff
Mark A. Pfeffer
Mariann R. Piano
Michael H. Picard
Peipei Ping
Bertram Pitt
Gerald M. Pohost
Silvia G. Priori
Eric N. Prystowsky
Karin Przyklenk
Reed Pyeritz
Marlene Rabinovitch
Daniel J. Rader
Shahbudin H. Rahimtoola
Nathaniel Reichek
Paul M Ridker
Jeffrey Robbins
Robert C. Robbins
Robert Roberts
William C. Roberts
Rose Marie Robertson
Michael R. Rosen
Jean-Lucien Rouleau
Marschall S. Runge
Frank M. Sacks
Jeffrey E. Saffitz
David J. Sahn
Andrew L. Schafer
Hartzell V. Schaff
Jutta Schaper
Wolfgang Schaper
Melvin Scheinman
Heinrich R. Schelbert
Ann Marie Schmidt
Arnold Schwartz
Ketty Schwartz
Peter J. Schwartz
Robert J. Schwartz

Robert S. Schwartz
Stephen M. Schwartz
Christine Seidman
Jonathan Seidman
Prediman K. Shah
Maarten L. Simoons
Daniel I. Simon
Paul C. Simpson
Burton E. Sobel
Michael J. Sole
Virend K. Somers
Sidney C. Smith, Jr
Francis G. Spinale
David H. Spodick
Lynne Warner Stevenson
A. Jamil Tajik
Akira Takeshita
Anne L. Taylor
Pierre Theroux
James D. Thomas
Gianni Tognoni
Gordon F. Tomaselli
Eric J. Topol
Lilliam Valdes-Cruz
Frans J.J. Van de Werf
Dorothy E. Vatner
Stephen F. Vatner
Douglas E. Vaughan
Renu Virmani
Robert A. Vogel
Lars Wallentin
Carole A. Warnes
Hugh Watkins
Karl T. Weber
Keith Webster
William S. Weintraub
James N. Weiss
Stephen Westaby
Josiah N. Wilcox
David O. Williams
Andrew L. Wit
Joseph L. Witztum
Magdi Yacoub
Edward T.H. Yeh
Paul G. Yock
Salim Yusuf
Barry L. Zaret
Andreas M. Zeiher
Michael R. Zile
Douglas P. Zipes
Jay L. Zweier

## Special Section Editors

| Book Reviews | Basic Science for Clinicians | Clinician Update *and* Patient Page |
| --- | --- | --- |
| Thomas J. Ryan | John F. Keaney, Jr | Elliott M. Antman |

| Contemporary Reviews in Cardiovascular Medicine | Controversies in Cardiovascular Medicine |
| --- | --- |
| Ravin Davidoff and Michael A. Fifer | Mark E. Josephson |

| Correspondence | Images in Cardiovascular Medicine | New Drugs and Technologies |
| --- | --- | --- |
| Joseph A. Vita | Warren J. Manning | Dan M. Roden and Paul S. Teirstein |

## Scientific Publishing Committee

| Ivor Benjamin, *Chair* | Robert Shirrell, *Vice Chair* |
| --- | --- |
| Andrew B. Buroker | William Bryson Campbell |
| N.A. Mark Estes III | Janet H. Fisher |
| Jerome Kassirer | Rita Redberg |
| Jeffrey Robbins | Christine E. Seidman |
| Diane Scott-Lichter | Linda S. Williams |

# Circulation

### JOURNAL OF THE AMERICAN HEART ASSOCIATION

## Editorial Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*EDITORIAL CORRESPONDENCE* should be sent to Joseph Loscalzo, MD, PhD, Editor, *Circulation*, 560 Harrison Ave, Suite 502, Boston, MA 02118. Phone 617-414-8780. Fax 617-414-8781. E-mail circ@bu.edu

*INSTRUCTIONS TO AUTHORS* appear in the first issue of each month. Authors should consult these instructions before submitting manuscripts to *Circulation*.

*AUTHOR COSTS* include page charges, cost of color figures, and cost of reprints, if ordered.

**Statements, opinions, and results of studies published in *Circulation* are those of the authors and do not reflect the policy or position of the American Heart Association, and the American Heart Association provides no warranty as to their accuracy or reliability.**

## Business Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*BUSINESS CORRESPONDENCE* should be sent to American Heart Association, Lippincott Williams & Wilkins Subscription Fulfillment Dept, 351 West Camden Street, Baltimore, MD 21201-2436. Telephone 800-787-8984. Fax 800-787-8985. E-mail: custserv@lww.com; outside the U.S.: Telephone 410-361-8080; Fax 410-361-8048.

*CHANGE OF ADDRESS:* Please supply old and new addresses. Allow 4 weeks for changes.

*ANNUAL SUBSCRIPTION RATES:* U.S.: *Personal* $303.00; *Institutional* $576.00; *Single copy* $17.00. **Outside the U.S.:** *Personal* $519.00; *Institutional* $781.00; *Single copy* $17.00.

Medical professionals and scientists in training may subscribe for $162 in the United States and $271 outside the United States if payment is accompanied by a letter from the department chair verifying post held and completion date.

Prepayment is required. Make check, draft, or money order payable to the American Heart Association in US dollars drawn on a US bank, with *Circulation* on the face of the check. To charge with a credit card, include account number, expiration date, and name as it appears on card.

*REPRINTS:* Authors may purchase reprints of their article by dialing Kathryn Welch, Author Reprint Department, Lippincott Williams & Wilkins at 1-800-341-2258; or, via E-mail at ReprintsGroup@lww.com; an Author Reprint Order Form may be accessed through the Internet at http://www.services.lww.com/periodicals/author-reprints. Single copies of reprints are available from the corresponding authors. Reprints in large quantities, for commercial or academic use, may be purchased from the publisher. For information and prices: telephone 410-528-4121, E-mail kgray@lww.com

## Advertising Correspondence    (Additional information available on the Internet at http://www.circulationaha.org/misc/about.shtml)

*US ADVERTISING SALES:* The Jackson-Gaeta Group, Inc., 33 Smull Avenue, Caldwell, NJ 07006. Telephone 973-403-7677. Fax 973-403-7795. Contact Joe Jackson, Paul Nathanson, or Charles Novak. For media kits, contact Tina Auletta.

*JAPAN ADVERTISING SALES:* Biomedis International LTD, ASK Ginza Bldg, 10-6, 7-Chome Ginza, Chuo-ku, Tokyo 104-0061, Japan. Telephone (03) 3575-1611. Fax (03) 3569-0155. Contact Hiromu Furukawa. E-mail hiromu-f@biomedis.co.jp

*REST OF WORLD SALES:* Fran Grega, 3205 Douglas Point Court, Riva, MD 21140. Telephone 410-956-9861. Fax 410-956-9862. E-mail fgrega@comcast.net

*ADVERTISING PRODUCTION:* Contact Randy Ezell, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 410-528-8533, E-mail rezell@lww.com

*SPONSORED GIFT SUBSCRIPTIONS:* Contact Carol Bak, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 410-528-4163, fax 410-528-4305, E-mail cbak@lww.com

*CLASSIFIED ADVERTISING:* Contact Jennifer Williams, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436, telephone 1-800-528-1843, E-mail jwilliam@lww.com

Advertisements in this issue have been reviewed to comply with the principles governing advertising in American Heart Association publications. A copy of these principles is available on request. *The appearance of an advertisement in an AHA publication is neither an AHA guarantee nor endorsement of the product or service or the claims for the product or service made by the advertiser.*

## Secondary Services

*INDEXED OR ABSTRACTED* in *Biological Abstracts, CABS, CINAHL, Chemical Abstracts, Current Contents, EMBASE/Excerpta Medica,* and *Index Medicus.*

*AVAILABLE ONLINE* from Ovid Online, 333 Seventh Avenue, 4th Floor, New York, NY 10001. Telephone 800-950-2035.

*MICROFORM EDITION* available from University Microfilms International, 300 North Zeeb Road, Ann Arbor, MI 48106-1346. Telephone 313-761-4700. Also available from Princeton Microfilm Corporation, Alexander Road, Box 2073, Princeton, NJ 08540. Telephone 609-452-2066.

*AUTHORIZATION TO PHOTOCOPY* items from this publication for personal and internal use, the personal or internal use of specific clients, or for educational use, is granted by the American Heart Association on the condition that the copier pay the appropriate fee to the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923. Telephone 978-750-8400. Fax 978-750-4744. This consent does not extend to copying for advertising or promotional purposes, for creating new collective works, or for resale. Individuals may make single photocopies for personal, noncommercial use without obtaining permission. For all other use, permission should be sought directly from the Rights & Permissions Desk, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436; telephone 410-528-4016; fax 410-528-8550; E-mail journalpermissions@lww.com

*Circulation* (ISSN 0009-7322) is published weekly by Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436.

GST Registration Number 89552 4239 RT.

Printed in the USA.    © 2004 American Heart Association, Inc.

Liquidia's Exhibit 1095
Page 14

**Basic Science**

of membranous RhoA and phosphorylated ERM in brainstem were greater both in angiotensin II-treated rats and SHR than in WKY. Valsartan reduced the expression levels of membranous RhoA in angiotensin II-treated rats and SHR. In addition, Y-27632 or valsartan reduced the expression levels of phosphorylated ERM in angiotensin II conditions. Subcutaneous infusion of phenylephrine increased SBP to the same level of angiotensin II infusion in WKY. However, it did not alter the expression levels of membranous RhoA and phosphorylated ERM. Conclusions: These results suggest that 1) the pressor response induced by central infusion of angiotensin II is substantially mediated by activation of Rho/Rho-kinase pathway in brainstem via AT1 receptors, 2) this pathway may also be involved in hypertensive mechanism in SHR.

---

**1412**

**Endothelial Nitric Oxide and Hypertension in Autonomic Failure**

Alfredo Gamboa, Cyndya Shibao, Andre Diedrich, Bonnie K Black, Ginnie Farley, Satish R Raj, David Robertson, Italo Biaggioni; Vanderbilt Univ, Nashville, TN

More than half of patients with autonomic failure (AF) have severe supine hypertension despite low or unresponsive norepinephrine levels and often undetectable plasma renin activity. Supine hypertension is related to increased vascular resistance but the mechanism is not known. To test the hypothesis that nitric oxide deficiency contributes to supine hypertension we blocked endogenous nitric oxide synthase with L-NMMA in 5 AF patients and 7 normal controls (supine SBP 173±6 and 107±5 mmHg, respectively). Systolic blood pressure (SBP) was normalized to 110 mmHg in AF with graded head-up tilt, and baroreflexes were eliminated with trimethaphan in normal controls to mimic autonomic failure. The pressor response to graded doses of L-NMMA was shifted to the left in AF (Figure); The dose necessary to increase SBP by 30 mmHg was 3.4-fold lower in AF compared to controls (136±24 and 465±103 μg/k/min respectively, p<0.02). In conclusion, contrary to our original hypothesis, our results suggest an increased tonic release of nitric oxide in AF. Thus, NO deficiency does not contribute to supine hypertension in autonomic failure. On the contrary, this enhanced tonic NO may contribute to orthostatic hypotension in these patients.



---

**1413**

**Oral Administration of a Mineralocorticoid Receptor Antagonist Reduces Brain, Heart, and Blood-borne Proinflammatory Cytokines in Heart Failure**

Yu-Ming Kang, Carver College of Med, Univ of Iowa, Iowa City, IA; Ralph F Johnson, Univ of Iowa, Iowa City, IA; Zhi-Hua Zhang, Carver College of Med, Univ of Iowa, Iowa City, IA; Robert M Weiss, Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA; Alan K Johnson, Univ of Iowa, Iowa City, IA; Robert B Felder; Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA

**Introduction:** Brain and blood-borne cytokines may contribute to neurohumoral excitation in heart failure (HF). We previously reported that blockade of mineralocorticoid receptors (MR) in the central nervous system with spironolactone (SL) reduces circulating tumor necrosis factor (TNF)-α in HF rats. The effect of SL on proinflammatory cytokines (PIC) in the brain and on other important circulating PIC - interleukin (IL)-1β and IL-6 - was not determined. **Hypothesis:** Chronic treatment with oral SL will reduce brain and blood-borne PIC in rats with HF following MI. **Methods and Results:** Rats underwent coronary artery ligation to induce MI (48.2±2.0% of left ventricle, with ejection fraction of 35.5±4.1% by echocardiography), or sham surgery (SHAM). Six weeks later, immunohistochemistry of the paraventricular nucleus (PVN) of hypothalamus, a region critical to cardiovascular regulation, revealed more PVN neurons (MI vs SHAM, **P<0.01) positive for TNF-α (59.5±3.3** vs 10.8±0.9) and IL-1β (70.7±3.9** vs 13.8±1.2) in MI (n=6) than in SHAM (n=6) rats. Double staining demonstrated that these neurons were distributed among PVN neurons expressing Fra-like immunoreactivity, indicating chronic neuronal activation. MI rats (n=6) treated with SL (1 mg/kg/day orally for 6 weeks) had fewer (MI+SL vs MI, #P<0.01) Fra-like positive PVN neurons (85.5±5.4# vs 183.6±5.0), and fewer PVN neurons positive for TNF-α (22.4±1.8# vs 32.4±1.7%) and IL-1β (19.1±1.3# vs 38.4±2.1%). Levels of TNF-α, IL-1β and IL-6 in brain and heart tissues and in plasma were also lower in MI rats treated with SL (see table). **Conclusion:** In rats with ischemia-induced heart failure, orally administered SL has a global inhibitory influence on the appearance of proinflammatory cytokines in brain, heart and plasma. The beneficial influence of MR antagonism in patients with HF may result at least in part from blocking aldosterone-induced cytokine synthesis. (Table: *P<0.05 MI+SL vs MI+VEH)

---

## Pulmonary Arterial Hypertension: New Therapies

Subspecialty: Integrative Biology
*Wednesday*
*Ernest N Morial Convention Center, Hall I2*
*Abstracts 1414–1418*

---

**1414**

**Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension**

Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessler, Thomas Schmehl, Markus G Kohstall, Friedrich Grimminger, Hossein A Ghofrani, Werner Seeger, Horst Olschewski; Univ Hosp Giessen, Giessen, Germany

**Objective:** To evaluate the effects of inhaled TRE on pulmonary hemodynamics and gas exchange in severe pulmonary hypertension (PH) and to assess safety, tolerability and clinical efficacy in patients with severe PH. **Background:** TRE is a stable prostacyclin analogue that has been approved for treatment of pulmonary arterial hypertension as a continuous subcutaneous infusion. Iloprost, another prostacyclin analogue, has been shown to be efficacious in a randomised controlled study as repetitive inhalation. **Methods:** In an open-label study a preservative free solution of inhaled TRE was applied to 17 patients with severe pulmonary hypertension during Swan-Ganz catheter investigation. Patients received a TRE inhalation by use of the pulsed OptiNeb® ultrasound nebulizer (3 single breaths, TRE solution 600 μg/ml). Hemodynamics were observed for 2 hours. Two patients with idiopathic PAH received compassionate treatment with 4 inhalations of TRE per day after the acute test. **Results:** Patients (male/female= 4/13) suffered from iPAH (n=5), PAH other (n=8) and CTEPH (n=4); PVR 948 ± 112 dyn*s*cm⁻⁵, PAP 48.3 ± 2.7 mmHg, PAWP 8.9 ± 0.5 mmHg, CVP 10.8 ± 1.6 mmHg, CO 3.8 ± 0.3 l/min, SvO2 61.8 ± 1.8 %. TRE inhalation resulted in a sustained, highly significant selective vasodilatation over 120 minutes. Maximum PVR decrease was -31.2 ± 4.5 % after 30 min. PVR and SVR at 120 minutes after inhalation were 89.2 ± 4.2 % and 101.0 ± 4.0 % of the baseline values, respectively. The AUC for the observation period (120min) was -22.9 ± 3.8 % for PVR and -4.9 ± 3.2% for SVR. The compassionate use patients have been treated for more than 3 months. In both patients NYHA class improved (from IV to III and from III to II), and six minute walk increased (from 0 m (bedridden) to 143 m, and from 310 m to 486 m, respectively). No side effects have been observed by the patients during long-term treatment. **Conclusion:** Inhaled TRE shows strong pulmonary selective vasodilatory efficacy with a long duration of effect following single acute dosing. Tolerability is excellent even at high drug concentrations and short inhalation times (3 breaths). Long-term treatment effects are very promising. The current results warrant controlled studies investigating this approach in a larger series of patients. Supported by Lung RX

---

**1415**

**Rho-kinase in Pulmonary Hypertension**

Ken Ishikura, Norikazu Yamada, Akihiro Tsuji, Satoshi Ota, Mashio Nakamura, Masaaki Ito, Naoki Isaka, Takeshi Nakano; Mie Univ Sch of Med, Tsu, Japan

**Objectives:** Pulmonary hypertension (PH) is a poor prognostic disease with limited treatment. Rho-kinase is involved in the pathophysiology of several diseases underlying smooth muscle hypercontraction. But the role of is unknown. The purpose of this preliminary report was to indicate the efficacy of fasudil, a Rho-kinase inhibitor in patients with pulmonary hypertension using interventional hemodynamic assessment. **Methods:** Fasudil was intravenously injected in 10 patients (9 female, mean ± SD, 46 ± 15 years, NYHA II n=2, III n=7, IV n=1) with primary (n=5) and secondary (n=5) PH who were not received any vasodilator. Fasudil was administrated 30mg with 1mg/min. Hemodynamic data were measured using Swan-Ganz catheter until 60 minutes after starting administration of fasudil. Hemodynamic and arterial blood gas data of baseline and the lowest total pulmonary resistance (TPR) time were compared. **Results:** The lowest TPR time was within 30 to 60 minutes after administration. Administration of fasudil significantly decreased TPR from 13.6 ± 6.8 U to 10.3 ± 4.9 U (-23.2 ± 8.2 %, p < 0.001) and mean pulmonary arterial pressure (mPAP) from 43.6 ± 14.5 mmHg to 38.8 ± 13.9 mmHg (-11.6 ± 10.4 %, p < 0.02). Cardiac index (CI) was significantly increased from 2.39 ± 0.66 L/min/m² to 2.74 ± 0.73 L/min/m² (+16.5 ± 15.1 %, p < 0.01). Although TPR was equally decreased in both primary and secondary PH, the changes in the parameters that prescribed TPR, namely CI and mPAP, were different between the two groups subjects. Increased CI was a major factor into reducing TPR in primary PH, while reduced mPAP

Liquidia's Exhibit 1095
Page 15

von der Thüsen, Jan, 846
von Erffa, Johannes, 2452
von Eye, Alexander A, 1962
von Haehling, Stephan, 3016, 3475
von Harsdorf, Rüdiger, 260
von Lewinski, Dirk, 1285
von Lueder, Thomas G, 1094
von Lukowicz, Tobias, 3743
von Mering, Gregory O, 2445, 3441, 3620
von Scheidt, Wolfgang, 2730
von Wilmowsky, Hubertus, 2444
von Ziegler, Franz, 2291, 2292
Voncken, Willem, 1265
Vonder Muhll, Isabelle, 3625
Vonderscher, Jacky, 1011
Vondriska, Thomas M, 980
Vondriska, Tom, 126
Vonhof, Stefan, 3730
Vooletich, Mary, 1761
Voon, Wen-Choi, 677
Vora, R, 1309
Vorlova, Sandra, 956, 1407
Voros, Szilard, 1670, 3174
Vorpahl, Marc, 773
Vos, Marc A, 1531
Voskas, Daniel, 943
Voskuil, Michiel, 2179
Voskuyl, Jan, 1673
Voss, Gemma B Sr, 3808
Voss, Reinhard, 1057
Voswinckel, Robert, 258, 1414
Votaw, V. Scott, 933
Voudris, Vassilis, 3402
Vourvouri, Eleni C, 1996, 2538
Vranckx, Roger, 281
Vratsista, Ekaterini, 3643
Vredevoe, Donna, 1963
Vricella, Luca A, 2977
Vrints, Christiaan, 3753
Vrints, Christiaan J, 235, 1807
Vu, Jack B, 2441
Vu, John D, 2441
Vupputuri, Suma, 3521
Vyas, Anant K, 2361
W. Hamm, Christian, 2099
Waagstein, Finn, 631
Wachtel, Kristian, 2961, 3160, 3375, 3383, 3560
Wacker, Christian, 2563
Wackers, Frans J, 3168
Wada, Atsuyuki, 896
Wada, Hiroshi, 319, 942, 945
Wada, Nozomi, 2733, 3307
Wadanoli, Michael, 709
Wadghiri, Youssef Z, 274
Wadsworth, Scott, 1278
Wagenknecht, Lynne E, 3854
Waggoner, Alan D, 3561
Wagner, Anja, 3140
Wagner, Bettina, 2046
Wagner, Daniel R, 2089
Wagner, Erwin F, 1585
Wagner, Galen S, 1933, 3089
Wagner, Mary B, 1885
Wagner, Roger A, 82
Wagner, Stefan, 282
Wagoner, Lynne, 2415
Wagoner, Lynne E, 1874, 2244, 3473
Wahbi, Karim, 1727
Wahi, Sudhir, 2736
Wahl, Denis, 3724
Wakami, Kazuaki, 1730
Wakamiya, Nobutaka, 1075
Wake, Ryotaro, 531, 2728
Wakimoto, Koji, 482
Wakino, Shu, 434, 790, 1162
Wakisaka, Yuko, 3215
Waksman, Ron, 250, 1817, 2473, 3067
Walch, Laurence, 887, 1683
Wald, Ron, 2679
Waldenström, A, 1726, 1732
Waldenström, Anders, 40
Waldo, Albert L, 1395

Waldron, Michele M, 2835
Waleffe, André, 3447
Walenga, Jeanine, 2873
Walenga, Jeanine M, 2872
Walenta, Katrin, 2379, 3572
Walker, Brian R, 1275
Walker, Esteban, 3115
Walker, Jamie M, 1575
Walker, Jennifer D, 1710
Walker, Johnny E, 3424
Walker, Joseph C, 489
Walker, Robert, 1959
Wall, Barry M, 3343
Wall, E., 217
Wallace, Arthur W, 489
Wallenstein, Sylvan, 3702
Wallentin, Lars, 1947, 2522, 2675
Wallick, Don W, 140
Wallis, Julie, 970
Wallis, Darmot, 573
Walravens, Maarten, 2272
Walsh, Helen A, 3365
Walsh, Kenneth, 15, 207, 739, 1039, 1073, 1333
Walsh, Kenneth A, 1392
Walsh, Kevin, 2631
Walsh, Mary N, 3131
Waltenberger, Johannes, 449, 1520, 2299, 3675
Walter, Dirk H, 715, 1058, 1338, 1679
Walter, Glenn, 50
Walther, Claudia, 3574
Walther, Susanne, 3290
Walther, Thomas, 1090
Wamhoff, Brian R, 1249
Wan, Tina C, 130
Wang, Andrew, 2601, 2640
Wang, Bao-Wei, 38
Wang, Bing, 385, 1769
Wang, Bing-yin, 338, 3735
Wang, Bingyin, 1048
Wang, Bo, 2954
Wang, Chao-Hung, 7
Wang, Chunlei, 3111
Wang, Da-Zhi, 1, 761
Wang, Dachun, 653
Wang, Dajun, 453, 992
Wang, Danming, 378
Wang, Daowen, 2282
Wang, Desuo, 1914
Wang, Duolao, 3478
Wang, Gang W, 126
Wang, Guan-Ying, 1389
Wang, Guangwu, 980
Wang, Hao, 966
Wang, Hong, 134, 147, 484, 565, 880
Wang, Hong-Sheng, 622
Wang, Huashan, 1637
Wang, Hui-Lian, 322
Wang, Huili, 889
Wang, Jen Yu, 2086
Wang, Ji-Quan, 2055
Wang, Jianglan, 2493
Wang, Jianwen, 524
Wang, Jie, 14, 2794, 3299, 3370
Wang, Jiguang, 2276
Wang, Jinglan, 1631, 1856, 1952, 2485, 2491
Wang, Jinqxiong, 921
Wang, Kai, 218
Wang, Lai, 334
Wang, Li, 107, 1438
Wang, LiChun, 1580
Wang, Lingli, 624
Wang, Lixing, 3405
Wang, Liyong, 3799
Wang, Lu, 3687, 3710
Wang, Mei, 2761, 3305
Wang, Meijing, 1711
Wang, Miao, 843
Wang, Min, 3223
Wang, Ming-Dong, 1301
Wang, Nan, 1304, 1306
Wang, Ning-Ping, 805, 1423, 1706
Wang, Ningyuan, 3639

Wang, Ou-Li, 646, 985
Wang, Paul, 2896
Wang, Ping, 828
Wang, Qian, 793
Wang, Qing, 3434
Wang, Ray, 1097
Wang, Renwei, 3685, 3769, 3770
Wang, Sam C, 3, 632, 1259
wang, Shan, 1661
Wang, Shirley, 2366
Wang, Steven, 1697
Wang, Sufen, 2489
Wang, Ting, 1914
Wang, Tommy J, 3527
Wang, Wei, 189, 339, 1125, 1268, 1535
Wang, Wenli, 1383
Wang, X, 1309
Wang, Xiangyuan, 2090
Wang, Xiao, 417
Wang, Xiao-Li, 1595
Wang, Xiaofei, 1008
Wang, Xiaohong, 389
Wang, Xiaoyin, 806, 1133, 3807
Wang, Xiaozhen, 3
Wang, Xin Qun, 1606
Wang, Xing Li, 3818
Wang, Xuejun (XJ), 764, 1138
Wang, Xuerong, 1383
Wang, Yang, 1439
Wang, Yi, 2842
Wang, Yibin, 202, 298, 914, 1081, 1371
Wang, Yigang, 18, 1339, 1453
Wang, Yongfei, 3530, 3774
Wang, Zhigao, 1
Wang, Zhiguo, 66, 921
Wang-Polagruto, Janice F, 3587
Wani, Maqsood, 1339, 1561
Warabi, Eiji, 1358
Ward, R. Parker, 1893, 1983
Ward, Simone M, 448
Warda, Hazem M, 3229
Ware, Molly, 2007
Ware, Stephanie M, 1744
Warembourg, Henri, 2561a
Warita, Shun-ichiro, 2315
Warjngarten, Mauricio, 1500
Warman, Eduardo, 1646
Warner, John J, 3849
Warnes, Carole A, 3022
Warnholtz, Ascan, 376
Warnica, J. Wayne, 2415
Warnick, Russell G, 1477
Warsy, Afan A, 2895
Was, Tomasz, 3074
Washam, Jeffrey B, 3056, 3235
Washington, Jason W, 1156
Wasler, Andrae, 2814
Wasser, Dawn, 3756
Wasserman, Bruce A, 3684
Wasserman, Hal S, 2068
Wasserman, Karlman, 2296, 2495, 2496
Wassmann, Sven, 181, 696, 1241
Wasywich, Cara A, 1720, 3365
Watanabe, Go, 2922
Watanabe, Hideki, 2537, 2542
Watanabe, Hidetsuna, 949
Watanabe, Ichiro, 2174, 2709
Watanabe, Ikuyoshi, 1640, 1698
Watanabe, Kazuhiro, 1640, 1842, 1843
Watanabe, Kazunori, 2228
Watanabe, Keisuke, 1607, 1775
Watanabe, Kenichi, 605
Watanabe, Mari, 3092
Watanabe, Masaki, 2197
Watanabe, Michiko, 444
Watanabe, Miho, 1544
Watanabe, Miki, 3269
Watanabe, Noboru, 2422, 3477
Watanabe, Nozomi, 2733, 3307
Watanabe, Sachiro, 2315
Watanabe, Satoshi, 2588

Watanabe, Sayaka, 1842, 1843
Watanabe, Teruo, 1008
Watanabe, Tetsu, 1224
Watanabe, Tetsuya, 300, 755
Watanabe, Tsuyoshi, 3159
Watano, Keiko, 1311
Waters, Christopher M, 419
Waters, David, 1946
Waters, Richard, 529, 825
Wathen, Mark S, 1653, 2085, 2362
Watkins, Craig, 331
Watkins, Hugh, 54, 57, 970
Watkins, Hugh C, 2664
Watkins, Matthew W, 1979
Watkins, Stanley, 1910
Watkinson, William P, 1917
Watson, Karol E, 245, 3708
Wattanakit, Keattiyoat, 3610
Watts, Katie, 3595
Wawrousek, Eric F, 764
Way, Kerrie, 104
Wazni, Oussama, 2703
Wazni, Oussama M, 1871, 1889, 2712, 3205, 3253
Weatherall, Mark, 1827
Weatherley, Beth D, 3610
Weaver, Joan A, 1911
Weaver, W Douglas, 3706, 3779
Weaver, W. Douglas, 1751
Webb, Carolyn M, 2666
Webb, Carson S, 2958
Webb, Gary, 3023, 3630
Webb, Gary D, 3019
Webb, John G, 2115
Webb, Randy, 477
Webb, Randy L, 2407
Weber, Alberto, 2481
Weber, Artur A, 381
Weber, Artur-Aron, 353
Weber, Christian, 847
Weber, Karl T, 925, 3343
Weber, Michael W, 1927
Weber, Simon, 1727
Weber, Stefan, 2690
Weber, Thomas, 3603
Webster, Keith A, 268, 900
Webster, Linda, 1760
Webster, Mark V, 1732
Wecker, Andrea, 8, 200, 369, 655, 2186
Weeks, David, 2614
Wegscheider, Karl, 3489
Wehinger, Andreas, 557
Wehrens, Xander H, 307, 610, 1091
Wei, Chiming, 14, 2095, 3270
Wei, Heng, 297, 1462
Wei, Jeanne Y, 1378
Wei, Kevin, 1606, 3315, 3323, 3459
Wei, Qin, 577, 578, 580
Weichenhan, Dieter, 491
Weichel, Jiri, 1970
Weidemann, Frank, 2563
Weidinger, Franz, 1791
Weidman, William H, 1835
Weiglein, Andreas H, 1866
Weihrauch, Julia, 672
Weil, Joachim, 1110, 1503
Weil, Max H, 1631, 1856, 1858, 1952, 1958, 2484, 2485, 2491, 2492
Weil, Max Harry, 2486, 2493
Weinberg, Alan, 657, 1467
Weinberg, Kenneth, 2363
Weinbrenner, Christof, 2253
Weinert, Lynn, 2759, 3038, 3322, 3449
Weinheimer, Carla J, 110
Weinmann, Hanns J, 3175
Weinmann, Hanns-Joachim, 177
Weinsaft, Johnathan W, 3490
Weinsaft, Jonathan W, 3486, 3628
Weintraub, Neal L, 1344
Weintraub, William S, 1753, 1961, 2306, 2742, 3026, 3185, 3531
Weis, Michael, 1565, 1571, 2730
Weisbrod, Cara J, 3288

Liquidia's Exhibit 1095
Page 16

Weisbrod, Robert, 1068
Weisbrod, Robert M, 1594
Weisel, John W, 347
Weisel, Richard D, 7, 1451, 2182
Weisman, Gary A, 695
Weisnagel, S. John, 869
Weiss, Daiana, 1455
Weiss, Dominik R, 599, 674
Weiss, Elisabeth, 387
Weiss, Harvey R, 1433
Weiss, Ingo, 3260
Weiss, James N, 458
Weiss, Melvin B, 1349
Weiss, Robert G, 1548, 2835, 2993
Weiss, Robert M, 394, 1404, 1409, 1413
Weiss, Stephen J, 1458
Weissbach, Herbert, 900
Weisskoff, Robert M, 3180
Weissleder, Ralph, 658, 832, 3179
Weissman, Neil, 2458
Weissman, Neil J, 2308, 2724, 3398
Weisz, Giora, 3013
Weitzman, Jonathan B, 1276
Weivoda, Peggy, 2087
Weldner, Paul W, 1979
Wellens, Francis, 2272, 2727
Wellner, Maren, 477
Wellnhofer, Ernst, 3408
Welsh, Robert C, 2515
Welten, Rob J, 1777
Welty, Francine K, 684, 3590
Welty, Thomas K, 3544
Wen, Hong Yuan, 742
Wen, Jing, 634, 897, 2949
Wenawesser, Peter, 2875
Wendel, Hans P, 2368
Wenderow, Tal, 2075
Weng, Chih Yuan, 1849
Weng, Yuguo, 1999, 2936, 2940
Wenger, Nanette K, 1961
Wengle, James G, 3019
Wennberg, Håkan, 591, 1182
Wennerblom, Bertil Sr, 2929
Wensel, Roland, 2764
Wenzel, Beate, 3260
Weremowicz, Stanislawa, 2571
Wergeland, Ragnhild, 3263
Werner, Lael, 99
Werner, Nikos, 696, 698, 1177, 2379, 3572
Vernet, Peter, 1141
Wernovsky, Gil, 3541
Wessel, Armin, 3633
Wessel, David L, 2876, 2890
Wessel, Timothy R, 1685, 2445, 3441, 3620, 3792
Wessely, Rainer, 773, 1832
West, Matthew B, 1130
West, Mike, 3799
West, Teena, 3291
Westenberg, Jos J, 2738
Westendorp, Bart, 1420
Westerhof, Nico, 522
Westerhout, Cynthia M, 2513, 2523
Westermann, Dirk, 1090, 1459, 2963, 3641
Westfall, Amanda, 2147
Westfall, Margaret V, 226, 1537
Westheim, Arne, 1758
Westin-Eriksson, Annika, 1182
Westlake, Cheryl, 3415
Westlake, Cheryl A, 1966
Weston, Susan A, 3059, 3719
Wetmer, Erich, 611
Wexler, Dov, 1200
Weyand, Cornelia M, 1186, 1187
Weyand, Michael, 1286
Weyrich, Andrew, 345
Whalin, Matthew K, 1455
Whalley, Gillian A, 3365
Whang, Brian, 315, 320, 651, 794, 814, 816
Whang, William, 3604
Wharton, J M, 3100, 3245

Wharton, J Marcus, 3357
Wharton, Thomas P, 1979
Wheatcroft, Stephen, 416
Wheatcroft, Stephen B, 162
Wheatcroft, Stephen B, 72
Wheeler, Michael B, 72
Whelton, Paul K, 3588, 3613
Whisnant, Jack P, 3680
Whitbourn, Robert, 1804, 2623, 3502, 3852
White, Anthony R, 378
White, Audrey, 3284
White, C M, 2907
White, C. Michael, 3268
White, C. Roger, 993, 1167
White, Charles, 1194, 2546
White, Christopher J, 2851, 2998
White, Harvey, 2682, 2985
White, Harvey D, 1720
White, Jennifer K, 3108
White, Linda W, 3084
White, Melanie, 1540
White, Richard D, 1783, 1911
White, Roger D, 2136
White, Thomas E, 2982
White-Williams, C, 3237
Whiteheart, Sidney W, 349
Whiting, Bryant M, 3424
Whitlow, Patrick L, 2068, 3496
Whitman, Donna, 1817
Whitmore, Harry, 1392
Whitney, Edwin J, 3785
Whittaker, Peter, 309, 1428
Whyte, Greg, 3366
Wians, Frank H Jr, 3654
Wichmann, H.-Erich, 1101, 1103
Wichter, Thomas, 1737, 1782
Wickline, Samuel A, 1284, 1463
Wiebers, David O, 3680
Wieczorek, David F, 455
Wiedemann, Michael, 2692
Wiegand, Stanley, 771
Wiegand, Uwe K, 1645
Wiegers, Susan E, 2655
Wieland, Thomas, 913
Wielander, Christoph, 3826
Wienbergen, Harm, 2916
Wieneke, Heinrich, 1824
Wiener, Isaac, 1870
Wier, W G, 792
Wiesfeld, Ans C, 3255, 3428
Wiesmann, Frank, 2664, 3793
Wiethoff, Andrea J, 3180
Wiggins, S. Scott, 3246
Wight, Thomas N, 1020
Wight, Tom, 2383
Wijeysundera, Duminda, 2373
Wijffels, Maurits C, 2019
Wijns, William, 318, 1555, 2469, 3006, 3009, 3011, 3398, 3437
Wik, Lars, 2199
Wiklund, Olov, 1348
Wikstrand, John, 3648
Wikström, G, 1732
Wikström, Johannes, 591, 1785
Wilber, David J, 1869, 2530
Wilcox, Josiah N, 805, 1423
Wilcox, Robert, 2863
Wildberger, Joachim Ernst, 2284, 2450
Wilde, Arthur, 1101
Wilde, Arthur A, 1254, 1105, 1735, 1741, 2893, 3208
Wilders, Ronald, 73
Wildman, Rachel P, 3613, 3740
Wilensky, Michael, 2468
Wilensky, Robert, 3187, 3189
Wilensky, Robert L, 1677, 1702, 1936, 2866, 3267, 3508
Wilhelm, Francois, 683
Williams, Richard V, 2076
Wilke, Andreas, 2424
Wilkins, Benjamin, 32
Wilkins, Martin R, 79, 1418
Wilkins-Haug, Louise E, 1929
Wilkinson, James, 2631

Wilkoff, Bruce L, 1648, 1783, 3353
Will, Melissa L, 3515
Willecke, Klaus, 720
Willems, Stephan, 1668, 2527, 2708
Willenbockel, Christian, 1095, 1421
Willenbrock, Roland, 800
Willenheimer, Ronnie, 3796
Willerson, James T, 549, 653, 892
Willett, DuWayne, 3709
Willett, Walter, 3562
Willett, Walter C, 3582, 3591, 3604, 3739, 3775
Willette, Robert N, 1158
Willey, Vincent J, 3708
William, Maged, 932
Williams, Alan J, 472
Williams, Dale, 3655
Williams, David, 53, 2070, 3187, 3189
Williams, David L, 1303
Williams, David O, 1702, 3397
Williams, G, 2503, 3359
Williams, G. Melville, 2095
Williams, Gordon H, 89, 2043
Williams, Ismee A, 2483
Williams, Jeff T, 3818
Williams, Jill, 3596
Williams, Kathryn, 2435
Williams, Ken, 3854
Williams, Kevin J, 3435
Williams, Lynne, 3146
Williams, Matthew L, 41, 1987, 2732
Williams, Monica, 3783
Williams, Paul T, 3782
Williams, R. Sanders, 1372, 1379
Williams, Randy, 2515
Williams, Richard V, 1838, 2077
Williams, Ronald B, 1719, 2661, 2962
Williams, Simon C, 621, 930
Williams, Steve, 416
Williams, Stuart K, 902
Williams, Todd A, 1463
Williams, Ursula, 2391, 3318
Williams, William, 3411
Williams, William G, 2482
Williamson, Jeff D, 3580
Willott, Ruth, 57
Willoughby, Scott, 3261
Wilmore, Jack H, 435
Wilson, Alan C, 2042, 3831
Wilson, Amanda, 3233
Wilson, Andrew, 3634, 3852
Wilson, Anthony, 3634, 3852
Wilson, David, 3790
Wilson, Hadley, 2322
Wilson, Kate, 1430
Wilson, Lance D, 461
Wilson, Neil, 3024
Wilson, Peter W, 3581, 375, 3527, 3583, 3746, 3761
Windecker, Stephan, 2626, 2875, 3011
Wingate, Suzanne J, 2973
Wink, David A, 142
Winkelmann, Bernhard R, 558
Winkelmann, Kim, 125, 1536
Winkler, Karl, 558
Winkler, Ralf, 2916
Winnier, Deidre A, 3818
Winowich, Stephen, 2931
Winowich, Steve, 2713
Winter, Patrick M, 1463
Wintermantel, Erich, 1832
Winters, Stephen L, 2901, 2902
Wintersperger, Bernd J, 1554
Wisdom, Paul, 428
Wissing, Karl Martin, 3368
Wit, Andrew, 1526
Witkowski, Piotr, 708
Witkowski, Piotr P, 1097
Witt, Christian, 3025
Witt, Sandra, 3543
Witt, Sandra A, 1724
Witt, Tyra A, 697
Witters, Lee A, 1549
Wittkowski, Knut M, 3332

Witzenbichler, Bernhard, 1459
Witzke, Christian, 714
Witztum, Joseph, 247
Witztum, Joseph L, 870
Wiviott, Stephen D, 2340, 3222
Wiviott, Steven D, 2124, 3233, 3848
Wnendt, Stephan, 1558
Wodniecki, Jan, 2795
Wofe, Matthew J, 2584
Wöhrle, Jochen, 1818
Wojakowski, Wojciech, 238, 1143
Wojcik, Kimberly, 1637
Wojnicz, Romuald, 2795
Wojnowski, Leszek, 3730
Wojta, Johann, 3257
Wojta, Johannes, 1157
Wolak, Arik, 3073
Wolf, Christopher J, 1794
Wolf, Cordula M, 1108
Wolf, David, 1199, 1441
Wolf, Jean-Pierre, 3064
Wolf, Matthew J, 1222
Wolfe, Megan, 242
Wolfe, Megan L, 684, 3439
Wolfe, Robert R, 1835
Wolfe, Rory, 3606
Wolfel, Eugene E, 2714
Wolfert, Robert L, 1477, 3786
Wolfram, Roswitha, 1497
Wolfram, Roswitha M, 3003
Wolgemuth, Debra J, 811, 2090
Wolin, Michael S, 700, 1195, 1236
Wolinski, David, 3473
Wolinsky, Claire, 771
Wolk, Robert, 2058
Wolkowicz, Paul, 1136
Wollert, Kai C, 127, 1095, 1145, 1148, 1421, 2051
Wolpert, Christian, 1106, 2346
Wolska, Beata M, 1085
Wolters, Sander L, 2053
Wolzt, Michael, 1157
Women"s Health Initiative Research Group, for the, 3570
Wong, Amy J, 1050
Wong, Cindy W, 179
Wong, Jack, 1393
Wong, Johnny, 218
Wong, K K, 1584
Wong, K.K., 1583
Wong, Kenneth Y, 2697
Wong, Louise, 875
Wong, Michelle H, 844
Wong, Nathan, 2613
Wong, Nathan D, 2441, 3164, 3682, 3683, 3838
Wong, Philip, 445
Wong, Pierre C, 2083
Wong, S C, 2518, 3066
Wong, S. C, 1923, 2461
Wong, S. Chiu, 3015, 3716
Wong, Shing Chiu, 1702
Wong, Tony, 845
Woo, Jean L, 3765
Woo, Kam S, 3765
Woo, Mary A, 3422
Woo, Y. J, 1886, 1993
Wood, Katherine C, 667
Wood, Mark A, 1656, 1896, 3242
Woodard, Pamela K, 1909
Woodard, Sarah, 5
Woodiwiss, Angela, 2262
Woodrum, Julie E, 1489
Woods, Christopher, 2640
Woods, David, 111
Woodward, Mark, 3784
Woolson, Robert F, 2372
Word, Ruth A, 701
Worldwide WAVE Study Investigators, for the, 1650
the working group of cardiac rehabili, on behalf of, Error In Author-Please Check3823
Worral-Carter, Linda, 3417
Worrall-Carter, Linda, 3420

Liquidia's Exhibit 1095
Page 17

no.17:suppl.
(Oct.26)
n Health Sci Library
t Periodicals

NOV 26 2004



UPPLEMENT TO

**American Heart Association®**

*Learn and Live* ℠

# Circulation

## JOURNAL OF THE AMERICAN HEART ASSOCIATION

Abstracts from



**scientific sessions 2004**

basic science

clinical science

population science

Sessions: November 7–10
Exhibits: November 7–9
New Orleans, Louisiana
**scientificsessions.org**

### Named and Invited Lectures 2004

2004 Russell Ross Memorial Lectureship in Vascular Biology • 2004 George Lyman Duff Memorial Lecture • 2004 Sol Sherry Distinguished Lecture in Thrombosis • 2004 Thomas W. Smith Memorial Lecture • 2004 George E. Brown Memorial Lecture • 2004 Dickinson W. Richards Memorial Lecture • 2004 Katharine A. Lembright Award • 2004 William W. L. Glenn Lecture • 2004 William J. Rashkind Memorial Lecture • 2004 T. Duckett Jones Memorial Lecture • 2004 Charles T. Dotter Memorial Lecture • 2004 Laennec Society Lecture • 2004 Ancel Keys Lecture • 2004 Lewis K. Dahl Memorial Lecture • 2004 Robert I. Levy Endowed Lecture in Lipid Metabolism

### New and Young Investigator Award/Prize Abstract Finalists

Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators • Melvin L. Marcus Young Investigator Awards in Cardiovascular Science • Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care • Outstanding Research Award in Pediatric Cardiology • Melvin Judkins Young Investigator Award in Cardiovascular Radiology • Vivian Thomas Young Investigator Award • Martha N. Hill New Investigator Awards • Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training • Samuel A. Levine Young Clinical Investigator Awards • Laennec Society Young Clinician Award • NPAM New Investigator Award

### Abstracts From the Scientific Sessions 2004

Liquidia's Exhibit 1096
Page 1

# Supplement to

# Circulation  Volume 110  Number 17  October 26, 2004

**Abstracts From Scientific Sessions 2004**
**Morial Convention Center**
**New Orleans, Louisiana**
**November 7–10, 2004**

UNIVERSITY OF CALIFORNIA
DAVIS
NOV 1 7 2004
HEALTH SCIENCES LIBRARY

## Named and Invited Lectures

**2004 Russell Ross Memorial Lectureship in Vascular Biology**
Garret A. FitzGerald, MD ............................................................. III-A

**2004 George Lyman Duff Memorial Lecture**
Henry N. Ginsberg, MD ............................................................. III-A

**2004 Sol Sherry Distinguished Lecture in Thrombosis**
Denisa D. Wagner, PhD ............................................................. III-A

**2004 Thomas W. Smith Memorial Lecture**
Donald M. Bers, PhD ............................................................. III-B

**2004 George E. Brown Memorial Lecture**
David A. Kass, MD, FAHA ............................................................. III-B

**2004 Dickinson W. Richards Memorial Lecture**
Kenneth Weir, MD, FAHA ............................................................. III-C

**2004 Katharine A. Lembright Award**
Diane M. Becker, RN, MPH, ScD, FAHA ............................................................. III-C

**2004 William W. L. Glenn Lecture**
Timothy Gardner, MD ............................................................. III-C

**2004 William J. Rashkind Memorial Lecture**
Betsy Dresser, PhD ............................................................. III-D

**2004 T. Duckett Jones Memorial Lecture**
Jane W. Newburger, MD, MPH ............................................................. III-D

**2004 Charles T. Dotter Memorial Lecture**
Lewis Wexler, MD ............................................................. III-D

**2004 Laennec Society Lecture**
Nanette K. Wenger, MD, FAHA ............................................................. III-E

**2004 Ancel Keys Lecture**
Darwin R. Labarthe, MD, MPH, PhD ............................................................. III-E

**Note:** Abstract numbers are arranged to coincide with abstract titles in the *American Heart Association's Scientific Sessions 2002 Program*.

Subject and author indexes are keyed to abstract numbers. Authors of all Named and Invited Lectures and New and Young Investigator Award/Prize Abstracts are presented in the expanded Table of Contents within this Abstracts issue. Indexes are located at the back of this issue. All other supplements to this volume of *Circulation* will be indexed in the last December issue.

CIRCULATION (ISSN 0009-7322) is published weekly except combined the first two weeks in January and the last two weeks in December by Lippincott Williams & Wilkins at 16522 Hunters Green Parkway, Hagerstown, MD 21740. Business offices are located at 530 Walnut Street, Philadelphia, PA 19106-3621. Production offices are located at 351 West Camden Street, Baltimore, MD 21201-2436. Individuals may subscribe for their personal use at the following rates: $206 for members of an American Heart Association scientific council and $289 for nonmembers; international: $353 for members of an American Heart Association scientific council and $495 for nonmembers. Periodicals postage paid at Hagerstown, MD, and additional mailing offices. POSTMASTER: Send address changes to CIRCULATION, American Heart Association, Lippincott Williams & Wilkins, 16522 Hunters Green Parkway, Hagerstown, MD 21740.

Liquidia's Exhibit 1096
Page 2