**2004 Lewis K. Dahl Memorial Lecture**
*Rhian M. Touyz MD, PhD* .................................................................. III-F

**2004 Robert I. Levy Endowed Lecture in Lipid Metabolism**
*Ronald M. Krauss, MD, FAHA* ............................................................. III-F

## New and Young Investigator Award/Prize Abstract Finalists

**Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators**
*Karl-Ludwig Laugwitz, Alessandra Moretti, Jason Lam, Peter Gruber, Yinhong Chen, Sarah Woodard, Lizhu
Lin, Chen-Leng Cai, Michael Reth, Sylvia Evans, Kenneth R. Chien* ......................... III-G
*Patrick Most, Mirko Voelkers, Sven T. Pleger, Erhe Gao, Melanie Boerries, Hugo A. Katus,
Walter J. Koch* ...................................................................... III-G
*Sathyamangla V. Naga Prasad, Aruni Jayatilleke, Howard A. Rockman* ........................ III-H
*Da-Zhi Wang, Dongsun Cao, Zhigao Wang, Shijie Li, Eric N. Olson* ........................... III-H
*Min Xie, Sam C. Wang, Dou Zhang, Arun J.C. Prashash, Hidemasa Oh, Motoaki Sano, Xiaozhen Wang, Jennifer
S. Pocius, George E. Taffet, Lloyd H. Michael, Tse-Hua Tan, Mark L. Entman, Michael D. Schneider* ......... III-H

**Melvin L. Marcus Young Investigator Awards in Cardiovascular Science**
*Roselle Abraham, Peter Lim, Charles A. Henrikson, Roland Emokpae, Ronald Li, Leslie Tung, Eduardo Marbán* .... III-I
*Garvan C. Kane, Atta Behfar, D. Fearghas O'Cochlain, Roy B. Dyer, Xiao-Ke Liu, Denice M. Hodgson,
Santiago Reyes, Takashi Miki, Susumu Seino, Andre Terzic* ................................. III-I
*Ryoji Koshida, Petra Rocic, Shuichi Saito, William M. Chilian* ................................ III-I
*Gangjian Qin, Masaaki Ii, Andrea Wecker, Evelyn Bord, Hong Ma, David A. Goukassian, Yung-sup Yoon, Raj
Kishore, Yan Zhu, Douglas W. Losordo* .................................................. III-J
*Yao Liang Tang, Yi Tang, Keping Qian, Y. Clare Zhang, Leping Shen, M. Ian Phillips* .............. III-J
*Subodh Verma, Chao-Hung Wang, William Stanford, Shu-Hong Li, Richard D. Weisel* ............... III-J

**Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care**
*Kimberly A. Boddicker, Yi Zhang, Loyd R. Davies, Richard E. Kerber* ......................... III-K
*Sebastien Bonnet, M. Evangelos D. Michelakis, Sean McMurtry, Gwyneth Harry, Sandra Bonnet, Alois Haromy,
Stephen L. Archer* .................................................................... III-K
*Pietro Caironi, Fumito Ichinose, Rong Liu, Rosemary C. Jones, Kenneth D. Bloch, Warren M. Zapol* ........ III-L
*Junyan Gu, Deyanira Prastein, Charles White, Jeffrey Manchio, Richard N. Pierson, Bartley P. Griffith, Paul
Gurbel, Udaya Tandry, Robert Poston* ................................................... III-L
*Christopher J. Mingone, Sachin A. Gupte, Noorjahan Ali, Richard A. Oeckler, Susan C. Olson, Michael S. Wolin* .... III-L

**Outstanding Research Award in Pediatric Cardiology**
*Brian Feingold, Seda Selamet, Sang C. Park, Beth F. Printz, C. Becket Mahnke, Shing Lee, Charles S.
Kleinman, Donna M. Timchak, William H. Neches, Welton M. Gersony* .......................... III-M
*Marco Stramba-Badiale, Karine Goulene, Giuliano Bosi, Roberta Bini, Silvia G. Priori, Raffaella Bloise, Lia
Crotti, Patrizia Salice, Vlasta Fesslova, Savina Mannarino, Giuseppe Latini, Roberto Giorgetti, Peter J. Schwartz* ....... III-M
*Wayne Tworetzky, Audrey C. Marshall, Laura B. Myers, Lisa J. Bergersen, Russell T. Jennings, Carol B.
Benson, Louise E. Wilkins-Haug, James E. Lock* ........................................... III-N

**Melvin Judkins Young Investigator Award in Cardiovascular Radiology**
*Fabao Gao, Bensheng Qiu, Sourav Kar, Xiangcan Zhan, Lawrence V. Hofmann, Xiaoming Yang* ........... III-N
*C. Javidan-Nejad, D.C. Lesniak, G.S. Chrysant, J. Zheng, R.J. Gropler, T.K. Pilgram, P.K. Woodard* ........ III-O
*Saman Nazarian, David A. Bluemke, Albert C. Lardo, Menekhem M. Zviman, Katherine C. Wu, Stanley Watkins,
Clerio Azevedo, Timm L. Dickfeld, Glenn R. Meininger, Ronald D. Berger, Hugh Calkins, Joao A. Lima, Henry
R. Halperin* ......................................................................... III-O
*Monvadi B. Srichai, Chelif Junor, L. Leonardo Rodriguez, Arthur E. Stillman, Richard A. Grimm, Michael L.
Lieber, Joan A. Weaver, Nicholas G. Smedira, Richard D. White* ............................... III-O

**Vivian Thomas Young Investigator Award**
*Sydney L. Gaynor, Hersh S. Maniar, Jeffrey B. Bloch, Paul Steendijk, Marc R. Moon* .............. III-P
*Faraz Kerendi, Michael E. Halkos, Hajime Kin, Joel S. Corvera, Daniel J. Brat, Mary B. Wagner, Jakob
Vinten-Johansen, Zhi-Qing Zhao, Joseph M. Forbess, Kirk R. Kanter, Paul M. Kirshbom* ............. III-P
*Paul V. Kochupura, Evren U. Azeloglu, Damon J. Kelly, Sergey V. Doronin, Stephen F. Badylak, Irvin B.
Krukenkamp, Ira S. Cohen, Glenn R. Gaudette* ............................................. III-P
*Stephen Kolakowski Jr, Mark F. Berry, Todd Grand, Omar Fisher, M. Astrid Moise, Jeffrey Cohen, Vivian Hsu,
Y. Joseph Woo* ....................................................................... III-Q
*Frank Langer, Filiberto Rodriguez, Saskia Ortiz, Allen Cheng, Mary K. Zasio, David Liang, George T.
Daughters, Neil B. Ingels, D. Craig Miller* ............................................... III-Q
*Pierre Voisine, Jian Li, Cesario Bianchi, Tanveer A. Khan, Marc Ruel, Shu-Hua Xu, Jun Feng, Audrey
Rosinberg, Tamer Malik, Yasunari Nakai, Frank W. Sellke* .................................... III-R

Liquidia's Exhibit 1096
Page 3

**Martha N. Hill New Investigator Awards**

*Wen-Wen Li, Anita L. Stewart, Nancy Stotts, Erika S. Froelicher* . . . . . . . . . . . . . . . . . . . . **III-R**

*Philip Moons, Kristien Van Deyk, Kristel Marquet, Els Raes, Leentje De Bleser, Sabina De Geest, Werner Budts* . . . . **III-R**

*Lorraine S. Evangelista, Kathleen Dracup, Lynn Doering, Debra K. Moser, Jon Kobashigawa* . . . . . . . . . . . . . . **III-S**

**Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training**

*Matthew Allison, Michael Criqui, Elena Ho, Julie Denenberg* . . . . . . . . . . . . . . . . . . . . . **III-T**

*Khawaja Afzal Ammar, Steven J. Jacobsen, Richard J. Rodeheffer* . . . . . . . . . . . . . . . . . . . . **III-T**

*Apoor S. Gami, Daniel E. Howard, Eric J. Olson, Virend K. Somers* . . . . . . . . . . . . . . . . . . . **III-T**

*Frederick A. Masoudi, Charles Baillie, Yongfei Wang, Edward P. Havranek, JoAnne Micale Foody, John F. Steiner, Harlan M. Krumholz* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-U**

*Nona Sotoodehnia, David Siscovick, Matteo Vatta, Bruce Psaty, Russell Tracy, Jeffrey Towbin, Rozenn Lemaitre, Thomas Rea, Peter Durda, Joel Chang, Thomas Lumley, Lewis Kuller, Greg Burke, Susan Heckbert* . . . . . . . . . **III-U**

*Tianying Wu, Susan E. Hankinson, Walter C. Willett, Edward Giovannucci* . . . . . . . . . . . . . . . . . **III-V**

**Samuel A. Levine Young Clinical Investigator Awards**

*Michaela Scheuermann-Freestone, Damian Tyler, George K. Radda, Stefan Neubauer, Kieran Clarke* . . . . . . . . . **III-W**

*Michelle M. Kittleson, Shui Q. Ye, Rafael A. Irizarry, John V. Conte, Giovanni Parmigiani, Leslie W. Miller, Yingjie Chen, Jennifer L. Hall, Joe G.N. Garcia, Joshua M. Hare* . . . . . . . . . . . . . . . . . . . **III-W**

*Hidenobu Koga, Seigo Sugiyama, Kiyotaka Kugiyama, Keisuke Watanabe, Hironobu Fukushima, Tomoko Tanaka, Tomohiro Sakamoto, Michihiro Yoshimura, Hideaki Jinnouchi, Hisao Ogawa* . . . . . . . . . . **III-W**

*Francesca Nesta, Maire Leyne, Charles Simpson, Daisy Dai, Jane E. Marshall, Chaim Yosefy, Judy Hung, Susan A. Slaugenhaupt, Robert A. Levine* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-X**

*Khim Leng Tong, Sanjiv Kaul, Xin-Qun Wang, Diana Rinkevich, Saul Kalvaitis, Todd Belcik, Wolfgang Lepper, William A. Foster, Kevin Wei* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-X**

**Laennec Society Young Clinician Award**

*Marcus Y. Chen, William A. Baker, Bryan R. Haugen, Robert A. Quaife* . . . . . . . . . . . . . . . . . **III-Y**

*Andrew C. Lee, Elyse Foster, Yerem Yeghiazarians* . . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**

*Molly Ware, Eric Awtry, Michael Klein, Thomas Ryan* . . . . . . . . . . . . . . . . . . . . . . . . **III-Y**

**NPAM New Investigator Award**

*M. Robinson, M. Scheuermann-Freestone, P. Leeson, K. Clarke, S. Neubauer, F. Wiesmann* . . . . . . . . . . **III-Z**


**Abstracts From the Scientific Sessions 2004** . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-1**


**Author Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-837**


**Subject Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **III-893**


**Abstracts From the Resuscitation Science Symposium** . . . . . . . . . . . . . . . . . **III-1095**

**American Heart Association Embargo Policy for Scientific Sessions Abstracts**

Abstracts, lectures, and other presentations included in the Scientific Sessions 2004 Supplement published in the Oct. 26 issue of *Circulation*: Journal of the American Heart Association are embargoed for release at the time of presentation at the American Heart Association's Scientific Sessions 2004 (Nov. 7–10) and information may not be released before then. Presentation times are listed in the Scientific Sessions 2004 Final Program.

Liquidia's Exhibit 1096
Page 4

Supplement to

# Circulation

---

## Abstracts From Scientific Sessions 2004

## Committee on Scientific Sessions Program

The American Heart Association is most grateful to members of the Committee on Scientific Sessions Program for their continued dedication and leadership throughout the year in planning the program.

Raymond J Gibbons, Chairman
Timothy Gardner, Vice Chairman

### Council Representatives

Donna Arnett, Functional Genomics and Translational Biology Interdisciplinary Working Group
Kenneth Bloch, Cardiopulmonary Perioperative and Critical Care
Roberto Bolli, Member-at-Large
Lawrence Brass, Stroke Council
Blase A. Carabello, Clinical Cardiology
Arlene Chapman, Kidney in Cardiovascular Disease
Mark A. Creager, Atherosclerotic Peripheral Vascular Disease Interdisciplinary Working Group
Alan Daugherty, Arteriosclerosis, Thrombosis, and Vascular Biology
Christi Deaton, Cardiovascular Nursing
David D. Gutterman, Basic Cardiovascular Sciences
David M. Herrington, Epidemiology and Prevention
Mariell Jessup, Member-at-Large
Alan Kadish, Member-at-Large
John Kugler, Cardiovascular Disease in the Young
Bruce Lerman, American College of Cardiology, Liaison
George A. Mensah, Member-at-Large
Richard C. Pasternak,* Member-at-Large
Robert C. Robbins, Cardiovascular Surgery and Anesthesia
David Robertson, High Blood Pressure Research
Beatriz Rodriguez, Nutrition, Physical Activity, and Metabolism
Arthur Stillman, Cardiovascular Radiology and Intervention
Robert Talbert, Member-at-Large
Gordon F. Tomaselli, Basic Cardiovascular Sciences
William S Weintraub, Quality of Care and Outcomes Research Interdisciplinary Working Group
William Wijns, European Society of Cardiology, Liaison

### American Heart Association

Alice K. Jacobs, President
Augustus O. Grant, Immediate Past President
Rose Marie Robertson, Chief Science Officer

---

*Former member

Liquidia's Exhibit 1096
Page 5

## Supplements to *Circulation* Published in 2004

*Supplements to* Circulation *are published occasionally and for archival purposes may be bound with the regular issue. Supplement page numbers are preceded by a Roman numeral and a hyphen. Supplements are indexed with the regular issue with the exception of the Abstracts issue, which is indexed within that issue.*

**Diagnosis of Venous Thromboembolism Supplement**
Gregory L. Moneta, MD, *Guest Editor*
Volume 109, Issue 12. March 30, 2004. Pages I-1–I-27.

**Vascular Effects of Statins**
Peter Libby, MD, *Guest Editor*
Volume 109, Issue 21. June 1, 2004. Pages II-1–II-48.

**Atherosclerosis: Evolving Vascular Biology and Clinical Implications**
Antonio M. Gotto, Jr, MD, DPhil, *Guest Editor*
Volume 109, Issue 23. June 15, 2004. Pages III-1–III-57.

**Markers of Malign Across the Cardiovascular Continuum: Interpretation and Application**
Victor J. Dzau, *Guest Editor*
Volume 109, Issue 25. June 29, 2004. Pages IV-1–IV-58.

**Treatment of Venous Thromboembolism**
Jeffrey I. Weitz, MD, *Guest Editor*
Volume 110, Issue 9. August 31, 2004. Pages I-1–I-34.

**Cardiovascular Surgery Supplement 2004**
Robert C. Robbins, MD, *Guest Editor*
Volume 110, Issue 14. September 14, 2004. Pages II-1–II-286.

**Abstracts From Scientific Sessions 2004**
Volume 110, Issue 17. October 26, 2004. Pages III-1–III-1102.

For rate and order information, contact

Lippincott Williams & Wilkins
Subscription Fulfillment Dept
351 West Camden Street
Baltimore, MD 21201-2436 USA
Telephone (410) 361-8080
Fax (410) 361-8048

Liquidia's Exhibit 1096
Page 6

**Basic Science**

of membranous RhoA and phosphorylated ERM in brainstem were greater both in angiotensin II-treated rats and SHR than in WKY. Valsartan reduced the expression levels of membranous RhoA in angiotensin II-treated rats and SHR. In addition, Y-27632 or valsartan reduced the expression levels of phosphorylated ERM in both groups. Subcutaneous infusion of phenylephrine increased SBP to the same level of angiotensin II infusion in WKY. However, it did not alter the expression levels of membranous RhoA and phosphorylated ERM. Conclusions: These results suggest that 1) the pressor response induced by central infusion of angiotensin II is substantially mediated by activation of Rho/Rho-kinase pathway in brainstem via AT1 receptors, 2) this pathway may also be involved in hypertensive mechanism in SHR.

| Group | plasma IL-1β (pg/ml) | plasma IL-6 (pg/ml) | heart IL-1β (pg/mg protein) | hypotha-lamus IL-1β (pg/mg protein) | hypotha-lamus IL-6 (pg/mg protein) | brain-stem TNF-α (pg/mg protein) | brain-stem IL-6 (pg/mg protein) | cortex IL-1β (pg/mg protein) | heart/BW Ratio (mg/g) | lung/BW Ratio (mg/g) |
|---|---|---|---|---|---|---|---|---|---|---|
| MI+VEH (n=7) | 131.1±10.9 | 119.5±9.7 | 53.4±6.5 | 47.1±7.9 | 6.8±0.7 | 6.1±0.9 | 67.1±10.1 | 26.4±4.1 | 6.4±0.3* | 12.1±0.6* |
| MI+SL (n=7) | 57.5±3.1* | 53.3±8.6* | 32.6±5.9* | 29.4±5.1* | 3.8±0.6* | 2.8±0.5* | 39.4±5.5* | 25.8±5.2 | 6.4±0.3* | 12.1±0.6* |
| SHAM+SL (n=8) | 48.2±3.6 | 33.7±2.8 | 23.7±6.5 | 17.4±4.8 | 2.8±0.7 | 2.1±0.6 | 25.3±4.8 | 24.3±4.9 | 3.3±0.1 | 5.2±0.3 |
| SHAM+VEH (n=6) | 53.9±2.4 | 36.1±2.6 | 27.6±5.4 | 18.8±4.0 | 3.2±0.9 | 2.4±0.8 | 28.0±8.7 | 23.6±6.5 | 3.4±0.1 | 5.1±0.3 |

**1412**

### Endothelial Nitric Oxide and Hypertension in Autonomic Failure

Alfredo Gamboa, Cyndya Shibao, Andre Diedrich, Bonnie K Black, Ginnie Farley, Satish R Raj, David Robertson, Italo Biaggioni; Vanderbilt Univ, Nashville, TN

More than half of patients with autonomic failure (AF) have severe supine hypertension despite low or unresponsive norepinephrine levels and often undetectable plasma renin activity. Supine hypertension is related to increased vascular resistance but the mechanism is not known. To test the hypothesis that nitric oxide deficiency contributes to supine hypertension we blocked endogenous nitric oxide synthase with L-NMMA in 5 AF patients and 7 normal controls (supine SBP 173±6 and 107±5 mmHg, respectively). Systolic blood pressure (SBP) was normalized to 110 mmHg in AF with graded head-up tilt, and baroreflexes were eliminated with trimethaphan in normal controls to mimic autonomic failure. The pressor response to graded doses of L-NMMA was shifted to the left in AF (Figure; The dose necessary to increase SBP by 30 mmHg was 3.4-fold lower in AF compared to controls (136±24 and 465±103 μg/k/min respectively, p<0.02). In conclusion, contrary to our original hypothesis, our results suggest an increased tonic release of nitric oxide in AF. Thus, NO deficiency does not contribute to supine hypertension in autonomic failure. On the contrary, this enhanced tonic NO may contribute to orthostatic hypotension in these patients.



**1413**

### Oral Administration of a Mineralocorticoid Receptor Antagonist Reduces Brain, Heart, and Blood-borne Proinflammatory Cytokines in Heart Failure

Yu-Ming Kang, Carver College of Med, Univ of Iowa, Iowa City, IA; Ralph F Johnson, Univ of Iowa, Iowa City, IA; Zhi-Hua Zhang, Carver College of Med, Univ of Iowa, Iowa City, IA; Robert M Weiss, Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA; Alan K Johnson, Univ of Iowa, Iowa City, IA; Robert B Felder; Carver College of Med, Univ of Iowa and VA Med Ctr, Iowa City, IA

**Introduction:** Brain and blood-borne cytokines may contribute to neurohumoral excitation in heart failure (HF). We previously reported that blockade of mineralocorticoid receptors (MR) in the central nervous system with spironolactone (SL) reduces circulating tumor necrosis factor (TNF)-α in HF rats. The effect of SL on proinflammatory cytokines (PIC) in the brain and on other important circulating PIC - interleukin (IL)-1β and IL-6 - was not determined. **Hypothesis:** Chronic treatment with oral SL will reduce brain and blood-borne PIC in rats with HF following MI. **Methods and Results:** Rats underwent coronary artery ligation to induce MI (48.2±2.0% of left ventricle, with ejection fraction of 35.5±4.1% by echocardiography), or sham surgery (SHAM). Six weeks later, immunohistochemistry of the paraventricular nucleus (PVN) of hypothalamus, a region critical to cardiovascular regulation, revealed more PVN neurons (MI vs SHAM, **P<0.01) positive for TNF-α (59.5±3.3** vs 10.8±0.9) and IL-1β (70.7±3.9** vs 13.8±1.2) in MI (n=6) than in SHAM (n=6) rats. Double staining demonstrated that these neurons were distributed among PVN neurons expressing Fra-like immunoreactivity, indicating chronic neuronal activation. MI rats (n=6) treated with SL (1 mg/kg/day orally for 6 weeks) had fewer (MI+SL vs MI, #P<0.01) Fra-like positive PVN neurons (85.5±5.4# vs 183.8±5.0), and fewer PVN neurons positive for TNF-α (22.4±1.8%# vs 32.4±1.7%) and IL-1β (19.1±1.3%# vs 38.4±2.1%). Levels of TNF-α, IL-1β and IL-6 in brain and heart tissues and in plasma were also lower in MI rats treated with SL (see table). **Conclusion:** In rats with ischemia-induced heart failure, orally administered SL has a global inhibitory influence on the appearance of proinflammatory cytokines in brain, heart and plasma. The beneficial influence of MR antagonism in patients with HF may result at least in part from blocking aldosterone-induced cytokine synthesis. (Table: *P<0.05 MI+SL vs MI+VEH)

---

## Pulmonary Arterial Hypertension: New Therapies

Subspecialty: Integrative Biology

*Wednesday*

*Ernest N Morial Convention Center, Hall I2*

*Abstracts 1414–1418*

**1414**

### Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension

Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessler, Thomas Schmehl, Markus G Kohstall, Friedrich Grimminger, Hossein A Ghofrani, Werner Seeger, Horst Olschewski; Univ Hosp Giessen, Giessen, Germany

**Objective:** To evaluate the effects of inhaled TRE on pulmonary hemodynamics and gas exchange in severe pulmonary hypertension (PH) and to assess safety, tolerability and clinical efficacy in patients with severe PH. **Background:** TRE is a stable prostacyclin analogue that has been approved for treatment of pulmonary arterial hypertension as a continuous subcutaneous infusion. Iloprost, another prostacyclin analogue, has been shown to be efficacious in a randomised controlled study as repetitive inhalation. **Methods:** In an open-label study a preservative free solution of inhaled TRE was applied to 17 patients with severe pulmonary hypertension during Swan-Ganz catheter investigation. Patients received a TRE inhalation by use of the pulsed OptiNeb® ultrasound nebulizer (3 single breaths, TRE solution 600 μg/ml). Hemodynamics were observed for 2 hours. Two patients with idiopathic PAH received compassionate treatment with 4 inhalations of TRE per day after the acute test. **Results:** Patients (male/female = 4/13) suffered from PAH (n=5), PAH other (n=8) and CTEPH (n=4). PVR 948 ± 112 dyn*s*cm⁻⁵, PAP 48.3 ± 2.7 mmHg, PAWP 8.9 ± 0.5 mmHg, CVP 10.8 ± 1.6 mmHg, CO 3.8 ± 0.3 l/min, SvO2 61.8 ± 1.8 %. TRE inhalation resulted in a sustained, highly pulmonary selective vasodilatation over 120 minutes. Maximum PVR decrease was -31.2 ± 4.5 % after 30 min. PVR and SVR at 120 minutes after inhalation were 89.2 ± 4.2 % and 101.0 ± 4.0 % of the baseline values, respectively. The AUC for the observation period (120min) was -22.9 ± 3.8 % for PVR and -4.9 ± 3.2% for SVR. The compassionate use patients have been treated for more than 3 months. In both patients NYHA class improved (from IV to III and from III to II), and six minute walk increased (from 0 m (bedridden) to 143 m, and from 310 m to 486 m, respectively). No side effects have been observed by the patients during long-term treatment. **Conclusion:** Inhaled TRE shows strong pulmonary selective vasodilatory efficacy with a long duration of effect following single acute dosing. Tolerability is excellent even at high drug concentrations and short inhalation times (3 breaths). Long-term treatment effects are very promising. The current results warrant controlled studies investigating this approach in a larger series of patients. Supported by Lung RX.

**1415**

### Rho-kinase in Pulmonary Hypertension

Ken Ishikura, Norikazu Yamada, Akihiro Tsuji, Satoshi Ota, Mashio Nakamura, Masaaki Ito, Naoki Isaka, Takeshi Nakano; Mie Univ Sch of Med, Tsu, Japan

**Objectives.** Pulmonary hypertension (PH) is a poor prognostic disease with limited treatment. Rho-kinase is involved in the pathophysiology of several diseases underlying smooth muscle hypercontraction. But the role of is unknown. The purpose of this preliminary report was to indicate the efficacy of fasudil, a Rho-kinase inhibitor in patients with pulmonary hypertension using interventional hemodynamic assessment. Methods: Fasudil was intravenously injected in 10 patients (9 female, mean ± SD, 46 ± 15 years, NYHA II n=2, III n=7, IV n=1) with primary (n=5) and secondary (n=5) PH who were not received any vasodilator. Fasudil was administrated 30mg with 1mg/min. Hemodynamic data were measured using Swan-Ganz catheter until 60 minutes after starting administration of fasudil. Hemodynamic and arterial blood gas data of baseline and the lowest total pulmonary resistance (TPR) time were compared. Results: The lowest TPR time was within 30 to 60 minutes after administration. Administration of fasudil significantly decreased TPR from 13.6 ± 6.8 U to 10.3 ± 4.9 U (-23.2 ± 9.2 %, p < 0.001) and mean pulmonary arterial pressure (mPAP) from 43.6 ± 14.5 mmHg to 38.8 ± 13.9 mmHg (-11.6 ± 10.4 %, p < 0.02). Cardiac index (CI) was significantly increased from 2.39 ± 0.66 L/min/m² to 2.74 ± 0.73 L/min/m² (+16.5 ± 15.1 %, p < 0.01). Although TPR was equally decreased in both primary and secondary PH, the changes in the parameters that prescribed TPR, namely CI and mPAP, were different between the two groups subjects. Increased CI was a major factor into reducing TPR in primary PH, while reduced mPAP

Liquidia's Exhibit 1096
Page 7



Annual
Report
2005

Exhibit
2
1/8/2022
Dr. Aaron Waxman



EUROPEAN
SOCIETY OF
CARDIOLOGY®



President and Chief Executives' Report to Members

Liquidia's Exhibit 1105
Page 2

# President and Chief Executives' Report to Members

The new Board, appointed in September 2004, continues to work on the strategic objectives set up in 2003, and has initiated the discussion on the new strategic vision.

The structure of the Constituent Bodies of the ESC continues to evolve. Four Associations are now active. In addition to the European Heart Rhythm Association (EHRA) and the European Association of Echocardiography (EAE), two new associations were officially launched at the ESC Congress in Munich in August 2004. The European Association for Cardiovascular Prevention and Rehabilitation (EACPR) was formed out of the merger of the two Working Groups: WG on Cardiac Rehabilitation and Exercise Physiology and WG on Epidemiology and Prevention. The Heart Failure Association of the ESC evolved from the now dissolved ESC Working Group on Heart Failure. All associations enjoy a rapid growth and substantially contribute to the development of respective subspecialties in Europe.

The Councils of the ESC are designed to provide horizontal integration of diverse activities within the ESC and reach out to sister organisations to achieve Europe-wide cooperation on key issues. Creation of the Council on Basic Cardiovascular Science enhanced the role of science within the Society and enabled effective interaction with other European professional organisations of this kind.



In March the ESC launched an important initiative, "Women at Heart". This initiative is aimed at medical professionals, to highlight the growing burden and under-appreciation of heart disease in women, and promote improved handling of women at risk of cardiovascular disease in clinical practice. Women are also under-represented in clinical trials. There is thus much to be done to increase the understanding of women's CVD and to improve the quality of treatment of women with CVD across Europe. This year "Women at Heart" includes three main components – a successful Policy Conference on cardiovascular disease in women took place at the Heart House in June 2005; a horizontal analysis of data collected within the Euro Heart Survey programme will be carried out, and women's heart health has been chosen as the leading topic of the Annual Congress at Stockholm.

## Congresses

Last year's congress in Munich was extremely successful, both in terms of the number of participants and the scientific level of the event. Many features that contributed to this success, such as the FOCUS sessions, basic science track, as well as the Hotline

3

Liquidia's Exhibit 1105
Page 3



and Clinical Update sessions will be continued this year. The layout and presentation format of the electronic posters will be improved, to meet the expectations of both the presenters and the participants. New features this year will include Science Hotline, where for the first time the most recent data on basic and clinical science will be presented, and also Meet-the-Expert sessions, addressing practical issues related to the management of important clinical problems. All sessions on cardiovascular health in women will be highlighted in the programme.

An all-time record number of abstracts was submitted this year from all over the world, which has led us to increase the number of oral and poster presentations.

The subspecialty congresses also continue to attract more delegates each year, both in absolute numbers and geographic representation. Heart Failure, Euroecho and Europace congresses have all been very successful, recording excellent levels of participation. Also the meetings organised by the Working Groups attract the attention of many cardiologists. We believe that the interest in these events will grow, as the cardiology community becomes more specialised in the future.

## Journals

European Heart Journal and Cardiovascular Research, the two official ESC journals, continue to be successful. The impact factor of the European Heart Journal reached 6.247 this year, the highest value ever. The family of subspecialty journals, including the European Journal of Heart Failure, Europace, European Journal of Echocardiography, European Journal of Cardiovascular Nursing, European Journal of Cardiovascular Prevention and Rehabilitation, is now well established on the market, and covers a wide range of topics related to cardiovascular medicine.

## Guidelines

Production of practice guidelines continues to be one of the core activities of the ESC. A set of core guidelines covering most relevant areas in clinical practice, was established. The core guidelines will be updated on a regular basis.

Five new documents have been published since the last Annual Congress. A wide variety of topics was covered, including syncope, primary pulmonary hypertension, acute and chronic heart failure, and percutaneous coronary interventions. All guidelines are developed in close collaboration with all ESC constituent bodies, and a majority of National Societies endorse the ESC guidelines. Translations into several different languages, prepared by the National Societies, are now available. Each guideline is accompanied by a pocket version and also comes in the PDA format,

4

Liquidia's Exhibit 1105
Page 4

increasingly serving as a useful tool, improving patient care in everyday clinical practice.

### Euro Heart Survey

The programme has been simplified and refined. The second surveys on acute coronary syndromes and on heart failure are in progress. The survey on percutaneous coronary interventions was launched in May, generating a lot of attention in different countries, which should ensure adequate representation of all geographic areas. Several other surveys are in the pipeline. Unified sets of data, produced for the European Union by the ESC experts within the CARDS programme (Cardiology Audit and Data Standards) are implemented in all surveys, in order to make possible data comparison between different countries. In the new surveys, all participating centres will get feedback on their own performance as compared to other centres. This approach, we hope, will represent an added value to the contributors.





### Continuing Medical Education

The ESC has produced several educational products over the last year, including CDs, DVDs, and a new book on cardiovascular imaging.

The Educational Web Site of the Society, www.ESCed.org, offers a number of case-based modules for training and self-assessment. This site is free to all users.

A most important project which will be completed by the ESC this year is the development of the ESC Textbook of Cardiovascular Medicine. This textbook will be based largely on the Core Curriculum and will be a useful addition to every cardiologist's library. The textbook is being written mostly by European cardiologists for a wide audience, and will provide the most up-to-date review for identifying and managing cardiovascular diseases. The textbook will be available both in printed and electronic format in November 2005.

The number of educational courses has been reduced, and the emphasis was placed on the update meetings, covering the entire spectrum of cardiology. The first meeting of this kind was organised jointly with the Erasmus University earlier this year.

All educational products and events are accredited by the European Board for Accreditation in Cardiology (EBAC) for CME activity, and an increasing number of requests for EBAC accreditation are received for meetings from around the world. Accreditation of individuals in different cardiac subspecialties has been initiated by the European Board for Specialty in Cardiology (EBSC), in close collaboration with

5

Liquidia's Exhibit 1105
Page 5

the Associations and Working Groups, as well as all interested National Societies. The first examinations were given in echocardiography, electrophysiology and pacing, and preparations are well advanced in other areas, such as interventional cardiology.

### Training and Research Fellowships

The number and scope of Training Fellowships has been dramatically enlarged, showing the ESC commitment to encourage the exchange of knowledge and increase contacts between young cardiologists from different member countries. This year the ESC Board also decided to re-establish the Research Fellowships for young investigators. Both the Working Groups and Associations have largely contributed to the success of both programmes.

### External and Industry Relations

The ESC enjoys amicable and productive relations with a range of related Organisations, including the North American cardiology organisations - the American College of Cardiology (ACC) and American Heart Association (AHA), the World Heart Federation (WHF), with whom we are cooperating in significant ways, and the European Heart Network (EHN), European Atherosclerosis Society (EAS), European Society of Hypertension (ESH), to mention but a few. These relations help to build a network based on a common interest, for the benefit of our common discipline, and thereby, for the benefit of our patients.

Important collaboration has been developed between the ESC and EuroPCR (Paris Course on Revascularisation), including the launch of EuroIntervention, a EuroPCR journal endorsed by the ESC Working Group on Interventional Cardiology.

The Cardiovascular Round Table (CRT) is a strategic forum for high level dialogue between the European Society of Cardiology and the industry, where representatives of the ESC and the major drug, device and equipment companies can exchange ideas and build common projects for the future. The main aim of the CRT is to provide a political platform to achieve recognition of the importance of cardiovascular health in Europe. Several CRT-related Task Forces exist to address specific issues such as patient access to healthcare, regulatory aspects of clinical trials, prevention policies, etc. The activities of the CRT have helped to create new relations with such organisations as the European Medicines Evaluation Agency (EMEA).

Recently the scope of the activities of the CRT has been enlarged by the creation of a new Task Force on Cardiovascular Research in Europe. Clinical investigation and translational research in particular seem to be jeopardized, and this Task Force will



work in synergy with the ESC Committee for European Affairs in order to promote funding for cardiovascular research in Europe.

We hope that the CRT will continue to flourish in the future and that the sharing of ideas and information will give rise to further productive initiatives to the benefit of European healthcare.

### European Union Relations

The main objectives of the ESC-EU relations are to influence the European political agenda on cardiovascular disease, and to act as an exchange facilitator between constituent bodies of the ESC and European Institutions for all matters related to cardiovascular diseases.

In June 2004, the Council of Health Ministers of the European Union adopted conclusions on cardiovascular health. In order to follow up on the impact of these conclusions on national policies, the Heart Health Conference was held on June 29, 2005 in Luxembourg, co-organised by the European Commission, the Luxembourg Ministry of Health and the ESC. The objective of this meeting was to form a heart alliance between the cardiac society and the ministry of health in each EU country.

Other activities in this area included support to the Framework Programme 7, and building up plans for developing the Women at Heart initiative.

The conclusions of the conference on the future of cardiovascular research in Europe, held in 2004, generated a wide variety of possible projects that the European Commission might be willing to support, and gave material to help influence the content of Framework Programme 7 (2006-2010), in particular priorities and funding.

Excellent support from the National Societies was provided for all EU-related projects.

### Finances

The Treasurer and Auditors' Report at the end of this document shows that the operating results for the past year are very satisfactory, with a significant surplus which will help to reinforce the financial underpinning of the Society. The quality of financial information now available to the Board, the Audit Committee and all the constituent bodies is excellent, which facilitates decision making and planning.

7

Liquidia's Exhibit 1105
Page 7



### ESC 2004-2005

This overview, complemented by more detailed information in the other chapters of this Annual Report, shows how the ESC is proceeding to meet its strategic objectives. The Committees, the ESC Business Units, the Associations, Working Groups and other components of the ESC, will all have their role to play in implementing these objectives.

We are grateful for the contribution of many people – scientists, cardiologists, nurses and other professionals who continue to drive forward the programmes and activities of the ESC, and for the enthusiastic support of the dedicated staff. It has been and continues to be a pleasure to work with all of you. We are convinced that our mutual efforts will help to improve the quality of life in the European population by reducing the impact of cardiovascular disease.



Michal TENDERA
ESC President, 2004-2006

Alan J. HOWARD
ESC Chief Executive



ESC Board 2004-2006



Liquidia's Exhibit 1105
Page 10

# European Heart Rhythm Association (EHRA)

Less than two years after its creation, EHRA has become the recognised professional authority in cardiac arrhythmia in Europe. Over the last months 1,000 members have joined the Association. The varied activities and areas of interest of the Association's committees are described on the dedicated website www.escardio.org/EHRA.

The Association participates actively in the scientific programmes of the ESC, particularly Guidelines. There are also several parallel interests and important exchanges with the other sub-specialty Associations of the ESC, as well as with the Heart Rhythm Society of North America.

The Europace 2005 was held in Prague at the end of June and attracted over 3,400 attendees, including an important exhibition.

The first EHRA accreditation examinations in invasive cardiac electrophysiology and in cardiac pacing were held at the time of Europace. This reflects a major step forward for EHRA led by a small group of dedicated EHRA leaders.

The Europace Journal has achieved an impact factor of 1.176 and is flourishing, becoming a monthly issue soon.

The Executive Board of EHRA completed its initial term of office at the end of the General Assembly held in Prague. The new Executive Board was elected directly by members for a two year term and comprises: S. Priori (President), J. Brugada Terradellas (President-Elect and Chair of Scientific Committee), H. Crijns (Treasurer), P. Vardas (Secretary).

The previous Executive Board expresses its appreciation to all those members and supporters who have enabled EHRA to commence the realisation of its mission which remains to improve the quality of life of the European population by reducing the impact of cardiac arrhythmias.



Lukas Kappenberger

*President, European Heart Rhythm Association*

12

Liquidia's Exhibit 1105
Page 11

# European Association of Echocardiography (EAE)

The European Association of Echocardiography continues to grow with enthusiastic support from the national societies of echocardiography. We look forward to a more efficient management with the establishment in July 2005 of our own office in the European Heart House.

Euroecho 8 in Athens in December 2004 was our largest and most successful conference yet with attendance of over 2,250. The financial success of the meeting has enabled us to embark on more programmes to fulfil our objectives "to promote excellence in clinical diagnosis, research, technical development, and education in cardiovascular ultrasound in Europe". Euroecho 9 in Florence in December 2005 promises even greater success since a record number of abstracts was submitted. The EAE is planning an extramural programme with teaching courses in Eastern Europe and North Africa in 2006, and we are developing our website to include clinical cases.

The accreditation programme in transthoracic echocardiography is well established, and this year we started a similar scheme for transesophageal echocardiography in collaboration with the European Association of Cardiothoracic Anaesthesiology. Accreditation in echocardiography in congenital heart disease will start in 2006, in cooperation with the European Association of Paediatric Cardiology, and guidelines for laboratory standards are in preparation.



Joint membership of the EAE with national subspecialty associations is being introduced, and in response to requests from outside the ESC we are establishing an international affiliate membership for some international echocardiographic societies. Close links with our professional counterparts worldwide, including North America, India, and Japan have been established.

The European Journal of Echocardiography is developing under the editorship of Professor Jos Roelandt. Six issues annually are distributed to 1,600 people, with a profit that is shared between the publisher and the EAE.

New guidelines initiatives and collaborative research projects are being developed as a major objective for the next year. In all activity areas this is in collaboration with colleagues in the other imaging Working Groups in the ESC and closer links in future can be expected.

Alan Fraser

*President, European Association of Echocardiography*

13

Liquidia's Exhibit 1105
Page 12

# European Association for Cardiovascular Prevention & Rehabilitation (EACPR)



The European Association for Cardiovascular Prevention and Rehabilitation (EACPR) was founded at the ESC Congress 2004 as a merger between Working Groups on Epidemiology & Prevention and on Cardiac Rehabilitation & Exercise Physiology with over 1,000 cardiologists and scientists from most European countries. Membership is open for cardiologists, other health professionals and scientists with an interest in epidemiology, prevention, rehabilitation, exercise physiology, sports cardiology, lifestyle studies, nutrition, etc.

Its mission statement is: "To promote excellence in research, practice, education and policy in cardiovascular prevention and rehabilitation in Europe". The Association offers coordination of current ESC efforts in the field of preventive cardiology by becoming an interface between different ESC bodies involved in prevention.

During the period 2004-2006 an interim board consisting of nucleus members from the former Working Groups was created and a transition into a final structure will be established at our first main event: EuroPRevent 2006, Athens 11-13 May.

Over the past year communication with our members has been established through the web site, newsletters, promotion at congresses and access to an educational slide database. The European Journal of Cardiovascular Prevention & Rehabilitation is the official journal and reports a rising impact factor.

Members of the EACPR are engaged in a variety of projects such as HeartScore, EuroCardioRehab Data Standards, Heart Disease Health-Related Quality of Life (HRQL) Study and EuroAction. Several major initiatives are planned to start 2006 including EuroAspire III and two European training courses. Thus, the EACPR has shown in the first year of its existence an ability to follow its mission statement as it strives to become the ESC stronghold for preventive cardiology!

Joep Perk

*President, European Association for
Cardiovascular Prevention and Rehabilitation*

14

Liquidia's Exhibit 1105
Page 13

# Heart Failure Association (HFA) of the ESC

The Heart Failure Association (HFA) of the ESC was officially launched in Munich on 30 August 2004 and was created from the now dissolved ESC Working Group on Heart Failure.

The HFA structure consists of the GENERAL ASSEMBLY and the BOARD, consisting of the Executive Committee, the Clinical Section and the Basic Sciences Section. The newly created HFA decided to 'broaden' the membership of the Board to also include 'basic scientists' and 'heart failure nurses'.

In addition several 'bottom-up' type innovations were introduced through the formation of Committees (such as Executive Committee, Nominating Committee, Annual Congress Scientific Committee, Winter Meeting Organisation Committee, Heart Failure Management Network) and Study Groups which include Advanced Heart Failure, Acute Heart Failure, Diastolic Heart Failure and the Study Group on EU Proposals.



HEART FAILURE
ASSOCIATION
OF THE ESC

### HFA Training Fellowships and Travel Grants

The HFA grants two yearly HFA Training Fellowships of 12,000 Euros / 6 months each, for young cardiologists who wish to update their clinical training with modern cardiological methods, especially when it is impossible to learn particular techniques in their own country.

The HFA offers Travel Grants of 400 Euros for congress participants less than 35 years old. The applicant has to be an HFA member and his abstract should be accepted and presented by himself.

### Lisbon 2005

The HFA Annual Congress in Lisbon on 11-14 June 2005, was exceptionally successful. The registration far exceeded 4,000 participants, the highest figure ever. Also the number of abstracts submitted was impressive, rising from the 765 abstracts of the 2004 meeting up to 1,195 abstracts this year.
At this Congress the HFA Board has organised two meetings, one with representatives of industry and one with representatives of the National Societies.

### European Journal of Heart Failure

Prof. John G.F. Cleland, as founder and first Editor-in-Chief of the European Journal of Heart Failure, has done an excellent job bringing the journal to an outstanding impact factor of 2.938 and making it the 13th most highly rated peer-reviewed cardiovascular journal in the world. As of January 1, 2005, the task of the Editor in

15

Liquidia's Exhibit 1105
Page 14

Chief has been assigned to another outstanding cardiologist and research leader in the field of heart failure, Prof. Karl Swedberg.

## Finances

The revenues for the year 2003/2004 were €554,399 / 522,399 from the 2003 HF meeting and 31,999 from the HF journal (as per August 13, 2004). For the years 2004/2005 the profits are estimated to be at least €135,000.

Dirk L. Brutsaert

*President, Heart Failure Association of the ESC*

16

Liquidia's Exhibit 1105
Page 15

# European Union Relations

2004 was an outstanding year for having brought cardiovascular disease high on the European agenda, with the unanimous adoption of conclusions on heart health by the Council of Health Ministers of the European Union.

These Council Conclusions invited the European Commission and the Member States to take action in several fields of cardiovascular disease prevention. The ESC's challenge was then to make sure that this major political progress for cardiovascular disease would not be forgotten; hence, the European Union Relations Committee focussed on the implementation of these Council Conclusions at national level.

## Conference on Heart Health

One significant step in this implementation was the Conference on Heart Health organised by the European Commission's Directorate General Public Health and Consumer Protection and the Luxembourg presidency in partnership with the ESC. This conference, which took place on 29 June 2005 in Luxembourg, was intended to "define comprehensive strategies for implementing Council Conclusions on Heart Health across Europe". The EU Relations Committee organised the meeting, in partnership with the European Commission. It brought together high-level representatives in charge of public health matters in the Member States of the European Union and Candidate countries, as well as presidents of the national cardiac societies in the European Union and representatives of the European Heart Network, the WHO, the European Commission and the ESC.
Participants were proposed practical solutions in the form of country strategies and basic tools for implementation; they were encouraged to seek consensus on common goals, create alliances within their respective countries and to commit on the implementation of heart health strategies.

## Women and Heart Disease

Prevention of heart disease in women is also high on the European agenda thanks to the Austrian Ministry of Health and Women, which plans to organise a conference on this topic during their Presidency of the Council early in 2006.
The "Women at Heart" campaign was launched in March 2005 and aims at developing awareness among the medical profession that women are more at risk than men.
The ESC Congress 2005 in Stockholm has also dedicated numerous sessions to this topic. The outcome of the campaign will be used by a Steering Group (composed of officials from the Austrian Ministry of Health and Women and representatives of the Austrian Cardiac Society and the European Society of Cardiology) to identify the specific points where political support and action is needed and where consensus is

17

Liquidia's Exhibit 1105
Page 16

to be reached between the senior representatives of Health Ministries of the EU Member States in the Expert Conference in 2006.

### Research

Cardiovascular research was at the centre of the discussions at a meeting with Members of the European Parliament earlier this year in Strasbourg. ESC representatives shared their views on the future of cardiovascular disease and expressed their wishes for the next Framework Programme 7 on research.

The proposal from the European Commission for the above mentioned FP7, published in April, gave us the opportunity to collect the opinions of the ESC constituent bodies, the national cardiac societies, the Associations and the Working Groups as well as the pharmaceutical industry through the Task Force on Research of the Cardiovascular Round Table. Opinions expressed on this occasion were presented to the European Parliament. The Committee has established a lobby of sympathetic parliamentarians in Brussels.

The last year has been valuable for establishing dialogue with members of the European Parliament and for consolidating the position of the ESC as one of the major stakeholders for all topics relating to cardiovascular diseases.



*EU Flags*

*European Community*

18

Liquidia's Exhibit 1105
Page 17

# Congress & Working Group Congresses

The ESC Congress is the largest medical congress in Europe and among the top three cardiology meetings in the world. As such the congress is the cornerstone of the ESC's commitment to science, research, training and education.

The ESC Congress is unique in the sense that it has become an established forum for the exchange of science as much as education. During the congress we also welcome a growing number of basic scientists, nurses and allied professionals working in the field of cardiovascular care of patients.





The ESC Congress 2004 attracted professional attendance of over 18,000 for the third consecutive year. There was a total of 24,527 attendees comprised of 18,413 professionals, 4,715 exhibitors, 636 journalists and 763 accompanying persons.

All 47 ESC Member Countries were represented; attendance from non-European countries continues to increase, thus reflecting the worldwide recognition of the ESC Congress.

ESC Member countries  78%
USA & Canada          6%
Other                 16%

The "Top Five" countries were Germany with 2,179 participants, France 1,365, Italy 1,333, the United Kingdom with 1,001 and the United States of America with 908 participants.

The pharmaceutical, device and medical equipment industries once again made important contributions to the success of the 2004 Congress. More than 200 organisations were represented in 12,032 m$^2$ of exhibition space. Furthermore, 57

Appx7682

Liquidia's Exhibit 1105
Page 18





satellites and 8 workshop sessions were organised by industry as part of the scientific programme. Of these 65 sessions 14 were successfully transformed into EBAC Accredited Educational Programmes, an initiative launched at the ESC Congress 2004.

The electronic presentation of selected abstracts was introduced for the first time. These "e-posters" were the standard format for all posters in the Basic Science, Magnetic Resonance Imaging, Nuclear Cardiology and Computers in Cardiology categories.

The city of Munich and the Messe München played host to the ESC Congress for the first time and a new level of excellence has been established as a benchmark for future events.

### ESC Annual Congress 2005

The Congress, to be held in Stockholm, will cover the various aspects of cardiovascular diseases and will be an international forum where all physicians, scientists, nurses, and other professionals concerned by this specialty can exchange information and expertise.

It will include 161 pre-arranged sessions including twenty-four special sessions (nine of which are jointly organised with other scientific organisations) and 127 oral abstract sessions.

The highlight of the Congress will be "Women at Heart" in order to emphasize the importance of cardiovascular diseases in women and explore the modalities of their diagnosis and management. Several pre-arranged sessions on this topic have been organised and will be labelled by a special logo.

Two initiatives will be taken in Stockholm:

- the Science Hot Line will be a special session in which up-to-date new scientific results from six finalists will be presented and a jury will identify the winner.

- three "meet the experts" lunch sessions will be organised around case presentations and reference to ESC guidelines.

A record submission of 9,028 abstracts was observed in 2005. 2,985 abstracts have been selected by the Congress Programme Committee (acceptance rate of 33 %) including 1,710 posters, 56 moderated posters, 399 e-posters and 54 moderated e-posters. The ten countries with the greatest number of abstracts accepted are Italy, Germany, France, the United Kingdom, the Netherlands, Spain, Greece, Poland, the United States of America and Japan.

Additional time slots for e-posters will be available and attention has been paid to the visibility of this 2004 initiative in order to ensure a better interaction between presenters and participants.

Appx7683

Liquidia's Exhibit 1105
Page 19

# Journals

## ESC Journals in 2005

### Cardiovascular Research

CVR continues to prosper and online usage is increasing. CVR has 50,000+ full-text article downloads per month. Impact Factor increased from 4.692 to 5.164. ESC member subscriptions remain steady.

### European Heart Journal



Articles submitted to the editorial office increased significantly in 2004 to more than 1,950 per year, representing a 20% increase on 2003. Impact Factor dropped from 6.131 to 5.997 for 2003, but for 2004 it has risen to 6.247.
The publication of EHJ went for tender and Oxford University Press won the new contract from 2005.

### European Journal of Heart Failure

(Journal of the Heart Failure Association of the European Society of Cardiology)
Impact Factor increased to 2.938 resulting in submissions doubling from 2003 to 2004. Subscriptions grew and online usage via libraries increased with 98,000+ articles downloaded.

Professor Karl Swedberg became the Editor-in-Chief, replacing Professor John Cleland, who stays as a Consultant and Editorial Board Member.

### EUROPACE

(Journal of the European Heart Rhythm Association, a Registered Branch of the ESC and the ESC Working Group on Cardiac Cellular Electrophysiology)

The Impact Factor increased from 0.971 to 1.089 in 2003. Institutional subscribers and online usage grew, with article downloads tripling to c. 29,000.

### European Journal of Echocardiography

(Journal of the European Association of Echocardiography of the European Society of Cardiology)

Subscribers have grown significantly to 1,801 in 2004; concurrently online usage has doubled to 25,079 article downloads.

21

Liquidia's Exhibit 1105
Page 20

### European Journal of Cardiovascular Nursing

(Journal of the Working Group on Cardiovascular Nursing of the European Society of Cardiology)



Our youngest journal received first advertising revenues. Institutional subscriptions almost doubled. Working Group on Cardiovascular Nursing congress participants received a one-year subscription, contributing to a growing subscriber base. Online usage has quadrupled to 21,358 article downloads.

### European Journal of Cardiovascular Prevention and Rehabilitation

Impact Factor increased to 1.990. Good financial performance with prevention guidelines reprint sales contributing. Subscriptions increased, especially for Ovid on-line access. Direct subscription was possible: for delegates at the Epidemiology & Prevention Meeting; through sponsorship; and special offers promoted by the journal's editors. Improved accessibility had direct impact on full-text downloads increasing from c. 400 per month to 3,000+ per month early in 2005.

The European Journal of Heart Failure, European Journal of Echocardiography, EUROPACE and the European Journal of Cardiovascular Nursing now have their "Articles-in-Press" indexed in Medline. Articles-in-Press are online articles published within 10 weeks of acceptance.



22

Liquidia's Exhibit 1105
Page 21

# Guidelines

The production of practice guidelines is an important core activity of the ESC and the last year has seen an impressive increase in the amount and diversity of practice guidelines documents both published and in production. This list will eventually cover all of the main topics defined in the ESC Core Syllabus.

5 different practice guidelines have been published this year in the European Heart Journal and these are available for downloading from the ESC Web Site. 4 more guidelines documents should be published before the end of 2005. Abridged versions of the practice guidelines, ESC Pocket Guidelines, are also now available for 17 topics and this will increase to at least 19 by the end of 2005. PDA versions of these abridged titles have been developed and have been very well received with over 35,000 downloads from the ESC website alone in just one year. Slide lecture sets have also been produced for some guidelines and these can be downloaded from the ESC Web Site. A book containing all of the current ESC Pocket Guidelines will be published every year from 2006.

The Committee for Practice Guidelines (CPG) has overseen the introduction of new procedures to improve operational aspects of the guidelines production process. The introduction of "Work Places" for Guidelines Task Forces on the ESC Web Site has improved communication and efficiency. Another major initiative has been the development of a standard operating procedure for the translation and use of ESC Guidelines by ESC National Societies.

All practice guidelines are produced in close collaboration with the ESC National Societies, Associations, Working Groups and Councils. Increasingly the National Societies are endorsing and adopting the ESC Guidelines. The translation of ESC Guidelines by some ESC National Societies has seen a very important increase over the last year. In addition the ESC continues to work with other societies including the American College of Cardiology and the American Heart Association to produce joint guidelines on several topics. The pooling of experience and resources to produce these guidelines has advantages for all parties.

Several new initiatives under the present CPG are ongoing. In association with the European Heart Journal, all ESC Guidelines documents published in the journal are now CME accredited by the European Board for Accreditation in Cardiology. This will encourage cardiologists to read new ESC Guidelines as well as increasing the appeal of the journal to readers as a CME source.

23

Liquidia's Exhibit 1105
Page 22

In addition, during the coming year the CPG will oversee the preparation of guidelines on the Management of Stable Angina, the Management of CVD in Diabetes, Pacing & Resynchronization Therapy. The CPG is also overseeing the work of the Global MI Redefinition Task Force. New guidelines will be initiated on Management of Pulmonary Embolism and Management of Valvular Heart Diseases.



24

Liquidia's Exhibit 1105
Page 23

# Education

The Educational activities of the Society continue to be consolidated and extended. A review has been completed affirming the role of the Society in providing educational programmes and products of the highest possible standard for the ongoing education of cardiologists throughout Europe and farther afield. This is achieved by co-ordinating and disseminating the educational activities of the Society, its 49 member societies, and Associations and Working Groups as they relate to Science, Guidelines and Surveys. The Education Committee has developed a number of specific educational initiatives which it continues to directly supervise and deliver.



### Educational Training Programme

The number of courses run as part of the Educational Training Programme has been reduced to concentrate on areas thought best suited to this format of meeting. Courses are practical and interactive with clear learning objectives fulfilling specific educational needs. All aim for EBAC accreditation. An Update in Cardiology meeting run collaboratively between the ESC and Erasmus University in Amsterdam was held in April. This will be repeated next year and is the first of a series of such 1-2 day meetings that are to be held in different parts of Europe to provide a concise but current overview of Cardiovascular Medicine of value for the general as well as specialist Cardiologist.

A Core Syllabus for Cardiology was published in August 2004. Development of a training Curriculum for General Cardiology is underway, involving close liaison with the European Board for Accreditation in Cardiology as well as national training structures. In addition to providing a structure for future educational activity, this curriculum will serve to provide a reference framework for the training of Cardiologists throughout Europe, aiming for improved and more uniform standards.

### Educational Products

A decision was taken some time ago that ESC educational material be designed to be delivered as far as possible over the internet. Accessing the specific learning or teaching material from the many educational resources in the ESC Web Site is now facilitated by the introduction of the Scientific and Educational Portal. Material is presented according to disease category (based on core syllabus) as well as the type of educational activity available.

The portal may be visited at www.escardio.org/knowledge/portal/.

The ESC Case-based learning and teaching web site contains over 28 modules, each with a wealth of supporting information, including guidelines and Medline abstracts. Access is free and clinicians can obtain CME credits by successfully completing modules. At present there are over 7,500 registered users.

25



The ESC produces a number of key educational products derived from the ESC Congress. The Congress Highlights CD-ROM provides cardiologists with a record of key proceedings from the event. Audio recordings of presentations are synchronised with slides for over 70 presentations. The CD is CME accredited and includes the appropriate self-assessment options.

Webcasts allow users to view and hear presentations via the internet. For the ESC Congress 2005, there will be 25 sessions broadcast over the internet 48 hours after the event, providing an archive of important sessions to be revisited or viewed for the first time.

The Focus Sessions are a highlight of the ESC annual Congress and selected sessions are available on DVD-ROM.

The ESC Slide Resource is an online bank of slide presentations from ESC meetings selected by the ESC Education Committee for use by trainers and educators in cardiology.

Supporting the implementation of guidelines, there are now 3 titles in the ESC Guidelines CD-ROM series.

The ESC Textbook of Cardiovascular Medicine will be launched in the Autumn 2005. A new general reference textbook consisting of 36 chapters with contributions from 60 opinion leaders, the book will be CME accredited and supported with an online version.

The ESC Education Series was introduced in 2003 to provide concise monographs relating to a number of major subspecialties in cardiology. A new title, Cardiovascular Imaging, has recently been published.

As far as practicable, all educational programmes as well as distance learning material is submitted for EBAC accreditation.



26

# Euro Heart Survey

The Euro Heart Survey Programme was designed to provide data on presentation, management and outcome of patients with cardiovascular disease in clinical practice throughout Europe and continues to be an important core activity of the ESC.

The Euro Heart Survey Programme started in 1999 and has since enrolled over 70,000 consecutive patients with different cardiovascular diseases. It provides a source of information on current practice in cardiology to the ESC, its Associations and Working Groups as well as to National Societies and Health Authorities. At the same time systematic registration of patient data using national and international registers has assumed increasing importance for quality assurance in the management of cardiovascular disease throughout Europe.



In the past year new EHS surveys on Diabetes and the Heart and Atrial Fibrillation were completed and presented during the ESC Congress. Surveys on Acute Coronary Syndromes (ACS2) and Heart Failure (HF2) remained ongoing. Reports on previously completed surveys on Coronary Revascularisation and Angina were published in the European Heart Journal. Preparations for the next survey on Percutaneous Coronary Interventions were completed and patient enrolment commenced in June 2005.

There is a compelling case for harmonisation of data derived from different sources. In order to address this need the ESC, during Ireland's Presidency of the European Union (EU), worked with the Department of Health and Children, the Irish Cardiac Society, and the European Commission in 2004 to develop data standards for clinical cardiology. The Cardiology Audit and Registration Data Standards (CARDS) project resulted in agreed standards for variables, definitions and coding for different modules in cardiovascular health information systems. All future systematic registration of data in cardiology should use the CARDS standards to ensure that comparable data will be collected throughout Europe. The Euro Heart Survey Programme will play a key role in the implementation of these standards.

Experience from national registers has shown improved implementation of practice guidelines through the provision of regular benchmark reports to the participating centres as well as to the National Societies. The EHS Department developed a benchmark reporting system for centres participating in the EHS programme and

27

this will be launched in 2005. This will provide feedback from clinical practice and close the loop between guidelines and the "real world".



The regular benchmarking will transform the Euro Heart Survey Programme into an ESC Quality Assurance Programme with the goal to improve cardiac care in Europe.

28

Liquidia's Exhibit 1105
Page 27

# Cardiovascular Round Table

The Cardiovascular Round Table (CRT) is a strategic forum for high-level dialogue between leading cardiovascular industries and academia. Its aim is to provide a political platform to achieve widespread recognition of the importance of cardiovascular health in Europe. Key strategic cardiovascular health issues in Europe are discussed and actions towards health care policy makers are formulated. This collaboration between industries including pharmaceutical, device and equipment and academia is unique in its kind, and focuses on those areas that are of common interest. In 2004/05 four taskforces (TF's) were active on regulatory affairs, patient access and reimbursement, cardiovascular prevention and cardiovascular research in Europe.

## Taskforce activities

TF1 on regulatory affairs successfully organised, in collaboration with EMEA, a workshop on Combination Therapy and a symposium during the ESC Congress 2004 on the same topic. A meeting with the EMEA was organised which confirmed the strong interest of the EMEA to collaborate with this group. Three main areas of collaboration were established. 1. Review of regulatory guidelines, 2. Creating links between the ESC web site and the EMEA web site around new drug approvals and publication of relevant debates in ESC journals and 3. Collaboration on workshop / symposium programmes.

TF2 on patient access to new technologies successfully organised a workshop in December 2004 uniting for the first time Health Technology Assessment experts, health care assessors, cardiologists and national society leaders from seven countries. The objective was to propose ways of improving health professional involvement in health technology and government assessments. As a spin-off a first implementation workshop will be held in Germany in the current year.



TF4 on prevention is developing, following up from last years launch of HeartScore and the efforts of the joint prevention committee, an ambitious programme of implementation of key cardiovascular prevention guidelines with all GPs in the main European countries.

## New Taskforce on Clinical Research launched

This Taskforce No 5 held its inaugural meeting in January 2005 and was attended by virtually all pharmaceutical industry members and selected ESC members, confirming the strong interest in this theme. It was decided to focus on increasing the understanding of the value of cardiovascular research and the researcher through a number of initiatives involving communication between academics, industry and

29

Liquidia's Exhibit 1105
Page 28

politicians as well as informing the press and public. These initiatives were turned into a number of practical proposals which include an exceptional symposium at the annual meeting in Stockholm combining the views of a major industry executive, DG Research representative and leading research academics. Furthermore an online survey has been developed to assess the impact of the clinical trials directive on academic research and two position papers have been drafted.

The corporate members of the Cardiovascular Round Table are:

AstraZeneca

Bayer Healthcare AG

Boehringer Ingelheim GmbH

Boston Scientific Corporation

Bristol-Myers Squibb Company

Cordis Corporation, a Johnson and Johnson Company

GlaxoSmithKline

Guidant Europe

Lilly Critical Care Europe

Medtronic

Merck Sharpe and Dome

Novartis Pharma

Pfizer Inc

Philips Medical Systems

Sanofi Aventis

Schering Plough

Servier International

Siemens Medical Systems

30

Liquidia's Exhibit 1105
Page 29



Liquidia's Exhibit 1105
Page 30

# Treasurer and Auditors' Reports

The commercial and financial activities of the European Society of Cardiology are shared between two companies. The European Society of Cardiology houses all the business and commercial activities and "Maison Européenne du Coeur", a property company, owns the Heart House and land. The two original Swiss companies (ESC and ECCO) and the ESC Foundation of America are non-trading and effectively dormant.

All financial information reported is in Euros.



## ESC Group  Statements of Income and Expenditure

|  | 12 months 31/03/2005 | 12 months 31/03/2004 | 12 months 31/03/2003 | 12 months 31/03/2002 | 12 months 31/03/2001 |
|---|---|---|---|---|---|
| Total operating income | 29 122 831 | 28 422 871 | 27 830 274 | 22 722 034 | 22 581 490 |
| Total operating expenses | -27 192 092 | -27 361 496 | -28 725 799 | -21 803 308 | -22 424 304 |
| OPERATING PROFIT | 1 930 739 | 1 061 375 | -895 525 | 918 726 | 157 186 |
| Total financial income | 285 291 | 323 217 | 441 008 | 433 140 | 412 533 |
| Total financial expenses | -140 320 | -58 897 | -241 841 | -262 880 | -304 846 |
| FINANCIAL RESULT | 144 971 | 264 320 | 199 167 | 170 260 | 107 687 |
| NET SURPLUS ON ORDINARY ACTIVITIES BEFORE TAXATION | 2 075 710 | 1 325 695 | - 696 358 | 1 088 987 | 264 874 |
| Extraordinary items | - 31 011 | - 434 | 513 676 | 110 858 | - 715 525 |
| NET SURPLUS BEFORE TAXATION | 2 044 699 | 1 325 261 | - 182 682 | 1 199 845 | - 450 651 |
| Income tax and profit sharing | -849 198 | -565 314 | 87 782 | -246 937 | -4 558 |
| RESULT FOR THE PERIOD | 1 195 501 | 759 947 | - 94 900 | 952 908 | - 455 209 |

Exceptionally, FY 2002-2003 operating income and expenses included sales and purchase of hotel rooms for € 4 261 863.

33

Liquidia's Exhibit 1105
Page 31

### ESC Group Balance Sheets

| | 31/03/2005 | 31/03/2004 | 31/03/2003 | 31/03/2002 | 31/03/2001 |
|---|---|---|---|---|---|
| Intangible assets | 392 832 | 620 474 | 741 755 | 197 471 | 200 037 |
| Tangible assets & investments | 9 022 621 | 9 058 535 | 9 357 693 | 9 368 851 | 9 568 416 |
| **TOTAL FIXED ASSETS AND INVESTMENTS** | **9 415 453** | **9 679 009** | **10 099 448** | **9 566 322** | **9 768 453** |
| Inventories and WIP | 1 249 241 | 1 374 732 | 1 616 259 | 2 816 220 | 1 529 981 |
| Debitors | 14 281 106 | 11 218 997 | 11 761 292 | 9 701 811 | 10 781 758 |
| Marketable securities, cash at bank and on hand | 17 543 141 | 15 581 720 | 13 622 224 | 10 031 076 | 11 330 835 |
| **TOTAL CURRENT ASSETS** | **33 073 488** | **28 175 449** | **26 999 775** | **22 549 107** | **23 642 574** |
| Creditors: amounts payable within one year | 28 914 337 | 25 339 745 | 24 624 183 | 17 608 338 | 21 108 174 |
| Net current assets | 4 159 151 | 2 835 704 | 2 375 592 | 4 940 769 | 2 534 399 |
| Total assets less current liabilities | 13 574 604 | 12 514 713 | 12 475 040 | 14 507 091 | 12 302 852 |
| Creditors: amounts payable after one year | 567 872 | 682 911 | 1 380 364 | 3 276 723 | 2 234 329 |
| Provisions for liabilities and charges | 469 580 | 490 150 | 512 968 | 553 760 | 336 480 |
| **NET ASSETS** | **12 537 152** | **11 341 652** | **10 581 708** | **10 676 608** | **9 732 043** |
| Non refundable funds | 3 571 869 | 3 571 869 | 3 571 869 | 3 571 869 | 3 571 869 |
| Investments reserves | 7 769 783 | 7 009 838 | 7 104 739 | 6 151 831 | 6 615 383 |
| Surplus for the year | 1 195 501 | 759 945 | - 94 900 | 952 908 | - 455 209 |
| **MEMBERS' FUNDS** | **12 537 153** | **11 341 652** | **10 581 708** | **10 676 608** | **9 732 043** |

Note 1: Tangible assets include the Heart House - Net book value 31/3/2005 including LHI: € 8 123 857.
Note 2: The outstanding mortgage is € 341 456.
Note 3: Cash and marketable securities include WG and Associations funds for € 2 676 416.



#### Commentary on ESC Group financial performance

The financial year 2004-2005 result after taxes and profit sharing is a profit of € 1 195 501 compared to a virtually breakeven budget (-€ 40 634)

This good financial performance is mainly due to the success of the annual congress but also the HFA and EAE meetings. The scientific programmes and the Euro Heart Survey activities have also generated a positive contribution, € 664 893 and € 538 951 respectively.

The balance sheet shows that the membership funds have increased from € 11 350 000 to € 12 544 743 and the cash position is correct.

The cash balance includes all WG and Associations accounts for a total of € 2 676 416

The budget for the financial year currently underway, 2005-2006, foresees a profit before tax of € 154 961.

34

Liquidia's Exhibit 1105
Page 32



## Growth in Group Annual operating revenue, profit and headcount
### (FY2003 revenue restated to exclude sales of hotels rooms)



(IN K EUROS)    ■ Operating revenue    ■ Operating profit    —●— Headcount

## Growth in membership funds



(IN K EUROS)    **FISCAL YEARS ENDING PERIOD**

35

Financial information tables and business reporting
for the fiscal year 2005-2006 and budget year 2006-2007 for
the ESC Group are set out below for members' information.

| | Fiscal Year 2004/2005 Actual | Fiscal Year 2005/2006 Budget |
|---|---|---|
| CONGRESS & MEETINGS | 17 508 646 | 19 138 419 |
| SCIENTIFIC PROGRAMMES | 1 205 533 | 646 000 |
| EURO HEART SURVEY | 1 183 248 | 870 500 |
| PRACTICE GUIDELINES | 0 | 37 551 |
| PUBLISHING | 3 571 347 | 4 528 753 |
| MARKETING / NSMR / INTERNET | 1 013 597 | 1 021 800 |
| CARDIOVASCULAR ROUNDTABLE | 792 000 | 760 000 |
| COMMUNIC./PREV./EU.AFFAIRS | 2 968 972 | 2 789 902 |
| EHH & MAINTENANCE | 3 000 | 0 |
| MGT / FINANCE / HR / OFF.FOR WG | 10 669 | 0 |
| INFORMATION SYSTEMS | 0 | 0 |
| BOARD & COMMITTEES | 165 003 | 197 791 |
| WORKING GROUPS | 1 025 427 | 1 111 782 |
| INTERNAL BILLING ADJUSTMENTS | -1 069 729 | -1 482 085 |
| **OPERATING INCOME** | **28 377 713** | **29 620 413** |
| CONGRESS & MEETINGS | -12 750 119 | -14 596 379 |
| SCIENTIFIC PROGRAMMES | -540 640 | -521 993 |
| EURO HEART SURVEY | -644 297 | -628 335 |
| PRACTICE GUIDELINES | -375 354 | -484 799 |
| PUBLISHING | -2 396 545 | -2 928 869 |
| MARKETING / NSMR / INTERNET | -1 258 954 | -1 334 988 |
| CARDIOVASCULAR ROUNDTABLE | -559 109 | -670 208 |
| COMMUNIC./PREV./EU.AFFAIRS | -3 059 159 | -3 232 567 |
| EHH & MAINTENANCE | -862 444 | -947 050 |
| MGT / FINANCE / HR / OFF.FOR WG | -2 104 635 | -2 253 665 |
| INFORMATION SYSTEMS | -1 726 638 | -1 849 791 |
| BOARD & COMMITTEES | -863 407 | -835 654 |
| WORKING GROUPS | -504 620 | -760 333 |
| INTERNAL BILLING ADJUSTMENTS | 1 069 729 | 1 482 085 |
| **OPERATING EXPENSES** | **-26 576 193** | **-29 562 547** |
| RESULT : | | |
| CONGRESS & MEETINGS | 4 758 526 | 4 542 040 |
| SCIENTIFIC PROGRAMMES | 664 893 | 124 007 |
| EURO HEART SURVEY | 538 951 | 242 165 |
| PRACTICE GUIDELINES | -375 354 | -447 248 |
| PUBLISHING | 1 174 802 | 1 599 883 |
| MARKETING / NSMR / INTERNET | -245 357 | -313 188 |
| CARDIOVASCULAR ROUNDTABLE | 232 891 | 89 792 |
| COMMUNIC./PREV./EU.AFFAIRS | -90 187 | -442 665 |
| EHH & MAINTENANCE | -859 444 | -947 050 |
| MGT / FINANCE / HR / OFF.FOR WG | -2 093 967 | -2 253 665 |
| INFORMATION SYSTEMS | -1 726 638 | -1 849 791 |
| BOARD & COMMITTEES | -698 404 | -637 863 |
| WORKING GROUPS | 520 807 | 351 449 |
| **OPERATING RESULT** | **1 801 519** | **57 867** |
| FINANCIAL PROFIT | 127 388 | 195 418 |
| CONTINGENCY PROVISIONS | 99 200 | -100 000 |
| EBAC NET COST | 16 592 | 1 676 |
| **RESULT before Tax** | **2 044 699** | **154 961** |
| PROFIT SHARING | -168 177 | 0 |
| CORPORATE TAX | -681 021 | 0 |
| **RESULT after Tax** | **1 195 501** | **154 961** |

Liquidia's Exhibit 1105
Page 34

## European Society of Cardiology (Société Européenne de Cardiologie) Association

Statutory auditor's report on the financial statements for the year ended 31 mars 2005

*This is a free translation into English of the statutory auditors' report issued in the French language and is provided solely for the convenience of English speaking readers. The statutory auditors' report includes information specifically required by French law in all audit reports, whether qualified or not, and this is presented below the opinion on the financial statements. This information includes an explanatory paragraph discussing the auditors' assessments of certain significant accounting and auditing matters. These assessments were considered for the purpose of issuing an audit opinion on the financial statements taken as a whole and not to provide separate assurance on individual account captions or on information taken outside of the financial statements. This report should be read in conjunction with, and construed in accordance with, French law and professional auditing standards applicable in France.*

To the Members,

*In compliance with the assignment entrusted to us by your Members' general meeting, we hereby report to you, for the year ended March 31, 2005, on:*

- *the audit of the accompanying financial statements of S.E.C. association,*
- *the justification of our assessments,*
- *the specific verifications and information required by law.*

*These financial statements have been approved by the Board of Directors. Our role is to express an opinion on these financial statements based on our audit.*

*I. Opinion on the annual financial statements*

*We conducted our audit in accordance with professional standards applicable in France. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the annual financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statements presentation. We believe that our audit provides a reasonable basis for our opinion.*

*In our opinion, the annual financial statements present fairly, in all material respects, the financial position of the association at March 31, 2005, and the results of its operations for the year then ended, in accordance with the accounting rules and principles applicable in France.*

*II- Justification of our assessments*

*In accordance with the requirements of article L. 225-235 of the French Company Law (Code de commerce) relating to the justification of our assessments, we bring to your attention the following matters:*

- *The note to the financial statements relating to "Explanations on the recognition of certain income" (paragraph 6 – B – 3) sets out the accounting standards and methods used with regard to long-term contracts. In the context of our assessment of the accounting standards and procedures applied by the association, we have checked the appropriateness of the accounting methods described above and the information given in the notes to the financial statements and we have ensured their correct implementation.*

- *Your association sets aside provisions to cover contingencies as described in the note to the financial statements relative to "Accruals booked in the balance sheet" (paragraph 5 – A). In the context of our assessment of these estimates, we verified the reasonableness of the assumptions adopted and the resulting evaluations.*

*The assessments were thus made in the context of the performance of our audit of the financial statements, taken as a whole, and therefore contributed to the formation of our unqualified audit opinion expressed in the first part of this report.*

37

Liquidia's Exhibit 1105
Page 35

*III - Specific verifications and information*

*We have also performed the specific verifications required by law in accordance with professional standards applicable in France.*

*We have no matters to report regarding the fair presentation and the conformity with the financial statements of the information given in the Board and Treasurer's Reports and in the documents addressed to the members with respect to the financial position and the financial statements.*

*Sophia Antipolis, July 5, 2005*
*The Statutory Auditors*
*ERNST & YOUNG Audit*
*Jacques Mariacci*

## European Heart House (Maison Européenne du Cœur, S.C.P)

Auditors' report on financial statements for the year ended 31 March 2005

*This is a free translation into English of the auditors' report issued in the French language and is provided solely for the convenience of English speaking readers.*
*This report should be read in conjunction with, and construed in accordance with, French law and professional auditing standards applicable in France.*

To the shareholders,

*We have audited the accompanying financial statements of Maison Européenne du Cœur as of 31 March 2005. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.*

*We conducted our audit in accordance with professional standards on auditing applicable in France. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statements presentation. We believe that our audit provides a reasonable basis for our opinion.*

*In our opinion, the financial statements give a true and fair view of the Company's financial position and its assets and liabilities, as of 31 March 2005, and of the results of its operations for the year then ended in accordance with the accounting rules and principles applicable in France.*

*Jacques Mariacci*
*Ernst and Young*

Liquidia's Exhibit 1105
Page 36



# Annual Report 2005

The European Heart House

2035 Route des Colles

Les Templiers - B.P. 179

06903  Sophia Antipolis Cedex

France

Tel. +33(0)4 92 94 76 00

Fax. +33(0)4 92 94 76 01

Web Site: www.escardio.org



Liquidia's Exhibit 1105
Page 37

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

UNITED STATES PATENT AND TRADEMARK OFFICE

————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————————

LIQUIDIA TECHNOLOGIES, INC.,
Petitioner

v.

UNITED THERAPEUTICS CORPORATION,
Patent Owner

————————————

IPR2021-00406
U.S. Patent No. 10,716,793 B2

**REPLY DECLARATION OF SYLVIA HALL-ELLIS, PH.D.**

Liquidia's Exhibit 1112
Page 1

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

## Table of Contents

**Page**

I.      INTRODUCTION ................................................................................................. 3

II.     MATERIALS CONSIDERED ........................................................................ 4

III.    LEGAL PRINCIPLES ................................................................................... 8

    A.   Public Accessibility of a Printed Publication.................................... 8

    B.   Persons of Ordinary Skill in the Art ................................................ 9

    C.   Priority Date .................................................................................... 9

    D.   Summary of Opinions ..................................................................... 10

IV.    Library Cataloging Practices......................................................................... 10

V.     Wyman is not qualified to opine on the public accessibility of Voswinckel JAHA and Voswinckel JESC................................................... 11

VI.    Voswinkcel JAHA qualifies as a publicly accessible printed publication....................... 14

VII.   Voswinckel JESC qualifies as a publicly accessible printed publication ........................ 39

-i-

Liquidia's Exhibit 1112
Page 2

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

I, Sylvia D. Hall-Ellis, declare as follows:

## I.    INTRODUCTION

1.    I am over the age of eighteen and otherwise competent to make this declaration.

2.    I have been retained by counsel for Petitioner Liquidia Technologies, Inc. ("Liquidia") to offer my expert opinion regarding the public availability of certain publications, discussed below.

3.    I understand that the Patent Trial and Appeal Board ("the Board") has instituted inter partes review of U.S. Patent No. 10,716,793 ("'793 Patent") based on the petition submitted by Liquidia. Since institution, I understand that Patent Owner United Therapeutics Corporation ("UTC") has filed a Patent Owner Response as well as a declaration from Ms. Pilar Wyman in support thereof.

4.    I originally submitted a declaration on January 7, 2021 in this proceeding. My background, qualifications, and experience relevant to the issues raised in this proceeding are summarized in Section I.A of my original declaration. Ex. 1036 at ¶¶ 7-10. A full description of my background and qualifications is set forth in my curriculum vitae, attached as Exhibit A to my original 2021 declaration. *Id.*, Exhibit A.

5.    This declaration presents my additional opinions in response to the Declaration of Ms. Pilar Wyman (Ex. 2041) (the "Wyman Declaration"), dated November 10, 2021, as it relates to the public availability of the two printed publications referred to in the Wyman Declaration as Voswinckel JAHA and Voswinckel JESC before May 15, 2006.

6.    I reserve the right to supplement or amend my opinions, and bases for them, in response to any additional evidence, testimony, discovery, argument, and/or other additional information that may be provided to me after the date of this Declaration.

-3-

Liquidia's Exhibit 1112
Page 3

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

7.      I am being compensated for my time spent working on this matter at my normal consulting rate of $300 per hour, plus reimbursement for any additional reasonable expenses.  My compensation is not in any way tied to the content of this Declaration, the substance of my opinions, or the outcome of this proceeding.  I have no other interests in this proceeding or with any of the parties.

## II.    MATERIALS CONSIDERED

8.      This Declaration is based on information known to me as of the date I signed this Declaration, and I reserve the right to amend or supplement this report in view of any additional discovery, documents, information, reports, and/or testimony that I receive after issuance of this report.

9.      The bases for my opinions herein and any testimony that I may be called upon to provide are as follows: (i) the materials identified throughout this Declaration, listed below; (ii) the independent research identified in this Declarations (iii) the materials identified in my 2021 declaration (Ex. 1036); (iv) the materials identified in the Wyman Declaration; (iv) my knowledge, education, research skills and methodology, and experience; and (v) the materials listed in the table below.  The foregoing are among the types of information reasonably relied upon by experts in my field for the purposes of forming opinions or inferences on the matters that are the subject of my work in this case.  Throughout this report, I cite portions of these documents.  These citations are intended only as examples, and I reserve the right to rely on all portions of these documents in addition to those cited in this report.

| Exhibit No. | Description |
|---|---|
| 1007 | Voswinckel, R., et al., Abstract 218: "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," *European Heart Journal* 25:22 (2004) ("Voswinckel JESC") |

Liquidia's Exhibit 1112
Page 4

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

| 1008 | Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessier, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Werner Seeger, and Horst Olschewski, Abstract 1414: "Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension," Abstracts from the 2004 Scientific Sessions of the American Heart Association, *Circulation,* 110(17 Suppl.):III-295 (October 26, 2004)  ("Voswinckel JAHA") |
|---|---|
| 1036 | Declaration of Sylvia Hall-Ellis, Ph.D. ("Hall-Ellis Decl.") |
| 1089 | Voswinckel JESC, UWash |
| 1090 | Voswinckel JESC, UWisc |
| 1091 | Voswinckel JESC, British Library |
| 1092 | Voswinckel JESC, Add'l Pages |
| 1093 | Voswinckel JAHA, British Library |
| 1094 | Voswinckel JAHA, Library of Congress |
| 1095 | Voswinckel JAHA, Stanford |
| 1096 | Voswinckel JAHA, UC Davis |
| 1104 | Sulica, R. and Poon, M., "Medical therapeutics for pulmonary arterial hypertension: from basic science and clinical trial design to evidence-based medicine," *Expert Rev. Cardiovasc. Ther.* 3(2), (2005) ("Sulica 2005") |
| 1106 | Reply Declaration of Nicholas Hill, M.D. ("Hill Reply Declaration") *Note: I only reviewed the excerpts I cite herein, which were provided to me by Liquidia's counsel* |
| 1110 | Transcript from the December 29, 2021 Deposition of Lyndsey Pilar Wyman, *Liquida Technologies, Inc. v. United Therapeutics Corp.*, IPR2021-00406 |
| 1113 | JAHA Supplement Author Index |
| 1114 | American Heart Association 2004 Online Archive, pages *available at* https://web.archive.org/web/20041130084648/http://circ.ahajournals.org:80/; https://web.archive.org/web/20041206215947/http://aha.agora.com/abstractviewer/; https://web.archive.org/web/20041128050933/http://circ.ahajournals.org/contents-by-date.0.shtml; and https://web.archive.org/web/20041204145419/http://circ.ahajournals.org/content/vol110/issue17/ |
| 1115 | Affidavit of Duncan Hall, December 7, 2021 |
| 1116 | Voswinckel JAHA British Library Declaration |
| 1117 | JAHA Supplement PubMed Search Results |
| 1118 | PubMed.gov search results for Sulica, R. and Poon, M., "Medical therapeutics for pulmonary arterial hypertension: from basic science and clinical trial design to evidence-based medicine," *Expert Rev. Cardiovasc. Ther.* 3(2), (2005) |
| 1119 | Voswinckel JESC British Library Declaration |
| 1120 | Voswinckel JESC Web of Science Search Results |
| 1121 | Ghofrani 2005, British Library |
| 1122 | Ghofrani 2005 Search Results |
| 1123 | Circulation MARC record, British Library |

Liquidia's Exhibit 1112
Page 5

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

| 1124 | Circulation MARC record, Library of Congress |
|------|----------------------------------------------|
| 1125 | Circulation MARC record, Stanford |
| 1126 | Circulation MARC record, UC Davis |
| 1127 | European Heart Journal bibliographic record, UWash |
| 1128 | European Heart Journal MARC record, UWisc |
| 1129 | European Heart Journal MARC record, British Library |
| 2040 | University of Wisconsin–Madison Library Catalog Search for holdings of *Circulation: the journal of the American Heart Association* |
| 2041 | Declaration of Ms. Pilar Wyman ("Wyman Declaration") |
| 2043 | Deposition Transcript of Sylvia Hall-Ellis, Ph. D. |
| 2044 | American Heart Association Listing of *Circulation* Supplements |
| 2049 | Oxford Academic Listing of *European Heart Journal* Supplements |

10.    In preparing this report, I used authoritative databases, such as the OCLC bibliographic database (also known as "*WorldCat*"), the Library of Congress Online Catalog, the Internet Archive (also known as the Wayback Machine), and the Web of Science. I also used the databases and sources relied on in the Wyman Declaration, such as *PubMed*, Ovid, Chemical Abstracts, the American Heart Association Online Archive, and the Oxford University Press Medicine Archive.

11.    ***Internet Archive.*** The Internet Archive, a 501(c)(3) non-profit, is an online digital archive of Internet web sites and web pages and other cultural artifacts in digital form.[1] Like a paper library, the Internet Archive provides free access to researchers, historians, scholars, the print disabled, and the general public. The organization's mission is to provide Universal Access to All Knowledge.

12.    Established in 1996 by archiving the Internet itself, the Internet Archive features 20+ years of web history accessible through the Wayback Machine and more than 625 library and other partners through our Archive-It program to identify important web pages. As the Internet

---

[1] *See* https://archive.org/ (last visited Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 6

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

Archive grew, so did its commitment to provide digital versions of other published works. Currently, the Internet Archive includes approximately 330 billion web pages, 20 million books and texts, 4.5 million audio recordings (including 180,000 live concerts), 4 million videos (including 1.6 million Television News programs), 3 million images, and 200,000 software programs.

13.     The Internet Archive maintains an archive of webpages collected from the Internet using software called a crawler.  Crawlers automatically create a snapshot of webpages as they existed at a certain point in time.  The Wayback Machine is an application using a crawler created by the Internet Archive to search its archive of web page URLs and to represent, graphically, the date of each crawler capture.  The Internet Archive captures data that is openly available to users of the Internet.  Some sites are "not archived because they were password protected, blocked by robots.txt, or otherwise inaccessible to our automated systems.  Site owners might have also requested that their sites be excluded from the Wayback Machine."[2]

14.     Many Internet Archive captures made by the WayBack Machine have a banner at the top with the capture date prominently displayed.  Other dates when captures of the same URL have been made are indicated to the right and left of the date provided in the banner.  Some captures may lack this banner.  In any case, the URL for the capture begins with the identification of the Internet Archive page (e.g., http://web.archive.org/web/) followed by information that dates and time stamps the capture as follows: year in yyyy, month in mm, day in dd, time code in hh:mm:ss (e.g., 20071120082013, or November 20, 2007 at 8:20:13 a.m.).  These elements are then followed by the URL of the original capture site.  When links are active, the Wayback Machine is

---

[2] https://help.archive.org/hc/en-us/articles/360004651732-Using-The-Wayback-Machine (last visited Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 7

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

programmed to produce the archived file with the closest available date (not the closest available

prior date) to the page upon which the link appeared and was clicked.  I and other professionals in

the field of library and information resources are familiar with the Internet Archive and the

Wayback Machine.  As previously noted, the Internet Archive and the Wayback Machine are

among the types of information reasonably relied upon by experts in my field for the purposes of

forming opinions or inferences on matters that are the subject of their work.[3]

## III.    LEGAL PRINCIPLES

15.    I am not an attorney and will not offer opinions on the law.  I am, however,

rendering my expert opinion on the authenticity of the documents referenced herein and on when

and how each of these documents was disseminated or otherwise made available to the extent that

persons interested and ordinarily skilled in the subject matter or art, exercising reasonable

diligence, could have located the documents before the dates discussed below with respect to the

specific documents.

### A.    Public Accessibility of a Printed Publication

16.    Relevant to my response to the Wyman Declaration, I note below as part of my

understanding of the legal standards for public accessibility of a printed publication, in addition to

what I already set forth in my 2021 declaration.  *See* Ex. 1036, ¶¶ 11-14.

17.    I understand that there is a presumption of public accessibility as of the printed

publication's publication date if it is published by an established publisher.

18.    I am informed by counsel that, even if a printed publication is not cataloged and

indexed in a meaningful way, it may still qualify as publicly accessible if it is cited by a "research

---

[3] For more information about the Internet Archive see the Wayback Machine FAQ,
https://help.archive.org/hc/en-us#The_Wayback_Machine (last visited Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 8

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

aid," a publicly available publication that can reasonably lead a person interested in the relevant subject matter to the non-cataloged and non-indexed printed publication.

19.    I am informed by counsel that cataloging and indexing are not the only factors to be considered in determining public accessibility of a printed publication and that a printed publication that has never been cataloged or indexed in any library or database can nevertheless be found publicly accessible.  For example, I understand that printed publications presented to an audience of persons interested in the relevant subject matter at an academic conference, without any expectation of confidentiality, may still qualify as publicly accessible.

### B.    Persons of Ordinary Skill in the Art

20.    I set forth a definition of a person of ordinary skill in the art ("POSA") in my 2021 declaration. Ex. 1036, ¶¶ 15-17.  I understand from counsel that UTC has since set forth its own definition, reproduced below:

> A POSA, with respect to the '793 patent, would have an M.D. or a graduate degree (Masters or Ph.D.) in a field relating to drug development and at least two years practical experience in either (i) the investigation or treatment of pulmonary hypertension; or (ii) in the development of potential drug candidates, specifically in the delivery of drugs by inhalation.

My analysis applies equally to either definition of a POSA.

### C.    Priority Date

21.    As noted in my 2021 declaration, I am informed by counsel that the priority date for the '793 Patent at issue is May 15, 2006.  Ex. 1036, ¶ 26.

Liquidia's Exhibit 1112
Page 9

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

### D.    Summary of Opinions

22.    It is my opinion that the Voswinckel JAHA (Ex. 1008) and Voswinckel JESC (Ex. 1007) printed publications discussed in my 2021 declaration were publicly accessible before the May 15, 2006 priority date, and that Wyman's analysis to the contrary is unqualified, flawed, and incorrect.

## IV.    LIBRARY CATALOGING PRACTICES

23.    Relevant to my response to the Wyman Declaration, I note the following about library cataloging practices, in addition to what I already set forth in my 2021 declaration.  *See* Ex. 1036, ¶¶ 27-46.

24.    Cataloging is the transcription of bibliographic data to describe a resource; assignment of subject headings is the assignment of points of access including, but not limited to subjects, genres, and other terms.  These two distinct processes take place at the time that a MARC record is prepared for addition to a library's online catalog.

25.    Learning to transcribe bibliographic data and classify resources are fundamental skills and competencies that graduate library and information science students choosing a career path in the organization of information must complete as part of the Master of Library and Information Science (MLIS) degree, which I earned before getting my Ph.D. in Library and Information Science.

26.    My research has focused on the knowledge, technical skills, and competencies for catalogers and metadata specialists in the library and information profession and provided the foundation for the adoption of core competencies by the American Library Association.[4]

---

[4] *See* https://alair.ala.org/handle/11213/7853 (last visited Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 10

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

27.    I understand that under the legal principles, the cataloging and indexing of a work in a meaningful way that bears a relationship to the subject of the work at hand provides a key indicator that such work would have been accessible to the public.  In almost all libraries, as part of their routine business practice, the assignment of points of access to a work by subject and/or genre, in accordance with the MARC standard, will result in that work being indexed in a way that bears a relationship to the subject of the work, as discussed in my opening declaration (Ex. 1036, ¶¶ 27-43).

## V.    WYMAN IS NOT QUALIFIED TO OPINE ON THE PUBLIC ACCESSIBILITY OF VOSWINCKEL JAHA AND VOSWINCKEL JESC

28.    It is my opinion that Wyman is not qualified to opine on the matters of public accessibility of printed publications given her educational background.  Wyman has a Bachelor's degree from St. John's College (Santa Fe, New Mexico) in Liberal Arts and two-years-worth of postgraduate education in Mathematics at the University of California at Berkeley and at Mills College (Oakland, California).  *See* Wyman Declaration at CV (Pilar Wyman's CV).  A general liberal arts degree and graduate work in mathematics do not prepare an individual such as Wyman for graduate studies at a program accredited by the American Library Association[5] in the fields of library services, information science, cataloging practices, and library operations.  Ms. Wyman does not hold a graduate degree from an American Library Association accredited program is by her own admission "not a trained librarian."  Ex. 1110 (Wyman Dep. Tr.) at 49:13-19 ("Q.  And so you don't hold a—a graduate degree from an American Library Association accredited

---

[5] *See* https://www.ala.org/educationcareers/accreditedprograms/directory (last visited Feb. 3, 2022)

Liquidia's Exhibit 1112
Page 11

program?  A.  That's right.  I'm not a librarian.  I have worked as a librarian, but I am not a trained

librarian.").

29.     Professional librarians hold a graduate degree from a program accredited by the

American Library Association.  The Master of Library and Information Science (MLIS) degree

prepares students through education, internships, and supervised field experience so that they meet

the knowledge, technical skills, and competencies articulated by formal statements from relevant

professional organizations.[6]  The design, building, and maintenance of databases as part of the

graduate education results in highly developed understanding of the information seeking process

and searching strategies that surpass those of the clientele they serve.  In addition, professional

librarians who work in research and academic libraries and information centers typically hold a

second graduate degree or doctorate in the discipline or field of study.  For example, medical

librarians have graduate degrees in biology or nursing; law librarians in academic law libraries

have a juris doctor (J.D.).  Professional librarians have sophisticated research skills that enable

them to conduct formal studies and contribute to the scholarly knowledge of the library,

information, and related fields.

30.     It is also my opinion that Wyman is not qualified to opine on the matters of public

accessibility of printed publications given her professional experience.  Outside of serving as an

expert in this IPR and the previous IPR2017-01621, Ms. Wyman acknowledges that she's never

been asked to assess the public availability of a document.  Ex. 1110 (Wyman Dep. Tr.) at 27:15-

20.  The vast majority of Wyman's career was focused on pursuits outside the realm of library

practices.  *See* Wyman Declaration at CV (Pilar Wyman's CV).  For 19 years, Wyman worked in

---

[6] *See* https://www.ala.org/educationcareers/node/99/ (last visited Feb. 3, 2022)

Liquidia's Exhibit 1112
Page 12

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

various atypical positions such as a research assistant in the Middle East Bureau of the Washington

Post, a computer supervisor in the U.S. and abroad, a mathematics teacher, and a computer teacher

who provided technical support to students in a private school.  *See id.*  Wyman does not indicate

that any of this experience related to matters of public accessibility of printed publications.

31.     Wyman is a member of a professional group that offers workshops and short

courses.[7]  However, Wyman's experience is not specific to indexing practices in the field of library

science (she provided her indexing services to only one library client) nor does she explain the

research methodology that she used to arrive at her conclusions.  Wyman's CV indicates that she

does not have any serious expertise in library or information sciences practices.  Wyman has never

worked in a research library—her only identifiable work experience as a librarian was at a private

K-12 school that did not generate MARC records, the international industry-wide standard for

organizing library catalog information.  *See* Ex. 1110 (Wyman Dep. Tr.) at 50:22-53:11.  Further,

Wyman provides some examples of her indexing projects on her professional website[8] but they

consist of matching the topics in books or journals to the pages on which they appear, which is not

the type of indexing related to the issue of public availability.  Ms. Wyman acknowledges that her

"own intimate working experience is with closed indexes," which she defines as "[w]hen you go

to the back of the book for these book-style indexes, you see the index entire.  You can—you can

peruse it.  You can read it.  You can see all of what's contained in the index.  It's called a 'closed

index.'"  Ex. 1110 (Wyman Dep. Tr.) at 18:21-19:10, 29:20-30:2.

---

[7] *See* https://www.asindexing.org/become-an-indexer/indexing-courses-and-workshops/ (last visited Feb. 3, 2022).
[8] *See* https://wymanindexing.wordpress.com/titles-indexed-2020/ (last visited Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 13

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

32.      All in all, Wyman's CV and deposition testimony show that indexing for libraries was never the focus of her career.  Her indexing experience falls substantially short of the rigorous information seeking and indexing practices observed by the colleagues and professional research librarians from which I have obtained copies of the Voswinckel JAHA and Voswinckel JESC abstracts.

## VI.  VOSWINKCEL JAHA QUALIFIES AS A PUBLICLY ACCESSIBLE PRINTED PUBLICATION

33.      Voswinckel JAHA (Ex. 1008) refers to an abstract titled "Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension" by Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessler, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Warner Seeger, and Horst Olschewski published in a supplement titled "Abstracts from Scientific Sessions 2004" (the "JAHA Supplement") to Volume 110, No. 17 of the journal "Circulation."  Voswinckel JAHA was presented at the 2004 Scientific Sessions of the American Heart Association, which was held on November 7-10, 2004, in New Orleans, Louisiana.[9]  I have obtained date-stamped copies of Voswinckel JAHA from the British Library (stamped November 19, 2004), the Library of Congress (stamped October 2004), the Lane Medical Library at the Stanford University Medical Center (stamped November 11, 2004), and the University of California Davis Health Sciences Library (stamped November 17, 2004), which are attached as Exhibits 1093-1096, respectively. Voswinckel JAHA appears on page III-295 of the JAHA Supplement and can be easily found

---

[9]                                                                        *See* https://www.unboundmedicine.com/medline/citation/16082756/Abstracts_from_the_2004_Scientific_Sessions_of_the_American_Heart_Association__November_7_10_2004_New_Orleans_Louisiana_USA_ (last visited Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 14

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

using the Author Index, beginning on page III-837. *See* Exs. 1093-1096, 1113. The presence of these date stamped copies establishes the public accessibility of Voswinckel JAHA.

34.  The Wyman Declaration takes issue about Liquidia not quoting the Voswinckel JAHA abstract title correctly. *See* Wyman Declaration at ¶¶7-8. Specifically, the Wyman Declaration points out that Liquidia cites a section heading in the JAHA Supplement "Pulmonary Arterial Hypertension: New Therapies," instead of the abstract title "Inhaled Treprostinil Sodium for the Treatment of Pulmonary Hypertension." *See id.* I am informed by counsel that, in this proceeding, Liquidia cited to the abstract's proper title in its Petition. Nonetheless, this point in the Wyman Declaration does not change my opinion regarding the public accessibility of Voswinckel JAHA.

35.  It is my opinion that Voswinckel JAHA qualifies as a publicly available printed publication that was accessible prior to the May 15, 2006 priority date, based on its availability to the public in at least the British Library, the Library of Congress, the Lane Medical Library at the Stanford University Medical Center, and the University of California Davis Health Sciences Library prior to May 15, 2006. The Wyman Declaration argues that the JAHA Supplement and Voswinckel JAHA are difficult to find and "continue to be difficult to access even today." *Id.* at ¶¶9-15. In support of its argument, the Wyman Declaration asserts that the Voswinckel JAHA abstract is difficult to find in the JAHA Supplement (*see id.* at ¶10), that the JAHA Supplement is released irregularly and may have been released significantly after the Scientific Sessions 2004 Conference in November 2004 (*see id.* at ¶¶10-12, 14), that the JAHA Supplement does not appear in the American Heart Association online archives (*see id.* at ¶12), and that the JAHA Supplement submitted in the '793 IPR had no date-stamp evidencing date of receipt by a library (*see id.* at ¶13). Because each prong of the Wyman Declaration's argument fails, as I explain in detail below, a

-15-

Liquidia's Exhibit 1112
Page 15

person of ordinary skill in the art that was interested in the subject matter would have found Voswinckel JAHA, exercising no more than reasonable diligence.

36.     The Voswinckel JAHA abstract is not difficult to find by a person of ordinary skill in the art within the JAHA Supplement.  To begin with, the JAHA Supplement was prepared in conjunction with the American Heart Association's 2004 Scientific Sessions.  Thus, a person of ordinary skill in the art attending the 2004 Scientific Sessions would have known to review the JAHA supplement prior to the conference and would have found Voswinckel JAHA.  Dr. Nicholas Hill, another expert retained by Liquidia, agrees that:

> [A] POSA in 2004 would have attended the Scientific Sessions 2004 Conference, as it is one of the principal conferences on the circulatory system and diseases and conditions affecting circulation, including pulmonary hypertension. . . . A person attending the meeting can thus use the meeting program to determine which researchers and clinicians are presenting at the meeting as well as the subject matter on which the clinicians or researchers are presenting. . . . A POSA attending the Scientific Sessions 2004 Conference would have been interested in presentations on treatments for pulmonary hypertension, including pulmonary arterial hypertension, and contrary to Ms. Wyman's opinions, would have been able to identify the abstracts disclosing such treatments, including Voswinckel JAHA.  *See* Ex. 2041 (Wyman Decl.) at ¶ 25 (stating without evidence that "a POSA conducting diligent research would not sift through such voluminous results").  The meeting programs and supplements are provided for just this purpose, and I myself use such meeting programs and supplements to identify abstracts on subject matter of interest.

Liquidia's Exhibit 1112
Page 16

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

Ex. 1106 ("Reply Declaration of Dr. Hill") at ¶ 22. Further, Despite the JAHA Supplement being

1,102-pages-long, the abstracts are indexed by author. *See* Ex. 1093 at 5; Ex. 1094 at 6; Ex. 1095

at 9; Ex. 1096 at 4. Specifically, the Voswinckel JAHA abstract, numbered 1414, is indexed under

the authors "Voswinckel, Robert" and "Seeger, Werner." *See* Ex. 1095 at 16; Ex. 1113 at 5. Dr.

Hill also "note[s] that at the time, and still today, the number of physicians and researchers working

on treatments for pulmonary arterial hypertension was small. A POSA would have thus known

the names of the other physicians and researchers in the field and would have sought out research,

including abstracts and presentations, by these physicians and researchers. . . . Accordingly, and

in direct contradiction to Ms. Wyman's opinion, a POSA would have found Robert Voswinckel's

name in the Author Index (or the names of other authors from the Giessen Group) and would have

further found Voswinckel JAHA." Reply Declaration of Dr. Hill at ¶ 27; *see also* Ex. 1110

(Wyman Dep. Tr.) at 106:2-5 ("Q. If Voswinckel JAHA, the supplement, had an author index and

you knew the name Voswinckel, could you find it? A. Yes."). Thus, it is my opinion that a POSA

would have found Voswinckel JAHA either by diligently searching through the 2004 Scientific

Sessions program or by knowing and seeking out Robert Voswinckel's or Werner Seeger's name

in the Author Index.

       37.    Ms. Wyman's "opinion that the Voswinckel JAHA abstract was n[ot] disseminated

. . . before May 15, 2006" is directly contradicted by her admission that she has seen the copy of

Voswinckel JAHA submitted as Ex. 1003 in IPR2017-01621 prior to this case. Ex. 1110 (Wyman

Dep. Tr.) at 83:16-19 ("Q. You mention that you have seen a date stamped copy from the prior

case; is that correct? A. I did mention that, yes."), 85:10-21 (acknowledging that the date-stamped

copy was from IPR2017-01621). As I explained in my opening declaration, the copy of

Voswinckel JAHA submitted as Ex. 1003 in IPR2017-01621 was pulled from the British Library,

Liquidia's Exhibit 1112
Page 17

with a receipt date of November 22, 2004.  Ex. 1036 at ¶ 59 n.21.  Ms. Wyman also agrees that

date stamps signify when a periodical is received by a library.  Ex. 1110 (Wyman Dep. Tr.) at

58:13-17 ("Q.  Okay.  But it is your understanding that a date stamp signifies when a—a periodical

is received by a library?  A.  Generally yes, for periodicals, that was my experience.").  Ms. Wyman

also agrees that after publications are received, the library then catalogs the publication and begins

the process of placing the publication on the shelves for the public.  *Id*. at 60:4-9.

38.    The assertion that the JAHA Supplement is released irregularly does not support

any significant delay between the Scientific Sessions 2004 Conference in November 2004 and the

release of the associated abstract supplement.  When asked how she defined phrase "significantly

delayed" or "well after" the conference, Ms. Wyman stated only months, which would place

Voswinckel JAHA's release well before May 2006.  Ex. 1110 (Wyman Dep. Tr.) at 130:22-131:3

("Months.  Like the six months you just mentioned."); *see also id*. at 126:19-22 ("Q.  [S]o I believe

you said you had defined 'well after' as roughly a few months; is that right?  A.  Correct.").  The

Wyman Declaration's only support for this notion is Wyman's single anecdote that she has seen

an abstract supplement from a Centre for the Study of Book symposium, which has absolutely no

relation or resemblance to the Scientific Sessions 2004 Conference, not be released for a few years.

*See* Wyman Declaration at ¶11, n.1.  In Ms. Wyman's own words, there would have been more of

an "urgency" to publish abstracts from a medical conference like the American Heart Association

than the Centre for the Study of Book symposium she cites.  Ex. 1110 (Wyman Dep. Tr) at 125:13-

126:15. Furthermore, the American Heart Association online archive,[10] which is Exhibit 2044, that

the Wyman Declaration relies on actually undermines Wyman's argument that the release of the

---

[10] *See* https://www.ahajournals.org/circ/supplements (last visited Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 18

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

JAHA Supplement may have been significantly delayed.  A review of the supplement release dates

and the conference dates as shown on the American Heart Association online archive reveals that

the vast majority of the abstract supplements to *Circulation* were released on the same date as the

Scientific Sessions conference date.  *See* Ex. 2044.  The greatest delay between a Scientific

Sessions conference and the release of an abstract supplement was only 18 days, which is nowhere

near the approximately 1.5-year gap between the November 7-10, 2004 Scientific Sessions

conference date and the priority date.  *See id.* at 3.  Wyman's argument is also facially incorrect

because the date-stamped copies of Voswinckel JAHA from the Library of Congress have a date-

stamp in October 2004, prior to the November 7-10, 2004 conference.  Thus, there is no support

for Wyman's opinion.

39.    The Wyman Declaration's assertion that the JAHA Supplement does not appear in

the American Heart Association online archives is incorrect and based on Wyman's search of the

archives in 2021 that does not exercise ordinary diligence.  I am informed by counsel that public

accessibility must be assessed from the perspective of a person of ordinary skill in the art exercising

reasonable diligence prior to the critical date.  Exhibit 1114 shows pages from the *Circulation*

journal website from back in November 2004, which I retrieved from Archive.org.  A declaration

from Archive.org as to the authenticity of the pages in Exhibit 1114 is attached as Exhibit 1115.

Prior to May 15, 2006, a person of ordinary skill in the art interested in the subject matter of

pulmonary hypertension would have accessed the *Circulation* journal web page and clicked the

links "Select an Issue from the Archive" or "Scientific Session Abstracts."

-19-

Liquidia's Exhibit 1112
Page 19

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2



Ex. 1114 at 1.  The resulting pages, depicted here, show that, as of November 11, 2004, Volume 110, No. 17 of *Circulation* was uploaded to the American Heart Association online archives and the Scientific Session Abstracts were viewable online.



**Abstract Viewer**

Welcome to the American Heart Association's Abstract Viewer. This viewer allows you to search for and read abstracts from certain Scientific Sessions and other American Heart Association scientific conferences. Once you've selected abstracts of interest, click the "Print" icon in your browser display.

To view abstracts, you must have a Netscape Navigator 3.0 compatible browser, or a Microsoft Internet Explorer 4.0 compatible browser. To fully utilize this program, your browser must be configured with "cookies and Java script enabled."

Continue

If you need assistance, please call Customer Service at (800) 375-2586 or (617) 621-1398 or e-mail ahaabs@dbpub.com.

**American Heart Association Embargo Policy for Abstracts**
Abstracts, lectures, and other presentations included in the American Heart Association's Abstract Viewer are embargoed for release at the time of presentation at the American Heart Association's conference and information may not be released before then. Embargo time is the time listed in that conference's Final Program.

Liquidia's Exhibit 1112
Page 20

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2



Ex. 1114 at 2-5.

    40.    The Wyman Declaration's assertion that Liquidia submitted a JAHA Supplement

with no date-stamp (*see* Wyman Declaration at ¶¶13, 18) is in response to a copy of Voswinckel

JAHA pulled from the Ebling Library for the Health Sciences at the University of Wisconsin –

Madison attached to my Declaration dated January 7, 2021.  *See* Ex. 1036 at ¶59.  Attached as

Attachment D1 to Exhibit 1036 is a true and correct copy of the MARC record for the journal

*Circulation* in the Ebling Library for the Health Sciences at the University of Wisconsin –

Madison.  The library ownership is indicated by the presence of the library's code (uwmadisondb)

in the fourth 035 field.  The library continues to update this MARC record and enhance the MARC

record to meet current cataloging rules.  The most recent enhancement to Attachment D1 to Exhibit

-21-

Liquidia's Exhibit 1112
Page 21

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

1036 occurred on March 13, 2015, as shown in field 005 ("20150313"). I personally identified and

retrieved the MARC record that is Attachment D1 to Exhibit 1036 on January 3, 2021.

41.     Based on finding a digital copy of Voswinckel JAHA in the Ebling Library for the

Health Sciences at the University of Wisconsin – Madison and the MARC record in its online

library catalog attached as Attachment D1 to Exhibit 1036, it is my opinion that Voswinckel JAHA

was available in Ebling Library for the Health Sciences at the University of Wisconsin – Madison

on November 26, 2004.   The journal *Circulation* has been published 14 times a year since

November 1979 (*see* field 310 in Attachment D1 to Exhibit 1036).   Based on the publication

frequency, it is reasonable for subscribers to receive new issues within 30 days of the date on the

journal cover.   Therefore, the Supplement dated October 26, 2004, would have arrived by

November 26, 2004.   Attachment D1 to Exhibit 1036 also shows that Voswinckel JAHA was

cataloged with two descriptor terms reading "Cardiology $x Societies" (*see* Attachment D2 to

Exhibit 1036, Library of Congress subject heading sh85020214 and Attachment D3 to Exhibit

1036, Library of Congress subject heading sh85124175) and "Heart $x Diseases $v Periodicals"

(*see* Attachment D4 to Exhibit 1036, Library of Congress subject heading sh2009126258) in the

650 fields.

42.     As noted in the holdings information (362 field of Attachment D1 to Exhibit 1036),

the Ebling Library for the Health Sciences at the University of Wisconsin – Madison has received

the journal *Circulation* in print since January 1950 and continues to receive the publication in print

and digital versions.   In view of its MARC record, Voswinckel JAHA was publicly available on

November 26, 2004, because the serial title had been received, cataloged, and indexed in the Ebling

Library for the Health Sciences at the University of Wisconsin – Madison and made part of its

online catalog database.

**Appx7723**

Liquidia's Exhibit 1112
Page 22

43. Attached as Attachment D5 to Exhibit 1036 is a true and correct copy of the MARC record for the print version of the journal *Circulation* obtained from the OCLC bibliographic database. As previously noted, the library that created the record is recorded in field 040 with a unique library code. For Attachment D5 to Exhibit 1036, that library code is "MUL," which means that the MARC record for this serial was cataloged as part of the Minnesota Union List of Serials at the University of Minnesota Libraries. As can be seen in the "Entered" field in the MARC record for this exhibit, a cataloger at the University of Minnesota Libraries created OCLC record number 1554748 on August 17, 1975, as shown in the "Entered" field ("19750817"). The library continues to update this MARC record and enhanced the MARC record to meet current cataloging rules. The most recent enhancement to Attachment D5 to Exhibit 1036 occurred on July 31, 2020, as shown in the "Replaced" field ("20200731"). I personally identified and retrieved the MARC record that is Attachment D5 to Exhibit 1036 on January 3, 2021. The "BLvl" entry in Attachment D5 to Exhibit 1036 is "s," which indicates that the journal *Circulation* is a serial publication. Accordingly, the MARC record corresponds to the journal *Circulation* from the time that the serial title began and includes the date of Voswinckel JAHA.

44. Attachment D5 to Exhibit 1036 further includes an entry in field 050 ("RC681.A1 $b C5")—as described above, this includes a subject matter classification number consistent with the Library of Congress classification system (analogous to the Dewey Decimal classification system). Attachment D5 to Exhibit 1036 further includes an entry in field 060 ("W1 CI743"), a subject matter consistent with the National Library of Medicine classification system and an entry in field 082 ("616.105"), a subject matter consistent with the Dewey Decimal classification system. Attachment D5 to Exhibit 1036 further includes three English language descriptor terms reading "Cardiology $v Periodicals" (*see* Attachment D6 to Exhibit 1036, Library of Congress subject

-23-

Liquidia's Exhibit 1112
Page 23

heading sh2008117649), "Cardiovascular system $v Periodicals" (*see* Attachment D7 to Exhibit 1036, Library of Congress subject heading sh85020226 and Attachment D8 to Exhibit 1036, Library of Congress subject heading sh85099890), and "Hypertension $v Periodicals" (*see* Attachment D9 to Exhibit 1036, Library of Congress subject heading sh85063723 and Attachment D8 to Exhibit 1036, Library of Congress subject heading sh85099890) in the 650 fields. Thus, as of its cataloging, the publication corresponding to the MARC record attached as Attachment D5 to Exhibit 1036 was indexed according to its subject matter by virtue of at least four independently sufficient classifications: the field 050 entry, the field 060 entry, the field 082 entry, and the field 650 entries.

45.     Further, as of August 17, 1975, the MARC record attached as Attachment D5 to Exhibit 1036 was accessible through any library with access to the OCLC bibliographic database or the online catalog at a library that subscribed to the serial, which means that the corresponding publication was publicly available on or before that same date through any library with access to the OCLC bibliographic database or through an individual library. Therefore, Voswinckel JAHA was publicly accessible by at least November 26, 2004, and in any event at least one year before the May 15, 2006, priority date, because by that time it had been received, cataloged, and indexed at the Ebling Library for the Health Sciences at the University of Wisconsin – Madison and made part of the OCLC bibliographic database. Attachment D5 to Exhibit 1036 indicates that the journal *Circulation* as cataloged at the University of Minnesota Libraries is currently available from 1,168 libraries ("1168 other holdings").

46.     Wyman also refers to Ex. 2040 (University of Wisconsin – Madison Libraries Webpage) to argue that the University of Wisconsin – Madison Library online catalog doesn't show that it has a copy of the JAHA supplement. *See* Wyman Declaration at ¶19. Wyman further

Liquidia's Exhibit 1112
Page 24

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

argues that the MARC record provided by me in Attachments D1 through D9 to Exhibit 1036 are for the entire *Circulation* journal and not the JAHA Supplement nor for Voswinckel JAHA. *See* Wyman Declaration at ¶20. However, Wyman ignores my deposition (*see* Ex. 2043 at 104:2 – 113:18, 117:24 – 125:19) where I explain that field 525 of the MARC record for the *Circulation* journal accounts for the fact that *Circulation* has supplements and that fields 362 and 525 of the MARC record show that the libraries which subscribe to the journal hold every supplement to *Circulation,* including the 2004 JAHA Supplement, since 1950. Wyman also ignores her own Exhibit 2040 which shows that the University of Wisconsin – Madison Libraries' Middleton Shelving Facility, as I explain in my deposition transcript (*see* Ex. 2043 at 117:24 – 125:19), holds more *Circulation* supplements which are available "by request only" but are nevertheless "[a]vailable for checkout." I explain that the reason why the JAHA Supplement may be missing from the UWML online catalog under the "The Library Has:" section is because it is likely physically housed in the Middleton Shelving Facility. *See id.* It is my opinion that a person of ordinary skill in the art exercising reasonable diligence would have requested the University of Wisconsin – Madison Libraries to retrieve the JAHA Supplement from the Middleton Shelving Facility.

47.    In view of the above, this issue of the journal *Circulation* was publicly available on November 26, 2004, and in any event, more than one year before the May 15, 2006 priority date, because by that date it had been received, cataloged, and indexed at the University of Minnesota Libraries, made part of the OCLC bibliographic database, and received at the Ebling Library for the Health Sciences at the University of Wisconsin – Madison. For these reasons, it is my opinion that Voswinckel JAHA was published and accessible to the public at least by November 26, 2004.

Liquidia's Exhibit 1112
Page 25

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

48.    The above information is sufficient to establish that the Voswinckel JAHA abstract was publicly available well before May 15, 2006.  As such, this has proven false the opinion in ¶13 of the Wyman Declaration that my "assumption" was incorrect.  Nevertheless, in the past month, I have also located four other date-stamped copies of the Voswinckel JAHA abstract confirming the same.

49.    Attached as Exhibit 1093 is a copy of the JAHA Supplement containing Voswinckel JAHA from the British Library, date stamped November 19, 2004.



Liquidia's Exhibit 1112
Page 26

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

Ex. 1093 at 2-3.

50.    I obtained a research librarian's declaration of Voswinckel JAHA's public availability from The British Library, attached as Exhibit 1116.  The declaration states that "[Voswinckel JAHA] was receipted by The British Library on 19th November 2004, and it would have been available for public use from that date.  A scan of the cover pages showing the date stamp on page three (referring to Exhibit 1093) indicating the date of availability, title page and contents pages have been attached."  Ex. 1116 at 1.  Thus, it is my opinion that the declaration confirms that Voswinckel JAHA and the JAHA Supplement were received by and publicly available at the British Library from November 19, 2004.

51.    I also obtained the MARC record for *Circulation* from the British Library, attached as Exhibit 1123.[11]  Fields 362 and 525 of the MARC record show that *Circulation* has an annual supplement with the title "Abstracts" and that the British Library holds every supplement, including the JAHA Supplement, since 1964.  *See* Ex. 1123.  The 650 fields of the MARC record show that *Circulation* was cataloged with the descriptor terms "Cardiology |v Periodicals" and "Cardiovascular system |v Periodicals."  *Id.*

52.    Attached as Exhibit 1094 is a copy of the JAHA Supplement containing Voswinckel JAHA from the Library of Congress, date stamped October 2004.

---

[11] Available at
http://primocat.bl.uk/F/?func=direct&local_base=PRIMO&doc_number=009549936&format=001&con_lng=eng (last accessed Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 27

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2





Ex. 1094 at 2-3.

Liquidia's Exhibit 1112
Page 28

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

53.     I obtained the MARC record for *Circulation* from the Library of Congress, attached as Exhibit 1124.[12]  Fields 362 and 525 of the MARC record show that *Circulation* has an annual supplement with the title "Abstracts" and that the Library of Congress holds every supplement*,* including the JAHA Supplement, since 1964.  *See* Ex. 1124.  The MARC record further includes English language descriptor terms reading "Cardiology |v Periodicals," "Cardiovascular system |v Periodicals," "Hypertension |v Periodicals," and "Blood Circulation |x Periodicals," among others, in the 650 field.  *Id.*  Thus, as of its cataloging, the publication corresponding to the MARC record attached hereto as Exhibit 1124 was indexed according to its subject matter by virtue of at least two independently sufficient classifications: the field 050 entry and the field 650 entries.

54.     Attached as Exhibit 1095 is a copy of the JAHA Supplement containing Voswinckel JAHA from Lane Medical Library at the Stanford University Medical Center, date stamped November 11, 2004.[13]

---

[12] Available at
https://catalog.loc.gov/vwebv/staffView?searchId=23389&recPointer=8&recCount=25&bibId=1
1145202 (last accessed Feb. 3, 2022).

[13] This copy was obtained through a Stanford medical student's request, as I was informed that access to offsite materials through the Lane Medical Library is still not open to the public.  *See* https://lane.stanford.edu/using-lib/eligibility.html (only Stanford Medicine employees and students can access "offsite" materials).

Liquidia's Exhibit 1112
Page 29

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2



Liquidia's Exhibit 1112
Page 30

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2



Ex. 1095 at 1, 5.

55.    I obtained the MARC record for *Circulation* from the Lane Medical Library at the

Stanford University Medical Center, attached as Exhibit 1125.[14]  Fields 362 and 525 of the MARC

record show that "[s]upplements accompany some volumes" of *Circulation* and that the Lane

Medical Library has every supplement, including the JAHA Supplement, since January 1950.  Ex.

1125.  The MARC record includes an entry in field 050 ("RC681.A1 |b C5")—as described above,

this includes a subject matter classification number consistent with the Library of Congress

classification system (analogous to the Dewey Decimal classification system).  *See id.*  The MARC

---

[14] Available at https://lmldb.stanford.edu/cgi-
bin/Pwebrecon.cgi?BBRecID=45&v3=1&SEQ=20211208101647&PID=IKxtlmYFuiY_9puqpI
NTRajPpI (last accessed Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 31

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

record also includes an entry in field 060 ("W1 CI743"), a subject matter consistent with the National Library of Medicine classification system. *See id.* The MARC record further includes English language descriptor terms reading "Blood Circulation," "Cardiovascular System," "Cardiology," and "Vascular Diseases," among others, in the 650 field. *Id.* Thus, as of its cataloging, the publication corresponding to the MARC record attached hereto as Exhibit 1125 was indexed according to its subject matter by virtue of at least three independently sufficient classifications: the field 050 entry, the field 060 entry, and the field 650 entries.

56.    Attached as Exhibit 1096 is a copy of the JAHA Supplement containing Voswinckel JAHA from the University of California Davis Health Sciences Library, date stamped November 17, 2004.



Liquidia's Exhibit 1112
Page 32

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2



Ex. 1096 at 1-2.

57.     I obtained the MARC record for *Circulation* from the University of California Davis Health Sciences Library, attached as Exhibit 1126.[15]  Fields 362 and 525 of the MARC record show that *Circulation* has an annual supplement with the title "Abstracts" and that the University of California Davis Health Sciences Library holds every supplement, including the JAHA Supplement, since 1964.  *See* Ex. 1126.  The MARC record includes an entry in field 050 ("RC681.A1 $bC5")—as described above, this includes a subject matter classification number consistent with the Library of Congress classification system (analogous to the Dewey Decimal classification system).  *See id.*  The MARC record also includes an entry in field 060 ("W1 CI743"), a subject matter consistent with the National Library of Medicine classification system. *See id.*  The MARC record further includes English language descriptor terms reading "Cardiology $vPeriodicals," "Cardiovascular system $vPeriodicals," and "Hypertension $vPeriodicals," among others, in the 650 field.  *Id.*  Thus, as of its cataloging, the publication corresponding to the MARC record attached hereto as Exhibit 1126 was indexed according to its subject matter by virtue of at

---

[15] Available at
https://search.library.ucdavis.edu/discovery/sourceRecord?vid=01UCD_INST:UCD&docId=alma990000054810203776&recordOwner=01UCSB_INST (last accessed Feb. 3, 2022).

Liquidia's Exhibit 1112
Page 33

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

least three independently sufficient classifications: the field 050 entry, the field 060 entry, and the

field 650 entries.

58.     In sum, four date-stamped exhibits confirm that the Abstract Supplement to

Volume 110, No. 17 of *Circulation* dated October 26, 2004, was received and publicly available

at least within a month, i.e., by November 26, 2004, and well before the May 15, 2006, priority

date.

| Exhibit No. | Location | Date Stamped |
|---|---|---|
| 1093 | British Library | November 19, 2004 |
| 1094 | Library of Congress | October 2004 |
| 1095 | Lane Medical Library at the Stanford University Medical Center | November 11, 2004 |
| 1096 | University of California Davis Health Sciences Library | November 26, 2004 |

59.     The Wyman Declaration also argues that Voswinckel JAHA was not publicly

accessible before May 15, 2006, because neither the Supplement nor the abstracts within it were

meaningfully indexed.  *See* Wyman Declaration at ¶¶16-26.  As support, Wyman presented the

results of her searches for Voswinckel JAHA on the databases Ovid, CAPlus, and *PubMed*, and

noted that they were too voluminous to be helpful to a person of ordinary skill in the art.  *See id.*

at ¶24; *see also* Exs. 2045-2047.  I note, however, that a POSA particularly interested in a subject

area would spend the time to find the relevant information.  Nonetheless, a closer review of these

searches shows that Wyman deliberately cast an extremely wide net.  In fact, Ms. Wyman

acknowledges that a person interested in pulmonary hypertension would not have used the search

methodologies she describes in her declaration.  Ex. 1110 (Wyman Dep. Tr.) at 94:15-95:16

("Q. [I]f you're interested in treatments with pulmonary hypertension, you would not have

searched this way; is that correct?  A.  Correct.  I would have been more — way more specific.  Q.

How—how would you have been more specific?  A.  Like I just said, I would have done something

-34-

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

more like using phrases 'pulmonary hypertension' and 'treatment' or 'pulmonary hypertension' and 'therapy' for starters."). Wyman did not use any search terms in conjunction with each other and only elected to use the broadest single search terms such as "Cardiology" or "Heart Disease." *See* Wyman Declaration at ¶24. In doing so, Wyman deliberately ignored the narrower search terms highlighted in the MARC records for the journal *Circulation*. *See* Attachment D5 to Ex. 1036. For example, field 650 in the MARC records for *Circulation* provides descriptive search terms such as, "Cardiology," "Cardiovascular System," "Hypertension," and "Blood Circulation." *Id.*

60.    Wyman's hypothetical search also ignores several other common-sense ways a POSA would have used to locate this reference, particularly where a POSA is a presumed to know the relevant prior art. The MARC record for this reference clearly shows that the reference was classified by subject (e.g., "Cardiology," "Cardiovascular System," "Hypertension," and "Blood Circulation"). This demonstrates that receipted issues would have been indexed according to that subject matter classification upon receipt. The date-stamped copies demonstrate that the articles were in fact received by libraries all over the world. Anytime thereafter, a POSA interested in the subject matter could have gone to any of these libraries and browsed through that library's selection of "Cardiology," "Cardiovascular System," "Hypertension," and "Blood Circulation" to find this reference. For example, I conducted a search on *PubMed* using the terms "Cardiology," "Cardiovascular System" and "Cardiovascular diseases" for publications between 1996 and 2006 that yielded 202 results, of which the JAHA Supplement is the 113th result. The results of my search are attached to this report as Exhibit 1117. *See also* Ex. 1110 (Wyman Dep. Tr.) at 102:6-9 ("Q. Okay. So, to be clear, the supplement containing Voswinckel JAHA can be found on PubMed? A. Yes."). Thus, it is my opinion that because the JAHA Supplement could be found

Liquidia's Exhibit 1112
Page 35

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

by a person of ordinary skill in the art with reasonable diligence on well-known databases prior to

May 15, 2006, the JAHA Supplement qualifies as a publicly accessible printed publication.

61.    Furthermore, the JAHA Supplement and Voswinckel JAHA were published by the

publisher Lippincott Williams & Wilkins, an established publisher of the Wolters Kluwer

conglomerate since 1998.  *See* https://www.wolterskluwer.com/en/solutions/lippincott-journals

(last visited February 3, 2022); https://www.bioprocessonline.com/doc/lippincott-williams-

wilkins-a-wolters-kluwer-0001 (same).  The front matter of the JAHA Supplement displays an

ISSN number, notes that *Circulation* is published by Lippincott Williams & Wilkins, indicates

how to contact Lippincott Williams & Wilkins, and lists subscription rates for receiving periodicals

from the American Heart Association.

CIRCULATION (ISSN 0009-7322) is published weekly except combined the first two weeks in January and the last two weeks in December by Lippincott Williams & Wilkins at 16522 Hunters Green Parkway, Hagerstown, MD 21740. Business offices are located at 530 Walnut Street, Philadelphia, PA 19106-3621. Production offices are located at 351 West Camden Street, Baltimore, MD 21201-2436. Individuals may subscribe for their personal use at the following rates: $206 for members of an American Heart Association scientific council and $289 for nonmembers; international: $353 for members of an American Heart Association scientific council and $495 for nonmembers. Periodicals postage paid at Hagerstown, MD, and additional mailing offices. POSTMASTER: Send address changes to CIRCULATION, American Heart Association, Lippincott Williams & Wilkins, 16522 Hunters Green Parkway, Hagerstown, MD 21740.

*AUTHORIZATION TO PHOTOCOPY* items from this publication for personal and internal use, the personal or internal use of specific clients, or for educational use, is granted by the American Heart Association on the condition that the copier pay the appropriate fee to the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923. Telephone 978-750-8400. Fax 978-750-4744. This consent does not extend to copying for advertising or promotional purposes, for creating new collective works, or for resale. Individuals may make single photocopies for personal, noncommercial use without obtaining permission. For all other use, permission should be sought directly from the Rights & Permissions Desk, Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436; telephone 410-528-4016; fax 410-528-8550; E-mail journalpermissions@lww.com *Circulation* (ISSN 0009-7322) is published weekly by Lippincott Williams & Wilkins, 351 West Camden Street, Baltimore, MD 21201-2436.
GST Registration Number 89552 4239 RT.
Printed in the USA.    © 2004 American Heart Association, Inc.

Ex. 1095 at 7, 14.  Thus, it is my opinion that there is a presumption that the JAHA Supplement

and Voswinckel JAHA were publicly accessible as of their publication date on October 26, 2004,

because they were published by an established publisher.

62.    Even if the Voswinckel JAHA abstract were not meaningfully indexed, I am

informed by counsel, as discussed *supra* ¶19, that it may still qualify as publicly accessible if cited

Liquidia's Exhibit 1112
Page 36

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

by a "research aid," a publicly available publication that can reasonably lead a person interested in the relevant subject matter to the non-cataloged and non-indexed printed publication. Voswinckel JAHA was cited by a March 2005 article, Roxana Sulica & Michael Poon, *Medical therapeutics for pulmonary arterial hypertension: from basic science and clinical trial design to evidence-based medicine*, 3 EXPERT REV. CARDIOVASCULAR THERAPY 347-360 (2005) ("Sulica 2005"), attached as Exhibit 1104. Because Sulica 2005 generally discusses clinical trial design in treating pulmonary arterial hypertension, a person of ordinary skill in the art interested in the subject matter would be motivated to seek out Sulica 2005 and its cited articles. Ms. Wyman agrees that based on her definition of a POSA (Wyman Declaration at ¶ 3), a POSA would have been interested in Sulica 2005. Ex. 1110 (Wyman Dep. Tr.) at 112:16-113:4. As discussed *supra* ¶20, I am informed by counsel that a person of ordinary skill in the art would have experience treating patients with pulmonary hypertension or experience formulating treatments for pulmonary hypertension. Either way, it is my opinion that a person of ordinary skill in the art would be motivated to search for publications using the keyword "clinical trial" as well as "pulmonary arterial hypertension." Using such keywords, Sulica 2005 can be easily found on *PubMed* and *WorldCat*. I conducted a *WorldCat* query using the keywords "pulmonary arterial hypertension" AND "clinical trial" for any content between 1971 and 2006 and found 143 results with Sulica 2005 being the ninth result. I also conducted a *PubMed* query using the same keywords between 1970 and 2006 and found 113 results with Sulica 2005 being the first result. I have attached the results of my search as Exhibit 1118. Thus, it is my opinion that even if the Voswinckel JAHA abstract were not meaningfully indexed, it would still qualify as a publicly accessible printed publication because Sulica 2005, an indexed and easy-to-find article, could serve as a "research aid" and direct persons of ordinary skill in the art to Voswinckel JAHA. Ms. Wyman agrees that

Liquidia's Exhibit 1112
Page 37

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

Voswinckel JAHA could be found in May 2006 using the citation provided in Sulica 2005 by simply asking a librarian.   Ex. 1110 (Wyman Dep. Tr.) at 114:19-116:7.  Moreover, the fact that Sulica 2005 cites Voswinckel JAHA further establishes that this reference can be and was found by persons of ordinary skill in the art prior to May 15, 2006.  When asked how the authors of Sulica 2005 cited Voswinckel JAHA in an article written at the very least before 2006, Ms. Wyman had no explanation.  Ex. 1110 (Wyman Dep. Tr.) at 123:6-9 ("I have no explanation how they knew about it.").

63.    Even if both the Voswinckel JAHA abstract and Sulica 2005 were not meaningfully indexed, I am informed by counsel, as discussed *supra* ¶20, that a printed publication that has never been cataloged or indexed in any library or database can nevertheless be found publicly accessible if it is publicly presented to an audience at an academic conference.  Voswinckel JAHA was presented at the 2004 Scientific Sessions of the American Heart Association meeting held on November 7-10, 2004, in New Orleans, Louisiana.  More specifically, Voswinckel JAHA was presented at the Ernest N. Morial Convention Center, Hall I2 on Wednesday November 10, 2004. For example:



**Pulmonary Arterial Hypertension: New Therapies**

Subspecialty: Integrative Biology
*Wednesday*
*Ernest N Morial Convention Center, Hall I2*
*Abstracts 1414–1418*

**1414**

**Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension**

Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessler, Thomas Schmehl, Markus G Kohstall, Friedrich Grimminger, Hossein A Ghofrani, Werner Seeger, Horst Olschewski; Univ Hosp Giessen, Giessen, Germany

Ex. 1093 at 6.  As explained *supra* ¶36, other experts retained by Liquidia agree that the American

Liquidia's Exhibit 1112
Page 38

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

Heart Association Scientific Sessions are well-attended by persons of ordinary skill in the art and that they would have sought out abstracts specific to pulmonary arterial hypertension. Thus, it is my opinion that even if Voswinckel JAHA and Sulica 2005 were not meaningfully indexed, Voswinckel JAHA would still qualify as a publicly accessible printed publication because it was publicly presented at an academic conference well attended by persons of ordinary skill in the art.

64.     In conclusion, contrary to the Wyman Declaration's assertion, Voswinckel JAHA was publicly available well before the priority date of May 15, 2006. By then, it had been received in multiple libraries worldwide, cataloged and indexed, cited by another publication that can serve as a "research aid" and presented at a well-attended academic conference.

## VII.    VOSWINCKEL JESC QUALIFIES AS A PUBLICLY ACCESSIBLE PRINTED PUBLICATION

65.     Voswinckel JESC refers to an abstract titled "Inhaled Treprostinil is a Potent Pulmonary Vasodilator In Severe Pulmonary Hypertension" by R. Voswinckel, M.G. Kohstall, B. Enke, T. Gessler, F. Reichenberger, H.A. Ghofrani, W. Seeger, and H. Olschewski, which was published in Volume 25, Abstract Supplement (the "JESC Supplement") of the *European Heart Journal*. Voswinckel JESC was presented at the 2004 European Society of Cardiology Congress held on August 28 – September 1, 2004, in Munich, Germany. I have obtained a date-stamped copy of Voswinckel JESC from the University of Washington Health Sciences Libraries, dated November 16, 2004, from the Ebling Library for the Health Sciences at the University of Wisconsin – Madison, dated October 15, 2004, and from the British Library, dated September 27, 2004. The date-stamped copies are attached as Exhibits 1089-1091, respectively. The Voswinckel JESC abstract appears on page 22 of the JESC Supplement and can be easily found using the table

Liquidia's Exhibit 1112
Page 39

of contents under the subject "Epidemiology and treatment of pulmonary arterial hypertension."

*See* Ex. 1089 at 5; Ex. 1091 at 2.

66.    It is my opinion that Voswinckel JESC qualifies as a publicly available printed publication that was accessible prior to the May 15, 2006, priority date. The Wyman Declaration argues that the JESC Supplement and Voswinckel JESC are difficult to find and "continue to be difficult to access even today." Wyman Declaration at ¶¶29-33. In support of its argument, the Wyman Declaration asserts that Voswinckel JESC is difficult to find in the JESC Supplement (*see id.* at ¶30), that the JESC Supplement is released irregularly and may have been released significantly after the 2004 European Society of Cardiology Congress in August/September 2004 (*see id.* at ¶¶30-32), that the JESC Supplement does not appear in the European Heart Journal online archives (*see id.* at ¶32), and that I have not provided any evidence that the JESC Supplement was actually received by a library before the May 15, 2006, priority date (*see id.* at ¶33). Because each prong of the Wyman Declaration's argument fails, as I explain in detail below, a person of ordinary skill in the art that was interested in the subject matter could have found Voswinckel JESC with reasonable diligence.

67.    The Voswinckel JESC abstract is not difficult to find within the JESC Supplement. Despite the JESC Supplement being more than 700 pages and Voswinckel JESC being one of 3,850 abstracts, the abstracts are organized by subject in a table of contents that spans a mere 5 pages. *See* Ex. 1089 at 5-9. Specifically, abstract number 218, which corresponds to Voswinckel JESC, is listed under the subject "Epidemiology and treatment of pulmonary arterial hypertension."

Liquidia's Exhibit 1112
Page 40

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

European Heart Journal (2004) **25** (Abstract Supplement), xi–xvi

# Contents

| Programme number (P = poster) | | Page |
|---|---|---|
| **Abstract Selection** ............................................................... | | iii |
| **Abstract Review Committee** ................................................ | | vii |
| **Abstracts** ............................................................................ | | 1 |

**Day 2 — Sunday 29 August 2004**

| 117–122 | Trends and risk factors in cardiovascular disease......................................... | 3 |
|---|---|---|
| 123–128 | Risk factors management in prevention........................................................ | 4 |
| 129–134 | Predictive factors in dilated cardiomyopathy............................................... | 6 |
| 135–140 | New applications of strain and strain rate imaging....................................... | 7 |
| 149–154 | From mice to men: lessons in myocardial protection and hypertrophy............ | 9 |
| 155–160 | Impact of non surgical treatment and physiological stress on the GUCH-heart ... | 10 |
| 161–166 | Vascular growth and collateral vessels: opportunities and drawbacks............. | 12 |
| 176–181 | Drug eluting stent in complex lesion subsets................................................ | 13 |
| 182–187 | Gene variants in hypertension, coronary artery disease and dilated cardiomyopathy ... | 15 |
| 188–193 | Markers of severity in hypertrophic cardiomyopathy.................................... | 16 |
| 199–204 | How to perfect coronary artery bypass grafting?........................................... | 18 |
| 209–214 | Intravascular ultrasound and plaque characterisation.................................... | 19 |
| 215–220 | Epidemiology and treatment of pulmonary arterial hypertension .................. | 21 |

**218**  **Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension**



R. Voswinckel, M.G. Kohstall, B. Enke, T. Gessler, F. Reichenberger, H.A. Ghofrani, W. Seeger, H. Olschewski. *Medical Clinic 2, Department of Internal Medicine, Giessen, Germany*

**Background:** Treprostinil has been approved for therapy of PAH (US and Canada) as continuous subcutaneous infusion. However, local pain at the infusion site is a major drawback. Inhaled therapy with another stable prostacyclin analogue (iloprost) has been approved for PPH (EMEA). In this study we investigated the acute hemodynamic response to inhaled treprostinil.
**Methods:** Open-label, single blind placebo-controlled clinical study. After placement of a Swan-Ganz catheter and a femoral artery line, patients inhaled solvent solution (placebo) (n=8) or treprostinil for 6 min (OptiNeb ultrasound nebulizer, Nebu-tec, Germany) in concentrations of 16, 32, 48, and 64 μg/ml (n=6, 6, 6, and 3 patients). Measurement was performed before and after 0, 15, 30, 60, 90, 120, 150 and 180 min. The mean area between the placebo and the treprostinil curves (ABC180) was calculated (baseline=100%).
**Results:** We investigated idiopathic PAH (n=10), collagen vascular disease (n=5), chronic thromboembolic disease (n=9), and pulmonary fibrosis (n=5), f/m = 19/10, age 56 ± 3 years, PAP, PAWP, and CVP 51.3 ± 2.2, 9.2 ± 0.8, and 6.6 ± 0.6 mmHg, CO 4.4 ± 0.3 l/min, SvO2 62.3 ± 1.2%, PVR 885 ± 72 dyn s cm⁻⁵. At 16μg/ml there were no significant adverse events. Headache, cough or bronchoconstriction were observed in 2, 1, and 2 patients at 32, 48, and 64 μg/ml. These were mild and transient in all patients but one (64 μg/ml) who complained of major headache for 1 hour. Placebo inhalation was followed by slowly increasing PVR. Compared to this, the maximum treprostinil effect was reached after about 50 min and half-maximal effects at about 110 min. The ABC186 for PVR was −24.7 ± 4.4, −28.7 ± 4.9, and −29.0 ± 4.7%; PAP −14.4 ± 3.3, −13.5 ± 5.2, −13.1 ± 2.6%; SAP −5.1 ± 3.0, −6.0 ± 3.1, −3.6 ± 2.1% at 16, 32 and 48 μg/ml.
**Conclusion:** Treprostinil inhalation results in a significant long-lasting pulmonary vasodilatation. With the applied technology, at a concentration of 16μg/ml, near maximal pulmonary vasodilatation is achieved without adverse effects. At higher doses, local and systemic side effects may occur, whereas pulmonary selectivity is preserved.
This study was supported by Lung Rx.

Ex. 1089 at 5, 12.  Furthermore, the JESC Supplement indexes Voswinckel JESC by topic in the Index of Topics that spans a mere 9 pages.  Specifically, abstract number 218 is indexed under the topic "Therapy (Pulmonary circulation)".

-41-

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

> **Therapy (Pulmonary circulation)**
> 155, 157, 217, 218, 219, 220, P541, P546, P547, P549, P553, P558, P1133,
> P1142, P1861, P2370, 2725, 2726, 2727, 2728, 2729, P2831, P3399

Ex. 1092 at 10.  As stated *supra* ¶23, I am informed by counsel that that a person of ordinary skill in the art would have a medical education with a specialty in pulmonology or cardiology or experience in treating pulmonary hypertension.  Thus, it is my opinion that a person of ordinary skill in the art interested in the subject matter would have looked for and found the Voswinckel JESC abstract under the subject "Epidemiology and treatment of pulmonary arterial hypertension" in the JESC Supplement table of contents and under the topic "Therapy (Pulmonary circulation)" in the JESC Supplement Index of Topics.

68.     The assertion that the JESC Supplement is released irregularly does not support any significant delay between the 2004 European Society of Cardiology Congress in August/September 2004 and the release of the associated abstract supplement.  When asked how she defined phrase "significantly delayed" or "well after" the conference, Ms. Wyman stated only months, which would place Voswinckel JESC's release well before May 2006.  Ex. 1110 (Wyman Dep. Tr.) at 130:22-131:3 ("Months.  Like the six months you just mentioned."); *see also id*. at 126:19-22 ("Q.  [S]o I believe you said you had defined 'well after' as roughly a few months; is that right?  A.  Correct.").  The Wyman Declaration's only support for this notion is Wyman's single anecdote that she has seen an abstract supplement from a librarian's conference, which has absolutely no relation or resemblance to the 2004 European Society of Cardiology Congress, not be released for a few years.  *See* Wyman Declaration at ¶31, n.9.  In Ms. Wyman's own words, there would have been more of an "urgency" to publish abstracts from a medical conference like the European Society of Cardiology Congress than the Centre for the Study of Book symposium

-42-

Liquidia's Exhibit 1112
Page 42

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

she cites. Ex. 1110 (Wyman Dep. Tr) at 125:13-126:15. Furthermore, the *European Heart Journal* online archive,[16] which is Exhibit 2049, that the Wyman Declaration relies on actually defeats Wyman's argument that the release of the JESC Supplement may have been significantly delayed. A review of the supplement release dates and the conference dates as shown on the *European Heart Journal* online archive reveals that the vast majority of the abstract supplements were released before their associated conference ended. *See* Ex. 2049. The greatest delay between a European Society of Cardiology Congress and the release of an abstract supplement was 62 days, which is much shorter than the approximately 1.5-year gap between the August 28 - September 1, 2004 European Society of Cardiology Congress conference date and the priority date. *See id.* at 1.

69.     A quick look through the *European Heart Journal* online archive tells us that the Wyman Declaration's assertion that the JESC Supplement does not appear in the *European Heart Journal* online archive is plainly false. Wyman's own exhibit shows that the JESC Supplement containing Voswinckel JESC is listed on the *European Heart Journal* online archive as the entry "Volume 25, Issue suppl_1, September 2004." *See id.* at 3. This is a telling example, among several others highlighted in this Report, of Wyman's lack of ordinary diligence in performing her searches.

70.     The Wyman Declaration's assertion that I have not provided any evidence that the JESC Supplement was actually received by a library before the May 15, 2006, is based on a copy of Voswinckel JESC pulled from the University of Iowa Libraries, which was not date-stamped, attached to my Declaration in the '793 IPR. *See* Ex. 1036 at ¶68. The copy of Voswinckel JESC

---

[16] *See* https://academic.oup.com/eurheartj/supplements (last visited Nov. 29, 2021).

Liquidia's Exhibit 1112
Page 43

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

from the University of Iowa Libraries is attached as Exhibit E to Exhibit 1036. I also obtained the MARC record for the journal in which the abstract appeared, the *European Heart Journal*, in the University of Iowa Libraries. *See* Attachment E1 to Exhibit 1036.

71.     Based on the copy of Voswinckel JESC pulled from the University of Iowa Libraries and the MARC record in its online library catalog attached as Attachment E1 to Exhibit 1036, it is my opinion that Voswinckel JESC was available in the University of Iowa Libraries on October 15, 2004. Attachment E1 to Exhibit 1036 also shows that Voswinckel JESC was cataloged with two descriptor terms reading "Cardiology $v Periodicals" and "Heart $x Diseases $v Periodicals" in the 650 fields.

72.     As noted in the holdings information (362 field of Attachment E1 to Exhibit 1036), the University of Iowa Libraries has received the *European Heart Journal* in print since February 1980 and continues to receive the publication. In view of the MARC record for Attachment E1 to Exhibit 1036, Voswinckel JESC was publicly available on October 15, 2004, because the serial title had been received, cataloged, and indexed in the University of Iowa Libraries and made part of its online catalog database.

73.     Attached as Attachment E2 to Exhibit 1036 is a true and correct copy of the MARC record for the print version of the *European Heart Journal* obtained from the OCLC bibliographic database. As previously noted, the library that created the record is recorded in field 040 with a unique library code. For Attachment E2 to Exhibit 1036, that library code is "NSD," which means that the MARC record for this serial was cataloged as part of the National Serials Data Program at the Library of Congress. As can be seen in the "Entered" field in the MARC record for this exhibit, a cataloger at the Library of Congress created OCLC record number 5585193 on October 25, 1979, as shown in the "Entered" field ("19791025"). The library continues to update this MARC record

-44-

Liquidia's Exhibit 1112
Page 44

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

and enhanced the MARC record to meet current cataloging rules. The most recent enhancement to

Attachment E2 to Exhibit 1036 occurred on February 18, 2020, as shown in the "Replaced" field

("20200218"). I personally identified and retrieved the MARC record that is Attachment E2 to

Exhibit 1036 on January 3, 2021. The "BLvl" entry in Attachment E2 to Exhibit 1036 is "s," which

indicates that the *European Heart Journal* is a serial publication. Accordingly, the MARC record

corresponds to the *European Heart Journal* from the time that the serial title began and includes

the date of the Voswinckel JESC abstract.

74.    Attachment E2 to Exhibit 1036 further includes an entry in field 050 ("RC681.A1

$b E94")—as described above, this includes a subject matter classification number consistent with

the Library of Congress classification system (analogous to the Dewey Decimal classification

system). Attachment E2 to Exhibit 1036 further includes an entry in field 060 ("W1 $b EU636"),

a subject matter consistent with the National Library of Medicine classification system.

Attachment E2 to Exhibit 1036 further includes an English language descriptor term reading

"Cardiology $v Periodicals" (*see* Attachment D6 to Exhibit 1036, Library of Congress subject

heading sh2008117649) in the 650 field. Thus, as of its cataloging, the publication corresponding

to the MARC record attached as Attachment E2 to Exhibit 1036 was indexed according to its

subject matter by virtue of at least three independently sufficient classifications: the field 050 entry,

the field 060 entry, and the field 650 entry.

75.    Further, as of October 25, 1979, the MARC record attached as Attachment E2 to

Exhibit 1036 was accessible through any library with access to the OCLC bibliographic database

or the online catalog at a library that subscribed to the serial, which means that the corresponding

publication was publicly available on or before that same date through any library with access to

the OCLC bibliographic database or through an individual library. Therefore, in view of

Liquidia's Exhibit 1112
Page 45

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

Attachment E2 to Exhibit 1036, Voswinckel JESC was publicly accessible by at least October 15, 2004, and in any event at least one year before the May 15, 2006, priority date, because by that time it had been received, cataloged, and indexed at the University of Iowa Libraries and made part of the OCLC bibliographic database. Attachment E2 to Exhibit 1036 indicates that the *European Heart Journal* as cataloged at the Library of Congress is currently available from 282 libraries ("282 other holdings").

76.     Wyman also argues that the MARC record for the *European Heart Journal* from the University of Iowa Libraries is for the entire *European Heart Journal* and not specific to the JESC Supplement nor to Voswinckel JESC.  *See* Wyman Declaration at ¶35.   However, as explained *supra* ¶54, Wyman ignores my deposition (*see* Ex. 2043 at 104:2 – 113:18, 117:24 – 125:19) where I explain that field 525 of the MARC record for a journal accounts for the fact that the journal has supplements and that fields 362 and 525 of the MARC record indicate whether a library holds every supplement to the journal.  Indeed, fields 362 and 525 of the MARC record for the *European Heart Journal* from the University of Iowa Libraries show that the *European Heart Journal* had an irregular supplement and that the libraries which subscribe to the journal held every supplement*,* including the 2004 JESC Supplement, since February 1980.  *See* Attachment E2 to Exhibit 1036.

77.     In view of the above, this issue of the *European Heart Journal* was publicly available on October 15, 2004, and in any event, more than one year before the May 15, 2006, priority date, because by that date it had been received, cataloged, and indexed at the Library of Congress, made part of the OCLC bibliographic database, and received at the University of Iowa Libraries. For these reasons, it is my opinion that Voswinckel JESC was published and accessible to the public on October 15, 2004.

Liquidia's Exhibit 1112
Page 46

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

78.    The above information is sufficient to establish that Voswinckel JESC was publicly

available well before May 15, 2006.  Nevertheless, in the past month, I have also located three

other date-stamped copies of Voswinckel JESC confirming the same.

79.    Attached as Exhibit 1089 is a copy of the JESC Supplement containing Voswinckel

JESC from the University of Washington Health Sciences Libraries, date stamped November 16,

2004.



Ex. 1089 at 1.

80.    The University of Washington Health Sciences Libraries do not make their MARC

records visible to the public.  I obtained a detailed record for the *European Heart Journal* from the

University of Washington Health Sciences Libraries, attached as Exhibit 1127, which I believe is

-47-

Liquidia's Exhibit 1112
Page 47

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

based on the publication's MARC record.[17]  The record shows that the *European Heart Journal*

has irregularly issued supplements and that the University of Washington Health Sciences Library

holds every supplement, including the JESC Supplement, since 1980.  *See* Ex. 1127.  The record

also indicates a MeSH Subject of "Cardiology".  Thus, as of its cataloging, the publication

corresponding to Exhibit 1127 was indexed according to its subject matter by virtue of its MeSH

Subject.

81.     Attached as Exhibit 1090 is a copy of the JESC Supplement containing Voswinckel

JESC from the Ebling Library for the Health Sciences at the University of Wisconsin – Madison,

date stamped October 15, 2004.  It was provided in a separate *Inter Partes Review*, IPR2017-

01621.

---

[17] Available at https://alliance-
primo.hosted.exlibrisgroup.com/permalink/f/kjtuig/CP71118869740001451 (last accessed Dec. 8
, 2021).

Liquidia's Exhibit 1112
Page 48

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2



Ex. 1090 at 1-2.

82.     I obtained the MARC record for the *European Heart Journal* from the Ebling Library for the Health Sciences at the University of Wisconsin – Madison, attached as Exhibit

Liquidia's Exhibit 1112
Page 49

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

1128.[18]  Field 362 of the MARC record shows that the Ebling Library holds every issue of the

*European Heart Journal* since 1980.  *See* Ex. 1128.  The MARC record includes an entry in field

050 ("RC681.A1$bE87C")—as described above, this includes a subject matter classification

number consistent with the Library of Congress classification system (analogous to the Dewey

Decimal classification system).  *See id.*  The MARC record further includes English language

descriptor terms reading "Cardiology$zEurope$vPeriodicals" and "Cardiology" among others, in

the 650 field.  *Id.*  Thus, as of its cataloging, the publication corresponding to the MARC record

attached hereto as Exhibit 1126 was indexed according to its subject matter by virtue of at least

two independently sufficient classifications: the field 050 entry and the field 650 entries.

83.    Attached as Exhibit 1091 is a copy of the JESC Supplement containing Voswinckel

JESC from the British Library, date stamped September 27, 2004.

---

[18] Available at https://search.library.wisc.edu/catalog/9911025127902121 (last accessed Dec. 8, 2021).

Liquidia's Exhibit 1112
Page 50

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2



Ex. 1091 at 1. "Boston SPA" is a reading room that provides access to material that is part of the

"British Library" in Europe, which is equivalent to the Library of Congress in the United States.[19]

---

[19] The Library of Congress and its sister institutions in the Washington, DC area, the National Library of Medicine and the National Agricultural Library, serve as cornerstone libraries with the largest collections of resources in the United States. Each country has a large library and archives institution that serves a parallel role for its citizens. In the United Kingdom, the British Library (BL) is the pre-eminent institution. In addition to its role as an organizational leader for the libraries throughout the country, the British Library provides access to its collections for users around the world seeking research, inspiration, and enjoyment through the Document Supply Centre (DSC) and its physical Boston Spa location. https://www.bl.uk/; https://www.york.ac.uk/library/other-libraries/british-library/.

Liquidia's Exhibit 1112
Page 51

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

84.    I obtained the MARC record for the *European Heart Journal* from the University of California Davis Health Sciences Library, attached as Exhibit 1129.[20]  Fields 362 and 525 of the MARC record show that the *European Heart Journal* has irregularly issued supplements and that the British Library holds every supplement, including the JESC Supplement, since February 1980.  *See* Ex. 1129.  The MARC record includes an entry in Field 050 ("RC681.A1")—as described above, this includes a subject matter classification number consistent with the Library of Congress classification system (analogous to the Dewey Decimal classification system).  *See id.*  The MARC record further includes English language descriptor terms reading "Cardiology |v Periodicals" and "Heart |x Diseases |x Periodicals," among others, in the 650 field.  *Id.*  Thus, as of its cataloging, the publication corresponding to the MARC record attached hereto as Exhibit 1129 was indexed according to its subject matter by virtue of at least two independently sufficient classifications: the field 05000 entry and the field 650 entries.

85.    I also obtained a research librarian's declaration of public availability from The British Library, attached as Exhibit 1119.  The declaration states that "[Voswinckel JESC] was receipted by The British Library on 27th September 2004, and it would have been available for public use from that date.  A scan of the cover pages showing the date stamp on page one (referring to Exhibit 1091) indicating the date of availability, title page and contents pages have been attached."  Ex. 1119 at 1.  Thus, it is my opinion that the declaration confirms that Voswinckel JESC and the JESC Supplement were publicly available at the British Library from September 27, 2004.

---

[20] Available at
http://primocat.bl.uk/F/?func=direct&local_base=PRIMO&doc_number=007858614&format=001&con_lng=eng (last accessed Dec. 8, 2021).

Liquidia's Exhibit 1112
Page 52

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

86.    In sum, three date-stamped exhibits confirm that the Abstract Supplement to

Volume 25 of the *European Heart Journal* dated August/September, 2004, was received and

publicly available within two months, i.e., by November 16, 2004.

| Exhibit No. | Location | Date Stamped |
|:---:|:---:|:---:|
| 1089 | University of Washington Health Sciences Libraries | November 16, 2004 |
| 1090 | Ebling Library for the Health Sciences at the University of Wisconsin – Madison | October 15, 2004 |
| 1091 | British Library, Boston SPA | September 27, 2004 |

87.    The Wyman Declaration also argues that Voswinckel JESC was not publicly

accessible before May 15, 2006, because neither the Supplement nor the abstracts within it were

meaningfully indexed.  *See* Wyman Declaration at ¶¶34-37.  However, the Wyman Declaration

does not even present any search results for Voswinckel JESC on any database, nor does it disclose

any search terms, to support its argument.  Indeed, the Wyman Declaration states in ¶38 that based

on Wyman's "own research," Voswinckel JESC was not meaningfully indexed, but neglects to

describe any such "research" she conducted with respect to Voswinckel JESC.  As discussed *supra*

¶23, I am informed by counsel that a person of ordinary skill in the art would have experience

treating patients with pulmonary hypertension.  Thus, it is my opinion that a person of ordinary

skill in the art would be motivated to search for publications using the keywords "pulmonary

hypertension" and "treprostinil."  Using such keywords, the JESC Supplement can be easily found

on the Web of Science.  I conducted a Web of Science query using the keywords "pulmonary

hypertension" AND "treprostinil" for publications between 2001 and 2006 and found 55 results

with the JESC Supplement being the 34th result.  My search results on Web of Science are attached

as Exhibit 1120.  Thus, it is my opinion that because the JESC Supplement could be found by a

Appx7754

Liquidia's Exhibit 1112
Page 53

person of ordinary skill in the art with reasonable diligence on well-known databases prior to May 15, 2006, the JESC Supplement qualifies as a publicly accessible printed publication.

88.     Furthermore, the JESC Supplement and Voswinckel JESC were published by the publisher Elsevier which, in my opinion, is an established publisher.  The cover page and front matter of the JESC Supplement displays an ISSN number, publication date, and identification of the publisher.



Volume 25   Abstract Supplement   August/September 2004   ISSN 0195-668X

This abstract book has been produced electronically by Elsevier B.V.

Every effort has been made to faithfully reproduce the abstracts as submitted. However, no responsibility is assumed by the organisers for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions or ideas contained in the material herein. Because of the rapid advances in the medical sciences, we recommend that independent verification of diagnoses and drug dosages should be made.

Ex. 1089 at 1, 4.  Thus, it is my opinion that there is a presumption that the JESC Supplement and Voswinckel JESC were publicly accessible as of their publication date on September 1, 2004, because they were published by an established publisher.

89.     Even if Voswinckel JESC were not meaningfully indexed, I am informed by counsel, as discussed *supra* ¶19, that it may still qualify as publicly accessible if cited by a "research aid," a publicly available publication that can reasonably lead a person interested in the relevant subject matter to the non-cataloged and non-indexed printed publication.  Voswinckel JESC was cited by a June 2005 article, Hossein A. Ghofrani et al., *Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie*, 30(4) HERZ 296-302 (June 2005) ("Ghofrani 2005").  A copy of Ghofrani 2005, date-stamped July 7, 2005, from the British Library is attached as Exhibit 1121.  Because the English abstract of Ghofrani 2005 discusses inhaled treprostinil as a promising new therapy in treating pulmonary arterial hypertension, a person of ordinary skill in

Liquidia's Exhibit 1112
Page 54

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

the art interested in the subject matter would be motivated to seek out Ghofrani 2005 and its cited

articles.  Ms. Wyman acknowledged during her deposition that a POSA as defined in Paragraph 3

of her declaration would be interested in Ghofrani 2005.  Ex. 1110 (Wyman Dep. Tr.) at 162:11-

163:14.  As discussed *supra* ¶23, I am informed by counsel that a person of ordinary skill in the

art would have experience treating patients with pulmonary hypertension and would be interested

in searching for new therapies.  Thus, it is my opinion that a person of ordinary skill in the art

would be motivated to search for publications using the keywords "pulmonary arterial

hypertension" and "therapies."  Using such keywords, Ghofrani 2005 can be easily found on

*PubMed* and *WorldCat*.  I conducted a *WorldCat* query using the keywords "pulmonary arterial

hypertension" AND "therapies" for any content between 1971 and 2006 and found 204 results

with Ghofrani 2005 being the 34th result.  I also conducted a *PubMed* query using the same

keywords between 1999 and 2006 and found 103 results with Ghofrani 2005 being the 11th result.

My search results for Ghofrani 2005 on PubMed and WorldCat are attached as Exhibit 1122.  Thus,

it is my opinion that even if Voswinckel JESC were not meaningfully indexed, it would still qualify

as a publicly accessible printed publication because Ghofrani 2005, an indexed and easy-to-find

article, could serve as a "research aid" and direct persons of ordinary skill in the art to Voswinckel

JESC.  Moreover, the fact that Ghofrani 2005 cites Voswinckel JESC further establishes that this

reference can be and was found by persons of ordinary skill in the art prior to May 15, 2006.

90.    The Wyman Declaration also makes the unsupported assertion that the table of

contents in the JESC Supplement "lacks a *meaningful* topic index."  Wyman Declaration at ¶36.

The Wyman Declaration does not provide any explanation as to why the JESC Supplement table

of contents, which provides a detailed list of topics and only spans 5 pages, would not be sufficient

to guide a person of ordinary skill to Voswinckel JESC.  And, as discussed above, within this table

Liquidia's Exhibit 1112
Page 55

of contents there is a specific section titled "Epidemiology and treatment of pulmonary arterial hypertension."  *See* Ex. 1089 at 5; Ex. 1091 at 2.  In my opinion, "treatment of pulmonary hypertension" within the short table of contents provides a more-than-meaningful index.  During her deposition, Ms. Wyman agreed that the topic "Treatment of Pulmonary Arterial Hypertension" is only 12 lines down on the first page of the table of contents, that a POSA as she defines it would be interested in treatments for PAH, and that Voswinckel JESC is only the fourth abstract listed under that topic.  Ex. 1110 (Wyman Dep. Tr.) at 160:19-161:7.  Thus, it is my opinion, that a person of ordinary skill in the art interested in the subject matter would have looked for and found the Voswinckel JESC abstract under the subject "Epidemiology and treatment of pulmonary arterial hypertension" in the JESC Supplement table of contents with ordinary diligence.

91.     Finally, the Wyman Declaration mischaracterizes my deposition.  *See* Wyman Declaration at ¶37.  I was not able to locate the Voswinckel JESC abstract because I was not able to access *Ovid*, *PubMed*, or *CAPlus* due to the COVID-19 pandemic shutting down medical libraries across the country.  *See* Ex. 2043 at 197:7 – 198:17, 241:12-243:21.  It appears that Wyman did not carefully review my deposition transcript.

92.     Even if Voswinckel JESC were not meaningfully indexed, I am informed by counsel, as discussed *supra* ¶20, that a printed publication that has never been cataloged or indexed in any library or database can nevertheless be found publicly accessible if it is publicly presented to an audience at an academic conference.  Voswinckel JESC was presented at the 2004 European Society of Cardiology Congress held on August 28-September 1, 2004, in Munich, Germany.  More specifically, Voswinckel JESC was presented on Day 2 of the conference, Sunday August 29, 2004.  For example:

Liquidia's Exhibit 1112
Page 56

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

**Day 2 — Sunday 29 August 2004**

| | | |
|---|---|---|
| 117–122 | Trends and risk factors in cardiovascular disease | 3 |
| 123–128 | Risk factors management in prevention | 4 |
| 129–134 | Predictive factors in dilated cardiomyopathy | 6 |
| 135–140 | New applications of strain and strain rate imaging | 7 |
| 149–154 | From mice to men: lessons in myocardial protection and hypertrophy | 9 |
| 155–160 | Impact of non surgical treatment and physiological stress on the GUCH-heart | 10 |
| 161–166 | Vascular growth and collateral vessels: opportunities and drawbacks | 12 |
| 176–181 | Drug eluting stent in complex lesion subsets | 13 |
| 182–187 | Gene variants in hypertension, coronary artery disease and dilated cardiomyopathy | 15 |
| 188–193 | Markers of severity in hypertrophic cardiomyopathy | 16 |
| 199–204 | How to perfect coronary artery bypass grafting? | 18 |
| 209–214 | Intravascular ultrasound and plaque characterisation | 19 |
| 215–220 | Epidemiology and treatment of pulmonary arterial hypertension | 21 |

Ex. 1089 at 5; Ex. 1091 at 2. Other experts retained by Liquidia agree that the European Society of Cardiology Congress was well-attended by persons of ordinary skill in the art and that they would have sought out abstracts specific to pulmonary arterial hypertension. Dr. Hill opines that "[l]ike the AHA Scientific Sessions Conference, the ESC Conference is a leading meeting on the cardiovascular system and diseases and conditions of the circulatory system, which a POSA in 2004 would have attended. . . . In my experience, a POSA would have been highly interested in treatments for pulmonary hypertension, including pulmonary arterial hypertension, and thus would have been interested in abstracts and presentations included in this session. . . . Accordingly, a POSA would have been interested in the abstracts listed and identified Voswinckel JESC within the EHJ Supplement and abstract book." Ex. 1106, Reply Declaration of Dr. Hill, at ¶¶28-29. Thus, it is my opinion that even if Voswinckel JESC were not meaningfully indexed, it would still qualify as a publicly accessible printed publication because it was publicly presented at an academic conference well attended by persons of ordinary skill in the art.

93. In conclusion, contrary to the Wyman Declaration's assertion, Voswinckel JESC was publicly available well before the priority date of May 15, 2006. By then, it had been received in multiple libraries worldwide, cataloged and indexed, cited by another publication that can serve as a "research aid," and presented at a well-attended academic conference.

Liquidia's Exhibit 1112
Page 57

Reply Declaration of Sylvia Hall-Ellis, Ph.D.
Petition for *Inter Partes* Review of
U.S. Patent No. 10,716,793 B2

94.    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by find or imprisonment, or both, under 18 U.S.C. § 1001.

Executed on February 10, 2022.

Sylvia D. Hall-Ellis, Ph.D.

-58-

Liquidia's Exhibit 1112
Page 58



735
no.17:suppl.
:Oct.26)
n Health Sci Library
t Periodicals

NOV 26 2004

SUPPLEMENT TO

American Heart Association®

*Learn and Live* ℠

# Circulation

## JOURNAL OF THE AMERICAN HEART ASSOCIATION

Abstracts from

scientific sessions 2004

basic science

clinical science

population science

Sessions: November 7–10
Exhibits: November 7–9
New Orleans, Louisiana
scientificsessions.org

### Named and Invited Lectures 2004

2004 Russell Ross Memorial Lectureship in Vascular Biology • 2004 George Lyman Duff Memorial Lecture • 2004 Sol Sherry Distinguished Lecture in Thrombosis • 2004 Thomas W. Smith Memorial Lecture • 2004 George E. Brown Memorial Lecture • 2004 Dickinson W. Richards Memorial Lecture • 2004 Katharine A. Lembright Award • 2004 William W. L. Glenn Lecture • 2004 William J. Rashkind Memorial Lecture • 2004 T. Duckett Jones Memorial Lecture • 2004 Charles T. Dotter Memorial Lecture • 2004 Laennec Society Lecture • 2004 Ancel Keys Lecture • 2004 Lewis K. Dahl Memorial Lecture • 2004 Robert I. Levy Endowed Lecture in Lipid Metabolism

### New and Young Investigator Award/Prize Abstract Finalists

Lewis N. and Arnold M. Katz Basic Science Research Prize for Young Investigators • Melvin L. Marcus Young Investigator Awards in Cardiovascular Science • Cournand and Comroe Young Investigators Prizes in Cardiopulmonary and Critical Care • Outstanding Research Award in Pediatric Cardiology • Melvin Judkins Young Investigator Award in Cardiovascular Radiology • Vivian Thomas Young Investigator Award • Martha N. Hill New Investigator Awards • Elizabeth Barrett-Connor Research Award in Epidemiology and Prevention for Investigators in Training • Samuel A. Levine Young Clinical Investigator Awards • Laennec Society Young Clinician Award • NPAM New Investigator Award

### Abstracts From the Scientific Sessions 2004

Liquidia's Exhibit 1113
Page 1

# Subject Index

## Supplement III, Volume 110, No 17, October 26, 2004

**Ablation, radiofrequency**

A Comparison of Microbubble Formation during Radiofrequency Ablation at the Orifice of Pulmonary Veins using an 8-mm versus a Closed-Loop, Cooled-Tip Catheter, 2532

A New Radiofrequency Balloon Catheter System for Uniformly Heating the Cardiac Tissue, 2705

A Worldwide Survey on the Methods, Efficacy, and Safety of Catheter Ablation of Atrial Fibrillation, 2524

Ablation within Coronary Sinus is Required to Eliminate Retrograde Slow Pathway Conduction in Uncommon Type Atrioventricular Nodal Reentrant Tachycardia with Eccentric Coronary Sinus Activation, 1868

Age and Catheter Ablation for Atrial Fibrillation, 1664

Amplification of Discrepancies Between Catheter-Tip and Tissue Heating in Pulmonary Vein Ablation: Impact of AF and PV blood flow, 2533

An Analysis of Catheter-tip and Actual Tissue Temperatures Achieved during Radiofrequency Ablation at the Orifice of Pulmonary Veins using an 8-mm-Tip Catheter, 1975

Anatomic Relationship between the Right Phrenic Nerve and the Pulmonary Vein–Atrium Junction: Implications Using Newer Catheter Ablation Tools in Patients with Atrial Fibrillation, 1866

Atrial Fibrillation Ablation in Patients with Mechanical Mitral Valves: Safety, Feasibility and Outcome, 2160

Benefits and Risks of Circumferential Left Atrial Ablation Compared to Ostial Isolation for Treatment of Paroxysmal and Persistent Atrial Fibrillation, 2530

Catheter-Mediated Radiofrequency Atrioventricular Node Ablation in the Mouse, 466

Comparison of Mapping Criteria for Hemodynamically Tolerated Ventricular Tachycardia in Postinfarction Patients, 2711

Computed Tomographic Angiography Can Define Three-Dimensional Relationships Between Coronary Veins and Coronary Arteries Relevant to Coronary Venous Procedures, 3247

Computing the Cycle Length of Atrial Fibrillation from the ECG Using Spectral and Spatial Analyses, 2688

Correlation of Symptoms to ECG Diagnosis in the Follow-Up after Atrial Fibrillation Ablation, 1668

Difference between Symptom-Free and Recurrence-Free Survival after Either Circumferential or Segmental Pulmonary Vein Ablation of Atrial Fibrillation, 2166

Distribution and Co-localization of Sympathetic and Parasympathetic Nerves in Human Pulmonary Veins, 1972

Does Maintaining Sinus Rhythm in High Risk Atrial Fibrillation Population Reduce the Risk of Stroke? The Results of Substrate Ablation and Non-Pharmacological Strategy for Treatment of Atrial Fibrillation (SANS-AFIB) Study, 2704

Early Exacerbation in Regional Myocardial Remodeling Following Radiofrequency Ablative Injury in Mice Deficient in Matrix Metalloproteinase-3, 2333

Echocardiographic Assessments of Murine Heart Failure Model Induced by High-Intensity Focused Ultrasound Ablation, 3299

Efficacy Of The Maze Procedure Using Cooled-Tip Radiofrequency Ablation In Patients With Permanent Atrial Fibrillation And Rheumatic Mitral Valve Disease, 2723

Electrophysiological Effects Of Cryothermal Ablation On The Human Atrioventricular Node, 2168

Electrophysiological Pulmonary Vein Antrum Ablation with a Multielectrode Basket Catheter is Feasible and Effective for Curing Atrial Fibrillation; Efficacy of Minimally Extensive Pulmonary Vein Isolation, 1659

Endoscopic Fiberoptic Assessment of Balloon Occlusion of the Pulmonary Vein Ostium: Comparison with Phased-Array Intracardiac Echocardiography, 2704

Evaluation of an Electrophysiologic End Point for Left Atrial Circumferential Ablation of Paroxysmal Atrial Fibrillation: A Randomized Study, 2525

Evolution of the Wide Area Circumferential Ablation for AF: Impact of the Learning Curve on Procedure and Radiation Times in Acute and Chronic Success, 2529

Extensive Ablation During Pulmonary Vein Antrum Isolation Has No Adverse Impact on Left Atrial Function: An Echocardiographic Analysis, 2712

First Accessory Pathway Ablation Using Complete Remote Control Magnetic Catheter Navigation In Humans, 2167

Initial Canadian Experiences with Open and Endoscopic Microwave Energy Ablation of Atrial Fibrillation using the AFx Flex™ System, 2159

Interim Outcome of Wide Area Circumferential Left Atrial Ablation, 2528

Intra-Atrial Reentrant Tachycardias After Catheter Ablation For Atrial Fibrillation: Are There Differences Between Circumferential And Segmental Pulmonary Vein Ablation?, 1864

Intramural Temperature-Guided Radiofrequency Ablation with a Novel Infusion Needle Electrode Catheter, 1867

Intraoperative Radiofrequency Ablation to Treat Permanent Atrial Fibrillation in Patients Undergoing Open Heart Surgery, 2710

Is Catheter Ablation for Triggering Mechanism of Idiopathic Ventricular Fibrillation Curative for Patients with Pleomorphic Ectopies from Right Ventricular Outflow Tract?, 1873

Left Atrial and Ventricular Remodeling after Circumferential Pulmonary Vein Ablation. Outcomes from a Randomized Study of Ablation vs Amiodarone for Chronic Atrial Fibrillation, 2760

Left Atrium Volume Predicts Recurrence Of Atrial Fibrillation in Patient Undergoing Pulmonary Vein Antrum Isolation , 1889

Mechanical Provocation of Atrial Fibrillation in the Pulmonary Veins Identifies Procedure Responders After Ablation, 1974

MRI Identifies Significant Variability in the Anatomic Relationship between the Esophagus and Left Atrium in Patients Undergoing Catheter Ablation for Atrial Fibrillation, 1971

Multicenter Trial of Irrigated RF Ablation with Electroanatomic Mapping for Ventricular Tachycardia after Myocardial Infarction, 1869

Myocardial Crossing Fibers between the Venous Orifice of the Pulmonary Veins: Relevance for Catheter Ablation in Atrial Fibrillation, 2164

Non-contact Mapping Provides Novel Insights Into the Mechanisms of Inappropriate Sinus Tachycardia, 3104

Noncontact Endocardial Mapping to Guide Ablation of Hemodynamically Unstable or Difficult-to-Induce Ventricular Tachycardia , 1660

Novel Findings of the Pulmonary Vein Morphology After Segmental Isolation of the Pulmonary Veins, 1779

Prevalence and Characteristics of Mitral Annular Ventricular Tachycardia: A New Distinct Subgroup of Idiopathic Ventricular Tachycardia, 2352

Prevalence, Mechanisms, and Clinical Significance of Atrial Tachycardia Following Circumferential Pulmonary Vein Ablation, 1976

Pulmonary Vein Isolation by Radiofrequency Ablation During Mitral Valve Surgery Reduces Chronic Atrial Fibrillation - A Randomized Prospective Trial, 3201

Pulmonary Vein Isolation Without Reversal of Warfarin Therapy: Is it Safe?, 1673

Randomized Comparison of Left Atrial Ablation to Encircle the Pulmonary Veins vs Left Atrial Linear Ablation Guided By Local Electrograms for Chronic Atrial Fibrillation , 2526

Reentrant Circuit of Verapamil-Sensitive Idiopathic Left Ventricular Tachycardia as Revealed by Electroanatomic Mapping During the Tachycardia, 2354

Relation between Transverse Conduction Capability and the Anatomy of the Crista Terminalis in Patients with and without Atrial Flutter: The Presence of Posteromedial Functional Block and Double Potentials, 2709

Relevance of Esophageal Anatomy for Ablation of Atrial Fibrillation, 1969

Right Ventricular Apical Pacing after Atrioventricular Nodal Ablation for Atrial Fibrillation Does not Compromise Ejection Fraction in the Short Term or Long Term, 2087

Right Ventricular Pacing To Confirm Cavo-Tricuspid Isthmus Block During Radiofrequency Ablation Of Typical Atrial Flutter: A New Technique?, 1656

Short -and Long-Term Success of Substrate-Based Mapping and Ablation of Ventricular Tachycardia in Arrhythmogenic Right Ventricular Dysplasia, 1871

Strategy for Prevention of Esophagus Perforation Using Circumferential Plus Linear Ablation in Patients with Atrial Fibrillation, 1666

Substantial Efficacy of Pulmonary Vein Isolation in Patients with Hypertrophic Cardiomyopathy, 2163

Substrate Modification in Ischemic Cardiomyopathy to Treat Ventricular Tachycardia Using Electroanatomic Scar Mapping, 2165

Substrate-Based Ablation Of Unmappable Ventricular Tachycardias: Value Of Transmural Definition Of Scars, 1870

Appx7761

Liquidia's Exhibit 1113
Page 2

of Patients with Coronary Artery Disease, 253

Incremental Prognostic Value of Brain Natriuretic peptide (BNP) In Predicting Ischemia on Dobutamine Stress Echocardiogram, 2405

Kir6.2-Deficient Mice are Susceptible to Stretch-Induced Secretion of Atrial Natriuretic Peptide: $K_{ATP}$ Channel Acts as a Negative Feedback Mechanism?, 71

KLF15 is a Novel Regulator of Cardiomyocyte Gene Expression, 1256

Left Atrial Diameter is a Simple Indicator of Deficiency in Atrial Natriuretic Peptide Secretion in Patients with Mitral Stenosis: Efficacy of Supplementation with Synthetic Human $\alpha$-atrial Natriuretic Peptide in Management during Immediate Postoperative Period, 2776

Muscle Ring Finger Protein, MURF1, Inhibits Cardiac Muscle Hypertrophy Through PKC Mediated Signaling Pathway, 763

Myofibroblast Transformation and Collagen Deposition in Hearts of Atrial Natriuretic Peptide–Null Mice Are Enhanced In Response to Pressure Overload Stress Compared To Wild-Type Controls, 453

NPR-C, the Natriuretic Peptide "Clearance Receptor," Mediates Cardiac Myocyte $Na^+-K^+$ Pump Activation, 932

Reduction of Circulating Amyloidogenic Light Chains Improves Myocardial Function and Survival Despite Unaltered Amount of Amyloid Myocardial Deposits, 2798

Signs Of Systolic And Diastolic Heart Failure In Caveolin-1 Knockout Mice Establish A Crucial Role Of Caveolin-1 In Cardiac Perfomance, 23

**Atrioventricular node**

Ablation within Coronary Sinus is Required to Eliminate Retrograde Slow Pathway Conduction in Uncommon Type Atrioventricular Nodal Reentrant Tachycardia with Eccentric Coronary Sinus Activation, 1868

Catheter-Mediated Radiofrequency Atrioventricular Node Ablation in the Mouse, 466

Cellular Mechanisms for Atrioventricular Node Wenckebach Periodicity: Periodic Action Potential Restitution and Reorientation of Conduction Wavefront, 928

Different Response Of Retrograde VA Conduction To Ventricular Extrastimulus Between AV Nodal Reentrant And AV Reciprocating Tachycardias: Proposal Of A Simple Criterion For The Diagnosis Of AV Nodal Reentrant Tachycardia, 2689

Electrophysiological Effects Of Cryothermal Ablation On The Human Atrioventricular Node, 2168

Gene Profiling in a Novel Mouse Model of Sudden Cardiac Death with Acquired QT Prolongation and Torsades de Pointes Secondary to Complete AV Block, 463

Implications of 2:1 Atrioventricular Block during Common Type Atrioventricular Nodal Reentrant Tachycardia: Localizations of Site of Block and Lower Turnaround Point of Reentrant Circuit, 3103

Long-term Right Ventricular Apex Pacing in Patients with Congenital AV Block Does Not Have a Detrimental Effect on Ventricular Function, 1651

Regional Distribution of Ion Channel Gene Expression in the Murine Heart, 1252

Unique Electrophysiological Characteristics of Atrioventricular Nodal Reentrant Tachycardia with Ventriculoatrial Dissociation and Effects of Slow Pathway Ablation, 1663

Use of Catheter Cryoablation in Pediatrics: Success Determined by Time to Effect, 2334

**Autonomic nervous system**

"Sudden Onset" Episodes of Paroxysmal Atrial Fibrillation: Incidence and Circadian Variation, 1645

$\beta2$-Adrenergic Receptor Haplotypes and Risk of Sudden Cardiac Death, 3772

Acetylcholinesterase Inhibition Decreases Orthostatic Tachycardia in the Postural Tachycardia Syndrome, 2169

Activation of Hypothalamic-Pituitary-Adrenal Axis Contributes to Augmented Neurohumoral Activity in Heart Failure Rats, 1404

Addition of Selective Ablation of Autonomic Ganglia to Pulmonary Vein Antrum Isolation for Treatment of Paroxysmal and Persistent Atrial Fibrillation, 2531

Cardiomyocyte-Restricted Overexpression of Endothelial Nitric Oxide Synthase (NOS3) Potentiates Postsynaptic Vagal Inhibition of Cardiac Contraction In Vivo and In Vitro, 523

Chamber-Specific Augmentation of Endothelin-1 by Pulmonary Hypertension Induces Overexpression of NGF and Right Ventricular Hyperinnervation in vivo, 221

Chemoreflex and Metaboreflex Control During Static Hypoxemic Exercise., 1408

Chronic Vagal Stimulation Exerts Its Beneficial Effects on the Failing Heart Independently of Its Anti-$\beta$-Adrenergic Mechanism, 396

Circadian Variations of Hypercapnic Chemosensitivity in Conscious Infarcted Rats are Characterized by a Transient Augmentation of the Chemoreflex Gain During Early Awakening Periods, 225

Continuous Positive Airway Pressure Therapy Lowers Vagal Tone In Patients With Obstructive Sleep Apnea-Hypopnea Syndrome, 2152

Coronary Spasm Reflects Inputs From the Surrounding Esophageal System, 1944

Delayed Heart-rate Recovery is Associated with Subclinical Left Ventricular Dysfunction and Impaired Exercise Capacity in Diabetic Patients, 2295

Diabetic Patients with Heart Failure Have Great Derangement of Cardiac Autonomic Function as Assessed by Heart Rate Variability Parameters, 2150

Distribution and Co-Localization of Sympathetic and Parasympathetic Nerves in Human Pulmonary Veins, 1972

Effect of Hypoxia upon the Cardiovascular Autonomic Modulation in Hypercholesterolemic Patients treated with Statin, 1266

Endothelial Nitric Oxide and Hypertension in Autonomic Failure, 1412

Exaggerated Pressor Responses to Apnea in Patients with Obstructive Sleep Apnea, 224

Gender Differences in Autonomic Modulation of Ventricular Repolarization in Humans, 2149

Heart Rate Dynamics at the Onset of Ventricular Fibrillation in Patients with Brugada Syndrome, 3090

Heart Rate Variability, a Measure of Autonomic Dysfunction, is Associated with Insulin Resistance, 2151

Heart-Rate Recovery After Cardiopulmonary Exercise Testing Predicts Mortality In Patients With Chronic Heart Failure, 2297

Impaired Sympathetic Nerve Function May Play an Important Role in Enhancing Coronary Vasoconstriction in Patients with Hypertrophic Cardiomyopathy, 2796

Impairment of Cardiac Autonomic Nervous Activity in Patients with Idiopathic Pulmonary Arterial Hypertension, 2764

Increased Muscle Sympathetic Nerve Activity Predicts Mortality in Heart Failure Patients, 393

Increased Sympathetic Nerve Activity in Hypertension Correlates with the Severity of Neurovascular Compression at the Rostral Ventrolateral Medulla, 2824

Intrathecal Clonidine Reduces the Risk of Ischemic Ventricular Arrhythmias in a Postinfarction Heart Failure Canine Model, 1401

Is There a Temporal Relationship Between Symptoms of Depression And Measures of Autonomic Tone Following Myocardial Infarction?, 3645

Left Ventricular Geometric Pattern Determine Tonic and Reflex Cardiac Autonomic Modulation in Hypertensive Myocardial Hypertrophy, 223

Noninvasive Pressure Preset Ventilation for the Treatment of Heart Failure with Central Sleep Apnea Not Responding to Continuous Positive Airway Pressure, 1749

Otolithic Activation Elicits Attenuated Visceral Vascular Responses In Older Humans, 958

Overlapping Regions of Central Nervous System Damage and Impaired Neural Responses to Valsalva Maneuver in Heart Failure, 3422

Phenotypic Variability in a Founder Population of 23 South African LQT1 Families with the $KCNQ1$-A341V Mutation, 2892

Positron Emission Tomographic Imaging with $[^{11}C]$ Pyridostigmine Analogs Detects Phenol-Induced Attenuation of Canine Cardiac Parasympathetic Innervation, 2055

Regulation of $K^+$ Channel Protein, GIRK1 (Kir3.1), Expression by Sterol Regulatory Element Binding Protein (SREBP) in Cultured Atrial Myocytes, 1251

Relationship Between Delayed Heart Rate Recovery after Exercise and Carotid Atherosclerosis, 2293

Remote Ischemic Preconditioning Provides Early and Late Protection against Endothelial Ischemia-Reperfusion Injury in Humans: Role of the Autonomic Nervous System, 1472

Renal Sympathetic Activation is Associated with Adverse Outcome in Patients with Chronic Heart Failure, 2580

Risk Stratification for Sudden Cardiac Death in Chronic Heart Failure Patients Without Sustained Ventricular Tachycardia Using Iodine-123 Metaiodobenzylguanidine Scintigraphy, 3477

Severe Diastolic Dysfunction is Associated with Greater Autonomic Function Abnormalities as Assessed by Heart Rate Variability in Patients with Stable Systolic Heart Failure, 2960

Statin Treatment Increases Afferent Pathway Sensitivity of Baroreflex, 954

Vagal Stimulation Markedly Suppresses Arrhythmias in Conscious Rats with Chronic Heart Failure after Large Myocardial Infarction, 397

Vagal Stimulation Suppresses Ischemia-Induced Arrhythmias by Preserving Connexin43 Protein from Dephosphorylation and Degradation, 1419

Women have Lower Tonic Autonomic Support of Blood Pressure and Less Effective Baroreflex Buffering than Men, 955

**Behavior modification**

Effect of Medical and Surgical Weight Loss on Endothelial Vasomotor Function in Obese Patients, 1468

Adverse Psychological and Coronary Risk Profiles in Young Patients and Benefits of Formal Cardiac Rehabilitation, 3664

Continuous Positive Airway Pressure Therapy Lowers Vagal Tone In Patients With Obstructive Sleep Apnea-Hypopnea Syndrome, 2152

Cultural Factors of Chinese Immigrants as Predictors of Hypertensive Medication Compliance, 1862

Depression and Hopelessness as Psychological Predictors of Exercise Frequency and Physical Functioning in Patients with Acute Coronary Syndrome, 1962

Massage Therapy Following Open Heart Surgery (Coronary Artery Bypass Grafting and Valve Procedures), 3238

Liquidia's Exhibit 1113
Page 3

# Author Index

## Supplement III, Volume 110, No 17, October 26, 2004

Łysiak-Szydłowska, Wiesława, 1705
"t Hoen, Peter-Bram A, 1223
(On Behalf of the Registry Investigators), 3807
Aalders, Maurice C, 1788
Aaronson, Keith D, 2413
Aasa, Mikael, 1619
Aasum, Ellen, 1094
Abanador, Nadine, 114
Abashidze, Soulico, 99, 1200, 1899
Abbara, Suhny, 1970, 3386
Abbasi, Haroon, 3476
Abbasi, Shahzard, 742
Abbate, Antonio, 3445
Abbott, J. Dawn, 891
Abbott, Maureen, 1817, 3067
Abdel-Aty, Hassan, 3392
Abdelahmed, Abdelahmed, 2597
Abdelfettah, Malika, 100, 979
Abdelhadi, Raed H, 1648
Abdellatif, Maha, 915
Abduch, Maria C, 2886
Abdul-Karim, Ahmad, 1871, 2703, 2712, 3253
Abdul-Khaliq, Hashim, 3408
Abdullah, Farzana, 3579
Abe, Fumiko, 2228
Abe, Jun-ichi, 297, 312, 422, 743, 1462
Abe, Junko, 2354
Abe, Ken, 1017
Abe, Kohtaro, 628, 729
Abe, Koji, 2198
Abe, Minami, 1297
Abe, Naoki, 1198
Abe, Yukiko, 1370, 3597
Abe, Yukio, 3299, 3311, 3312
Abecassis, Michael, 2812
Abel, E. Dale, 784, 1333, 1535, 1541, 1547, 1553
ABEL, James G, 3535
Abel, Martin D, 2739
Abela, Andrew, 1486
Abela, George S, 1486
Abella, Benjamin S, 1637, 2140
Abella, Joshua, 2612
Abeytua, Manuel, 2454
Abidi, Parveen, 680, 1000
Abidov, Aiden, 2994, 3161, 3170, 3494, 3495, 3497
Abizaid, Alexandre, 1812, 3395, 3494, 3495, 3497
Abizaid, Alexandre A, 3195
Abizaid, Andrea, 3494
Abizaid, Andrea S, 3395, 3497
Abolmaali, Nasreddin D, 330, 1474, 2377
Abou-Chebl, Alex, 2850, 2999
Aboul-Enein, Fatma, 3170
Abourjaily, Heather M, 3754, 3757
Aboyans, Victor, 2274
Abraham, Cherrie, 3111
Abraham, George, 2116
Abraham, Gyorgy, 2027
Abraham, M. Roselle, 6
Abraham, Nader, 1349, 1355
Abraham, Nader G, 700, 702
Abraham, Robert, 2275
Abraham, William T, 1758, 2018, 2251, 2252, 2592, 2775, 2814
Abrahams, Theodore, 1080

Abrahamsson, Putte, 3745, 3749
Abrams, Charles S, 1767, 1768, 2604
Abrams, Dominic J, 2685
Abramson, Jerome L, 1968, 2151, 2917
Abramson, Michael J, 3520
Abreu Filho, Carlos A Sr, 2723
Abu-Omar, Yasir, 2550
Aburatani, Hiroyuki, 638
ACC - National Cardiovascular Data Registry, 3697
ACC-NCDR, for the, 3531
Achard, Jean Michel, 2276
Achenbach, Stephan, 2446, 2452, 3386
Achour, Hela C, 2725
Ackah, Eric, 821
Acker, Helmut, 746, 1359
Ackerman, Michael, 1080
Ackerman, Michael J, 2570, 2578, 2800, 3369, 3515
Ackerson, Lynn M, 2581, 3344
Ackerstaff, R, 3001
Acosta, Lourdes, 943
Aczel, Stefan, 3826
Adachi, Mitsuru, 787
Adachi, Susumu, 44
Adachi, Takayoshi, 3265
Adachi, Takeshi, 15, 427, 898, 1068, 1594, 1597
Adachi, Tetsuo, 1239, 1360, 1360
Adam, Oliver, 750
Adam, Tasneem, 39
Adamopoulos, Stamatis, 2254, 2786
Adams, Bruce D, 1960
Adams, John, 3695
Adams, Jose A, 1632
Adams, Kirkwood F Jr, 2244, 2964
Adams, Kirkwood F, 3467
Adams, Kirkwood F Jr, 3473
Adams, Mark, 1804, 3502
Adams, Marvin E, 948
Adams, Patti A, 2972
Adams, Peter X, 1985, 3116
Adams, Samuel B, 2456
Adams, Ted D, 3557
Adams, Volker, 253, 1562, 3173, 3666, 3671
Adati, Tatsuya, 542
Adawi, Salim, 2619
Addad, Faouzi, 3120
Addo, Tayo, 2865
Addo, Tayo A, 1801
Addonizio, Linda J, 2081
Adeeb, Samer, 2965
Adeleine, Patrice, 2891
Adgey, A.A. Jennifer, 1634
Adgey, Jennifer, 1945
Adhikari, Neeta, 389, 1077, 1354
Adiarto, Suko, 58, 543, 786
Adler, Gail K, 94
Adler, Yehuda, 2345
Adorisio, Rachele, 1848
Adrogue, Julia V, 115
ADVANCENT Investigators, 3099
Aebert, Hermann, 2368
Aengevaeren, Wim, 1925
Aengevaeren, Wim R, 2517
Afanasyeva, Marina, 522
Afari-Armah, NaNa, 2585
Affara, Nesrine I, 1176

Afzal, Aii R, 661, 3102
Afzal, Nadeem, 1968
Agah, Ramtin, 589
Agarwal, Ajay, 2071
Agarwal, Anupam, 880
Agarwal, Pooja, 443
Agatiello, Carla, 2067
Agema, Willem R, 2299, 3675
Aggarwal, Sandeep, 3645
Aggrey, George, 2458, 3007, 3067
Agler, Deborah, 3353
Agler, Deborah A, 1991, 2649, 3250, 3251
Agnihotri, Arvind K, 3108
Agrawal, Alok, 1568
Agrawal, Devendra K, 585
Agricola, Eustachio, 2760
Aguadé, Santiago, 3165
Aguiar, Carlos T, 2681
Aguiar-Oliveira, Manuel Hermínio, 3568
Aguilar, Barbara, 1045
Aguilar, David, 2543
Aguinaldo, Juan G, 3435
Aguinaldo, Juan Gilberto, 3175
Aguinaldo, Juan Gilberto S, 663
Aharinejad, Seyedhossein, 1046
Ahlers, Patrick, 2379
Ahlström, Hakan, 2987
Ahluwalia, Amrita, 361, 1151
Ahmad, Ferhaan, 1108, 2781
Ahmad, Mansoor, 1236
Ahmad, Nauman, 18, 1453
Ahmad, Safraz, 1575
Ahmed, Ali, 3465
Ahmed, Mohammed Habeeb, 2325, 2506
Ahmed, Mueez, 1790
Ahmed, S H, 2823
Ahmed, S. Hinan, 2958
Ahmed, Safi U, 2325
Ahmed, Waleed, 1007, 1212
Ahn, Chul-Woo, 2303
Ahn, Hyuk, 1716
Ahn, Jwari, 950
Ahn, Sylvie A, 1752
Ahn, Tae Hoon, 373, 2231, 3744
Ahn, Youngkeun, 681, 2630
Aiazian, Eric, 3324
Aiba, Takeshi, 397, 927, 1524
Aicher, Alexandra, 326, 330, 691, 851, 1149, 1560, 1740, 2185
Aicher, Diana, 849
Aickin, Mikel, 3573
Aihara, Naohiko, 1663, 1868, 2177, 2347, 2691, 3090, 3101, 3103
Aikawa, Masanori, 658, 1312, 1316, 3390
Aikawa, Ryuichi, 200, 1739
Aiolfi, Eleonora, 302
Airoldi, Flavio, 2307, 3183, 3396
AIRVAG investigators, 2060
Aitken, Andrew, 387
Aitouche, Abdelouahab, 366
Aizawa, Kazunori, 2422, 3477
Aizawa, Kenichi, 841, 1382
Aizawa, Tadanori, 1396
Aizawa, Yoshifusa, 922
Aizawa, Yoshiyasu, 922
Aizer, Anthony, 3096
Ajani, Andrew, 1817

Ajiro, Youichi, 1873
Akabani, Gamal, 2048
Akao, Masaharu, 447, 1100
Akar, Fadi G, 780, 783
Akasaka, Takashi, 1687, 2733
Akasaki, Yuichi, 1460
Akazawa, Hiroshi, 741, 917
Akeefe, H, 241
Akhmedov, Alexander, 1585, 3276
Akhter, Mohammed W, 2589
Akima, Takashi, 3460
Akimaru, Hiroshi, 1377
Akimoto, Kazumi, 290
Akimoto, Yoshimori, 2317, 3549
Akinboboye, Olakunle O, 2842
Akira, Shizuo, 300
Akiyama, Hideyuki, 743
Akiyama, Norio, 567
Akizawa, Masafumi, 2915
Akizawa, Tadao, 548
Akkerman, Jan-Willem N, 1576, 1577
Ako, Junya, 1702
Akosah, Kwame O, 2063
Akowuah, Enoch, 770, 1699
Aksoy, Olcay, 2640
Al Attar, Nawwar, 2209
Al Haj Zen, Ayman, 384
Al Sharef, Osama, 2941
Al-Faleh, Hussam, 2559, 3278
Al-Hani, Arfan J, 2610
Al-Hroob, Assad, 2631
Al-Khatib, Sana M, 2245, 2358
Al-Mallah, Mouaz, 1948, 2126, 2399, 3156, 3779
Al-Ruzzeh, Sharif, 2204, 2544
Al-Saadi, Nidal, 477, 2987
Al-Saileek, Ahmed, 1890
Al-Shaykh Youssef, Eyas, 2378
Al-tamsheh, Rania, 2399
Al-tamsheh, Raniah, 3156
Alamanni, Francesco, 1721
Alaupovic, P, 241
Alaupovic, Petar, 562, 3658
Albanesi F, Francisco M, 2000
Alber, Hannes, 1791
Albers, Anne A, 2122
Albert, Christine M, 3096, 3604
Albert, Michelle A, 3786
Albert, Nancy M, 3238
Albert, Timothy S, 2839
Albertini, Jean-Paul, 3748
Alberts, Nasjletti, 700
Albertsson, Per, 2309
Albin, Glenn, 3068
Albornoz, Gonzalo F, 3106
Albright, Dawn, 3618, 3699, 3700
Alcalde, Rafael, 2202
Alcalde, Viridiana C, 2202
Alcendor, Ralph R, 263
Alcolea, Sébastien, 287
Aldama, Guillermo, 2119
Alders, Mariel, 1105
Aleixo, Ana, 3139
Alejo, Diane E, 2561
Aleksev, Alexey E, 460, 1444
Aleksic, Ivan, 2208
Aleksova, Aneta, 2238
Alerci, Mario, 3004
Aletras, Anthony H, 3130
Alex, Joseph, 3651
Alexander, Alice, 3820

Liquidia's Exhibit 1113
Page 4

Schulz-Menger, Jeanette, 3392
Schulze, Matthias B, 3576, 3578, 3739, 3847
Schulze, Matthias R, 2253
Schulze, P. Christian, 209, 210, 1243
Schulze-Bahr, Eric, 1737
Schulze-Neick, Ingram, 2479, 3025
Schunkert, Heribert, 1645, 2575, 3653, 3729, 3743, 3787
Schupp, Michael, 3794, 3850, 3851
Schuster, Michael D, 327, 708, 1097
Schwab, Jörg O, 3356
Schwab, Mark, 2704
Schwabe, Kimberly, 2112
Schwaiger, Markus, 1935, 2046, 2987
Schwammenthal, Ehud, 2345
Schwartz, Arnold, 62, 455, 1250
Schwartz, Gary L, 2014
Schwartz, Gregory G, 3426
Schwartz, L., 2923
Schwartz, Lisa M, 499
Schwartz, Peter J, 1930, 2110, 2339, 2892, 2894
Schwartz, Robert, 915, 2072
Schwartz, Robert J, 1092
Schwartz, Robert S, 1481
Schwartz, Steven M, 2887, 3200
Schwartz, Todd A, 2244, 3473
Schwartzbard, Arthur, 559
Schwartzman, David, 1646, 2528
Schwartzman, David S, 2943
Schwarz, Ernst R, 515
Schwarzberg, Robert, 2701
Schwedda, Frank, 789
Schwedhelm, Edzard, 3158
Schweikert, Robert, 2703
Schweikert, Robert A, 1871, 2712
Schweitzer, Morris, 3111
Schwender, Frank, 925
Schwimmbeck, Peter L, 341
Schwinger, Robert H, 60
Schwitter, Juerg, 2987
Schworer, Harald, 141
Sciulli, Maria G, 1031
Scoote, Mark, 472
Scopece, Alessandro, 454
Scotland, Ramona, 361, 1151
Scott, Christopher, 1715
Scott, Christopher G, 3720
Scott, Sofia, 859
Scott, Tracy, 2865
Scribner, Anne W, 725, 733
Scrimieri, Pietro, 3046
Scuteri, Angelo, 3155
Scwesinger, Günther, 2421
Seabra Gomes, Ricardo, 2110, 2339
Seabra-Gomes, Ricardo, 3011, 3227, 3495
Seabron, Rufus, 250
Sealove, Brett, 1825
Seals, Douglas R, 955, 1180, 1592
Sears, Claire E, 1406
Seay, Ulrike, 388
Sebag, Igal A, 2568
Sebag-Montefiore, Liam, 970
Sechtem, Udo, 3107, 3140
Seckinger, Anja, 1199
Seckl, Jonathan R, 1275
Sedding, Daniel, 388, 1508
Sedding, Daniel G, 258, 303, 1506
Sedlis, Steven P, 3747
See, Fiona, 327, 1278
Seeberg, Bettina, 341, 3348
Seeburger, Joerg, 2368
Seeger, Florian, 691, 715, 716, 1679
Seeger, Werner, 1414
Seeling, Andreas, 1469
Seely, Ellen W, 94
Seetharam, Divya, 701, 1582
Segal, Oliver R, 2170
Segawa, Tomonori, 2315
Segers, Patrick, 522
Segers, Vincent F, 1201
Segev, Amit, 1050, 2669
Segretain, Dominique, 782

Segura, Jose, 2187
Segura, José, 2459, 2625
Segura, Jose, 3501
Sehayek, Ephraim, 3332
Sehgal, Chandra M, 2057
Seidel, Bert, 570
Seidelin, Peter, 2319
Seidinger, Daniela, 1157, 2278, 3326
Seidler, Tim, 743, 797, 2948
Seidman, Christine E, 1108, 1546, 2579, 2781
Seidman, Christine E., 1330
Seidman, J G, 1546
Seidman, J. G., 1330
Seidman, Jonathan G, 1108, 2579, 2781
Seino, Susumu, 10, 71, 460, 938, 1422
Seino, Yoshihiko, 2243
Seipelt, Ingrid M, 1512, 2748
Seipelt, Ralf G, 1512, 2748
Sekawan, Hazem, 3658
Seixas, Tamer N, 2706
Sejersten, Maria, 1621, 1933, 3071
Seki, Tetsunori, 1097
Sekiguchi, Akiko, 1396
Sekiguchi, Kenichi, 17, 22, 602, 946
Sekine, Tai, 1998, 2002
Selamet, Seda, 1928
Selby, Reed G, 1477
Selke, Frank W, 1078
Selle, Tina, 550
Selleck, Scott, 1077
Sellers, William R, 1506
Sellin, Christian, 1285
Sellitto, Angela D, 2367
Sellke, Frank W, 199, 1071, 1294, 1708, 1888, 2374, 3483
Selvanayagam, Joseph B, 2664, 2834, 2837
Selvester, Ronald, 3091
Selvin, Elizabeth, 3610
Selwyn, Andrew, 2717, 3390
Selzer, Faith, 1936, 3187, 3188, 3189, 3508
Semb, Anne G, 1491, 3349
Semigran, Marc J, 714
Sen, Chandan K, 120
Sen, Soma, 527, 1429, 2096
Sen, Souvik, 2980
Sen, Subha, 52
Sena, Sandra, 1553
Senaratne, Janek, 1655
Senaratne, Manohara, 1655, 2515
Senßanerjee, Sucharita, 828, 912, 1256, 1517
Sendeski, Mauricio M, 2824
Seneviratne, Sujith K, 1827
Senges, Jochen, 1620, 1927, 1937, 2916
Sengupta, Partho P, 524
Sengupta, Shantanu, 2355
Senior, Roxy, 3455, 3457, 3458
Senter, Shaun R, 2310
Senthil, Vinitha, 1391
Seo, David, 3799
Seo, Hiromi, 2915
Seo, Hisao, 467
Seo, Hong Seog, 1689, 2628, 3737
Seppen, Jurgen, 656
Septimio, Carla, 2706
Serantoni, Carlo, 2508
Seerbruany, Victor L, 2521
Sermesant, Maxime, 3487
Seronde, Marie-France, 1852, 2134
Serpi, Roberta, 1738
Serrano, Carlos V Jr, 1618, 2113
Serrano, Claudia, 908
Serruys, Patrick W, 1696, 1803, 1831, 1978, 2206, 2629, 2871, 3498
Serruys on behalf of the ARTS Group, Patrick W, 3402
Servedio, Darlene, 1834

Servicio Neurologia, Hospital Valld Hebron,, 2745
Sessa, William C, 390, 415, 821
Sesso, Howard D, 2825
Seter, Ilan, 2766
Seth, Ashok, 2469, 3006, 3495
Sethi, Amar A, 88
Sethi, Gulshan K, 3287
Seto, Todd, 3809
Setoguchi, Manabu, 1009
Setsuda, Morimichi, 2726
Setsuta, Koichi, 2243
Settle, Megan, 911
Setty, Suman, 291
Seubert, John M, 808
Seung, Ki-Bae, 2830
Sevanian, Alex, 1502
Sever, Peter, 2233, 2567, 2826
Sever, Peter S, 1905
Severens, Johan L Sr, 3808
Severs, Nicholas, 507
Severyn, Donald A, 2943
Sevigny, Jean, 381
Seward, James B, 1890, 2239, 3136, 3196
Sexton, Daniel J, 2640
Seyboth, Carol, 257
Seye, Cheikh I, 695
Sha, Jingfeng, 831
Shachar, Michal, 1126, 1334
Shafi, Shahida, 1310
Shafique, Irfan, 2286, 2453
Shagdarsuren, Erdenechimeg, 477
Shah, Aj, 162
Shah, Ajay, 416
Shah, Ajay M, 633, 752, 895
Shah, Anisha N, 923, 2092, 2585
Shah, Bindi K, 3212
Shah, Binita, 274, 3747
Shah, Dipan J, 2986
Shah, Dipen, 3351
Shah, Maully, 2337
Shah, Monica R, 2964
Shah, Prediman K, 246, 334, 417, 844, 1583, 1584, 1581
Shah, Rajiv, 3709
Shah, Sachita, 2130
Shah, Saurabh, 3431
Shah, Tushar K, 1648
Shah, Vijay H, 1595
Shahar, Eyal, 3674, 3687, 3710
Shahzad, Khurram, 3446
Shai, Iris, 3576, 3578, 3582, 3847
Shai, Shaw-Yung, 736
Shaikh, Naushad, 1790
Shakar, Simon, 2714
SHAKESPEARE Study Group, 3227
Shakibaei, Mehdi, 2480
Sham, James S, 483
Shamal, Amin, 489
Shamis, Yulia, 1294
Shamliyan, Tatyana, 3592
Shanker, Amit J, 2955
Shanmuganathan, Selvaraj, 1129
Shannon, Kevin M, 1865, 1870
Shannon, Richard P, 1757, 2790, 3148
Shao, Baohai, 167
Shapira, Kitty, 659
Shapiro, Brian P, 3138
Shapiro, Edward P, 2286, 2453
Shapiro, Michael, 3466
Shapiro, Shelley, 2602
Shapiro, Shenny D, 1054
Sharaf, Barry L, 2536, 3441, 3620, 3792
Share, David, 2509, 3533, 3623, 3692
Sharat, Kaveh, 2444
Sharif, Isam, 1275
Sharifi, Behrooz G, 334
Sharkey, Angela M, 2475, 2879
Sharkey, Scott W, 1931, 2807
Sharma, Arjun, 3660
Sharma, Atul, 2518, 3066, 3716
Sharma, Param P, 3815

Sharma, Rajan, 1778, 3362
Sharma, Rakesh, 3475
Sharma, Samin K, 1825, 2071, 2311, 2318
Sharma, Sanjay, 3366
Sharma, Saumya, 115
Sharma, Shiva, 3409
Sharma, Umesh, 496
Sharma, Umesh C, 1079, 1368
Sharman, James, 2295
Sharov, Victor S, 427
Sharp, Andrew, 2233, 2567
Sharp, Patrick, 3162
Sharpe, Christine, 2027
Sharples, Linda, 1692
Sharrett, A R, 2979, 3684
Shaul, Philip, 701
Shaul, Philip W, 1582
Shaw, Gray, 709, 845
Shaw, Gray D, 710
Shaw, Leslee, 2613, 3164, 3683, 3697
Shaw, Leslee J, 2536, 2610, 3792
Shaw, Peter M, 1694, 2009, 2010, 2012, 2982
Shaw, Richard E, 1673, 1688, 2314, 3185, 3186, 3513, 3531, 3697
Shaw, Sidney, 1112
Shchurin, Aleksy, 831
Shea, Steven, 3801
Shearman, Amanda M, 3726
Shears, Larry II, 2931
Shears, Larry L, 2713
Shehu, Merita, 1813
Sheikh, Farooq, 651, 816, 819, 1678
Sheil, Louise, 3606
Shekner, Nathan, 3111
Sheldon, Robert S, 3645
Sheldon, Todd, 2088
Sheldon, William S, 3397
Shelton, John M, 809
Shelton, Rhidian J, 2498
Shen, Irving, 1846, 2653, 3128, 3197, 3517
Shen, Jie, 408
Shen, Leping, 11, 810
Shen, Mei, 432
Shen, Win K, 1651, 2087, 2355, 3098
Shen, Xuedong, 1793
Shen, You-Tang, 675
Sheng, Ma Chang ., 2706
Shenje, Lincoln, 2181
Shenkin, Alan, 3760
Shepard, Richard K, 1896, 3242
Shepherd, James, 2009, 2010, 2012
Shepherd, James J, 2982
Sheppard, Richard, 2092, 2585
Sheppard, Richard J, 2974
Sheps, David, 1200
Sheridan, Desmond, 507
Sheridan, Desmond J, 472
Sheridan, Kate, 1692
Sheridon, Paul, 770
Sherman, Lawrence, 1959
Sherman, Stanton K, 1985, 2366, 3116
Sherrell, Jennifer M, 321
Sherrid, Mark V, 3453
Sherrill, Duane, 2418
Sherwood, Megan G, 604
Shesely, Edward G, 1023, 481
Sheth, Osama, 2487
Shetty, Veena, 3155
Sheu, Sheng-Hsiung, 677
Shi, Chunxue, 3811
Shi, Guo P, 1315
Shi, Guo-Ping, 385
Shi, Haikun, 890
Shi, Rong-qian, 467
Shi, Shu, 943
Shi, YanFen, 2942
Shi, Yi, 1158
Shi, Yi-Shou, 1393
Shiba, Masanori, 1626
Shibahara, Shigeki, 1345

Liquidia's Exhibit 1113
Page 5

Weisbrod, Robert, 1068
Weisbrod, Robert M, 1594
Weisel, John W, 347
Weisel, Richard D, 7, 1451, 2182
Weisman, Gary A, 695
Weisnagel, S. John, 869
Weiss, Daiana, 1455
Weiss, Dominik R, 599, 674
Weiss, Elisabeth, 387
Weiss, Harvey R, 1433
Weiss, Ingo, 3260
Weiss, James N, 458
Weiss, Melvin B, 1349
Weiss, Robert G, 1548, 2835, 2993
Weiss, Robert M, 394, 1404, 1409, 1413
Weiss, Stephen J, 1458
Weissbach, Herbert, 900
Weisskoff, Robert M, 3180
Weissleder, Ralph, 658, 832, 3179
Weissman, Neil, 2458
Weissman, Neil J, 2308, 2724, 3398
Weisz, Giora, 3013
Weitzman, Jonathan B, 1276
Weivoda, Peggy, 2087
Weldner, Paul W, 1979
Wellens, Francis, 2272, 2727
Wellner, Maren, 477
Wellnhofer, Ernst, 3408
Welsh, Robert C, 2515
Welten, Rob J, 1777
Welty, Francine K, 684, 3590
Welty, Thomas K, 3544
Wen, Hong Yuan, 742
Wen, Jing, 634, 897, 2949
Wenawesar, Peter, 2875
Wendel, Hans P, 2368
Wenderow, Tal, 2075
Weng, Chih Yuan, 1849
Weng, Yuguo, 1999, 2936, 2940
Wenger, Nanette K, 1961
Wengle, James G, 3019
Wennbo, Håkan, 591, 1182
Wennerblom, Bertil Sr, 2929
Wensel, Roland, 2764
Wenzel, Beate, 3260
Weremowicz, Stanislawa, 2571
Wergeland, Ragnhild, 3263
Werner, Lael, 99
Werner, Nikos, 696, 698, 1177, 2379, 3572
Wernet, Peter, 1141
Wernovsky, Gil, 3541
Wessel, Armin, 3633
Wessel, David L, 2876, 2890
Wessel, Timothy R, 1685, 2445, 3441, 3620, 3792
Wessely, Rainer, 773, 1832
West, Matthew B, 1130
West, Mike, 3799
West, Teena, 3291
Westenberg, Jos J, 2738
Westendorp, Bart, 1420
Westerhof, Nico, 522
Westerhout, Cynthia M, 2513, 2523
Westermann, Dirk, 1090, 1459, 2963, 3641
Westfall, Amanda, 2147
Westfall, Margaret V, 226, 1537
Westheim, Arne, 1758
Westin-Eriksson, Annika, 1182
Westlake, Cheryl, 3415
Westlake, Cheryl A, 1966
Weston, Susan A, 3059, 3719
Wettwer, Erich, 611
Wexler, Dov, 1200
Weyand, Cornelia M, 1186, 1187
Weyand, Michael, 1286
Weyrich, Andrew, 345
Whalin, Matthew K, 1455
Whalley, Gillian A, 3365
Whang, Brian, 315, 320, 651, 794, 814, 816
Whang, William, 3604
Wharton, J M, 3100, 3245

Wharton, J Marcus, 3357
Wharton, Thomas P, 1979
Wheatcroft, Stephen, 416
Wheatcroft, Stephen B, 162
Wheeler, Michael B, 72
Whelton, Paul K, 3588, 3613
Whisnant, Jack P, 3680
Whitbourn, Robert, 1804, 2623, 3502, 3852
White, Anthony R, 378
White, Audrey, 3284
White, C. M, 2907
White, C. Michael, 3268
White, C. Roger, 993, 1167
White, Charles, 1194, 2546
White, Christopher J, 2851, 2998
White, Harvey, 2682, 2985
White, Harvey D, 1720
White, Jennifer K, 3108
White, Linda W, 3084
White, Melanie, 1540
White, Richard D, 1783, 1911
White, Roger D, 2136
White, Thomas E, 2982
White-Williams, C, 3237
Whiteheart, Sidney W, 349
Whiting, Bryant M, 3424
Whitlow, Patrick L, 2068, 3496
Whitman, Donna, 1817
Whitmore, Harry, 1392
Whitney, Edwin J, 3785
Whittaker, Peter, 309, 1428
Whyte, Greg, 3366
Wians, Frank H Jr, 3654
Wichmann, H.-Erich, 1101, 1103
Wichter, Thomas, 1737, 1782
Wickline, Samuel A, 1284, 1463
Wiebers, David O, 3680
Wieczorek, David F, 455
Wiedemann, Michael, 2692
Wiegand, Stanley, 771
Wiegand, Uwe K, 1645
Wiegers, Susan E, 2655
Wieland, Thomas, 913
Wielanser, Christoph, 3826
Wienbergen, Harm, 2916
Wieneke, Heinrich, 1824
Wiener, Isaac, 1870
Wier, W. G, 792
Wiesfeld, Ans C, 3255, 3428
Wiesmann, Frank, 2664, 3793
Wiethoff, Andrea J, 3180
Wiggins, S. Scott, 3246
Wight, Thomas N, 1020
Wight, Tom, 2383
Wijeysundera, Duminda, 2373
Wijfels, Maurits C, 2019
Wijns, William, 318, 1555, 2469, 3006, 3009, 3011, 3398, 3437
Wik, Lars, 2139
Wiklund, Olov, 1348
Wikstrand, John, 3648
Wikström, G, 1732
Wikström, Johannes, 591, 1785
Wilber, David J, 1869, 2530
Wilcox, Josiah H, 1423
Wilcox, Robert, 2863
Wildberger, Joachim Ernst, 2284, 2450
Wilde, Arthur, 1101
Wilde, Arthur A, 1254, 1105, 1735, 1741, 2893, 3208
Wilders, Ronald, 73
Wildman, Rachel P, 3613, 3740
Wilensky, Michael, 2468
Wilensky, Robert, 3187, 3189
Wilensky, Robert L, 1677, 1702, 1936, 2866, 3267, 3508
Wilhelm, Francois, 683
Wiliams, Richard V, 2076
Wilke, Andreas, 2424
Wilkie, Benjamin, 32
Wilkins, Martin R, 79, 1418
Wilkins-Haug, Louise E, 1929
Wilkinson, James, 2631

Wilkoff, Bruce L, 1648, 1783, 3353
Will, Melissa L, 3515
Willecke, Klaus, 720
Willems, Stephan, 1668, 2527, 2708
Willenbockel, Christian, 1095, 1421
Willenbrock, Roland, 800
Willenheimer, Ronnie, 3796
Willerson, James T, 549, 653, 892
Willett, DuWayne, 3709
Willett, Walter, 3562
Willett, Walter C, 3582, 3591, 3604, 3739, 3775
Willette, Robert N, 1158
Willey, Vincent J, 3708
William, Maged, 932
Williams, Alan J, 472
Williams, Dale, 3655
Williams, David, 53, 2070, 3187, 3189
Williams, David L, 1303
Williams, David O, 1702, 3397
Williams, G, 2503, 3359
Williams, G. Melville, 2095
Williams, Gordon H, 89, 2043
Williams, Ismee A, 2483
Williams, Jeff T, 3818
Williams, Jill, 3596
Williams, Kathryn, 2435
Williams, Ken, 3854
Williams, Kevin J, 3435
Williams, Lynne, 3146
Williams, Matthew L, 41, 1987, 2732
Williams, Monica, 3783
Williams, Paul T, 3782
Williams, R. Sanders, 1372, 1379
Williams, Randy, 2515
Williams, Richard V, 1838, 2077
Williams, Ronald B, 1719, 2661, 2962
Williams, Simon C, 621, 930
Williams, Steve, 416
Williams, Stuart K, 902
Williams, Todd A, 1463
Williams, Ursula, 2391, 3318
Williams, William, 3411
Williams, William G, 2482
Williamson, Jeff D, 3580
Willott, Ruth, 57
Willoughby, Scott, 3261
Wilmore, Jack H, 435
Wilson, Alan C, 2042, 3831
Wilson, Amanda, 3233
Wilson, Andrew, 3634, 3852
Wilson, Anthony, 3634, 3852
Wilson, David, 3790
Wilson, Hadley, 2322
Wilson, Kate, 1430
Wilson, Lance D, 461
Wilson, Neil, 3024
Wilson, Peter W, 3581, 375, 3527, 3583, 3746, 3761
Windecker, Stephan, 2626, 2875, 3011
Wingate, Suzanne J, 2973
Wink, David A, 142
Winkelmann, Bernhard R, 558
Winkelmann, Kim, 125, 1536
Winkler, Karl, 558
Winkler, Ralf, 2916
Winnier, Deidre A, 3818
Winowich, Stephen, 2931
Winowich, Steve, 2713
Winter, Patrick M, 1463
Wintermantel, Erich, 1832
Winters, Stephen L, 2901, 2902
Wintersperger, Bernd J, 1554
Wisdom, Paul, 428
Wissing, Karl Martin, 3368
Wit, Andrew, 1526
Witasick, Piotr, 708
Witkowski, Piotr P, 1097
Witt, Christian, 3025
Witt, Sandra, 3543
Witt, Sandra A, 1724
Witt, Tyra A, 697
Witters, Lee A, 1549
Wittkowski, Knut M, 3332

Witzenbichler, Bernhard, 1459
Witzke, Christian, 714
Witztum, Joseph, 247
Witztum, Joseph L, 870
Wiviott, Stephen D, 2340, 3222
Wiviott, Steven D, 2124, 3233, 3848
Wnendt, Stephan, 1558
Wodnicki, Jan, 2795
Wofe, Matthew J, 2584
Wöhrle, Jochen, 1818
Wojakowski, Wojciech, 238, 1143
Wojcik, Kimberly, 1637
Wojnicz, Romuald, 2795
Wojnowski, Leszek, 3730
Wojta, Johann, 3257
Wojta, Johannes, 1157
Wolak, Arik, 3073
Wolf, Christopher J, 1794
Wolf, Cordula M, 1108
Wolf, David, 1199, 1441
Wolf, Jean-Pierre, 3064
Wolf, Matthew J, 1222
Wolfe, Megan, 242
Wolfe, Megan L, 684, 3439
Wolfe, Robert R, 1835
Wolfe, Rory, 3606
Wolfel, Eugene E, 2714
Wolfert, Robert L, 1477, 3786
Wolfram, Roswitha, 1497
Wolfram, Roswitha M, 3003
Wolgemuth, Debra J, 811, 2090
Wolin, Michael S, 700, 1195, 1236
Wolinski, David, 3473
Wolinsky, Claire, 771
Wolk, Robert, 2058
Wolkowicz, Paul, 1136
Wollert, Kai C, 127, 1095, 1145, 1148, 1421, 2051
Wolpert, Christian, 1106, 2346
Wolska, Beata M, 1085
Woltera, Sander C, 2053
Wolzt, Michael, 1157
Women''s Health Initiative Research Group, for the, 3570
Wong, Amy J, 1050
Wong, Cindy W, 179
Wong, Jack, 1393
Wong, Johnny, 218
Wong, K K, 1584
Wong, K.K., 1583
Wong, Kenneth Y, 2697
Wong, Louise, 875
Wong, Michele H, 844
Wong, Nathan, 2613
Wong, Nathan D, 2441, 3164, 3682, 3683, 3838
Wong, Philip, 445
Wong, Pierre C, 2083
Wong, S C, 2518, 3066
Wong, S. C, 1923, 2461
Wong, S. Chiu, 3015, 3716
Wong, Shing Chiu, 1702
Wong, Tony, 845
Woo, Jean L, 3765
Woo, Kam S, 3765
Woo, Mary A, 3422
Woo, Y. J, 1886, 1993
Wood, Katherine C, 667
Wood, Mark A, 1656, 1896, 3242
Woodard, Pamela K, 1909
Woodard, Sarah, 5
Woodiwiss, Angela, 2262
Woodrum, Julie E, 1489
Woods, Christopher, 2640
Woods, David, 111
Woodward, Mark, 3784
Woolson, Robert F, 2372
Word, Ruth A, 701
Worldwide WAVE Study Investigators, for the, 1650
the working group of cardiac rehabili, on behalf of, Error In Author- Please Check3823
Worral-Carter, Linda, 3417
Worrall-Carter, Linda, 3420

Liquidia's Exhibit 1113
Page 6



Robert Minn
Associate
Cooley LLP
3175 Hanover Street
Palo Alto,
CA 94304-1130
USA

4th December 2021

Dear Robert

"Abstract Title: Supplement titled *Abstracts from Scientific Sessions* of Volume 110, Number 17 of the journal *Circulation* containing the abstract "Inhaled treprostinil sodium for the treatment of pulmonary hypertension" by Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Galf, Tobias Gessler, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Warner Seeger, and Horst Olschewski (October 2004)
In Issue Volume 110, Number 17
Title: Circulation.
Contributor: American Heart Association.
Subjects: Cardiology -- Periodicals; Cardiovascular system -- Periodicals;
Dewey: 616.1
Shelf mark(s): Science, Technology & Business (P) GU 66 -E(2)
Document Supply 3265.200000
UIN: BLL01009549936".

According to our records, this item was receipted by The British Library on 19th November 2004, and it would have been available for public use from that date.

A scan of the cover pages showing the date stamp on page three indicating the date of availability, title page and contents pages have been attached.

Please note that we can only provide the date that the British Library made this item available for public use; for the actual date of publication, please contact the publisher.

Yours sincerely

**Ms S Rampersad**



### PUBLIC AVAILABILITY DATE REQUEST

| | |
|---|---|
| **Customer name** | Robert Minn |
| **Organisation** | Cooley LLP |
| **Our reference** | 210114 |
| **Customer reference** | |
| **Price** | £90.00 |
| **Item** | Supplement titled *Abstracts from Scientific Sessions* of Volume 110, Number 17 of the journal *Circulation* containing the abstract "Inhaled treprostinil sodium for the treatment of pulmonary hypertension" by Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Galf, Tobias Gessler, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Warner Seeger, and Horst Olschewski (October 2004).<br><br>In Issue Volume 110, Number 17<br><br>Title: Circulation.<br>Contributor: American Heart Association.<br>Other Titles: Abbreviated Title: Circulation<br>Key Title: Circulation<br>Subjects: Cardiology -- Periodicals; Cardiovascular system -- Periodicals; Dewey: 616.1<br>Shelf mark(s): Science, Technology & Business (P) GU 66 -E(2)<br>Document Supply 3265.200000<br>UIN: BLL01009549936 |



**NIH** National Library of Medicine
National Center for Biotechnology Information

Log in

**PubMed**.gov

"Cardiovascular Diseases" AND "Cardiovascular System" AND "cardiology"　✕　**Search**

Advanced　Create alert　Create RSS　　　　　　　　　　　　　　User Guide

Save　Email　Send to　　　　　　　　Sorted by: Best match　Display options ⚙

MY NCBI FILTERS 🔗

RESULTS BY YEAR

⤢　⤓ Reset

1958　　　　2006

TEXT AVAILABILITY

☐ Abstract
☐ Free full text
☐ Full text

ARTICLE ATTRIBUTE

☐ Associated data

ARTICLE TYPE

☐ Books and Documents
☐ Clinical Trial

252 results　　　　　　　　　　《 ‹ Page 1 of 26 › 》

*1 article found by citation matching*

Consensus Report on Diagnosis, Treatment and Prevention of Infective Endocarditis by Turkish Society of Cardiovascular Surgery (TSCVS), Turkish Society of Clinical Microbiology and Infectious Diseases (KLIMIK), Turkish Society of Cardiology (TSC), Turkish Society of Nuclear Medicine (TSNM), Turkish Society of Radiology (TSR), Turkish Dental Association (TDA) and Federation of Turkish Pathology Societies (TURKPATH) Cardiovascular System Study Group.

Şimşek-Yavuz S, et al. Turk Gogus Kalp Damar Cerrahisi Derg. 2020. PMID: 32175140 Free PMC article.

☐　Angiotensin II cell signaling: physiological and pathological effects in the **cardiovascular system**.

1

Cite　Mehta PK, Griendling KK.

Share　Am J Physiol Cell Physiol. 2007 Jan;292(1):C82-97. doi: 10.1152/ajpcell.00287.2006. Epub 2006 Jul 26.
PMID: 16870827　**Free article.**　Review.
The renin-angiotensin **system** is a central component of the physiological and pathological responses of **cardiovascular system**. ...This review focuses on the structure and function of AT(1) receptors and the major signaling mechanisms by which angiotensin influ ...

☐　Erythropoietin in heart failure and other **cardiovascular diseases**: hematopoietic

2　　and pleiotropic effects.

Liquidia's Exhibit 1117
Page 1

**COVID-19 Information**

Public health information (CDC)

Research information (NIH)

SARS-CoV-2 data (NCBI)

Prevention and treatment information (HHS)

Español

---

252 results

≪  ‹  Page 1 of 26  ›  ≫

*1 article found by citation matching*

Consensus Report on Diagnosis, Treatment and Prevention of Infective Endocarditis by Turkish Society of Cardiovascular Surgery (TSCVS), Turkish Society of Clinical Microbiology and Infectious Diseases (KLIMIK), Turkish Society of Cardiology (TSC), Turkish Society of Nuclear Medicine (TSNM), Turkish Society of Radiology (TSR), Turkish Dental Association (TDA) and Federation of Turkish Pathology Societies (TURKPATH) Cardiovascular System Study Group.

PMID: 32175140 Free PMC article.

1 Angiotensin II cell signaling: physiological and pathological effects in the **cardiovascular system**.

Mehta PK, Griendling KK.

Am J Physiol Cell Physiol. 2007 Jan;292(1):C82-97. doi: 10.1152/ajpcell.00287.2006. Epub 2006 Jul 26.

PMID: 16870827 Free article. Review.

2 Erythropoietin in heart failure and other **cardiovascular diseases**: hematopoietic and pleiotropic effects.

Manolis AS, Tzeis S, Triantafyllou K, Michaelidis J, Pyrros I, Sakellaris N, Kranidis A, Melita H.

Curr Drug Targets Cardiovasc Haematol Disord. 2005 Oct;5(5):355-75. doi: 10.2174/156800605774370326.

PMID: 16248829 Review.

3 Thyrotoxicosis and the **cardiovascular system**.

Roffi M, Cattaneo F, Brandle M.

Minerva Endocrinol. 2005 Jun;30(2):47-58.

PMID: 15988401 Review.

4 Endothelin receptor antagonists and **cardiovascular diseases** of aging.

Love MP, McMurray JJ.

Drugs Aging. 2001;18(6):425-40. doi: 10.2165/00002512-200118060-00005.

PMID: 11419917 Review.

5 Hormone replacement therapy and the **cardiovascular system** lessons learned and unanswered questions.

Ouyang P, Michos ED, Karas RH.

J Am Coll Cardiol. 2006 May 2;47(9):1741-53. doi: 10.1016/j.jacc.2005.10.076. Epub 2006 Apr 17.

PMID: 16682298 Free article. Review.

6 Thyrotoxicosis and the **cardiovascular system**: subtle but serious effects.

Roffi M, Cattaneo F, Topol EJ.

Cleve Clin J Med. 2003 Jan;70(1):57-63. doi: 10.3949/ccjm.70.1.57.

PMID: 12549727 Free article. Review.

7 Transforming growth factor beta and **cardiovascular diseases**: the other facet of the 'protective cytokine'.

Dabek J, Kułach A, Monastyrska-Cup B, Gasior Z.

Pharmacol Rep. 2006 Nov-Dec;58(6):799-805.

Liquidia's Exhibit 1117
Page 2

PMID: 17220537 Free article. Review.

8  Hormones of the **Cardiovascular System**.

Hall ME, Yanes L, Long RC, Koch CA.

2015 Feb 6. In: Feingold KR, Anawalt B, Boyce A, Chrousos G, de Herder WW, Dhatariya K, Dungan K, Hershman JM, Hofland J, Kalra S, Kaltsas G, Koch C, Kopp P, Korbonits M, Kovacs CS, Kuohung W, Laferrère B, Levy M, McGee EA, McLachlan R, Morley JE, New M, Purnell J, Sahay R, Singer F, Sperling MA, Stratakis CA, Trence DL, Wilson DP, editors. Endotext [Internet]. South Dartmouth (MA): MDText.com, Inc.; 2000–.

PMID: 25905321 Free Books & Documents. Review.

9  [Diabetes mellitus in **cardiology** practice in Spain. Survey by the Working Group on Heart and Diabetes regarding the importance of diabetes mellitus in relation with other **cardiovascular diseases**].

Palma Gámiz JL, Hernández Madrid A, Bertomeu Martínez V, González-Juanatey JR, López García-Aranda V, Calderón Montero A, Alegría Ezquerra E, Cadierno Carpintero M; Grupo de Trabajo de Corazón y Diabetes de la Sociedad Española de Cardiología.

Rev Esp Cardiol. 2004 Jul;57(7):661-6.

PMID: 15274851 Free article. Spanish.

10  Depression, anxiety, and the **cardiovascular system**: the cardiologist's perspective.

Sheps DS, Sheffield D.

J Clin Psychiatry. 2001;62 Suppl 8:12-6; discussion 17-8.

PMID: 12108816 Review.

Page 2

11  The protective effects of estrogen on the **cardiovascular system**.

Mendelsohn ME, Karas RH.

N Engl J Med. 1999 Jun 10;340(23):1801-11. doi: 10.1056/NEJM199906103402306.

PMID: 10362825 Review. No abstract available.

12  Role of sympathetic nervous **system** in hypertension and effects of **cardiovascular** drugs.

Noll G, Wenzel RR, Binggeli C, Corti C, Lüscher TF.

Eur Heart J. 1998 Jun;19 Suppl F:F32-8.

PMID: 9651733 Review.

13  Xanthine oxidoreductase and **cardiovascular** disease: molecular mechanisms and pathophysiological implications.

Berry CE, Hare JM.

J Physiol. 2004 Mar 16;555(Pt 3):589-606. doi: 10.1113/jphysiol.2003.055913. Epub 2003 Dec 23.

PMID: 14694147 Free PMC article. Review.

14  Tetrahydrobiopterin and **cardiovascular** disease.

Moens AL, Kass DA.

Arterioscler Thromb Vasc Biol. 2006 Nov;26(11):2439-44. doi: 10.1161/01.ATV.0000243924.00970.cb. Epub 2006 Aug 31.

PMID: 16946131 Review.

15  Mineralocorticoids and **cardiovascular diseases**. Status of knowledge from experimental and clinical studies.

Pasquale PD, Stefano GD, Paterna S.

Ital Heart J. 2000 Sep;1(9):595-604.

PMID: 11130838 Review.

16  **Cardiology** and AIDS--HAART and the consequences.

Hoffmann C, Jaeger H.

Ann N Y Acad Sci. 2001 Nov;946:130-44. doi: 10.1111/j.1749-6632.2001.tb03908.x.

PMID: 11762982 Review.

17  Human gene therapy and imaging: **cardiology**.

Wu JC, Yla-Herttuala S.

Eur J Nucl Med Mol Imaging. 2005 Dec;32 Suppl 2:S346-57. doi: 10.1007/s00259-005-1897-6.

Liquidia's Exhibit 1117
Page 3

PMID: 16096829 Review.

18  **Cardiovascular** physiology-changes with aging.

Cheitlin MD.

Am J Geriatr Cardiol. 2003 Jan-Feb;12(1):9-13. doi: 10.1111/j.1076-7460.2003.01751.x.

PMID: 12502909 Review.

19  Adiponectin actions in the **cardiovascular system**.

Hopkins TA, Ouchi N, Shibata R, Walsh K.

Cardiovasc Res. 2007 Apr 1;74(1):11-8. doi: 10.1016/j.cardiores.2006.10.009. Epub 2006 Oct 20.

PMID: 17140553 Free PMC article. Review.

20  Depression and **cardiovascular** disease: mechanisms of interaction.

Joynt KE, Whellan DJ, O'Connor CM.

Biol Psychiatry. 2003 Aug 1;54(3):248-61. doi: 10.1016/s0006-3223(03)00568-7.

PMID: 12893101 Review.

Page 3

21  Hyperglycaemia and its relation to **cardiovascular** morbidity and mortality: has it been resolved?

Yosefy C.

Acta Diabetol. 2003 Dec;40 Suppl 2:S380-8. doi: 10.1007/s00592-003-0124-9.

PMID: 14704873 Review.

22  The controversy over advanced **cardiovascular** imaging: relative roles of radiologists, cardiologists, and other physicians in CT and MRI of the **cardiovascular system**.

Levin DC, Rao VM, Frangos AJ, Parker L, Sunshine JH.

J Am Coll Radiol. 2006 Jan;3(1):16-8. doi: 10.1016/j.jacr.2005.09.014.

PMID: 17412000

23  **Cardiovascular** disease in athletes.

Vasamreddy CR, Ahmed D, Gluckman TJ, Blumenthal RS.

Clin Sports Med. 2004 Jul;23(3):455-71, x. doi: 10.1016/j.csm.2004.02.002.

PMID: 15262382 Review.

24  Extracellular matrix and **cardiovascular diseases**.

Ju H, Dixon IM.

Can J Cardiol. 1996 Dec;12(12):1259-67.

PMID: 8987966 Review.

25  Physical activity and **cardiovascular** health. NIH Consensus Development Panel on Physical Activity and **Cardiovascular** Health.

[No authors listed]

JAMA. 1996 Jul 17;276(3):241-6.

PMID: 8667571 Review.

26  Interfaces of psychopharmacology and **cardiology**--part one.

Risch SC, Groom GP, Janowsky DS.

J Clin Psychiatry. 1981 Jan;42(1):23-34.

PMID: 6109716 Review.

27  The DD-ACE genotype and **cardiovascular** disease.

Butler R.

Pharmacogenomics. 2000 May;1(2):153-67. doi: 10.1517/14622416.1.2.153.

PMID: 11256587 Review.

Liquidia's Exhibit 1117
Page 4

28  Proteomics: state of the art and its application in **cardiovascular** research.

Scobioala S, Klocke R, Michel G, Kuhlmann M, Nikol S.

Curr Med Chem. 2004 Dec;11(24):3203-18. doi: 10.2174/0929867043363767.

PMID: 15579008 Review.

29  **Cardiovascular** effects of air pollution: what to measure in ECG?

Zareba W, Nomura A, Couderc JP.

Environ Health Perspect. 2001 Aug;109 Suppl 4(Suppl 4):533-8. doi: 10.1289/ehp.01109s4533.

PMID: 11544159 Free PMC article. Review.

30  [Evaluation of the effects of occupational noxae on the **cardiovascular system**].

Muzi G, Locati EH, Murgia N, Ambrosio G, Abbritti G.

Med Lav. 2004 Mar-Apr;95(2):145-57.

PMID: 15218747 Review. Italian.

Page 4

31  Nitric oxide and oxidative stress in **cardiovascular** aging.

Raju SV, Barouch LA, Hare JM.

Sci Aging Knowledge Environ. 2005 May 25;2005(21):re4. doi: 10.1126/sageke.2005.21.re4.

PMID: 15917507 Review.

32  **Cardiovascular** complications of cocaine.

Om A.

Am J Med Sci. 1992 May;303(5):333-9. doi: 10.1097/00000441-199205000-00014.

PMID: 1533749 Review.

33  Congenital defects of the **cardiovascular system** of dogs: studies in comparative **cardiology**.

Patterson DF.

Adv Vet Sci Comp Med. 1976;20:1-37.

PMID: 795284 Review. No abstract available.

34  Clinical implications of obesity with specific focus on **cardiovascular** disease: a statement for professionals from the American Heart Association Council on Nutrition, Physical Activity, and Metabolism: endorsed by the American College of **Cardiology** Foundation.

Klein S, Burke LE, Bray GA, Blair S, Allison DB, Pi-Sunyer X, Hong Y, Eckel RH; American Heart Association Council on Nutrition, Physical Activity, and Metabolism.

Circulation. 2004 Nov 2;110(18):2952-67. doi: 10.1161/01.CIR.0000145546.97738.1E. Epub 2004 Oct 27.

PMID: 15509809

35  Cardiotoxicity induced by chemotherapy and antibody therapy.

Yeh ET.

Annu Rev Med. 2006;57:485-98. doi: 10.1146/annurev.med.57.121304.131240.

PMID: 16409162 Review.

36  **Cardiovascular** effects of cocaine abuse.

Das G.

Int J Clin Pharmacol Ther Toxicol. 1993 Nov;31(11):521-8.

PMID: 8294163 Review.

37  Advanced glycation endproduct crosslinking in the **cardiovascular system**: potential therapeutic target for **cardiovascular** disease.

Zieman SJ, Kass DA.

Drugs. 2004;64(5):459-70. doi: 10.2165/00003495-200464050-00001.

PMID: 14977384 Review.

38  Alcohol and the heart. The long-term effects of alcohol on the **cardiovascular system**.

Liquidia's Exhibit 1117
Page 5

Moushmoush B, Abi-Mansour P.

Arch Intern Med. 1991 Jan;151(1):36-42. doi: 10.1001/archinte.151.1.36.

PMID: 1985607 Review. No abstract available.

39  L-arginine in **cardiovascular** disease: dream or reality?

Tousoulis D, Antoniades C, Tentolouris C, Goumas G, Stefanadis C, Toutouzas P.

Vasc Med. 2002 Aug;7(3):203-11. doi: 10.1191/1358863x02vm434ra.

PMID: 12553744 Review.

40  Obesity--a critical issue in preventive **cardiology**: the Bogalusa Heart Study.

Berenson GS.

Prev Cardiol. 2005 Fall;8(4):234-41; quiz 242-3. doi: 10.1111/j.0197-3118.2005.04485.x.

PMID: 16230878 Free article. Review.

Page 5

41  Thyroid disease and its treatment: short-term and long-term **cardiovascular** consequences.

Osman F, Gammage MD, Franklyn JA.

Curr Opin Pharmacol. 2001 Dec;1(6):626-31. doi: 10.1016/s1471-4892(01)00107-2.

PMID: 11757819 Review.

42  Trends in genomic analysis of the **cardiovascular system**.

Moldovan L, Moldovan NI.

Arch Pathol Lab Med. 2002 Mar;126(3):310-6. doi: 10.5858/2002-126-0310-TIGAOT.

PMID: 11860305 Review.

43  Molecular biology of angiotensin receptors and their role in human **cardiovascular** disease.

Regitz-Zagrosek V, Neuss M, Holzmeister J, Warnecke C, Fleck E.

J Mol Med (Berl). 1996 May;74(5):233-51. doi: 10.1007/BF00196577.

PMID: 8773261 Review.

44  Pathophysiologic role of the renin-angiotensin-aldosterone and sympathetic nervous systems in heart failure.

Adams KF Jr.

Am J Health Syst Pharm. 2004 May 1;61 Suppl 2:S4-13. doi: 10.1093/ajhp/61.suppl_2.S4.

PMID: 15160833 Review.

45  Technology insight: hand-carried ultrasound cardiac assessment--evolution, not revolution.

Kimura BJ, DeMaria AN.

Nat Clin Pract Cardiovasc Med. 2005 Apr;2(4):217-23; quiz 224. doi: 10.1038/ncpcardio0154.

PMID: 16265486 Review.

46  Protective effects of estrogen on the **cardiovascular system**.

Mendelsohn ME.

Am J Cardiol. 2002 Jun 20;89(12A):12E-17E; discussion 17E-18E. doi: 10.1016/s0002-9149(02)02405-0.

PMID: 12084397 Review.

47  **Cardiovascular** effects of secondhand smoke: nearly as large as smoking.

Barnoya J, Glantz SA.

Circulation. 2005 May 24;111(20):2684-98. doi: 10.1161/CIRCULATIONAHA.104.492215.

PMID: 15911719 Review.

48  The roles of proteinase-activated receptors in the vascular physiology and pathophysiology.

Hirano K.

Arterioscler Thromb Vasc Biol. 2007 Jan;27(1):27-36. doi: 10.1161/01.ATV.0000251995.73307.2d. Epub 2006 Nov 9.

PMID: 17095716 Review.

Liquidia's Exhibit 1117
Page 6

49   **Cardiovascular** effects of ephedra alkaloids: a comprehensive review.
Andraws R, Chawla P, Brown DL.
Prog Cardiovasc Dis. 2005 Jan-Feb;47(4):217-25. doi: 10.1016/j.pcad.2004.07.006.
PMID: 15991150 Review.

50   **Cardiovascular** causes of airway compression.
Kussman BD, Geva T, McGowan FX.
Paediatr Anaesth. 2004 Jan;14(1):60-74. doi: 10.1046/j.1460-9592.2003.01192.x.
PMID: 14717876 Review.

Page 6

51   Disasters and the heart: a review of the effects of earthquake-induced stress on **cardiovascular** disease.
Kario K, McEwen BS, Pickering TG.
Hypertens Res. 2003 May;26(5):355-67. doi: 10.1291/hypres.26.355.
PMID: 12887126 Review.

52   Establishing a cardiac MRI program: problems, pitfalls, expectations.
Atalay MK.
J Am Coll Radiol. 2005 Sep;2(9):740-8. doi: 10.1016/j.jacr.2005.02.002.
PMID: 17411921 Review.

53   Endoxin:a major factor regulating **cardiovascular system**.
Ke YS.
Acta Pharmacol Sin. 2001 Mar;22(3):201-9.
PMID: 11742565 Review.

54   Systems biology approaches to metabolic and **cardiovascular** disorders: network perspectives of **cardiovascular** metabolism.
Weiss JN, Yang L, Qu Z.
J Lipid Res. 2006 Nov;47(11):2355-66. doi: 10.1194/jlr.R600023-JLR200. Epub 2006 Aug 31.
PMID: 16946414 Review.

55   Coxibs and heart disease: what we have learned and what else we need to know.
Zarraga IG, Schwarz ER.
J Am Coll Cardiol. 2007 Jan 2;49(1):1-14. doi: 10.1016/j.jacc.2006.10.003. Epub 2006 Dec 13.
PMID: 17207715 Review.

56   Exercise assessment of transgenic models of human **cardiovascular** disease.
Bernstein D.
Physiol Genomics. 2003 May 13;13(3):217-26. doi: 10.1152/physiolgenomics.00188.2002. Epub 2003 May 13.
PMID: 12746466 Review.

57   **Cardiovascular** effects of coffee: is it a risk factor?
Sudano I, Binggeli C, Spieker L, Lüscher TF, Ruschitzka F, Noll G, Corti R.
Prog Cardiovasc Nurs. 2005 Spring;20(2):65-9. doi: 10.1111/j.0889-7204.2005.02477.x.
PMID: 15886549 Review.

58   **Cardiovascular** manifestations of hypertension in children.
Finta KM.
Pediatr Clin North Am. 1993 Feb;40(1):51-9. doi: 10.1016/s0031-3955(16)38480-2.
PMID: 8417409 Review.

59   The pathogenesis of **cardiovascular** disease: role of the endothelium as a target and mediator.
Lüscher TF, Noll G.
Atherosclerosis. 1995 Dec;118 Suppl:S81-90.

PMID: 8821468 Review.

60   Effects of excess calcium load on the **cardiovascular system** measured with electron beam tomography in end-stage renal disease.

Raggi P.

Nephrol Dial Transplant. 2002 Feb;17(2):332-5. doi: 10.1093/ndt/17.2.332.

PMID: 11812901 Review.

Page 7

61   Benefits, adverse effects and drug interactions of herbal therapies with **cardiovascular** effects.

Valli G, Giardina EG.

J Am Coll Cardiol. 2002 Apr 3;39(7):1083-95. doi: 10.1016/s0735-1097(02)01749-7.

PMID: 11923030 Free article. Review.

62   What has been learned about the **cardiovascular** effects of matrix metalloproteinases from mouse models?

Janssens S, Lijnen HR.

Cardiovasc Res. 2006 Feb 15;69(3):585-94. doi: 10.1016/j.cardiores.2005.12.010. Epub 2006 Jan 19.

PMID: 16426591 Review.

63   Effect of dark chocolate on arterial function in healthy individuals: cocoa instead of ambrosia?

Vlachopoulos C, Alexopoulos N, Stefanadis C.

Curr Hypertens Rep. 2006 Jun;8(3):205-11. doi: 10.1007/s11906-006-0052-5.

PMID: 17147918 Review.

64   Interfaces of psychopharmacology and **cardiology**--Part two.

Risch SC, Groom GP, Janowsky DS.

J Clin Psychiatry. 1981 Feb;42(2):47-59.

PMID: 6109718 Review.

65   Secondhand smoke as an acute threat for the **cardiovascular system**: a change in paradigm.

Raupach T, Schäfer K, Konstantinides S, Andreas S.

Eur Heart J. 2006 Feb;27(4):386-92. doi: 10.1093/eurheartj/ehi601. Epub 2005 Oct 17.

PMID: 16230308 Review.

66   **Cardiovascular** drugs: adenosine role in coronary syndromes and percutaneous coronary interventions.

Rosales OR, Eades B, Assali AR.

Catheter Cardiovasc Interv. 2004 Jul;62(3):358-63. doi: 10.1002/ccd.20079.

PMID: 15224305 Review.

67   Vasopeptidase inhibitors: a new therapeutic concept in **cardiovascular** disease?

Corti R, Burnett JC Jr, Rouleau JL, Ruschitzka F, Lüscher TF.

Circulation. 2001 Oct 9;104(15):1856-62. doi: 10.1161/hc4001.097191.

PMID: 11591626 Review.

68   The atrial natriuretic peptide: a changing view.

Rubattu S, Volpe M.

J Hypertens. 2001 Nov;19(11):1923-31. doi: 10.1097/00004872-200111000-00001.

PMID: 11677356 Review.

69   A modular numerical model of the **cardiovascular system** for studying and training in the field of **cardiovascular** physiopathology.

Ferrari G, De Lazzari C, Mimmo R, Tosti G, Ambrosi D.

J Biomed Eng. 1992 Mar;14(2):91-107. doi: 10.1016/0141-5425(92)90014-c.

PMID: 1564928

Liquidia's Exhibit 1117
Page 8

70  **Cardiovascular** effects of the thiazolidinediones.

Qayyum R, Schulman P.

Diabetes Metab Res Rev. 2006 Mar-Apr;22(2):88-97. doi: 10.1002/dmrr.596.

PMID: 16184618 Review.

Page 8

71  Sex dimorphism in cardiac pathophysiology: experimental findings, hormonal mechanisms, and molecular mechanisms.

Du XJ, Fang L, Kiriazis H.

Pharmacol Ther. 2006 Aug;111(2):434-75. doi: 10.1016/j.pharmthera.2005.10.016. Epub 2006 Jan 24.

PMID: 16439025 Review.

72  Comparative tolerability of contrast media used for coronary interventions.

Esplugas E, Cequier A, Gomez-Hospital JA, Jara F.

Drug Saf. 2002;25(15):1079-98. doi: 10.2165/00002018-200225150-00003.

PMID: 12452733 Review.

73  [Gene therapy in **cardiology**].

Jay D.

Arch Cardiol Mex. 2002 Jan-Mar;72 Suppl 1:S91-4.

PMID: 12001880 Review. Spanish.

74  Heart rate lowering by inhibition of the pacemaker current: a new therapeutic perspective in **cardiovascular** disease.

Dilaveris P, Giannopoulos G, Synetos A, Gatzoulis K, Stefanadis C.

Cardiovasc Hematol Agents Med Chem. 2006 Oct;4(4):313-8. doi: 10.2174/187152506778520709.

PMID: 17073608 Review.

75  Should progestins be blamed for the failure of hormone replacement therapy to reduce **cardiovascular** events in randomized controlled trials?

Koh KK, Sakuma I.

Arterioscler Thromb Vasc Biol. 2004 Jul;24(7):1171-9. doi: 10.1161/01.ATV.0000131262.98040.65. Epub 2004 May 6.

PMID: 15130916 Review.

76  Novel NAD(P)H oxidases in the **cardiovascular system**.

Griendling KK.

Heart. 2004 May;90(5):491-3. doi: 10.1136/hrt.2003.029397.

PMID: 15084538 Free PMC article. Review. No abstract available.

77  [Echocardiographic assessment of heart failure].

Kodama M, Toma Y, Matsuzaki M.

Nihon Rinsho. 1993 May;51(5):1233-40.

PMID: 8331791 Review. Japanese.

78  [Pathomorphologic changes in the sympathetic portion of the autonomic nervous **system** and **cardiovascular** pathology].

Shvalev VN.

Arkh Patol. 1999 May-Jun;61(3):50-2.

PMID: 10476350 Review. Russian.

79  **Cardiovascular** changes in thyroid disorder.

Gupta R, Varma Y, Yadav BS, Gupta R, Gupta S, Gupta N.

J Indian Med Assoc. 2006 Oct;104(10):574, 576-8.

PMID: 17380822 Review.

80  Atlas of pediatric nuclear **cardiology**: part I.

Sty JR.

Clin Nucl Med. 1980 Aug;5(8):373-86. doi: 10.1097/00003072-198008000-00011.

Liquidia's Exhibit 1117
Page 9

PMID: 6994977 Review.

81   Effects of cocaine and alcohol alone and in combination on **cardiovascular** performance in dogs.
Mehta MC, Jain AC, Billie M.
Am J Med Sci. 2002 Aug;324(2):76-83. doi: 10.1097/00000441-200208000-00006.
PMID: 12186111

82   Markers of inflammation and infection influence the outcome of patients with baseline asymptomatic carotid lesions: a 5-year follow-up study.
Corrado E, Rizzo M, Tantillo R, Muratori I, Bonura F, Vitale G, Novo S.
Stroke. 2006 Feb;37(2):482-6. doi: 10.1161/01.STR.0000198813.56398.14. Epub 2005 Dec 22.
PMID: 16373649

83   Applications of ultrasound in **cardiology** and **cardiovascular** physiology.
JOYNER CR Jr, REID JM.
Prog Cardiovasc Dis. 1963 Mar;5:482-97. doi: 10.1016/s0033-0620(63)80011-0.
PMID: 13965016 No abstract available.

84   Serial analysis of gene expression: technical considerations and applications to **cardiovascular** biology.
Patino WD, Mian OY, Hwang PM.
Circ Res. 2002 Oct 4;91(7):565-9. doi: 10.1161/01.res.0000036018.76903.18.
PMID: 12364383 Review.

85   Effect of dark chocolate on arterial function in healthy individuals.
Vlachopoulos C, Aznaouridis K, Alexopoulos N, Economou E, Andreadou I, Stefanadis C.
Am J Hypertens. 2005 Jun;18(6):785-91. doi: 10.1016/j.amjhyper.2004.12.008.
PMID: 15925737 Clinical Trial.

86   [Collaboration between the cardiologist and the occupational health physician needed for formulating the etiological diagnosis and the job fitness evaluation].
Alessio L, Dei Cas L.
Med Lav. 2004 Mar-Apr;95(2):98-103.
PMID: 15218740 Review. Italian.

87   Pro-fibrogenic effects of magnesium deficiency in the **cardiovascular system**.
Shivakumar K.
Magnes Res. 2002 Dec;15(3-4):307-15.
PMID: 12635886 Review.

88   Metformin and vascular protection: a cardiologist's view.
Libby P.
Diabetes Metab. 2003 Sep;29(4 Pt 2):6S117-20. doi: 10.1016/s1262-3636(03)72796-7.
PMID: 14502109 Review.

89   [Diabetes mellitus as a problem of modern **cardiology**].
Dzhakhangirov TSh.
Kardiologiia. 2005;45(10):55-61.
PMID: 16234772 Review. Russian.

90   Endothelins and endothelin receptor antagonists: therapeutic considerations for a novel class of **cardiovascular** drugs.
Lüscher TF, Barton M.
Circulation. 2000 Nov 7;102(19):2434-40. doi: 10.1161/01.cir.102.19.2434.
PMID: 11067800

Liquidia's Exhibit 1117
Page 10

91  Growth factor signal transduction defects in the **cardiovascular system**.
Waltenberger J.
Cardiovasc Res. 2005 Feb 15;65(3):574-80. doi: 10.1016/j.cardiores.2004.11.001.
PMID: 15664383 Review.

92  The role of erythropoietin in myocardial protection: potential mechanisms and applications.
Schwartzenberg S, Ben-Shoshan J, Keren G, George J.
Expert Rev Cardiovasc Ther. 2006 Jan;4(1):41-50. doi: 10.1586/14779072.4.1.41.
PMID: 16375627 Review.

93  The relative effects of progesterone and progestins in hormone replacement therapy.
Rosano GM, Sarais C, Zoncu S, Mercuro G.
Hum Reprod. 2000 Jun;15 Suppl 1:60-73. doi: 10.1093/humrep/15.suppl_1.60.
PMID: 10928419 Review.

94  Adiponectin, metabolic risk factors, and **cardiovascular** events among patients with end-stage renal disease.
Zoccali C, Mallamaci F, Tripepi G, Benedetto FA, Cutrupi S, Parlongo S, Malatino LS, Bonanno G, Seminara G, Rapisarda F, Fatuzzo P, Buemi M, Nicocia G, Tanaka S, Ouchi N, Kihara S, Funahashi T, Matsuzawa Y.
J Am Soc Nephrol. 2002 Jan;13(1):134-141. doi: 10.1681/ASN.V131134.
PMID: 11752030 Free article.

95  Therapeutic benefits of increasing natriuretic peptide levels.
Brunner-La Rocca HP, Kiowski W, Ramsay D, Sütsch G.
Cardiovasc Res. 2001 Aug 15;51(3):510-20. doi: 10.1016/s0008-6363(01)00302-9.
PMID: 11476741 Free article. Review.

96  Equine **cardiovascular** medicine: past, present and future.
Pipers FS.
Equine Vet J Suppl. 1995 Sep;(19):3-4. doi: 10.1111/j.2042-3306.1995.tb04983.x.
PMID: 8933063 No abstract available.

97  [Can human recombinant erythropoietin (rHuEPO) be considered as cardiological medicine?].
Ksiazek P, Ksiazek A.
Przegl Lek. 2005;62 Suppl 2:22-5.
PMID: 16623113 Review. Polish.

98  [Perspectives in ultrasonic examinations in **cardiology**].
Hůla J.
Vnitr Lek. 1994 Jul;40(7):451-4.
PMID: 8073665 Review. Czech.

99  Death by design. Programmed cell death in **cardiovascular** biology and disease.
MacLellan WR, Schneider MD.
Circ Res. 1997 Aug;81(2):137-44. doi: 10.1161/01.res.81.2.137.
PMID: 9242174 Review.

100  Plasma triglycerides, an independent predictor of **cardiovascular** disease in men: a prospective study based on a population with prevalent metabolic syndrome.
Onat A, Sari I, Yazici M, Can G, Hergenç G, Avci GS.
Int J Cardiol. 2006 Mar 22;108(1):89-95. doi: 10.1016/j.ijcard.2005.06.056. Epub 2005 Aug 8.
PMID: 16085325

Liquidia's Exhibit 1117
Page 11

101  **Cardiovascular** examination with 3.0 Tesla magnetic resonance imaging: first 100 cases at Ramathibodi Hospital.
Rerkpattanapipat P, Siripornpitak S, Pornkul R, Jongjirasiri S, Laothamatas J.
J Med Assoc Thai. 2006 Sep;89(9):1388-95.
PMID: 17100374

102  Cardiac gene therapy: therapeutic potential and current progress.
Kizana E, Alexander IE.
Curr Gene Ther. 2003 Oct;3(5):418-51. doi: 10.2174/1566523034578249.
PMID: 14529350 Review.

103  Contrast nephropathy, **cardiology** and the newer radiocontrast agents.
Taliercio CP, Burnett JC.
Int J Cardiol. 1988 May;19(2):145-51. doi: 10.1016/0167-5273(88)90075-7.
PMID: 3286534 Review. No abstract available.

104  Adherence to the Mediterranean diet is associated with total antioxidant capacity in healthy adults: the ATTICA study.
Pitsavos C, Panagiotakos DB, Tzima N, Chrysohoou C, Economou M, Zampelas A, Stefanadis C.
Am J Clin Nutr. 2005 Sep;82(3):694-9. doi: 10.1093/ajcn.82.3.694.
PMID: 16155285

105  The performance of information technology in a **cardiovascular system**.
Bera LG, Manitiu I.
Stud Health Technol Inform. 2004;105:222-30.
PMID: 15718611

106  Highlights of the year in JACC 2004.
Demaria AN, Ben-Yehuda O, Berman D, Feld GK, Greenberg BH, Knoke JD, Knowlton KU, Lew WY, Narula J, Sahn D, Tsimikas S.
J Am Coll Cardiol. 2005 Jan 4;45(1):137-53. doi: 10.1016/j.jacc.2004.11.015.
PMID: 15629388 Review. No abstract available.

107  [Human ecological **cardiology**].
Mirrakhimov MM.
Kardiologiia. 1979 Aug;19(8):44-8.
PMID: 491358 Russian.

108  Chronic coffee consumption has a detrimental effect on aortic stiffness and wave reflections.
Vlachopoulos C, Panagiotakos D, Ioakeimidis N, Dima I, Stefanadis C.
Am J Clin Nutr. 2005 Jun;81(6):1307-12. doi: 10.1093/ajcn/81.6.1307.
PMID: 15941880

109  Age Associated Alterations in Structure and Function of the **Cardiovascular System**.
Patel MB, Sonnenblick EH.
Am J Geriatr Cardiol. 1998 Mar;7(2):15-22.
PMID: 11416448

110  MR blood flow measurement. Clinical application in the heart and circulation.
Mohiaddin RH, Pennell DJ.
Cardiol Clin. 1998 May;16(2):161-87. doi: 10.1016/s0733-8651(05)70007-2.
PMID: 9627755 Review.

111  **Cardiovascular**-related proteins identified in human plasma by the HUPO Plasma Proteome Project pilot phase.
Berhane BT, Zong C, Liem DA, Huang A, Le S, Edmondson RD, Jones RC, Qiao X, Whitelegge JP, Ping P, Vondriska TM.
Proteomics. 2005 Aug;5(13):3520-30. doi: 10.1002/pmic.200401308.
PMID: 16052623

112  Effects of estrogens and selective estrogen receptor modulators on indicators of **cardiovascular** health in postmenopausal women.
Klein KP, Herrington DM.
Medscape Womens Health. 2002 Sep-Oct;7(5):2.
PMID: 12466731 Review. No abstract available.

113  American Heart Association-Bugher Foundation Centers for Molecular Biology in the **Cardiovascular System**.
Morgan HE, Paul SR.
Circulation. 1995 Jan 15;91(2):487-93. doi: 10.1161/01.cir.91.2.487.
PMID: 7805254

114  High frequency of aspirin resistance in patients with acute coronary syndrome.
Hobikoglu GF, Norgaz T, Aksu H, Ozer O, Erturk M, Nurkalem Z, Narin A.
Tohoku J Exp Med. 2005 Sep;207(1):59-64. doi: 10.1620/tjem.207.59.
PMID: 16082156

115  Pharmacokinetics of adenoviral vector-mediated gene delivery to vascular smooth muscle cells: modulation by poloxamer 407 and implications for **cardiovascular** gene therapy.
March KL, Madison JE, Trapnell BC.
Hum Gene Ther. 1995 Jan;6(1):41-53. doi: 10.1089/hum.1995.6.1-41.
PMID: 7703286

116  Abstracts of the Canadian **Cardiovascular** Congress 2003 held jointly with the XIX InterAmerican Congress of **Cardiology** and the 56th annual meeting of the Canadian **Cardiovascular** Society. October 24-29, 2003, Toronto, Canada.
[No authors listed]
Can J Cardiol. 2003 Oct;19 Suppl A:49A-295A.
PMID: 14587499 No abstract available.

117  [Gerontological aspects of **cardiology**].
Chebotarev DF.
Kardiologiia. 1976 Mar;16(3):5-11.
PMID: 1021633 Russian.

118  Methods of local gene delivery to vascular tissues.
March KL.
Semin Interv Cardiol. 1996 Sep;1(3):215-23.
PMID: 9552514 Review.

119  Molecular biology in **cardiology**: recent developments and opportunities for clinical applications.
Williams RS.
Am J Med Sci. 1990 Nov;300(5):304-10. doi: 10.1097/00000441-199011000-00007.
PMID: 2240019

120  **Cardiovascular** medicine. Islamic heritage: concepts and contributions.
Ilyas M.
J Pak Med Assoc. 1985 Sep;35(9):290-3.
PMID: 3934418 No abstract available.

Page 13

121  Canadian **Cardiovascular** Congress 2001 and 54th annual meeting of the Canadian **Cardiovascular** Society. October 20-24, 2001. Halifax, Nova Scotia, Canada. Abstracts.
[No authors listed]
Can J Cardiol. 2001 Sep;17 Suppl C:89C-288C.
PMID: 11603365 No abstract available.

Liquidia's Exhibit 1117

122   [Abstracts of the 27th Fall Meeting of the German Society of **Cardiology** and **Cardiovascular** Research. 16-18 October 2003, Munster, Germany].

[No authors listed]

Z Kardiol. 2003;92 Suppl 2:1-126.

PMID: 14640139 German. No abstract available.

123   [Endocrinological aspects of **cardiology**: the successes and problems].

Men'shikov VV.

Kardiologiia. 1979 Mar;19(3):5-10.

PMID: 34747 Review. Russian. No abstract available.

124   Cystic medial necrosis of the aorta in patients without Marfan's syndrome: surgical outcome and long-term follow-up.

Marsalese DL, Moodie DS, Lytle BW, Cosgrove DM, Ratliff NB, Goormastic M, Kovacs A.

J Am Coll Cardiol. 1990 Jul;16(1):68-73. doi: 10.1016/0735-1097(90)90458-2.

PMID: 2358606 Free article.

125   Perspectives in cardiac ultrasound.

Roelandt JR, Bruining N, Bom N.

Przegl Lek. 2002;59(8):557-61.

PMID: 12638319 Review. No abstract available.

126   Proceedings of a symposium on **cardiovascular** research: Past triumphs and future prospects. Glasgow, Scotland, 7-8 October 1994. A festschrift for AF Lever, JJ Brown and JIS Robertson.

[No authors listed]

J Hum Hypertens. 1995 Jun;9(6):371-521.

PMID: 7473512 No abstract available.

127   [Abstracts of the 26th Fall Meeting of the German Society of **Cardiology** and **Cardiovascular** Research. 17-19 October 2002, Magdeburg].

[No authors listed]

Z Kardiol. 2002;91 Suppl 5:V1-107.

PMID: 12462223 German. No abstract available.

128   [24th Autumn session of the German Society of **Cardiology** and **Cardiovascular** Research. 21-23 September 2000, Munster. Abstracts].

[No authors listed]

Z Kardiol. 2000;89 Suppl 6:1-133.

PMID: 11028195 German. No abstract available.

129   [63rd Annual meeting of the German Society of **Cardiology** and **Cardiovascular** Research. Mannheim, 3-5 April 1997. Abstracts].

[No authors listed]

Z Kardiol. 1997;86 Suppl 2:A6-385.

PMID: 9253426 German. No abstract available.

130   [62nd Annual meeting of the German Association for **Cardiology** and **Cardiovascular** Research. Mannheim, 11-13 April 1996. Abstracts].

[No authors listed]

Z Kardiol. 1996;85 Suppl 2:1-331.

PMID: 8968421 German. No abstract available.

131   [23rd Autumn session of the German Society of **Cardiology** and **Cardiovascular** Research. Nurenberg, 1-2 October 1999. Abstracts].

[No authors listed]

Appx7809

Z Kardiol. 1999;88 Suppl 2:II1-118.

PMID: 10549337 German. No abstract available.

132 Update on Hypertension Management: obstructive sleep apnea and hypertension.

Baguet JP, Narkiewicz K, Mallion JM.

J Hypertens. 2006 Jan;24(1):205-8. doi: 10.1097/01.hjh.0000198039.39504.63.

PMID: 16331122 No abstract available.

133 Do we need endothelin antagonists?

Lüscher TF.

Cardiovasc Res. 1993 Dec;27(12):2089-93. doi: 10.1093/cvr/27.12.2089.

PMID: 8313411 Review. No abstract available.

134 The development and introduction of new **cardiovascular** drugs. Seventh Bethesda Conference of the American College of **Cardiology** May 18-19, 1974, Washington D.C. Toxicology.

[No authors listed]

Am J Cardiol. 1974 Oct 1;34(4):477-8.

PMID: 4153501 No abstract available.

135 Abstracts of the Canadian **Cardiovascular** Congress 2002 and the 55th Annual Meeting of the Canadian **Cardiovascular** Society. 24-30 October 2002, Edmonton, Alberta, Canada.

[No authors listed]

Can J Cardiol. 2002 Sep;18 Suppl B:104B-276B.

PMID: 12391985 No abstract available.

136 British Cardiac Society (BCS) Abstracts 2005.

[No authors listed]

Heart. 2005 May;91 Suppl 1(Suppl 1):A1-72.

PMID: 15831614 Free PMC article. No abstract available.

137 Canadian **Cardiovascular** Congress 2000 and 53rd annual meeting of the Canadian **Cardiovascular** Society. October 29-November 1, 2000. Vancouver, British Columbia, Canada. Abstracts.

[No authors listed]

Can J Cardiol. 2000 Sep;16 Suppl F:91F-276F.

PMID: 11430316 No abstract available.

138 Unusual cause of partially reversible severe **cardiovascular** autonomic failure.

Lavi S, Aharon-Peretz J, Haim N, Vlodavsky E, Jacob G.

Am J Med Sci. 2003 Sep;326(3):159-63. doi: 10.1097/00000441-200309000-00012.

PMID: 14501235

139 [Status and developmental prospects of the rehabilitative trend in **cardiology**].

Nikolaeva LF.

Biull Vsesoiuznogo Kardiol Nauchn Tsentra AMN SSSR. 1981;4(1):3-8.

PMID: 7259865 Russian. No abstract available.

140 Past, present and future of nuclear **cardiology**.

Bonte FJ, Parkey RW, Willerson JT.

Cardiovasc Clin. 1979;10(2):1-7.

PMID: 385141 No abstract available.

141 Women's Ischemic Syndrome Evaluation: current status and future research directions: report of the National Heart, Lung and Blood Institute workshop: October 2-4, 2002 : Section 4: lessons from hormone replacement trials.

Appx7810

Waters DD, Gordon D, Rossouw JE, Cannon RO 3rd, Collins P, Herrington DM, Hsia J, Langer R, Mosca L, Ouyang P, Sopko G, Stefanick ML; National Heart, Lung and Blood Institute; American College of Cardiology Foundation.

Circulation. 2004 Feb 17;109(6):e53-5. doi: 10.1161/01.CIR.0000116209.25597.AE.

PMID: 14970126 No abstract available.

142    American College of **Cardiology** 45th annual scientific session. Orlando, Florida, March 24-27, 1996. Abstracts.

[No authors listed]

J Am Coll Cardiol. 1996 Feb;27(2 Suppl A):1A-497A.

PMID: 8550959 No abstract available.

143    Abstracts of the 70th Annual meeting of the German Society of **Cardiology**--Heart and Circulatory Research. 15-17 April 2004, Mannheim, Germany.

[No authors listed]

Z Kardiol. 2004;93 Suppl 3:1-449.

PMID: 15129666 English, German. No abstract available.

144    Abstracts of the 51st annual meeting of the American College of **Cardiology**. Atlanta, Georgia, USA. March 17-20, 2002.

[No authors listed]

J Am Coll Cardiol. 2002 Mar 6;39(5 Suppl A):1A-578A.

PMID: 11894824 No abstract available.

145    Abstracts of the 57th Annual Conference of the Cardiological Society of India and the 15th Asian Pacific Congress of **Cardiology**, December 1-4, 2005, Mumbai, India.

[No authors listed]

Indian Heart J. 2005 Sep-Oct;57(5):381-593.

PMID: 16334455 No abstract available.

146    Abstracts from VII Swedish Heart Association Meeting and the XX Nordic Congress of **Cardiology**. Malmo, Sweden, April 27-29, 2005.

[No authors listed]

Scand Cardiovasc J Suppl. 2005 Apr;53:2-48. doi: 10.1080/14017430510009195.

PMID: 15804808 No abstract available.

147    Abstracts of the 69th Annual meeting of the German Society of **Cardiology**--Heart and Circulatory Research. 24-26 April 2003, Mannheim, Germany.

[No authors listed]

Z Kardiol. 2003;92 Suppl 1:1-411.

PMID: 12744259 English, German. No abstract available.

148    The SPARK that ignited a new era of research.

Lenfant C.

Circulation. 2002 Jul 9;106(2):162-3. doi: 10.1161/01.cir.0000025219.04431.e7.

PMID: 12105149 No abstract available.

149    BCS (British Cardiac Society) Annual Scientific Conference 2006, 24-27 April, Glasgow, Scotland, United Kingdom. Abstracts.

[No authors listed]

Heart. 2006 May;92 Suppl 2(Suppl 2):A4-121.

PMID: 16614300 Free PMC article. No abstract available.

150    [Serotonin in **cardiology**].

POUMAILLOUX M.

Arch Mal Coeur Vaiss. 1959 Jul;52:721-30.

PMID: 14434523 French. No abstract available.

151  Abstracts of the 68th Annual Meeting of the German Society of **Cardiology**--Heart and Circulatory Research. 4-6 April 2002, Mannheim.

[No authors listed]

Z Kardiol. 2002;91 Suppl 1:8-376.

PMID: 11995713 English, German. No abstract available.

152  Abstracts from the 2004 Scientific Sessions of the American Heart Association. November 7-10, 2004, New Orleans, Louisiana, USA.

[No authors listed]

Circulation. 2004 Oct 26;110(17 Suppl):III1-835.

PMID: 16082756 No abstract available.

153  Abstracts of the 1st scientific meeting of the Working Group on **Cardiovascular** Magnetic Resonance of the Society of **Cardiology** (EURO CMR 2000).

[No authors listed]

J Cardiovasc Magn Reson. 2000;2(4):279-318.

PMID: 11572203 No abstract available.

154  [Method of teaching the subject "**Cardiovascular system** in children"].

Kharitonova AV, Siniavskaia OA, Silina EM.

Pediatriia. 1980 Dec;(12):58-9.

PMID: 6452618 Russian. No abstract available.

155  67th Annual Meeting of the German Society of **Cardiology**--Heart and Circulatory Research. 19-21 April 2001, Mannheim. Abstracts.

[No authors listed]

Z Kardiol. 2001;90 Suppl 2:II1-352.

PMID: 11403024 English, German. No abstract available.

156  [66th Annual meeting of the German Society for **Cardiology**, Heart, and Circulatory Research. Mannheim, 27-29 April 2000. Abstracts].

[No authors listed]

Z Kardiol. 2000;89 Suppl 5:1-335.

PMID: 10813065 German. No abstract available.

157  Abstracts from the 2003 Scientific Sessions of the American Heart Association. November 9-12, 2003, Orlando, Florida, USA.

[No authors listed]

Circulation. 2003 Oct 28;108(17 Suppl):IV1-787.

PMID: 16080255 Retracted. No abstract available.

158  [64th Annual meeting of the German Society of **Cardiology**-Heart and Circulatory Research. Mannheim, 20-22 April 1995. Abstracts].

[No authors listed]

Z Kardiol. 1998;87 Suppl 1:1-326.

PMID: 9691258 German. No abstract available.

159  [61st Annual meeting of the German Society of **Cardiology**-Heart and Circulatory Research. Mannheim, 20-22 April 1995. Abstracts].

[No authors listed]

Z Kardiol. 1995;84(1 Suppl):1-272.

PMID: 7625093 German. No abstract available.

160  [65th Annual meeting of the German Society for **Cardiology**-Heart and Circulatory Research. Mannheim, 8-10 April 1999. Abstracts].

[No authors listed]

Z Kardiol. 1999;88 Suppl 1:1-329.

PMID: 10372210 German. No abstract available.

Page 17

161  [25th Meeting of the German Society of **Cardiology**, **Cardiovascular** Research. 27-29 September 2001, Ulm. Abstracts].

[No authors listed]

Z Kardiol. 2001;90 Suppl 5:V1-141.

PMID: 11675970 German. No abstract available.

162  Joint meeting of the Belgian and Dutch Working Groups in **Cardiology**. Brussels, Belgium, 6-7 December 1996. Abstracts.

[No authors listed]

Acta Cardiol. 1997;52(1):75-89.

PMID: 9139523 No abstract available.

163  70th Scientific Sessions of the American Heart Association. Orlando, Florida, November 9-12, 1997. Abstracts.

[No authors listed]

Circulation. 1997 Oct 21;96(8 Suppl):IA-T, I1-808.

PMID: 9360498 No abstract available.

164  44th Annual Scientific Session of the American College of **Cardiology**. New Orleans, Louisiana, March 19-22, 1995. Program and Abstracts.

[No authors listed]

J Am Coll Cardiol. 1995 Feb;Spec No:1A-518A.

PMID: 7836616 No abstract available.

165  72nd Scientific Sessions of the American Heart Association. Atlanta, Georgia, USA. November 7-10, 1999. Abstracts.

[No authors listed]

Circulation. 1999 Nov 2;100(18 Suppl):IA-V, I1-928.

PMID: 10566271 No abstract available.

166  American College of **Cardiology** 49th annual scientific session. Anaheim, California, USA. March 12-15, 2000. Abstracts.

[No authors listed]

J Am Coll Cardiol. 2000 Feb;35(2 Suppl A):1A-703A.

PMID: 10697491 No abstract available.

167  Interface--International Forum for Action in **Cardiovascular** Education. Amsterdam, The Netherlands, November 28-29, 1993.

[No authors listed]

Cardiology. 1994;85 Suppl 1:1-121. doi: 10.1159/000176748.

PMID: 7743526 No abstract available.

168  Abstracts of the Cardiac Society of Australia and New Zealand annual meeting and the International Society for Heart Research annual meeting, 5-8 August 2005, Perth, Australia.

[No authors listed]

Heart Lung Circ. 2005;14 Suppl 1:S1-180.

PMID: 16498723 No abstract available.

169  Cinefluorographic equipment in **cardiovascular** studies.

ABRAMS HL.

Prog Cardiovasc Dis. 1963 Mar;5:440-81. doi: 10.1016/s0033-0620(63)80010-9.

PMID: 14010771 No abstract available.

170  KEEPING ABREAST OF THE **CARDIOVASCULAR** LITERATURE.

DACK S.

Liquidia's Exhibit 1117
Page 18

New Physician. 1963 Dec;12:509-10.

PMID: 14103661 No abstract available.

**FOLLOW NCBI**



Connect with NLM

National Library of Medicine
8600 Rockville Pike
Bethesda, MD 20894

Web Policies
FOIA

Help
Accessibility
Careers

NLM   NIH   HHS   USA.gov



Robert Minn
Associate
Cooley LLP
3175 Hanover Street
Palo Alto,
CA  94304-1130
**USA**

4th December 2021

Dear Robert

"Abstract Title: Volume 25, Abstract Supplement of the *European Heart Journal* containing the abstract "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," by R. Voswinckel, M.G. Kohstall, B. Enke, T. Gessler, F. Reichenberger, H.A. Ghofrani, W. Seeger, and H. Olschewski (2004).
In Issue Volume 24 2004
Title: European heart journal
Publication Details: London: Academic Press, [1980]-
Oxford: Oxford University Press
Identifier: ISSN 0195-668X; BNB GB8031662; System number: 007858614
Shelf mark(s): Science, Technology & Business (TP) GU 66 –E (16)
Science, Technology & Business (P) GU 66 -E(16)
Document Supply 3829.717500
UIN: BLL01007858614".

According to our records, this item was receipted by The British Library on 27th September 2004, and it would have been available for public use from that date.

A scan of the cover pages showing the date stamp on page one indicating the date of availability, the contents pages, and abstract have been attached.

Please note that we can only provide the date that the British Library made this item available for public use; for the actual date of publication, please contact the publisher.

Yours sincerely

*Jeemah ampersad*

**Ms S Rampersad**

Liquidia's Exhibit 1119
Page 1

**Appx7821**



**PUBLIC AVAILABILITY DATE REQUEST**

| Customer name | Robert Minn |
|---|---|
| **Organisation** | Cooley LLP |
| **Our reference** | 210115 |
| **Customer reference** | |
| **Price** | £90.00 |
| **Item** | Volume 25, Abstract Supplement of the *European Heart Journal* containing the abstract "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," by R. Voswinckel, M.G. Kohstall, B. Enke, T. Gessler, F. Reichenberger, H.A. Ghofrani, W. Seeger, and H. Olschewski (2004). <br><br> In Issue Volume 24 2004 <br><br> Title: European heart journal <br> Publication Details: London : Academic Press, [1980]- <br> Oxford : Oxford University Press <br> Language: English <br> Description: Vol. 1, no. 1 (Feb. 1980)- <br> Identifier: ISSN 0195-668X; BNB GB8031662; System number: 007858614 <br> Physical Description: v.: ill. ; 25 cm. <br> Shelf mark(s): Science, Technology & Business (TP) GU 66 -E(16) <br> Science, Technology & Business (P) GU 66 -E(16) <br> Document Supply 3829.717500 <br> UIN: BLL01007858614 |



Liquidia's Exhibit 1120
Page 1



Liquidia's Exhibit 1120
Page 2

**Publishers** New

- [ ] Elsevier — 12
- [ ] Lippincott Williams & Wilkins — 7
- [ ] Wiley — 7
- [ ] Amer Thoracic Soc — 4
- [ ] Amer Coll Chest Physicians — 3

See all »

**Funding Agencies**

**Open Access** ⓘ

**Editors**

**Group Authors**

**Research Areas**

**Countries/Regions**

**Languages**

**Conference Titles**

**Book Series Titles**

**Web of Science Index**

For more options, use Analyze Results

---

[ ] 8   **Current and emerging therapy for primary pulmonary hypertension**

Pass, SE and Dusing, ML

Sep 2002 | ANNALS OF PHARMACOTHERAPY 36 (9) , pp.1414-1423

OBJECTIVE: To review the epidemiology, pathophysiology, clinical symptoms, and diagnostic workup of primary pulmonary hypertension (PPH) and to discuss the available data on the current and emerging therapies being used to treat this disorder. DATA SOURCES: Primary and review articles were identified with a MEDLINE search (1966-December ... Show more

Full Text at Publisher   ***

11 Citations
58 References
Related records

---

[ ] 9   **Potent effects of aerosol compared with intravenous treprostinil on the pulmonary circulation**

Sandifer, BL; Brigham, KL; (...); Parker, RE

Dec 2005 | JOURNAL OF APPLIED PHYSIOLOGY 99 (6) , pp.2363-2368

Inhaled vasodilator therapy for pulmonary hypertension may decrease the systemic side effects commonly observed with systemic administration. Inhaled vasodilators do reach ventilated areas of the lung, so local vasodilation may improve ventilation-perfusion matching and oxygenation. We compared the effects of intravenous vs. aerosol ... Show more

Full Text at Publisher   ***

18 Citations
31 References
Related records

---

🔒 [ ] 10   **Treprostinil in advanced experimental pulmonary hypertension: Beneficial outcome without reversed pulmonary vascular remodeling**

van Albada, ME; van Veghel, R; (...); Berger, RFM

Nov 2006 | JOURNAL OF CARDIOVASCULAR PHARMACOLOGY 48 (5) , pp.249-254

Introduction: Beneficial effects of treprostinil, a stable prostacyclin analogue, were demonstrated in patients with pulmonary arterial hypertension (PAH). Although regression of pulmonary vascular remodeling has been suggested as therapeutic mechanism, its mode of action remains unknown. ... Show more

Free Published Article From Repository   Full Text at Publisher   ***

11 Citations
31 References
Related records

---

[ ] 11   **Favorable effects of inhaled - Treprostinil in severe pulmonary hypertension - Results from randomized controlled pilot studies**

Voswinckel, R; Enke, B; (...); Olschewski, H

Oct 17 2006 | JOURNAL OF THE AMERICAN COLLEGE OF CARDIOLOGY 48 (8) , pp.1672-1681

OBJECTIVES This study sought to investigate the effects of treprostinil on pulmonary hemodynamics and gas exchange in severe pulmonary hypertension. BACKGROUND Inhaled iloprost therapy has a proven clinical efficacy in pulmonary arterial hypertens ... Show more

Free Full Text From Publisher   ***

106 Citations
14 References
Related records

---

[ ] 12   **Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension - A double-blind, randomized, placebo-controlled trial**

Simonneau, G; Barst, RJ; (...); Rubin, LJ

Mar 15 2002 | AMERICAN JOURNAL OF RESPIRATORY AND CRITICAL CARE MEDICINE 165 (6) , pp.800-804

Pulmonary arterial hypertension is a life-threatening disease for which continuous intravenous prostacyclin has proven to be effective. However, this treatment requires a permanent central venous catheter with the associated risk of serious complications such as sepsis, thromboembolism, or syncope. Treprostinil, a stable prostacyclin anal ... Show more

Full Text at Publisher   ***

968 Citations
26 References
Related records

---

🔖🔒 [ ] 13   **Pulmonary hypertension in collagen vascular disease**

Haeger, MM

Mar 2002 | EUROPEAN RESPIRATORY JOURNAL 19 (3) , pp.571-576

Pulmonary hypertension is a serious but often overlooked complication in collagen vascular disease. The understanding of the development of pulmonary hypertension has increased substantially during the last years. Abnormal proliferation of pulmonary vascular cells is now being regarded as a predominant process ... Show more

Free Full Text From Publisher   ***

40 Citations
61 References
Related records

---

🔖🔒 [ ] 14   **Pulmonary hypertension**

McLaughlin, VV and Rich, S

Oct 2004 | CURRENT PROBLEMS IN CARDIOLOGY 29 (10) , pp.573-634

Pulmonary hypertension, in its simplest sense, is elevation of the pulmonary artery pressure above normal. A multitude of diseases may increase the pulmonary artery pressure and result in right ventricular dysfunction. The treatments of pulmonary hypertension are as varied as its causes. The past decade has realized remarkable growth in knowled ... Show more

Free Submitted Article From Repository   Full Text at Publisher   ***

33 Citations
142 References
Related records

---

[ ] 15   **Efficacy and safety of sildenafil added to treprostinil in pulmonary hypertension**

Gomberg-Maitland, M; McLaughlin, V; (...); Rich, S

Nov 1 2005 | AMERICAN JOURNAL OF CARDIOLOGY 96 (9) , pp.1334-1336

Pulmonary arterial hypertension (PAH) is characterized by abnormalities in endothelial and smooth muscle cell function. Prostacyclin released from endothelial cells is a potent vasodilator by increasing cyclic adenosine monophosphate. Sildenafil, an inhibitor of phosphodiesterase-5, increases cyclic guanosine monophosphate in the lungs, producing ... Show more

Full Text at Publisher   ***

70 Citations
11 References
Related records

---

[ ] 16   **Comparison and validation of three measures of quality of life in patients with pulmonary hypertension**

Chua, R; Keogh, AM; (...); O'Loughlin, A

Nov 2006 | INTERNAL MEDICINE JOURNAL 36 (11) , pp.705-710

Background: Pulmonary hypertension, when advanced, markedly limits exercise capacity, activities of daily living and quality of life (QoL). No measure of QoL has yet been validated for the assessment of pulmonary hypertension. The aim of this study was to compare the Minnesota Living with Heart Failure (MLwHF) questionnaire, the SF ... Show more

Full Text at Publisher   ***

47 Citations
27 References
Related records



☐ 17  **Transitioning from IV epoprostenol to subcutaneous treprostinil in pulmonary arterial hypertension**
Vachiery, JL; Hill, N; (...); Naeije, R
May 2002 | CHEST 121 (5) , pp.1561-1565
Objective: Continuous IV epoprostenol (prostacyclin) therapy improves survival and quality of life in patients with pulmonary arterial hypertension (PAH). IV epoprostenol therapy may be limited by serious complications related to the need for an implanted central venous catheter, and its chemical instability and short half-life. Treprostinil is a lon ... Show more

Full Text at Publisher  ***

78 Citations
16 References
Related records

☐ 18  **Treprostinil therapy for pulmonary artery hypertension**
Horn, EM and Barst, RJ
Nov 2002 | EXPERT OPINION ON INVESTIGATIONAL DRUGS 11 (11) , pp.1615-1622
Pulmonary artery hypertension is a life-threatening disease characterised by a pulmonary vasculopathy and progressive right ventricular failure. Major advances were made with the development of continuous intravenous epoprostenol (Flolan(TM)) as a treatment modality. However, it is far from ideal as treatment for this disease. Subcutaneous tre ... Show more

Full Text at Publisher  ***

10 Citations
23 References
Related records

☐ 19  **Absolute bioavailability and pharmacokinetics of treprostinil sodium administered by acute subcutaneous infusion**
Wade, M; Baker, EJ; (...); Lai, AA
Jan 2004 | JOURNAL OF CLINICAL PHARMACOLOGY 44 (1) , pp.83-88
The objective of this study was to evaluate the absolute bioavailability and acute pharmacokinetics of treprostinil sodium administered by continuous, short-term subcutaneous infusion in normal subjects. Fifteen healthy volunteers received treprostinil via an intravenous infusion at 15 ng/kg/ min over 150 minutes, followed by a 5- to 7-day s ... Show more

Full Text at Publisher  ***

39 Citations
12 References
Related records

☐ 20  **Effect of continuous subcutaneous treprostinil therapy on the pharmacodynamics and pharmacokinetics of warfarin**
Wade, M; Hunt, TL and Lai, AA
Jun 2003 | JOURNAL OF CARDIOVASCULAR PHARMACOLOGY 41 (6) , pp.908-915
Treprostinil sodium was recently approved in the United States for continuous subcutaneous infusion in the treatment of pulmonary arterial hypertension (PAH). Anticoagulation with warfarin is recommended in PAH therapy. Given the likelihood for treprostinil and warfarin coadministration, a single-blind, controlled, crossover study was conducted ... Show more

Full Text at Publisher  ***

16 Citations
22 References
Related records

☐ 21  **Pharmacokinetics of treprostinil sodium administered by 28-day chronic continuous subcutaneous infusion**
Wade, M; Baker, EJ; (...); Lai, AA
May 2004 | JOURNAL OF CLINICAL PHARMACOLOGY 44 (5) , pp.503-509
The objective of this study was to assess the pharmacokinetics and safety of treprostinil sodium administered as a 28-day continuous subcutaneous infusion at escalating infusion rates of 2.5 to 15 ng/kg/min in normal subjects. Fourteen healthy adult volunteers received a 28-day continuous subcutaneous infusion of treprostinil at escalating inf ... Show more

Full Text at Publisher  ***

31 Citations
17 References
Related records

☐ 22  **Stability and preservative effectiveness of treprostinil sodium after dilution in common intravenous diluents**
Phares, KR; Weiser, WE; (...); Wade, M
May 1 2003 | AMERICAN JOURNAL OF HEALTH-SYSTEM PHARMACY 60 (9) , pp.916-922
The stability of treprostinil sodium after dilution in three common i.v. infusion vehicles was assessed.
The chemical stability of treprostinil sodium was tested over a 48-hour period at 40 degreesC and 75% relative humidity after dilution in each of three diluents: sterile water for injection, 0.9% sodium chloride injection, and 5% ( ... Show more

Full Text at Publisher  ***

15 Citations
8 References
Related records

☐ 23  **Prostacyclin for pulmonary hypertension in adults**
Paramothayan, NS; Lasserson, TJ; (...); Walters, EH
2005 | COCHRANE DATABASE OF SYSTEMATIC REVIEWS (2)
Background Primary pulmonary hypertension (PPH) is progressive, resulting in right ventricular failure. Pulmonary hypertension can be idiopathic or associated with other conditions. Prostacyclin is a potent vasodilator and inhibitor of platelet aggregation, and can be given orally, subcutaneously, intravenously or inhaled via a nebulise ... Show more

Free Published Article From Repository   Full Text at Publisher  ***

78 Citations
98 References
Related records

☐ 24  **Treprostinil (Remodulin (TM)) in connective tissue disease-associated pulmonary hypertension.**
Oudiz, RJ; Schilz, RJ; (...); Jeffs, RA
Dec 2001 | ARTHRITIS AND RHEUMATISM 44 (12) , pp.2946-2946

***

0 References

☐ 25  **Prostacyclin and its analogues in the treatment of pulmonary hypertension**
Olschewski, H; Rose, F; (...); Seeger, W
May 2004 | PHARMACOLOGY & THERAPEUTICS 102 (2) , pp.139-153
Prostacyclin and its analogues (prostanoids) are potent vasodilators and possess antithrombotic and antiproliferative properties. All of these properties help to antagonize the pathological changes that take place in the
Show more

90 Citations
141 References

Liquidia's Exhibit 1120
Page 4

Full Text at Publisher  ***

Related records

---

☐ 26  Transition from epoprostenol and treprostinil to the oral endothelin receptor antagonist bosentan in patients with pulmonary hypertension

Suleman, N and Frost, AE

99th International Conference of the American-Thoracic-Society

Sep 2004 | CHEST 126 (3) , pp.808-815

Study objectives: Prior to the availability of the oral endothelin antagonist bosentan, most patients with pulmonary arterial hypertension (PAH) were treated with continuously infused prostacyclins. Many patients receiving prostacyclins would have received bosentan if it had been available at the time of their diagnosis. Noninvasive criteria (sympto ... Show more

Full Text at Publisher  ***

37
Citations

13
References

Related records

---

☐ 27  Advances in the treatment of secondary pulmonary hypertension

Maloney, JP

Mar 2003 | CURRENT OPINION IN PULMONARY MEDICINE 9 (2) , pp.139-143

Pulmonary hypertension (PH) occurs frequently in parenchymal lung disease and is usually correlated with increased mortality. Thus, the treatment of PH in patients with lung disease has been an active area of interest. Secondary pulmonary hypertension (SPH), whether from parenchymal lung disease or other etiologies, is more common in th ... Show more

Full Text at Publisher  ***

24
Citations

17
References

Related records

---

☐ 28  Overview of treprostinil sodium for the treatment of pulmonary arterial hypertension

Rudey, MM; Egan, K; Arrollga, AC

Mar 2004 | DRUGS OF TODAY 40 (3) , pp.225-234

Pulmonary arterial hypertension is a life-threatening disorder that refers to a group of diseases characterized by an abnormal elevation of the blood pressure within the pulmonary circulation due to a vasculopathy of the pulmonary microcirculation (1). If left untreated, the overall prognosis of pulmonary arterial hypertension is poor, with a 5-year survi ... Show more

Full Text at Publisher  ***

8
Citations

45
References

Related records

---

☐ 29  Role of prostacyclin versus peroxisome proliferator-activated receptor beta receptors in prostacyclin sensing by lung fibroblasts

Ali, FY; Egan, K; (...); Mitchell, JA

Feb 2006 | AMERICAN JOURNAL OF RESPIRATORY CELL AND MOLECULAR BIOLOGY 34 (2) , pp.242-246

Prostacyclin and its mimetics are used therapeutically for the treatment of pulmonary hypertension. These drugs act via cell surface prostacyclin receptors (IP receptors); however, some of them can also activate the nuclear receptor peroxisome proliferator-activated receptor beta (PPAR beta). We examined the possibility that PPAR beta is a ther ... Show more

Full Text at Publisher  ***

70
Citations

20
References

Related records

---

☐ 30  Inhaled treprostinil sodium (TRE) for the treatment of pulmonary hypertension

Voswinckel, R; Enke, B; (...); Olschewski, H

77th Scientific Meeting of the American-Heart-Association

Oct 26 2004 | CIRCULATION 110 (17) , pp.295-295

***

0
References

---

☐ 31  Combining treprostinil and sildenafil in the treatment of pulmonary hypertension

Chua, R and Keogh, A

Nov 2005 | INTERNAL MEDICINE JOURNAL 35 (11) , pp.684-U3

Full Text at Publisher  ***

2
Citations

6
References

Related records

---

☐ 32  Current medical treatment of pulmonary arterial hypertension

Sulica, R and Poon, M

Mar 2004 | MOUNT SINAI JOURNAL OF MEDICINE 71 (2) , pp.103-114

Primary pulmonary hypertension is a rare disease of the pulmonary vasculature manifested by dyspnea on exertion, syncope, and signs and symptoms of right heart failure. In the absence of adequate treatment, primary pulmonary hypertension has a grave prognosis, with a median survival of 2.8 years. Pulmonary arterial hypertension develops in as: ... Show more

***

8
Citations

83
References

Related records

---

☐ 33  Combination of oral sildenafil and inhaled treprostinil in severe pulmonary hypertension

Voswinckel, R; Enke, B; (...); Olschewski, H

27th Congress of the European-Society-of-Cardiology

Sep 2005 | EUROPEAN HEART JOURNAL 26 , pp.113-114

***

0
References

---

☐ 34  Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension

Voswinckel, R; Kohstall, MG; (...); Olschewski, H

ESC Congress 2004

Aug-sep 2004 | EUROPEAN HEART JOURNAL 25 , pp.22-22

1
Citation

0
References

Liquidia's Exhibit 1120
Page 5

\*\*\*

☐ 35  The prostacyclin analogue treprostinil blocks NF kappa B nuclear translocation in human alveolar macrophages

Raychaudhuri, B; Malur, A; [...]; Thomassen, MJ
Sep 6 2003 | JOURNAL OF BIOLOGICAL CHEMISTRY 277 (36) , pp.33344-33348

Primary pulmonary hypertension (PPH) is characterized by increased pulmonary arterial pressure and vascular resistance. We and others have observed that inflammatory cytokines and infiltrates are present in the lung tissue, but the significance is uncertain. Treprostinil (TRE), a prostacyclin analogue with extended half-life and chemical stability, h ... Show more

Free Full Text From Publisher   \*\*\*

**37**
Citations

**32**
References

Related records

☐ 36  Role of prostacyclin and its derivatives in the treatment of pulmonary arterial hypertension.

Caneva, JO and Osses, JM
2003 | MEDICINA-BUENOS AIRES 63 (3) , pp.233-236

Role of prostacyclin and its derivatives in the treatment of pulmonary arterial hypertension. Pulmonary arterial hypertension (PAH) is defined as a group of diseases characterised by a progressive increase of pulmonary vascular resistance leading to right ventricular failure and death. A dysregulation of prostacyclin metabolic pathways has been den ... Show more

\*\*\*

**1**
Citation

**16**
References

Related records



Find It at JH Libraries

Export ⌄    Add To Marked List

‹    1    ›    of 1

**Inhaled treprostinil sodium (TRE) for the treatment of pulmonary hypertension**

By: Voswinckel, R (Voswinckel, R) ; Enke, B (Enke, B) ; Kreckel, A (Kreckel, A) ; Reichenberger, F (Reichenberger, F) ; Krick, S (Krick, S) ; Gall, H (Gall, H) ; Gessler, T (Gessler, T) ; Schmehl, T (Schmehl, T) ; Kohstall, MG (Kohstall, MG) ; Grimminger, F (Grimminger, F) ; ...More

View Web of Science ResearcherID and ORCID (provided by Clarivate)

CIRCULATION

**Volume:** 110  **Issue:** 17  **Page:** 295-295  **Supplement:** S  **Meeting Abstract:** 1414
**Published:** OCT 26 2004
**Document Type:** Meeting Abstract

**Conference**
**Meeting:** 77th Scientific Meeting of the American-Heart-Association
**Location:** New Orleans, LA
**Date:** NOV 07-10, 2004
**Sponsor:** Amer Heart Assoc

Abstract

**Author Information**
**Addresses:** Univ Hosp Giessen, Giessen, Germany
  **Affiliation**
    University Hospital of Giessen & Marburg

**Categories/Classification**
**Research Areas:** Cardiovascular System & Cardiology

+ See more data fields

**Journal information**

View category quartiles

CIRCULATION

**ISSN:** 0009-7322
**eISSN:** 1524-4539
**Current Publisher:** LIPPINCOTT WILLIAMS & WILKINS, TWO COMMERCE SQ, 2001 MARKET ST, PHILADELPHIA, PA 19103
**Research Areas:** Cardiovascular System & Cardiology
**Web of Science Categories:** Cardiac & Cardiovascular Systems; Peripheral Vascular Disease

**Citation Network**

In Web of Science Core Collection

0
Citations

🔔 Create citation alert

Cited References

0

You may also like...

Hayes, D; Tobias, JD; Whitson, BA; et al.
PULMONARY HYPERTENSION IN CYSTIC FIBROSIS IN RELATION TO OTHER LUNG DISEASES PRIOR TO LUNG TRANSPLANTATION
PEDIATRIC PULMONOLOGY

Cowburn, PJ; McArthur, JD; Cleland, JGF; et al.
Pulmonary and systemic responses to substance P in patients with heart failure with and without pulmonary hypertension
JOURNAL OF THE AMERICAN COLLEGE OF CARDIOLOGY

Bennett, J;
Anaesthesia recommendations for Eisenmenger syndrome
ANASTHESIOLOGIE & INTENSIVMEDIZIN

Yuan, H; Wang, H; Peng, L; et al.
REGULATION OF CIRCULATING MICRORNAS IN OBSTRUCTIVE SLEEP APNEA PATIENTS WITH PULMONARY HYPERTENSION
SLEEP

Bray, JP; Adams, DR; Adams, PS; et al.
Sugammadex Neuromuscular Blockade Reversal Associated With Lower Postoperative Arterial Carbon Dioxide Levels After Congenital Cardiac Surgery
JOURNAL OF CARDIOTHORACIC AND VASCULAR ANESTHESIA

See all

**Use in Web of Science**

Web of Science Usage Count

0    4

Last 180 Days    Since 2013

Learn more

**This record is from:**
Web of Science Core Collection
  ○ Science Citation Index Expanded (SCI-EXPANDED)
  ○ Conference Proceedings Citation Index – Science (CPCI-S)

*Suggest a correction*

If you would like to improve the quality of the data in this record, please Suggest a correction

Clarivate
Accelerating innovation

© 2021 Clarivate
Training Portal
Product Support

Data Correction
Privacy Statement
Newsletter

Copyright Notice
Cookie Policy
Terms of Use

Manage cookie preferences

Follow Us


Liquidia's Exhibit 1120
Page 7



Close this window to return to the catalogue



# EXPLORE THE BRITISH LIBRARY

## Item Details

| | |
|---|---|
| **FMT** | SE |
| **LDR** | as a2200253 a 4500 |
| **001** | 009549936 |
| **003** | Uk |
| **005** | 20120117113012.0 |
| **007** | ta |
| **008** | 771123c19509999xxuwr p    0   a0eng |
| **0220** | \|a 0009-7322 |
| **040** | \|a Uk \|c Uk \|d Uk |
| **08204** | \|a 616.1 \|2 21 |
| **084** | \|a GU 66 \|2 blsrissc |
| **2101** | \|a Circulation \|b (N.Y.N.Y.) |
| **222 0** | \|a Circulation \|b (New York, N.Y.) |
| **24500** | \|a Circulation. |
| **260** | \|a New York : \|b American Heart Association, \|c 1950- |
| **300** | \|a v. ; \|c 28 cm. |
| **310** | \|a Monthly |
| **336** | \|a text \|2 rdacontent |
| **337** | \|a unmediated \|2 rdamedia |
| **338** | \|a volume \|2 rdacarrier |
| **3620** | \|a Vol. 1, no. 1 (Jan. 1950)- |
| **525** | \|a Has annual supplements with titles: Cardiovascular surgery, 1962-, and: Abstracts, 1964- ; also has occasional additional supplements. |
| **530** | \|a Also issued online. |
| **555** | \|a Cumulative index. |
| **580** | \|a Other language ed.: Circulation (Edition française) |
| **595** | \|a ABSORBS 3265.25 SEE ALSO 0816.6. |
| **650 0** | \|a Cardiology \|v Periodicals. |
| **650 0** | \|a Cardiovascular system \|v Periodicals. |
| **7102** | \|a American Heart Association. |
| **7751** | \|a Circulation (Edition française) \|x 1473-6187 |
| **7700** | \|t Cardiovascular surgery |
| **7761** | \|t Circulation (Online) \|x 1524-4539 |
| **7871** | \|t Hypertension (Dallas, Tex. 1957) \|x 0073-425X |
| **7871** | \|t American Heart Association monograph \|x 0065-8499 |
| **7871** | \|t Monograph - American Heart Association \|x 0891-320X |
| **945** | \|a CIRCULATION. |
| **85271** | \|a British Library \|b STI \|k (P) \|h GU 66 \|m -E(2) \|2 blsrissc |
| **866 0** | \|a Vol.1 (1950)-v.124, no. 25 (2011) |
| **85241** | \|a British Library \|b DSC \|j 3265.200000 |
| **866 0** | \|a Vol. 1, no. 1 (1950)-v. 124 no. 25 (2011) \|z UKRR Retained Title |
| **SYS** | 009549936 |

Liquidia's Exhibit 1123 P1
Page 1



# LIBRARY | CATALOG

 
PERIODICAL OR NEWSPAPER

# Circulation

Full Record    **MARC Tags**

| | | |
|---|---|---|
| 000 | | 04840cas a22009731 4500 |
| 001 | | 11145202 |
| 005 | | 20200803071357.0 |
| 008 | | 750817c19509999txuwn p    0   a0eng c |
| 010 | __ | \|**a** 51008753 |
| 016 | 7_ | \|**a** C22640000 \|**2** DNLM |
| 016 | 7_ | \|**a** 009549936 \|**2** Uk |
| 022 | 0_ | \|**a** 0009-7322 \|**l** 0009-7322 \|**y** 009--7322 \|**y** 0065-8499 \|**z** 0069-4193 \|**z** 0069-0406 \|**z** 0065-8502 \|**2** 1 |
| 030 | __ | \|**a** CIRCAZ |
| 032 | __ | \|**a** 113720 \|**b** USPS |
| 035 | __ | \|**a** (OCoLC)ocm01554748 |
| 040 | __ | \|**a** MUL \|**b** eng \|**c** MUL \|**d** OCL \|**d** UCU \|**d** MUL \|**d** NSD \|**d** DLC \|**d** NSD \|**d** SER \|**d** RCS \|**d** AIP \|**d** NSD \|**d** AIP \|**d** NSD \|**d** AIP \|**d** NSD \|**d** OCL \|**d** NSD \|**d** NYG \|**d** NSD \|**d** HUL \|**d** DLC \|**d** NST \|**d** OCL \|**d** NST \|**d** DLC \|**d** CUS \|**d** IUL \|**d** DLC \|**d** NSD \|**d** OCLCQ \|**d** DLC \|**d** OCL \|**d** NLGGC \|**d** LVB \|**d** CUS \|**d** EEM \|**d** WUOHS \|**d** OCLCQ \|**d** AU@ \|**d** BLBSF \|**d** UKMGB \|**d** OCLCQ \|**d** WHF \|**d** OCLCO \|**d** P4I \|**d** KLH \|**d** WIC \|**d** EUW \|**d** OCLCO \|**d** OCLCQ \|**d** OCLCO \|**d** OCLCF \|**d** OCLCO \|**d** PRB \|**d** MTG \|**d** ZAS \|**d** OCLCQ \|**d** ATVSV \|**d** IBO \|**d** CSA \|**d** CSJ \|**d** TFH \|**d** UIU \|**d** NJR \|**d** OCLCQ \|**d** CSAIL \|**d** OKS \|**d** CAHUS \|**d** BUF \|**d** ZAP \|**d** GILDS \|**d** CNO \|**d** CCH \|**d** GZM \|**d** MRM \|**d** PAU \|**d** DXU \|**d** TORON \|**d** OCLCO \|**d** DCHUA \|**d** CUI \|**d** OCLCO \|**d** OCLCA \|**d** LGG \|**d** W2U \|**d** NZHMA \|**d** U3G \|**d** YOU \|**d** L2U |
| 042 | __ | \|**a** nsdp \|**a** pcc |
| 050 | 00 | \|**a** RC681.A1 \|**b** C5 |

Request this Item    🔍 LC Find It

| 210 | 0_ | |a Circulation |b (N.Y.N.Y.) |
| 222 | _0 | |a Circulation |b (New York, N.Y.) |
| 245 | 00 | |a Circulation. |
| 249 | 0_ | |i ACQUIRE Title: |a Circulation |
| 260 | __ | |a [Dallas, Tex., etc.], |b [American Heart Association, etc.] |
| 300 | __ | |a volumes |b illustrations |c 28 cm |
| 310 | __ | |a Weekly (except the first two weeks in Jan. and the last two weeks in Dec.), |b <Apr. 8, 2003-> |
| 321 | __ | |a Monthly, |b 1950- |
| 336 | __ | |a text |b txt |2 rdacontent |
| 337 | __ | |a unmediated |b n |2 rdamedia |
| 338 | __ | |a volume |b nc |2 rdacarrier |
| 362 | 0_ | |a v. 1- Jan. 1950- |
| 510 | 2_ | |a Chemical abstracts |x 0009-2258 |
| 525 | __ | |a Has annual supplements with titles: Cardiovascular surgery, 1962-, and: Abstracts, 1964- ; also has occasional additional supplements. |
| 525 | __ | |a Supplements for 1962-63 and <1982> lack "supplement" in title. |
| 525 | __ | |a Supplements for 1987- also called: Circulation monograph, no. 1- |
| 555 | __ | |a Vols. 1-52, 1950-75. 1 v. |
| 580 | __ | |a Some supplements also issued as: American Heart Association monograph, 1962-85; and, Monograph (American Heart Association), 1986. |
| 580 | __ | |a Includes: Hypertension, v. 12 (published as Aug. 1964 supplement), which is also available separately. |
| 588 | __ | |a Latest issue consulted: Vol. 107, no. 14 (Apr. 15, 2003). |
| 590 | __ | |a SERBIB/SERLOC merged record |
| 590 | __ | |a Holdings also in 3x5 file. |
| 592 | __ | |a ACQN: aq 94013022 |
| 592 | __ | |a CRS req 7-15-85. ZT85-351 previous order 9041323 FISL=C |
| 650 | _0 | |a Cardiology |v Periodicals. |
| 650 | _0 | |a Cardiovascular system |v Periodicals. |
| 650 | _0 | |a Hypertension |v Periodicals. |
| 650 | _2 | |a Blood Circulation |x periodicals. |
| 650 | _2 | |a Cardiovascular System |x periodicals. |
| 650 | _6 | |a Cardiologie |v Périodiques. |
| 650 | _6 | |a Sang |x Circulation |v Périodiques. |
| 650 | _6 | |a Appareil cardiovasculaire |v Périodiques. |
| 650 | _7 | |a 44.85 cardiology. |0 (NL-LeOCL)077596765 |2 bcl |

Request this Item        🔭 LC Find It

Liquidia's Exhibit 1124
Page 2

| 650 | _7 | |a Hypertension. |2 fast |0 (OCoLC)fst00965831 |
| 650 | 17 | |a Bloedvaten. |2 gtt |
| 655 | _0 | |a Electronic journals. |
| 655 | _4 | |a Electronic Journals. |
| 655 | _7 | |a Periodicals. |2 fast |0 (OCoLC)fst01411641 |
| 655 | _7 | |a Periodicals. |2 rbgenr |
| 710 | 2_ | |a American Heart Association. |
| 710 | 2_ | |a American Heart Association. |t Abstracts. |
| 730 | 0_ | |a Cardiovascular surgery. |
| 730 | 0_ | |a Circulation monograph. |
| 770 | 0_ | |t Cardiovascular surgery |w (DLC) 66009486 |w (OCoLC)1586259 |
| 776 | 08 | |i Online version: |t Circulation (Online) |x 1524-4539 |w (DLC)sn 99003671 |w (OCoLC)38425031 |
| 787 | 1_ | |t Hypertension |x 0073-425X |w (DLC)sn 79005036 |w (OCoLC)1643474 |
| 787 | 1_ | |t American Heart Association monographs |x 0065-8499 |w (DLC)sf 81001017 |w (OCoLC)1695120 |
| 787 | 1_ | |t Monograph (American Heart Association) |x 0891-320X |w (DLC)sn 86003055 |w (OCoLC)13757741 |
| 850 | __ | |a CPT |a DLC |a InU |a MBCo |a MSobPR |a N |a NjR |a OU |
| 859 | 41 | |u http://www.circulationaha.org/ |
| 890 | __ | |a Circulation. (American Heart Association) New York. 1950- . |i 51-8753 |i sv90-65417 |
| 906 | __ | |a 7 |b cbc |c serials |d 3 |e ncip |f 19 |g n-oclcserc |
| 920 | __ | |a Keep 1 |
| 984 | __ | |a srvf |d 2001-01-17 |
| 985 | __ | |e eserial 200406 |
| 991 | __ | |b c-GenColl |h RC681.A1 |i C5 |w SERIALS |
| 991 | __ | |b c-GenColl |h RC681.A1 |i C5 |p 00058679756 |t Copy 1 |v 19 * 1959 Jan-Mar |w CCF |
| 991 | __ | |b c-GenColl |h RC681.A1 |i C5 |p 00058663530 |t Copy 1 |v 19 Nov-Dec * 1959 Apr-June |w CCF |
| 991 | __ | |b c-GenColl |h RC681.A1 |i C5 |p 00014218932 |t Copy 1 |v 74 Nov-Dec * 1986 |w CCF |
| 991 | __ | |b c-GenColl |h RC681.A1 |i C5 |p 00054957099 |t Copy 1 |v 86:Jul-Sept * 1992 |w CCF |
| 991 | __ | |b c-GenColl |h RC681.A1 |i C5 |p 0001431622A |t Copy 1 |v 1966 Jan-Mar * 8888 |w CCF |
| 992 | __ | |b Ser |w SERLOC |

Request this Item    LC Find It

Request this Item    LC Find It

## Item Availability ›

| | |
|---|---|
| CALL NUMBER | RC681.A1 C5 |
| | Set 1 |
| Request in | Jefferson or Adams Building Reading Rooms |
| Status | Not Charged |

**Older receipts**

v.1-v.41 (1950:Jan.-1970:Apr.), v.42-v.44 (1970:July-1971:Sept.), v.44-v.45 (1971:Nov.-1972:Feb.), v.45-v.65:no.7:pt.1 (1972:May-1982:June) v.66-v.97 (1982:July-1998:May), v.97 (1998:June 2-1998:June 9), v.97 (1998:June 23-1998:June 30), v.98-v.100 (1998:July-1999:June), v.100 (1999:July 6-1999:July 20), v.100-v.101 (1999:Aug.-2000:Feb.), v.101 (2000:Mar.2-2000:Mar.8), v.101 (2000:Mar.28), v.101-v.102 (2000:Apr.-2000:Sept.), v.102 (2000:Oct.3-2000:Oct.24), v.102 (2000:Oct.31), v.102 (2000:Nov.7), v.102 (2000:Nov.21-2000:Nov.28), v.102 (2000:Dec.12-2000:Dec.26), v.103-v.105 (2001:Jan.-2002:May), v.105 (2002:June 4-2002:June 18), v.106 (2002:July-2002:Sept.), v.106 (2002:Oct.8-2002:Oct.22), v.106 (2002:Nov.5), v.106 (2002:Nov.12-2002:Nov.26), v.106-v.107 (2002:Dec.-2003:Jan.), v.107:no.6 (2003:Feb.18), v.107:no.14-v.107:no.15 (2003:Apr.15-2003:Apr.22), v.107 (2003:May 6-2003:May 20), v.107:no.20 (2003:May 27), v.107 (2003:June)

v.107:no.25 (2003:July 1), v.108:no.1-v.109:no.11 (2003:July 8-2004:Mar.23), v.109:no.13-v.109:no.17 (2004:Apr.6-2004:May 4), v.109:no.19-v.110:no.3 (2004:May 18-2004:July 20) v.110:no.5-v.110:no.11 (2004:Aug.3-2004:Sept.14), v.110:no.13-v.110:no.25 (2004:Sept.28-2004:Dec.21/28), v.111:no.5-v.111:no.13 (2005:Feb.8-2005:Apr.5), v.111:no.15-v.112:no.8 (2005:Apr.19-2005:Aug.23) v.112:no.17-v.114:no.18 (2005:Oct.25-2006:Oct.31), v.114:no.20-v.118:no.1 (2006:Nov.14-2008:July1), v.118:no.3-v.118:no.10 (2008:July15-2008:Sept.2), v.118:no.12-v.119:no.2 (2008:Sept.16-2009:Jan.20), v.119:no.4v.119:no.5 (2009:Feb.3-2009:Feb.10), v.119:no.8-v.119:no.9 (2009:Mar.3-2009:Mar.10), v.119:no.11-v.120:no.18 (2009:Mar.24-2009:Nov.3), v.120:no.20-v.120:no.21 (2009:Nov.17-2009:Nov.24), v.120:no.24-v.120:no.25 (2009:Dec.15-2009:Dec.22/29) v.121:no.5-v.122:no.6 (2010:Feb.9-2010:Aug.10), v.122:no.9 (2010:Aug.31), v.122:no.11-v.122:no.12 (2010:Sept.14-2010:Sept.21), v.122:no.14-v.122:no.24 (2010:oct.5-2010:Dec.14)

Supplements        v.86:no.4 v.86:no.6 (1998:Oct.-1998:Dec.), v.87:no.2 v.87:no.6 (1998)

**Request this Item**    **📖 LC Find It**

Appx7851

v.100:no.18-v.100:no.19 (1999:Nov.2-1999:Nov.9), v.104:no.12
(2001:Sept.18), v.104:no.17 (2001:Oct.23)
v.108:no.16-v.108:no.17 (2003:Oct.21-2003:Oct.28), v.109:no.21
(2004:June 1), v.109:no.23 (2004:June 15), v.109:no.25 (2004:June 29)
v.110:no.11 (2004:Sept.14), v.110:no.17 (2004:Oct.26), v.110:no.24
(2004:Dec.14), v.112:no.17 (2005:Oct.), v.112:no.22 (2005:Nov.29),
v.112:no.24 (2005:Dec.13)
v.114:no.1 (2006:July 4), v.114:no.18 (2006:Oct.31), v.116:no.11
(2007:Sept.11), v.116:no.16 (2007:Oct.16), v.118:no.14:suppl.1
(2008:Sept.30), v.118:no.18:suppl.2 (2008:Oct.28), v.120:no.11:suppl.1
(2009:Sept.15), v.120:no.18:suppl.2 (2009:Nov.3)
v.122:no.11:suppl.1 (2010:Sept.14), v.122:no.18:suppl.3 (2010:Nov.2)

| Indexes | v.1/52 (1950/1975) |
|---|---|

---

| CALL NUMBER | RC681.A1 C5 |
|---|---|
| | Copy 1 |
| | Unbound issues |

| Request in | Newspaper & Current Periodical Reading Room (Madison LM133) |
|---|---|

| Latest receipts | v. 138, no. 25 (2018 Dec. 18/25) |
|---|---|
| | v. 138, no. 24 (2018 Dec. 11) |
| | v. 138, no. 23 (2018 Dec. 24) |
| | v. 122, no. 13 (2010 Sept. 28) |
| | v. 121, no. 4 (2010 Apr. 13) |
| | v. |
| | v. 106, no. 23 (2002 Dec.) |
| | v. 106, no. 22 (2002) |
| | v. 106, no. 21 (2002 Nov. 19) |
| | v. 106, no. 20 (2002 Nov. 12) |
| | v. 106, no. 19 (2002 Nov.5) |
| | v. 106, no. 17 (2002 Oct. 22) |
| | v. 106, no. 16 (2002 Oct. 15) |
| | v. 106, no. 15 (2002 Oct. 8) |
| | v. 106, no. 13 (2002 Sept. 24) |
| | v. 106, no. 12 (2002 Sep.17) |
| | v. 106, no. 11 (2002 Sept. 10) |
| | v. 106, no. 10 (2002 Sept. 3) |
| | v. 106, no. 9 (2002 Aug. 27) |
| | v. 106, no. 8 (2002 Aug. 21) |

[ Request this Item ]  [ 🔍 LC Find It ]

Liquidia's Exhibit 1124
Page 5

v. 106, no. 4 (2002 July 23)

v. 106, no. 3 (2002 July 16)

v. 106, no. 2 (2002 July 9)

v. 106, no. 1( 2002 : July 2.)

v. 105, no. 25 (2002 June 25)

v. 105, no. 24 (2002:June 18)

v. 105, no. 23 (2002:June 11)

v. 105, no. 22

v. 105, no. 21 (2002 May 28)

v. 105, no. 20 (2002 May 21 )

v. 105, no. 19 (2002 May 14)

v. 105, no. 18 (2002 May 7)

v. 105, no. 17 (2002 Apr.30)

v. 105, no. 16 (2002 Apr. 23)

v. 105, no. 15 (2002 Apr. 16)

v. 105, no. 14 (2002 Apr. 9)

v. 105, no. 13 (2002 Apr.2)

v. 105, no. 12 ( 2002 Mar.26)

v. 105, no. 11 (2002 Mar. 19)

v. 105, no. 10 (2002 Mar. 12)

v. 105, no. 9 (2002 Mar. 5)

v. 105, no. 8 (2002: Feb. 25)

v. 105, no. 7 (2002 Feb. 19)

v. 105, no. 6 (2002 Feb. 12)

v. 105, no. 5 (2002 Feb. 5)

v. 105, no. 4 (2002 Jan. 29)

v. 105, no. 3 (2002 Jan. 22)

v. 105, no. 2 (2002:Jan.15)

v. 105, no. 1 (2002 Jan.1/8)

v. 104, no. 25 (2001 Dec. 18/25)

v. 104, no. 24 (2001 Dec. 11)

v. 104, no. 23 (2001:Dec.4)

v. 104, no. 22 (2001 Nov. 27)

v. 104, no. 21

v. 104, no. 20 (2001 Nov. 13)

v. 104, no. 19 (2001 Nov.6)

v. 104, no. 17 (2001 Oct. 23)

v. 104, no. 16 (2001 Oct.16)

v. 104, no. 13 (2001 Sept. 25)

v. 104, no. 12 (2001 Sept. 18)

v. 104, no. 11 (2001 Sept. 11)

v. 104, no. 10 (2001 Sept. 4)

v. 104, no. 8 (2001 Aug. 21)

Request this Item     🔭 LC Find It

**Appx7853**

Liquidia's Exhibit 1124
Page 6

v. 104, no. 4 (2001 Jul. 24)

v. 104, no. 3 (2001 July 17)

Request this Item     LC Find It

**Appx7854**

Liquidia's Exhibit 1124
Page 7

Lane Medical Library

Search    Results    Search History    Renew Items    Request/Recall Items    Help    SUL (Searchworks)

<< back    forward >>

| Brief Record | Detailed Record | MARC Format |
| --- | --- | --- |

### Circulation

**MARC View:**

| | |
| --- | --- |
| **000** | 05797cas a2201117Ei 450 |
| **001** | 45 |
| **005** | 20200319081032.0 |
| **008** | 860918c19509999mduwn1p s 00|1a0eng d |
| **010** | __ |a 51008753 |
| **022** | __ |a 1524-4539 (Digital) |
| **022** | 0_ |a 0009-7322 |y 009-7322 |z 0065-8499 |z 0069-4193 |z 0069-0406 |z 0065-8502 |y 0069-4193 (Print) |
| **030** | __ |a CIRCAZ |z CISUAQ |
| **032** | __ |a 113720 |b USPS |
| **035** | __ |9 L45 |
| **035** | __ |a (DNLM)0047462 |
| **035** | __ |a (DNLM)0147763 |z (DNLM)C22640000(s) |z (DNLM)C22660000(s) |
| **035** | __ |a (OCoLC)1554748 |z (OCoLC)1781871 |
| **035** | __ |a 45 |
| **050** | 0_ |a RC681.A1 |b C5 |
| **060** | _0 |a W1 CI743 |
| **149** | _8 |a Circulation |d 1950- |h [print/digital] |w L45 |
| **210** | 10 |a Circulation |h [print/digital] |
| **245** | 00 |a Circulation |h [print/digital]. |
| **246** | 13 |a Circulation online |h [digital] |
| **246** | 13 |a Circulation. |p Supplement |h [print/digital] |
| **260** | 3_ |b Lippincott Williams & Wilkins, |c 1950- |
| **265** | __ |a Hagerstown, MD : |b Lippincott Williams & Wilkins, |c 1950- |
| **300** | __ |a volumes : |b illustrations ; |c 28 cm |
| **310** | __ |a Weekly except beginning of Jan. and end of Dec., |b 1998-<2003> |
| **362** | 0_ |a Vol. 1, no. 1 (Jan. 1950)- . |
| **500** | __ |a "50 years of contribution," 2000. |
| **500** | __ |a Previous publisher: American Heart Association, 1950-1997. |
| **525** | __ |a Supplements accompany some volumes. |
| **550** | __ |a "Journal of the American Heart Association," <1998>-<2003>. |
| **555** | __ |a Vols. 1-52, 1950-75. 1 v. |
| **580** | __ |a Includes v. 12-13, 16 of: Hypertension (American Heart Association : 1957), also issued separately. |
| **580** | __ |a Many supplements/special issues from 1962-1986 also published as and reprinted as: American Heart Association monograph. |
| **650** | 12 |a Blood Circulation |0 Z11127 |
| **650** | 12 |a Cardiovascular System |0 Z15381 |
| **650** | 42 |a Cardiology |0 Z4559 |
| **650** | 42 |a Vascular Diseases |0 Z9084 |
| **655** | 17 |a Fulltext |0 Z257286 |
| **655** | 17 |a Periodicals |0 Z12547 |
| **655** | 27 |a Internet Resources |0 Z257302 |
| **655** | 47 |a Serials |0 Z15113 |
| **655** | 77 |a Core Material |0 Z45190 |
| **655** | 77 |a LaneConnex |0 Z67636 |
| **655** | 77 |a Subset, Oldcore |0 Z53959 |
| **655** | 87 |9 Ovid: |a Subset, Backfile Complete |
| **655** | 87 |9 HighWire: |a Subset, Backfile Complete |
| **655** | 87 |a Subset, Impact Factor |
| **660** | _0 |a Cardiology |x Periodicals. |
| **710** | 2_ |e Sponsor: |a American Heart Association. |0 Z19728 |
| **710** | 2_ |e Publisher: |a Lippincott Williams & Wilkins. |0 Z39317 |
| **710** | 28 |e Aggregator: |a Ovid Technologies. |
| **730** | 08 |a HighWire |q (Online service). |w L219859 |
| **730** | 08 |a Ovid |q (Online service). |w L143561 |
| **770** | 0_ |t Circulation monograph |g 1987- |w L344 |
| **770** | 0_ |t Cardiovascular surgery (American Heart Association) |g 1962- |w L51184 |
| **787** | 0_ |t Hypertension (American Heart Association : 1957) |g 1957-1978 |w L26220 |
| **787** | 0_ |t American Heart Association monograph |g 1960-1986 |w L23329 |
| **844** | _8 |a HighWire |

**Appx7855**

Liquidia's Exhibit 1125
Page 1

844 _8 |a Ovid

856 41 |u http://ovidsp.ovid.com/ovidweb.cgi?T=JS&MODE=ovid&NEWS=n&PAGE=toc&D=ovft&AN=00003017-000000000-00000 |z Circulation

856 41 |u https://www.ahajournals.org/loi/circ |z Circulation

856 42 |u http://gateway.webofknowledge.com/gateway/Gateway.cgi?
GWVersion=2&SrcAuth=Stanford&SrcApp=AMR&DestApp=IC2JCR&KeyISSN=0009-7322 |z Impact Factor

903 __ |a NEWE9901 |a NEWE0205

904 0_ |a circulation

907 __ |a INC; |b AA, suppls and special issues 1980-2006; |c PER; |e v. ---, no. ---, pt. --- (Suppl. ---); |f aa scattered; |x Inactive, CAN11

907 __ |a N/A; |b NA; |c EPER; |x eCurrent; |y DigiPay

941 _8 |a Maryland

942 _8 |a English

943 _8 |a 1950

943 _8 |a Continuing

953 1_ |a A |b 0147763 |d 3 |f tu |s 1-114.1950-2006

953 1_ |a A |b 0147763 |d 3 |f cr |s 1-.1950-

953 1_ |a A |b 0047462 |d 3 |f tu |s .1964-1977 |y Supplement

990 __ |a When print Suppls. received add analytics for digital only, Do not include Ovid version, starting with 2007. Print will be tossed in 12 months. 2008-10

990 __ |w 86S591

992 __ |a 1986 |p 56.00

992 __ |a 1987 |p 75.00

992 __ |a 1988 |p 95.00

992 __ |a 1989 |f 7.628 |p 100.00

992 __ |a 1990 |f 9.706 |p 110.00

992 __ |a 1991 |f 9.038 |p 121.00 |i IM |d Falconer

992 __ |a 1992 |b RP |f 8.511 |p 133.00

992 __ |a 1993 |p 156.00 |s 00065 |f 8.994

992 __ |a 1994 |p 172.00 |s 00109 |f 8.634

992 __ |a 1995 |s 00129 |u 00411 |p 224.00 |f 8.822

992 __ |a 1996 |s 00050 |u 02511 |p 241.31

992 __ |a 1997 |p 289.37 |s 00068 |u 02002 |f 9.762

992 __ |a 1998 |s 00123 |u 02051 |p 343.00 |f 9.173

992 __ |a 1999 |s 00093 |u 01624 |p 396.00

992 __ |a 2000 |s 00057 |u 01177

993 __ |c 00027 |d 00833 |u 00545 |v 10351

998 __ |a 0006a 0007s 010 010lb 0102b 010a 022 022l0 0221b 0222b 022a 022y 022z 030 0301b 0302b 030a 030z 032 0321b 0322b 032a 032b 035 0351b 0352b 0359 035a 035z 050 0501b 0502b 050a 050b 060 0601b 0602b 060a 149 1491b 14928 149a 149d 149h 149w 210 21011 21020 210a 210h 245 24510 24520 245a 245h 246 24611 24623 246a 246h 246p 260 26013 2602b 260b 260c 265 2651b 2652b 265a 265b 265c 300 3001b 3002b 300a 300b 300c 310 3101b 3102b 310a 310b 362 36210 3622b 362a 500 5001b 5002b 500a 525 5251b 5252b 525a 550 5501b 5502b 550a 555 5551b 5552b 555a 580 5801b 5802b 580a 650 6500 65011 65014 65022 650a 655 6550 65511 65512 65514 65517 65518 65527 6559 655a 660 6601b 66020 660a 660x 710 7100 71012 71028 7102b 710a 710e 730 73010 73028 730a 730q 730w 770 77010 7702b 770g 770t 770w 787 78710 7872b 787g 787t 787w 844 8441b 84428 844a 856 85614 85621 85622 856u 856z 903 9031b 9032b 903a 904 90410 9042b 904a 907 9071b 9072b 9073b 9074b 907c 907e 907f 907x 907y 941 9411b 94128 941a 942 9421b 94228 942a 943 9431b 94328 943a 953 95311 9532b 953a 953b 953d 953f 953s 953y 990 9901b 9902b 990a 990w 992 9921b 9922b 992a 992b 992d 992f 992i 992p 992s 992u 993 9931b 9932b 993c 993d 993u 993v



| Record Options: link to this page | | |
| --- | --- | --- |
| Select Download Format: Full Record ⌄ | Format for Print/Save | |
| Enter your email address: | | Email |

© Stanford Medicine

Liquidia's Exhibit 1125
Page 2

```
leader  03523cas a22006971  4500
001     990000054810203776
005     20210810113423.0
008     750817c19509999txuwn p      0    a0eng c
010     ##$a51008753
012     ##$a3 $b3 $en $i8702 $j4 $k1 $l1 $m1
022     0#$a0009-7322 $l0009-7322 $y009--7322 $y0065-8499 $z0069-4193 $z0069-0406 $z0065-8502 $21
030     ##$aCIRCAZ
032     ##$a113720 $bUSPS
035     ##$a(OCoLC)01554748
035     ##$a(OCoLC)01554748 $z(OCoLC)11292471 $z(OCoLC)219861143 $z(OCoLC)818653317 $z(OCoLC)976548462 $z(OCoLC)1003612187 $z(OCoLC)1062027881
035     ##$a(CLU)14700-ucladb-Voyager
040     ##$aMUL $beng $cMUL $dOCL $dUCU $dMUL $dNSD $dDLC $dNSD $dSER $dRCS $dAIP $dNSD $dAIP $dNSD $dAIP $dNSD $dOCL $dNSD $dNYG $dNSD $dHUL $dDLC $
042     ##$ansdp $apcc
049     ##$aCLYY
050     00$aRC681.A1 $bC5
060     00$aW1 CI743
082     04$a616.105
090     ##$aR1 $b.C5 $n#33 $9LOCAL
210     0#$aCirculation $b(N.Y.N.Y.)
222     #0$aCirculation $b(New York, N.Y.)
245     00$aCirculation
260     ##$a[Dallas, Tex., etc.], $b[American Heart Association, etc.]
300     ##$avolumes $billustrations $c28 cm
310     ##$aWeekly (except the first two weeks in Jan. and the last two weeks in Dec.), $b<Apr. 8, 2003->
321     ##$aMonthly, $b1950-
336     ##$atext $btxt $2rdacontent
337     ##$aunmediated $bn $2rdamedia
338     ##$avolume $bnc $2rdacarrier
362     0#$av. 1- Jan. 1950-
525     ##$aHas annual supplements with titles: Cardiovascular surgery, 1962-, and: Abstracts, 1964- ; also has occasional additional supplements
525     ##$aSupplements for 1962-63 and <1982> lack "supplement" in title
525     ##$aSupplements for 1987- also called: Circulation monograph, no. 1-
555     ##$aVols. 1-52, 1950-75. 1 v
580     ##$aSome supplements also issued as: American Heart Association monograph, 1962-85; and, Monograph (American Heart Association), 1986
580     ##$aIncludes: Hypertension, v. 12 (published as Aug. 1964 supplement), which is also available separately
588     ##$aLatest issue consulted: Vol. 107, no. 14 (Apr. 15, 2003)
650     #0$aCardiology $vPeriodicals
650     #0$aCardiovascular system $vPeriodicals.
650     #0$aHypertension $vPeriodicals.
655     #0$aElectronic journals
650     #2$aBlood Circulation $xperiodicals.
650     #2$aCardiovascular System $xperiodicals.
655     #4$aElectronic Journals
655     #7$aPeriodicals. $2rbgenr
710     2#$aAmerican Heart Association
710     2#$aAmerican Heart Association. $tAbstracts
730     0#$aCardiovascular surgery
730     0#$aCirculation monograph
770     0#$tCardiovascular surgery $w(DLC)   66009486 $w(OCoLC)1586259
776     08$iOnline version: $tCirculation (Online) $x1524-4539 $w(DLC)sn 99003671 $w(OCoLC)38425031
787     1#$tHypertension $x0073-425X $w(DLC)sn 79005036 $w(OCoLC)1643474
787     1#$tAmerican Heart Association monographs $x0065-8499 $w(DLC)sf 81001017 $w(OCoLC)1695120
787     1#$tMonograph (American Heart Association) $x0891-320X $w(DLC)sn 86003055 $w(OCoLC)13757741
992     ##$a(CU-SB)000005481SBA01 $9LOCAL
992     ##$aAAA6461 $bMA $9LOCAL
996     ##$a990000054810203776 $9LOCAL
```

Liquidia's Exhibit 1126
Page 1

LOG IN FOR ALL SERVICES

**BASIC SEARCH**   **ADVANCED SEARCH**   **BROWSE SEARCH**   **E-JOURNALS**



JOURNAL
## European heart journal.
1980- Amsterdam, Elsevier.

Available at Health Sciences Library  Serials (W1 EU636 )  ›

ASK US!

TOP

SEND TO

GET IT

ITEM DETAILS

LINKS

## Send to


E-MAIL


CITATION


PERMALINK

PRINT

BIBTEX


ENDNOTE


EXPORT TO
EXCEL

EXPORT RIS

## Get It

Current UW students, faculty, and staff          Log in for all services

Liquidia's Exhibit 1127
Page 1

**REQUEST OPTIONS:**

**Location:**   Health Sciences Library   Serials   W1       **FIND THIS LOCATION**
           EU636

**HOLDINGS:** v.17 lacks suppl.G;; v.18 lacks suppl.B
           v.1:no.2(1980:month 02),
           v.5(1984)-v.30(2009)

, **PUBLIC NOTES:** Shelved by title: European heart journal

Volume / Year:   All                    ⌄

1 - 10 of 218 Records   |   1    2    3    NEXT    LAST

ASK US!

| TYPE | POLICY | DESCRIPTION | STATUS | OPTIONS |
|------|--------|-------------|--------|---------|
| Bound Issue | - | v.30 no.24 Dec. 2009 | Available (0 requests) | |
| Bound Issue | - | v.30 no.23 Dec. 2009 | Available (0 requests) | |
| Bound Issue | - | v.30 no.22 Nov. 2009 | Available (0 requests) | |
| Bound Issue | - | v.30 no.21 Nov. 2009 | Available (0 requests) | |
| Bound Issue | - | v.30 no.20 Oct. 2009 | Available (0 requests) | |
| Bound Issue | - | v.30 no.19 Oct. 2009 | Available (0 requests) | |

**GET IT FROM OTHER SUMMIT LIBRARIES**

**SHOW LIBRARIES »**

## Item Details ──────────────────────────

| | |
|--|--|
| **Title** | European heart journal. |
| **Author** | European Society of Cardiology. › |
| **LCSH and PCI subjects** | Cardiology -- Periodicals › |
| **MeSH Subjects** | Cardiology › |
| **Related Titles** | Companion publication to: European heart journal. Cardiovascular pharmacotherapy. |
| | Companion journal to: European heart journal. Quality of care & clinical outcomes. |
| **Genre/Form** | Periodicals › |
| | Periodical › |
| **MeSH Genres** | Periodical › |
| **Language** | English |
| **Format** | volumes illustrations 28 cm |

Liquidia's Exhibit 1127
Page 2

| | |
|---|---|
| **Alternate Title** | Key title: European heart journal |
| **Description** | Published: Oxford ; New York : Pergamon Press, 1988- ; Oxford : Oxford University Press, 2005-<br>Vols. for 19<80>-1998 include irregularly issued supplements.<br>Issuing body: Official journal of the European Society of Cardiology. |
| **Publisher** | Amsterdam, Elsevier. |
| **Publication Date** | 1980- |
| **Dates of Publication** | v. 1- Feb. 1980- |
| **Frequency** | Semimonthly, <2004-><br>Former frequency: Bimonthly, <-1982><br>Former frequency: Monthly, <1983-> |
| **Citations** | Chemical abstracts |
| **Identifier** | ISSN: 0195-668X<br>Print ISSN: 1522-9645 |
| **OCLC Number** | 05585193 |
| **Alma IZ record number** | 99157041490001452 |
| **Alma NZ Record Number** | 99115810740001451 |

ASK US!

## Links

Link no longer valid as of February 15, 2017 ⧉ ›
Link no longer valid as of March 21, 2005 ⧉ ›
Address for accessing the journal using authorization number and password through OCLC FirstSearch Electronic Collections Online. Subscription to online journal required for access to abstracts and full text ⧉ ›
Address for accessing the journal from an authorized IP address through OCLC FirstSearch Electronic Collections Online. Subscription to online journal required for access to abstracts and full text ⧉ ›
Link no longer valid as of February 15, 2017 ⧉ ›

Search › Catalog › European heart journal



# European heart journal

European heart journal (Online)

 Save to Lists

## Subjects

Cardiology -- Europe -- Periodicals.

Cardiology.

MEDICAL SUBJECT HEADING

## Content Types

Periodicals

Electronic journals

Periodical

## ✕ Publication Details                                       Cite/Export

| FORMAT | Journals, Magazines, Newspapers |
| --- | --- |

Liquidia's Exhibit 1128
Page 1

| | |
|---|---|
| **CONTRIBUTORS** | European Society of Cardiology |
| **PUBLICATION** | [London] : Harcourt |
| **PUBLICATION DATES** | Print began in 1980 |
| **ISSNS** | 1522-9645, 0195-668X |
| **OCLC** | ocm40309576, ocm05585193 |

## ✕ Summary

Leading European publication for practising cardiologists, with original papers on all aspects of cardiovascular medicine and surgery.

## ✕ Notes

Refereed/Peer-reviewed
Mode of access: World Wide Web.

## ✕ Information from the Web 

| European Society of Cardiology | ⌄ |
|---|---|

## MARC Bibliographic Record

| **LEADER** | -----nas--2200553-a-4500 |
|---|---|
| **001** | 991021961903102122 |
| **005** | 20200704133345.5 |
| **006** | m-----o--d-------- |
| **007** | cr-cn|||||||||| |

Liquidia's Exhibit 1128
Page 2

008     981113c19809999enkmr-pso-----0---a0eng-c

010         $asn 98005097

016     7_     $a2001908 -7$2DE-600

022         $a1522-9645

035         $a(DE-599)ZDB2001908 7

035         $a(OCoLC)40309576

035         $a(CKB)954922648095

035         $a(CONSER)sn-98005097-

035         $a(EXLCZ)99954922648095

042         $ansdp$apcc

043         $ae------

050     _4     $aRC681.A1$bE87c

082     10     $a616$213

130     0_     $aEuropean heart journal (Online)

210         $aEUR HEART J

210         $aEUR. HEART J

210     0_     $aEur. heart j.$b(Online)

222     _0     $aEuropean heart journal$b(Online)

245     10     $aEuropean heart journal.

260         $a[London] :$bHarcourt

Liquidia's Exhibit 1128
Page 3

| 310 | | $aMonthly |
| | | |
| 336 | | $atext$btxt$2rdacontent |
| | | |
| 337 | | $acomputer$bc$2rdamedia |
| | | |
| 338 | | $aonline resource$bcr$2rdacarrier |
| | | |
| 362 | 1_ | $aPrint began in 1980. |
| | | |
| 500 | | $aRefereed/Peer-reviewed |
| | | |
| 520 | | $aLeading European publication for practising cardiologists, with original papers on all aspects of cardiovascular medicine and surgery. |
| | | |
| 538 | | $aMode of access: World Wide Web. |
| | | |
| 550 | | $aOfficial journal of the European Society of Cardiology. |
| | | |
| 588 | 0_ | $aVol. 17, no. 1 (Jan. 1996); title from title screen. |
| | | |
| 650 | _0 | $aCardiology$zEurope$vPeriodicals. |
| | | |
| 650 | _2 | $aCardiology. |
| | | |
| 650 | _7 | $aCardiology.$2fast$0(OCoLC)fst00847121 |
| | | |
| 651 | _7 | $aEurope.$2fast$0(OCoLC)fst01245064 |
| | | |
| 655 | _0 | $aElectronic journals. |
| | | |
| 655 | _2 | $aPeriodical. |
| | | |
| 655 | _7 | $aPeriodicals.$2fast$0(OCoLC)fst01411641 |
| | | |
| 776 | | $x0195-668X |
| | | |
| 772 | 00 | $tEuropean Heart Journal - Case Reports$w(CKB)4530000000000004$x2514-2119 |

Liquidia's Exhibit 1128
Page 4

| 770 | 0_ | $t European Heart Journal Supplements$w(CKB)954925625319$x1554-2815 |
| 710 | 2_ | $aEuropean Society of Cardiology. |
| 906 |  | $aJOURNAL |

## MMS IDs

**Document ID:** 9911025127902121
**Network Electronic IDs:** 9911025127902121
**Network Physical IDs:**
**mms_ec_ids:** 99925242296102134
**mms_gb_ids:** 991006746340902123
**mms_mad_ids:** 991021961903102122
**mms_pl_ids:** 99901296013002127
**mms_sf_ids:** 991014902253002130

Online Access

Oxford University Press Journals

Available from 2010 volume: 31 issue: 1 until 2016 volume: 37 issue: 48.

Oxford University Press Medicine Archive

Available from 1980 volume: 1 issue: 1 until 1995 volume: 17 issue: 1.

PubMed Central

Available from 2008 volume: 29. Most recent 1 year(s) not available.

Liquidia's Exhibit 1128
Page 5



# EXPLORE THE BRITISH LIBRARY

## Item Details

| | |
|---|---|
| **FMT** | SE |
| **LDR** | nas a2200217 a 4500 |
| **001** | 007858614 |
| **003** | Uk |
| **005** | 20191231172346.0 |
| **007** | ta |
| **008** | 801017c19809999enksr p    0   a0eng |
| **015** | \|a GB8031662 \|2 bnb |
| **0220** | \|a 0195-668X \|2 02 |
| **040** | \|a Uk \|c Uk \|d Uk |
| **042** | \|a issnuk |
| **05000** | \|a RC681.A1 |
| **08204** | \|a 616.12005 \|2 19 |
| **084** | \|a GU 66 \|2 blsrissc |
| **2100** | \|a Eur. heart j. |
| **222 0** | \|a European heart journal |
| **24500** | \|a European heart journal. |
| **260** | \|a London : \|b Academic Press, \|c [1980]- |
| **2603** | \|3 2005- \|a Oxford : \|b Oxford University Press |
| **300** | \|a v. : \|b ill. ; \|c 25 cm. |
| **310** | \|a Semimonthly, \|b <2004-> |
| **321** | \|a Bimonthly, \|b <-1982> |
| **321** | \|a Monthly, \|b <1983-> |
| **336** | \|a text \|2 rdacontent |
| **337** | \|a unmediated \|2 rdamedia |
| **338** | \|a volume \|2 rdacarrier |
| **3620** | \|a Vol. 1, no. 1 (Feb. 1980)- |
| **500** | \|a Published: Oxford ; New York : Pergamon Press, 1988- ; Oxford : Oxford University Press, 2005- |
| **5102** | \|a Chemical abstracts \|x 0009-2258 |
| **525** | \|a Vols. for 19<80>-1998 include irregularly issued supplements. |
| **530** | \|a Also available in an online version. |
| **595** | \|a ABSORBS 8931.786 SEE ALSO CARD INDEX. |
| **650 0** | \|a Cardiology \|v Periodicals. |
| **650 0** | \|a Heart \|x Diseases \|x Periodicals. |
| **653** | \|a Man \|a Heart \|a Diseases \|a Serials |
| **7102** | \|a European Society of Cardiology. |
| **7700** | \|t European heart journal supplements \|g 1999- \|x 1520-765X |
| **77608** | \|i Also issued online as: \|t European heart journal (Online) \|x 1522-9645 |
| **945** | \|a European heart journal. |
| **85271** | \|a British Library \|b STI \|k (TP) \|h GU 66 \|m -E(16) \|2 blsrissc |
| **866 0** | \|z Accompanying CD-ROM |
| **85271** | \|a British Library \|b STI \|k (P) \|h GU 66 \|m -E(16) \|2 blsrissc |
| **866 0** | \|a Vol. 1 (1980)- v. 35, no. 2 (2014) \|z Title now taken as electronic copy |
| **85241** | \|a British Library \|b DSC \|j 3829.717500 |

Liquidia's Exhibit 1129
Page 1

**866 0**  |a Vol. 1 (1980)-v. 30, no. 24 (2009) |z UKRR Retained Title
**SYS**    007858614

Accessibility  Terms of use  © The British Library Board

**Appx7867**

Liquidia's Exhibit 1129
Page 2

# EXHIBIT 1002 - THORACIC PEDICLE SCREWS FOR IDIOPATHIC SCOLIOSIS VIDEO (2001) PARTS 1-7