# ADVANCED CONCEPTS IN SPINAL DEFORMITY SURGERY

**MAY 18-19, 2003**

**CHEYENNE MOUNTAIN RESORT**

**COLORADO SPRINGS, COLORADO**

## PROGRAM CHAIRMEN

*Lawrence G. Lenke, M.D.*
*George D. Picetti, M.D.*

*Sponsored by:*

Medtronic
SOFAMOR DANEK

# FREE HAND THORACIC SCREW PLACEMENT AND CLINCIAL USE IN SCOLIOSIS AND KYPHOSIS SURGERY

Lawrence G. Lenke, M.D.
The Jerome J. Gilden Professor of Orthopaedic Surgery
Spinal Deformity Service
Washington University School of Medicine

Chief, Spinal Service
Shriners Hospital for Children
St. Louis, Missouri

Half Moon Bay, California
February 2003

# INTRODUCTION

"PROS" of Pedicle Screws

- Better correction power in three plane
- Construct stability to allow early motion/activity
- Lack of complications

"CONS" of Pedicle Screws

*Possible Complications:*

- Neurologic and Vascular
- Learning curve
- Operative time
- Cost

# INTRODUCTION

**Various Insertion Techniques**

1. FREE HAND
2. Scan image guided/ Fluoro navigation
3. Fluoro assist
4. Pre-insertion K-wire guided

**Confirmation of Optimal Placement**

1. Triggered EMGs
2. Pedicle seeker/Palpation
3. Post-insertion radiographs or fluoroscopy
4. Laminotomy
5. Postop CT scan

## MATERIALS AND METHODS

TECHNIQUE -
**Free Hand Placement of Thoracic Pedicle Screws**

- Exposure
- Starting point (burr)
- Blunt probe
- Palpation
- Tapping and Re-palpation
- Placement
- Confirmation

**Step 1: Complete exposure of the bony anatomy**

**Step 2: Starting point (5 mm acorn-tipped burr)**

Proximal Thoracic (T1-T4)
junction of proximal transverse process and lamina medial to lateral pars

Mid- Thoracic (T5-T8)
junction of down slope of proximal transverse process and lamina at base of superior facet, medial to lateral pars

Lower Thoracic (T9-T12)
down slope of bisected t.p. at junction of transverse process and lamina at same level as lateral pars



Step 3: The Thoracic Gearshift probing
Outward Gear Shift until the Base of the Pedicle
Inward Gear Shift into the vertebral body After Base of The Pedicle

**Step 4: Inner pedicle palpation and length measurement**

1. Palpate all 5 bony walls of the pedicle (cephalad, caudad, medial, lateral, and floor)
2. Mark the length of the tract and measure it.

**Step 5: Tapping and Re-palpation**

1. Tap the pedicle with a tap that is 0.5 mm smaller than the proposed screw.
2. Use the palpating device a second time to assess the bony pedicle walls

**Step 6: Screw placement**

(Place the screw slowly)







Case: 23-1805 Document: 31-6 Page: 240 Filed: 10/06/2023 (240 of 699)
5

BEWARE - CONCAVE APEX!

4

Appx7886

## Step 7: Confirmation of Screw Placement

1. Intraoperative X-rays ; Harmonious screw position
2. Triggered EMG; Helpful, but no definite minimum EMG.*

*Raynor, Lenke et al. Spine 27:2030, 2002

## PEDICLE SCREW EMG STIMULATION

| Screw Level | Recording Muscle |
|---|---|
| **T6 - T12** | **Rectus Abdominus** |
| L1 & L2 | Adductor |
| L3 & L4 | Quad. |
| L5 | Ant. Tib. |
| S1 | Gastroc. |

## Can Triggered EMG Thresholds Accurately Predict Thoracic Pedicle Screw Placement?

Barry L. Raynor, B. A.
Lawrence G. Lenke, M. D.
Yongjung Kim, M. D.
Darrell S. Hanson, M. D.
Tracy J. Wilson-Holden, M. A.
Keith H. Bridwell, M. D.
Anne M. Padberg, M. S.

Spine, SRS Issue 27(18):2030-35, 2002

## CONCLUSION
### THORACIC PEDICLE SCREWS

**"MEDIAL WALL DEFECT ALERT"**

- Triggered EMG threshold **< 6.0 mA**
- Threshold intensity **65 %** decreased from mean of all other TrgEMG responses

## PREREQUISITES FOR SUCCESSFUL THORACIC PEDICLE SCREW PLACEMENT

- Starting point
- Thoracic pedicle probe
- Proper 3D orientation
- Appropriate intraosseous "feel" of probe down pedicle → body
- Confirmation of "intraosseous" screw pathway

## WHAT X-RAY / FLUORO / IMAGE GUIDANCE PROVIDE:

- Help with "starting point" pedicle shadow
- Sagittal/axial orientation/screw position

## WHAT X-RAY / FLUORO / IMAGE GUIDANCE CANNOT PROVIDE:

- "Feel" of pedicle probe/curette/ drill bit down pedicle → body
- Absolute confirmation of intraosseous placement

## MATERIALS AND METHODS

- Retrospective study
- Independent, non-biased
- Senior Spinal Surgeon Reviewer
- 394 consecutive patients/ 3204 TPS
- Single institution, 2 surgeons (LGL, KHB)
- July 1992 - June 2002
- Patient mean age: 27+10 (Range; 5+3-87+0)

## MATERIALS AND METHODS

### Diagnoses (n=394)

KYPHOSIS (n=53)
- Congenital kyphosis (3)
- Ankylosing spondylitis (4)
- Fixed sagittal imbalance (27)
- Scheuermann's kyphosis (18)
- Neuromuscular kyphosis (1)

SCOLIOSIS (n=273)
- Congenital scoliosis (18)
- Juvenile idiopathic scoliosis (8)
- Adolescent idiopathic scoliosis (150)
- Adult idiopathic scoliosis (54)
- Neuromuscular scoliosis (33)
- Syndrome related (10)

OTHERS (n=68)
Fracture (45) Tumor (12)
Infection (4) FBSS (7)

## RESULTS

Insertion related Neurologic Complications

POSTOP CLINICAL ASSESSMENT

- No postoperative neurologic deficit
- No thoracic nerve root irritation
- No radicular chest wall complaints

n=3204 TPS

## RESULTS

Insertion related EARLY complications

- No pedicle screw ever removed for any reason (thoracic/lumbar/sacral)
- No vascular, visceral complications in 10 years (1992 - present)

## Placement of Thoracic Pedicle Screws by the Free Hand Technique Defining the Learning Curve by CT Scanning Over a 4 Year Experience

- "EARLY" 1998 - 10 AIS & 1 Scheuermann's case
- "RECENT" 2001 - 10 AIS & 1 Scheuermann's case

*Submitted SRS 2002*



CT SCAN GRADING
CONTAINED (CT):
inside the pedicle
NONCONTAINED
GRADE A (GA): <2mm violation
GRADE B (GB): 2-4mm violation
GRADE C (GC): >4mm violation
CT
GA
GB
GC
CT
GA
GB
GC
GB

## CT SCAN ANALYSIS

400 TPS - Early Results - 1998

| | |
|---|---|
| Completely Intraosseous | 58% |
| < 2mm Breakthrough | 30% |
| 2-4mm Breakthrough | 9%<br>6% (lat)<br>3% (med) |
| > 4mm Breakthrough | 3% (lat) |

## CT SCAN ANALYSIS

400 TPS - Recent Results- 2001

| | |
|---|---|
| Completely Intraosseous | 91% |
| < 2mm Breakthrough | 7% |
| 2-4mm Breakthrough | 2%(lat) |
| > 4mm Breakthrough | 0% |

## TPS USAGE

Non-rotational

vs

Rotational (Scoliotic) deformity

## SCHEUERMANN'S KYPHOSIS

PSF ALONE

## VAT / PSF (ALLOGRAFT ALONE)

PREOP IMPLANT PULL-OFF

REVISION PSF / SPOs X9

PREOP
POSTOP

WILLIAMS SYNDROME
Thoracic Hyperlordosis Corrected +68°!

## SCOLIOSIS DEFORMITIES: BETTER "3D" CORRECTION???

- Coronal
- Sagittal
- Axial

## CORONAL RESULTS - AIS

- Improved Coronal Correction (screws vs. hooks)
- Suk Spine 1995 - thoracic
- Hamill, Lenke Spine 1996 - lumbar
- Barr, Emans Spine 1997 - lumbar
- Liljenqvist, Halm Spine 1997 - thoracic
- Lenke and Polly (unpublished, averaging 70-75% correction) - thoracic

## Suk et al, Spine 1995

| CONSTRUCT | %CORRECTION |
|---|---|
| HOOKS | 49% |
| TPS (non-segmental) | 64% |
| TPS (segmental) | 71% |

POSTERIOR– AIS EXPERIENCE

| DATES | Thoracic Construct | Main Thoracic % Cobb Correction |
|---|---|---|
| 1992-94 | All Hooks | 52% |
| 1995-98 | Hybrid (Hooks/Screws) | 57% |
| 1998-2002 | All Screws (n = 126 cases) | 72%* |

* YJ KIM, MD Review

CURVE CLASSIFICATION 1BN
40% S.B. CORRECTION

PSF T3 – L1
87% CORRECTION



PREOP
POSTOP

SEVERE AIS-MOSCOW PT

IMPENDING COR PULMONALE

ASF/HALO TX/PSF T8 & T9 VCR
BILAT. RIB OSTEOTOMIES & MERSILENE TAPE REPAIR



## SAGITTAL PLANE

Increased Thoracic Kyphosis with Stiff Rod

*Suk:*

*(JSD. 1999)*

Improved TL&L Lordosis

*Hamill, Lenke et al:*

*(Spine. 1996)*

## CURVE CLASSIFICATION 4C+

THORACOLUMBAR KYPHOSIS!

## AXIAL PLANE

- Difficult to assess
- Radiographic evaluation
- Apical rotation correction 59% *(Suk et al Spine, 1995)*
- Clinical assessment
- Greatest potential advantage of **SCREWS!!!**

## CURVE CLASSIFICATION 1AN

PSF T3-L2

## CURVE CLASSIFICATION 3CN



CURVE CLASSIFICATION 1AN
33% S.B. CORRECTION

TCR 01:18:25:05

CURVE CLASSIFICATION 1AN
INTRAOP APICAL DEROTATION!

INITIAL SCREW DEROTATION
PRIOR TO CONCAVE ROD PLACEMENT

TCR 02:24:50:04

CONCAVE ROD PLACEMENT
2nd DEROTATION AROUND ROD





TCR 03:17:18:07

PRE-DEROTATION
POST-DEROTATION

CURVE CLASSIFICATION 1AN
PSF-T4-L2 97% CORRECTION

| PREOP | 5 DAYS POSTOP | 8 MOS POSTOP |
| --- | --- | --- |
| Scoliometer 22° | Scoliometer 3° | Scoliometer 4° |

## AVOIDING ASF - TPS

- Large/Stiff curves
- Risk of Crankshaft
- Hyperkyphotic T5-T12 alignment
- Scheuermann's Kyphosis
- Revision Surgery

CURVE CLASSIFICATION 2AN



CURVE CLASSIFICATION 2AN
PSF T3-L1

PREOP
POSTOP
Scoliometer 23°
Scoliometer 2°

9+11 SKELETALLY IMMATURE
PSF T3L2- 89% CORRECTION



PREOP
POSTOP

## AVOID CHEST CAGE DISRUPTION!

IN LAST 18 MONTHS:

- No open ASF or VAT release
- No posterior T-Plasty

For AIS Curves < 95°
n = 62

## COMPLICATIONS LONG TERM

- One revision 3yrs postop - implants removed due to P. Acnes deep infection
- **NO** revisions for implant dislodgement/failure/pseudarthrosis!

COMPLICATION RATE IS LOWER THAN HOOKS

## CONCLUSIONS

The **Free Hand Technique** of thoracic pedicle screw placement performed in a step-wise, consistent and compulsive manner is an accurate, reliable, and safe method of insertion to treat a variety of spinal disorders, including spinal deformity

## CONCLUSIONS

Screws provide:

- Better 3D correction
- Lower complication rate
- Avoid ASF
- Early Motion
- No activity restrictions
- Avoid Thoracoplasty
- Better outcomes????



## *Thoracic Pedicle Screw Starting Points*

| Level | Cephalad-Caudad Starting Point | Medial-Lateral Starting Point |
|---|---|---|
| T1 | Midpoint TP | *Junction:* TP-Lamina |
| T2 | Midpoint TP | *Junction:* TP-Lamina |
| T3 | Midpoint TP | *Junction:* TP-Lamina |
| T4 | *Junction:* Proximal third-Midpoint TP | *Junction:* TP-Lamina |
| T5 | Proximal third TP | *Junction:* TP-Lamina |
| T6 | *Junction:* Proximal edge-Proximal third TP | *Junction:* TP-Lamina-Facet |
| T7 | Proximal TP | Midpoint Facet |
| T8 | Proximal TP | Midpoint Facet |
| T9 | Proximal TP | Midpoint Facet |
| T10 | *Junction:* Proximal edge-Proximal third TP | *Junction:* TP-Lamina-Facet |
| T11 | Proximal third TP | Just medial to lateral pars |
| T12 | Midpoint TP | At the level of lateral pars |

1

# FREE HAND THORACIC SCREW PLACEMENT AND CLINCIAL USE IN SCOLIOSIS AND KYPHOSIS SURGERY

Lawrence G. Lenke, M.D.
The Jerome J. Gilden Professor of Orthopaedic Surgery
Spinal Deformity Service
Washington University School of Medicine

Chief, Spinal Service
Shriners Hospital for Children
St. Louis, Missouri

Half Moon Bay, California
February 2003

2

# INTRODUCTION

**"PROS" of Pedicle Screws**

- Better correction power in three plane
- Construct stability to allow early motion/activity
- Lack of complications

**"CONS" of Pedicle Screws**

*Possible Complications:*

- Neurologic and Vascular
- Learning curve
- Operative time
- Cost

3

# INTRODUCTION

**Various Insertion Techniques**

1. **FREE HAND**
2. Scan image guided/ Fluoro navigation
3. Fluoro assist
4. Pre-insertion K-wire guided

**Confirmation of Optimal Placement**

1. Triggered EMGs
2. Pedicle seeker/Palpation
3. Post-insertion radiographs or fluoroscopy
4. Laminotomy
5. Postop CT scan

4

# MATERIALS AND METHODS

**TECHNIQUE - Free Hand Placement of Thoracic Pedicle Screws**

5

6

## PEDICLE SCREW EMG STIMULATION

| Screw Level | Recording Muscle |
|---|---|
| **T6 - T12** | **Rectus Abdominus** |
| L1 & L2 | Adductor |
| L3 & L4 | Quad. |
| L5 | Ant. Tib. |
| S1 | Gastroc. |

**Barry L. Raynor, B. A.**
**Lawrence G. Lenke, M. D.**
**Yongjung Kim, M. D.**
**Darrell S. Hanson, M. D.**
**Tracy J. Wilson-Holden, M. A.**
**Keith H. Bridwell, M. D.**
**Anne M. Padberg, M. S.**

## CONCLUSION

- Triggered EMG threshold < **6.0 mA**
- Threshold intensity **65 %** decreased from mean of all other TrgEMG responses

## PREREQUISITES FOR SUCCESSFUL THORACIC PEDICLE SCREW PLACEMENT

- Starting point
- Thoracic pedicle probe
- Proper 3D orientation
- Appropriate intraosseous “feel” of probe down pedicle → body

- Confirmation of "intraosseous" screw pathway

18

- Help with "starting point" pedicle shadow
- Sagittal/axial orientation/screw position

19 **WHAT X-RAY / FLUORO / IMAGE GUIDANCE CANNOT PROVIDE:**

- "Feel" of pedicle probe/curette/ drill bit down pedicle → body
- Absolute confirmation of intraosseous placement

20 **MATERIALS AND METHODS**

- Retrospective study
- Independent, non-biased
- Senior Spinal Surgeon Reviewer
- 394 consecutive patients/ 3204 TPS
- Single Institution, 2 surgeons (LGL, KHB)
- July 1992 - June 2002
- Patient mean age; 27+10 (**Range; 5+3-87+0**)

21

22 **RESULTS**

- **No** postoperative neurologic deficit
- **No** thoracic nerve root irritation
- **No** radicular chest wall complaints

n=3204 TPS

23 **RESULTS**

- No **pedicle screw ever removed for any reason** (thoracic/lumbar/sacral)
- No vascular, visceral complications in 10 years (1992 - present)

24 **Placement of Thoracic Pedicle Screws by the Free Hand Technique Defining the Learning Curve by CT Scanning Over a 4 Year Experience**

- "EARLY" 1998 - 10 AIS & 1 Scheuermann's case

- "RECENT" 2001 - 10 AIS & 1 Scheuermann's case

**TPS USAGE**

Non-rotational

vs

Rotational (Scoliotic) deformity

**WILLIAMS SYNDROME**

**SCOLIOSIS DEFORMITIES: BETTER "3D" CORRECTION???**

- Coronal
- Sagittal
- Axial

**CORONAL RESULTS - AIS**

- Improved Coronal Correction (screws vs. hooks)
- Suk Spine 1995 - thoracic
- Hamill, Lenke Spine 1996 - lumbar
- Barr, Emans Spine 1997 - lumbar
- Liljenqvist, Halm Spine 1997 - thoracic
- Lenke and Polly (unpublished, averaging 70-75% correction) - thoracic

**Suk et al, Spine 1995**

Thoracic Construct

- Difficult to assess
- Radiographic evaluation
- Apical rotation correction 59% *(Suk et al Spine, 1995)*
- Clinical assessment
- Greatest potential advantage of **SCREWS!!!**

## AVOIDING ASF - TPS

- Large/Stiff curves
- Risk of Crankshaft
- Hyperkyphotic T5-T12 alignment
- Scheuermann's Kyphosis

  • Revision Surgery

60

61

62

63

64

65 **AVOID CHEST CAGE DISRUPTION!**

**IN LAST 18 MONTHS:**

- No open ASF or VAT release
- No posterior T-Plasty

66 **COMPLICATIONS**

- One revision 3yrs postop - implants removed due to P. Acnes deep infection
- **NO** revisions for implant dislodgement/failure/pseudarthrosis!

67 **CONCLUSIONS**

68 **CONCLUSIONS**

Screws provide:

- Better 3D correction
- Lower complication rate
- Avoid ASF
- Early Motion
- No activity restrictions
- Avoid Thoracoplasty
- Better outcomes????

# NOTES



Alpha Bio System®
Product Catalog
March 2003
ISO 9001
EN 46001
CE 0483

000001

Appx7914



# Table of Contents

**Surgical instrumentation** 3

Surgical kit 4
Surgical drills 5
Surgical accessories 6
Advanced therapy 10
Osteotomes 11
Membrane and Bone Fixation system 12
Paraguide system 13

**Internal Hex Implants** 15

Spiral implants (SPI) 16
Dualfit implants (DFI) 18
Alpha-tec implants (ATI-OF) 20
Omega implants (OI) 22
Healing Abutments 23

**Prosthetic system** for internal hex implants 25

Abutment selection flowchart 26
Cement-retained restoration abutments 27
Esthetic cement-retained restoration abutments 28
Screw-retained and Bar-retained overdenture abutments 29
Cement-retained restoration abutments for ø5 and ø6mmd 31
Screw-retained and Bar-retained overdenture abutments. Universal esthetic abutment 32
Abutment-retained overdenture abutments 35

**External Hex Implants** 37

Alpha-tec external implants (ATIE-OF) 38
Omega external implants (OIE) 38
Healing Abutments 39

**Prosthetic system** for external hex implants 41

Abutment selection flowchart 42
Cement-retained restoration abutments 43
Screw-retained and Bar-retained overdenture abutment. Universal esthetic abutment 45
Abutment-retained overdenture abutments 47

**Single stage implants ITO** 49

Internal octagon implants ITO 50
Prosthetic system for ITO 51

**Arrow Implants system** 53

Arrow press implants (ARRP) 54
Arrow implants (ARR and ARRB) 55
Arrow prosthetic 56

**Prosthetic Restorative instrumentation** 59

Torqfit 60
Prosthetic instrumentation 61

**Education Software** 62

Dental Master XP 62

## Surgical Instrumentation

Section 1

Alpha Bio Implant Division

Surgical Instrument System

Alpha Bio Surgical Instrument System

000003

## Surgical Kit

Kit Box Cat.No **461**

Mini Organizer Kit
Cat.No **4611**

One Kit for 4 systems ① ② ③ ④

* the number in white on the Kit Box is the **Cat.No**

### 4 implants systems:

SPI DFI ATI-OF OI

ATIE OIE

ITO

ARRP ARB ARR

| ① Internal Hex Implant system | ② External Hex Implant system | ③ ITO Single stage implant system | ④ Ais Arrow Implant system |
|---|---|---|---|

000004

Alpha Bio System

## Surgical drills

### Drills for screw type color coded (titanium)

| Cat.No. | Diameter | Color | Marks |
|---|---|---|---|
| 420-DR2 | 2.0 mmd | O | I |
| 425-DR2.5 | 2.5 mmd | ● | II |
| 428-DR2.8 | 2.8 mmd | ● | I |
| 432-DR3.2 | 3.2 mmd | ● | III |
| 465-DR3.65 | 3.65 mmd | ● | IIII |
| 466-DR4.3 | 4.3 mmd | ● | IIIII |
| 468-DR5.2 | 5.2 mmd | O | II |
| 467-DR4 COU | 4.0 mmd (countersink) | | |

### Round drills for cylinder type (titanium)

| Cat.No. | Diameter | Color | Marks |
|---|---|---|---|
| 433-DR3.3 | 3.3 mmd | | I |
| 435-DR3.5 | 3.5 mmd | | II |
| 440-DR4 | 4.0 mmd | | III |

### Drill extension (stainless steel)

| Cat.No. | |
|---|---|
| 424-DX | Extends drill by 17.5mm |

All drills are made from surgical titanium with internal irrigation. Inside there is a teflon tub that lower the Friction of the irrigation tub.





# Surgical instrumentation

## Surgical accessories

Surgical Instrumentation

| | Cat. No. |
|---|---|
| **Parallel / Depth Gauge** (titanium). use also for Accurate measurement. Of RX distoration, Each step=1mm | |
| 3.0 mm, 1.0 mm, 1.9 mm, 10.5 mm | 4081-PDGS |
| 16 mm | 408-PDG |
| **Parallel guide.** Use to precise spasing and paralleling placement of the implants. | |
| 2.3 mm, 7.0 mm | 4082-PG |
| **Insertions Tools 2.5 mmd** for screwing threaded implants with internal hex 2.5mm, (stainless steel) | |
| Hexagonal HEAD 6.35mm (1/4in). | |
| 6.35 mm, 2.5 mm, 18.5mm | 415-IT 2.5 * |
| 9.5mm | 4155-IT 2.5 S* |
| 6 mm | 41555-IT 2.5 SS * |
| Hexagonal 6.35mm (1/4in) or Square HEAD 4mm | |
| 4.0mm, 2.5 mm, 11.5mm | 4151-ITD 2.5 ** |
| 9.5mm | 41515-ITD 2.5 S ** |
| 6 mm | 415155-ITD 2.5 SS ** |
| Motor mount for contra angle | |
| | 416-IT 2.5 M |

Insertions Tools Three lenghts - Longer vession designed for implant placement adjacent to or between natural teeth. The insertion tool can be used as extension on the mount of the implant.

* fit to hexagonal ⬡ 6.35mmd (1/4in) Rachet or hand Wrench

** fit to hexagonal ⬡ 6.35mmd (1/4in) or square ☐ 4mm Rachet or hand Wrench

000006

Alpha Bio Syste

## Surgical accessories

Cat. No.

### Hex Drivers 1.25mm(0.050in) for all screw type (stainless steel)

Hexagonal HEAD 6.35mm ( 1/4in)

14.5mm — 4051-HT 1.25 *

11.5mm — 405-HT 1.25 S *

Hexagonal HEAD 6.35mm (1/4in) or Square Head 4mm

14.5mm — 4055-HTD 1.25 **

11.5mm — 40551-HTD 1.25 S **

Motor Hex Driver for contra angle

4165-HT 1.25 M

### Insertions tools (Mounts). Used for implants external hex 2.7mm. (titanium)

Hexagonal HEAD 6.35mm (1/4in)

4.1mm, 11.3mm — 4031-ITEL *

6.0mm — 403-ITE *

### Hex Driver 0.9 mmd (0.035in) (stainless steel)

Hexagonal HEAD 6.35mm (1/4in)

404-HTIE *

* fit to hexagonal ⬡ 6.35mmd (1/4in) Rachet or hand Wrench

** fit to hexagonal ⬡ 6.35mmd (1/4in) or square ☐ 4mm Rachet or hand Wrench

## Surgical accessories

| | Cat. No. | |
|---|---|---|
| **Square Drivers 2.1mm** for placing Arrow & Arrow press implants (stainless steel) | | |
| Hexagonal HEAD 6.35mm (1/4in) | | |
| | 2410-AHT* | |
| | 24105-AHTS* | |
| | 241055-AHTSS* | |
| **Hex Drivers 1.77mmd for all abutments.** Used for TCT, TSA, TCTE, TSAE abutment system (stainless steel) | | |
| Hexagonal HEAD 6.35mm (1/4in) | | |
| | 407-HT 1.77* | |
| | 4167-HT 1.77 M | |
| | 4077-HTD 1.77** | |
| **Ratchet Wrench** for Hexagonal HEAD 6.35mm (1/4in) (stainless steel) | | |
| | 401-RAT* | |
| **Torque controllers** Allows the clinican to accurately apply the recommended preload torque (stainless steel) | | |
| | 457-DT 20*** | 20 Ncm |
| | 4571-DT 30*** | 30 Ncm |

* fit to hexagonal ⬡ 6.35mmd (1/4in) Rachet

** fit to hexagonal ⬡ 6.35mmd (1.4in) or square ☐ 4mm Rachet

*** square ☐ 4mm Rachet

000008

Alpha Bio Sys
Surgical accessories
Cat. No.
Mallet (stainless steel)
417 -MA
Surgical Driver Screw for hexagonal head 6.35mm (1/4in) (aluminium + stainless steel)
422-SDH
Implant seating instrument for OI, OIE cylinders type Implant placement (stainless steel).
418-SI
Radiographic Marking Balls use on diagnostic or surgical stent (stainless steel)
5.0mm
456 -RM
Implant Depth Probe Its apical semi ball, simplifies depth measurments and provides tactile examination of bone pr
and Sinus membrane (stainless steel).
II
I
16mm
13mm
11.5mm
10mm
8mm
1.9mm
2.7mm
410 -IDG
Laborator Hex Drivers 1.25mm
452-1.25HL
451-1.25L
Blister package
Mounts
SPI
OI
ARRP
(ATI, DFI, SPI)= NO-touch pre-mounted packaing (including COVER SCREW)

000009

# Surgical instrumentation

Surgical Instrumentation

## Advanced therapy

### Trephine Burs For harvesting bone and implant removal (stainless steel)

| | Cat. No. | Diameter |
|---|---|---|
| 4.0mm | 494 DRT 4 | 4 mmd |
| 6.0mm | 495 DRT 5 | 5 mmd |
| 6.95mm | 496 DRT 6 | 6 mmd |
| 8.95mm | 498 DRT 8 | 8 mmd |
| 10mm | 4910 DRT 10 | 10 mmd |

### Straight drills for closed sinos lift

| Cat. No. | Diameter |
|---|---|
| 4281 DRS 2.8 | 2.8 mmd |
| 4321 DRS 3.2 | 3.2 mmd |
| 4651 DRS 3.65 | 3.65mmd |

### Stopperes to prevent over drilling

| Cat. No. | Diameter |
|---|---|
| 42811 ST 2.8 | 2.8mmd |
| 43211 ST 3.2 | 3.2mmd |
| 46511 ST 3.65 | 3.65mmd |

000010



Alpha Bio Sy
Osteotomes
Cat. No.
Diameter
Straight osteotomes
426 OST set
ø2 - ø2.65
ø2.55 - ø3.2
ø3.1 - ø3.65
ø3.55 - ø4.3
ø4.8mmd
ø4.2mmd
ø4.2 - ø4.8
8mm
10mm
11.5mm
13mm
15mm
16mm
Alpha Bio Surgical Instrument
Osteotome organizer kit
Cat.No 42
Angle osteotomes
4261 OST set
Used for implant placcment, sinus elevation, ridge expansion and future site preparation.
Tapered walls to laterally compress bone.

000011

## Membrane and Bone Fixation System

### Screw fixation 1.2mmd Use hex driver 1.25mm (0.050in)

301 SFM    303 SFS    390 SFSL    304 DRM

### Bone Pins System Kit

Pins sterilization tray. 325 PT

Pins seating instruments - straight 326 PSIS

Pins Hex Drivers 0.9mm(0.035in) 327 PHD

Pins 3mm titanium 328 PI 3

Pins 5mm titanium 329 PI 5

### Bone Distractor (titanium)

**Alpha Alveolar Bone Distractor set - 323 - ABD**

Hex Drivers Distractor

### Bone fillers

**Membrane**

305 MEB Titanium membrane 10x10, 10x20
306 DFDB Bone membrane 10x10, 10x20
3151 BIOC Biocril membrane 10x10, 10x20, 10x30
3142 Bio-guide (25x25mm) Membrane
3141 Bio-oss block 1x1x2cm
3146 Bio-Guide perio (16x22mm)

**Bone Fillers**

307 HAG 0.5 1.5g., 3g.Bioresrbable Hydroxyapatite Gra
308 DFDB 0.5, 1cc. D.Freeze Dried Bone 250-500 mic
309 DFDB 0.5, 1cc D.Freeze Dried Bone 500-1000mic
312 Bio-oss Spongiosa gran. 0.25-1mm(0.5g., 2g.)
313 Bio-oss Spongiosa gran. 1-2mm (0.5g.,2g.)
3145 Bio-oss Corticalis gran. 0.5-1mm -0.5g.
310 Cerasorb 500-1000mic. (0.5g., 2g.) TCP
311 Cerasorb 1000-2000 mic (0.5g., 2g.) TCP

000012



Alpha Bio

## PARAGUIDE GIVES YOU FAST PARALLELISM

### ESTHETICS & FUNCTION

The implant has to be placed between
Cortical plates in the available bone
Oriented and parallel to the other
Abutments or teeth.

### PROTOCOL

The implant is placed at alveolar
Crest level.
Insert the specific Paraguide
(0°, 15°,25°) into the implant and
screw or unscrew the implant with
the help of the paraguide abutment
and the rotation tool (RT) until the
Paraguide abutment is parallel to
Other abutments.

Note: Write down which angled
Paraguide abutment you used for each
Implant in order to use the same
angle abutments (TLA 0°,TLA 15°,
TLA 25°). in the future rehabilitation.

In the case of one abutment, place the
Paraguide and rotate it to the desired
Angle oriented to other teeth.

Use abutments
TLA, TLA 15°, TLA 25°

### Internal Hex Set

| | titanium | | |
|---|---|---|---|
| Code | TPG 0 | TPG 15 | TPG 25 |
| Cat.No | 523 | | |

### Rotation Tool

| | stainless steel |
|---|---|
| Code | RT |
| Cat.No | 429 |

**Paralle guide.** Use to precise spacing and paralleling placement of the implants.

7.0mm
2.3mm

| | titanium |
|---|---|
| Code | PG |
| Cat.No | 4082 |

# Internal Hex Implants
## 2.5mmd (standard)

*Section* 2

000014

15

Appx7927

# SPI Screw Internal Hex Implants 2.5 mmd, (standard)

**INNOVATION** ONE PLATFORM - FOUR DIAMETRS

## Spiral implants

### SPI implant 3.75mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1350 | 1351 | 1353 | 1356 |

### SPI implant 4.2mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1330 | 1331 | 1333 | 1336 |

### SPI implant 5mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1340 | 1341 | 1343 | 1346 |

Implant surface: "Hybrid" design 2/3 apically S.L.A (macro) 20-40μ + (micro) 2μ, 1/3 coronary Acid Etched 5-10μ. Increases clot retention and is conducive to bone healing.

Internal Hex implants

## SPI implant 6mmd

| *Drill sequence: DR Ø2 ⇨ Ø2.8 ⇨ Ø3.2 ⇨ Ø3.65 ⇨ Ø4.3 | | | |
|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm |
| Cat.No | 1360 | 1361 | 1363 |

## CST implant cover screw

Included with all implants use Hex Driver 1.25mm (0.050in)

| | titanium |
|---|---|
| Code | CST |
| Cat.No | 111 |

## SPI SPIRAL

A tapered implant with large variable thread design double thread 2x2.1mm. Spiral tap condense bone for improved stabilization. Special development of Alpha Bio for immediate loading and immediate extraction for bone qualitie types II,III,IV and I. The tapered design allows the implant to be placed in the ideal position for improved esthetics and better load distribution.

## Clinical Benefits

- Better control during placement
- Greater initial placement stability
- Self drilling, super self tapping feature
- Self condensing

* The sequence of drilling is for bone type I.

- For bone type II to IV you may substitute the last drill with the previeus one or two drills.
- Ex. For SPI 3.75mm in type III bone for your last drill you may use 2mmd or 2.8mmd.

**Important**

If you feel strong ressistance in time of placing the implant, take out the mount and place the insertion tool 2.5mm, rotate back (counterclockwise) 2-3 rounds then continue to screw clockwise. The implant will drill and tap itself.

# DFI Screw Internal Hex Implants 2.5 mmd, (standard)

**INNOVATION** ONE PLATFORM - FOUR DIAMETRS

## Dualfit implants

Internal Hex implants

### DFI implant 3.3mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ (ø3.2 Countersilk) | | | | | |
|---|---|---|---|---|---|
| length: | 8 mm | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1288 | 1280 | 1281 | 1283 | 1286 |

### DFI implant 3.75mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 | | | | | |
|---|---|---|---|---|---|
| length: | 8 mm | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1268 | 1260 | 1261 | 1263 | 1266 |

### DFI implant 4.2mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 | | | | | |
|---|---|---|---|---|---|
| length: | 8 mm | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1278 | 1270 | 1271 | 1273 | 1276 |

Implant surface: "Hybrid" design 2/3 apically S.L.A (macro) 20-40μ + (micro) 2μ, 1/3 coronary Acid Etched 5-10μ. Increases clot retention and is conducive to bone healing.


Alpha Bio System®

## DFI implant 5mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 | | | | | |
|---|---|---|---|---|---|
| length: | 8 mm | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1298 | 1290 | 1291 | 1293 | 1296 |

## CST implant cover screw

Included with all implants use Hex Driver 1.25mm (0.050in)

| | titanium |
|---|---|
| Code | CST |
| Cat.No | 111 |

Internal Hex Implants

## DFI DUALFIT

A tapered implant with variable thread design, double thread 2x1.2mm thread steps for bone qualitie types II,III,IV.
The tapered design allows the implant to be placed in the ideal position for improved esthetics and better load distribution.

## Clinical Benefits

- Better control during placement.
- Greater initial placement stability.
- Self drilling, self-tapping feature.

* The Sequence of drilling is for bone type II, III, IV, in soft bone type IV you may substitute the last drill with the previeus one.

**·Important**
If you feel strong ressistance in time of placing the implant, take out the mount and place the insertion tool 2.5mm, rotate back (counterclockwise) 2-3 rounds then continue to screw clockwise. The implant will drill and tap itself.

# ATI OF Screw Internal Hex Implants 2.5 mmd. (standard)

**INNOVATION** ONE PLATFORM - SIX DIAMETRS

## Alpha-Tec implants

Internal Hex implants

### ATI OF implant 2.9mmd

| Drill sequence: DR Ø2 ⇨ Ø2.5 ⇨ (Ø3.2 Contersink) | | | | | |
|---|---|---|---|---|---|
| length: | 8 mm | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 10118 | 10110 | 10111 | 10113 | 10116 |

### ATI OF implant 3.3mmd

| Drill sequence: DR Ø2 ⇨ Ø2.8 ⇨ (Ø3.2 Contersink) | | | | | |
|---|---|---|---|---|---|
| length: | 8 mm | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 11338 | 11330 | 11331 | 11333 | 11336 |

### ATI OF implant 3.75mmd

| Drill sequence: DR Ø2 ⇨ Ø2.8 ⇨ Ø3.2 | | | | | |
|---|---|---|---|---|---|
| length: | 8 mm | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 10228 | 10220 | 10221 | 10223 | 10226 |

Implant surface: "Hybrid" design 2/3 apically S.L.A (macro) 20-40μ + (micro) 2μ, 1/3 coronary Acid Etched 5-10μ. Increases clot retention and is conducive to bone healing.

 Alpha Bio System®

## ATI OF implant 4.2mmd

| Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 | | | | | |
|---|---|---|---|---|---|
| length: | 8 mm | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 10338 | 10330 | 10331 | 10333 | 10336 |

## ATI OF implant 5mmd

| Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 | | | | | |
|---|---|---|---|---|---|
| length: | 6 mm | 8mm | 10mm | 11.5mm | 13mm |
| Cat.No | 11776 | 11778 | 11770 | 11771 | 11773 |

## ATI OF implant 6mmd

| Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 ⇨ ø5.25 | | | | | |
|---|---|---|---|---|---|
| length: | 6 mm | 8mm | 10mm | 11.5mm | 13mm |
| Cat.No | 11886 | 11888 | 11880 | 11881 | 11883 |

## CST implant cover screw

Included with all implants use Hex Driver 1.25mm (0.050in)

| | titanium |
|---|---|
| Code | CST |
| Cat.No | 111 |

**ATI OF** a straight wall self-drilling, self-taping universal implant 1 X 0.6 mm thread step to be used in all bone qualities.

Recommended for bone type I , II. Self drilling, self tapping feature.

·**Important**

If you feel strong ressistance in time of placing the implant, take out the mount and place the insertion tool 2.5mm, rotate back (counterclockwise) 2-3 rounds then continue to screw clockwise. The implant will drill and tap itself.

# OI Cylinder Internal Hex Implants 2.5mmd (standard)

Internal Hex implants

## Omega implants

### OI HA 3.3mmd H.A = Hydroxyapatite coated

| Drill sequence: DR ø2 ⇨ ø2.5 ⇨ ø3.2 ⇨ ø3.3 | | | | |
|---|---|---|---|---|
| length: | 8mm | 10mm | 13mm | 16mm |
| Cat.No | 1058 | 1050 | 1053 | 1056 |

### OI HA 3.5mmd

| Drill sequence: DR ø2 ⇨ ø2.5 ⇨ ø3.2 ⇨ ø3.5 | | | | |
|---|---|---|---|---|
| length: | 8mm | 10mm | 13mm | 16mm |
| Cat.No | 1068 | 1060 | 1063 | 1066 |

### OI T.P.S. 3.3mmd T.P.S = Titanium Plasma Sprayed coated

| Drill sequence: DR ø2 ⇨ ø2.5 ⇨ ø3.2 ⇨ ø3.3 | | | | |
|---|---|---|---|---|
| length: | 8mm | 10mm | 13mm | 16mm |
| Cat.No | 1078 | 1070 | 1073 | 1076 |

### OI T.P.S. 3.5mmd

| Drill sequence: DR ø2 ⇨ ø2.5 ⇨ ø3.2 ⇨ ø3.5 | | | | |
|---|---|---|---|---|
| length: | 8mm | 10mm | 13mm | 16mm |
| Cat.No | 1088 | 1080 | 1083 | 1086 |

Packaged with (CST) cover screw, use Hex Driver 1.25mm(0.050in) .
Placed with implant seating instrument 418-SI page 11.
For use where surgical access is limited, simple, fast procedure.

### CST implant cover screw

Included with all implants use Hex Driver 1.25mm (0.050ir

| | titanium |
|---|---|
| Code | CST |
| Cat.No | 111 |



## Healing Abutments for Single-stage Surgery or stage II Surgery

### Normal platform. Fit to most abutments.

| titanium | | | | | | |
|---|---|---|---|---|---|---|
| Code | HS 2 | HS 3 | HS 4 | HS 5 | HS 6 | HS 7 |
| Cat.No | 116 | 109 | 117 | 110 | 118 | 119 |

### Slim platform. 3.8mm profile allows for narrow prosthetic restoration.

| titanium | | |
|---|---|---|
| Code | HSS 3 | HSS 5 |
| Cat.No | 112 | 113 |

### * Wide platform for 5mmd implants

| titanium | | |
|---|---|---|
| Code | HSD 5-3 | HSD 5-5 |
| Cat.No | 120 | 121 |

### * Wide platform for 6mmd implants

| titanium | | |
|---|---|---|
| Code | HSD 6-3 | HSD 6-5 |
| Cat.No | 122 | 123 |

**Healing abutments:**

Normal and slim Healing abutments can fit all implants diameters Ø2.9, Ø3.3, Ø3.75,Ø4.2, Ø5 and Ø6mmd.

*If you chose to have a wide platform for Ø5mmd and Ø6mmd implants better to use the Ø5 or Ø6mmd Healing Abutment.

Maintain tissue opening for establishing proper emergence profile.

- Polished titanium surface for excellent tissue acceptance.
- Marks designate for trans – tissue height between two marks = 1mm

Use 1.25mm (0.050in) Hex Driver instrument for placement.

# Prosthetic system for implants with internal hexagon 2.5 mmd (standard)

*Section* 3

Abutment Selection Flowchart
for Internal Hex Implants 2.5 mmd (standard)
SF
SF
LS
SF
SF
LS
PST
PSS
PST
PST
PSS
PST
TLAG-R
PLA-R
TLAC-R
Direct Abutment Non-Engaging (pg.27)
TCT
TSA
HBC
Transmucosal Abutment (pg.32-34)
TCT
TSA
HBC
Transmucosal Abutment (pg.32-34)
TLA
TLA 15°,25°
Straight & Angled Esthetic Abutment (pg.27)
PLA-R
TLAG-R
TLAC-R
Direct Abutment, Non-Engaging (pg.27)
H
NC
PLA
TLAB
TLAG
Direct Abutment Engaging can also be used for Cement-Retained (page 27)
TLA
TLA 15°,25°
Straight & Angled, Esthetic Abutment (pg.27)
TCA
Straight
Non-Engaging
TB
Titanium Ball
(pg.35)
Screw-Retained
Cement-Retained
Screw-Retained
Cement-Retained
Bar-Retained
Abutment-Retained Ba
Single Tooth Restoration
Multiple Unit Restoration
Overdenture Restoration
Type of Restoration
HS
HSS
Implants
Ø2.9mmd to Ø6mmd
Option (pa
HSD5 for
HSD6 for
Implants
Ø5mmd, Ø6mmd
All types and diameter of implants: Ø2.9mmd to Ø6mmd can get the same standard and slim platform.
You may also have the option to use a wide platform on Ø5 & Ø6mmd implants with the same implant Impress

000024

# Prosthetic System for internal hex implants 2.5 mmd (standard)

## Cement-Retained Restoration abutments

### Straight titanium abutments

| titanium | | | | | | |
|---|---|---|---|---|---|---|
| Code | TLA 1 | TLA 2 | TLA 3 | TLA 4 | TLA | TLAL |
| Cat.No | 516 | 518 | 535 | 536 | 503 | 514 |

### Slim titanium abutments. For minimum restorative space maxillary lateral incisor, mandibular anterior teeth.

| titanium | | | |
|---|---|---|---|
| Code | TLASSS | TLASS | TLAS |
| Cat.No | 5152 | 5151 | 515 |

### Angled titanium abutments

| titanium | | | | |
|---|---|---|---|---|
| Code | TLA 15 | TLA 25 | TLA 15B | TLAL 15 |
| Cat.No | 509 | 513 | 5091 | 5092 |

### Plastic abutments for casting

| | Titanium base | Gold base | plastic | | |
|---|---|---|---|---|---|
| Code | TLAB | TLAG | PLA | PLAS | PLA 15 |
| Cat.No | 510 | 519 | 504 | 505 | 5090 |

### Non-engaging abutments

| | titanium | plastic | titanium |
|---|---|---|---|
| Code | TCA | PLA-R | TLAC-R |
| Cat.No | 501 | 5041 | 522 |

### Prosthetic Screw. Torqfit.

| | titanium | torqfit |
|---|---|---|
| Code | STLA | TLAT |
| Cat.No | 512 | 5121 |

**TCA** - for multiple unit restorations only. The abutment serves as a Thread-timed Transfer Post it modification on a laboratory model is required.

•Requires implant level impression.

Instrumentation Required HT 1.25mm (0.050in) Hex Driver with Ncm Torque Wrench to page 36.

For impression transfer and analog refer to page 36.

*Note: Abutments include a Titanium Prosthetic Screw.*

## Esthetic Cement- Retained Restoration abutments

### Straight Esthetic titanium abutments

| | titanium+gold | | | | |
|---|---|---|---|---|---|
| Code | ETLA | ETLA 1 | ETLA 2 | ETLA 3 | ETLA 4 |
| Cat.No | 5037 | 5167 | 5187 | 5357 | 5367 |

### Slim Esthetic titanium abutments

| | titanium+gold | |
|---|---|---|
| Code | ETLASS | ETLAS |
| Cat.No | 51517 | 5157 |

### Angulated Esthetic titanium abutments

| | titanium+gold | |
|---|---|---|
| Code | ETLAL 15° | ETLA 25° |
| Cat.No | 50927 | 5137 |

### Prosthetic Screw. Torqfit . Screw for increases the preload the clamping force between abutment and implant. See page 68.

| | titanium | torqfit |
|---|---|---|
| Code | STLA | TLAT |
| Cat.No | 512 | 5121 |

In a higher load is recommended to use this type of screw. Replace TLA screw with TLAT.

**Hybrid design:**
Gold colored titanium oxide coating allow biocompatibility and excellent gingival tolerance eliminates the gray shading throught gingival tissue. Cornal part micro pitting for better cement-retention .

Requires implant level impression.

Instrumentation Required HT 1.25mm (0.050in) Hex Driver with 30 Ncm Torque Wrench
*Note: Abutment include titanium screw for impression and analog refer to page 30.*

000026

Prosthetic System

# Screw-Retained and Bar-Retained Overdenture Abutments

## Direct Abutments Engaging. For single tooth/crown with internal Hexagon.

| | titanium base | gold base | plastic | | |
|---|---|---|---|---|---|
| Code | TLAB | TLAG | PLA | PLAS | PLA 15 |
| Cat.No | 510 | 519 | 504 | 505 | 5090 |

## Abutments Non-engaging. For bridge/bar without internal Hexagon.

| | gold base | plastic | titanium |
|---|---|---|---|
| Code | TLAG-R | PLA-R | TLAC-R |
| Cat.No | 5191 | 5041 | 522 |

## Prosthetic Screw. Torqfit . Screw for increases the preload the clamping force between abutment and implant. See page 68.

| | titanium | torqfit |
|---|---|---|
| Code | STLA | TLAT |
| Cat.No | 512 | 5121 |

In a higher load is recommended to use this type of screw. Replace TLA screw with TLAT.

* for impression transfer and analog refer to page 36.

### Direct Abutment

The Direct Abutments are indicated for screw-retained restorations directly to the implants. Single tooth restorations are restored with the Direct Abutment, **Engaging** to prevent rotation of the prosthesis. The Direct Abutment, **Engaging** can also be used to create a custom abutment for a cement-retained restoration. The Direct Abutment, **Non-Engaging** does not engage the internal antirotation feature of the implant, allowing a passive path of insertion for multiple unit or bar-retained overdenture restorations.

Instrumentation Required HT 1.25mm (0.050in) Hex Driver with 30 Ncm Torque Wrench.
for Bar and Clip attachments for Overdenture Treatment. Refer to page 61..

*Note: Direct Abutments include Titanium Prosthetic Screw.*

# Prosthetic System impression for internal hex implants 2.5 mmd (standard)

## Implants Impression Transfer

Closed tray transfer

| stainless steel | | | slim |
|---|---|---|---|
| Code | HLT | HLTS | HLTLS |
| Cat.No | 506 | 517 | 5062 |

Open tray transfer

| stainless steel | | | slim |
|---|---|---|---|
| Code | HLTO | HLTSO | HLTLSO |
| Cat.No | 5061 | 5171 | 50621 |

| | titanium |
|---|---|
| Code | LGP |
| Cat.No | 507 |

Change the screw in the closed tray transfer with the long screw LGP to have open tray transfer.

## Implant Analogs

| | stailess steel |
|---|---|
| Code | IA |
| Cat.No | 508 |

Prosthetic System

* IA-implant analog can fit to all implants diameter: Ø2.9, Ø3.3, Ø3.75, Ø4.2, Ø5, Ø6mmd. In Ø5and Ø6mmd a small bevel will be left, that will give more gingval to suplly more blood to the adjacent bone.
* It is possible to use for implant Ø5 and Ø6mmd a wide abutment, then it is better to use a Ø5 or Ø6mmd Healing abutment and Ø5 or Ø6mmd implant analog.
* The impression transfer will be the same for all diametrs Ø2.9- Ø6mmd.

 Alpha Bio
System

**Prosthetic system option :** Wide Diameter platform for Ø5 and Ø6mmd Implants Internal Hex 2.5 mmd

## Cement-Retained Restoration Abutments Ø5 and Ø6mmd

### Straight abutments Ø5 and Ø6mmd (titanium)

| | titanium | |
|---|---|---|
| Code | TLAD 5 | TLAD 6 |
| Cat.No | 531 | 532 |

### Abutments for casting Ø5 and Ø6mmd (titanium+plastic)

| | titanium base | |
|---|---|---|
| Code | TLAB 5 | TLAB 6 |
| Cat.No | 525 | 526 |

## Implant Transfers for Ø5 and Ø6mmd

Closed tray transfer

| | titanium | | |
|---|---|---|---|
| Code | HLT | HLTS | HLTLS |
| Cat.No | 506 | 517 | 5062 |

Open tray transfer

| | titanium | | |
|---|---|---|---|
| Code | HLTO | HLTSO | HLTLSO |
| Cat.No | 5061 | 5171 | 50621 |

| | |
|---|---|
| Code | LGP |
| Cat.No | 507 |

## Wide platform implant analog for Ø5 and Ø6mmd

3.8mmd
3.8mmd

| | stainless steel | |
|---|---|---|
| Code | IA 5 | IA 6 |
| Cat.No | 528 | 529 |

3.8mmd
5mmd

Option: normal or wide platform:

When choose to used a wide platform for Ø5 or Ø6mmd implants use a wide platform Healing abutment Ø5 or Ø 6mmd use the normal transfer for impression and then use the wide platform implant analog and wide platform abutments.
It is possible to use the normal platform on all implants including the Ø5 or Ø6mmd implants.
See illustration above.

## Screw-Retained and Bar-Retained Overdenture Abutments

### Universal Esthetic abutments

Tapered connection abutment (titanium). Use Hex Driver HT 1.77mmd.

| | titanium | | |
|---|---|---|---|
| Code | TCT 0.5 | TCT 1.5 | TCT 2.5 |
| Cat.No | 8010 | 8011 | 8012 |

Plastic Sheath — Screw fixation — Abutment Healing Cap — Ball screw

| | ○ | ⬡ | titanium | | titanium | titanium | titanium |
|---|---|---|---|---|---|---|---|
| Code | PST | PST-AR | SF | SFT | HCT | HCTB | SB |
| Cat.No | 606 | 607 | 609 | 6091 | 804 | 805 | 619 |

## Abutments Impression Transfer

Closed tray transfer — Open tray transfer

| | titanium |
|---|---|
| Code | TS |
| Cat.No | 617 |

| | stainless steel | titanium |
|---|---|---|
| Code | TST | SFL |
| Cat.No | 802 | 610 |

## Abutment Analog

| | brass |
|---|---|
| Code | BTT |
| Cat.No | 803 |

**TCT Transmucosal Abutment**

Transmucosal Abutment is designed to provide maximum versatility and to optimize the esthetics of screw-retained restorations. The TCT Abutment is designed for full arch restorations, screw-retained fixed bridgework and cast alloy bars for overdenture retention. The precision fitting copings facilitate oral hygiene and allow up to 52° divergence between implants.

TCT is available for other types of implants manufacturers .
When ordering, please note the implant name, diameter and the transmucousal section needed.

Instrumentation Required HT 1.25mm (0.050in) Hex Driver with 30 Nct Torque Wrench for bar and Clip attachments for Overdenture Treatment. Refer to page 61.

000030

Alpha Bio System®

# Screw-Retained and Bar-Retained Overdenture Abutments

## Standard screw abutment (titanium). Use Hex Driver HT 1.77mmd. Refer to page 69.

| | titanium | | | | |
|---|---|---|---|---|---|
| Code | TSA2.5 | TSA 3 | TSA 4 | TSA 5 | TSA 6 |
| Cat.No | 612 | 613 | 614 | 615 | 616 |

## Plastic Sheath

## Screw fixation

## Ball screw

| | plastic | titanium | titanium | torqfit | titanium |
|---|---|---|---|---|---|
| Code | PSS | TSS | SF | SFT | SB |
| Cat.No | 611 | 633 | 609 | 6091 | 619 |

## Abutment Impression Transfer

TSS for impression make retention with acerill.

Closed tray transfer

| | titanium |
|---|---|
| Code | TS |
| Cat.No | 617 |

Open tray transfer

| | titanium | |
|---|---|---|
| Code | TSS | SFL |
| Cat.No | 633 | 610 |

## Abutment Analog

| | stainless steel |
|---|---|
| Code | BTS |
| Cat.No | 618 |

### TSA Transmucosal Abutment

Transmucosal Abutment is designed to provide maximum versatility and to optimize the esthetics of screw-retained restorations. The TSA Abutment is designed for full arch restorations, screw-retained fixed bridgework and cast alloy bars for overdenture retention. The precision fitting copings facilitate oral hygiene and allow up to 70° divergence between implants.

- Low and slim profile shoulder.

Instrumentation Required HT 1.25mm (0.050in) Hex Driver with 30 Nct Torque Wrench for Bar and Clip attachments for Overdenture Treatment. Refer to page 61.

Prosthetic System for internal hex implants 2.5 mmd (standard)

## Screw-Retained and Bar-Retained Overdenture Abutments

### Esthetic Screw abutments (titanium)

| | titanium | | |
|---|---|---|---|
| Code | HBC 0.5mm | HBC 1.5mm | HBC 2.5mm |
| Cat.No | 6040 | 6041 | 6042 |

### Plastic Sheath

### Screw fixation

| | plastic | | titanium | | |
|---|---|---|---|---|---|
| Code | PST | PST-AR | LS 0.5 | LS 1.5 | LS 2.5 |
| Cat.No | 606 | 607 | 6050 | 6051 | 6052 |

## Implants Impression Transfer

Closed tray transfer

Open tray transfer

| | titanium | | |
|---|---|---|---|
| Code | HLT | HLTS | HLTLS |
| Cat.No | 506 | 517 | 5062 |

| | titanium | | |
|---|---|---|---|
| Code | HLTO | HLTSO | HLTLSO |
| Cat.No | 5061 | 5171 | 50621 |

| | titanium |
|---|---|
| Code | LGP |
| Cat.No | 507 |

## Abutment Analogs

| | stainless steel |
|---|---|
| Code | IA |
| Cat.No | 508 |

**HBC** Abutment

- decreases horizontal rotation and screw loosening.
- Torque abutment screw to 30Ncm
- Requires implant level impression

Instrumentation Required HT 1.25mm (0.050in) Hex Driver with 30 Nct Torque Wrench for bar and Clip attachments for Overdenture Treatment. Refer to page 69.

000032



## Abutment-Retained Overdenture Abutments

**Ball attachment** (titanium). Use Hex Driver HT 1.25mm(0.050in).

| | titanium | | | | | |
|---|---|---|---|---|---|---|
| Code | TB 0.5 | TB 2 | TB 3 | TB 4 | TB 5 | TB 6 |
| Cat.No | 626 | 621 | 628 | 622 | 627 | 629 |

| | stainless steel | nylon | nylon+metal |
|---|---|---|---|
| Code | H | NC | NCT |
| Cat.No | 624 | 625 | 6251 |

**Retentive Abutment** (titanium). Retention and support for dentures use with soft-reline.

| | titanium | |
|---|---|---|
| Code | RTA 3 | RTA 5 |
| Cat.No | 114 | 115 |

* for impression transfer and analog refer to page 30.

**Ball Abutment**

The Ball Abutments are used with tissue and implant-supported overdentures, typically with two or more relatively parallel (within 10°) implants. Ball Abutments provide firm retention and stabilization of the overdenture.
Plase be sure to have tissue support of the prosthesis

Instrumentation Required Hex Driver 1.25mm (0.050in).

*Note: Abutments include NC Cap Ball.*

000033

# External Hex Implants 2.7mmd (standard)

Section 4



# ATIE OF External Hex Implants 4.1mmd. (standard plateform)

## Alpha-tec External implants

### ATIE OF implant 3.75mmd

| Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ DR4 COU | | | | |
|---|---|---|---|---|
| length: | 8 mm | 10mm | 13mm | 15mm |
| Cat.No | 11008 | 11000 | 11003 | 11005 |

### ATIE OF implant 5mmd

| Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø4.25 | | | | |
|---|---|---|---|---|
| length: | 8 mm | 10mm | 13mm | 15mm |
| Cat.No | 10908 | 10900 | 10903 | 10905 |

External Hex implants

### OIE implant 4mmd

(H.A-Hydroxyapatite coated, T.P.S-Titanium Plasta Sprayed)

| Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.5 ⇨ ø4 | | | | |
|---|---|---|---|---|
| length: | 8 mm | 10mm | 13mm | 15mm |
| H.A. ø4 | 2018 | 2010 | 2013 | 2015 |
| T.P.S.ø4 | 2028 | 2020 | 2023 | 2025 |

**ATIE OF** implant surface: "Hybrid" design 2\3 apically S.L.A (macro) 20-40μ + (micro) 2 μ, 1\3 coronary Acid Etched 5-
Increases clot retention and is conducive to bone healing.



## Healing Abutments for external Hex implant, for single-stage surgery or stage II sergery

### HSE healing abutment

| | titanium | |
|---|---|---|
| Code | HSE 3 | HSE 5 |
| Cat.No | 210 | 211 |

### CST implant cover screw

| | titanium |
|---|---|
| Code | CSTE |
| Cat.No | 212 |

**ATIE OF** a strainght wall self-drilling self-taping universal implant 1x0.6mm thread step to be used in all bone qualities.

**HSE**

- Maintain tissue opening for establishing proper emergent profile
- Polished titanium surface for excellence tissue acceptance.
- Marks designate for trans – tissue height between two marks = 1mm.

# Prosthetic system for implants with external hexagon 2.7 mmd (standard)

*Section* 5

Abutment Selection Flowchart
for External Hex Implants 2.7 mmd (standard)
SF
SF
SF
SF
PST
PSS
PST
PSS
PLAE
Direct Abutment
Non-Engaging
TCT
TSAE
Transmucosal Abutment
(pg.45,46)
TCT
TSAE
Transmucosal Abutment
(pg.45,46)
TLAE
TLAE 15°,25°
Straight & Angled Abutment (pg.43)
PLAE
Direct Abutment,
Non-Engaging
H
NC
PLAE-AR
Direct Abutment
Engaging
TLAE
TLAE 15°,25°
Straight & Angled
Abutment
TAE
Straight
Non-Engaging
TBE
Titanium Ball
(pg.47)
Screw-Retained
Cement-Retained
Screw-Retained
Cement-Retained
Bar-Retained
Abutment-Retained
Single Tooth Restoration
Multiple Unit Restoration
Overdenture Restoration
Type of Restoration
HSE
Implants ATIE
Ø3.75mmd, Ø5mmd
Implants OIE
Ø4mmd

000038

## Cement-Retained Restoration Abutments

### Straight titanium abutments

| | titanium | | |
|---|---|---|---|
| Code | TLAE | TLAE 2 | TLAE 4 |
| Cat.No | 213 | 222 | 223 |

### Angled titanium abutments

| | titanium | |
|---|---|---|
| Code | TLAE 15 | TLAE 25 |
| Cat.No | 218 | 224 |

### Non-engaging abutment

for multiple unit restorations only. The abutment serves as a Thread-timed Transfer Post it modification on a laboratory model is required.

| | titanium |
|---|---|
| Code | TAE |
| Cat.No | 219 |

## Screw-Retained and Bar-Retained Overdenture Abutments

### Plastic abutment for casting

| | ○ plastic | ⬡ |
|---|---|---|
| Code | PLAE | PLAE-AR |
| Cat.No | 214 | 221 |

**Direct Abutment**

The Direct Abutments are indicated for screw-retained restorations directly to the implants. Single tooth restorations are restored with the Direct Abutment, **Engaging** to prevent rotation of the prosthesis. The Direct Abutment, **Engaging** can also be used to create a custom abutment for a cement-retained restoration. The Direct Abutment, **Non-Engaging** does not engage the internal antirotation feature of the implant, allowing a passive path of insertion for multiple unit or bar-retained overdenture restorations.

Instrumentation Required HT 1.25mm (0.050in) Hex Driver with 30 Ncm Torque Wrench.
Refer to page 61 for Bar and Clip attachments for Overdenture Treatment.
For transfer & analog refer to page 44.
*Note: Direct Abutments include Titanium Screw. Requires implant level impression.*

000039

Prosthetic System

Prosthetic System for external hex implants 4.1 mmd (standard plateform)

## Implants Impression Transfer

Closed tray transfer

| | titanium |
|---|---|
| Code | HLTE |
| Cat.No | 220 |

## Implant Analog

| | stainless steel |
|---|---|
| Code | IAE |
| Cat.No | 217 |

Prosthetic System for external hex implants 4.1 mmd (standard plateform)

000040

44

Appx7953



# Screw-Retained and Bar-Retained Overdenture Abutments

## Universal Esthetic abutments

### Tapered connection abutment (titanium). Use Hex Driver HT 1.77 mmd.

| | titanium | |
|---|---|---|
| Code | TCTE 1.5 | TCTE 2.5 |
| Cat.No | 8021 | 8022 |

Plastic Sheath / Screw fixation / Abutment Healing Cap / Ball screw

| | plastic | | titanium | torqfit | titanium | titanium | titanium |
|---|---|---|---|---|---|---|---|
| Code | PST | PST-AR | SF | SFT | HCT | HCTB | SB |
| Cat.No | 606 | 607 | 609 | 6091 | 804 | 805 | 619 |

## Abutment Impression Transfer

Closed tray transfer

| | titanium |
|---|---|
| Code | TS |
| Cat.No | 617 |

Open tray transfer

| | stainless steel | titanium |
|---|---|---|
| Code | TST | SFL |
| Cat.No | 802 | 610 |

## Abutment Analog

| | brass |
|---|---|
| Code | BTT |
| Cat.No | 803 |

Prosthetic System

**TCTE Transmucosal Abutment**
Transmucosal Abutment is designed to provide maximum versatility and to optimize the esthetics of screw-retained restorations. The TCTE Abutment is designed for full arch restorations, screw-retained fixed bridgework and cast alloy bars for overdenture retention. The precision fitting copings facilitate oral hygiene and allow up to 52° divergence between implants.

Instrumentation Required HT 1.25mm (0.050in) Hex Driver with Nct Torque Wrench. Refer to page 61 for Bar and Clip attachments for Overdenture Treatment.

000041

Prosthetic System for internal hex implants 4.1 mmd (standard plate

## Screw-Retained and Bar-Retained Overdenture Abutments

### Standard screw abutment (titanium).

4.0mm
0.4mm
3.0mm
5.0mm

| | titanium | |
|---|---|---|
| Code | TSAE 3 | TSAE 5 |
| Cat.No | 215 | 216 |

### Plastic Sheath * / Screw fixation / Ball screw

4.1mm
7.0mm
3.0mm
2.9mm
2.2mm
2.5mm

| | plastic | titanium | titanium | torqfit | titanium |
|---|---|---|---|---|---|
| Code | PSS | TSS | SF | SFT | SB |
| Cat.No | 611 | 633 | 609 | 6091 | 619 |

### Abutment Impression Transfer TSS for impression make retention with accrill.

Closed tray transfe Open tray transfer

| | titanium |
|---|---|
| Code | TS |
| Cat.No | 617 |

| | titanium | |
|---|---|---|
| Code | TSS | SFL |
| Cat.No | 633 | 610 |

### Abutment Analog

| | stainless steel |
|---|---|
| Code | BTS |
| Cat.No | 618 |

Prosthetic System for external hex implants 4.1 mmd (standard plateform)

**TSAE Transmucosal Abutment**

Transmucosal Abutment is designed to provide maximum versatility and to optimize the esthetics of screw-re restorations. The TSA Abutment is designed for full arch restorations, screw-retained fixed bridgework and ca bars for overdenture retention. The precision fitting copings facilitate oral hygiene and allow up to 70° diverge between implants.

* Low and slim profile shoulder.

000042

Appx7955

## Screw-Retained and Bar-Retained Overdenture Abutments

### Standard screw abutment (titanium).

| | titanium | |
|---|---|---|
| Code | TSAE 3 | TSAE 5 |
| Cat.No | 215 | 216 |

### Plastic Sheath · Screw fixation · Ball screw

| | plastic | titanium | titanium | torqfit | titanium |
|---|---|---|---|---|---|
| Code | PSS | TSS | SF | SFT | SB |
| Cat.No | 611 | 633 | 609 | 6091 | 619 |

### Abutment Impression Transfer

TSS for impression make retention with accrill.

Closed tray transfe Open tray transfer

| | titanium |
|---|---|
| Code | TS |
| Cat.No | 617 |

| | titanium | |
|---|---|---|
| Code | TSS | SFL |
| Cat.No | 633 | 610 |

### Abutment Analog

| | stainless steel |
|---|---|
| Code | BTS |
| Cat.No | 618 |

**TSAE Transmucosal Abutment**

Transmucosal Abutment is designed to provide maximum versatility and to optimize the esthetics of screw-re restorations. The TSA Abutment is designed for full arch restorations, screw-retained fixed bridgework and ca bars for overdenture retention. The precision fitting copings facilitate oral hygiene and allow up to 70° diverg between implants.

* Low and slim profile shoulder.

## Abutment-Retained Overdenture Abutments

### Ball attachment (titanium) use hex driver 1.25mm (0.050in) metal housing & cap ball attachement.

| | titanium | |
|---|---|---|
| Code | TBE 3 | TBE 5 |
| Cat.No | 228 | 229 |

| | Stainless steel | nylon | nylon+metal |
|---|---|---|---|
| Code | H | NC | NCT |
| Cat.No | 624 | 625 | 6251 |

## Implants Impression Transfer

Closed tray transfers

| | titanium |
|---|---|
| Code | HLTE |
| Cat.No | 220 |

## Abutment Analog

| | stainless steel |
|---|---|
| Code | IAE |
| Cat.No | 217 |

**Ball Abutment**

The Ball Abutments are used with tissue and implant-supported overdentures, typically with two or more relatively parallel (within 10º) implants. Ball Abutments provide firm retention and stabilization of the overdenture. Plase be shore to have tissue suporet for the prosthess.

Instrumentation Required (see page 61): 1.25mmd (0.050in) Hex Driver.

*Note: Abutments include NC-Cap Ball.*

# ITO Singal stage implant

Section
6

000045

Appx7958

# ITO Single Stage Implants

Single stage implants

## Internal titanium Octagon implants

### ITO implant 3.3mmd

| Drill sequence: DR ø2 ⇨ ø2.8 | | | | |
|---|---|---|---|---|
| length | 8mm | 10mm | 12mm | 14mm |
| Cat.No | 1388 | 1380 | 1382 | 1384 |

### ITO implant 4.1mmd

| Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.5 | | | | |
|---|---|---|---|---|
| length | 8mm | 10mm | 12mm | 14mm |
| Cat.No | 1398 | 1390 | 1392 | 1394 |

### ITO implant 4.8mmd

| Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.5 ⇨ ø4.3 | | | | |
|---|---|---|---|---|
| length | 8mm | 10mm | 12mm | 14mm |
| Cat.No | 1408 | 1400 | 1402 | 1404 |

### CSTO Surgical Cover Screw

| | titanium |
|---|---|
| Code | CSTO |
| Cat.No | 811 |

Surgical protocol with traditional crown and bridge restorative techniques to provide a reliable implant system with restorative simplicity.

ITO implant surface: Increasing clot retention and conductive to bone healing. 20-40µ macro+ 2µ micro.

# Prosthetic system for **ITO** singal stade implants

## Cement-Retained solid restoration abutment

### Abutment

| | yelow | grey | blue |
|---|---|---|---|
| Code | TSA 6_4 | TSA 6_5 | TSA 6_7 |
| Cat.No | 918 | 919 | 920 |

### Abutment analog

| | yelow | grey | blue |
|---|---|---|---|
| Code | 4mm | 5.5mm | 7mm |
| Cat.No | | | |

### Implant analog

| | |
|---|---|
| Code | lit |
| Cat.No | 907 |

## Cement-Retained solid restoration abutment

### Octagon screw abutment (titanium)

| | titanium |
|---|---|
| Code | OSA |
| Cat.No | 908 |

### Octagon abutment analog

| | titanium |
|---|---|
| Code | OAA |
| Cat.No | 909 |

## Screw-Retained and Bar-Retained Overdenture Abutments

### Universal Esthetic abutments

### Tapered connection abutment (titanium). Use Hex Driver 1.77 mmd.

| | |
|---|---|
| Code | TCTI |
| Cat.No | 8100 |

For Universal Esthetic abutments elements refer to page 32.

# Arrow Implant System

Section 7

000048

53

Appx7961

# ARRP Arrow Press Implants System

**INNOVATION** ONE PLATFORM - 4 DIAMETRS

## Arrow Press Implants

Arrow implants

### ARRP implant 3mmd

| DR ø1.8 or ø2 depending on density | | |
|---|---|---|
| length | 13mm | 15mm |
| Cat.No | 2423 | 2425 |

### ARRP implant 3.3mmd

| DR ø1.8 or ø2 depending on density | | |
|---|---|---|
| length | 13mm | 15mm |
| Cat.No | 2433 | 2435 |

### ARRP implant 3.6mmd

| DR ø1.8 or ø2 depending on density | | |
|---|---|---|
| length | 13mm | 15mm |
| Cat.No | 2443 | 2445 |

**Implant indification:**
Small bone width and small prosthetic spaces.
Recommended placement: maxillary lateral incisors and mandibular incisors.
Super design features compress threads for immediate engagement.

**Implant Surface:** "Hybrid" design S.L.A (macro) 20-40µ + (micro) 2µ. Increases clot retention and is conducive to bone healing. Transce gingival gold colored titanium oxide coating allow biocomptibility and excellent gingival to lerance eleninutes the grey shading through gingival tissue.

## Arrow Implants — Immediate provisional loading or long term use.

### ARR Arrow implant 2.4mmd

| DR Ø1.8 or Ø2 depending on density | | | |
|---|---|---|---|
| length: | 10mm | 13mm | 15mm |
| Cat.No | 2400 | 2403 | 2402 |

### ARRB Arrow Ball implant 2.4mmd

| DR Ø1.8 or Ø2 depending on density | | | |
|---|---|---|---|
| length: | 10mm | 13mm | 15mm |
| Cat.No | 2401 | 2404 | 2412 |

**Implant surface:** Acide Etched 5-10 μ (micro) poring good for bone and gingiva.

The Immediate Provisional Implant is a 2.4mm cortical engaging thread, one-piece implant used to support a provisional prosthesis during the healing phase after conventional endosseous implant surgery. The narrow diameter of the provisional implant allows it to be placed between the permanent implants at the time of surgery.

ARR Arrow Implants System

Arrow implants

## Arrow Cap

### ATC Arrow Telescope Cap for Cementation

| Code | ATC |
|---|---|
| Cat.No | 2405 |

### ATS Arrow Telescope Cap Screw

Arrow Side Screw

| Code | ATS | ASS |
|---|---|---|
| Cat.No | 2406 | 2407 |

### ANC Arrow Naylon Cap

| Code | ANC |
|---|---|
| Cat.No | 2408 |

### AHT Arrow square Hex Drivers 2.1mm

| Code | AHT | AHTS | AHTSS |
|---|---|---|---|
| Cat.No | 2410 | 2410 | 2410 |

2407 ASS

2408 ANC

2406 ATS

2405 ATC

000051

56

Appx7964

## Arrow press Implant

## Implant surface

S.L.A (macro) 20-40+(micro) 2µ

Acid Etched 5-10µ

**Implant surface:** "Hybrid" design 2\3 apically S.L.A (macro) 20-40µ + (micro) 2µ, 1\3 coronary Acid Etched 5-10µ. Increases clot retention and is conducive to bone healing.

# Prosthetic Restorative instrumentation

*Section* 8

Prosthetic Instrumentation

000053

59

Appx7966

## TORQFIT

An unique technology of solid lubrication whichreduces screws loosening.

This technology reduces the friction of the screw therefore:
a) Increases the preload the clamping force between abutment and implant is multiplied.
b) Improve the fatigue strength of the screws.

This process reduces the screw loosening during loading conditions and maintains a higher preload.

Your advantages in using Torqfit are:
1. Lower level of friction
2. Optimal preload
3. Higher residual preload

Torq Wrench

| Code | 20 NC | 30 NC | HTD 1.77 | HTD 1.25 | TLAT | SFT |
|---|---|---|---|---|---|---|
| Cat.No | 457 | 4571 | 4077 | 4055 | 5121 | 6091 |

## Hex Drivers 1.25mm(0.050in) for all screw type (stainless steel)

Hexagonal HEAD 6.35mm ( 1/4in)

11.5mm

4051-HT 1.25 *

8.0mm

405-HT 1.25 S *

Hexagonal HEAD 6.35mm (1/4in) or Square Head 4mm

4055-HTD 1.25 **

40551-HTD 1.25 S **

Motor Hex Driver for contra angle

4165-HT 1.25 M

000054

Cat. No.

## Hex Drivers 1.77mmd for all abutments.

Used for TCT, TSA, TCTE, TSAE abutment system (stainless steel)

Hexagonal HEAD 6.35mm (1/4in)

407-HT 1.77

4167-HT 1.77 M

4077-HTD 1.77

## Bar/Clip Attachment for overdenture treatment

702 BC Ball for casting (for NC, NCT, H)

703 BBC Bar with Ball for casting (for NC, NCT, H)

704 BRC Reversed Bar (for NC, NCT, H)

706 DB Dolder Bar (set) plastic

707 DBM Dolder Bar (set) metal

## Laborator Hex Drivers

452-HL 1.25 mmd

451-L 1.25 mml

000055




## DentalMaster xp - Patient Simulation Software

DentalMaster Pro and Xp - The easiest software for realizing a treatment plan.

DentalMaster Pro and Xp - Helps you to build and present to the patient a comprehensive treatment plan, which also includes a price proposal.

DentalMaster Pro and Xp - Enables you an easy and rapid approach to implant or prosthetic's simulation's with Digital Picture / panoramic radiography and graphic background support.

For your Patients :

* Presenting a treatment plan through DentalMaster Pro and Xp gives Him a visual approach in all eventualities.
* Visualize the treatment plan through animation

For the Doctor :

* Helps to show in a visual way the restoration .
* Saves of consultation time.
* Increases the awareness and agreement of the patient to the treatment plan.
* Builds a display showing the treatment plan.
* Enables the printing of a graphic plan with or without treatment plan and the price-list.

## PerioMaster - Perio and Implant Tracker Software

Help you to easily monitor the Periontal status of the patient .
Allows grapical follow up of changes in pocket depth and stability of its theeth and implants.
Fully visual graphics.
Easy to Use.

## Description

### Single Version:

DentalMaster Pro
DentalMaster Xp

PerioMaster

Language available:
English, German, French, Spanish, Polish
Russian, Hebrew

Each Version Includes:
DentalMaster or PerioMaster Manual
DentalMaster or PerioMaster Training video
1 Year Free Update from are website (Download)

*One LicenseKey for each DentalMaster Or PerioMaster package purchase*

### System Requirements:

.PC versions available
.Microsoft Windows 98,2000,ME,NT,Xp
.Pentium II or faster processor
.CD-ROM Drive
.64MB RAM Minimum (128MB recommended)
.45MB additional Hard disk space
.35MB free memory
.Video Card 16 bit Minimun

www.dentalmaster.net

Alpha Bio Strives to continually improve its prosucts and therefore reserves the right to change designs, modify proc or techniques for use, alter prices,policies, and term without notice.
Warrenty:Alpha Bio makes no warranty,expressed or implied, except that it's products will be free from defects in m rial and/or workmanship. This warranty applies only to the original purchaser. In the event of a defect please notify Alpha Bio, in writing prior to returning the product. Alpha Bio will at it's option,repair,replace,or issue credit for su defects.
Purchaser assumes all risks and liability from the use of these products, whether used separately or in combination v other products not Alpha Bio manufacture. Alpha Bio strongly recommends completion of post graduate implant ed tion and strict adherence to the procedures for use instructions when they accompany our products.
Federal law restricts this device to sale by or on the order of a dentist or physician, Patented products in this catalog be protected by one or more patents.
Copyright © 2003 Alpha Bio Ltd. – All Rights Reserved.





Alpha Bio

15 Years of clinical success

17 Hahagana st. Petah Tikva, ISRAEL
Tel: 972-39309999 Fax: 972-39312277 E-mail: alphab@inter.net.il Internet: www.alpha-bio.com www.alpha-bio.net

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

INSTRADENT USA, INC.
Petitioner
v.

NOBEL BIOCARE SERVICES AG
Patent Owner

---

*Inter Partes* Review No. IPR2015-01786
Patent No. 8,714,977

---

**DECLARATION OF YECHIAM HANTMAN**

Patent No. 8,714,977
IPR2015-01786

I, YECHIAM HANTMAN, hereby declare and say that:

1. I am Senior Vice President of Research & Development at Adin Dental Implant Systems, Ltd. located in Afula, Israel.

2. In March 2003, I was co-owner and General Manager of Chakir Implants, Ltd. ("Chakir Implants"), a dental supply distributor located in Petach Tikva, Israel. At that time, Chakir Implants was a distributor for Nobel Biocare AB. In addition, I was owner of Medigma Technologies Ltd, an Israeli manufacturer of dental implant systems.

3. In March 2003, part of my job and scope of interest involved monitoring recent developments and trends in the dental industry. One of the ways I accomplished that task was to gather and review product brochures, catalogs, and other publicly available marketing materials from competitors. For example, I frequently would attend the International Dental Show ("IDS"), usually a 4-5 day trade show held in Cologne Germany every other year, at which dental manufacturers would showcase their products and distribute written materials describing those products. In years that I could not attend the IDS trade show, other members of Chakir Implants or Medigma would attend that show.

4. In the years I attended the IDS trade show, it was my practice to bring a large empty suitcase that I would fill with marketing materials and samples I gathered at the conference.

5. I kept an archive of the competitor materials collected by me and others at Chakir Implants, and retained that archive when I left Chakir Implants.

6. In late 2002, sometime between October and December, I received a call from one of my customers based in Moscow, Russia. The customer told me about a new device, the SPI implant, that he said had really good initial stability. Also, between October 2002 and March 2003, one of my Israeli customers contacted me and also suggested that I look into the SPI implant.

7. Based on the conversations with Russian and Israeli customers, it was a specific goal of mine to collect materials from the March 2003 IDS trade show describing the SPI implant.

8. I was unable to attend the 2003 IDS trade show, however, my partner, Zvi Chakir attended the 2003 IDS show. Per our usual practice, Mr. Chakir collected a number of catalogs from competitor companies and gave those materials to me upon his return.

9. Attached as Exhibit A is a photograph of the cover the March 2003 Alpha Bio Ltd. catalog that was collected by Mr. Chakir at the 2003 IDS show. This

catalog has been in my possession since Mr. Chakir gave it to me upon his return from the 2003 IDS show. I recall reviewing the Catalog at that time, and particularly Section 2 describing the SPI Implants (also included in Exhibit A) that describe the double threaded, tapered core design of the SPI implant touted by Alpha Bio Ltd. as providing good initial instability that allowed immediate function. The catalog attached as Exhibit A includes some handwriting from another employee of my current company that has nothing to do with Alpha Bio Ltd. or the SPI implant, but in any event the handwriting confirms my recollection that this is indeed the March 2003 Alpha Bio Ltd. catalog ("2003 Catalog") in my archive.

10. As was typical for Israeli companies attending an IDS show, the 2003 Catalog was printed in English because it was intended for an international audience. Having attended numerous IDS shows over the years, it is common practice in the dental industry to pre-date catalogs and marketing materials such that the date on the cover of the marketing materials is either a date in the future, or the date of the IDS show.

11. Attached as Exhibit B is a copy of an advertisement by Alpha Bio Ltd. ("Alpha Bio Ad") that appeared in the January/February version of the Israel Dental Update, edition number 63, which was published in January 2003 ("Dental

Update 63"). The Alpha Bio Ad appears at page 42 of Dental Update 63; attached as Exhibit C is a photograph of my copy of the Dental Update 63. The Alpha Bio Ad includes a description of the SPI Implants.

12. Dental Update 63 also includes at page 86 a brief promotional statement by Alpha Bio Ltd. describing the various implant series available from that company, attached to Exhibit D. That promotional statement says (in Hebrew) that each of the SPI, ATI and DFI series of implants are currently available in multiple diameters, including 3.75, 4.25, 5 and 6 mm. Because I frequently placed advertisements in the Israel Dental Update on behalf of Nobel Biocare, I know that these promotional statements were prepared by the company, rather than the publisher. Consistent with my interactions with Russian and Israeli customers discussed earlier, the promotional statement shows that the multiple diameters of SPI implants were being sold to customers no later than January 2003.

13. Attached as Exhibit E is a photograph of a number of other Alpha Bio catalogs that I gathered from my collection in connection with this declaration. Attached as Exhibit F is a photograph of a Russian language version of the 2003 Catalog, which I understand was prepared by Alpha Bio Ltd.'s Ukrainian or Russian distributor and distributed to customers prior to May 2003. My understanding that is Exhibit F does not say "March 2003," but it does include at

page 2 a Russian language version of the Alpha Bio Ad and includes a Russian language description of the SPI implants in Section 2.

14. Based upon my review of the attached materials and my specific recollections of conversations with customer in later 2002 and early 2003, and examination of the 2003 Catalog after receiving it after the IDS trade show, I am certain that the 2003 Catalog was publically accessible to the dental industry, including competitors, in March 2003, after the IDS show that year.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2016 at ALON TAVOR, Israel

Yechiam Hantman

# Exhibit A



Alpha Bio System®
Product Catalog
March 2003
Super Nova
ISO 9001
EN 46001
CE 0483

# Internal Hex Implants 2.5mmd (standard)

*Section* 2

# SPI Screw Internal Hex Implants 2.5 mmd, (standard)

**INNOVATION** ONE PLATFORM - FOUR DIAMETRS

## Spiral implants

Internal Hex implants

### SPI implant 3.75mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1350 | 1351 | 1353 | 1356 |

### SPI implant 4.2mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1330 | 1331 | 1333 | 1336 |

### SPI implant 5mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1340 | 1341 | 1343 | 1346 |

Implant surface: "Hybrid" design 2/3 apically S.L.A (macro) 20-40μ + (micro) 2μ, 1/3 coronary Acid Etched 5-10μ. Increases clot retention and is conducive to bone healing.

 Alpha Bio System®

## SPI implant 6mmd

| *Drill sequence: DR Ø2 ⇨ Ø2.8 ⇨ Ø3.2 ⇨ Ø3.65 ⇨ Ø4.3 | | | |
|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm |
| Cat.No | 1360 | 1361 | 1363 |

## CST implant cover screw Included with all implants use Hex Driver 1.25mm (0.050in)

| | titanium |
|---|---|
| Code | CST |
| Cat.No | 111 |

Internal Hex implants

## SPI SPIRAL

A tapered implant with large variable thread design double thread 2x2.1mm. Spiral tap condense bone for improved stabilization. Special development of Alpha Bio for immediate loading and immediate extraction for bone qualitie types II,III,IV and I. The tapered design allows the implant to be placed in the ideal position for improved esthetics and better load distribution.

## Clinical Benefits

·Better control during placement
·Greater initial placement stability
·Self drilling, super self tapping feature
·Self condensing

* The sequence of drilling is for bone type I.
·For bone type II to IV you may substitute the last drill with the previeus one or two drills.
·Ex. For SPI 3.75mm in type III bone for your last drill you may use 2mmd or 2.8mmd.

·**Important**
If you feel strong ressistance in time of placing the implant, take out the mount and place the insertion tool 2.5mm, rotate back (counterclockwise) 2-3 rounds then continue to screw clockwise. The implant will drill and tap itself.

Caassee: 2137-128056 Doocumeentt: 3412-63 Paagee: 1352 Fiiledd: 0137/217/220123

# Exhibit B

00012 INSTRADENT 1073

**Appx7983**



Alpha Bio System®
SMART LOGIC™
שלשה סוגי שתלים שונים עם:
* מערכת מקדחים אחת
* פלטפורמה שיקומית אחידה ל 6 קוטרי שתלים שונים
ALPHA-Tec ATI
שתל בורגי סטנדרטי, פסיעה 1x0.6.
מתאים לסוגי עצם I,II.
DUALFIT DFI
שתל קוני בעל הברגה כפולה ,כנפיים
משתנות לאורך השתל, פסיעה 2x1.2.
מתאים לסוגי עצם II,III,IV.
SPIRAL SPI
שתל קוני בעל הברגה כפולה ,כנפיים
מוגדלות ומשתנות לאורך השתל, פסיעה 2x2.1.
משמש כדוחס סיבובי ומעגן. מתאים להשתלות
מידיות לאחר עקירה ולהעמסה מידית.
לשימוש לסוגי עצם II,III,IV
פיתוח בלעדי יחודי בעולם של חברת אלפא ביו
מעניק השראה לחברות אחרות.
כל השתלים בעלי הברגה עצמית וקידוח עצמי.
שני פני שטח: 1/3 קורונרי Acid Etched 5-10µ, טוב לחניכיים ולעצם.
2/3 אפיקלי S.L.A (מקרו 20-40µ +מיקרו 2µ) מקצר זמן ריפוי.
* טכנולוגיה וידע שויצרית, חברה ישראלית.
* החברה המובילה בישראל לפיתוח שתלים דנטלים.
* 14 שנות ניסיון בפיתוח ויצור שתלים דנטלים.
הצלחה = פשטות והגיון
SMART LOGIC™

# Exhibit C

63 גליון
ינואר-פברואר 2003
סקירה מעודכנת של מאמרים
מהספרות המדעית בעולם
ISRAEL DENTAL UPDATE
www.adkan.co.il
עדכן
רפואת
שיניים
בשיתוף עם החטיבה הישראלית של הארגון הבינלאומי למחקר דנטלי IADR

Nobel Biocare™
Replace® Select Tapered
זה כל כך קל, שאינך יכול לפקשש!

מתחילים עם שתלים? בחרו את השיטה ההופכת את השחזור של שיניים באמצעות שתלים לקלה ופשוטה כמו C&B –
**Replace® Select Tapered**

**קל להשתיל**
העיצוב של שתלים מתכנסים עובד היטב עם העצם ומשתלב בסביבת המשנן הטבעי

**קל להתאים**
אינך יכול/ה לשגות עם החיבור הפנימי

**קל לשקם ולשחזר**
Easy Abutment™ הופך זאת לפשוט יותר מכתר רגיל

**פרוצדורה קלה**
כל המרכיבים וגם הקיט הכירוגי מסומנים בקידוד צבעוני לפי קוטרי השתלים

**אסתטיקה מצוינת**
קשת רחבה של מבנים וההיצע הגדול של מבני וכתרי פרוסרה "אישיים" המותאמים למקרה, מאפשרים להגיע לאסתטיקה מעולה.

*אל תתפשרו על פחות מהיתרונות הניתנים לך על ידי שתלי ריפלייס מתכנסים - זו אופציה נוספת בתוך המגוון של C&B&I מאת נובל ביוקר המתחדשת.*

התקשרו לפרטים נוספים לצ׳אקיר שתלים
חיוג חינם 1-800-20-22-55
או גלשו לאתר שלנו
www.nobelbiocare.com

NEW

*Available in 1.5 or 2mm collars, as well as TiUnite™ or HA surfaces*

C&B&I™
Nobel Biocare

*A new way to think...and act!*

צ׳אקיר שתלים בע״מ, מגשימים 20, ת.ד. 7016, פתח-תקווה 49170. טל: 1-800-20-22-55 פקס: 03-9211389 hantman@chakirimplants.com

Caasse: 213-128056 Doocumentt: 3412-63 Paaggee: 1407 Fiileed: 0130/217/2200128

# Exhibit D

00017 INSTRADENT 1073

Appx7988

## מערכת Smart Logic מחברת Alpha Bio

αSMART LOGIC™

ההגיון מאחורי המערכת מאפשר עבודה פשוטה המובילה להצלחה.

- המערכת משלבת 3 סוגי שתלים שונים SPI, DFI, ATI המתאימים לכל סוגי העצם הקיימים.
- שלשת סוגי השתלים מופיעים ב-6 קטרים: 2.9, 3.3, 3.75, 4.25, 5, 6 כאשר לכל הקטרים פלטפורמה שיקומית אחידה, כלומר, לכל השתלים אותו פין מידה, כיפת ריפוי, מבנים, וכו'. עובדה זאת מפשטת את העבודה עם המערכת ומבטלת את הצורך להחזיק מלאי גדול של אלמנטים המיועדים לחיבור השתלים.
- ניתן להשתמש גם במבנים עם פלטפורמה רחבה לקטרים 5.6 עם אותו פין מידה.
- סט המקדחים של המערכת מתאים לכל סוגי השתלים, המקדחים עשויים טיטניום מחוזק עם קירור פנימי בקצה.

**www.adkan.co.il**

## הכינוס השנתי המשותף לאיגוד הישראלי לרפואת שיניים לילדים, האיגוד הישראלי לאנדודונטיה, והאיגוד למניעה וטיפול בחבלות דנטליות

*תמונה קבוצתית של מארגני הכינוס השנתי המשותף.*

*דר' קארין זיסקינד, יו"ר האיגוד הישראלי לרפואת שיניים לילדים.*

*פרופ' הרולד סגן כהן מרצה בפתיחת הכנס.*

*ניצן הירש מחברת "הירש ובנו" מציג יוניט Planmeca. קבוצת "אבידור-הירש ובנו" מיצגות את Planmeca בישראל*

*אמנון הדרי מציג מערכת נייטרוס Porter, ומכונות פיתוח Girardelli מגרמניה.*

# יהלום - שירותי טכנאות שיניים בישראל בע"מ

# כתרים ותותבות במחירים טובים יותר אפילו מהמרפאות של קופות החולים

### מבלי שתיפגע האיכות של העבודה

חברת "יהלום" מביאה לך את העידן החדש הישר אליך למרפאה.
החברה פתחה שיטה חדשה הנקראת "שיטת השלבים".
בשיטה זו אפשר להזמין כל שלב בביצוע הכתר או התותבת בנפרד לפי קטלוג החברה.
אופציות רבות נפתחות גם לחיסכון וגם למגוון איכויות עבודה או חומרים.
"יהלום" אינה מהווה תחליף למעבדה שאתה בקשר אתה אלא בנוסף.
חברת "יהלום" היא אינה מעבדת שיניים - אך עומדת בקשר עם מס' מעבדות שיבצעו את העבודות עבורכם.
העבודות הם ברמה גבוהה מאוד ובפיקוח קפדני ועם חומרים מאושרים בלבד.

| מחירים לדוגמא | מחיר החל מ- |
|---|---|
| כתר חרסינה בשיטת השלבים | 200 ש"ח |
| 2 כתרים חרסינה | 310 ש"ח |
| 6 כתרים חרסינה | 750 ש"ח |
| 6 כתרים מתכת חצי אצילה | 990 ש"ח |
| זוג תותבות עליון ותחתון IVOCLAR | 1040 ש"ח |

**לפרטים נוספים על "שיטת השלבים" ואופציות נוספות ומגוונות לחיסכון**

**03-5228933**

# Exhibit E

00019 INSTRADENT 1073
Appx7990

INSTRADENT 1073

00020



# Exhibit F

00021 INSTRADENT 1073
Appx7992



Alpha Bio System®
Система
стоматологической
имплантации
Израиль
ИНФОЛАЙН
ISO 9001
EN 46001
CE 0483

00022 INSTRADENT 1073
Appx7993

# Alpha Bio System®

*Несколько видов имплантов*
*Единая протетическая платформа*
*Универсальный набор инструментов*

## ATI *ALPHA-Tec*

Стандартный винтовой имплант с параллельными стенками и шагом резьбы 1x0,6 мм. Для I и II типов кости.

## DFI *DUALFIT*

Конический имплант с вариабельно обработанной поверхностью, двойной резьбой 2x1,2 мм. Для II, III и IV типов кости.

## SPI *SPIRAL*

Имплант выраженной конической формы с «гибридной» поверхностью. Спиралевидная резьба способствует потрясающей первичной стабилизации импланта. Разработан инженерами компании «Alpha Bio» специально для непосредственной нагрузки и немедленной (после удаления) имплантации. Для II, III и IV типов кости.

Поверхность: $^2/_3$ (апикально) S.L.A. (макро) 20-40 мкм + (микро) 2 мкм,
$^1/_3$ (коронарно) – кислотно протравленная поверхность 5-10 мкм.

SMART LOGIC™

- Успех – знание, логика, качество
- «Alpha Bio» – лидирующая компания по разработке и производству дентальных имплантов в Израиле
- 20-летний теоретический и практический опыт

# Импланты с внутренним шестигранником ∅2.5 мм

Раздел
2

# SPI Винтовые импланты с внутренним шестигранником

Импланты с внутренним шестигранником

**НОВОЕ!** ОДНА ПЛАТФОРМА – 4 ДИАМЕТРА

## Спиральные импланты

### SPI имплант Ø3.75 мм

| *Порядок сверления: DR Ø2 ⇒ Ø2.8 ⇒ Ø3.2 | | | | |
|---|---|---|---|---|
| длина | 10 мм | 11,5 мм | 13 мм | 16 мм |
| № | 1350 | 1351 | 1353 | 1356 |

### SPI имплант Ø4.2 мм

| *Порядок сверления: DR Ø2 ⇒ Ø2.8 ⇒ Ø3.2 | | | | |
|---|---|---|---|---|
| длина | 10 мм | 11,5 мм | 13 мм | 16 мм |
| № | 1330 | 1331 | 1333 | 1336 |

### SPI имплант Ø5.0 мм

| *Порядок сверления: DR Ø2 ⇒ Ø2.8 ⇒ Ø3.2 ⇒ Ø3.65 ⇒ Ø4.3 | | | | |
|---|---|---|---|---|
| длина | 10 мм | 11,5 мм | 13 мм | 16 мм |
| № | 1340 | 1341 | 1343 | 1346 |

Поверхность имплантов: гибридный дизайн 2/3 апикальные – S.L.A. (макро) 20-40 мкм + (микро) 2мкм, корональная 1/3 – кислотно протравленная поверхность с шероховатостью 5-10 мкм.
Улучшает ретенцию волокон фибрина на поверхности импланта во время реакции ретракции кровяного сгустка, что способствует достижению остеоинтеграции.

*Эксклюзивный представитель в Украине*
46-а, пр-т 40-летия Октября, г. Киев, 03039, Украина
тел. (044) 525-12-89; тел./факс: (044) 525-31-89, 525-47-66; e-mail: ifl@carrier.kiev.ua



Alpha Bio System

## SPI имплант Ø6.0 мм

Импланты с внутренним шестигранником

| *Порядок св-ия: DR Ø2 ⇒ Ø2.8 ⇒ Ø3.2 ⇒ Ø3.65 ⇒ Ø4.3 | | | |
|---|---|---|---|
| длина | 10 мм | 11,5 мм | 13 мм |
| № | 1360 | 1361 | 1363 |

## CST покрывной винт

Включен в упаковку каждого импланта

Для использования с шестигранным ключом Ø1.25 мм (0.050 инч.)

| титан | |
|---|---|
| код | CST |
| № | 111 |

## SPI Спиральный имплант

Конический винтовой имплант с вариабельным дизайном покрытия и двойной резьбой Ø2x1.2 мм. Конденсирует кость вокруг себя при введении. Специально разработан инженерами «Alpha Bio» для непосредственной имплантации и немедленной нагрузки. Используется преимущественно во II, III и IV типах кости. Обладает уникальными функциональными свойствами.

## Клинические преимущества

- лучший контроль во время введения
- великолепная первичная фиксация и устойчивость
- самонарезающий и самовкручивающийся имплант
- конденсация окружающей костной ткани

* Порядок сверления указан для I типа кости.
Для типов кости со II по IV сверление должно быть закончено на один-два размера меньше диаметра предполагаемого импланта. Например, для установки SPI Ø3.75мм в III тип кости последнее сверло должно быть Ø2.0 мм или Ø2.8 мм.

**Важно**

Если Вы чувствуете значительное сопротивление кости во время установки импланта, необходимо отсоединить «имплантовод» от импланта и для окончательной доводки использовать ключ Ø2.5 мм для внутреннего шестигранника. Продолжать введение импланта возвратно-поступательными вращениями.

*Эксклюзивный представитель в Украине*
46-а, пр-т 40-летия Октября, г. Киев, 03039, Украина
тел. (044) 525-12-89; тел./факс: (044) 525-31-89, 525-47-66; e-mail: ill@carrier.kiev.ua

Caasse: 2137-1282056 Doocumeentt: 3412-63 Paage: 15107 Fileed: 0130/2172/2200128

# Exhibit A

00001 INSTRADENT 1074
Appx7998



Alpha Bio System®
Product Catalog
March 2003
Super Nova
ISO 9001
EN 46001
CE 0483

00002 INSTRADENT 1074
Appx7999

# Internal Hex Implants 2.5mmd (standard)

Section 2

15

00003

INSTRADENT 1074

Appx8000

# SPI Screw Internal Hex Implants 2.5 mmd, (standard)

INNOVATION ONE PLATFORM - FOUR DIAMETRS

## Spiral implants

### SPI implant 3.75mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1350 | 1351 | 1353 | 1356 |

### SPI implant 4.2mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1330 | 1331 | 1333 | 1336 |

### SPI implant 5mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1340 | 1341 | 1343 | 1346 |

Implant surface: "Hybrid" design 2/3 apically S.L.A (macro) 20-40μ + (micro) 2μ, 1/3 coronary Acid Etched 5-10μ. Increases clot retention and is conducive to bone healing.

 Alpha Bio System®

## SPI implant 6mmd

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 | | | |
|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm |
| Cat.No | 1360 | 1361 | 1363 |

## CST implant cover screw
Included with all implants use Hex Driver 1.25mm (0.050in)

| | titanium |
|---|---|
| Code | CST |
| Cat.No | 111 |

Internal Hex implants

## SPI SPIRAL

A tapered implant with large variable thread design double thread 2x2.1mm. Spiral tap condense bone for improved stabilization. Special development of Alpha Bio for immediate loading and immediate extraction for bone qualitie types II,III,IV and I. The tapered design allows the implant to be placed in the ideal position for improved esthetics and better load distribution.

## Clinical Benefits

·Better control during placement
·Greater initial placement stability
·Self drilling, super self tapping feature
·Self condensing

* The sequence of drilling is for bone type I.
·For bone type II to IV you may substitute the last drill with the previeus one or two drills.
·Ex. For SPI 3.75mm in type III bone for your last drill you may use 2mmd or 2.8mmd.

·**Important**
If you feel strong ressistance in time of placing the implant, take out the mount and place the insertion tool 2.5mm, rotate back (counterclockwise) 2-3 rounds then continue to screw clockwise. The implant will drill and tap itself.

Casse: 237-128056 Doocumentt: 342-63 Page: 1552 Filed: 013/217/220128

# Exhibit B

00001 INSTRADENT 1075
Appx8003

Alpha Bio System®
שלשה סוגי שתלים שונים עם:
* מערכת מקדחים אחת
* פלטפורמה שיקומית אחידה ל 6 קוטרי שתלים שונים
αSMART LOGIC™
ALPHA-Tec ATI
שתל בורגי סטנדרטי, פסיעה 1x0.6.
מתאים לסוגי עצם I,II.
DUALFIT DFI
שתל קוני בעל הברגה כפולה ,כנפיים
משתנות לאורך השתל, פסיעה 2x1.2.
מתאים לסוגי עצם II,III,IV.
SPIRAL SPI
שתל קוני בעל הברגה כפולה ,כנפיים
מוגדלות ומשתנות לאורך השתל, פסיעה 2x2.1.
משמש כדוחס סיבובי ומעגן. מתאים להשתלות
מידיות לאחר עקירה ולהעמסה מידית.
לשימוש לסוגי עצם II,III,IV.
פיתוח בלעדי יחודי בעולם של חברת אלפא ביו
מעניק השראה לחברות אחרות.
כל השתלים בעלי הברגה עצמית וקידוח עצמי.
שני פני שטח: 1/3 קורונרי Acid Etched 5-10μ, טוב לחניכיים ולעצם.
2/3 אפיקלי S.L.A (מקרו 20-40μ +מיקרו 2μ) מקצר זמן ריפוי.
* טכנולוגיה וידע שויצרית, חברה ישראלית.
* החברה המובילה בישראל לפיתוח שתלים דנטלים.
* 14 שנות ניסיון בפיתוח ויצור שתלים דנטלים.
הצלחה = פשטות והגיון
αSMART LOGIC™

# Translation

00003 INSTRADENT 1075
Appx8005

J. Alpha Bio System ®

SMART LOGIC Three types of different implants with

- A single drill system
- A uniform reconstructive platform for six different types of implants

[-Photographs-] ATI Alpha-Tec
A standard helical implant, thread height 1 x 0.6
Suitable for bone types I and II

DFI Dualfit
Conical implant with dual thread, varying pinions along the length of the implant, thread height 2 x 1.2.
Suitable for bone types II, III and IV

SPI Spiral
Conical implant with dual thread, enlarged pinions along the length of the implant, thread height 2 x 2.1.
Serves as a helical compressor and anchor. Suitable for immediate implantations after extraction and for immediate loading.
Suitable for bone types II, III and IV.
An exclusive and unique development by Alpha Bio.
Serves as an inspiration to other companies.

All the implants are self-threading and self-drilling.

Two surfaces: 1/3 Acid Etched 5-10µ coronary, good for gums and bone. 2/3 S.L.A. apical (macro 20-40µ plus micro 2µ) shortens healing time.

- Swiss technology and know-how, Israeli company.
- Israel's leading company in the field of dental implant development.
- 14 years of experience in the development and manufacture of dental implants.

SMART LOGIC Success = simplicity and logic

CERTIFICATE OF TRANSLATION
TRANSPERFECT

**CERTIFICATE OF VERIFICATION**

TRANSLATOR'S DECLARATION: 29JULY2016

I, Zvi Karon, hereby declare:

That I possess advanced knowledge of the Hebrew and English languages. My qualifications are as follows:

- I have been translating Hebrew to English for 8 years
- I studied at Georgia State University and got the following degree: BA Applied Linguistics

The attached translation is, to the best of my knowledge and belief, a true and accurate translation Hebrew to English of the file Exhibit B of Hantman Declaration. I understand that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C. § 1001) and may jeopardize the validity of the application or any patent issuing thereon. All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true.

By: ______________________

Zvi Karon

Casse: 217-128056 Doocumeentt: 3412-63 Paage: 1207 Fiiled: 013/217/220128

# Exhibit C

00001 INSTRADENT 1076
**Appx8008**



גליון 63
ינואר-פברואר 2003
סקירה מעודכנת של מאמרים
מהספרות המדעית בעולם
ISRAEL DENTAL UPDATE
www.adkan.co.il
עדכן
רפואת
שיניים
בשיתוף עם החטיבה הישראלית של הארגון הבינלאומי למחקר דנטלי IADR



Nobel Biocare™
Replace® Select Tapered
זה כל כך קל, שאינך יכול לפקשש!
מתחילים עם שתלים? בחרו את השיטה
ההופכת את השחזור של שיניים באמצעות
שתלים לקלה ופשוטה כמו C&B –
Replace® Select Tapered
קל להשתיל
העיצוב של שתלים מתכנסים עובד היטב עם
העצם ומשתלב בסביבת המשנן הטבעי
קל להתאים
אינך יכול/ה לשגות עם החיבור הפנימי
קל לשקם ולשחזר
Easy Abutment™ הופך זאת לפשוט
יותר מכתר רגיל
פרוצדורה קלה
כל המרכיבים וגם הקיט הכירוגי מסומנים
בקידוד צבעוני לפי קוטרי השתלים
אסתטיקה מצוינת
קשת רחבה של מבנים וההיצע הגדול של
מבני וכתרי פרוסרה "אישיים" המותאמים
למקרה, מאפשרים להגיע לאסתטיקה מעולה.
אל תתפשרו על פחות מהיתרונות הניתנים
לך על ידי שתלי ריפלייס מתכנסים - זו
אופציה נוספת בתוך המגוון של C&B&I
מאת נובל ביוקר המתחדשת.
התקשרו לפרטים נוספים לצ'אקיר שתלים
חיוג חינם 1-800-20-22-55
או גלשו לאתר שלנו
www.nobelbiocare.com
NEW
Available in 1.5 or 2mm collars, as well as TiUnite™ or HA surfaces

C&B&I™
Nobel Biocare

A new way to think...and act!

צ'אקיר שתלים בע"מ, מגשימים 20, ת.ד. 7016, פתח-תקווה 49170. טל: 1-800-20-22-55 פקס: 03-9211389 hantman@chakirimplants.com

Casse: 213-12056 Doocumentt: 342-63 Paage: 1630 Filed: 03/27/20123

# Translation

00004 INSTRADENT 1076

Appx8011

Issue 63

January – February 2003

Updated Review of Articles from scientific literature from around the world

ISRAEL DENTAL UPDATE

www.adkan.co.il

*Israel Dental Update*

In cooperation with the Israeli division of the International Association of Dental Research IADR



Casse: 213-128056 Doocumeentt: 3412-63 Pagge: 1652 Filleed: 013/217/220123

Nobel Biocare™
Replace® Select Tapered
It's so easy you can't fail!
Starting with implants? Choose your method that will make the rejuvenation of the teeth through implants to being as simple as B&C – Replace Select Tapered
Easy to install
The convergence of the implant design works well with bone and integrates into the natural dentition
Easy to adjust
You can't go wrong with the internal connection
Easy to fix and restore
Easy Abutment™ makes this simpler than a regular crown
Easy procedure
All parts and surgical kit are marked with color coding based on implant diameter
Wonderful aesthetics
A wide range of structures and large offering of "personal" Prosser structures and crowns adjusted by case, that allow excellent aesthetics to be obtained.
Don't settle for less than the benefits offered to you by Consolidated Replacement Implants – this is another option within the variety of C&B&I from Renewed Nobel Biocare.
For more information, call Chakir Implants
Toll-free 1-800-20-22-55
Or visit our website
www.nobelbiocare.com

C&B&I™
Nobel Biocare

A new way to think…and act!

**Chakir Implants, Ltd**. 20 Magshimim St. POB 7016, Petah Tikva 49170 Tel: 1800-20-22-55 Fax: +972 3-9211389
hantman@chakirimplants.com

00006 INSTRADENT 1076

Appx8013

CERTIFICATE OF TRANSLATION

**CERTIFICATE OF VERIFICATION**

TRANSLATOR'S DECLARATION: 29JULY2016

I, Zvi Karon, hereby declare:

That I possess advanced knowledge of the Hebrew and English languages. My qualifications are as follows:

- I have been translating Hebrew to English for 8 years
- I studied at Georgia State University and got the following degree: BA Applied Linguistics

The attached translation is, to the best of my knowledge and belief, a true and accurate translation Hebrew to English of the file Exhibit C of Hantman Declaration. I understand that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C. § 1001) and may jeopardize the validity of the application or any patent issuing thereon. All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true.

By: ______________________

Zvi Karon

Casse: 217-128056 Doocumeentt: 3412-63 Paagge: 1674 Fiiled: 013/217/22001283

# Exhibit D

00001 INSTRADENT 1077

**Appx8015**

## מערכת Smart Logic מחברת Alpha Bio

ההגיון מאחורי המערכת מאפשר עבודה פשוטה המובילה להצלחה.

- המערכת משלבת 3 סוגי שתלים שונים SPI, DFI, ATI המתאימים לכל סוגי העצם הקיימים.
- שלשת סוגי השתלים מופיעים ב-6 קטרים: 2.9, 3.3, 3.75, 4.25, 5, 6 כאשר לכל הקטרים פלטפורמה שיקומית אחידה, כלומר, לכל השתלים אותו פין מידה, כיפת ריפוי, מבנים, וכו'. עובדה זאת מפשטת את העבודה עם המערכת ומבטלת את הצורך להחזיק מלאי גדול של אלמנטים המיועדים לחיבור השתלים.
- ניתן להשתמש גם במבנים עם פלטפורמה רחבה לקטרים 5.6 עם אותו פין מידה.
- סט המקדחים של המערכת מתאים לכל סוגי השתלים, המקדחים עשויים טיטניום מחוזק עם קירור פנימי בקצה.

**www.adkan.co.il**

## הכינוס השנתי המשותף לאיגוד הישראלי לרפואת שיניים לילדים, האיגוד הישראלי לאנדודונטיה, והאיגוד למניעה וטיפול בחבלות דנטליות

תמונה קבוצתית של מארגני הכינוס השנתי המשותף.

דר' קארין זיסקינד, יו"ר האיגוד הישראלי לרפואת שיניים לילדים.

פרופ' הרולד סגן כהן מרצה בפתיחת הכנס.

ניצן הירש מחברת "הירש ובנו" מציג יוניט Planmeca. קבוצת "אבידור-הירש ובנו" מיצגות את Planmeca בישראל

אמנון הדרי מציג מערכת נייטרוס Porter, ומכונות פיתוח Girardelli מגרמניה.

# יהלום - שירותי טכנאות שיניים בישראל בע"מ

## כתרים ותותבות במחירים טובים יותר אפילו מהמרפאות של קופות החולים

### מבלי שתיפגע האיכות של העבודה

חברת "יהלום" מביאה לך את העידן החדש הישר אליך למרפאה.
החברה פתחה שיטה חדשה הנקראת " שיטת השלבים".
בשיטה זו אפשר להזמין כל שלב בביצוע הכתר או התותבת בנפרד לפי קטלוג החברה.
אופציות רבות נפתחות גם לחיסכון וגם למגוון איכויות עבודה או חומרים.
"יהלום" אינה מהווה תחליף למעבדה שאתה בקשר אתה אלא בנוסף.
חברת "יהלום" היא אינה מעבדת שיניים - אך עומדת בקשר עם מס' מעבדות שיבצעו את העבודות עבורכם.
העבודות הם ברמה גבוהה מאוד ובפיקוח קפדני ועם חומרים מאושרים בלבד.

| מחירים לדוגמא | מחיר החל מ- |
|---|---|
| כתר חרסינה בשיטת השלבים | 200 ש"ח |
| 2 כתרים חרסינה | 310 ש"ח |
| 6 כתרים חרסינה | 750 ש"ח |
| 6 כתרים מתכת חצי אצילה | 990 ש"ח |
| זוג תותבות עליון ותחתון IVOCLAR | 1040 ש"ח |

**לפרטים נוספים על "שיטת השלבים" ואופציות נוספות ומגוונות לחיסכון**

**03-5228933**

Casse: 2137-128056 Doocumeentt: 3412-63 Paage: 1636 Fileed: 013/217/220128

# Translation

00003 INSTRADENT 1077

Appx8017

## What's new in the dental division?

**Smart Logic System from the Alpha Bio Company**

αSMART LOGIC™

The idea behind the system makes work simple, bringing success.

- The system integrates 3 different types of SPI, DFI, ATI implants that are adjusted to any type of existing bone.
- Three types of implants appear in six diameters: 2.9, 3.3, 3.75, 4.25, 5, 6 with all diameters having a single restoration platform, meaning that all of the implants have the same pin measurement, medical cap, structure, etc.
- It can be also used with structures that have a platform wider than 5.6 with the same pin measurement.
- The system's drill bit set is suitable for all types of implants; the drill bits are made from titanium reinforced with internal cooling at the end.

**www.adkan.co.il**

**Annual joint conference between the Israeli Society for Children's Dentistry, the Israeli Endodontics Society and the Society for the prevent and treatment of dental trauma**

*Group photo of the annual joint conference organizers.*

*Dr. Carrie Ziskind, Chair of the Israeli Society for Children's Dentistry.*

*Dr. Harold Sagan Cohen lecturing at the start of the conference.*

*Nitzan Hirsch of the "Hirsch and Sons" Company presenting the Planmeca unit. The "Avidor-Hirsch and Sons" Group represents Planmca in Israel.*

*Amnon Hadari presents the Porter Nitrus System; and machines developed by Girardelli in Germany.*

# Diamond – Dental Service Technologies in Israel, Ltd

## Crowns and dentures for prices even better than those at HMO Medical Clinics

### Without harming the attention to work

The "Yahalom" company brings you the new era directly to you at the medical clinic.
The company has developed a new method called: "The stage method".
With this method it is possible order the crown or denture at any stage of execution separately according to the company catalog.
Having several options opens up savings as well as a variety in the quality of work or materials.
"Yahalom" is not a replacement for the laboratory you are in communication with, but is in addition.
The "Yahalom" company is a not a dental laboratory, but is in communication with a number of laboratories who will do the work for you.
The work is high level and is closely supervised and is only with approved materials.

| Sample Prices | Price Starts at |
|---|---|
| **Porcelain crown in the stages method** | 200 NIS |
| **2 Porcelain crowns** | 310 NIS |
| **5 Porcelain crowns** | 750 NIS |
| **8 semi-noble metal crowns** | 990 NIS |
| **Pair of IVOCLAR upper and lower dentures** | 1040 NIS |

**For more information about "The Stages Method" and additional assorted ways to save**
+972 3-5228933

CERTIFICATE OF TRANSLATION
TRANSPERFECT

**CERTIFICATE OF VERIFICATION**

TRANSLATOR'S DECLARATION: 29JULY2016

I, Zvi Karon, hereby declare:

That I possess advanced knowledge of the Hebrew and English languages. My qualifications are as follows:

- I have been translating Hebrew to English for 8 years
- I studied at Georgia State University and got the following degree: BA Applied Linguistics

The attached translation is, to the best of my knowledge and belief, a true and accurate translation Hebrew to English of the file Exhibit D of Hantman Declaration. I understand that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C. § 1001) and may jeopardize the validity of the application or any patent issuing thereon. All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true.

By: [signature]

Zvi Karon

Caasse: 2137-128056 Doocumentt: 3412-63 Paage: 1739 Filed: 0130/2172/20123

# Exhibit E

00001 INSTRADENT 1078
Appx8020



INSTRADENT 1078

Caasse: 2137-128056 Doocumeentt: 3412-63 Paagge: 1741 Fiiled: 0130/2172/20123

# Exhibit F

00001 INSTRADENT 1079

Appx8022



Alpha Bio System®
Система стоматологической имплантации
Израиль
ИНФОЛАЙН
ISO 9001
EN 46001
CE 0483

00002 INSTRADENT 1079
Appx8023

# Alpha Bio System®

*Несколько видов имплантов*
*Единая протетическая платформа*
*Универсальный набор инструментов*

## ATI *ALPHA-Tec*

Стандартный винтовой имплант с параллельными стенками и шагом резьбы 1х0,6 мм. Для I и II типов кости.

## DFI *DUALFIT*

Конический имплант с вариабельно обработанной поверхностью, двойной резьбой 2х1,2 мм. Для II, III и IV типов кости.

## SPI *SPIRAL*

Имплант выраженной конической формы с «гибридной» поверхностью. Спиралевидная резьба способствует потрясающей первичной стабилизации импланта. Разработан инженерами компании «Alpha Bio» специально для непосредственной нагрузки и немедленной (после удаления) имплантации. Для II, III и IV типов кости.

Поверхность: $^2/_3$ (апикально) S.L.A. (макро) 20-40 мкм + (микро) 2 мкм, $^1/_3$ (коронарно) – кислотно протравленная поверхность 5-10 мкм.

SMART LOGIC™

- Успех – знание, логика, качество
- «Alpha Bio» – лидирующая компания по разработке и производству дентальных имплантов в Израиле
- 20-летний теоретический и практический опыт

# Импланты с внутренним шестигранником ∅2.5 мм

*Раздел* 2



# SPI Винтовые импланты с внутренним шестигранником

## НОВОЕ! ОДНА ПЛАТФОРМА – 4 ДИАМЕТРА

### Спиральные импланты

**SPI** имплант Ø3.75 мм

| *Порядок сверления: DR Ø2 ⇒ Ø2.8 ⇒ Ø3.2 | | | | |
|---|---|---|---|---|
| длина | 10 мм | 11,5 мм | 13 мм | 16 мм |
| № | 1350 | 1351 | 1353 | 1356 |

**SPI** имплант Ø4.2 мм

| *Порядок сверления: DR Ø2 ⇒ Ø2.8 ⇒ Ø3.2 | | | | |
|---|---|---|---|---|
| длина | 10 мм | 11,5 мм | 13 мм | 16 мм |
| № | 1330 | 1331 | 1333 | 1336 |

**SPI** имплант Ø5.0 мм

| *Порядок сверления: DR Ø2 ⇒ Ø2.8 ⇒ Ø3.2 ⇒ Ø3.65 ⇒ Ø4.3 | | | | |
|---|---|---|---|---|
| длина | 10 мм | 11,5 мм | 13 мм | 16 мм |
| № | 1340 | 1341 | 1343 | 1346 |

Поверхность имплантов: гибридный дизайн 2/3 апикальные – S.L.A. (макро) 20-40 мкм + (микро) 2мкм, корональная 1/3 – кислотно протравленная поверхность с шероховатостью 5-10 мкм.
Улучшает ретенцию волокон фибрина на поверхности импланта во время реакции ретракции кровяного сгустка, что способствует достижению остеоинтеграции.

*Эксклюзивный представитель в Украине*
46-а, пр-т 40-летия Октября, г. Киев, 03039, Украина
тел. (044) 525-12-89; тел./факс: (044) 525-31-89, 525-47-66; e-mail: ifl@carrier.kiev.ua



## SPI имплант ∅6.0 мм



| *Порядок св-ия: DR ∅2 ⇒ ∅2.8 ⇒ ∅3.2 ⇒ ∅3.65 ⇒ ∅4.3 | | | |
|---|---|---|---|
| длина | 10 мм | 11,5 мм | 13 мм |
| № | 1360 | 1361 | 1363 |

## CST покрывной винт

Включен в упаковку каждого импланта
Для использования с шестигранным ключом ∅1.25 мм (0.050 инч.)



| титан | |
|---|---|
| код | CST |
| № | 111 |

## SPI Спиральный имплант

Конический винтовой имплант с вариабельным дизайном покрытия и двойной резьбой ∅2x1.2 мм. Конденсирует кость вокруг себя при введении. Специально разработан инженерами «Alpha Bio» для непосредственной имплантации и немедленной нагрузки. Используется преимущественно во II, III и IV типах кости. Обладает уникальными функциональными свойствами.

## Клинические преимущества

- лучший контроль во время введения
- великолепная первичная фиксация и устойчивость
- самонарезающий и самовкручивающийся имплант
- конденсация окружающей костной ткани

* Порядок сверления указан для I типа кости.
Для типов кости со II по IV сверление должно быть закончено на один-два размера меньше диаметра предполагаемого импланта. Например, для установки SPI ∅3.75мм в III тип кости последнее сверло должно быть ∅2.0 мм или ∅2.8 мм.

**Важно**
Если Вы чувствуете значительное сопротивление кости во время установки импланта, необходимо отсоединить «имплантовод» от импланта и для окончательной доводки использовать ключ ∅2.5 мм для внутреннего шестигранника. Продолжать введение импланта возвратно-поступательными вращениями.

*Эксклюзивный представитель в Украине*
46-а, пр-т 40-летия Октября, г. Киев, 03039, Украина
тел. (044) 525-12-89; тел./факс: (044) 525-31-89, 525-47-66; e-mail: ill@carrier.kiev.ua

# Translation

00007 INSTRADENT 1079
Appx8028



Alpha Bio System®
Dental Implant System
Israel
INFOLINE
ISO 9001
EN 46001
CE 0483



Alpha Bio
System ®

**Several types of implants**

**Single prosthetic platform**

**Universal set of instruments**

## ATI *ALPHA-Tec*

Standard screw implant with thread pitch 1x 0.6mm
Suitable for bone types I and II.

## DFI *DUALFIT*

Tapered implant with variable surface, double thread 2 x 1.2 mm. For bone types II and III.

## SPI *SPIRAL*

Implant with a pronounced conical shape, and a "hybrid" surface. The spiral thread promotes excellent primary stability of the implant. Developed by engineers from "Alpha Bio" specifically for immediate loading and immediate implantation (post-extraction).
For bone types II, III and IV.

Surface: 2/3 (apical) S.L.A. (macro) 20-40 µm + (micro) 2 µm,
1/3 (coronary)-acid etched surface 5-10 µm

SMART LOGIC™

- Success- Knowledge, logic, quality
- "Alpha Bio" is a leading company in the development and production of dental implants in Israel.
- 20 years of theoretical and practical experience

# Internal Hex Implants 2.5mmd (standard)

Section
2

15

00010 INSTRADENT 1079

Appx8031



# SPI Screw Internal Hex Implants 2.5 mmd, (standard)

**INNOVATION** ONE PLATFORM - FOUR DIAMETRS

## Spiral implants

Internal Hex implants

### SPI implant ∅3.75 mm

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1350 | 1351 | 1353 | 1356 |

### SPI implant ∅4.2 mm

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1330 | 1331 | 1333 | 1336 |

### SPI implant ∅5.0 mm

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 | | | | |
|---|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm | 16mm |
| Cat.No | 1340 | 1341 | 1343 | 1346 |

Implant surface: "Hybrid" design 2/3 apically S.L.A (macro) 20-40μ + (micro) 2μ, 1/3 coronary Acid Etched 5-10μ. Increases clot retention and is conductive to bone healing.

Exclusive representative in the Ukraine.
46-a, 40-letiya Oktyabrya Ave., Kiev 03039, Ukraine
tel. (044) 525-12-89; tel./fax (044) 525-31-89, 525-47-66; e-mail: ifl@carrier.kiev.ua

 Alpha Bio
System

## SPI implant ∅6.0mm

| *Drill sequence: DR ø2 ⇨ ø2.8 ⇨ ø3.2 ⇨ ø3.65 ⇨ ø4.3 | | | |
|---|---|---|---|
| length: | 10mm | 11.5mm | 13mm |
| Cat.No | 1360 | 1361 | 1363 |

## CST implant cover screw

Included with all implants use Hex Driver 1.25mm (0.050in)

| | titanium |
|---|---|
| Code | CST |
| Cat.No | 111 |

SPI

## SPI SPIRAL

A tapered implant with variable surface and double thread ∅2 x 2.1 mm. The implant condenses bone around itself when it is inserted. Specially developed by "Alpha Bio" engineers for immediate loading and implantation. Used mainly for bone types II, III, IV and I. Has unique functional properties.

## Clinical Benefits

- Better control during placement
- Greater initial placement stability
- Self drilling, super self tapping feature
- Self condensing

*The instructions are for bone type I

-For bone types II through IV, the bore hole must be 1-2 times less in diameter than the implant. For example, for implant SPI ∅3.75 mm into bone type III, the drill must be ∅2.0 mm or 2.8mm

**Important**

If you feel strong resistance in the bone during implantation, disconnect the "implant driver" from the implant and use a ∅2.5 mm key for final finishing and to create the internal hex. Continue to insert the implant counterclockwise.

Exclusive representative in the Ukraine.
46-a, 40-letiya Oktyabrya Ave., Kiev 03039, Ukraine
tel. (044) 525-12-89; tel./fax (044) 525-31-89, 525-47-66; e-mail: ifl@carrier.kiev.ua

## CERTIFICATE OF VERIFICATION

TRANSLATOR'S DECLARATION: 7/28/2016

I, Alla Bronskaya, hereby declare:

That I possess advanced knowledge of the Russian language. My qualifications are as follows:

-Native Russian speaker
-B.A. in Economics and Physics
- M.A. in International Relations
-Six years of professional translation experience
-Lead linguist for the American Institute of Physics
-TransPerfect Linguist Certification

The attached translation is, to the best of my knowledge and belief, a true and accurate translation from Russian into English of Exhibit F of the Hantman Declaration. I understand that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C. § 1001) and may jeopardize the validity of the application or any patent issuing thereon. All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true.

By: [signature]

Alla Bronskaya

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

*/s/ Douglas H. Carsten*
Douglas H. Carsten