No. 2023-1805

# United States Court of Appeals for the Federal Circuit

UNITED THERAPEUTICS CORPORATION,

*Appellant*,

– v. –

LIQUIDIA TECHNOLOGIES, INC.,

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL & APPEAL BOARD, IPR2021-00406

**UNITED THERAPEUTICS CORPORATION'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1(C)(2)(A)**

**UNITED THERAPEUTICS CORPORATION**
Shaun R. Snader
1735 Connecticut Ave. NW,
2nd Floor, Washington, DC 20009
Tele: +1 202 304 1701
ssnader@unither.com

**GOODWIN PROCTER LLP**
William Jackson
1900 N St. NW, Washington, DC 20036
Tele: +1 202 346 4216
wjackson@goodwinlaw.com

**MCDERMOTT WILL & EMERY LLP**
Douglas H. Carsten
Arthur P. Dykhuis
18565 Jamboree Road Suite 250
Irvine, CA 92612-2565
Tele: +1 949 851 0633
dcarsten@mwe.com
adykhuis@mwe.com

Adam W. Burrowbridge
500 North Capitol Street, NW
Washington, DC 20001-1531
Tele: +1 202 756 8797
aburrowbridge@mwe.com

*Counsel for Appellant* United Therapeutics Corporation

Appellant United Therapeutics Corporation hereby certifies that it has complied with Federal Circuit Rule 25.1(c)(2)(A).

        Respectfully submitted,

        <u>/s/ *Douglas H. Carsten*</u>
        Douglas H. Carsten
        Adam W. Burrowbridge
        Arthur P. Dykhuis
        William Jackson
        Shaun R. Snader

        *Attorneys for Appellant*
        United Therapeutics Corporation

Dated: October 18, 2023

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 18, 2023, the foregoing document was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: October 18, 2023        /s/ *Douglas H. Carsten*
                               Douglas H. Carsten