No. 2023-1805

United States Court of Appeals
for the Federal Circuit

UNITED THERAPEUTICS CORPORATION,

*Appellant*,

v.

LIQUIDIA TECHNOLOGIES, INC.,

*Appellee*,

*Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00406*

**APPELLEE LIQUIDIA TECHNOLOGIES, INC.'S CERTIFICATE OF COMPLIANCE WITH FED. CIR. R. 25.1(c)**

SANYA SUKDUANG
JONATHAN R. DAVIES
BRITTANY CAZAKOFF
COOLEY LLP
1299 Pennsylvania Ave NW
Washington, D.C. 20004
Telephone: (202) 842-7800

*Counsel for Appellee
Liquidia Technologies, Inc.*

Appellee Liquidia Technologies, Inc. hereby certifies that it has complied with Federal Circuit Rule 25.1(c).

Dated: October 18, 2023     Respectfully submitted,

/s/ Sanya Sukduang
Sanya Sukduang
Jonathan R. Davies
Brittany Cazakoff
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Counsel for Appellee
Liquidia Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of October, 2023, the foregoing was filed with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *Sanya Sukduang*
Sanya Sukduang
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, D.C. 20004
Telephone: (202) 842-7800