NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Appellee*

---

2023-1805

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00406.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

United Therapeutics Corporation moves unopposed for leave to file a corrected opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                      UNITED THERAPEUTICS CORPORATION v.
LIQUIDIA TECHNOLOGIES, INC.

    The motion is granted. The corrected opening brief is accepted for filing.

FOR THE COURT

October 24, 2023
Date

Jarrett B. Perlow
Clerk of Court