**No. 2023-1805**

United States Court of Appeals
for the Federal Circuit

UNITED THERAPEUTICS CORPORATION,

*Appellant*,

v.

LIQUIDIA TECHNOLOGIES, INC.,

*Appellee*,

*Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2021-00406*

**NOTICE OF CORRECTIONS TO APPELLEE LIQUIDIA
TECHNOLOGIES, INC.'S RESPONSE BRIEF**

SANYA SUKDUANG
JONATHAN R. DAVIES
BRITTANY CAZAKOFF
COOLEY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 842-7800

*Counsel for Appellee Liquidia
Technologies, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Appellee certifies the following:

1.  **The full name of every party represented by me is:**

    Liquidia Technologies, Inc.

2.  **The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

    None.

3.  **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:**

    Liquidia Corporation

4.  **The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

    Cooley LLP: Sanya Sukduang, Ivor R. Elrifi, Jonathan Davies, Brittany Cazakoff, Erik B. Milch (former), Deepa Kannappan (former)

5.  **The title and number of any case known to me to be pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal are:**

    *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, Nos. 2022-2217, 2023-1021 (Fed. Cir.); originating from *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, 1-20-cv-755 (D. Del.)

6.  **Any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):**

    None.

Dated: November 1, 2023                    */s/ Sanya Sukduang*
                                           Sanya Sukduang

On October 20, 2023, Appellant filed a Corrected Opening Brief and Motion for Leave to File a Corrected Opening Brief (D.I. 38-39), which the Court granted on October 24. (D.I. 43.) Appellant's Corrected Opening Brief removed words from its background section, resulting in page number shifts that affected cites in Appellee's Response Brief. Accordingly, pursuant to Federal Circuit Rule 25(i)(3), Appellee Liquidia Technologies, Inc. notices the following corrections to Appellee's Response Brief filed September 6, 2023 (D.I. 21) made to correct cites to Appellant's Opening Brief as well as typographical errors that do not impact the substance of Appellant's brief:

| Page Corrected: | Original: | Changed to: |
|---|---|---|
| Cover | Appellee Liquidia Technologies, Inc.'s Response Brief | Appellee Liquidia Technologies, Inc.'s Corrected Response Brief |
| i. | Cooley LLP: Sanya Sukduang, Erik B. Milch, Ivor R. Elrifi, Jonathan Davies, Deepa Kannappan, Brittany Cazakoff | Cooley LLP: Sanya Sukduang, Ivor R. Elrifi, Jonathan Davies, Brittany Cazakoff, Erik B. Milch (former), Deepa Kannappan (former) |
| 18 | BB51-52 | BB49-50 |
| 19 | BB52-71 | BB50-69 |
| 29 | BB32-39 | BB30-37 |
| 29 | Appx330 | Appx0330 |
| 29 | BB20 | BB18-19 |

1

| Page Corrected: | Original: | Changed to: |
|---|---|---|
| 30 | BB36 | BB34 |
| 31 | BB34 | BB32-33 |
| 32 | BB34 | BB32-33 |
| 35 | BB33, 35-36 | BB31, 34 |
| 35 | BB36 | BB34 |
| 36 | BB38 | BB36 |
| 37 | BB39-44 | BB37-42 |
| 38 | BB39-43 | BB37-41 |
| 38 | BB40, 42 | BB38, 40 |
| 40 | Appx7683 | Appx7682 |
| 41 | BB39-44 | BB37-42 |
| 41 | BB43-44 | BB41-42 |
| 42 | BB40-41 | BB38-39 |
| 42 | BB40-41 | BB38-39 |
| 44 | BB44-46 | BB42-44 |
| 44 | BB46-47 | BB44-45 |
| 44 | BB45 | BB43 |
| 46 | BB47 | BB45-46 |
| 46 | BB47 | BB45-46 |
| 46 | BB48-49 | BB46-47 |
| 47 | BB49-50 | BB48 |

| Page Corrected: | Original: | Changed to: |
| --- | --- | --- |
| 47 | BB50-51 | BB48-49 |
| 48 | BB51-52 | BB49-50 |
| 49 | BB51-52 | BB49-50 |
| 51 | BB53-71 | BB50-69 |
| 54 | BB53 | BB51 |
| 54 | BB53-58 | BB51-56 |
| 55 | BB56 | BB54 |
| 55 | BB56-57 | BB54-55 |
| 56 | BB59 | BB57 |
| 58 | BB59-60 | BB57-58 |
| 59 | BB62 | BB59-60 |
| 59 | BB62-63 | BB59-61 |
| 60 | BB64-71 | BB62-69 |
| 60 | BB64-68 | BB62-66 |
| 61 | BB64 | BB62 |
| 62 | BB69 | BB67 |
| 62 | BB70 | BB68 |
| 62 | BB69-70 | BB67-68 |

Dated:  November 1, 2023                    Respectfully submitted,

                                            /s/ Sanya Sukduang
                                            Sanya Sukduang
                                            Jonathan R. Davies
                                            Brittany Cazakoff
                                            Cooley LLP
                                            1299 Pennsylvania Ave., NW
                                            Suite 700
                                            Washington, DC 20004
                                            Telephone: (202) 842-7800
                                            Facsimile: (202) 842-7899


                                            *Counsel for Appellee*
                                            *Liquidia Technologies, Inc.*

## CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) and 32(a) and has been prepared using a proportionally-spaced typeface and includes 214 words.


Dated:  November 1, 2023                    */s/  Sanya Sukduang*
                                            Sanya Sukduang
                                            Cooley LLP

                                            *Counsel for Appellee*
                                            *Liquidia Technologies, Inc.*