No. 2023-1805

# United States Court of Appeals for the Federal Circuit

UNITED THERAPEUTICS CORPORATION,

*Appellant,*

– v. –

LIQUIDIA TECHNOLOGIES, INC.,

*Appellee.*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL & APPEAL BOARD, IPR2021-00406

**NOTICE OF CORRECTION**

**UNITED THERAPEUTICS CORPORATION**
Shaun R. Snader
1735 Connecticut Ave. NW,
2nd Floor, Washington, DC 20009
Tele: +1 202 304 1701
ssnader@unither.com

**MCDERMOTT WILL & EMERY LLP**
Douglas H. Carsten
Arthur P. Dykhuis
18565 Jamboree Road Suite 250
Irvine, CA 92612-2565
Tele: +1 949 851 0633
dcarsten@mwe.com
adykhuis@mwe.com

**GOODWIN PROCTER LLP**
William Jackson
1900 N St. NW,
Washington, DC 20036
Tele: +1 202 346 4216
wjackson@goodwinlaw.com

Adam W. Burrowbridge
500 North Capitol Street, NW
Washington, DC 20001-1531
Tele: +1 202 756 8797
aburrowbridge@mwe.com

*Counsel for Appellant* United Therapeutics Corporation

Appellant United Therapeutics Corporation's ("UTC") Reply Brief in the above-captioned case was filed on October 11, 2023 (Dkt. 29). In light of the corrections made to UTC's Opening Brief (Dkt. 39) and Liquidia's Responsive Brief (Dkt. 45), UTC is filing a corrected version of its Reply Brief and delineates each correction below:

| Page | Original | Corrected |
|---|---|---|
| TOA (iv), 32 | 35 U.S.C. 112 *Added text* | 35 U.S.C. § 112 |
| 5 | BB36 | BB34 |
| 5 | BB32, 36 | BB30, 34 |
| 11 | BB32-38 | BB30-36 |
| 12 | BB27, 38-39 | BB25-26, 36-37 |
| 18 | BB47 | BB45 |
| 19 | *Added text* | (RB17) |
| 21 | BB49-50 | BB48 |
| 22 | BB46-47 | BB44-45 |
| 24 | *Added text* | (*id.*) |
| 24 | *Id.* | Appx3186 |
| 26 | (RB49) | *Removed text* |
| 28 | BB23, 68 | BB22, 66 |
| 30 | BB53-54 | BB51-53 |
| 31 | BB54 | BB52 |
| 31 | BB58 | BB56-57 |
| 31 | BB55-56 | BB53-55 |
| 31 | BB56 | BB54 |
| 31 | BB53-54 | BB51-52 |
| 31 | *Added text* | (emphasis added) |
| 32 | BB59 | BB57 |
| 33 | BB53-58 | BB51-56 |
| 33 | differences between the prior art *Added quotation marks* | "differences between the prior art" |
| 34 | BB70 | BB68 |

No other changes have been made to the brief, other than to indicate the date of filing and add "Corrected – November 2, 2023" to the cover of the brief as required by Fed. Cir. R. 25(i)(2).

Pursuant to the Federal Circuit Rule 25(i), Appellant files this Notice of Correction and believes that no substantive changes were made.

Respectfully submitted,

<u>/s/ *Douglas H. Carsten*</u>
Douglas H. Carsten
Adam W. Burrowbridge
Arthur P. Dykhuis
William Jackson
Shaun R. Snader

*Attorneys for Appellant*
United Therapeutics Corporation

Dated: November 2, 2023

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on November 2, 2023, the foregoing document was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: November 2, 2023　　　　/s/ *Douglas H. Carsten*
　　　　　　　　　　　　　　　　Douglas H. Carsten