# United States Court of Appeals
# for the Federal Circuit

_____

**UNITED THERAPEUTICS CORPORATION,**

*Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**

*Appellee*

_____

2023-1805

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00406.

_____

**JUDGMENT**

_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 20, 2023
Date

Jarrett B. Perlow
Clerk of Court