

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

February 16, 2024

Sanya Sukduang
Cooley LLP
Suite 700
1299 Pennsylvania Avenue, NW
Washington, DC 20004

**Re: United Therapeutics Corporation v. Liquidia Technologies, Inc.
Appeal No. 23-1805**

Dear Counsel:

The court invites a response from Appellee to the combined petition for panel rehearing and rehearing en banc filed by the Appellant in the above-captioned appeal.

Please file the response in accordance with Federal Circuit Rules 35 and 40 on or before March 1, 2024.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull, Deputy Clerk

cc: Douglas H. Carsten