NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Appellee*

---

2023-1805

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00406.

---

**ON MOTION**

---

PER CURIAM.[1]

# O R D E R

United Therapeutics Corporation moves for leave to file a reply in support of their combined petition for panel

---

[1]  Circuit Judge Newman did not participate.

rehearing and rehearing en banc. Liquidia Technologies, Inc. responds in opposition.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

March 6, 2024
Date

Jarrett B. Perlow
Clerk of Court