# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 12, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

Re: United Therapeutics Corporation
v. Liquidia Technologies, Inc.
No. 23-1298
(Your No. 2023-1805)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 10, 2024 and placed on the docket June 12, 2024 as No. 23-1298.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst